# EXHIBIT 1

```
Type of Work:      Text

Registration Number / Date:
                   TX0008825086 / 2019-11-06

Application Title: Adulthood is a Myth 2020 Deluxe Day-to-Day Calendar.

Title:             Adulthood is a Myth 2020 Deluxe Day-to-Day Calendar.

Description:       Calendar.

Copyright Claimant:
                   Sarah Andersen.

Date of Creation:  2019

Date of Publication:
                   2019-08-13

Nation of First Publication:
                   United States

Authorship on Application:
                   Sarah Andersen; Citizenship: United States. Authorship:
                      compilation of previously published art with
                      accompanying text.

Pre-existing Material:
                   previously published art with accompanying text.

Basis of Claim:    compilation of previously published art with accompanying
                      text.

ISBN:              9781449498467

Names:             Andersen, Sarah

================================================================================
```