# EXHIBIT 2

```
Type of Work:        Text

Registration Number / Date:
                     TX0008826881 / 2019-11-06

Application Title: Adulthood is a Myth 2020 Wall Calendar.

Title:               Adulthood is a Myth 2020 Wall Calendar.

Description:         Calendar.

Copyright Claimant:
                     Sarah Andersen.

Date of Creation:    2019

Date of Publication:
                     2019-06-04

Nation of First Publication:
                     United States

Authorship on Application:
                     Sarah Andersen; Citizenship: United States. Authorship:
                        compilation of previously published art with
                        accompanying text.

Pre-existing Material:
                     previously published art with accompanying text.

Basis of Claim:      compilation of previously published art with accompanying
                        text.

ISBN:                9781449498474

Names:               Andersen, Sarah

================================================================================
```