# EXHIBIT 3

```
Type of Work:        Text

Registration Number / Date:
                     TX0008614103 / 2018-02-06

Application Title: Adulthood Is A Myth: A "Sarah's Scribbles" 2018 Wall
                     Calendar.

Title:               Adulthood Is A Myth: A "Sarah's Scribbles" 2018 Wall
                     Calendar.

Description:         Print Material.

Copyright Claimant:
                     Sarah Andersen.

Date of Creation:    2017

Date of Publication:
                     2017-06-27

Nation of First Publication:
                     United States

Authorship on Application:
                     Sarah Andersen, employer for hire; Citizenship: United
                       States. Authorship: artwork, compilation of previously
                       published art with corresponding text; some new artwork.

Pre-existing Material:
                     text, artwork.

Basis of Claim:      artwork, compilation of previously published art with
                       corresponding text; some new artwork.

ISBN:                9781449483449

Names:               Andersen, Sarah

================================================================================
```