# EXHIBIT 4

```
Type of Work:        Text

Registration Number / Date:
                     TX0008660257 / 2018-10-22

Application Title: Adulthood is a Myth: A "Sarah's Scribbles" 2019 Daily
                     Calendar.

Title:               Adulthood is a Myth: A "Sarah's Scribbles" 2019 Daily
                     Calendar.

Description:         Calendar.

Copyright Claimant:
                     Sarah Andersen.

Date of Creation:    2018

Date of Publication:
                     2018-07-31

Nation of First Publication:
                     United States

Authorship on Application:
                     Sarah Andersen, employer for hire; Citizenship: United
                        States. Authorship: compilation of previously published
                        art with corresponding text.

Pre-existing Material:
                     previously published art with corresponding text.

Basis of Claim:      compilation of previously published art with corresponding
                        text.

ISBN:                9781449494490

Names:               Andersen, Sarah

================================================================================
```