# EXHIBIT 5

```
Type of Work:        Text

Registration Number / Date:
                     TX0008706556 / 2018-10-22

Application Title: Adulthood is a Myth: A "Sarah's Scribbles" 2019 Wall
                     Calendar.

Title:               Adulthood is a Myth: A "Sarah's Scribbles" 2019 Wall
                     Calendar.

Description:         Print material.

Copyright Claimant:
                     Sarah Andersen.

Date of Creation:    2018

Date of Publication:
                     2018-06-05

Nation of First Publication:
                     United States

Authorship on Application:
                     Sarah Andersen; Citizenship: United States. Authorship:
                        text, artwork, compilation of previously published art
                        with corresponding text; some new art.

Pre-existing Material:
                     previously published art with corresponding text.

Basis of Claim:      artwork, compilation of previously published art with
                        corresponding text; some new art.

Copyright Note:      Basis for Registration: Unit of publication

ISBN:                9781449494070

Names:               Andersen, Sarah

================================================================================
```