# EXHIBIT 6

```
Type of Work:       Text

Registration Number / Date:
                    TX0009117084 / 2021-01-22

Application Title: Adulthood is a Myth: A "Sarah's Scribbles" 2021 Daily
                      Calendar.

Title:              Adulthood is a Myth: A "Sarah's Scribbles" 2021 Daily
                      Calendar.

Description:        Book.

Copyright Claimant:
                    Sarah Andersen.

Date of Creation:   2020

Date of Publication:
                    2020-09-01

Nation of First Publication:
                    United States

Authorship on Application:
                    Sarah Andersen; Citizenship: United States. Authorship:
                      compilation of previously published art with
                      accompanying text.

Pre-existing Material:
                    previously published art with accompanying text.

Basis of Claim:     compilation of previously published art with accompanying
                      text.

ISBN:               9781524857684

Names:              Andersen, Sarah

================================================================================
```