# EXHIBIT 7

```
Type of Work:         Text

Registration Number / Date:
                      TX0009082399 / 2021-01-22

Application Title: Adulthood is a Myth: A "Sarah's Scribbles" 2021 Wall
                      Calendar.

Title:                Adulthood is a Myth: A "Sarah's Scribbles" 2021 Wall
                      Calendar.

Description:          Book.

Copyright Claimant:
                      Sarah Andersen.

Date of Creation:     2020

Date of Publication:
                      2020-06-30

Nation of First Publication:
                      United States

Authorship on Application:
                      Sarah Andersen; Citizenship: United States. Authorship:
                         artwork, compilation of previously published art with
                         accompanying text; some new art.

Pre-existing Material:
                      previously published art with accompanying text.

Basis of Claim:       artwork, compilation of previously published art with
                         accompanying text; some new art.

ISBN:                 9781524857677

Names:                Andersen, Sarah

================================================================================
```