# EXHIBIT 8

```
Type of Work:        Text

Registration Number / Date:
                     TX0008207926 / 2015-12-10

Application Title: Adulthood Is a Myth: A Sarah's Scribbles Collection.

Title:               Adulthood Is a Myth: A Sarah's Scribbles Collection.

Description:         Book.

Copyright Claimant:
                     Sarah Andersen.

Date of Creation:    2015

Date of Publication:
                     2015-12-08

Nation of First Publication:
                     United States

Authorship on Application:
                     Sarah Andersen; Citizenship: United States. Authorship:
                        text, artwork.

Pre-existing Material:
                     Some cartoons previously appeared on author's website.

Basis of Claim:      text, artwork.

ISBN:                9781449474195

Names:               Andersen, Sarah

================================================================================
```