# EXHIBIT 9

```
Type of Work:       Text

Registration Number / Date:
                    TX0008493928 / 2017-01-09

Application Title: Big Mushy Happy Lump: A Sarah's Scribbles Collection .

Title:              Big Mushy Happy Lump: A Sarah's Scribbles Collection .

Description:        Book, 125 p.

Copyright Claimant:
                    Sarah Andersen.

Date of Creation:   2016

Date of Publication:
                    2016-12-12

Nation of First Publication:
                    United States

Authorship on Application:
                    Sarah Andersen; Citizenship: United States. Authorship:
                      text, artwork.

Copyright Note:     Basis for Registration: Collective work

ISBN:               9781449479619

Names:              Andersen, Sarah

================================================================================
```