# EXHIBIT 10

```
Type of Work:       Text

Registration Number / Date:
                    TX0009043380 / 2020-12-16

Application Title: Fangs.

Title:              Fangs.

Description:        Book, 100 p.

Copyright Claimant:
                    Sarah Andersen.

Date of Creation:   2020

Date of Publication:
                    2020-10-06

Nation of First Publication:
                    United States

Authorship on Application:
                    Sarah Andersen; Citizenship: United States. Authorship:
                      text, artwork.

ISBN:               9781524860677

Names:              Andersen, Sarah

================================================================================
```