# EXHIBIT 11

```
Type of Work:      Text

Registration Number / Date:
                   TX0008615735 / 2018-02-06

Application Title: Get It Together! with Sarah Scribbles 2017-2018 16-Month
                      Weekly/Monthly Planner.

Title:             Get It Together! with Sarah Scribbles 2017-2018 16-Month
                      Weekly/Monthly Planner.

Description:       Book.

Copyright Claimant:
                   Sarah Andersen.

Date of Creation:  2017

Date of Publication:
                   2017-05-30

Nation of First Publication:
                   United States

Authorship on Application:
                   Sarah Andersen, employer for hire; Citizenship: United
                      States. Authorship: artwork, compilation of previously
                      published art with corresponding text; some new artwork.

Pre-existing Material:
                   text, artwork.

Basis of Claim:    artwork, compilation of previously published art with
                      corresponding text; some new artwork.

ISBN:              9781449482046

Names:             Andersen, Sarah

================================================================================
```