# EXHIBIT 12

```
Type of Work:        Text

Registration Number / Date:
                     TX0008681086 / 2018-10-22

Application Title: Get It Together! with Sarah Scribbles 2018-2019 16-Month
                     Monthly/Weekly Planner.

Title:               Get It Together! with Sarah Scribbles 2018-2019 16-Month
                     Monthly/Weekly Planner.

Description:         Book.

Copyright Claimant:
                     Sarah Andersen.

Date of Creation:    2018

Date of Publication:
                     2018-06-05

Nation of First Publication:
                     United States

Authorship on Application:
                     Sarah Andersen, employer for hire; Citizenship: United
                        States. Authorship: artwork, compilation of previously
                        published art with corresponding text; some new artwork.

Pre-existing Material:
                     text, artwork.

Basis of Claim:      artwork, compilation of previously published art with
                        corresponding text; some new artwork.

ISBN:                9781449494063

Names:               Andersen, Sarah

================================================================================
```