# EXHIBIT 13

Case 3:23-cv-00201   Document 1-13   Filed 01/13/23   Page 1 of 2

```
Type of Work:       Text

Registration Number / Date:
                    TX0008826626 / 2019-11-06

Application Title: Get It Together! with Sarah's Scribbles 16-Month 2019-2020
                      Weekly Monthly Planner.

Title:              Get It Together! with Sarah's Scribbles 16-Month 2019-2020
                      Weekly Monthly Planner.

Description:        Calendar.

Copyright Claimant:
                    Sarah Andersen.

Date of Creation:   2019

Date of Publication:
                    2019-06-04

Nation of First Publication:
                    United States

Authorship on Application:
                    Sarah Andersen; Citizenship: United States. Authorship:
                       compilation of previously published art with
                       accompanying text.

Pre-existing Material:
                    previously published art with accompanying text.

Basis of Claim:     compilation of previously published art with accompanying
                       text.

ISBN:               9781449498481

Names:              Andersen, Sarah
```

================================================================================