# EXHIBIT 14

```
Type of Work:        Text

Registration Number / Date:
                     TX0009082448 / 2021-01-22

Application Title: Get It Together with Sarah's Scribbles16-Month 2020-2021
                     Weekly/Monthly Planner Calendar.

Title:               Get It Together with Sarah's Scribbles16-Month 2020-2021
                     Weekly/Monthly Planner Calendar.

Description:         Book.

Copyright Claimant:
                     Sarah Andersen.

Date of Creation:    2020

Date of Publication:
                     2020-06-30

Nation of First Publication:
                     United States

Authorship on Application:
                     Sarah Andersen; Citizenship: United States. Authorship:
                        artwork, compilation of previously published art with
                        accompanying text; some new artwork.

Pre-existing Material:
                     text, artwork, previously published art with accompanying
                        text.

Basis of Claim:      artwork, compilation of previously published art with
                        accompanying text; some new artwork.

ISBN:                9781524857660

Names:               Andersen, Sarah

================================================================================
```