# EXHIBIT 15

```
Type of Work:      Text

Registration Number / Date:
                   TX0008564573 / 2018-02-12

Application Title: Herding Cats: A Sarah's Scribbles Collection.

Title:             Herding Cats: A Sarah's Scribbles Collection.

Description:       Book, 108 p.

Copyright Claimant:
                   Sarah Andersen.

Date of Creation:  2018

Date of Publication:
                   2018-01-16

Nation of First Publication:
                   United States

Authorship on Application:
                   Sarah Andersen; Citizenship: United States. Authorship:
                      text, artwork, Curated and themed collection of cartoons
                      previously published online.

Pre-existing Material:
                   Some cartoons previously published online.

Basis of Claim:    text, artwork, Curated and themed collection of cartoons
                      previously published online.

ISBN:              9781449489786

Names:             Andersen, Sarah

================================================================================
```