# EXHIBIT 16

```
Type of Work:      Text

Registration Number / Date:
                   TX0009153980 / 2022-02-16

Application Title: Oddball: A Sarah?s Scribbles Collection.

Title:             Oddball: A Sarah?s Scribbles Collection.

Description:       Book, 105 p.

Copyright Claimant:
                   Sarah Andersen.

Date of Creation:  2021

Date of Publication:
                   2021-12-07

Nation of First Publication:
                   United States

Authorship on Application:
                   Sarah Andersen; Citizenship: United States. Authorship:
                     text, artwork.

Copyright Note:    Basis for Registration: Collective work

ISBN:              9781449489793

Names:             Andersen, Sarah

=================================================================================
```