AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| SARAH ANDERSEN, an individual; KELLY MCKERNAN, an individual; KARLA ORTIZ, an individual, <br> *Plaintiff(s)* <br> v. <br> STABILITY AI LTD., a UK corporation; STABILITY AI, INC., a Delaware corporation; MIDJOURNEY, INC., a Delaware corporation; DEVIANTART, INC., a Delaware corporation, <br> *Defendant(s)* | Civil Action No. 3:23-cv-00201 JCS |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   See attachment.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joseph R. Saveri (State Bar No. 130064)
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1000
San Francisco, California 94108

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Mark B. Busby*

Date: 1/17/2023

*Signature of Clerk or Deputy Clerk*

## ATTACHMENT TO SUMMONS

### Defendants' Names and Addresses

Stability AI Ltd.
88 Notting Hill Gate
London, England
W11 3HP

Stability AI, Inc.
c/o United Corporate Services, Inc.
874 Walker Road, Ste. C
Dover, DE 19904

Midjourney, Inc.
c/o Incorporating Services, Ltd.
7801 Folsom Blvd #202  |
Sacramento, CA 95826

DeviantArt, Inc.
c/o CT Corporation System
28 Liberty Street
New York, NY  10005