| | |
|---|---|
| 1 | Joseph R. Saveri (State Bar No. 130064) |
| | Cadio Zirpoli (State Bar No. 179108) |
| 2 | Christopher K.L. Young (State Bar No. 318371) |
| | Elissa A. Buchanan (State Bar No. 249996) |
| 3 | Travis Manfredi (State Bar No. 281779) |
| | JOSEPH SAVERI LAW FIRM, LLP |
| 4 | 601 California Street, Suite 1000 |
| | San Francisco, California 94108 |
| 5 | Telephone:  (415) 500-6800 |
| | Facsimile:  (415) 395-9940 |
| 6 | Email:   jsaveri@saverilawfirm.com |
| | czirpoli@saverilawfirm.com |
| 7 | cyoung@saverilawfirm.com |
| | eabuchanan@saverilawfirm.com |
| 8 | tmanfredi@saverilawfirm.com |

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:  (323) 968-2632
Facsimile:  (415) 395-9940
Email:   mb@butterick law.com

*Counsel for Individual and Representative Plaintiffs Sarah Andersen, Kelly McKernan, Karla Ortiz, and the Proposed Class*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SARAH ANDERSEN, an individual; KELLY MCKERNAN, an individual; KARLA ORTIZ, an individual, | Case No. 3:23-cv-00201-JCS |
| Individual and Representative Plaintiffs, | **PROOF OF SERVICE OF SUMMONS ON MIDJOURNEY, INC.** |
| v. | |
| STABILITY AI LTD., a UK corporation; STABILITY AI, INC., a Delaware corporation; MIDJOURNEY, INC., a Delaware corporation; DEVIANTART, INC., a Delaware corporation, | |
| Defendants. | |

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:23-cv-00201 JCS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  MIDJOURNEY, INC., a Delaware corporation

was received by me on *(date)*  01/18/2023  .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Jennifer Lee, Admin Assistant, at 12:11 PM  , who is
designated by law to accept service of process on behalf of *(name of organization)*  Incorporating Services, Ltd.,
7801 Folsom Blvd., Suite 202 Sacramento, CA 95826  on *(date)*  01/18/2023  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  01/18/2023

*Server's signature*

Marisol Militello, Process Server, Placer County #22-018
*Printed name and title*

c/o Western Attorney Services
75 Columbia Square
San Francisco, CA 94103
*Server's address*

Additional information regarding attempted service, etc: