UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Sarah Andersen, an individual;
Kelly McKernan, an individual;
Karla Ortiz, an individual,

Plaintiff(s),

v.

Stability AI, LTD., a UK corporation; Stability AI, Inc., a Delaware corporation; MIDJOURNEY, INC., a Delaware corporation; DEVIANTART, INC., a Delaware corporation,

Defendant(s).

Case No. 23-cv-00201-JCS

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Michael C. Keats, an active member in good standing of the bar of Southern District of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Defendant Stability AI, Inc.* in the above-entitled action. My local co-counsel in this case is Mark A. Lemley, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 155830.

One New York Plaza, New York, NY 10004
MY ADDRESS OF RECORD

745 Fifth Avenue, Ste. 500, New York, NY 10151
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(212) 859-8000
MY TELEPHONE # OF RECORD

(646) 898-2055
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

michael.keats@friedfrank.com
MY EMAIL ADDRESS OF RECORD

mlemley@lex-lumina.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: MK2342.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

_____

* Counsel's appearance does not constitute consent to this Court's exercise of personal jurisdiction over Defendant, and is subject to and without waiver of Defendant's right to dispute such exercise of jurisdiction and/or to otherwise seek to dismiss or transfer this action.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 31, 2023                                         *s/* Michael C. Keats
                                                                APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Michael C. Keats is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____MICHAEL   C.   KEATS_____, Bar # _____MK2342_____

was duly admitted to practice in the Court on

_____April 20, 1999_____

and is in good standing as a member of the Bar of this Court

Dated at   500 Pearl St.          On     _____January 30, 2023_____
           New York, New York

_____Ruby J. Krajick_____        By      _____s/ S. Gonzalez_____
     Clerk of Court                                      Deputy Clerk