Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Elissa A. Buchanan (State Bar No. 249996)
Travis Manfredi (State Bar No. 281779)
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
Email:           jsaveri@saverilawfirm.com
                      czirpoli@saverilawfirm.com
                      cyoung@saverilawfirm.com
                      eabuchanan@saverilawfirm.com
                      tmanfredi@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:     (323) 968-2632
Facsimile:      (415) 395-9940
Email:           mb@buttericklaw.com

*Counsel for Individual and Representative Plaintiffs Sarah Andersen, Kelly McKernan, Karla Ortiz, and the Proposed Class*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, an individual; KELLY MCKERNAN, an individual; KARLA ORTIZ, an individual, <br><br> Individual and Representative Plaintiffs, <br><br> v. <br><br> STABILITY AI LTD., a UK corporation; STABILITY AI, INC., a Delaware corporation; MIDJOURNEY, INC., a Delaware corporation; DEVIANTART, INC., a Delaware corporation, <br><br> Defendants. | Case No. 3:23-cv-00201-WHO <br><br> **NOTICE OF APPEARANCE OF MATTHEW BUTTERICK** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that Matthew Butterick hereby appears as counsel of record for Plaintiffs in this action. Mr. Butterick is registered with the Court's CM/ECF system and may be served notice through that system. Mr. Butterick's contact information is as follows:

> Matthew Butterick (State Bar No. 250953)
> 1920 Hillhurst Avenue, #406
> Los Angeles, CA 90027
> Telephone: (323) 968-2632
> Facsimile: (415) 395-9940
> Email: mb@butterticklaw.com

| | | |
|---|---|---|
| Dated: February 1, 2023 | By: | */s/ Matthew Butterick* |
| | | Matthew Butterick |

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:     (323) 968-2632
Facsimile:      (415) 395-9940
Email:           mb@butericklaw.com


Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Elissa A. Buchanan (State Bar No. 249996)
Travis Manfredi (State Bar No. 281779)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
Email:           jsaveri@saverilawfirm.com
                     czirpoli@saverilawfirm.com
                     cyoung@saverilawfirm.com
                     eabuchanan@saverilawfirm.com
                     tmanfredi@saverilawfirm.com


Brian D. Clark (*pro hac vice* pending)
Laura M. Matson (*pro hac vice* pending)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612)339-6900
Facsimile:   (612)339-0981
Email:         bdclark@locklaw.com
                   lmmatson@locklaw.com
*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

I, the undersigned, am employed by the Joseph Saveri Law Firm, LLP. My business address is 601 California Street, Suite 1000, San Francisco, California 94108. I am over the age of eighteen and not a party to this action.

On February 1, 2023, I caused the following documents to be served by U.S. Mail upon the parties listed on the attached Service List:

**NOTICE OF APPEARANCE OF MATTHEW BUTTERICK**

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 1, 2023, at San Francisco, California.

By:    */s/ Gurjit Aulkh*
       Gurjit Aulkh

## SERVICE LIST

Stability AI Ltd.
88 Notting Hill Gate
London, England
W11 3HP