1  COOLEY LLP
   ANGELA L. DUNNING (212047)
2  adunning@cooley.com
   3175 Hanover Street
3  Palo Alto, California  94304-1130
   Telephone:    (650) 843-5000
4  Facsimile:    (650) 849-7400

5  JUDD D. LAUTER (290945)
   jlauter@cooley.com
6  3 Embarcadero Center, 20th Floor
   San Francisco, CA 94111
7  Telephone:    (415) 693-2000
   Facsimile:    (415) 693-2222

8  Attorneys for Defendant
   MIDJOURNEY, INC.
9

10                     UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13

14 | SARAH ANDERSEN, an individual; | Case No. 3:23-cv-00201-WHO
   | KELLY MCKERNAN, an individual; |
15 | KARLA ORTIZ, an individual,    | **NOTICE OF APPEARANCE OF ANGELA L. DUNNING FOR DEFENDANT MIDJOURNEY, INC.**
16 | Individual and Representative Plaintiffs, |
17 |          v.                    |
18 | STABILITY AI LTD., a UK corporation; |
   | STABILITY AI, INC., a Delaware |
19 | corporation; MIDJOURNEY, INC., a |
   | Delaware corporation; DEVIANTART, INC., |
20 | a Delaware corporation,        |
21 |                    Defendants. |

22
23
24
25
26
27
28

COOLEY LLP
ATTORNEYS AT LAW

**NOTICE OF APPEARANCE OF A. DUNNING FOR
DEFENDANT MIDJOURNEY, INC.
3:23-CV-00201-WHO**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

**PLEASE TAKE NOTICE** that Defendant Midjourney, Inc. files this Notice of Appearance and hereby notifies the Court and all parties that Angela L. Dunning of the law firm Cooley LLP, 3175 Hanover Street, Palo Alto, CA 94304, hereby enters her appearance as counsel of record for Midjourney, Inc. in the above-referenced matter.

All pleadings, discovery, correspondence, and other materials should be served upon counsel at:

> Angela L. Dunning
> Cooley LLP
> 3175 Hanover Street
> Palo Alto, CA 94304
> Telephone: (650) 843-5000
> Facsimile: (650) 849-7400
> Email: adunning@cooley.com

Dated: February 2, 2023                                COOLEY LLP

                                                       By: /s/ Angela L. Dunning
                                                              Angela L. Dunning

                                                       Attorneys for Defendant
                                                       MIDJOURNEY, INC.