| | |
|---|---|
| 1 | COOLEY LLP |
| | ANGELA L. DUNNING (212047) |
| 2 | adunning@cooley.com |
| | 3175 Hanover Street |
| 3 | Palo Alto, California 94304-1130 |
| | Telephone: (650) 843-5000 |
| 4 | Facsimile: (650) 849-7400 |
| 5 | JUDD D. LAUTER (290945) |
| | jlauter@cooley.com |
| 6 | 3 Embarcadero Center, 20th Floor |
| | San Francisco, CA 94111 |
| 7 | Telephone: (415) 693-2000 |
| | Facsimile: (415) 693-2222 |
| 8 | |
| | Attorneys for Defendant |
| 9 | MIDJOURNEY, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, an individual; KELLY MCKERNAN, an individual; KARLA ORTIZ, an individual, | Case No. 3:23-cv-00201-WHO |
| Individual and Representative Plaintiffs, | **NOTICE OF APPEARANCE OF JUDD LAUTER FOR DEFENDANT MIDJOURNEY, INC.** |
| v. | |
| STABILITY AI LTD., a UK corporation; STABILITY AI, INC., a Delaware corporation; MIDJOURNEY, INC., a Delaware corporation; DEVIANTART, INC., a Delaware corporation, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

**PLEASE TAKE NOTICE** that Defendant Midjourney, Inc. files this Notice of Appearance and hereby notifies the Court and all parties that Judd Lauter of the law firm Cooley LLP, 3 Embarcadero Center, 20th Floor, San Francisco, CA 94111, hereby enters his appearance as counsel of record for Midjourney, Inc. in the above-referenced matter.

All pleadings, discovery, correspondence, and other materials should be served upon counsel at:

>   Judd Lauter
>   Cooley LLP
>   3 Embarcadero Center, 20th Floor
>   San Francisco, CA 94111
>   Telephone:   (415) 693-2000
>   Facsimile:   (415) 693-2111
>   Email:       jlauter@cooley.com

Dated:  February 2, 2023               COOLEY LLP

                                       By: */s/ Judd Lauter*
                                            Judd Lauter

                                       Attorneys for Defendant
                                       MIDJOURNEY, INC.