Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Elissa A. Buchanan (State Bar No. 249996)
Travis Manfredi (State Bar No. 281779)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:      (415) 500-6800
Facsimile:       (415) 395-9940
Email:            jsaveri@saverilawfirm.com
                      czirpoli@saverilawfirm.com
                      cyoung@saverilawfirm.com
                      eabuchanan@saverilawfirm.com
                      tmanfredi@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:      (323) 968-2632
Facsimile:       (415) 395-9940
Email:            mb@butericklaw.com

*Counsel for Individual and Representative
Plaintiffs and the Proposed Class*

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDERSEN, et al.,<br><br>        Individual and Representative Plaintiffs,<br><br>        v.<br><br>STABILITY AI LTD., et al.,<br><br>                              Defendants. | Case No. 3:23-cv-00201-WHO<br><br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING STABILITY AI AND MIDJOURNEY'S DEADLINE TO RESPOND TO COMPLAINT AND RELATED BRIEFING SCHEDULE** |

WHEREAS, on January 13, 2023, Plaintiffs Sarah Andersen, Kelly McKernan, and Karla Ortiz ("Plaintiffs") filed a Complaint (ECF No. 1) (the "Complaint") against Defendants Stability AI Ltd. and Stability AI, Inc. (collectively, "Stability"); Midjourney, Inc. ("Midjourney"); and DeviantArt, Inc. in *Andersen, et al. v. Stability AI Ltd., et al.*, No. 3:23-cv-00201-WHO (N.D. Cal.) (the "Action");

WHEREAS, Plaintiffs caused the Action to be served on Stability AI, Inc. and Midjourney on January 18, 2023[1];

WHEREAS, neither Stability AI, Inc. nor Midjourney have filed an answer or otherwise responded to the Complaint in the Action;

WHEREAS, Stability AI, Inc.'s and Midjourney's responses to the Complaint are currently due February 8, 2023;

WHEREAS, Stability AI Ltd. is a UK corporation headquartered in London, England;

WHEREAS, as of the date of this stipulation, Plaintiffs have not caused the Action to be served on Stability AI Ltd.;

WHEREAS, by operation of Rule 12(a)(1)(A), Fed. R. Civ. P., Stability AI Ltd.'s response to the Complaint would be due within twenty-one (21) days after being served or, if service is waived, within ninety (90) days after a request for waiver of service was sent;

WHEREAS, counsel for Plaintiffs, and counsel for Midjourney and Stability have met and conferred and agreed that both public and private interests will be served by aligning Midjourney and Stability's response deadlines and establishing a reasonable briefing schedule for any initial motion(s) these entities may elect to file pursuant to Fed. R. Civ. P. 12;

WHEREAS, Stability and Midjourney do not waive, and expressly reserve, all available defenses;

WHEREAS, to the parties' knowledge, no related actions have been filed in the United States against Midjourney or Stability; and

WHEREAS, Stability and Midjourney have each agreed that, if a related complaint is filed against it, that entity will not respond to that complaint prior to responding to the Complaint in this Action.

**NOW THEREFORE**, the parties, through their undersigned counsel, hereby stipulate and agree, that, subject to the approval of the Court:

---

[1]     Defendant DeviantArt, Inc. was also served on January 18, 2023, but has not contacted Plaintiffs as of the date of this filing.

STIPULATION AND [PROPOSED] ORDER REGARDING STABILITY AI AND MIDJOURNEY'S
DEADLINE TO RESPOND TO COMPLAINT

1.     The deadline for and Midjourney; Stability AI, Inc.; and Stability AI Ltd. to respond to the Complaint shall be extended to April 18, 2023.

2.     Plaintiffs' opposition to any motion(s) filed by Stability and/or Midjourney in response to the Complaint shall be due on June 2, 2023.

3.     Any reply in support of any such motion(s) shall be due on July 3, 2023.

4.     If Midjourney; Stability AI, Inc.; and/or Stability AI Ltd. is served with any subsequently filed lawsuit in any Federal or state court in the United States regarding Stable Diffusion, DreamStudio, or any other AI Image Products (as defined in the Complaint) or a lawsuit that is otherwise related to this action, each agrees that it will respond to the Complaint in this action prior to responding to any complaint filed in any such lawsuit, which shall be on or before April 18, 2023.

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated: _____

_____
Honorable William H. Orrick
United States District Judge

1    Dated: February 3, 2023            By:     */s/ Joseph R. Saveri*

2                                              Joseph R. Saveri

3

4                                  Joseph R. Saveri (State Bar No. 130064)

5                                  Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)

6                                  Elissa A. Buchanan (State Bar No. 249996)
Travis Manfredi (State Bar No. 281779)

7                                  **JOSEPH SAVERI LAW FIRM, LLP**

8                                  601 California Street, Suite 1000
San Francisco, California 94108

9                                  Telephone:     (415) 500-6800

10                                 Facsimile:      (415) 395-9940
Email:           jsaveri@saverilawfirm.com

11                                                    czirpoli@saverilawfirm.com

12                                                    cyoung@saverilawfirm.com
eabuchanan@saverilawfirm.com

13                                                    tmanfredi@saverilawfirm.com

14                                 *Counsel for Plaintiffs and the Proposed Class*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING STABILITY AI AND MIDJOURNEY'S
DEADLINE TO RESPOND TO COMPLAINT

Dated: February 3, 2023

By:   _/s/ Mark A. Lemley_
Mark A. Lemley

Mark A. Lemley (State Bar No. 155830)
**LEX LUMINA PLLC**
745 Fifth Avenue, Suite 500
New York, NY 10151
Telephone: (646) 898-2055
Facsimile: (646) 906-8657
Email: mlemley@lex-lumina.com

Nicole M. Jantzi (pending _pro hac vice_)
Paul M. Schoenhard (pending _pro hac vice_)
**FRIED, FRANK, HARRIS, SHRIVER
& JACOBSON LLP**
801 17th Street NW
Washington, DC 20006
Telephone: (202) 639-7254
Email: nicole.jantzi@friedfrank.com
            paul.schoenhard@friedfrank.com

Michael C. Keats (pending _pro hac vice_)
Amir R. Ghavi (pending _pro hac vice_)
**FRIED, FRANK, HARRIS, SHRIVER
& JACOBSON LLP**
One New York Plaza
New York, NY 10004
Telephone: (212) 859-8000
Email: michael.keats@friedfrank.com
            amir.ghavi@friedfrank.com

_Counsel for Defendants Stability AI, Inc.
and Stability AI Ltd._

STIPULATION AND [PROPOSED] ORDER REGARDING STABILITY AI AND MIDJOURNEY'S
DEADLINE TO RESPOND TO COMPLAINT

Dated: February 3, 2023

By:      */s/ Angela L. Dunning*
        Angela L. Dunning

COOLEY LLP
ANGELA L. DUNNING (212047)
adunning@cooley.com
3175 Hanover Street
Palo Alto, California  94304-1130
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

JUDD D. LAUTER (290945)
jlauter@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

*Counsel for Defendant*
*Midjourney, Inc.*

STIPULATION AND [PROPOSED] ORDER REGARDING STABILITY AI AND MIDJOURNEY'S
DEADLINE TO RESPOND TO COMPLAINT

1

## **SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(h)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from any other signatory to this document.

Dated: February 3, 2023                    By:      */s/ Joseph R. Saveri*
                                                            Joseph R. Saveri

STIPULATION AND [PROPOSED] ORDER REGARDING STABILITY AI AND MIDJOURNEY'S
DEADLINE TO RESPOND TO COMPLAINT