LATHAM & WATKINS LLP
  Andrew M. Gass (SBN 259694)
    *andrew.gass@lw.com*
  Michael R. Rubin (SBN 214636)
    *michael.rubin@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone: 415.391.0600

Attorneys for Defendant *DeviantArt, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, an individual; KELLY MCKERNAN, an individual; KARLA ORTIZ, an individual,<br><br>　　Individual and Representative Plaintiffs,<br><br>　　v.<br><br>STABILITY AI LTD., a UK corporation; STABILITY AI, INC., a Delaware corporation; MIDJOURNEY, INC., a Delaware corporation; DEVIANTART, INC., a Delaware corporation,<br><br>　　Defendants. | CASE NO. 3:23-CV-00201-WHO<br><br>**NOTICE OF APPEARANCE OF MICHAEL R. RUBIN** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE** that Michael R. Rubin of Latham & Watkins LLP hereby enters his appearance in the above-captioned matter as counsel for DeviantArt, Inc. He respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon him at the following address:

>Michael R. Rubin
>LATHAM & WATKINS LLP
>505 Montgomery Street, Suite 2000
>San Francisco, CA 94111-6538
>Telephone: +1.415.391.0600
>michael.rubin@lw.com

Dated: February 6, 2023

Respectfully submitted,

LATHAM & WATKINS LLP
  Michael R. Rubin
  Andrew M. Gass

By  /s/ Michael R. Rubin
     Michael R. Rubin

LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: +1.415.391.0600
michael.rubin@lw.com

Attorneys for Defendant
*DeviantArt, Inc.*