LATHAM & WATKINS LLP
  Andrew M. Gass (SBN 259694)
    *andrew.gass@lw.com*
  Michael R. Rubin (SBN 214636)
    *michael.rubin@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone:  415.391.0600

Attorneys for Defendant *DeviantArt, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, an individual; KELLY MCKERNAN, an individual; KARLA ORTIZ, an individual,<br><br>Individual and Representative Plaintiffs,<br><br>v.<br><br>STABILITY AI LTD., a UK corporation; STABILITY AI, INC., a Delaware corporation; MIDJOURNEY, INC., a Delaware corporation; DEVIANTART, INC., a Delaware corporation,<br><br>Defendants. | CASE NO. 3:23-CV-00201-WHO<br><br>**DEFENDANT DEVIANTART, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFENDANT DEVIANTART, INC.'S CERT. OF
INTERESTED ENTITIES OR PERSONS
CASE NO. 3:23-CV-00201-WHO

Pursuant to Civil Local Rule 3-15, the undersigned certifies that, other than the named parties, the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| PARTY | CONNECTION/INTEREST |
| --- | --- |
| Wix.com, Inc. | Defendant's Parent Company |
| Wix.com, Ltd. | Parent Company of Defendant's Parent Company |

Dated: February 6, 2023

Respectfully submitted,

LATHAM & WATKINS LLP
   Andrew M. Gass
   Michael R. Rubin

By    /s/ Andrew M. Gass
      Andrew M. Gass

Attorneys for Defendant
*DeviantArt, Inc.*