LATHAM & WATKINS LLP
 Andrew M. Gass (SBN 259694)
  *andrew.gass@lw.com*
 Michael R. Rubin (SBN 214636)
  *michael.rubin@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone:  415.391.0600

Attorneys for Defendant *DeviantArt, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, an individual; KELLY MCKERNAN, an individual; KARLA ORTIZ, an individual, <br><br> Individual and Representative Plaintiffs, <br><br> v. <br><br> STABILITY AI LTD., a UK corporation; STABILITY AI, INC., a Delaware corporation; MIDJOURNEY, INC., a Delaware corporation; DEVIANTART, INC., a Delaware corporation, <br><br> Defendants. | CASE NO. 3:23-CV-00201-WHO <br><br> **DEFENDANT DEVIANTART, INC.'S CORPORATE DISCLOSURE STATEMENT** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFENDANT DEVIANTART, INC.'S
CORPORATE DISCLOSURE STATEMENT
CASE NO 3:23-CV-00201-WHO

1     Pursuant to Local Rule 7-1(a) and (b), Defendant DeviantArt, Inc. ("Defendant") hereby

2     submits its Corporate Disclosure Statement and states as follows:

3     Fed. R. Civ. P. 7.1(a) provides: "A nongovernmental corporate party to an action or

4     proceeding in district court must file two copies of a statement that identifies any parent

5     corporation and any publicly held corporation that owns 10% or more of its stock or states that

6     there is no such corporation."

7     DeviantArt, Inc. is a wholly owned subsidiary of Wix.com, Inc.  No publicly traded

8     corporation owns more than 10% of DeviantArt, Inc.'s stock.

9

10

11    Dated:  February 6, 2023                    Respectfully submitted,

12                                                LATHAM & WATKINS LLP
                                                  Andrew M. Gass
13                                                Michael R. Rubin

14                                                By ____/s/ Andrew M. Gass_____

15                                                   Andrew M. Gass

16                                                Attorneys for Defendant
                                                  *DeviantArt, Inc.*

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

DEFENDANT DEVIANTART, INC.'S
CORPORATE DISCLOSURE STATEMENT
CASE NO. 3:23-CV-00201-WHO