Mark A. Lemley (Sate Bar No. 155830)
**LEX LUMINA PLLC**
745 Fifth Avenue, Suite 500
New York, NY 10151
Telephone: (646) 898-2055
Facsimile: (646) 906-8657
Email: mlemley@lex-lumina.com

Nicole M. Jantzi (pending *pro hac vice*)
Paul M. Schoenhard (pending *pro hac vice*)
**FRIED, FRANK, HARRIS, SHRIVER
  & JACOBSON LLP**
801 17th Street NW
Washington, DC 20006
Telephone: (202) 639-7254
Email: nicole.jantzi@friedfrank.com
       paul.schoenhard@friedfrank.com

(Additional counsel on signature page)

*Counsel for Defendant Stability, Inc.
and Stability AI Ltd.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| SARAH ANDERSEN, an individual; KELLY MCKERNAN, an individual; KARLA ORTIZ, an individual,<br><br>  Individual and Representative Plaintiffs,<br><br>  v.<br><br>STABILITY AI LTD., a UK corporation; STABILITY AI, INC., a Delaware corporation; MIDJOURNEY, INC., a Delaware corporation; DEVIANTART, INC., a Delaware corporation,<br>                    Defendants. | CASE NO. 23-cv-00201-WHO<br><br>**AMENDED NOTICE OF APPEARANCE OF MARK A. LEMLEY** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Mark A. Lemley, undersigned counsel with Lex Lumina PLLC, hereby enters an amended appearance as counsel on behalf of Defendants Stability AI, Inc. and Stability AI Ltd. in the above-referenced actions. Counsel's appearance does not constitute consent to this Court's exercise of personal jurisdiction over Defendants, and is subject to and without waiver of Defendants' right to dispute such exercise of jurisdiction and/or to otherwise seek to dismiss or transfer this action.

Please serve said counsel with all pleadings and notices in this action at the address below:

> Mark A. Lemley
> Lex Lumina PLLC
> 745 Fifth Avenue, Suite 500
> New York, NY 10151
> Telephone: (646) 898-2055
> Facsimile: (646) 906-8657
> Email: mlemley@lex-lumina.com

Dated: February 8, 2023                   Respectfully submitted,

                                                      **LEX LUMINA PLLC**

                                                    *s/ Mark A. Lemley*
                                                    Mark A. Lemley (State Bar No. 155830)
                                                    745 Fifth Avenue, Suite 500
                                                    New York, NY 10151
                                                    Telephone: (646) 898-2055
                                                    Facsimile: (646) 906-8657
                                                    Email: mlemley@lex-lumina.com

Nicole M. Jantzi (pending *pro hac vice*)
Paul M. Schoenhard (pending *pro hac vice*)
**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**
801 17th Street NW
Washington, DC 20006
Telephone: (202) 639-7254
Email: nicole.jantzi@friedfrank.com
       paul.schoenhard@friedfrank.com

Michael C. Keats (pending *pro hac vice*)
Amir R. Ghavi (pending *pro hac vice*)
**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**
One New York Plaza
New York, NY 10004
Telephone: (212) 859-8000
Email: michael.keats@friedfrank.com
       amir.ghavi@friedfrank.com

*Counsel for Defendants Stability AI, Inc. and Stability AI Ltd.*