Mark A. Lemley (Sate Bar No. 155830)
**LEX LUMINA PLLC**
745 Fifth Avenue, Suite 500
New York, NY 10151
Telephone: (646) 898-2055
Facsimile: (646) 906-8657
Email: mlemley@lex-lumina.com

Nicole M. Jantzi (pending *pro hac vice*)
Paul M. Schoenhard (pending *pro hac vice*)
**FRIED, FRANK, HARRIS, SHRIVER**
   **& JACOBSON LLP**
801 17th Street NW
Washington, DC 20006
Telephone: (202) 639-7254
Email: nicole.jantzi@friedfrank.com
         paul.schoenhard@friedfrank.com

(Additional counsel on signature page)

*Counsel for Defendant Stability, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, an individual; KELLY MCKERNAN, an individual; KARLA ORTIZ, an individual, <br><br> Individual and Representative Plaintiffs, <br><br> v. <br><br> STABILITY AI LTD., a UK corporation; STABILITY AI, INC., a Delaware corporation; MIDJOURNEY, INC., a Delaware corporation; DEVIANTART, INC., a Delaware corporation, <br>                              Defendants. | CASE NO.  23-cv-00201-WHO <br><br> **DEFENDANT STABILITY AI, INC.'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Stability AI, Inc., by and through its undersigned counsel, hereby states that Stability AI, Inc., has no parent corporation and that there is no publicly held corporation owning 10% or more of its stock.

Dated: February 8, 2023

Respectfully submitted

**LEX LUMINA PLLC**

By: s/ *Mark A. Lemley*

Mark A. Lemley (State Bar No. 155830)
745 Fifth Avenue, Suite 500
New York, NY 10151
Telephone: (646) 898-2055
Facsimile: (646) 906-8657
Email: mlemley@lex-lumina.com

Nicole M. Jantzi (pending *pro hac vice*)
Paul M. Schoenhard (pending *pro hac vice*)
**FRIED, FRANK, HARRIS, SHRIVER
 & JACOBSON LLP**
801 17th Street NW
Washington, DC 20006
Telephone: (202) 639-7254
Email: nicole.jantzi@friedfrank.com
       paul.schoenhard@friedfrank.com

Michael C. Keats (pending *pro hac vice*)
Amir R. Ghavi (pending *pro hac vice*)
**FRIED, FRANK, HARRIS, SHRIVER
 & JACOBSON LLP**
One New York Plaza
New York, NY 10004
Telephone: (212) 859-8000
Email: michael.keats@friedfrank.com
       amir.ghavi@friedfrank.com

***Counsel for Defendant Stability AI, Inc.***