COOLEY LLP
ANGELA L. DUNNING (212047)
adunning@cooley.com
J. ASHETON LEMAY (*pro hac vice*)
alemay@cooley.com
KAYLA BLAKER (*pro hac vice*)
kblaker@cooley.com
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone:   +1 650 843 5000
Facsimile:   +1 650 849 7400

JUDD D. LAUTER (290945)
jlauter@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:   +1 415 693 2915
Facsimile:   +1 650 849 7400

*Counsel for Defendant Midjourney, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, an individual; KELLY MCKERNAN, an individual; KARLA ORTIZ, an individual,<br><br>Individual and Representative Plaintiffs,<br><br>v.<br><br>STABILITY AI LTD., a UK corporation; STABILITY AI, INC., a Delaware corporation; MIDJOURNEY, INC., a Delaware corporation; DEVIANTART, INC., a Delaware corporation,<br><br>Defendants. | Case No. 3:23-cv-00201-WHO<br><br>**CORPORATE DISCLOSURE STATEMENT FOR DEFENDANT MIDJOURNEY, INC.** |

Pursuant to FED. R. CIV. P. 7.1, Defendant Midjourney, Inc. ("Midjourney") by and through its undersigned counsel, hereby states that it does not have a parent corporation and further states that no publicly held corporation owns 10% or more of its stock.

Dated: February 16, 2023

Respectfully Submitted,

COOLEY LLP

By: */s/ Judd Lauter*
Judd Lauter
Angela L. Dunning
Kayla Blaker
Asheton Lemay

*Counsel for Defendant Midjourney, Inc.*