# EXHIBIT 1



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.



# Public Catalog

Copyright Catalog (1978 to present)
**Your search found no results. Refer to search examples, check spelling or try another search type.**

**Basic Search**    **Other Search Options**

| | |
|---|---|
| **Search for:** | McKernan Kelly |
| **Search by:**<br>Scroll down for **Search Hints** | Title (omit initial article A, An, The, El, La, Das etc.)<br>Name (Crichton Michael; Walt Disney Company)<br>Keyword<br>Registration Number (for VAu 598-675 type vau000598675)<br>Document Number (for V2606 P87 type v2606p087)<br>Command Keyword |

[25 records per page ▼]    [Begin Search] [Clear Search]    [Set Search Limits]

## Search Hints

- Works registered prior to 1978 may be found only in the **Copyright Public Records Reading Room.**
- Can't find what you're looking for? Try our "Other Search Options".
- Search terms are not case sensitive.
- Search limits can be used with all "Search by:" options.

| Search Type | Hint |
|---|---|
| **Title** | - Omit initial articles (A, An, The, El, La, Das): **King and I**<br>- Type the entire title, or the first few words of the title, starting with the first word |
| **Name** | - For personal names, type last name first name: **Hillerman Tony**<br>- For corporate names, type in order: **Sony Music Entertainment**; **Walt Disney Company**<br><br>For Claimant names, go to **Other Search Options** and select "Name: Claimant (KLCN)" from the *Search by* box. For personal names, type first name last name: James Michener. For corporate names, type in order: Metro Goldwyn Mayer<br><br>For Document names, go to **Other Search Options** and select either "Docs: Party1 Statement (K291)" or "Docs: Party2 (K292)", or "Docs Party1/2 (KPTY)" from the *Search by* box. For personal names, type first name last name: Stephen King. For corporate names, type in order: Warner Brother Pictures |
| **Keyword** | - Searches word(s) anywhere in the record<br>- Retrieves records with at least one of your search words<br>- Use + before words that **must** appear in every record retrieved<br>- Use ! before words that **must not** appear in any record retrieved |

| | |
|---|---|
| | - Use ? for truncation: **photo?** finds **photograph, photographic, photographer**<br>- Use "" to surround exact phrases: "**war of the worlds**" |
| [Registration Number](#) | - Omit spaces and hyphens<br>- Registration numbers must be 12 characters long. Type 2 letters followed by 10 digits, or 3 letters followed by 9 digits; add zeroes before the number:<br>**VAu-598-764** is typed **VAU000598764**,<br>**SR-320-918** is typed **SR0000320918** |
| [Document Number](#) | - Omit spaces and hyphens<br>- The number after the "v" is always 4 digits; the number after the "p" or "d" is always 3 digits<br>- **V2606 P87** is typed **V2606P087** |
| [Command Keyword](#) | - Use index codes and Boolean operators<br>- Use ? for truncation: **photo?** finds **photograph, photographic, photographer**<br>- Use "" to surround exact phrases: "**war of the worlds**" |

[Help](#)   **Search**   *[History](#)*   *Titles*   [Start Over](#)

---

[Contact Us](#)  |  [Request Copies](#)  |  [Get a Search Estimate](#)  |  [Frequently Asked Questions (FAQs) about Copyright](#)  |
[Copyright Office Home Page](#)  |  [Library of Congress Home Page](#)