# EXHIBIT 2



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Ortiz Karla
Search Results: Displaying 1 of 1 entries



*Reticule: The Secret Language of Fans.*

| | |
|---:|:---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PAu004030552 / 2020-05-04 |
| **Application Title:** | Reticule: The Secret Language of Fans. |
| **Title:** | Reticule: The Secret Language of Fans. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Karla Maria Ortiz, 1991- . Address: 24 Dunham Pl, Apt. 3D, Brooklyn, NY, 11249, United States. |
| **Date of Creation:** | 2019 |
| **Authorship on Application:** | Karla Maria Ortiz, 1991- ; Domicile: United States; Citizenship: Mexico. Authorship: production, script/screenplay. |
| **Pre-existing Material:** | preexisting music. |
| **Basis of Claim:** | all other cinematographic material. |
| **Rights and Permissions:** | Karla Maria Ortiz, 24 Dunham Pl., Apt. 3D, Brooklyn, NY, 11249, United States, (347) 461-2114, karlaortizstyling@gmail.com |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Ortiz, Karla Maria, 1991- |



**Save, Print and Email (Help Page)**

Select Download Format [Full Record ▾]  [Format for Print/Save]
Enter your email address: [_____] [Email]

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page