COOLEY LLP
ANGELA L. DUNNING (212047)
adunning@cooley.com
J. ASHETON LEMAY (*pro hac vice*)
alemay@cooley.com
KAYLA BLAKER (*pro hac vice*)
kblaker@cooley.com
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone:   (650) 843-5000
Facsimile:   (650) 849-7400

JUDD D. LAUTER (290945)
jlauter@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, California 94111
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222

*Counsel for Defendant Midjourney, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, an individual; KELLY MCKERNAN, an individual; KARLA ORTIZ, an individual, <br><br> Individual and Representative Plaintiffs, <br><br> v. <br><br> STABILITY AI LTD., a UK corporation; STABILITY AI, INC., a Delaware corporation; MIDJOURNEY, INC., a Delaware corporation; DEVIANTART, INC., a Delaware corporation, <br><br> Defendants. | Case No. 3:23-cv-00201-WHO <br><br> **DECLARATION OF JUDD D. LAUTER** |

COOLEY LLP
ATTORNEYS AT LAW

I, Judd Lauter, declare:

1. I am Special Counsel with the law firm Cooley LLP, counsel for Defendant Midjourney, Inc. ("Midjourney") in this matter. I submit this declaration in support of Midjourney's Motion to Dismiss Plaintiffs' Complaint and to Strike Class Claims. I declare that the following is true to the best of my knowledge, information, and belief, and that if called upon to testify, I could and would testify to the following.

2. Attached hereto as **Exhibit A** is a true and correct screenshot of the webpage located at https://haveibeentrained.com/?search_text=sarah%20andersen, which is referenced in footnote 1 to the Complaint, and was last accessed by me on April 18, 2023.

3. Attached hereto as **Exhibit B** is a true and correct screenshot of the webpage located at https://haveibeentrained.com/?search_text=kelly%20mckernan, which is referenced in footnote 2 to the Complaint, and was last accessed by me on April 18, 2023.

4. Attached hereto as **Exhibit C** is a true and correct screenshot of the webpage located at https://laion-aesthetic.datasette.io/laion-aesthetic-6pls/images?_search=karla+ortiz, which is referenced in footnote 3 to the Complaint, and was last accessed by me on April 18, 2023.

5. Attached hereto as **Exhibit D** is a true and correct screenshot of the Midjourney website, which is located at www.midjourney.com, which is referenced throughout the Complaint, including in paragraphs 133, 208 and 219, and was last accessed by me on April 18, 2023.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 18th day of April, 2023 at San Francisco, California.

                                                    */s/     Judd Lauter*
                                                    Judd Lauter