# EXHIBIT A

Captured at: 2023/04/17 06:12 PM URL: https://haveibeentrained.com/?search_text=sarah%20andersen
sarah andersen
SIGN IN
These images were the closest matches from the LAION-5B training data.
Sign in to opt into or out of AI Art systems with Spawning.
I can't believe summer is almost over.
Where does the time go? This is so depressing.
© Sarah Andersen
ACCOMPLISHMENTS
Woke up without hitting snooze!
Actually ate breakfast!
Made the bed for once!
Found a pair of clean and matching socks!
Silence.
© Sarah Andersen
Oh my god That girl is SO pretty.
Her face is so PERFECT. And her hair is so SHINY.
And her outfit is so COOL. And her cheeks are so ROSY.
I wanna stare at her all day.
I thought you were straight?
I am.
(c) Sarah Andersen
50 YEARS LATER
NEVER. Do you hear me? NEVER.
© Sarah Andersen
Oh hello my little POOF!
My mush.
Cutie squish. Kitten pie.
Little beanie toe cutie!
What's your name?
.... I-
© Sarah Andersen
Oooo. These are cute.
I'm gonna get 'em.
Enjoy them while they last.
(c) Sarah Andersen
No soy real.
Sarah's Scribbles en Español
© Sarah Andersen
TAK TAK TAK
¿En serio?
¡Sip!
¿No has cambiado de parecer?
No
¿No te parezco extraña?
No
O sea, ¿realmente te gusto?
¡Sí!
TE QUIERO
FB: Sarah's Scribbles en Español
Te acepto bajo ciertas circunstancias.
FB: Sarah's Scribbles en Español © Sarah Andersen
Of course I still think you're pretty.
Even when you're self-conscious, like without makeup.
Or when you just woke up, like now!
-BLUSH-
© Sarah Andersen
It's me, September! The back-to-school month!
The cold in the morning and hot in the afternoon month!
Yay!
So fun!
Why can't you be more like your BROTHER
OCTOBER
© Sarah Andersen
Dad. What do you want for Christmas?
World peace.
DAD.
SERIOUSLY, DAD.
DAD! ANYTHING!
Another tie?
Mhm.
(c) Sarah Andersen
I like you.
Yeah!
I do.
Nah.
Nope.
YES.
(c) Sarah Andersen
Side of fries or salad?
LATER
Om nom nom!
Couple more.
All gone
© Sarah Andersen
Humanos normales
Yo
Suelo dormir 8 horas diarias.
A veces duermo 12 horas, a veces no duermo.
Traducción: Tania Medina S. (c) Sarah Andersen
How I clean my room
ЕСТЬ ДВА ТИПА ЛЮДЕЙ
TAK TAK TAK
LO QUE LE PIDO AL ESTILISTA
LO QUE RECIBO
QUIERO CORTE ESCALADO.
CAPA 1
CAPA 2
CAPA 3
HÁGAME UN BOB CUT.
CÓRTEME LAS PUNTAS.
OK
¡Oh hola mi pequeño POMPÓN!
Mi pastelito.
Esponjoso. Lindo gatito.
¿Cómo te llamas?
.....Yo-
FB: Sarah's Scribbles en Español © Sarah Andersen
Don't panic. It's just a party.
No need to be nervous. Just a social gathering.

PEOPLE!
SLAM
FIVE SECONDS
COOKIE DOUGH
Look what I bought!
Yay! Let's bake cookies!
NO.
NO BAKING.
SarahSeeAndersen.tumblr.com
Today I found a lady bug on the bus.
He chilled on my thumb for a while.
and then...
Aaaah!
uuh
why??
SLOW WALKERS
I'M LATE I'M LATE I'M LATE I'M LATE
Oop!
And so then I was like...
Go go go go go GO GO GO GO GO GO
GOOOOOOOO
What's she doing?
POO PART 2
SENSEI! YOU HAVE A POO!
IT'S SPREADING!
NE, YOU'RE SAYING I HAVE POOP NOW
YOU ARE POOP WOULD BE "YOU ARE POO."
AH
SENSEI, YOU ARE POO!
GOOD ENGLISH!
COMO SE VE
COMO SE SIENTE
LA BELLEZA ES UN DOLOR. MUCHO DOLOR.
I just read five pages without absorbing a single word.
© Sarah Andersen
I don't have time to vote.
You just spent twenty minutes setting up an Instagram photo.
¿Tiraste tu plato OTRA VEZ?!
Sabes, me pones los nervios de punta
VOLTEAR
Barriga
TE AMO. TE AMO.
FB: Sarah's Scribbles en Español
Me gustas.
¿Qué? ¿En serio?
¡Sip!
¿Estás seguro de que te gusto?
¡Sí!
¿No has cambiado de parecer?
No
¿No te parezco extraña?
No
O sea, ¿realmente te gusto?
¡Sí!
REAL girls don't—
WAIT! STOP!
Do you identify as a girl?
Yes.
Are you a figment of my imagination?
No.
CONGRATULATIONS!
You have met the criteria for being a REAL girl!
Por supuesto que aún pienso que eres hermosa.
Aún cuando te avergüenzas de tu aspecto, como cuando estás sin maquillaje.
O justo cuando te despiertas, ¡como ahora!
-SONROJO-
ALTERNATIVE BOYFRIEND USES
Jar opener
Body heat provider
POP
Did you get a cat?
MOPE
MOPE
MOPE
Hey! Why don't we go for a walk to cheer you up?
I actively enjoy this.
oooh, estas son monísimas!!
ya está, me las llevo!
Disfrútalas mientras duren...
THE FUTURE
So! You'll be an adult soon.
YUP! PSYCHED.
Have you figured out your career plans?
Uh.. Well...
How will you pay your student loans?
Hm.
What about health insurance? Rent? Are you ready for taxes?
YOUR BEST FRIEND FROM KINDERGARDEN ALREADY HAS A BABY!
I SHOULD BE:
I AM:
Doing homework early! Broadening my mind!
Out socializing! Making connections!
Planning my career! Preparing for the future!
You're not a REAL fan if you don't—
You're right.
I'm not real.
slam!
So long, sucker!
WHAT THE-
VERRR
GIVING GIFTS
RECEIVING GIFTS
T-t-thank you
Me at prom
Me at a bar
Me at a house party
Me at a wedding

LOGROS
¡Despertar sin posponer la alarma!
¡Haber desayunado!
¡Por una vez tender la cama!
¡Encontrar un par de medias iguales y limpias!
¿Ya viste que otra de tus amigas de bachillerato tuvo un bebé?
Silencio.
Sarah's Scribbles en Español
© Sarah Andersen
Tu ir vėl nuvertei bliūdelį?
Žinai, tu pradedi mane nerv
Aš tave myliu
aš tave myliu
I don't want to get up.
If I get up, I have to see PEOPLE.
AND DO THINGS.
Nooo...
LAS TAREAS PARA ADULTOS
1. PAGAR LA RENTA
¡LISTO!
2. LAVAR LA ROPA
¡LISTO!
3. PREPARAR LA COMIDA
¡LISTO!
4. SACAR UNA CITA CON UN DOCTOR
YO.. YO NO SE.. NO SE.. SOLO..
MAN. I love books.
Uh, your book is upside down.
I know, I just love the smell.
SNNNFFF
Knowledge.
Oye, ¿Me puedes hacer un favor?
trabajando
YO.
PREFERIRÍA
MORIR
Segura, ¿Qué es?
FB: Sarah's Scribbles en Español
© Sarah Andersen
Vistiendo ropa interior linda
Secretamente Feliz
Vistiendo ropa interior fea
Secretamente triste
Sarah's Scribbles en Español
© Sarah Andersen
MI MONÓLOGO INTERNO
¡HORA DE TRABAJAR!
¡SIN EXCUSAS! ¡¡VAMOS!!
1...2...3...¡AHORA! ¡EMPECEMOS!
¡¡POR DIOS TE LO RUEGO!!
FB: Sarah's Scribbles en Español
© Sarah Andersen
Hey.
Hey.
You working on some important stuff?
Yup.
Oh.
Oh hey Sarah.
She knows my name?
So long, new best friend.
© Sarah Andersen
I just read five pages without absorbing a single word.
© Sarah Andersen
Oh man. You look tired.
Yeah.
You okay? You look tired.
You tired?
Wow
THAT'S BECAUSE I AM TIRED.
Ooooooh...
So that's why!
Makes sense.
Oh hello my little POOF!
My mush.
YO.
NO TE.
PREGUNTÉ
Don't panic. It's just a party.
No need to be nervous. Just a social gathering.
DE VUELTA A CLASES
Te odio
También te odio
Hola
Bienvenida
Y EN ESPECIAL te odio a ti
HHEEYY
Y a ti Y a ti Y a ti
Sip. Los odio a todos.
Traducción: Tania Medina S.
Are you a CAT person—
Yes.
OR! A DOG person—
Yes.
Which do you prefe—
Yes.
© Sarah Andersen
REMEMBERING NAMES
Oh hey! Let me introduce you to my friends.
This is Sally, Max, and Fred.
FIVE SECONDS LATER
I remember nothing. My mind is a blank void. The identities of these people are a mystery forever.
Thud thud THUD.
Coming upstairs?!
CREEEAAAKKK
IT'S ALL OVER.
I'M TOO YOUNG TO DIE.
SLOW WALKERS
I'M LATE I'M LATE I'M LATE I'M LATE
Finally hot outside!
Maybe this is the year I'll get a TAN.
DIDN'T WORK
WHAP
© Sarah Andersen
HOW I CLEAN MY ROOM
I did good.
© Sarah Andersen
Going back to school
I HATE YOU.
HATE YOU TOO.
ESPECIALLY hate you...
HHEEYY
And you. And you. And you.
Yup. I hate everyone.
SEPTEMBER.
SUMMER IS DEAD!
Actually, I'm still around for a few more weeks—
© Sarah Andersen
LOOK AT MY DOG PHOTO.
NOW LOOK AT THIS DOG PHOTO.

...NO PUEDO. NO PUEDO HACERLO.
© Sarah Andersen
I'M FREE!
Twirl
THREE YEARS LATER
REAL girls don't—
WAIT! STOP!
Do you identify as a girl?
Yes.
Are you a figment of my imagination?
No.
CONGRATULATIONS!
You have met the criteria for being a REAL girl!
I'm gonna change. Don't turn around.
Okay.
DO NOT.
TURN.
AROUND.
We've been dating for several years now, but okay.
DO NOT!
©Sarah Andersen
POR QUÉ LAS AMISTADES FEMENINAS SON IMPORTANTES
Me siento fea hoy.
¿QUÉ?
Escucha. Eres una diosa.
Una diosa.
Eres hermosa y sabia y divertida y genial.
Sí.
¡Nunca dudes de ti misma!
Soy una diosa.
¡Nunca!
¡Te queremos!
Sarah's Scribbles en Español
©Sarah Andersen
CÓMO YO COMO PIZZA
¡CALIENTE!
MI BOCA ENTERA ESTÁ EN LLAMAS.
I hope you don't mind that I
Knock it all over
GUH
MROW
WHAT THE HELL
(c) Sarah Andersen
50 YEARS LATER
NEVER. Do you hear me? NEVER.
© Sarah Andersen
HOW TO PUT A SHIRT BACK WHEN SHOPPING
1) Fold in the sleeves
2) Lay the shirt down
3) You ruined it.
4) You ruined everything.
5) How?? How did you mess up this badly?
Oh god I'm sorry
© Sarah Andersen
Cat owner
What my friends think I do...
What society thinks I do...
What my cat thinks I do...
What my parents think I do...
What I think I do...
What I actually do...
Hey, could you do me a favor?
working
I
WOULD RATHER
DIE
COME IN!
PEOPLE!
SLAM
YOUNG LADY!
O.K!
Who needs a boyfriend?
My laptop keeps me entertained...
...And warm!
Just like the heat of a real human.
You fricken depress me.
(C) Sarah Andersen
SHOPPING
WINTER
SPRING
TOO MUCH FLORAL!
SUMMER
FALL
NOPE.
SarahSeeAndersen.tumblr.com
Time to draw!
Come on guys... A little faster...
GO GO GO GO GO GO GO GO
GOOOOOO
What's she doing?
(c) Sarah Andersen
2. REGULAR USE
At this point, you're a regular coffee drinker. You have a cup in the morning with your breakfast. Normal, right?
GULP
3. ABUSE
OH GOD, I CAN SEE ALL OF TIME AT ONCE
I need to ask you something
This t-shirt of yours is ugly and it doesn't fit you
Can I make it my pyjamas?
hey
ALTERNATIVE BOYFRIEND USES
Jar opener
Comfy clothing supplier
Is that my—
Yes
High place reacher
Bug killer
Body heat provider
© Sarah Andersen
ARE CLOTHING COMPANIES AWARE THAT BRAS EXIST?!
LOOK AT ALL MY DOG PHOTOS!
They're cute, huh? Super cute, right?
This is the fifth time you've shown me this picture.
TAREA GRANDE, IMPORTANTE
Tareas pequeñas, insignificantes
OKEY, ESPERARÉ
FB: Sarah's Scribbles en Español
©Sarah Andersen
Hey, can you—
Do not disrupt me I am creating vivid music videos in my head.
© Sarah Andersen
Estar triste
Hola! Me pasó algo terrible
Qué te pasó? Y por qué sonríes?
Porque si dejo de sonreír, comenzaré a...
oh oh no
Iré por el balde para lágrimas
SarahSeeAndersen.tumblr.com
VRRRRRR
Are you sure the back up parachute works?
Wait wha—
No clue

No lo disfruté para nada
© Sarah Andersen
Sure what is it.
© Sarah Andersen
ART BLOCK
Please no
© Sarah Andersen
MALE PUBERTY
Hey bad news. Your voice is gonna crack and you'll get acne.
Augh
Buuut... check out your new FACIAL HAIR!
Woah!
PUBERTY
FEMALE PUBERTY
Oh hi puberty. How are you? I've been waiting for
YOU
WACK
PERIOD
Enjoy your newly found sexual objectification
and the zits
© Sarah Andersen
AGE 13
ME N
Friends? As in I hate people.
WAAA
Being an oddball with hyper specific interests
Finding another hyper specific oddball
Oh god.
© Sarah Andersen
Yanina patates kızartması mı istersiniz, salata mı?
Patates.
Ben salata alayım...
Tabi.
Nnngh...
© Sarah Andersen
AMOUNT OF TIME DATING
1 month
6 months
1 Year
1.5 Years
2 Years
Happy anniversary!
Where's my girlfriend?
© Sarah Andersen
Do not buy those
Don't open them
DO NOT PUT ONE IN YOUR MOUTH
PLEASE STOP
YOUR BODY IS A TEMPLE
No me quero levantar
Si me levanto, tengo que ver GENTE
Y HACER COSAS
Nooo...
Done!
Just in case.
A LOT!
© Sarah Andersen
I see with my two eyes that the stove is OFF. Nothing to worry about!
EVERYTHING IS ON FIRE
© Sarah Andersen
WHEN I SKIP WASHING MY HAIR FOR A SINGLE DAY
How has your hair been wet ALL day?
It's not wet. It's so greasy I wanna die.
OTHER PEOPLE
Ugh I haven't washed my hair in like FOUR days.
Sigh
FLICK
© Sarah Andersen
CÓMO GASTO DINERO
Comestibles
Ropa
Sólo lo básico
Artículos Domésticos
Libros
Sarah's Scribbles en Español
© Sarah Andersen
HIGH SCHOOL
These are your best years!
Enjoy life now, before you get to the "REAL WORLD!!"
Ahh to be so young and care-free...
You'll miss these days!
"REAL LIFE"
Do you ever think about high school?
I get nightmares sometimes, but they're fading.
Yeah
© Sarah Andersen
I don't want to get up
If I get up, I have to see PEOPLE
AND DO THINGS.
Nooo
WHAT MATERIAL WEALTH DO YOU WISH FOR?
Me in a crowd
Me one-on-one
more awesome pictures at THEMETAPICTURE.COM
Create a list of steps for creating a picture graph.
Create a list of steps for creating a picture graph.
Create a list of steps for creating a picture graph.
Create a list of steps for creating a picture graph.
CUDDLING
WINTER
SUMMER
I am so cozy and warm!
Yeah, this is the best!
Please
© Sarah Andersen
Social media in real life
ATTENTION FRIENDS AND FOLLOWERS!
I JUST ATE A BURGER!
...AND IT WAS GOOD!!
LOOK!
LIKE
You Knocked your bowl over AGAIN?!
You Know, you really get on my nerves—
FLIP
Tum
I LOVE YOU I LOVE YOU
I SHOULD BE:
I AM:
Doing homework early! Broadening my mind!
Out socializing! Making connections!
Planning my career! Preparing for the future!
SHOPPING
WINTER
SPRING
It's expensive but I need a coat.
TOO MUCH FLORAL!
sigh
I don't believe in marriage.
I believe it is a corrupt institution that oppresses individual liberties, and...

SUMMER
Let's just get some cheap shirts and leave.
Yeah
FALL
Can I at least get one of those lattes?
Nope.
07:00
Mmm.. Mejor solo beberé una taza de café en lugar de desayunar.
12:30
Estoy demasiado ocupada. No tengo ganas de comer.
18:30
Puedo preparar esta receta... O no hacer nada.
MEDIANOCHE
(c) Sarah Andersen
Gosto de você.
O que? É sério?
Sim!
Tem certeza de que gosta de mim?
Sim!
Você não mudou de ideia?
Não
Não pareço estranha para você?
Não
Quer dizer, você realmente gosta de mim?
Sim!
RIP
(c) Sarah Andersen
What to Expect When You're Expecting to Actually Enjoy Your Twenties
Ah. You've reached your twenties. Time to come to terms with things like "maturity" and "responsibility."
Time flies, doesn't it? Soon you'll be noticing that everything around you is changing, including your friends. Prepare yourself for conversations like this:
I'm engaged!
What?
And pretty soon, you'll be hearing stuff like this:
We're planning our second baby.
ALREADY?
"DESCRIBE YOUR STYLE"
SPRING
Casual and pretty.
SUMMER
Light and fun!
FALL
Comfy, cozy layers.
WINTER
But all bundled trying to stay warm
© Sarah Andersen
Mis manos están sudorosas
Oh Dios! Pensará que soy asquerosa
Oh Dios! Por qué?
And uh...
Actually, disregard that last statement.
(c) Sarah Andersen
MOTIVATION
Beginning of semester
Let's go!
Second day
Third day
End of first week
Beginning of second week
I'm not even going to try today
(c) Sarah Andersen
WHEN I WAS A TEENAGER, I REALLY WANTED A SKATEBOARD
MY MUM EVENTUALLY BOUGHT ME ONE
I WOULD SIT ON THE KERB
SANDING DOWN THE ENDS
SO IT WOULD LOOK LIKE I KNEW HOW TO USE IT.
YOU MEAN LIKE THAT BOOK CLUB THAT WENT TO PRISON?
IS... THAT WHAT THIS IS?
NO, THIS IS AN ACTUAL BANNED BOOK CLUB.
OH, NO. THAT WASN'T A BANNED BOOK CLUB. THE GOVERNMENT TRUMPED UP THOSE CHARGES FOR POLITICAL GAIN. IT WAS JUST POOR STUDENTS SHARING TEXTBOOKS TO SAVE MONEY.
THAT BOOK IN YOUR HANDS IS THE ONE THEY GOT ARRESTED FOR.
Pamiętasz jak byłaś nastolatką? Haha, szalone czasy..
Ja:
Taak!
© Sarah Andersen
HOW I SPEND MONEY
Groceries
Just the basics.
Clothes
An occasional splurge, but mostly necessities.
Household Items
Whichever brands are cheapest.
Steam Sale
© Sarah Andersen
(c) Sarah Andersen
Side of fries or salad?
Fries please.
I'll have the salad.
LATER
Can I have a fry?
Couple more.
Nungh
© Sarah Andersen
SUMMER
FALL
Nope.
COMO SE VE
COMO SE SIENTE
Sarah's Scribbles en Español
© Sarah Andersen
PROBLEMAS DE ESPACIO PERSONAL
Bink
ESTOY TAN INCOMODA!
(c) Sarah Andersen
HOW I SPEND MONEY
Groceries
Just the basics.
Clothes
An occasional splurge, but mostly necessities.
Household Items
Whichever brands are cheapest.
TACK SHOP
What are you doing?
I finished a book and now my life is meaningless.
© Sarah Andersen
Do not buy those
Don't open them
DO NOT PUT ONE IN YOUR MOUTH
PLEASE STOP
YOUR BODY IS A TEMPLE
SarahSeeAndersen.tumblr.com
Running into people you knew in high school
OHMYGOD IS that YOU?!
*DEEP BREATH*
HEEEEYY
SarahSeeAndersen.tumblr.com
I'm showered and ready! Now to decide on an outfit and go!
(c) Sarah Andersen
AGE 5
I DON'T LIKE BABIES.
Quiet, dear.
AGE 15
I just don't want kids.
You'll change your mind.
You're young and naive.
AGE 25
Still don't want em!
CHILDREN ARE LITTLE MIRACLES
AGE 45
YOUR BIOLOGICAL CLOCK IS TICKING.
Too bad!
AGE 85
Aren't you so miserable and alone, and sad and filled with regret?
Nah, shutup.
(c) Sarah Andersen
©Sarah Andersen
I HATE EVERYTHING
LIFE IS BUT A SHITSTORM OF PAIN AND SUFFERING
NOBODY UNDERSTANDS ME
I FEEL NOTHING BUT ANGER AND HATRED
THERE IS A BOTTOMLESS PIT OF DARKNESS WHERE MY HEART USED TO BE
OMG A PUPPY!!
BY DEYA MUÑIZ
Ever think we should work out some time?
...PFFFFTT
HAHHAHAHA
aha... ha...
Good one.
My abs hurt. Does that count as "working out"?
For sure.
MANICURE
Dos días después
Rayos
PEDICURE
50 años después
THE WOODS CAN BE A DANGEROUS PLACE, SON. THERE ARE ALL SORTS OF SCARY ANIMALS: WOLVES, SNAKES, BEARS –
DAD, LOOK!
I like you.
What? Really?
Yeah!
You're sure you like me?
I do.
So you won't change your mind?
Nah.
You don't think I'm weird?
Nope.
Pequeñas tareas sin importancia
grandes tareas

Es terrible!
Es el infierno!
I don't like all that stuff on you I like you NATURAL
Much better!
Wait-
Wait, stop!
NOT THAT NATURAL!!!
© Sarah Andersen
SUFFERING
NOBODY UNDERSTANDS ME
I FEEL NOTHING BUT ANGER AND HATRED
PIT OF DARKNESS WHERE MY HEART USED TO BE
OMG A PUPPY!!
PRESENTE YO
FUTURO YO
¿Por qué dormir cuando podría tener MÁS tiempo en Internet?
Maldito seas, yo del pasado
Estoy segura que puedo terminar mañana!
FRUSTRADA OTRA VEZ.
¿Qué hay de malo en otra rebanada o dos?
Ahí está...
¡¡¡NO ME AGRADAS!!!
Sarah's Scribbles en Español
© Sarah Andersen
Remember being a teen? The CRAZY days, ha ha!
ME:
YUP
© Sarah Andersen
Bink
I'M SO UNCOMFORTABLE
At home:
What
ACCOMPLISHMENTS
Woke up without hitting snooze!
Actually ate breakfast!
Made the bed for once!
Found a pair of clean and matching socks!
Silence
RAMÓN, NO HAS HECHO TU TAREA.
ESTOY HACIENDO LA PARTE MÁS DIFÍCIL.
DECIDIRME A HACERLA.
CÓMO ME ACERCO AL CHICO QUE ME GUSTA
ES MI CORAZÓN
NO.
Yes.
Then you did all you could.
© Sarah Andersen
Ya no sé dónde estoy. Peor aún, ya no sé ni quién soy
Ya no puedo continuar
Tiempo de parciales? Sí
HOW IT LOOKS
HOW IT FEELS
JUST POOPED
© Sarah Andersen
TAK TAK TAK
EM PÚBLICO
Eii, lembra daquela coisa que aconteceu ontem...
Que foi TÃO engraçado!
HAHAHAA!!
© Sarah Andersen
ROOM...
WHAT THE HECK! This size ten is way too small!
How do they decide these things?!?
What size should THIS one be?
Lets find out!
I'M STRESSED.
Wow, thank you! My problem is solved.
Who knew the answer was so SIMPLE?!
I WISH YOU TOLD ME THAT YEARS AGO! I'D BE SO MUCH HAPPIER!
I sense sarcasm.
(c) Sarah Andersen
LIFE
LIFE ON YOUR PERIOD
ME AGE 13
ME NOW
I only have like five friends. I'm such a loser.
Friends? As in people? I hate people. Stay away from me.
(c) Sarah Andersen
THINGS I COULD DO WHEN MY WIFI IS DOWN
1) Read a book.
2) Enjoy the weather.
3) Catch up with a friend.
4) Clean and organize.
WHAT I DO
Spend hours doing this:
CONNECT YOU STUPID SONOFA-
© Sarah Andersen
Oooo. These are cute.
I'm gonna get 'em.
Enjoy them while they last.
(c) Sarah Andersen
BAD RELATIONSHIP
Look, I didn't shave my legs! Ha ha!
Gross.
GOOD RELATIONSHIP
LOOK.
OoOoo, fuzzy!
© Sarah Andersen
I can't wait to go home and change into my pajamas.
I'm so happy I'm home and in my pajamas.
(c) Sarah Andersen
THE CYCLE
1 week after period
2 Weeks
SOON I AWAKEN
Random cramps? Aaaw problem!
© Sarah Andersen
EU DEVERIA ESTAR:
EU ESTOU:
Adiantando a lição de casa! Expandindo minha mente!
Socializando fora de casa! Fazendo contatos!
Planejando minha carreira! Me preparando para o futuro!
(c) Sarah
EVERYTHING IS BAD!!
EVERYTHING IS BAD.
EVERYTHING IS BAD!!
Not you.
BUT EVERYTHING ELSE IS BAD!!
© Sarah Andersen
YOUR BEST FRIEND FROM KINDERGARDEN ALREADY HAS A BABY

Or when you just woke up, like now!
BLUSH-
¡Pum!
¡Adiós, perdedora!
¿Qué demonios?
BRRRRR
MY HANDS ARE SO COLD.
THAT'S NICE.
SEEE?!
Oooo. These are cute.
I'm gonna get 'em.
Enjoy them while they last.
(c) Sarah Andersen
POR QUÉ LAS AMISTADES FEMENINAS SON IMPORTANTES
Me siento fea hoy
QUÉ.
Soy una diosa.
Sarah's Scribbles en Español
DESESPERO
INCRIVEL
LOGICAL PATH
PROBLEM
Easy!
SOLUTION
OVER-THINKERS PATH
© Sarah Andersen
VIDA
VIDA EN TU PERIODO
© Sarah Andersen
I made a pure light being for the humans.
They will bring unconditional love and joy!
© Sarah Andersen
Household Items
Books
3 Weeks
Time to feel every emotion you are capable of!
4 weeks: Period
HERE WE GO!!
Never a break!
(c) Sarah Andersen
WHEN TO CHANGE/WASH
UNDERWEAR: 1 use
T-SHIRTS: 2-3 uses
JEANS + SWEATERS: 3-5 uses
BRAS:
Ahhhmm...
It's been weeks, hasn't it.
YEP.
(c) Sarah Andersen
THE NEXT DAY:
I WILL NEVER BE SATISFIED
© Sarah Andersen
HOW GOING TO THE MALL FEELS
© Sarah Andersen
Cómo debería ser:
Cómo Soy:
¡hago las tareas temprano! ¡amplío mi mente!
¡socializo! ¡establezco relaciones!
¡Planifico mi carrera! ¡Me preparo para el futuro!
(c) Sarah Andersen
Man, I am so upset.
Do you want a stiff uncomfortable hug?
Do you feel better-
No.
©Sarah Andersen
HAHAHAA!!
NO PUEDO CREER QUE ME ESTE PASANDO ESTO A MI.
NO AHORA.
HACE 45 MINUTOS NADA ERA TAN COMPLICADO.
HOW TO CROSS DOGWOOD DRIVE