# EXHIBIT B





















