# EXHIBIT C



| ID | Image | Description | Source | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | her mother | | | | | | | |
| 2826926 | | Enjoy The Art of Marvel Doctor Strange in a gallery of Concept Art made for the movie, featuring artworks by concept artists, Ryan Lang, Karla Ortiz, Marvel Doctor Strange, Dr Strange, Concept Art Books, Concept Art World, Character Concept, Character Art, Character Design, Dnd Characters, Fantasy Characters | i.pinimg.com 24 | 235 | 321 | 0.30458 | 0.001 | 0.05598 | 6.55 |
| 3116662 | | m Cleric Med Armor Robes Cloak Staff Desert city wall by Karla Ortiz lg Black Characters, Dnd Characters, Fantasy Characters, Character Concept, Character Art, Concept Art, Fantasy Inspiration, Character Design Inspiration, Story Inspiration | i.pinimg.com 24 | 236 | 449 | 0.31462 | 0.00019 | 0.21448 | 6.09 |
| 4091485 | | Oil painting of a man sitting on a red couch by Karla Ortiz. | visualartspassage.com 208005 | 500 | 629 | 0.32924 | 0.0000181099 | 0.22622 | 6.45 |
| 5358420 | | King Daeron I, the Young Dragon, pg 87., from the book A Song of Fire and Ice, by Karla Ortiz | brokeassstuart-9uzlt3u.netdna-ssl.com 216819 | 720 | 960 | 0.2808 | 0.0000292400 | 0.61574 | 6.47 |
| 5546731 | | 11-year-old Karla Ortiz, left, and her mother Francisca Ortiz speak during the first day of the Democratic | api.time.com 2454 | 3392 | 2261 | 0.36953 | 0.00894 | 0.27764 | 6.06 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | National Convention in Philadelphia on Monday, July 25, 2016. | | | | | | |
| 5759132 | | Karla Ortiz, 11, told the Democratic National Convention crowd that she is constantly scared her illegal immigrant parents will be deported | i.dailymail.co.uk 30 | 634 | 423 | 0.39686 | 0.00027 | 0.31713 | 6.05 |
| 6764872 | | """The Godfather"" a concept art by Karla Ortiz. The image of a big heavy over weight gangster leader does not equate to class or elegance. It eludes to self indulges that are to an excess." | i.pinimg.com 24 | 236 | 453 | 0.30366 | 0.00054 | 0.42909 | 6.02 |
| 7955040 | | Stunning art of a young Lili by Karla Ortiz for Magic Origins | i.pinimg.com 24 | 236 | 177 | 0.3032 | 0.00035 | 0.18827 | 6.04 |
| 8340255 | | 'On Most Days I'm Scared': Young Immigrant Karla Ortiz Speaks at Convention | media-cldnry.s-nbcnews.com 825 | 320 | 280 | 0.35888 | 0.00017 | 0.37706 | 6.01 |
| 9417874 | | 'Liliana and the Eternal Army' by Karla Ortiz, art for the 'War Of The Spark' expansion set, released May 3 2019 by Magic: The Gathering<br> Foto Fantasy, High Fantasy, Dark Fantasy Art, Fantasy Artwork, Karla Ortiz, Character Art, Character Design, Mtg Art, Pop Culture Art | i.pinimg.com 24 | 236 | 354 | 0.29775 | 0.00489 | 0.91755 | 6.13 |
| 10717652 | | King Daeron I, | brokeassstuart.com 53845 | 720 | 960 | 0.2808 | 0.0000292400 | 0.61574 | 6.47 |



| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | the Young Dragon, pg 87., from the book A Song of Fire and Ice, by Karla Ortiz | | | | | | |
| 11638705 | | """The Herd"" by Karla Ortiz (digital)" | images.squarespace-cdn.com 138 | 1000 | 792 | 0.31933 | 0.0000395414 | 0.02559 | 6.35 |
| 11696933 | | Archivo:Princess Nymeria and Mors Martell enthroned in Sunspear by Karla Ortiz©.jpg | vignette4.wikia.nocookie.net 8629 | 640 | 366 | 0.29006 | 0.00333 | 0.06599 | 6.30 |
| 11759467 | | The World of Ice & Fire Rhaegar Targaryen Karla Ortiz | i1.wp.com 61 | 717 | 960 | 0.3344 | 0.00014 | 0.0567 | 6.19 |
| 12077135 | | Rhaegar Targaryen A World of Ice and Fire Karla Ortiz illustration | i.insider.com 52 | 400 | 535 | 0.35469 | 0.00015 | 0.03792 | 6.00 |

**Advanced export**

JSON shape: default, array, newline-delimited

CSV options: ☐ download file  ☑ expand labels   [Export CSV]

```
CREATE TABLE "images" (
   [url] TEXT,
   [text] TEXT,
   [domain_id] INTEGER REFERENCES [domain]([id]),
   [width] INTEGER,
   [height] INTEGER,
   [similarity] FLOAT,
   [punsafe] FLOAT,
   [pwatermark] FLOAT,
   [aesthetic] FLOAT,
   [hash] TEXT,
   [__index_level_0__] INTEGER
`  [text] TEXT,
   [domain_id] INTEGER REFERENCES [domain]([id]),
   [width] INTEGER,
   [height] INTEGER,
   [similarity] FLOAT,
   [punsafe] FLOAT,
   [pwatermark] FLOAT,
   [aesthetic] FLOAT,
   [hash] TEXT,
   [__index_level_0__] INTEGER
);
```

Powered by Datasette · Queries took 5.602ms · Data source: improved_aesthetics_6plus · About: About this project