# EXHIBIT D

Captured at: 2023/04/17 07:06 PM   URL: https://www.midjourney.com/home/?callbackUrl=%2Fapp%2F

# MIDJOURNEY

## About

Midjourney is an independent research lab exploring new mediums of thought and expanding the imaginative powers of the human species.

We are a small self-funded team focused on design, human infrastructure, and AI. We have 11 full-time staff and an incredible set of advisors.

### Executives

**David Holz**
*Previously: Founder Leap Motion, Researcher at NASA, Max Planck*

### Advisors

**Jim Keller**
*Lead Silicon at Apple, AMD, Tesla, Intel, Coauthor X86-64, CTO Tenstorrent*

**Nat Friedman**
*CEO Github, Chairman of GNOME Foundation*

**Philip Rosedale**
*Founder of Second Life, CTO RealNetworks*

**Bill Warner**
*Founder of Avid Technology, inventor of nonlinear video editing*

### Research and Engineering

Daniel   Max   Jack   Thomas   Red   Sam   Nadir   Sebastian

### Legal and Finance

**Max Sills**         **Nadia Ali**
*legal advisor*

## Community Management

fnuckle (Katryna)    Ancient Chaos

## Discord Moderators and Guides

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Afterburn… | AmirKerr | bartek | Blue Man | ChrisViau | cody boy | croakie | dezm0n |
| DigitalDr… | Eikyuu | Feonix | fractl | isaacq | jayscott | kav2k | MatthewHa… |
| Meggirbot | Reiko | Sanne (Ms… | schofe | Shade | Sirkut | Spookydan | SquireZed |
| starshado… | Tallath | Xaphedo | ajmars | ameades | Apricus | bonnie be… | clarinet |
| classpect… | dafyomili… | Dee | dudu | eku | Eojin's R… | fab1an | fl4min_xX |
| firefly | gigglethu… | Goofball | Historian | Hoxxonia | Ippity | jrdsctt | Kath |
| Kevazy | Kinky Kong | Krakput | Kyun | Larc | Marigold | Molang | noodlecake |
| PtitCitron | Replicant | Roc | ShaneMcG | Soar | ST0N3ZY | Sunshiney… | TaylorV |
| theo3 | Trent | Weaving L… | Zu | | | | |

## 👤 Careers

We're a small, self-funded, fully-distributed team and we're actively hiring!

Come help us scale, explore, and build humanist infrastructure focused on amplifying the human mind and spirit.

If you're sure you can help, but don't see a position that fits, email us.

We look forward to hearing from you.

## ✉ Contact

For product support or questions please join our Discord and ask questions in our #support chatrooms.

For Journalist inquiries:
press@midjourney.com

Terms of Service    Privacy Policy