# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, an individual; KELLY MCKERNAN, an individual; KARLA ORTIZ, an individual,<br><br>Individual and Representative Plaintiffs,<br><br>v.<br><br>STABILITY AI LTD., a UK corporation; STABILITY AI, INC., a Delaware corporation; MIDJOURNEY, INC., a Delaware corporation; DEVIANTART, INC., a Delaware corporation,<br><br>Defendants. | Case No. 3:23-cv-00201-WHO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MIDJOURNEY, INC.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT AND TO STRIKE CLASS CLAIMS**<br><br>Date:        July 19, 2023<br>Time:       2:00 p.m.<br>Courtroom: 2, 17th Floor<br>Judge:       William H. Orrick<br><br>Trial Date: None<br>Date Action Filed: January 13, 2023 |

1        Defendant Midjourney, Inc.'s ("Midjourney") Motion to Dismiss Plaintiffs' Complaint and to Strike Class Claims ("Motion") was heard by this Court on July 19, 2023.  After consideration of the briefs and arguments of counsel, and all matters properly presented to the Court, the Court **GRANTS** the Motion and finds and orders as follows:

   **1.**   Claim 1 (direct copyright infringement) is **DISMISSED** with prejudice as to all Plaintiffs for lack of a copyright registration and/or to the extent that it is predicated on (a) copyright registrations obtained after the January 13, 2023 filing of the Complaint and/or (b) allegations that images created by users of Midjourney's platform are substantially similar to the Plaintiff's copyrighted images, which would contradict the allegations in the Complaint.  Claim 1 is further dismissed on the ground that Plaintiffs fail to plead facts sufficient to state a claim as required by Rule 8 of the Federal Rules of Civil Procedure.

   **2.**   Claim 2 (vicarious copyright infringement) is **DISMISSED** with prejudice as to all Plaintiffs for the reasons stated above, and because, as a matter of law, a defendant cannot be both directly and vicariously liable for the same allegedly infringing act.

   **3.**   Claim 3 (violation of the Digital Millennium Copyright Act ("DMCA")) is **DISMISSED** with prejudice as to all Plaintiffs, because Plaintiffs have not, and cannot, without contradicting the allegations in the Complaint, plead that Defendant removed or altered copyright management information from Plaintiffs' works or an identical copy of Plaintiffs' works.

   **4.**   Claims 4 and 5 (violation of statutory and common law rights of privacy) are **DISMISSED** with prejudice as to all Plaintiffs to the extent that they are predicated on (a) uses of their names in text prompts written by Defendant's users, which is not a use by Midjourney, and/or (b) Plaintiffs' claims of ownership of publicity rights in artistic identities embodied in particular styles of art, which is preempted by 17 U.S.C. § 301(a).  Claims 4 and 5 are further dismissed on the ground that Plaintiffs fail to plead facts sufficient to state a claim.

   **5.**   Claim 6 (unfair competition) is **DISMISSED** with prejudice as to all Plaintiffs, because: (a) Plaintiffs do not and cannot plausibly plead violations of the Lanham Act or California common law unfair competition; (b) the claim for violation of Cal. Bus. & Prof. Code §§ 17200 *et seq.* ("UCL") is preempted by 17 U.S.C. § 301 to the extent it is based on alleged copyright

1  infringement; and (c) the only other alleged predicate violation for the UCL claim—violation of
2  the DMCA—fails as a matter of law for the reasons stated above.

3    **6.**    Claim 8 (declaratory relief) is **DISMISSED** with prejudice as to all Plaintiffs,
4  because it is a restatement of Claims 1 through 6 and is, therefore, both unnecessarily duplicative
5  and predicated on claims which themselves are dismissed.

6    **7.**    Plaintiffs' class claims are **STRICKEN** from the Complaint under Rule 12(f) on the
7  ground that the allegations in the Complaint and nature of the claims asserted make clear that
8  Plaintiffs cannot identify any class cognizable under Rule 23.

9  **IT IS SO ORDERED.**

11  Dated: _____

12  _____
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE