1

2

3

4

5

6

7

8

9

10

11

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

SARAH ANDERSEN, an individual;
KELLY MCKERNAN, an individual;
KARLA ORTIZ, an individual,

     Individual and Representative Plaintiffs,

          v.

STABILITY AI LTD., a UK corporation;
STABILITY AI, INC., a Delaware
corporation; MIDJOURNEY, INC., a
Delaware corporation; DEVIANTART, INC.,
a Delaware corporation,

                Defendants.

Case No. 3:23-cv-00201-WHO

**[PROPOSED] ORDER GRANTING
DEFENDANT MIDJOURNEY, INC.'S
REQUEST FOR JUDICIAL NOTICE**

Date:      July 19, 2023
Time:     2:00 p.m.
Courtroom: 2, 17th Floor
Judge:    William H. Orrick

Trial Date: None
Date Action Filed: January 13, 2023

1    Upon consideration of Defendant Midjourney, Inc.'s ("Midjourney") Request for Judicial

2 Notice and Consideration of Documents Incorporated by Reference in Support of the Defendant

3 Midjourney's Motion to Dismiss Plaintiffs' Complaint and to Strike Class Claims ("RJN"), as well

4 as any opposition and reply filed in response thereto, it is hereby ORDERED that the RJN is

5 **GRANTED**.

6    The Court finds that the content publicly available at the URLs referenced in footnotes 1

7 through 3 to the Complaint, and the Midjourney website located at www.midjourney.com,

8 including the screenshots of that content (Exhibits A through D to the Declaration of Judd D. Lauter

9 ("Lauter Declaration")), is incorporated by reference in the Complaint and properly considered in

10 ruling on the Midjourney's Motion to Dismiss Plaintiffs' Complaint and to Strike Class Claims

11 ("Motion").

12    Further, the Court takes judicial notice of Exhibit D to the Lauter Declaration under Federal

13 Rule of Evidence 201(c)(2) in ruling on Midjourney's Motion.

14    **IT IS SO ORDERED.**

15

16  Dated: _____          _____

17                                   HON. WILLIAM H. ORRICK
                                     UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE MIDJOURNEY'S REQ.
FOR JUDICIAL NTC I/S/O MTD
CASE NO.: 3:23-CV-00201-WHO