Mark A. Lemley (State Bar No. 155830)
**LEX LUMINA PLLC**
745 Fifth Avenue, Suite 500
New York, NY 10151
Telephone: (646) 898-2055
Facsimile: (646) 906-8657
Email: mlemley@lex-lumina.com

Nicole M. Jantzi (*pro hac vice*)
Paul M. Schoenhard (*pro hac vice*)
**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**
801 17th Street NW
Washington, DC 20006
Telephone: (202) 639-7254
Email: nicole.jantzi@friedfrank.com
         paul.schoenhard@friedfrank.com

(Additional counsel on signature page)

*Counsel for Defendants Stability AI, Ltd.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, an individual; KELLY MCKERNAN, an individual; KARLA ORTIZ, an individual,<br><br>  Individual and Representative Plaintiffs,<br><br>  v.<br><br>STABILITY AI LTD., a UK corporation; STABILITY AI, INC., a Delaware corporation; MIDJOURNEY, INC., a Delaware corporation; DEVIANTART, INC., a Delaware corporation,<br>                              Defendants. | CASE NO.  23-cv-00201-WHO<br><br>**DEFENDANT STABILITY AI LTD.'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Stability AI Ltd.,

by and through its undersigned counsel, hereby states that Stability AI Ltd. is a wholly-owned

- 1 -

subsidiary of Stability AI, Inc.  Stability AI, Inc. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: April 18, 2023

Respectfully submitted,

By: s/ *Paul M. Schoenhard*

    Mark A. Lemley (State Bar No. 155830)
    **LEX LUMINA PLLC**
    745 Fifth Avenue, Suite 500
    New York, NY 10151
    Telephone: (646) 898-2055
    Facsimile: (646) 906-8657
    Email: mlemley@lex-lumina.com

    Nicole M. Jantzi (*pro hac vice*)
    Paul M. Schoenhard (*pro hac vice*)
    **FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**
    801 17th Street NW
    Washington, DC 20006
    Telephone: (202) 639-7254
    Email: nicole.jantzi@friedfrank.com
          paul.schoenhard@friedfrank.com

    Michael C. Keats (*pro hac vice*)
    Amir R. Ghavi (*pro hac vice*)
    **FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**
    One New York Plaza
    New York, NY 10004
    Telephone: (212) 859-8000
    Email: michael.keats@friedfrank.com
          amir.ghavi@friedfrank.com

    *Counsel for Defendant Stability AI Ltd.*