Mark A. Lemley (State Bar No. 155830)
**LEX LUMINA PLLC**
745 Fifth Avenue, Suite 500
New York, NY 10151
Telephone: (646) 898-2055
Facsimile: (646) 906-8657
Email: mlemley@lex-lumina.com

Nicole M. Jantzi (*pro hac vice*)
Paul M. Schoenhard (*pro hac vice*)
**FRIED, FRANK, HARRIS, SHRIVER
  & JACOBSON LLP**
801 17th Street NW
Washington, DC 20006
Telephone: (202) 639-7254
Email: nicole.jantzi@friedfrank.com
      paul.schoenhard@friedfrank.com

(Additional counsel on signature page)

*Counsel for Defendant*
*Stability AI, Inc.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| SARAH ANDERSEN, an individual; KELLY MCKERNAN, an individual; KARLA ORTIZ, an individual,<br><br>  Individual and Representative Plaintiffs,<br><br>   v.<br><br>STABILITY AI LTD., a UK corporation; STABILITY AI, INC., a Delaware corporation; MIDJOURNEY, INC., a Delaware corporation; DEVIANTART, INC., a Delaware corporation,<br>                    Defendants. | **Case No. 23-cv-00201-WHO**<br><br>**STABILITY AI, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, no entity has a pecuniary interest in the outcome of the case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated: April 18, 2023              Respectfully submitted,

   *s/ Paul M. Schoenhard*

   Mark A. Lemley (State Bar No. 155830)
   **LEX LUMINA PLLC**
   745 Fifth Avenue, Suite 500
   New York, NY 10151
   Telephone: (646) 898-2055
   Facsimile: (646) 906-8657
   Email: mlemley@lex-lumina.com

   Nicole M. Jantzi (*pro hac vice*)
   Paul M. Schoenhard (*pro hac vice*)
   **FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**
   801 17th Street NW
   Washington, DC 20006
   Telephone: (202) 639-7254
   Email: nicole.jantzi@friedfrank.com
              paul.schoenhard@friedfrank.com

   Michael C. Keats (*pro hac vice*)
   Amir R. Ghavi (*pro hac vice*)
   **FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**
   One New York Plaza
   New York, NY 10004
   Telephone: (212) 859-8000
   Email: michael.keats@friedfrank.com
              amir.ghavi@friedfrank.com

   *Counsel for Defendant*
   *Stability AI Inc.*