Mark A. Lemley (State Bar No. 155830)
**LEX LUMINA PLLC**
745 Fifth Avenue, Suite 500
New York, NY 10151
Telephone: (646) 898-2055
Facsimile: (646) 906-8657
Email: mlemley@lex-lumina.com

Nicole M. Jantzi (*pro hac vice*)
Paul M. Schoenhard (*pro hac vice*)
**FRIED, FRANK, HARRIS, SHRIVER
  & JACOBSON LLP**
801 17th Street NW
Washington, DC 20006
Telephone: (202) 639-7254
Email: nicole.jantzi@friedfrank.com
       paul.schoenhard@friedfrank.com

*Counsel for Defendant Stability AI, Inc.
  and Stability AI Ltd.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SARAH ANDERSEN, an individual; KELLY MCKERNAN, an individual; KARLA ORTIZ, an individual, <br><br> Individual and Representative Plaintiffs, <br><br> v. <br><br> STABILITY AI, LTD., a UK corporation; STABILITY AI, INC., a Delaware corporation; MIDJOURNEY, INC., a Delaware corporation; DEVIANTART, INC., a Delaware corporation, <br><br> Defendants. | CASE NO. 3:23-cv-00201-WHO <br><br> **DECLARATION OF PAUL M. SCHOENHARD IN SUPPORT OF STABILITY AI'S MOTION TO DISMISS** <br><br> Date:   July 19, 2023 <br> Time:   2:00 p.m. <br> Place:  Courtroom 2 - 17th Floor <br> Before: Hon. William H. Orrick |

I, Paul M. Schoenhard, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am an attorney at the law firm Fried, Frank, Harris, Shriver & Jacobson LLP, counsel for Defendants Stability AI, Ltd. and Stability AI, Inc.

2. I submit this Declaration and related exhibits in support of Stability AI's Motion to Dismiss, filed concurrently herewith.

3. The United States Copyright Office maintains an online "Official Public Catalog" of copyright records from 1978 to the present, available at https://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?DB=local&PAGE=First.

4. Individuals' or entities' copyright registrations, or evidence of the lack thereof, can be found by (1) entering the individual's or entity's name in the "Search for" field; (2) selecting "Name (Crichton Michael; Walt Disney Company)" from the drop-down "Search by" menu; and (3) selecting "Begin Search." According to the instructions provided, "[f]or personal names, type last name first name."

5. As of April 18, 2023, the search term "McKernan Kelly" generates text stating "Your search found no results. Refer to search examples, check spelling or try another search type."

6. As of April 18, 2023, the search term "Ortiz Karla" generates only a single result ("1 of 1 entries") relating to the registration by a Karla Maria Ortiz of a motion picture titled "Reticule: The Secret Language of Fans," Reg. No. PAu004030552. Upon information and belief, Karla Maria Ortiz is not the Plaintiff Karla Ortiz. Whereas the complaint alleges that Plaintiff Karla Ortiz "is a resident of the State of California" (Compl. ¶ 30), Karla Maria Ortiz is identified in Copyright Office records as residing in Brooklyn, New York. And whereas the complaint alleges that Plaintiff Karla Ortiz "is a Puerto Rican" (*id.*), Karla Maria Ortiz is identified in Copyright Office records as holding Mexican citizenship.

7. Attached hereto as **Exhibit 1** is a true and correct copy of the webpage generated on April 18, 2023, displaying the results of a search performed on the name "McKernan Kelly."

8. Attached hereto as **Exhibit 2** is a true and correct copy of the webpage generated on April 18, 2023, displaying the results of a search performed on the name "Ortiz Karla."

SIGNED this 18th day of April, 2023, at Washington, D.C.

By: */s/Paul M. Schoenhard*
Paul M. Schoenhard

DECL. OF PAUL M. SCHOENHARD ISO MOTION
TO DISMISS - 3 of 3
CASE NO. 3:23-cv-00201-WHO