Mark A. Lemley (State Bar No. 155830)
**LEX LUMINA PLLC**
745 Fifth Avenue, Suite 500
New York, NY 10151
Telephone: (646) 898-2055
Facsimile: (646) 906-8657
Email: mlemley@lex-lumina.com

Nicole M. Jantzi (*pro hac vice*)
Paul M. Schoenhard (*pro hac vice*)
**FRIED, FRANK, HARRIS, SHRIVER
 & JACOBSON LLP**
801 17th Street NW
Washington, DC 20006
Telephone: (202) 639-7254
Email: nicole.jantzi@friedfrank.com
       paul.schoenhard@friedfrank.com

*Counsel for Defendant Stability, Inc. and Stability AI Ltd.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| SARAH ANDERSEN, an individual; KELLY MCKERNAN, an individual; KARLA ORTIZ, an individual,<br><br>  Individual and Representative Plaintiffs,<br><br>     v.<br><br>STABILITY AI, LTD., a UK corporation; STABILITY AI, INC., a Delaware corporation; MIDJOURNEY, INC., a Delaware corporation; DEVIANTART, INC., a Delaware corporation,<br>                    Defendants. | Case No. 23-cv-00201-WHO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS STABILITY AI, LTD. AND STABILITY AI, INC.'S REQUEST FOR JUDICIAL NOTICE AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>Hon. William H. Orrick<br><br>Date:   July 19, 2023<br>Time:   2:00 p.m.<br>Place:  Courtroom 2 - 7th Floor<br>Before: Hon. William H. Orrick |

Defendants Stability AI Ltd. and Stability AI, Inc.'s Motion to Dismiss Plaintiffs' Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) was heard by this Court on July 19 at 2:00 p.m. Stability AI Ltd. and Stability AI, Inc. ("Stability Defendants") have also requested that this Court take judicial notice of the facts that Plaintiff Kelly McKernan and Plaintiff Karla Ortiz did not register any copyrighted works prior to filing suit. Having considered all papers filed in support of and in opposition to the motion, oral arguments of counsel, and all other pleadings and papers on file herein, the Court hereby orders that the Stability Defendants' Motion to Dismiss Plaintiffs' Complaint with prejudice is **GRANTED**.

**IT IS ORDERED THAT**

1. Plaintiffs McKernan's and Ortiz's failure to register copyrights before suit can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b)(2).

2. The Court therefore takes judicial notice that Plaintiff Kelly McKernan and Plaintiff Karla Ortiz did not register any copyrighted works prior to filing suit.

3. Plaintiffs do not state any causes of action in the Complaint against the Stability Defendants and/or do not plead facts sufficient for any cause of action against the Stability Defendants. Fed. R. Civ. P. 12(b)(6).

4. The Court therefore grants dismissal with prejudice of Counts I through VII against the Stability Defendants.

5. Further, because Count IX of the Complaint is not pleaded against the Stability Defendants, the Court grants dismissal of the Complaint and this Action in their entirety with respect to the Stability Defendants.

**IT IS SO ORDERED.**

DATED:

                                                          _____
Honorable William H. Orrick
United States District Judge