Mark A. Lemley (State Bar No. 155830)
**LEX LUMINA PLLC**
745 Fifth Avenue, Suite 500
New York, NY 10151
Telephone: (646) 898-2055
Facsimile: (646) 906-8657
Email: mlemley@lex-lumina.com

Nicole M. Jantzi (*pro hac vice*)
Paul M. Schoenhard (*pro hac vice*)
**FRIED, FRANK, HARRIS, SHRIVER
  & JACOBSON LLP**
801 17th Street NW
Washington, DC 20006
Telephone: (202) 639-7254
Email: nicole.jantzi@friedfrank.com
         paul.schoenhard@friedfrank.com

(Additional counsel on signature page)

*Counsel for Defendant Stability, Ltd.
and Stability AI, Inc.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, an individual; KELLY MCKERNAN, an individual; KARLA ORTIZ, an individual,<br><br>  Individual and Representative Plaintiffs,<br><br>     v.<br><br>STABILITY AI LTD., a UK corporation; STABILITY AI, INC., a Delaware corporation; MIDJOURNEY, INC., a Delaware corporation; DEVIANTART, INC., a Delaware corporation,<br><br>                              Defendants. | CASE NO. 23-cv-00201-WHO<br><br>**DEFENDANT STABILITY AI, LTD. AND STABILITY AI, INC'S NOTICE OF JOINDER IN DEFENDANT DEVIANTART, INC.'S SPECIAL MOTION TO STRIKE UNDER CALIFORNIA CODE OF CIVIL PROCEDURE § 425.16**<br><br>Date:     July 19, 2023<br>Time:    2:00 p.m.<br>Place:    Courtroom 2 - 17th Floor<br>Before:  Hon. William H. Orrick<br><br>Trial Date: TBD<br>Date Action Filed: January 13, 2023 |

### NOTICE OF JOINDER AND JOINDER TO ANTI-SLAPP MOTION

- 1 -

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Defendants Stability AI, Ltd., and Stability AI, Inc. ("Stability Defendants") hereby join in DeviantArt, Inc.'s ("DeviantArt") Special Motion to Strike Under California Code of Civil Procedure § 425.16 ("Motion") (Dkt. 50).

The Stability Defendants join in DeviantArt's Motion and all supporting papers submitted therewith, for all the reasons stated therein, namely, that Plaintiffs' cannot demonstrate a probability of prevailing on their speech-inhibiting right of publicity claims because the claims: (1) fall within the subject matter of copyright, are predicated on assertions of rights that are equivalent to copyright rights, and are therefore preempted under 17 U.S.C. § 301; (2) are based exclusively on conclusory allegations; (3) would improperly expand the concept of publicity rights to prohibit use of an individual's name to accurately refer to that individual's public acts or achievements—in this case, the "artistic styles" that Plaintiffs claim they "popularized" on the internet (¶ 205); and (4) are predicated on, if anything, transformative uses of Plaintiffs' identities or likenesses, which are protected First Amendment speech, particularly inasmuch as Plaintiffs, themselves, allege that it is nearly "impossible" to identify any alleged Work of Plaintiffs from the face of any output from defendants' platforms. (¶¶ 192–93.)

By way of this joinder, the Stability Defendants request that the Court grant the Motion and strike Plaintiffs' right-of-publicity claims against the Stability Defendants.

Dated: April 18, 2023          Respectfully submitted,

By: /s/ *Paul M. Schoenhard*

Mark A. Lemley (State Bar No. 155830)
**LEX LUMINA PLLC**
745 Fifth Avenue, Suite 500
New York, NY 10151
Telephone: (646) 898-2055
Facsimile: (646) 906-8657
Email: mlemley@lex-lumina.com

Nicole M. Jantzi (*pro hac vice*)
Paul M. Schoenhard (*pro hac vice*)

- 2 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**FRIED, FRANK, HARRIS, SHRIVER
 & JACOBSON LLP**
801 17th Street NW
Washington, DC 20006
Telephone: (202) 639-7254
Email: nicole.jantzi@friedfrank.com
         paul.schoenhard@friedfrank.com

Michael C. Keats (*pro hac vice*)
Amir R. Ghavi (*pro hac vice*)
**FRIED, FRANK, HARRIS, SHRIVER
 & JACOBSON LLP**
One New York Plaza
New York, NY 10004
Telephone: (212) 859-8000
Email: michael.keats@friedfrank.com
         amir.ghavi@friedfrank.com

*Counsel for Defendant Stability AI, Ltd. and Stability AI, Inc.*

- 3 -