# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, an individual; KELLY MCKERNAN, an individual; KARLA ORTIZ, an individual,<br><br>Individual and Representative Plaintiffs,<br><br>v.<br><br>STABILITY AI LTD., a UK corporation; STABILITY AI, INC., a Delaware corporation; MIDJOURNEY, INC., a Delaware corporation; DEVIANTART, INC., a Delaware corporation,<br><br>Defendants. | Case No. 3:23-cv-00201-WHO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND/OR STAY DISCOVERY PENDING RESOLUTION OF DISPOSITIVE MOTIONS**<br><br>Current Initial CMC Date: May 2, 2023<br>Trial Date: None<br>Date Action Filed: January 13, 2023 |

Upon consideration of Defendants' Joint Administrative Motion to Continue Case Management Conference and good cause appearing, it is hereby ORDERED as follows:

(1) The initial Case Management Conference ("CMC") currently scheduled for May 2, 2023, and all attendant deadlines, are hereby VACATED and ADJOURNED.

(2) The Court will issue a further Order resetting an initial CMC after the Dispositive Motions are decided.

**IT IS SO ORDERED.**

Dated: _____            _____
                                                                  HON. WILLIAM H. ORRICK
                                                                  UNITED STATES DISTRICT JUDGE