# EXHIBIT 2

COOLEY LLP
ANGELA L. DUNNING (212047)
adunning@cooley.com
J. ASHETON LEMAY (*pro hac vice*)
alemay@cooley.com
KAYLA BLAKER (*pro hac vice*)
kblaker@cooley.com
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

JUDD D. LAUTER (290945)
jlauter@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

*Counsel for Defendant Midjourney, Inc.*

*Additional Counsel on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, an individual; KELLY MCKERNAN, an individual; KARLA ORTIZ, an individual,<br><br>Individual and Representative Plaintiffs,<br><br>v.<br><br>STABILITY AI LTD., a UK corporation; STABILITY AI, INC., a Delaware corporation; MIDJOURNEY, INC., a Delaware corporation; DEVIANTART, INC., a Delaware corporation,<br><br>Defendants. | Case No. 3:23-cv-00201-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT HEARING**<br><br>Current Date:    May 2, 2023<br>Proposed Date:    May 16, 2023<br><br>Trial Date: None<br>Date Action Filed: January 13, 2023 |

1       Pursuant to Local Civil Rule 6-2 and this Court's Standing Order, Plaintiffs Sarah Andersen, Kelly McKernan, and Karla Ortiz (collectively, "Plaintiffs") and Defendants Stability AI Ltd., Stability AI, Inc., Midjourney, Inc., and DeviantArt, Inc. (collectively, "Defendants") bring this Stipulated Request for an Order Continuing the Case Management Hearing, currently set for May 2, 2023, by two weeks, to May 16, 2023, or a date thereafter practicable for the Court.  The Parties stipulate and agree as follows:

WHEREAS, on February 6, 2023, the Court issued its Order Setting Case Management Conference (Dkt. 31), setting the initial Case Management Conference ("CMC") for May 2, 2023.

WHEREAS, on February 6 and 8, 2023 the Court issued Orders pursuant to stipulation among all parties setting a deadline of April 18, 2023 for Defendants to respond to the Complaint and ordering that Plaintiffs' opposition to any motion(s) to dismiss be filed by June 2, 2023 and any replies in support of such motion(s) be filed by July 3, 2023.  (Dkts. 29, 40.)

WHEREAS, as a result of these Orders, Defendants' motions to dismiss will not be fully briefed or heard until at least July 2023.

WHEREAS, the parties have met and conferred regarding the CMC date of May 2, 2023~~.~~ ~~Defendants proposed that the initial CMC be postponed to coincide with any hearing on the motions to dismiss.  Plaintiffs were not amenable to that request but indicated willingness~~, and agreed to postpone the CMC by two weeks, to May 16, 2023, to accommodate an immovable scheduling conflict on the part of lead counsel for Midjourney, Inc., who will be out of the country and without internet access on May 2, 2023.

WHEREAS, lead counsel for all parties are available on that date and have agreed, subject to the Court's approval, to continue the CMC from May 2, 2023 to May 16, 2023.

WHEREAS, the parties have further agreed that no discovery shall be served on or before May 16, 2023 (or such other date on which the Court may set the initial CMC), except for discovery directed at and necessary to the resolution of a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1)-(3);

WHEREAS, the proposed change to the CMC date will not necessitate any other changes to the case schedule.

1 NOW THEREFORE, the Parties, through their undersigned counsel, and subject to the approval of the Court, hereby stipulate and agree as follows:

1. The CMC currently scheduled for May 2, 2023 shall be continued to May 16, 2023 at 2:00 pm or such date and time thereafter as may be convenient to the Court;

2. In accordance with paragraph 1(b) of the Court's Supplemental Standing Order for Civil Case Management Conferences, the parties will file a joint CMC statement not less than seven days prior to the Case Management Conference;.

3. All deadlines under Local Rule 16 and Federal Rule of Civil Procedure 26 that are predicated on the date of the parties' first scheduling conference shall also be extended accordingly; and

3.4. No party shall serve discovery on or before May 16, 2023 (or such other date on which the Court may set the initial CMC), except for discovery directed at and necessary to the resolution of a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1)-(3).

**IT IS SO STIPULATED.**

Dated: April ___, 2023             JOSEPH R. SAVERI LAW FIRM, LLP

                                   By: _____
                                          Travis Manfredi

                                   Joseph R. Saveri (130064)
                                   Cadio Zirpoli (179108)
                                   Christopher K.L. Young (318371)
                                   Elissa A. Buchanan (249996)
                                   Travis Manfredi (281779)
                                   JOSEPH SAVERI LAW FIRM, LLP
                                   601 California Street, Suite 1000
                                   San Francisco, California 94108
                                   Telephone: (415) 500-6800
                                   Facsimile: (415) 395-9940
                                   Email:  jsaveri@saverilawfirm.com
                                           czirpoli@saverilawfirm.com
                                           cyoung@saverilawfirm.com
                                           eabuchanan@saverilawfirm.com
                                           tmanfredi@saverilawfirm.com

                                   Matthew Butterick (250953)
                                   1920 Hillhurst Avenue, #406
                                   Los Angeles, CA 90027
                                   Telephone: (323) 968-2632
                                   Facsimile: (415) 395-9940
                                   Email:  mb@butterickflaw.com

                                   *Counsel for Individual and Representative Plaintiffs and the Proposed Class*

Dated: April ___, 2023             COOLEY LLP

                                   By: _____
                                          Angela L. Dunning

                                   *Counsel for Defendant Midjourney, Inc.*

| | |
|---|---|
| Dated: April ___, 2023 | LEX LUMINA PLLC<br><br>By: _____<br>　　Mark A. Lemley<br><br>Mark A. Lemley (155830)<br>LEX LUMINA PLLC<br>745 Fifth Avenue, Suite 500<br>New York, NY 10151<br>Telephone: (646) 898-2055<br>Facsimile: (646) 906-8657<br>Email: mlemley@lex-lumina.com<br><br>Nicole M. Jantzi (*pro hac vice*)<br>Paul M. Schoenhard (*pro hac vice*)<br>FRIED, FRANK, HARRIS, SHRIVER<br>& JACOBSON LLP<br>801 17th Street NW<br>Washington, DC 20006<br>Telephone: (202) 639-7254<br>Email: nicole.jantzi@friedfrank.com<br>　　　paul.schoenhard@friedfrank.com<br><br>Michael C. Keats (*pro hac vice*)<br>Amir R. Ghavi (*pro hac vice*)<br>FRIED, FRANK, HARRIS, SHRIVER<br>& JACOBSON LLP<br>One New York Plaza<br>New York, NY 10004<br>Telephone: (212) 859-8000<br>Email: michael.keats@friedfrank.com<br>　　　amir.ghavi@friedfrank.com<br><br>*Counsel for Defendants Stability AI Ltd. and Stability AI, Inc.* |

| | | |
|---|---|---|
|1| Dated: April ___, 2023 | LATHAM & WATKINS LLP |
|2| | |
|3| | By: _____<br>      Andrew M. Gass |
|4| | Andrew M. Gass (259694)<br>Michael H. Rubin (214636) |
|5| | LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000 |
|6| | San Francisco, California 94111-6538<br>Telephone: (415) 391-0600 |
|7| | Email: andrew.gass@lw.com |
|8| |           michael.rubin@lw.com |
|9| | *Counsel for Defendant DeviantArt, Inc.* |

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated: _____, 2023          _____
                                                           HONORABLE WILLIAM H. ORRICK
                                                           UNITED STATES DISTRICT JUDGE

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(h)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from all other signatories to this document.

Dated: April ___, 2023                    By: _____
                                              Angela L. Dunning

284239798