1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDERSEN, et al.,<br><br>    Individual and Representative Plaintiffs,<br><br>v.<br><br>STABILITY AI LTD., et al.,<br><br>    Defendants. | Case No. 3:23-cv-00201-WHO<br><br>**[PROPOSED] ORDER REGARDING DEFENDANTS' JOINT ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Current Initial CMC Date: August 29, 2023<br>Trial Date: None<br>Date Action Filed: January 13, 2023 |

Having considered Defendants' Joint Administrative Motion to Continue Case Management Conference. ECF No. 60. (the "Motion") and Plaintiffs' Opposition thereto, and declarations filed in support, the Court finds Defendants are not entitled to a stay of discovery at this time. Accordingly, the parties are required to conduct a discovery conference pursuant to Federal Rule of Civil Procedure 26(f) on or before June 16, 2023, and to file the required report on the conference no later than June 30, 2023. Defendants' request to continue the initial Case Management Conference is now moot, as its date has been reset to August 29, 2023, well after the July 19, 2023 hearing on Defendants' responsive motions.

The Motion identified above is hereby DENIED to the extent it is not now moot.

**IT IS SO ORDERED.**

Dated: _____, 2023

HON. WILLIAM H. ORRICK
United States District Judge