| | |
|---|---|
| 1 | Joseph R. Saveri (State Bar No. 130064) |
| 2 | Cadio Zirpoli (State Bar No. 179108) |
|   | Christopher K.L. Young (State Bar No. 318371) |
| 3 | Louis A. Kessler (State Bar No. 243703) |
|   | Elissa A. Buchanan (State Bar No. 249996) |
| 4 | Travis Manfredi (State Bar No. 281779) |
|   | JOSEPH SAVERI LAW FIRM, LLP |

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Louis A. Kessler (State Bar No. 243703)
Elissa A. Buchanan (State Bar No. 249996)
Travis Manfredi (State Bar No. 281779)
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:    (415) 500-6800
Facsimile:    (415) 395-9940
Email:        jsaveri@saverilawfirm.com
              czirpoli@saverilawfirm.com
              cyoung@saverilawfirm.com
              lkessler@saverilawfirm.com
              eabuchanan@saverilawfirm.com
              tmanfredi@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:    (323) 968-2632
Facsimile:    (415) 395-9940
Email:        mb@buttericklaw.com

*Counsel for Individual and Representative Plaintiffs Sarah Andersen, Kelly McKernan, Karla Ortiz, and the Proposed Class*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, et al., | Case No. 3:23-cv-00201-WHO |
| Individual and Representative Plaintiffs, | **NOTICE OF APPEARANCE OF LOUIS A. KESSLER** |
| v. | |
| STABILITY AI LTD., et al., | |
| Defendants. | |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  Please take notice that Louis A. Kessler of the Joseph Saveri Law Firm, LLP hereby

3 appears as counsel of record for Plaintiffs in this action. Mr. Kessler is registered with the Court's

4 CM/ECF system and may be served notice through that system. Mr. Kessler's contact

5 information is as follows:

6

7  Louis A. Kessler (State Bar No. 243703)
   JOSEPH SAVERI LAW FIRM, LLP
   601 California Street, Suite 1000

8  San Francisco, California 94108
   Telephone:     (415) 500-6800

9  Facsimile:     (415) 395-9940
   Email: lkessler@saverilawfirm.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | | |
|---|---|---|
| Dated: June 2, 2023 | By: | /s/ Louis A. Kessler |
| | | Louis A. Kessler |

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Louis A. Kessler (State Bar No. 243703)
Elissa A. Buchanan (State Bar No. 249996)
Travis Manfredi (State Bar No. 281779)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
Email:           jsaveri@saverilawfirm.com
                     czirpoli@saverilawfirm.com
                     cyoung@saverilawfirm.com
                     lkessler@saverilawfirm.com
                     eabuchanan@saverilawfirm.com
                     tmanfredi@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:     (323) 968-2632
Facsimile:      (415) 395-9940
Email:           mb@buttericklaw.com


Brian D. Clark (*pro hac vice*)
Laura M. Matson (*pro hac vice*)
Eura Chang (*pro hac vice*)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612)339-6900
Facsimile:   (612)339-0981
Email:        bdclark@locklaw.com
                  lmmatson@locklaw.com
                  echang@locklaw.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

**ATTESTATION OF FILER**

Pursuant to Civil L.R. 5-1(h)(3), regarding signatures, I, Joseph R. Saveri, attest that concurrence in the filing of this document has been obtained.

Dated: June 2, 2023                                        Respectfully Submitted,

                                                By:   */s/ Joseph R. Saveri*
                                                      Joseph R. Saveri