# EXHIBIT 1

midjourney / docs  Public

Code | Issues 2 | Pull requests | Actions | Security | Insights

f102e3bccb

docs / resource-links / guide-to-prompting.md

gadgetsam  GitBook: [#55] Adding Resource Links to threads and news, fixing …    History

2 contributors

| description |
|---|
| Some tips from the MJ Team |

# Tips for Text-Prompts

## Anything left unsaid may surprise you

You can be as specific or as vague as you want, but anything you leave out will be randomized. Being vague is a great way to get variety, but you may not get what you're looking for.

Try to be clear about any context or details that are important to you.

## Try visually well-defined objects

Visually well defined means something with a lot of photos on the internet

**Try:** Wizard, priest, angel, emperor, necromancer, rockstar, city, queen, Zeus, house, temple, farm, car, landscape, mountain, river

## Strong feelings or mystical-sounding themes also work great

**Try:** "a sense of awe" "the will to endure" "cognitive resonance" "the shores of infinity" "the birth of time" "a desire for knowledge" "the notion of self"

## Try describing a style

**Examples:** "a cyberpunk wizard" "a surreal landscape" "a psychedelic astronaut"

**Try:** cyberpunk, psychedelic, surreal, vaporwave, alien, solarpunk, modern, ancient, futuristic, retro, realistic, dreamlike, funk art, abstract, pop art, impressionism, minimalism

## Try invoking unique artists to get a unique style

**Examples:** "Temple by James Gurney" "Father by MC Escher"

**Try:** Hiroshi Yoshida, Max Ernst, Paul Signac, Salvador Dali, James Gurney, M.C. Escher, Thomas Kinkade, Ivan Aivazovsky, Italo Calvino, Norman Rockwell, Albert Bierstadt, Giorgio de Chirico, Rene Magritte, Ross Tran, Marc Simonetti, John Harris, Hilma af Klint, George Inness, Pablo Picasso, William Blake, Wassily Kandinsky, Peter Mohrbacher, Greg Rutkowski, Paul Signac, Steven Belledin, Studio Ghibli

## Combine names for new styles: "A temple by Greg Rutkowski and Ross Tran"

Try invoking a particular medium

If the style is unspecified, it will lean towards photorealism

**Examples:** "a watercolor painting of a landscape" "a child's drawing of a home"

**Try:** painting, drawing, sketch, pencil drawing, w, woodblock print, matte painting, child's drawing, charcoal drawing, an ink drawing, oil on canvas, graffiti, watercolor painting, fresco, stone tablet, cave painting, sculpture, work on paper, needlepoint

## Speak in positives. Avoid negatives

Language models often ignore negative words ("not" "but" "except" "without").

**Avoid:** "a hat that's not red" " **Try:** "a blue hat" **Avoid:** "a person but half robot" **Try:** "half person half robot"

## Specify what you want clearly

**Avoid:** "monkeys doing business" **Try:** "three monkeys in business suits"

### If you want a specific composition, say so!

**Examples:** "a portrait of a queen" "an ultrawide shot of a queen" Disco Diffusion v5.1 [w/ Turbo] - Colaboratory

**Try:** portrait, headshot, ultrawide shot, extreme closeup, macro shot, an expansive view of

### Too many small details may overwhelm the system:

**Avoid:** "a monkey on roller skates juggling razor blades in a hurricane"

**Try:** "a monkey that's a hurricane of chaos"

### Try taking two well defined concepts and combining them in ways no one has seen before

**Examples:** "cyberpunk shinto priest" "psychedelic astronaut crew" "river of dreams" "temple of stars" "queen of time" "necromancer capitalist"

### Try to use singular nouns or specific numbers

Vague plural words leave a lot to chance (did you mean 2 wizards or 12 wizards?)

**Avoid:** "cyberpunk wizards" **Try:** "three cyberpunk wizards" **Avoid:** "psychedelic astronauts"

115 lines (59 sloc) | 5.21 KB

### Avoid concepts which involve significant extrapolation

**Avoid:** "an optimistic vision of an augmented reality future" **Try:** "a solarpunk city filled with holograms"

**Avoid:** "Clothes humans will wear 12,000 years into the future" **Try:** "wildly futuristic clothing with glowing and colorful decoration"

### Try these fun Ad-Libs

The tree of _____ and _____

The temple of _____ and _____

The gateway to _____ and _____

The angel of ____ and _____

The emperor/empress of _____

_____ in the style of a 70s science fiction novel cover

_____ in the style of a metal album cover

_____ in the style of cyberpunk noir art deco

_____ in the style of glitch art

a biblical fantasy illustration of \_\_\_\_\_

an ancient chinese painting of \_\_\_\_\_

## Try some fun words

**Punk style list:** cyberpunk, nanopunk, biopunk, cyber noir, steampunk, clockpunk, dieselpunk, decopunk, coalpunk, atompunk, steelpunk, islandpunk, oceanpunk, rococopunk, stonepunk, mythpunk, raypunk, nowpunk, cyberprep, postcyberpunk, solarpunk, lunarpunk, elfpunk, atompunk, neonpunk

**Tarot Cards (Major Arcana):** The Fool, The Magician, The High Priestess, The Empress, The Emperor, The Hierophant, The Lovers, The Chariot, Strength, The Hermit, Wheel of Fortune, Justice, The Hanged Man, Death, Temperance, The Devil, The Tower, The Star, c, The Sun, Judgment, The World

## More Resources

See the [Resource Links page](#).