# EXHIBIT 2

📖 **midjourney** / **docs**   `Public`

<> **Code**    ⊙ **Issues** `2`    ⑂ **Pull requests**    ▷ **Actions**    ⊡ **Security**    ⟋ **Insights**

# Commits

⑂ **main** ▾

─o─ Commits on May 24, 2023

> **Update faq.txt**
> ▦ **Ancient-Chaos** committed yesterday

─o─ Commits on May 22, 2023

> **Update faq.txt**
> ▦ **Ancient-Chaos** committed 3 days ago

─o─ Commits on May 20, 2023

> **Update faq.txt**
> ▦ **Ancient-Chaos** committed 5 days ago

─o─ Commits on May 17, 2023

> **Update faq.txt**
> ▦ **Ancient-Chaos** committed last week

─o─ Commits on May 12, 2023

> **Update faq.txt**
> ▦ **Ancient-Chaos** committed 2 weeks ago

─o─ Commits on May 11, 2023

> **Update faq.txt**
> ▦ **Ancient-Chaos** committed 2 weeks ago

**Update faq.txt**

 **Ancient-Chaos** committed 2 weeks ago

**Update faq.txt**

 **Ancient-Chaos** committed 2 weeks ago

Commits on May 9, 2023

**Update faq.txt**

 **Ancient-Chaos** committed 2 weeks ago

Commits on Apr 24, 2023

**Update faq.txt**

 **Ancient-Chaos** committed on Apr 24

Commits on Apr 21, 2023

**Update faq.txt**

 **Ancient-Chaos** committed on Apr 21

Commits on Apr 20, 2023

**Update faq.txt**

 **Ancient-Chaos** committed on Apr 19

Commits on Apr 12, 2023

**Update faq.txt**

 **Ancient-Chaos** committed on Apr 12

Commits on Apr 11, 2023

**Update faq.txt**

 **Ancient-Chaos** committed on Apr 11

**Update faq.txt**

 **Ancient-Chaos** committed on Apr 11

Commits on Apr 10, 2023

**Update faq.txt**

 Ancient-Chaos committed on Apr 10

Commits on Apr 7, 2023

### Update faq.txt
 Ancient-Chaos committed on Apr 7

Commits on Mar 31, 2023

### Update faq.txt
 Ancient-Chaos committed on Mar 31

### Update faq.txt
Ancient-Chaos committed on Mar 30

Commits on Mar 29, 2023

### Update faq.txt
 Ancient-Chaos committed on Mar 28

### Update faq.txt
Ancient-Chaos committed on Mar 28

Commits on Mar 25, 2023

### Update faq.txt
 Ancient-Chaos committed on Mar 25

### Update faq.txt
 Ancient-Chaos committed on Mar 25

Commits on Mar 10, 2023

### Update faq.txt
 Ancient-Chaos committed on Mar 10

Commits on Mar 3, 2023

### Update faq.txt
 Ancient-Chaos committed on Mar 3

Commits on Mar 2, 2023

**Update faq.txt**

 **Ancient-Chaos** committed on Mar 1

Commits on Feb 10, 2023

**Update faq.txt**

 **Ancient-Chaos** committed on Feb 10

Commits on Feb 9, 2023

**Update faq.txt**

 **Ancient-Chaos** committed on Feb 9

Commits on Feb 5, 2023

**Update faq.txt**

 **Ancient-Chaos** committed on Feb 5

Commits on Feb 4, 2023

**Update faq.txt**

 **Ancient-Chaos** committed on Feb 4

**Update faq.txt**

**Ancient-Chaos** committed on Feb 4

Commits on Jan 30, 2023

**Update faq.txt**

 **Ancient-Chaos** committed on Jan 30

Commits on Jan 26, 2023

**GitBook: [#83] No subject**

 **achaos** authored and **gitbook-bot** committed on Jan 26 ✔️

**GitBook: [#82] No subject**

**achaos** authored and **gitbook-bot** committed on Jan 26 ✔️

Commits on Jan 16, 2023

**Update faq.txt**

Ancient-Chaos committed on Jan 16

Newer   Older