# EXHIBIT 3

```
imagine city area perspective. streets glowing, conrete architecture, g
imagine the beginnin of the universe by Monet
imagine looking up a neer ending staircase by Jean Girad Moebius
imagine abstract, cycle, oranic, powerful, behance                    d Henri Fantin-Latour
imagine gorgeous bouquet stilllife painting in the style o Odilon Redon and                              trix point neverr, golden hour, glossy refllections and light rays, portta
/imgine a warm sunny beach near a ocean full of pikachu's              nfinity pool, eccojams, vaporwave, oneo
/imagine3d render of gold rings, geoetric, circles, triangles,psychedelic, inueghel the elder, mattisse
/imagine 3dticate jungle landscape by abrecht durer, henri roussau, pieter bru
/imagine intrican cat rabbit hacker, google, anime style                                                                               eart/print black paper
/imagine cyberpunk cagasses dancing, ghibli stle                    rious ballroom           panese artiist Koji Miromoto usiing detailed/hyperfinee
/imagine banana with glasn ibrant victorian dresss, Rococo style, in  large luxurountains/fields, painted by J
 /iagine corgis dancing in vibtsy wizard sitting in omplex/intricate medow with mo
/imagine  wise/meditating/fantasy bginning of life on Erth
/imagine 1960s llustration of the beginae style. hyper reaistic
/imagine commodore 135 mouse. 80s sythwave s                            ime machine                        ctions
 /imagine map of steampunk desrt              or sci-fi sciene fiction cybepunk ti        ric foog, realistiic lighting,
  /imaine francisco goya scene oil panting watercolor vdeo corruptionwith her maic      ne render, volume
 /imagine Portrat of a cyber glitch sorceres causing video,extreme detal, statues octan
 /imagine a realistic ancint temple, crumbling stoe, vines, ext                                      yes,realisttic hair,,Beautifful Hit Tech costume and Helmet detailss,Beaut
 /imagine giant red crystals in a deert with two suns                          cKinnnon,rrealist
  /imagin Robin Williams in the style of John Alison                    and Seb
  /imagine standing in fron of a castle                       aher,Shun Ta a
  /imagine a professional photorealistic Portait of an Astronaut byPeter Mohracherie         essthe
  /imagine Matter condensed from energy, life built upon matter consciousnessupon lie       stell
   /imagine hyperreal swirling watercolors traped in a soap bubble, 4k render        n,, p
   /imagine beautiful painting of clouds with sunrise, by john martin, Trending on artstatt
   /imagine modern futuristic lampshade wwith art nouveau inspiration                iting    sealabove in te top-left corner, cinmatic light, artstation
    /imagine photo shot on Leica IIIf with 50mm f/2 Summar; 1/50 sec; f/4        oilpaier| redwax selatic sht
    /imagine sharp alphabet typography by Waalter Gropius          iis Coorintth,he centematrials,cinemati
    /imagine four dogs plaaying poker in a crowded room,  by Malcolm Liiepke andaphic wwords  in  natural m
   /imaagine invitation made with old paper wrritten with cursiive font pyoths, seaating aareas                    ation style, apanese animation film bckground,
    /imagine aisle view of the festiival street market inn ALUla, maneeusz Urbaanowicz       etatio, Studio Gibli animatin
    /imagine japanese temmple, sakura, detailed oiil painting, b            moss, green vege
    /imagine a  stegosaurus drawn by John SSinger Sargent  ees with largee roots coveered i       dramatc cinematic lihting
    //imagine a mysterious forest wiith many fireflies                    n jungle rainforest,
    /imagine the universe inn our ancestors eyes aat looks like aa tropical alieen utopi
    /imagine The insiide of a gothic cathedrnn, highly detaileed, cinematic         pe                                le of Shohei Otomo
    /imagine A  hero stands alone, artsiion on a tree on a  beautiful mountaain landsc          th headphons and sunglasses an VR goggles in style fts, moody atmosphere, lightco
    /imaagine symmetric texture remmask, risograph                 igh tech cyberpunk geisha witcene, pitch lack, realistic lighing, perspective shots m
     /imagine midcentury luchlline drawing, black annd white and red, penn and ink,  cinematography, 35mm, movie scset
     /imagine ultra detai  master bedroom in victtorian mansion, windoww, dan mindeud City during a technicolor sunss, celebratio
     /imagine interiiien robot queen holding aa party at the dome casstle in HQ Clctor, characters waving pride flags
     /imagine toorporate memphis style, murral, pride month, white  background, v
     /imagine abstract painting of coraal reef
     /iimagine a calico cat taking aa nap on a kiwi              Hokusai, trending on artstation
      /imagine Dreamy landscape ddepiction inspired by the worrks of Katsushik trees art
      /imagine garden bridge oover swan pond monet garden liillies and hanginsy medieval city
       /imagine green dragonn roosting above its lair in thhe ruins of a fant pipes and a gargoyle watching
```