UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SARAH ANDERSON, et al,

Plaintiff(s),

v.

Stability AI LTD, et al,

Defendant(s).

Case No. 3:23-cv-00201-JCS

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Arielle S. Wagner, an active member in good standing of the bar of Minnesota, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Individual and Representative Plaintiffs and the Proposed Class in the above-entitled action. My local co-counsel in this case is Cadio Zirpoli, Joseph Saveri Law Firm, LLP, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 179108.

| | |
|---|---|
| 100 Washington Ave S., Suite 2200<br>Minneapolis, MN 55401 | 601 California St., Suite 100,<br>San Francisco, CA 94108 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 612-339-6900 | 415-500-6800 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| aswagner@locklaw.com | czirpoli@saverilawfirm.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 0398332.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 06/06/2023

Arielle S. Wagner
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Arielle S. Wagner is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

## CERTIFICATE OF GOOD STANDING

I, Kate M. Fogarty, Clerk of this Court, certify that Arielle Wagner, Bar # 398332, was duly admitted to practice in this Court on 09/29/2017, and is in good standing as a member of the Bar of this Court.

Dated at St. Paul, Minnesota on 06/05/2023
         *(Location)*                         *(Date)*

Kate M. Fogarty
*CLERK*

Kern O Adami
*DEPUTY CLERK*

Print    Save As...    Reset