LATHAM & WATKINS LLP
Andrew M. Gass (SBN 259694)
 andrew.gass@lw.com
Michael H. Rubin (SBN 214636)
 michael.rubin@lw.com
Brittany N. Lovejoy (SBN 286813)
 britt.lovejoy@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: 415.391.0600

*Attorneys for Defendant DeviantArt, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, an individual; KELLY MCKERNAN, an individual; KARLA ORTIZ, an individual, <br><br> Individual and Representative Plaintiffs, <br><br> v. <br><br> STABILITY AI LTD., a UK corporation; STABILITY AI, INC., a Delaware corporation; MIDJOURNEY, INC., a Delaware corporation; DEVIANTART, INC., a Delaware corporation, <br><br> Defendants. | CASE NO. 3:23-CV-00201-WHO <br><br> **NOTICE OF APPEARANCE OF BRITTANY N. LOVEJOY** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE** that Brittany N. Lovejoy of Latham & Watkins LLP hereby enters her appearance in the above-captioned matter as counsel for DeviantArt, Inc. She respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon her at the following address:

> Brittany N. Lovejoy
> LATHAM & WATKINS LLP
> 505 Montgomery Street, Suite 2000
> San Francisco, CA 94111-6538
> Telephone: +1.415.391.0600
> *britt.lovejoy@lw.com*

Dated: July 3, 2023

Respectfully submitted,

LATHAM & WATKINS LLP
  Andrew M. Gass
  Michael R. Rubin
  Brittany N. Lovejoy

By  */s/ Brittany N. Lovejoy*
  Brittany N. Lovejoy

LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: +1.415.391.0600
*britt.lovejoy@lw.com*

Attorneys for Defendant
*DeviantArt, Inc.*