COOLEY LLP
ANGELA L. DUNNING (212047)
adunning@cooley.com
KAYLA BLAKER (*pro hac vice*)
kblaker@cooley.com
J. ASHETON LEMAY (*pro hac vice*)
alemay@cooley.com
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

JUDD D. LAUTER (290945)
jlauter@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, California 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

*Counsel for Defendant Midjourney, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, an individual; KELLY MCKERNAN, an individual; KARLA ORTIZ, an individual, <br><br> Individual and Representative Plaintiffs, <br><br> v. <br><br> STABILITY AI LTD., a UK corporation; STABILITY AI, INC., a Delaware corporation; MIDJOURNEY, INC., a Delaware corporation; DEVIANTART, INC., a Delaware corporation, <br><br> Defendants. | Case No. 3:23-cv-00201-WHO <br><br> **DEFENDANT MIDJOURNEY, INC.'S NOTICE OF JOINDER IN DEFENDANT DEVIANTART, INC.'S REPLY IN SUPPORT OF ITS SPECIAL MOTION TO STRIKE UNDER CALIFORNIA CODE OF CIVIL PROCEDURE § 425.16** <br><br> Date: July 19, 2023 <br> Time: 2:00 p.m. <br> Courtroom: 2, 17th Floor <br> Judge: William H. Orrick <br><br> Trial Date: None <br> Date Action Filed: January 13, 2023 |

## NOTICE OF JOINDER AND JOINDER TO REPLY IN SUPPORT OF ANTI-SLAPP MOTION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Defendant Midjourney, Inc. ("Midjourney"), having previously joined in DeviantArt, Inc.'s ("DeviantArt") Special Motion to Strike Under California Code of Civil Procedure § 425.16 ("Motion") (Dkt. 50), also respectfully joins in the reply (Dkt. 78) in support of the Motion, as the grounds for the relief requested apply equally to Midjourney.

By way of this joinder, Midjourney requests that the Court grant the Motion and strike Plaintiffs' right-of-publicity claims (Claims 4 and 5) against Midjourney.

Dated: July 3, 2023                                    COOLEY LLP

By: */s/ Angela L. Dunning*
Angela L. Dunning
Judd Lauter
Kayla Blaker
Asheton Lemay

Attorneys for Defendant
MIDJOURNEY, INC.