| | |
|---|---|
| Mark A. Lemley (State Bar No. 155830)<br>**LEX LUMINA PLLC**<br>745 Fifth Avenue, Suite 500<br>New York, NY 10151<br>Telephone: (646) 898-2055<br>Facsimile: (646) 906-8657<br>Email: mlemley@lex-lumina.com<br><br>Nicole M. Jantzi (*pro hac vice*)<br>Paul M. Schoenhard (*pro hac vice*)<br>**FRIED, FRANK, HARRIS, SHRIVER<br>   & JACOBSON LLP**<br>801 17th Street NW<br>Washington, DC 20006<br>Telephone: (202) 639-7254<br>Email: nicole.jantzi@friedfrank.com<br>        paul.schoenhard@friedfrank.com<br><br>*Counsel for Defendants*<br>*Stability AI, Inc. and Stability AI Ltd.*<br><br>[*Additional counsel on signature page*] | Joseph R. Saveri (State Bar No. 130064)<br>Cadio Zirpoli (State Bar No. 179108)<br>Christopher K.L. Young (State Bar No. 318371)<br>Louis A. Kessler (State Bar No. 243703)<br>Elissa A. Buchanan (State Bar No. 249996)<br>Travis Manfredi (State Bar No. 281779)<br>**JOSEPH SAVERI LAW FIRM, LLP**<br>601 California Street, Suite 1000<br>San Francisco, California 94108<br>Telephone:   (415) 500-6800<br>Facsimile:   (415) 395-9940<br>Email:    jsaveri@saverilawfirm.com<br>         czirpoli@saverilawfirm.com<br>         cyoung@saverilawfirm.com<br>         lkessler@saverilawfirm.com<br>         eabuchanan@saverilawfirm.com<br>         tmanfredi@saverilawfirm.com<br><br>*Counsel for Individual and Representative*<br>*Plaintiffs and the Proposed Class*<br><br>[*Additional Counsel Listed on Signature Page*] |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SARAH ANDERSEN, an individual;<br>KELLY MCKERNAN, an individual;<br>KARLA ORTIZ, an individual,<br><br>    Individual and Representative Plaintiffs,<br><br>    v.<br><br>STABILITY AI, LTD., a UK corporation;<br>STABILITY AI, INC., a Delaware corporation;<br>MIDJOURNEY, INC., a Delaware corporation;<br>DEVIANTART, INC., a Delaware corporation,<br><br>    Defendants. | CASE NO. 3:23-cv-00201-WHO<br><br>**JOINT REQUEST TO APPEAR IN PERSON**<br><br>Date:      July 19, 2023<br>Time:     2:00 p.m.<br>Place:    Courtroom 2 - 17th Floor<br>Before:  Hon. William H. Orrick |

1    Pursuant to paragraph 3 of the Court's May 25, 2023 Standing Order, Plaintiffs Sarah
2    Andersen, Kelly McKernan, and Karla Ortiz ("Plaintiffs"); and Defendants Stability AI, Ltd.,
3    Stability AI, Inc., Midjourney, Inc., and DeviantArt, Inc. ("Defendants;" together with Plaintiffs,
4    "Parties") hereby request that the Court hold the hearing on Defendants' pending motions to dismiss
5    and to strike (ECF Nos. 49–54, 58–59, "Motions") in person. The hearing is currently scheduled to
6    take place on July 19, 2023, at 2:00 p.m. The Parties wish to appear in person and believe that an
7    in-person hearing will assist the Court in resolving the Motions efficiently.

Dated: July 7, 2023                              Respectfully submitted,

                                        By:  /s/ *Paul M. Schoenhard*
                                             Mark A. Lemley (State Bar No. 155830)
                                             **LEX LUMINA PLLC**
                                             745 Fifth Avenue, Suite 500
                                             New York, NY 10151
                                             Telephone: (646) 898-2055
                                             Facsimile: (646) 906-8657
                                             Email: mlemley@lex-lumina.com

                                             Nicole M. Jantzi (*pro hac vice*)
                                             Paul M. Schoenhard (*pro hac vice*)
                                             **FRIED, FRANK, HARRIS, SHRIVER**
                                                **& JACOBSON LLP**
                                             801 17th Street NW
                                             Washington, DC 20006
                                             Telephone: (202) 639-7254
                                             Email: nicole.jantzi@friedfrank.com
                                                    paul.schoenhard@friedfrank.com

                                             Michael C. Keats (*pro hac vice*)
                                             Amir R. Ghavi (*pro hac vice*)
                                             **FRIED, FRANK, HARRIS, SHRIVER**
                                                **& JACOBSON LLP**
                                             One New York Plaza
                                             New York, NY 10004
                                             Telephone: (212) 859-8000
                                             Email: michael.keats@friedfrank.com
                                                    amir.ghavi@friedfrank.com

                                             *Counsel for Defendants*
                                             *Stability AI, Inc. and Stability AI Ltd.*

By: /s/ *Angela L. Dunning*
COOLEY LLP
ANGELA L. DUNNING (212047)
adunning@cooley.com
J. ASHETON LEMAY (*pro hac vice*)
alemay@cooley.com
KAYLA BLAKER (*pro hac vice*)
kblaker@cooley.com
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone:     (650) 843-5000
Facsimile:     (650) 849-7400

JUDD D. LAUTER (290945)
jlauter@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, California 94111
Telephone:     (415) 693-2000
Facsimile:     (415) 693-2222

*Counsel for Defendant Midjourney, Inc.*

By: /s/ *Andrew M. Gass*
LATHAM & WATKINS LLP
Andrew M. Gass (SBN 259694)
andrew.gass@lw.com
Michael H. Rubin (SBN 214636)
michael.rubin@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone:  415.391.0600

*Attorneys for Defendant DeviantArt, Inc.*

By:  /s/ *Cadio Zirpoli*
Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Louis A. Kessler (State Bar No. 243703)
Elissa A. Buchanan (State Bar No. 249996)
Travis Manfredi (State Bar No. 281779)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
Email:            jsaveri@saverilawfirm.com
                      czirpoli@saverilawfirm.com
                      cyoung@saverilawfirm.com
                      lkessler@saverilawfirm.com
                      eabuchanan@saverilawfirm.com
                      tmanfredi@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:     (323) 968-2632
Facsimile:      (415) 395-9940
Email:            mb@buttericklaw.com

Brian D. Clark (pro hac vice)
Laura M. Matson (pro hac vice)
Eura Chang (pro hac vice)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612)339-6900
Facsimile: (612)339-0981
Email:            bdclark@locklaw.com
                      lmmatson@locklaw.com
                      echang@locklaw.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), I attest under penalty of perjury that concurrence in the filing of the foregoing document has been obtained from all other signatories to this document.

Dated: July 7, 2023　　　　　　　　　　　　　　By:　/s/ *Paul M. Schoenhard*
　　　　　　　　　　　　　　　　　　　　　　　　　　　Paul M. Schoenhard