LATHAM & WATKINS LLP
Andrew M. Gass (SBN 259694)
 *andrew.gass@lw.com*
Michael H. Rubin (SBN 214636)
 *michael.rubin@lw.com*
Brittany N. Lovejoy (SBN 286813)
 *brittany.lovejoy@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone:  415.391.0600

*Attorneys for Defendant DeviantArt, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

|  |  |
|---|---|
| SARAH ANDERSEN, an individual; KELLY MCKERNAN, an individual; KARLA ORTIZ, an individual, Individual and Representative Plaintiffs, v. STABILITY AI LTD., a UK corporation; STABILITY AI, INC., a Delaware corporation; MIDJOURNEY, INC., a Delaware corporation; DEVIANTART, INC., a Delaware corporation, Defendants. | CASE NO. 3:23-CV-00201-WHO **NOTICE OF APPEARANCE OF BRITTANY N. LOVEJOY** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE** that Brittany N. Lovejoy of Latham & Watkins LLP hereby enters her appearance in the above-captioned matter as counsel for DeviantArt, Inc.[1]  She respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon her at the following address:

Brittany N. Lovejoy
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: +1.415.391.0600
*brittany.lovejoy@lw.com*

Dated:  July 7, 2023                    Respectfully submitted,

LATHAM & WATKINS LLP
   Andrew M. Gass
   Michael R. Rubin
   Brittany N. Lovejoy

By  */s/ Brittany N. Lovejoy*
   Brittany N. Lovejoy

LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: +1.415.391.0600
*brittany.lovejoy@lw.com*

Attorneys for Defendant
*DeviantArt, Inc.*

---

[1]  This Notice respectfully corrects the Notice filed at Dkt. No. 75.  Emails to Britt.Lovejoy@lw.com also direct to Ms. Lovejoy, but her ECF registered address is Brittany.Lovejoy@lw.com.  Ms. Lovejoy will use Brittany.Lovejoy@lw.com in connection with all future filings.