# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** July 19, 2023 | **Time:** 53 minutes<br>2:32 p.m. to 3:25 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 23-cv-00201-WHO | **Case Name:** Andersen v. Stability AI Ltd. | |

**Attorneys for Plaintiff:**     Joseph R. Saveri, Christopher Young, and Matthew Butterick
**Attorney for Stability:**     Paul M. Schoenhard
**Attorneys for Midjourney:**  Angela Dunning and Judd Lauter
**Attorney for DeviantArt:**    Andrew Gass

**Deputy Clerk:** Jean Davis                                    **Court Reporter:** Jennifer Coulthard

# PROCEEDINGS

Parties appear for hearing on multiple motions to dismiss. Court summarizes tentative. Argument of counsel heard. Motions taken under submission; written order to follow.