LATHAM & WATKINS LLP
Andrew M. Gass (SBN 259694)
 andrew.gass@lw.com
Michael H. Rubin (SBN 214636)
 michael.rubin@lw.com
Brittany N. Lovejoy (SBN 286813)
 brittany.lovejoy@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone:  415.391.0600

*Attorneys for Defendant DeviantArt, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, an individual; KELLY MCKERNAN, an individual; KARLA ORTIZ, an individual,<br><br>        Individual and Representative Plaintiffs,<br><br>    v.<br><br>STABILITY AI LTD., a UK corporation; STABILITY AI, INC., a Delaware corporation; MIDJOURNEY, INC., a Delaware corporation; DEVIANTART, INC., a Delaware corporation,<br><br>        Defendants. | CASE NO. 3:23-CV-00201-WHO<br><br>**DECLARATION OF BRITTANY N. LOVEJOY IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND STAY DISCOVERY PENDING RESOLUTION OF DISPOSITIVE MOTIONS**<br><br>[*Defendants' Administrative Motion to Continue Case Management Conference and Stay Discovery Pending Resolution of Dispositive Motions filed concurrently herewith*]<br><br>Current Initial CMC Date:  Aug. 29, 2023<br>Trial Date:  None<br>Date Action Filed:  January 13, 2023 |

I, Brittany N. Lovejoy, declare as follows:

1. I am a partner at Latham & Watkins LLP and counsel of record for Defendant DeviantArt, Inc. in the above-captioned matter. I am licensed to practice law in the state of California and before this Court.

2. I submit this declaration in support of Defendants' Joint Administrative Motion to Continue Case Management Conference and Stay Discovery. I have personal knowledge of the facts set forth below, and if called upon to do so, could and would competently testify thereto.

3. On August 2, 2023, I sent an email to Cadio Zirpoli, counsel of record for Plaintiffs in this action, requesting that Plaintiffs stipulate to continue the Case Management Conference and all related deadlines until the Court resolves the pending motions to dismiss. Mr. Zirpoli responded by refusing the request.

4. Attached hereto as Exhibit A is a true and correct excerpt from the transcript of the hearing held before this Court on July 19, 2023.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed on August 3, 2023 in Menlo Park, CA.

/s/ Brittany N. Lovejoy
Brittany N. Lovejoy

*Attorney for Defendant DeviantArt, Inc.*