UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, an individual;<br>KELLY MCKERNAN, an individual;<br>KARLA ORTIZ, an individual,<br><br>    Individual and Representative Plaintiffs,<br><br>v.<br><br>STABILITY AI LTD., a UK corporation;<br>STABILITY AI, INC., a Delaware corporation;<br>MIDJOURNEY, INC., a Delaware corporation;<br>DEVIANTART, INC., a Delaware corporation,<br><br>    Defendants. | CASE NO. 3:23-cv-00201-WHO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND STAY DISCOVERY PENDING RESOLUTION OF DISPOSITIVE MOTIONS**<br><br>Current Initial CMC Date:  Aug. 29, 2023<br>Trial Date:  None<br>Date Action Filed:  January 13, 2023 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER RE DEFS' ADMIN.
MOT. TO CONT. CMC AND/OR STAY DISC.
NO. 3:23-cv-00201-WHO

Upon consideration of Defendants' Administrative Motion to Continue Case Management Conference and good cause appearing, it is hereby ORDERED as follows:

(1)  The initial Case Management Conference ("CMC") currently scheduled for August 29, 2023, and all attendant deadlines, are hereby VACATED and ADJOURNED.

(2)  The Court will issue a further Order resetting an initial CMC after the Court rules on Defendants' pending motions to dismiss (Dkts. 49, 52, 58).

(3)  [Alternative: The Court will issue a further Order resetting an initial CMC after Plaintiffs file an amended pleading and the Court resolves any motions to dismiss or strike such amended pleading.]

**IT IS SO ORDERED.**

DATED: _____

_____
William H. Orrick
United States District Judge