Mark A. Lemley (State Bar No. 155830)
**LEX LUMINA PLLC**
745 Fifth Avenue, Suite 500
New York, NY 10151
Telephone: (646) 898-2055
Facsimile: (646) 906-8657
Email: mlemley@lex-lumina.com

Nicole M. Jantzi (*pro hac vice*)
Paul M. Schoenhard (*pro hac vice*)
**FRIED, FRANK, HARRIS, SHRIVER
  & JACOBSON LLP**
801 17th Street NW
Washington, DC 20006
Telephone: (202) 639-7254
Email: nicole.jantzi@friedfrank.com
         paul.schoenhard@friedfrank.com

*Counsel for Defendants Stability AI, Inc.
and Stability AI Ltd.*

[*Additional counsel on signature page*]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| SARAH ANDERSEN, an individual; KELLY MCKERNAN, an individual; KARLA ORTIZ, an individual, <br><br> Individual and Representative Plaintiffs, <br><br> v. <br><br> STABILITY AI, LTD., a UK corporation; STABILITY AI, INC., a Delaware corporation; MIDJOURNEY, INC., a Delaware corporation; DEVIANTART, INC., a Delaware corporation, <br><br> Defendants. | CASE NO. 3:23-cv-00201-WHO <br><br> **NOTICE RE: JOINT CASE MANAGEMENT STATEMENT** |

1  Defendants Stability AI, Ltd. and Stability AI, Inc. ("Stability Defendants") respectfully
2  submit the following notice regarding Plaintiffs' "Rule 26(f) Report" (ECF No. 104), filed on
3  August 22, 2023, and the parties' joint case management statement due to be filed on or before
4  September 12, 2023.  Specifically, Plaintiffs' Rule 26(f) report, as filed, states that "[c]ounsel for
5  Defendants declined to participate in this Rule 26(f) Report."  (ECF No. 104 at 1 n.1.)  ***Plaintiffs'***
6  ***statement is false.***

7  On August 8, 2023, the Court issued an order continuing the initial case management
8  conference to September 19, 2023, and requiring the parties to submit a case management statement
9  by September 12, 2023.  (ECF No. 95.)  The Court further ordered that, notwithstanding the Court's
10 decision to continue attendant Rule 26 deadlines for Defendants Midjourney and DeviantArt,
11 "Plaintiffs and Stability AI Shall proceed with their Rule 26 obligations."  (*Id.*)

12 That same day, the parties conducted an initial Rule 26(f) conference, during which counsel
13 for Plaintiffs offered to prepare a first draft of the parties' joint case management statement, and the
14 parties agreed to work together to complete such a joint statement in a timely manner.

15 Mid-afternoon on August 21, 2023 (and after the close of business in London, where the
16 Stability Defendants are based), counsel for Plaintiffs sent to counsel for Stability Defendants via
17 email a "draft Rule 26(f) Report," asserted that the report was due to be filed the following day
18 (August 22), and requested that edits be returned by the following morning.  (Schoenhard Ex. A
19 at 3.)  Less than half an hour later, counsel for Stability Defendants reminded counsel for Plaintiffs
20 that, pursuant to the Court's August 8, 2023 order, the parties' joint case management statement is
21 due to be filed on September 12, and that the Court's Initial Case Management Order (ECF No. 5)
22 similarly provided that the parties' joint case management statement would be due seven days before
23 the Court's case management conference unless otherwise ordered.  (*Id.* at 2.)  Counsel for Plaintiffs
24 did not immediately respond or dispute the Stability Defendants' understanding of the Court's
25 Order.

26 The following day, on August 22, 2023, counsel for Plaintiffs provided a brief response in
27 which they appeared to dispute the Stability Defendants' understanding.  (Schoenhard Ex. A at 2.)
28 But counsel for Plaintiffs did not propose any resolution to the parties' difference in understanding.

1    Again, counsel for Stability Defendants responded in approximately half an hour.  Counsel
2 for Stability Defendants reiterated their understanding of the Court's September 12 deadline;
3 reminded counsel for Plaintiffs that the Stability Defendants are based in London, thus necessitating
4 sensitivity to time zones when working on joint submissions; and expressly stated that the Stability
5 Defendants "will continue" to proceed with their Rule 26 obligations, and "will work . . . to provide
6 responsive comments and to insert appropriate additional language" into the parties' joint case
7 management statement in advance of the Court's deadline.  (Schoenhard Ex. A at 1.)  *Counsel for*
8 *Plaintiffs did not respond*.  (Schoenhard Decl. ¶ 3.)

9    After close of business on August 22 (late in the evening on the East Coast and, indeed,
10 August 23 in London), and *without advising the Stability Defendants of their intent to do so*
11 (Schoenhard Decl. ¶ 4), Plaintiffs proceeded with a unilateral filing of a revised version of their
12 "Rule 26(f) Report."  (ECF No. 104.)  In that filing—*contrary to the Stability Defendants' express*
13 *statement that they would provide responsive comments* and appropriate language to include in a
14 joint case management statement, Plaintiffs falsely claimed that "[c]ounsel for Defendants declined
15 to participate in this Rule 26(f) Report." (*Id.* at 1 n.1.)  The Stability Defendants further note that
16 Plaintiffs omitted several of the categories of information that this Court requires to be included in
17 a Joint Case Management Statement pursuant to Civil L.R. 16-9 and the Standing Order for All
18 Judges of the Northern District of California regarding Contents of Joint Case Management
19 Statement ("Standing Order").

20    Notwithstanding Plaintiffs' unilateral filing and false statement, the Stability Defendants
21 reiterate their intent, consistent with the Court's August 8 order, to work with Plaintiffs to prepare
22 and submit a joint case management statement addressing the topics required by Civil L.R. 16-9 and
23 the Standing Order on or before September 12, 2023.

24
25
26
27
28

Dated: August 23, 2023

Respectfully submitted,

By: */s/ Paul M. Schoenhard*

Mark A. Lemley (State Bar No. 155830)
**LEX LUMINA PLLC**
745 Fifth Avenue, Suite 500
New York, NY 10151
Telephone: (646) 898-2055
Facsimile: (646) 906-8657
Email: mlemley@lex-lumina.com

Nicole M. Jantzi (*pro hac vice*)
Paul M. Schoenhard (*pro hac vice*)
**FRIED, FRANK, HARRIS, SHRIVER
   & JACOBSON LLP**
801 17th Street NW
Washington, DC 20006
Telephone: (202) 639-7254
Email: nicole.jantzi@friedfrank.com
       paul.schoenhard@friedfrank.com

Michael C. Keats (*pro hac vice*)
Amir R. Ghavi (*pro hac vice*)
**FRIED, FRANK, HARRIS, SHRIVER
   & JACOBSON LLP**
One New York Plaza
New York, NY 10004
Telephone: (212) 859-8000
Email: michael.keats@friedfrank.com
       amir.ghavi@friedfrank.com

*Counsel for Defendants*
*Stability AI, Inc. and Stability AI Ltd.*