1  Mark A. Lemley (State Bar No. 155830)
   **LEX LUMINA PLLC**
2  745 Fifth Avenue, Suite 500
3  New York, NY 10151
   Telephone: (646) 898-2055
4  Facsimile: (646) 906-8657
   Email: mlemley@lex-lumina.com
5
6  Nicole M. Jantzi (*pro hac vice*)
   Paul M. Schoenhard (*pro hac vice*)
7  **FRIED, FRANK, HARRIS, SHRIVER
      & JACOBSON LLP**
8  801 17th Street NW
   Washington, DC 20006
9  Telephone: (202) 639-7254
   Email: nicole.jantzi@friedfrank.com
10         paul.schoenhard@friedfrank.com
11
   *Counsel for Defendants Stability AI, Inc.*
12 *and Stability AI Ltd.*
13 [*Additional counsel on signature page*]
14
15
               **UNITED STATES DISTRICT COURT**
16              **NORTHERN DISTRICT OF CALIFORNIA**
                    **SAN FRANCISCO DIVISION**
17
18 SARAH ANDERSEN, an individual;
   KELLY MCKERNAN, an individual;
19 KARLA ORTIZ, an individual,

20     Individual and Representative Plaintiffs,
                                                    CASE NO. 3:23-cv-00201-WHO
21     v.
                                                    **DECLARATION OF PAUL M.
22 STABILITY AI, LTD., a UK corporation;            SCHOENHARD IN SUPPORT OF
   STABILITY AI, INC., a Delaware                   NOTICE RE: JOINT CASE
23 corporation;                                     MANAGEMENT STATEMENT**
24 MIDJOURNEY, INC., a Delaware
   corporation;
25 DEVIANTART, INC., a Delaware
   corporation,
26
27     Defendants.

28

I, Paul M. Schoenhard, declare and state as follows:

1. I am an attorney at the law firm Fried, Frank, Harris, Shriver & Jacobson LLP, counsel for Defendants Stability AI Ltd. and Stability AI, Inc. ("Stability Defendants") in the above-captioned action. I respectfully submit this Declaration in support of Stability Defendants' Notice Re: Joint Case Management Statement.

2. Attached hereto as **Exhibit A** is a true and correct copy of email correspondence between counsel for Plaintiffs and counsel for Stability Defendants spanning August 21–22, 2023.

3. Counsel for Plaintiffs did not provide any response to the email I sent at approximately 12:25 PM EDT on August 22, 2023 (Ex. A at 1).

4. Counsel for Plaintiffs did not advise the Stability Defendants of their intent to file a unilateral case management statement.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

SIGNED this 23rd day of August, 2023, at Washington, D.C.

> By: */s/ Paul M. Schoenhard*
> Paul M. Schoenhard (*Pro Hac Vice*)
> (paul.schoenhard@friedfrank.com)
> FRIED, FRANK, HARRIS, SHRIVER
>  & JACOBSON LLP
> 801 17th Street NW
> Washington, DC 20006
> Telephone: (202) 639-7265