# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sarah Andersen, et al.<br><br>Plaintiff(s)<br>v.<br><br>Stability AI Ltd., et al.<br><br>Defendant(s) | CASE No C 3:23-cv-00201-WHO<br><br>ADR CERTIFICATION BY<br>PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: August 29, 2023        /s/ Moti Levy - CEO DeviantArt
                                                Party

Date: August 29, 2023        /s/ Andrew M. Gass
                                                Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☐ intend to stipulate to an ADR process

☒ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date: August 29, 2023        /s/ Andrew M. Gass
                                                Attorney

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

*Form ADR-Cert  rev. 1-15-2019*

I, Andrew M. Gass, hereby attest that Monti Levy, CEO of DeviantArt, Inc., has provided his concurrence with the electronic filing of the document entitled ADR CERTIFICATION BY PARTIES AND COUNSEL.

Dated: August 29, 2023                    /s/ Andrew M. Gass
                                          Andrew M. Gass