# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH ANDERSEN, et al., | CASE No C 3:23-cv-00201-WHO |
| Plaintiff(s) | |
| v. | ADR CERTIFICATION BY PARTIES AND COUNSEL |
| STABILITY AI LTD., et al., | |
| Defendant(s) | |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: 09/12/2023          /s/ Adam Chen
_____
                                    Party *(Stability AI Ltd. and Stability AI, Inc.)*

Date: 09/12/2023          /s/ Paul M. Schoenhard
_____
                                    Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☐ intend to stipulate to an ADR process

☑ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date: 09/12/2023          /s/ Paul M. Schoenhard
_____
                                    Attorney
                        *Stability AI Ltd. and Stability AI, Inc.*

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CIVIL L.R. 5-1(h)(3) ATTESTATION**

I hereby attest that the signatories of the foregoing document concur in the filing of the document, and that I have been authorized to file the document on their behalf.


Dated: September 12, 2023                    */s/ Paul M. Schoenhard*
                                             Paul M. Schoenhard