UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

| **Date:** November 7, 2023 | **Time:** 11 minutes 2:15 p.m. to 2:26 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 23-cv-00201-WHO | **Case Name:** Andersen v. Stability AI Ltd. | |

**Attorneys for Plaintiff:**   Joseph R. Saveri and Matthew Butterick,

**Attorneys for Stability:**   Paul M. Schoenhard and Nicole M. Jantzi

**Attorney for Deviant Art:**   Andrew M. Gass

**Attorney for Midjourney:**   Angela L. Dunning

**Deputy Clerk:** Jean Davis                **Court Reporter:** Jennifer Coulthard

**PROCEEDINGS**

Case Management Conference conducted via videoconference. The parties and Court discuss discovery. The Court agrees to the issuance of third party subpoenas to ensure preservation of evidence as long as the third party is notified that service at this time is solely for preservation purposes, that production is not required yet and that any litigation over protective orders/motions to quash must await resolution of the next round of pleadings motions and further order of the Court.

Counsel for Stability asks for clarification regarding the viability of certain theories asserted regarding direct infringement. The Court has determined that plaintiff has a plausible cause of action for direct infringement and will not rule on theories that plaintiff may assert within that cause of action against Stability until a later stage of the case. Stability has correctly identified portions of the Order that indicate the challenge for plaintiff in succeeding on those theories.

Schedule for Amended Complaint/Motions adopted as follows:

    November 29, 2023    Amended Complaint to be filed
    January 12, 2024     Motions to Dismiss (or answers) due
    February 23, 2024    Oppositions to motions due
    March 22, 2024       Replies to oppositions due
    April 10, 2024       Hearing on Motion to Dismiss set for 2:00 p.m.