# EXHIBIT C

# (Plaintiff Copyright Registrations)

Exhibit C: Plaintiff copyright registrations — p.1

```
Type of Work:          Text

Registration Number / Date:
                       TX0007828053 / 2014-01-20

Application Title: Books of Adam: The Blunder Years.

Title:                 Books of Adam: The Blunder Years.

Description:           Book, 209 p.

Copyright Claimant:
                       Adam Ellis.

Date of Creation:  2013

Date of Publication:
                       2013-07-09

Nation of First Publication:
                       United States

Authorship on Application:
                       Adam Ellis; Domicile: not known; Citizenship: not known.
                          Authorship: text, artwork.

ISBN:                  9781455516988

Names:                 Ellis, Adam
```

Exhibit C: Plaintiff copyright registrations — p.2

```
Type of Work:        Text

Registration Number / Date:
                     TX0008744896 / 2019-04-09

Application Title:   Super Chill: A Year of Living Anxiously.

Title:               Super Chill: A Year of Living Anxiously.

Description:         Book, 112 p.

Copyright Claimant:
                     Adam Ellis.

Date of Creation:    2018

Date of Publication:
                     2018-10-23

Nation of First Publication:
                     United States

Authorship on Application:
                     Adam Ellis; Citizenship: United States. Authorship: text,
                       artwork.

Copyright Note:      Basis for Registration: collective work.

ISBN:                9781449491550

Names:               Ellis, Adam
```

Exhibit C: Plaintiff copyright registrations — p.3

```
Type of Work:        Text

Registration Number / Date:
                     TX0007054207 / 2009-10-07

Application Title: THE CHILD THIEF.

Title:               THE CHILD THIEF.

Description:         Book, 481 p.

Copyright Claimant:
                     Gerald Brom.

Date of Creation:  2009

Date of Publication:
                     2009-09-01

Nation of First Publication:
                     United States

Authorship on Application:
                     Brom; Domicile: United States; Citizenship: United States.
                       Authorship: text.

Names:               Brom
                     Brom, Gerald
```

Exhibit C: Plaintiff copyright registrations — p.4

```
Type of Work:       Text

Registration Number / Date:
                    TX0007639837 / 2012-12-18

Application Title: KRAMPUS.

Title:              KRAMPUS.

Description:        Book, 357 p.

Copyright Claimant:
                    Gerald Brom.

Date of Creation:  2012

Date of Publication:
                    2012-11-01

Nation of First Publication:
                    United States

Authorship on Application:
                    Brom, pseud. of Gerald Brom (author of pseudonymous work);
                      Domicile: United States; Citizenship: United States.
                      Authorship: text.

Names:              Brom, Gerald
                    Brom, pseud.
```

Exhibit C: Plaintiff copyright registrations — p.5

```
Type of Work:        Text

Registration Number / Date:
                     TX0008339972 / 2016-12-01

Application Title: LOST GODS.

Title:               LOST GODS.

Description:         Book, 489 p.

Copyright Claimant:
                     Gerald Brom.

Date of Creation:  2016

Date of Publication:
                     2016-10-01

Nation of First Publication:
                     United States

Authorship on Application:
                     Brom, pseud. of Gerald Brom (author of pseudonymous work);
                        Domicile: United States; Citizenship: United States.
                        Authorship: text, artwork.

Names:               Brom, Gerald
                     Brom, pseud.
```

Exhibit C: Plaintiff copyright registrations — p.6

```
Type of Work:        Text

Registration Number / Date:
                     TX0008571339 / 2018-03-01

Application Title: Above the Timberline .

Title:               Above the Timberline .

Description:         Book.

Copyright Claimant:
                     Gregory Manchess.

Date of Creation:  2017

Date of Publication:
                     2017-10-24

Nation of First Publication:
                     United States

Authorship on Application:
                     Gregory Manchess; Citizenship: United States. Authorship:
                       text, artwork.

Rights and Permissions:
                     Simon & Schuster Permissions Dept., c/o Simon & Schuster,
                       Inc., 1230 Avenue of the Americas, New York, NY, 10020,
                       United States

ISBN:                9781481459235

Names:               Manchess, Gregory
```

Exhibit C: Plaintiff copyright registrations — p.7

```
Type of Work:      Visual Material

Registration Number / Date:
                   VA0001911930 / 2014-04-08

Application Title: Anouk, et al.

Title:             Anouk.

Appears in:        Fashion Gone Rogue, Nov 12, 2013

Description:       Electronic file (eService)

Copyright Claimant:
                   Jingna Zhang, 1988-  .

Date of Creation:  2013

Date of Publication:
                   2013-02-17

Nation of First Publication:
                   United States

Authorship on Application:
                   Jingna Zhang, 1988-  ;  Citizenship: Singapore. Authorship:
                       photograph(s)

Rights and Permissions:
                   Jingna Zhang, info@zhangjingna.com

Names:             Zhang, Jingna, 1988-
```

Exhibit C: Plaintiff copyright registrations — p.8

```
Type of Work:      Visual Material

Registration Number / Date:
                   VA0001917341 / 2014-06-09

Application Title: Motherland Chronicles.

Title:             Motherland Chronicles.

Description:       Electronic file (eService)

Copyright Claimant:
                   Jingna Zhang, 1988-  .

Date of Creation:  2013

Date of Publication:
                   2013-02-04

Nation of First Publication:
                   United States

Authorship on Application:
                   Jingna Zhang, 1988-  ;  Citizenship: Singapore. Authorship:
                      photograph(s), 2-D artwork.

Rights and Permissions:
                   Jingna Zhang, info@zhangjingna.com

Names:             Zhang, Jingna, 1988-
```

Exhibit C: Plaintiff copyright registrations — p.9

```
Type of Work:       Visual Material

Registration Number / Date:
                    VA0001917201 / 2014-06-09

Application Title: Portrait of Solitude.

Title:              Portrait of Solitude.

Description:        Electronic file (eService)

Copyright Claimant:
                    Jingna Zhang, 1988-  .

Date of Creation:  2011

Date of Publication:
                    2011-08-10

Nation of First Publication:
                    United States

Authorship on Application:
                    Jingna Zhang, 1988-  ;  Citizenship: Singapore. Authorship:
                       photograph(s)

Rights and Permissions:
                    Jingna Zhang, info@zhangjingna.com

Names:              Zhang, Jingna, 1988-
```

Exhibit C: Plaintiff copyright registrations — p.10

Type of Work:        Text

Registration Number / Date:
                     TX0009086758 / 2021-04-05

Application Title: My Life in Transition.

Title:               My Life in Transition: A Super Late Bloomer Collection.

Description:         Book, 167 p.

Copyright Claimant:
                     Julia Kaye.

Date of Creation:  2021

Date of Publication:
                     2021-02-23

Nation of First Publication:
                     United States

Authorship on Application:
                     Julia Kaye; Citizenship: United States. Authorship: text,
                        artwork.

Copyright Note:      Basis for Registration: Collective work

ISBN:                9781524860462

Names:               Kaye, Julia

Exhibit C: Plaintiff copyright registrations — p.11

```
Type of Work:       Text

Registration Number / Date:
                    TX0008576918 / 2018-03-22

Application Title: Super Late Bloomer: My Early Days in Transition.

Title:              Super Late Bloomer: My Early Days in Transition.

Description:        Book.

Copyright Claimant:
                    Julia Kaye.

Date of Creation:   2018

Date of Publication:
                    2018-03-06

Nation of First Publication:
                    United States

Authorship on Application:
                    Julia Kaye; Citizenship: United States. Authorship: text,
                       artwork, Themed compilation of comics.

Pre-existing Material:
                    Some comics previously published online.

Basis of Claim:     text, artwork, Themed compilation of comics.

ISBN:               9781449489625

Names:              Kaye, Julia
```

Exhibit C: Plaintiff copyright registrations — p.12

```
Type of Work:      Visual Material

Registration Number / Date:
                   VA0002345330 / 2023-04-27

Application Title: I. Nature.

Title:             I. Nature.

Description:       Electronic file (eService)

Copyright Claimant:
                   Karla P Ortiz, 1985-  .

Date of Creation:  2015

Date of Publication:
                   2015-09-10

Nation of First Publication:
                   United States

Authorship on Application:
                   Karla P Ortiz, 1985-  ;  Domicile: United States;
                      Citizenship: United States. Authorship: 2-D artwork.

Pre-existing Material:
                   photograph.

Basis of Claim:    Pencil/Graphite Artwork.

Rights and Permissions:
                   Karla P Ortiz, Joseph Saveri Law Firm, LLP., 601 California
                      Street, Suite 100, San Francisco, CA, 94108, United
                      States, kortizart@gmail.com

Copyright Note:    C.O. correspondence.

Names:             Ortiz, Karla P, 1985-
```

Exhibit C: Plaintiff copyright registrations — p.13

```
Type of Work:        Visual Material

Registration Number / Date:
                     VA0002344253 / 2023-04-27

Application Title: Rigidum.

Title:               Rigidum.

Description:         Electronic file (eService)

Copyright Claimant:
                     Karla P Ortiz, 1985-  .

Date of Creation:  2016

Date of Publication:
                     2016-07-11

Nation of First Publication:
                     United States

Authorship on Application:
                     Karla P Ortiz, 1985-  ;  Citizenship: United States.
                        Authorship: 2-D artwork.

Rights and Permissions:
                     Karla P Ortiz, Joseph Saveri Law Firm, LLP., 601 California
                        Street, Suite 1000, San Francisco, CA, 94108,
                        kortizart@gmail.com

Names:               Ortiz, Karla P, 1985-
```

Exhibit C: Plaintiff copyright registrations — p.14

```
Type of Work:        Text

Registration Number / Date:
                     TX0008825086 / 2019-11-06

Application Title: Adulthood is a Myth 2020 Deluxe Day-to-Day Calendar.

Title:               Adulthood is a Myth 2020 Deluxe Day-to-Day Calendar.

Description:         Calendar.

Copyright Claimant:
                     Sarah Andersen.

Date of Creation:  2019

Date of Publication:
                     2019-08-13

Nation of First Publication:
                     United States

Authorship on Application:
                     Sarah Andersen; Citizenship: United States. Authorship:
                        compilation of previously published art with
                        accompanying text.

Pre-existing Material:
                     previously published art with accompanying text.

Basis of Claim:      compilation of previously published art with accompanying
                        text.

ISBN:                9781449498467

Names:               Andersen, Sarah
```

Exhibit C: Plaintiff copyright registrations — p.15

```
Type of Work:        Text

Registration Number / Date:
                     TX0008826881 / 2019-11-06

Application Title: Adulthood is a Myth 2020 Wall Calendar.

Title:               Adulthood is a Myth 2020 Wall Calendar.

Description:         Calendar.

Copyright Claimant:
                     Sarah Andersen.

Date of Creation:  2019

Date of Publication:
                     2019-06-04

Nation of First Publication:
                     United States

Authorship on Application:
                     Sarah Andersen; Citizenship: United States. Authorship:
                        compilation of previously published art with
                        accompanying text.

Pre-existing Material:
                     previously published art with accompanying text.

Basis of Claim:      compilation of previously published art with accompanying
                        text.

ISBN:                9781449498474

Names:               Andersen, Sarah
```

Exhibit C: Plaintiff copyright registrations — p.16

```
Type of Work:        Text

Registration Number / Date:
                     TX0008614103 / 2018-02-06

Application Title: Adulthood Is A Myth: A "Sarah's Scribbles" 2018 Wall
                     Calendar.

Title:               Adulthood Is A Myth: A "Sarah's Scribbles" 2018 Wall
                     Calendar.

Description:         Print Material.

Copyright Claimant:
                     Sarah Andersen.

Date of Creation:   2017

Date of Publication:
                     2017-06-27

Nation of First Publication:
                     United States

Authorship on Application:
                     Sarah Andersen, employer for hire; Citizenship: United
                     States. Authorship: artwork, compilation of previously
                     published art with corresponding text; some new artwork.

Pre-existing Material:
                     text, artwork.

Basis of Claim:     artwork, compilation of previously published art with
                     corresponding text; some new artwork.

ISBN:                9781449483449

Names:               Andersen, Sarah
```

Exhibit C: Plaintiff copyright registrations — p.17

```
Type of Work:        Text

Registration Number / Date:
                     TX0008660257 / 2018-10-22

Application Title: Adulthood is a Myth: A "Sarah's Scribbles" 2019 Daily
                     Calendar.

Title:               Adulthood is a Myth: A "Sarah's Scribbles" 2019 Daily
                     Calendar.

Description:         Calendar.

Copyright Claimant:
                     Sarah Andersen.

Date of Creation:  2018

Date of Publication:
                     2018-07-31

Nation of First Publication:
                     United States

Authorship on Application:
                     Sarah Andersen, employer for hire; Citizenship: United
                     States. Authorship: compilation of previously published
                     art with corresponding text.

Pre-existing Material:
                     previously published art with corresponding text.

Basis of Claim:      compilation of previously published art with corresponding
                     text.

ISBN:                9781449494490

Names:               Andersen, Sarah
```

Exhibit C: Plaintiff copyright registrations — p.18

```
Type of Work:        Text

Registration Number / Date:
                     TX0008706556 / 2018-10-22

Application Title: Adulthood is a Myth: A "Sarah's Scribbles" 2019 Wall
                     Calendar.

Title:               Adulthood is a Myth: A "Sarah's Scribbles" 2019 Wall
                     Calendar.

Description:         Print material.

Copyright Claimant:
                     Sarah Andersen.

Date of Creation:   2018

Date of Publication:
                     2018-06-05

Nation of First Publication:
                     United States

Authorship on Application:
                     Sarah Andersen; Citizenship: United States. Authorship:
                     text, artwork, compilation of previously published art
                     with corresponding text; some new art.

Pre-existing Material:
                     previously published art with corresponding text.

Basis of Claim:      artwork, compilation of previously published art with
                     corresponding text; some new art.

Copyright Note:      Basis for Registration: Unit of publication

ISBN:                9781449494070

Names:               Andersen, Sarah
```

Exhibit C: Plaintiff copyright registrations — p.19

```
Type of Work:        Text

Registration Number / Date:
                     TX0009117084 / 2021-01-22

Application Title: Adulthood is a Myth: A "Sarah's Scribbles" 2021 Daily
                     Calendar.

Title:               Adulthood is a Myth: A "Sarah's Scribbles" 2021 Daily
                     Calendar.

Description:         Book.

Copyright Claimant:
                     Sarah Andersen.

Date of Creation:    2020

Date of Publication:
                     2020-09-01

Nation of First Publication:
                     United States

Authorship on Application:
                     Sarah Andersen; Citizenship: United States. Authorship:
                     compilation of previously published art with
                     accompanying text.

Pre-existing Material:
                     previously published art with accompanying text.

Basis of Claim:      compilation of previously published art with accompanying
                     text.

ISBN:                9781524857684

Names:               Andersen, Sarah
```

Exhibit C: Plaintiff copyright registrations — p.20

```
Type of Work:      Text

Registration Number / Date:
                   TX0009082399 / 2021-01-22

Application Title: Adulthood is a Myth: A "Sarah's Scribbles" 2021 Wall
                   Calendar.

Title:             Adulthood is a Myth: A "Sarah's Scribbles" 2021 Wall
                   Calendar.

Description:       Book.

Copyright Claimant:
                   Sarah Andersen.

Date of Creation:  2020

Date of Publication:
                   2020-06-30

Nation of First Publication:
                   United States

Authorship on Application:
                   Sarah Andersen; Citizenship: United States. Authorship:
                   artwork, compilation of previously published art with
                   accompanying text; some new art.

Pre-existing Material:
                   previously published art with accompanying text.

Basis of Claim:    artwork, compilation of previously published art with
                   accompanying text; some new art.

ISBN:              9781524857677

Names:             Andersen, Sarah
```

Exhibit C: Plaintiff copyright registrations — p.21

```
Type of Work:        Text

Registration Number / Date:
                     TX0008207926 / 2015-12-10

Application Title: Adulthood Is a Myth: A Sarah's Scribbles Collection.

Title:               Adulthood Is a Myth: A Sarah's Scribbles Collection.

Description:         Book.

Copyright Claimant:
                     Sarah Andersen.

Date of Creation:  2015

Date of Publication:
                     2015-12-08

Nation of First Publication:
                     United States

Authorship on Application:
                     Sarah Andersen; Citizenship: United States. Authorship:
                        text, artwork.

Pre-existing Material:
                     Some cartoons previously appeared on author's website.

Basis of Claim:      text, artwork.

ISBN:                9781449474195

Names:               Andersen, Sarah
```

Exhibit C: Plaintiff copyright registrations — p.22

```
Type of Work:       Text

Registration Number / Date:
                    TX0008493928 / 2017-01-09

Application Title: Big Mushy Happy Lump: A Sarah's Scribbles Collection .

Title:              Big Mushy Happy Lump: A Sarah's Scribbles Collection .

Description:        Book, 125 p.

Copyright Claimant:
                    Sarah Andersen.

Date of Creation:   2016

Date of Publication:
                    2016-12-12

Nation of First Publication:
                    United States

Authorship on Application:
                    Sarah Andersen; Citizenship: United States. Authorship:
                        text, artwork.

Copyright Note:     Basis for Registration: Collective work

ISBN:               9781449479619

Names:              Andersen, Sarah
```

Exhibit C: Plaintiff copyright registrations — p.23

```
Type of Work:        Text

Registration Number / Date:
                     TX0009043380 / 2020-12-16

Application Title: Fangs.

Title:               Fangs.

Description:         Book, 100 p.

Copyright Claimant:
                     Sarah Andersen.

Date of Creation:  2020

Date of Publication:
                     2020-10-06

Nation of First Publication:
                     United States

Authorship on Application:
                     Sarah Andersen; Citizenship: United States. Authorship:
                        text, artwork.

ISBN:                9781524860677

Names:               Andersen, Sarah
```

Exhibit C: Plaintiff copyright registrations — p.24

```
Type of Work:        Text

Registration Number / Date:
                     TX0008615735 / 2018-02-06

Application Title: Get It Together! with Sarah Scribbles 2017-2018 16-Month
                     Weekly/Monthly Planner.

Title:               Get It Together! with Sarah Scribbles 2017-2018 16-Month
                     Weekly/Monthly Planner.

Description:         Book.

Copyright Claimant:
                     Sarah Andersen.

Date of Creation:   2017

Date of Publication:
                     2017-05-30

Nation of First Publication:
                     United States

Authorship on Application:
                     Sarah Andersen, employer for hire; Citizenship: United
                     States. Authorship: artwork, compilation of previously
                     published art with corresponding text; some new artwork.

Pre-existing Material:
                     text, artwork.

Basis of Claim:     artwork, compilation of previously published art with
                     corresponding text; some new artwork.

ISBN:               9781449482046

Names:               Andersen, Sarah
```

Exhibit C: Plaintiff copyright registrations — p.25

```
Type of Work:        Text

Registration Number / Date:
                     TX0008681086 / 2018-10-22

Application Title: Get It Together! with Sarah Scribbles 2018-2019 16-Month
                   Monthly/Weekly Planner.

Title:               Get It Together! with Sarah Scribbles 2018-2019 16-Month
                     Monthly/Weekly Planner.

Description:         Book.

Copyright Claimant:
                     Sarah Andersen.

Date of Creation:   2018

Date of Publication:
                     2018-06-05

Nation of First Publication:
                     United States

Authorship on Application:
                     Sarah Andersen, employer for hire; Citizenship: United
                     States. Authorship: artwork, compilation of previously
                     published art with corresponding text; some new artwork.

Pre-existing Material:
                     text, artwork.

Basis of Claim:     artwork, compilation of previously published art with
                     corresponding text; some new artwork.

ISBN:               9781449494063

Names:               Andersen, Sarah
```

Exhibit C: Plaintiff copyright registrations — p.26

```
Type of Work:        Text

Registration Number / Date:
                     TX0008826626 / 2019-11-06

Application Title: Get It Together! with Sarah's Scribbles 16-Month 2019-2020
                     Weekly Monthly Planner.

Title:               Get It Together! with Sarah's Scribbles 16-Month 2019-2020
                     Weekly Monthly Planner.

Description:         Calendar.

Copyright Claimant:
                     Sarah Andersen.

Date of Creation:   2019

Date of Publication:
                     2019-06-04

Nation of First Publication:
                     United States

Authorship on Application:
                     Sarah Andersen; Citizenship: United States. Authorship:
                     compilation of previously published art with
                     accompanying text.

Pre-existing Material:
                     previously published art with accompanying text.

Basis of Claim:     compilation of previously published art with accompanying
                     text.

ISBN:                9781449498481

Names:               Andersen, Sarah
```

Exhibit C: Plaintiff copyright registrations — p.27

```
Type of Work:      Text

Registration Number / Date:
                   TX0009082448 / 2021-01-22

Application Title: Get It Together with Sarah's Scribbles16-Month 2020-2021
                   Weekly/Monthly Planner Calendar.

Title:             Get It Together with Sarah's Scribbles16-Month 2020-2021
                   Weekly/Monthly Planner Calendar.

Description:       Book.

Copyright Claimant:
                   Sarah Andersen.

Date of Creation:  2020

Date of Publication:
                   2020-06-30

Nation of First Publication:
                   United States

Authorship on Application:
                   Sarah Andersen; Citizenship: United States. Authorship:
                   artwork, compilation of previously published art with
                   accompanying text; some new artwork.

Pre-existing Material:
                   text, artwork, previously published art with accompanying
                   text.

Basis of Claim:    artwork, compilation of previously published art with
                   accompanying text; some new artwork.

ISBN:              9781524857660

Names:             Andersen, Sarah
```

Exhibit C: Plaintiff copyright registrations — p.28

```
Type of Work:        Text

Registration Number / Date:
                     TX0008564573 / 2018-02-12

Application Title: Herding Cats: A Sarah's Scribbles Collection.

Title:               Herding Cats: A Sarah's Scribbles Collection.

Description:         Book, 108 p.

Copyright Claimant:
                     Sarah Andersen.

Date of Creation:  2018

Date of Publication:
                     2018-01-16

Nation of First Publication:
                     United States

Authorship on Application:
                     Sarah Andersen; Citizenship: United States. Authorship:
                       text, artwork, Curated and themed collection of cartoons
                       previously published online.

Pre-existing Material:
                     Some cartoons previously published online.

Basis of Claim:      text, artwork, Curated and themed collection of cartoons
                       previously published online.

ISBN:                9781449489786

Names:               Andersen, Sarah
```

Exhibit C: Plaintiff copyright registrations — p.29

```
Type of Work:         Text

Registration Number / Date:
                      TX0009153980 / 2022-02-16

Application Title: Oddball: A Sarah?s Scribbles Collection.

Title:                Oddball: A Sarah?s Scribbles Collection.

Description:          Book, 105 p.

Copyright Claimant:
                      Sarah Andersen.

Date of Creation:  2021

Date of Publication:
                      2021-12-07

Nation of First Publication:
                      United States

Authorship on Application:
                      Sarah Andersen; Citizenship: United States. Authorship:
                         text, artwork.

Copyright Note:       Basis for Registration: Collective work

ISBN:                 9781449489793

Names:                Andersen, Sarah
```