# EXHIBIT D

# (Stability Text Prompts)

Exhibit D: Stability text prompts — p.1

# prompt: "chef"






Exhibit D: Stability text prompts — p.2

# prompt: "gregory manchess chef"

 

 

Exhibit D: Stability text prompts — p.3

# prompt: "gerald brom chef"







Exhibit D: Stability text prompts — p.4

# prompt: "jingna zhang chef"







Exhibit D: Stability text prompts — p.5

# prompt: "teacher"






Exhibit D: Stability text prompts — p.6

# prompt: "gregory manchess teacher"







Exhibit D: Stability text prompts — p.7

# prompt: "gerald brom teacher"







Exhibit D: Stability text prompts — p.8

# prompt: "jingna zhang teacher"

 

