# EXHIBIT E

# (Runway Text Prompts)

Exhibit E: Runway text prompts — p.1

# prompt: "chef"






Exhibit E: Runway text prompts — p.2

# prompt: "gregory manchess chef"







Exhibit E: Runway text prompts — p.3

# prompt: "gerald brom chef"







Exhibit E: Runway text prompts — p.4

# prompt: "jingna zhang chef"







Exhibit E: Runway text prompts — p.5

## prompt: "kelly mckernan chef"






Exhibit E: Runway text prompts — p.6

# prompt: "sarah andersen chef"







Exhibit E: Runway text prompts — p.7

# prompt: "teacher"







Exhibit E: Runway text prompts — p.8

# prompt: "gregory manchess teacher"







Exhibit E: Runway text prompts — p.9

# prompt: "gerald brom teacher"







Exhibit E: Runway text prompts — p.10

# prompt: "jingna zhang teacher"

 

  

Exhibit E: Runway text prompts — p.11

# prompt: "kelly mckernan teacher"







Exhibit E: Runway text prompts — p.12

# prompt: "sarah andersen teacher"





