# EXHIBIT F

# (Midjourney Text Prompts)

Exhibit F: Midjourney text prompts — p.1

# prompt: "chef"






Exhibit F: Midjourney text prompts — p.2

# prompt: "gregory manchess chef"







Exhibit F: Midjourney text prompts — p.3

# prompt: "gerald brom chef"






Exhibit F: Midjourney text prompts — p.4
## prompt: "jingna zhang chef"







Exhibit F: Midjourney text prompts — p.5

# prompt: "kelly mckernan chef"







Exhibit F: Midjourney text prompts — p.6
# prompt: "sarah andersen chef"






Exhibit F: Midjourney text prompts — p.7

# prompt: "teacher"









Exhibit F: Midjourney text prompts — p.8

# prompt: "gregory manchess teacher"







Exhibit F: Midjourney text prompts — p.9
prompt: "gerald brom teacher"







Exhibit F: Midjourney text prompts — p.10

# prompt: "jingna zhang teacher"







Exhibit F: Midjourney text prompts — p.11

# prompt: "kelly mckernan teacher"







Exhibit F: Midjourney text prompts — p.12

prompt: "sarah andersen teacher"





