# EXHIBIT H

# (Runway Image Prompts)

Exhibit H: Runway image prompts — p.1

# Gerald Brom: Lady Of The Lake (original top left)






Exhibit H: Runway image prompts — p.2

# Gerald Brom: Perchta (original top left)






Exhibit H: Runway image prompts — p.3

# Gerald Brom: Santa (original top left)






Exhibit H: Runway image prompts — p.4
# Gregory Manchess: Bears (original top left)







Exhibit H: Runway image prompts — p.5

# Gregory Manchess: Snow Leopards (original top left)







Exhibit H: Runway image prompts — p.6

# Grzegorz Rutkowski: Dragon (original top left)






Exhibit H: Runway image prompts — p.7

# Grzegorz Rutkowski: Dwarf (original top left)







Exhibit H: Runway image prompts — p.8

# Hawke Southworth: Flowers (original top left)



Exhibit H: Runway image prompts — p.9

# Jingna Zhang: Alodia (original top left)






Exhibit H: Runway image prompts — p.10

# Jingna Zhang: From The Ashes (original top left)






Exhibit H: Runway image prompts — p.11

# Jingna Zhang: Her Resting Place (original top left)






Exhibit H: Runway image prompts — p.12

# Jingna Zhang: Motherland Chronicles (original top left)






Exhibit H: Runway image prompts — p.13

# Jingna Zhang: Underwater (original top left)






Exhibit H: Runway image prompts — p.14

# Karla Ortiz: Illustration (original top left)






Exhibit H: Runway image prompts — p.15

# Karla Ortiz: Rigidum (original top left)






Exhibit H: Runway image prompts — p.16

# Karla Ortiz: Ultimum (original top left)






Exhibit H: Runway image prompts — p.17

# Kelly McKernan: Reverie (original top left)




