# EXHIBIT K

# (Midjourney Showcase)

Exhibit K: Midjourney Showcase — p.1

# "Gerald Brom" in prompt



kathybishop   ···  ♡  ✕

the king of fools, creativity takes
courage, negative space for the win,
style of Gerald Brom

`style raw`

🗔 Copy Prompt     🔍 Search Image

Exhibit K: Midjourney Showcase — p.2

# "Gerald Brom" in prompt



ingyt

Oil painting by Gerald Brom of a character, red demon from hell, very high quality 4K HD, full body

ar 2:3

Copy Prompt    Search Image

Exhibit K: Midjourney Showcase — p.3

# "Gerald Brom" in prompt



Exhibit K: Midjourney Showcase — p.4

# "Gerald Brom" in prompt



Exhibit K: Midjourney Showcase — p.5

# "Gerald Brom" in prompt



Exhibit K: Midjourney Showcase — p.6

# "Gregory Manchess" in prompt



Exhibit K: Midjourney Showcase — p.7

# "Gregory Manchess" in prompt



Exhibit K: Midjourney Showcase — p.8

# "Gregory Manchess" in prompt



Exhibit K: Midjourney Showcase — p.9
# "Gregory Manchess" in prompt



Exhibit K: Midjourney Showcase — p.10

# "Gregory Manchess" in prompt



Exhibit K: Midjourney Showcase — p.11

# "Jingna Zhang" in prompt



Exhibit K: Midjourney Showcase — p.12
# "Jingna Zhang" in prompt



Exhibit K: Midjourney Showcase — p.13

# "Jingna Zhang" in prompt



ainurrazd    ⋯    ♡    ✕

Zhang Jingna model

Copy Prompt    Search Image

Exhibit K: Midjourney Showcase — p.14

# "Jingna Zhang" in prompt



blackoak

Zhang jingna, harpers bazaar, mid body portrait,

ar 8:12    s 250

Copy Prompt    Search Image

Exhibit K: Midjourney Showcase — p.15

# "Jingna Zhang" in prompt



Exhibit K: Midjourney Showcase — p.16

# "Jingna Zhang" in prompt



ainurrazd

Zhang Jingna model

Copy Prompt    Search Image

Exhibit K: Midjourney Showcase — p.17

# "Kelly McKernan" in prompt



lulurosie

3/4 portrait of a woman with fully body chinese porcelain tattoos, blue and white Kelly McKernan --upbeta

Copy Prompt    Search Image

Exhibit K: Midjourney Showcase — p.18

# "Kelly McKernan" in prompt



Exhibit K: Midjourney Showcase — p.19

# "Kelly McKernan" in prompt



Exhibit K: Midjourney Showcase — p.20

# "Kelly McKernan" in prompt



Exhibit K: Midjourney Showcase — p.21

# "Kelly McKernan" in prompt



Exhibit K: Midjourney Showcase — p.22

# "Sarah Andersen" in prompt



Exhibit K: Midjourney Showcase — p.23

# "Sarah Andersen" in prompt



Exhibit K: Midjourney Showcase — p.24

# “Sarah Andersen” in prompt

magicbrooklyn ··· ♡ ×

An illustration In the style of Sarah Andersen: Create a high-angle shot of the very upset ten-year-old girl sitting on her sofa, her tear-streaked face visible as she sobs. Use Sarah Andersen's expressive style to showcase the girl's vulnerability and sorrow. The high-angle view will emphasize the girl's feelings of sadness and isolation, providing a unique perspective on the scene as she sits alone on the sofa. --ar 16:9 --uplight

Copy Prompt Search Image



Exhibit K: Midjourney Showcase — p.25

# "Sarah Andersen" in prompt



Exhibit K: Midjourney Showcase — p.26

# "Sarah Andersen" in prompt



Exhibit K: Midjourney Showcase — p.27

# "Sarah Andersen" in prompt

