COOLEY LLP
KAYLA BLAKER (*pro hac vice*)
kblaker@cooley.com
J. ASHETON LEMAY (*pro hac vice*)
alemay@cooley.com
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

JUDD D. LAUTER (290945)
jlauter@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

*Counsel for Defendant Midjourney, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, an individual; KELLY MCKERNAN, an individual; KARLA ORTIZ, an individual, <br><br> Individual and Representative Plaintiffs, <br><br> v. <br><br> STABILITY AI LTD., a UK corporation; STABILITY AI, INC., a Delaware corporation; MIDJOURNEY, INC., a Delaware corporation; DEVIANTART, INC., a Delaware corporation, <br><br> Defendants. | Case No. 3:23-cv-00201-WHO <br><br> **COOLEY LLP'S NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT MIDJOURNEY, INC.** <br><br> Date: January 10, 2024 <br> Time: 2:00 p.m. <br> Courtroom: 2, 17th Floor <br> Judge: William H. Orrick <br><br> Trial Date: None <br> Date Action Filed: January 13, 2023 |

## NOTICE OF MOTION AND MOTION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE THAT**, pursuant to Civil Local Rules 5-1(c)(2)(E) and 11-5, the law firm Cooley LLP respectfully moves this Court for leave to withdraw as counsel for Defendant Midjourney, Inc. ("Defendant"). Defendant has retained Ms. Angela L. Dunning, Esq. and Ms. Arminda B. Bepko, Esq. of Cleary Gottlieb Steen & Hamilton LLP, to substitute for Cooley LLP as Defendant's counsel of record. Ms. Angela L. Dunning is no longer associated with Cooley LLP but will remain counsel of record and continue to represent Defendant with Cleary Gottlieb Steen & Hamilton LLP, and Arminda B. Bepko has entered an appearance. *See* ECF Nos. 116, 118.

Cooley LLP has provided written notice of its withdrawal and substitution to Plaintiffs and Co-Defendants. Given Defendant's continued representation through their new counsel, Cooley's withdrawal and substitution will cause no prejudice to any party.

Cooley LLP respectfully requests that the Court grant its motion and enter an order granting leave for Mr. Judd D. Lauter, Esq., Ms. Kayla Elizabeth Blaker, Esq. and Mr. James Asheton Lemay, Esq. of Cooley LLP to withdraw as counsel for Defendant.

Dated: November 30, 2023                                COOLEY LLP

By: /s/ Judd D. Lauter
        Judd D. Lauter

Attorneys for Defendant
MIDJOURNEY, INC.