UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, an individual; KELLY MCKERNAN, an individual; KARLA ORTIZ, an individual,<br><br>Individual and Representative Plaintiffs,<br><br>v.<br><br>STABILITY AI LTD., a UK corporation; STABILITY AI, INC., a Delaware corporation; MIDJOURNEY, INC., a Delaware corporation; DEVIANTART, INC., a Delaware corporation,<br><br>Defendants. | Case No. 3:23-cv-00201-WHO<br><br>**[PROPOSED] ORDER GRANTING COOLEY LLP'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT MIDJOURNEY, INC.**<br><br>Judge:   Hon. William H. Orrick<br>Trial Date: None Set<br>Date Action Filed: January 13, 2023 |

Cooley LLP's Motion to Withdraw as counsel for Defendant Midjourney, Inc. ("Defendant") was considered by the Honorable William H. Orrick, Judge of the U.S. District Court for the Northern District of California. The Court, having considered all papers and pleadings submitted by the parties, and being fully advised, finds that the motion should be granted.

IT IS THEREFORE ORDERED that Cooley LLP is granted leave to withdraw as counsel for the Defendant. The Clerk of the Court is directed to update the Court's ECF system to reflect the withdrawal of Judd D. Lauter, Esq., Kayla Elizabeth Blaker, Esq. and James Asheton Lemay, Esq. of Cooley LLP as counsel for Defendant.

**IT IS SO ORDERED.**

Dated: _____

HON. WILLIAM H. ORRICK
United States District Judge