**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SARAH ANDERSEN, an individual; KELLY MCKERNAN, an individual; KARLA ORTIZ, an individual,<br><br>Individual and Representative Plaintiffs,<br><br>v.<br><br>STABILITY AI LTD., a UK corporation; STABILITY AI, INC., a Delaware corporation; MIDJOURNEY, INC., a Delaware corporation; DEVIANTART, INC., a Delaware corporation,<br><br>Defendants. | Case No. 3:23-cv-00201-WHO<br><br>**[P̶r̶o̶p̶o̶s̶e̶d̶] Order Granting Cooley LLP's Motion to Withdraw as Counsel for Defendant Midjourney, Inc.**<br><br>Judge:  Hon. William H. Orrick<br>Trial Date: None Set<br>Date Action Filed: January 13, 2023 |

1    Cooley LLP's Motion to Withdraw as counsel for Defendant Midjourney, Inc.
2 ("Defendant") was considered by the Honorable William H. Orrick, Judge of the U.S. District Court
3 for the Northern District of California. The Court, having considered all papers and pleadings
4 submitted by the parties, and being fully advised, finds that the motion should be granted.

5    IT IS THEREFORE ORDERED that Cooley LLP is granted leave to withdraw as counsel
6 for the Defendant. The Clerk of the Court is directed to update the Court's ECF system to reflect
7 the withdrawal of Judd D. Lauter, Esq., Kayla Elizabeth Blaker, Esq. and James Asheton Lemay,
8 Esq. of Cooley LLP as counsel for Defendant.

10   **IT IS SO ORDERED.**

12   Dated: December 1, 2023

    _____
    HON. WILLIAM H. ORRICK
    United States District Judge

1

[P̶r̶o̶p̶o̶s̶e̶d̶] Order Granting
Cooley LLP's Motion to Withdraw
Case No.: 3:23-cv-00201-WHO