Angela L. Dunning (SBN 212047)
adunning@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304-1248
Telephone: 650-815-4100

Arminda B. Bepko (admitted *pro hac vice*)
abepko@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: 212-225-2517

*Attorneys for Defendant Midjourney, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH ANDERSEN et al.,<br><br>Individual and Representative Plaintiffs,<br><br>v.<br><br>STABILITY AI, LTD et al.,<br><br>Defendants. | Case Nos.:  3:231-cv-00201-WHO<br><br>**DEFENDANT'S NOTICE OF CHANGE OF FIRM AND ADDRESS**<br><br>Judge: Hon. William H. Orrick |

1

To the Clerk of Court and All Parties of Record:

2

PLEASE TAKE NOTICE that effectively immediately, the address, phone number, email

3

address and firm affiliation of Angela L. Dunning, counsel for Defendant Midjourney, is as

4

follows:

5

6
7
8
9

Angela L. Dunning
Cleary Gottlieb Steen & Hamilton LLP
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304-1248
Telephone: 650-815-4131
adunning@cgsh.com

10

Ms. Dunning has updated her contact information in PACER and respectfully requests

11

that the service lists for this matter be updated as necessary.

12

13

Dated:  December 5, 2023

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

CLEARY GOTTLIEB STEEN &
HAMILTON LLP

By:            /s/ Angela L. Dunning

Angela L. Dunning

*Attorney for Defendant Midjourney, Inc.*

1