Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Elissa A. Buchanan (State Bar No. 249996)
Travis Manfredi (State Bar No. 281779)
Holden J. Benon (State Bar No. 325847)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
Email:            jsaveri@saverilawfirm.com
                      czirpoli@saverilawfirm.com
                      cyoung@saverilawfirm.com
                      eabuchanan@saverilawfirm.com
                      tmanfredi@saverilawfirm.com
                      hbenon@saverilawfirm.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

[Additional Counsel Listed on Signature Page]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, KELLY MCKERNAN, KARLA ORTIZ, H. SOUTHWORTH PKA HAWKE SOUTHWORTH, GRZEGORZ RUTKOWSKI, GREGORY MANCHESS, GERALD BROM, JINGNA ZHANG, JULIA KAYE, ADAM ELLIS,<br><br>*Individual and Representative Plaintiffs,*<br><br>v.<br><br>STABILITY AI LTD., STABILITY AI, INC., DEVIANTART, INC., MIDJOURNEY, INC., RUNWAY AI, INC.,<br><br>*Defendants.* | Case No. 3:23-cv-00201-WHO<br><br>**DECLARATION OF CHRISTOPHER K.L. YOUNG IN SUPPORT OF JOINT STIPULATED REQUEST AND [PROPOSED] ORDER CHANGING TIME FOR DEVIANTART'S MOTION TO RENEW ITS SPECIAL MOTION TO STRIKE** |

I, Christopher K.L. Young, declare as follows:

1. I am an attorney duly licensed to practice in the State of California. I am a Partner at the Joseph Saveri Law Firm, LLP, counsel of record for Plaintiffs in the above-referenced action ("Action"). I have personal knowledge of the matters stated herein and, if called upon, I could competently testify thereto. I make this declaration pursuant to Civil Local Rule 6-2(a) in support of Plaintiffs' Joint Stipulated Extension of Time to Respond to Defendant DeviantArt, Inc.'s ("DeviantArt") Motion to Renew its Special Motion to Strike ("Motion"; Plaintiffs and DeviantArt together, the "Parties").

2. At present, the briefing schedule for responses to the Motion requires Oppositions to be due by January 3, 2024; Replies due by January 10, 2024; and Motion Hearing set for January 24, 2024.

3. In light of the intervening holiday and office closures, the Parties agreed to extend dates to respond by one week (seven days). Under the Parties' revised schedule, Plaintiffs' deadline to respond to the Motion would be January 10, 2024; DeviantArt's deadline to file a reply brief in support of the Motion would be January 17, 2024. The Parties further agree to continue the hearing on the motion to February 7, 2024. The Court's calendar for that date is not yet publicly available; so in the event that the Court cannot accommodate hearing on the motion that day, the Parties agree to continue the hearing to the next available date convenient for the Court and the Parties.

4. This is the Parties' first request for an extension of time with respect to the Motion and the requested time modification will not any material impact on the schedule for the Action.

I declare under penalty of perjury that the foregoing is true and correct. Executed this December 26, 2023.

                                        */s/ Christopher K.L. Young*
                                          Christopher K.L. Young