Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Elissa A. Buchanan (State Bar No. 249996)
Travis Manfredi (State Bar No. 281779)
Holden J. Benon (State Bar No. 325847)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
Email:            jsaveri@saverilawfirm.com
                      czirpoli@saverilawfirm.com
                      cyoung@saverilawfirm.com
                      eabuchanan@saverilawfirm.com
                      tmanfredi@saverilawfirm.com
                      hbenon@saverilawfirm.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, KELLY MCKERNAN, KARLA ORTIZ, H. SOUTHWORTH PKA HAWKE SOUTHWORTH, GRZEGORZ RUTKOWSKI, GREGORY MANCHESS, GERALD BROM, JINGNA ZHANG, JULIA KAYE, ADAM ELLIS,<br><br>*Individual and Representative Plaintiffs,*<br><br>v.<br><br>STABILITY AI LTD., STABILITY AI, INC., DEVIANTART, INC., MIDJOURNEY, INC., RUNWAY AI, INC.,<br><br>*Defendants.* | Case No. 3:23-cv-00201-WHO<br><br>**JOINT STIPULATED REQUEST AND [PROPOSED] ORDER CHANGING TIME FOR DEVIANTART'S MOTION TO RENEW ITS SPECIAL MOTION TO STRIKE** |

1   Pursuant to Civil Local Rule 6-2(a), the undersigned Parties to the above-captioned action, by
2   and through their respective undersigned counsel, hereby agree and stipulate as follows:
3   WHEREAS, on November 29, 2023, Plaintiffs Sarah Andersen, Kelly McKernan, Karla Ortiz,
4   H. Southworth Pka Hawke Southworth, Grzegorz Rutkowski, Gregory Manchess, Gerald Brom,
5   Jingna Zhang, Julia Kaye, and Adam Ellis filed a First Amended Complaint (ECF No. 129);
6   WHEREAS, on December 20, 2023, DeviantArt, Inc. ("DeviantArt") filed a Motion to Renew
7   its Special Motion to Strike Under California Code of Civil Procedure section 425.16 ("Motion")
8   (ECF No. 136);
9   WHEREAS, at present, the briefing schedule for responding to the Motion requires
10  Oppositions to be due by January 3, 2024; Replies due by January 10, 2024; and Motion Hearing set
11  for January 24, 2024;
12  WHEREAS, due to the intervening holidays and office closures, the Parties agreed to extend
13  dates to respond by one week (seven days): Plaintiffs' deadline to respond to the Motion shall be
14  January 10, 2024; DeviantArt's deadline to file a reply brief in support of the Motion shall be January
15  17, 2024; a hearing on the Motion shall be held on February 7, 2024 (or the next earliest date
16  convenient for the Court and Parties) (Declaration of Christopher K.L. Young ("Young Decl."), ¶ 2.);
17  and
18  WHEREAS, the requested time modification will not have any material impact on the schedule
19  for the Action (Young Decl., ¶ 4);
20  IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendant
21  DeviantArt, as represented by their undersigned counsel, subject to the approval of the court, that the
22  briefing schedule for DeviantArt's Motion is revised as follows:
23      1. The deadline for Oppositions to the Motion shall be extended to January 10, 2024.
24      2. Replies to the Motion shall be due on January 17, 2024.
25      3. A hearing on the Motion shall be held on February 7, 2024 (or the next earliest date
26         convenient for the Court and Parties).
27
28

**[PROPOSED] ORDER**

The above Stipulation of the Parties is hereby approved. It is HEREBY ORDERED that the briefing schedule for DeviantArt's Motion to Renew its Special Motion to Strike Under California Code of Civil Procedure section 425.16 (ECF No. 136; the "Motion") is revised as follows:

- **January 10, 2024 for Oppositions to the Motion**
- **January 17, 2024 for Replies to the Motion**
- **February 7, 2024 for hearing on the Motion**

Dated:   January 2, 2024

_____
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

Dated: December 26, 2023 /s/ *Christopher K.L. Young*
Christopher K.L. Young

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Elissa A. Buchanan (State Bar No. 249996)
Travis Manfredi (State Bar No. 281779)
Holden J. Benon (State Bar No. 325847)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:    (415) 500-6800
Facsimile:    (415) 395-9940
Email:        jsaveri@saverilawfirm.com
              czirpoli@saverilawfirm.com
              cyoung@saverilawfirm.com
              eabuchanan@saverilawfirm.com
              tmanfredi@saverilawfirm.com
              hbenon@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:    (323) 968-2632
Facsimile:    (415) 395-9940
Email:        mb@buttericklaw.com

Brian D. Clark (pro hac vice)
Laura M. Matson (pro hac vice)
Arielle S. Wagner (pro hac vice)
Eura Chang (pro hac vice)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612)339-6900
Facsimile: (612)339-0981
Email:        bdclark@locklaw.com
              lmmatson@locklaw.com
              aswagner@locklaw.com
              echang@locklaw.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

Dated: December 26, 2023					*/s/ Brittany N. Lovejoy*
							Brittany N. Lovejoy

							Andrew M. Gass (SBN 259694)
							Michael H. Rubin (SBN 214636)
							Brittany N. Lovejoy (SBN 286813)
							**LATHAM & WATKINS LLP**
							505 Montgomery Street, Suite 2000
							San Francisco, California 94111-6538
							Telephone: (415) 391-0600
							Email: andrew.gass@lw.com
							         michael.rubin@lw.com
							         brittany.lovejoy@lw.com

							*Counsel for Defendant DeviantArt, Inc.*

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(h)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from any other signatory to this document.

Dated: January 2, 2024                               By:        */s/ Christopher K.L. Young*
                                                                        Christopher K.L. Young