Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Elissa A. Buchanan (State Bar No. 249996)
Holden Benon (State Bar No. 325847)
Louis A. Kessler (State Bar No. 243703)
Travis Manfredi (State Bar No. 281779)
**JOSEPH SAVERI LAW FIRM, LLP.**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:       (415) 395-9940
Email:             jsaveri@saverilawfirm.com
                       czirpoli@saverilawfirm.com
                       cyoung@saverilawfirm.com
                       eabuchanan@saverilawfirm.com
                       hbenon@saverilawfirm.com
                       lkessler@saverilawfirm.com
                       tmanfredi@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:     (323) 968-2632
Facsimile:       (415) 395-9940
Email:             mb@buttericklaw.com

*Counsel for Individual and Representative Plaintiffs Sarah Andersen, Kelly McKernan, Karla Ortiz, and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SARAH ANDERSEN, et al.,<br><br>Individual and Representative Plaintiffs,<br><br>v.<br><br>STABILITY AI LTD., et al.,<br><br>Defendants. | Case No. 3:23-cv-00201-WHO<br><br>**PROOF OF SERVICE OF SUMMONS ON RUNWAY AI, INC.** |

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | | FOR COURT USE ONLY |
|---|---|---|
| Joseph Saveri Law Firm, LLP<br>Joseph Saveri SBN 130064<br>601 California Street Suite 1000<br>San Francisco, CA 94108<br>  TELEPHONE NO:   FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:   jsaveri@saverilawfirm.com<br>  ATTORNEY FOR *(Name)*:   Plaintiff | Ref. No. or File No.:   10156812<br>(21909117) | |
| *Insert name of Court, and Judicial District and Branch Court*<br>Northern District of California - District - San Francisco<br>450 Golden Gate Avenue<br>San Francisco, CA  94102-3483 | | |
| PLAINTIFF:<br>Sarah Andersen, et al. | | |
| DEFENDANT:<br>Stability AI LTD., et al | | |
| **PROOF OF SERVICE** | | CASE NUMBER:<br>3:23-cv-00201-WHO |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Summons, First Amended Complaint, Exhibits

2. Party Served:  Runway AI, Inc., a Delaware corporation

3. Person Served:  United Corporate Services, Inc.

4. Left With:  Madison slyvester

5. Date & Time of Delivery:  January 4, 2024 at 7:35 pm HST

6. Address, City and State:  800 N State St 304 Dover, DE, 19901

7. Manner of Service:  By leaving the copies with or in the presence of Madison slyvester, (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed them of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for service: $170.00

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Zenobia Guy/*

Not a Registered California process server.
Zenobia Guy

InfoTrack US, Inc. - P000618
1400 N McDowell Blvd, Suite 300
Petaluma, CA  94954
800-938-8815

Zenobia Guy

Date: January 4, 2024

**PROOF OF SERVICE**

Page 1 of 3
Order #21909117

| | | |
|---|---|---|
| PLAINTIFF / PETITIONER: Sarah Andersen, et al. | | CASE NUMBER: |
| DEFENDANT / RESPONDENT: Stability AI LTD., et al | | 3:23-cv-00201-WHO |

## DECLARATION OF DILIGENCE

(This form must be attached to another form or court paper before it can be filed in court.)

1) Successful Attempt: Jan 4, 2024, 7:35 pm HST at Business: 800 N State St 304, Dover, DE 19901 received by Madison slyvester. Age: 24; Ethnicity: Caucasian; Gender: Female; Weight: 200;

**I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Date:   January 4, 2024

Zenobia Guy

(TYPE OR PRINT NAME)

*[signature: Zenobia Guy]*

(SIGNATURE OF DECLARANT)

☐ Attorney for    ☐ Plaintiff    ☐ Petitioner    ☐ Defendant
☐ Respondent    ☒ Other *(Specify):* Process Server

| PLAINTIFF / PETITIONER: Sarah Andersen, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT / RESPONDENT: Stability AI LTD., et al | 3:23-cv-00201-WHO |

## DECLARATION OF MAILING
(This form must be attached to another form or court paper before it can be filed in court.)

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N McDowell Blvd, Suite 300, Petaluma, CA 94954.

On 1/4/2024, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Summons, First Amended Complaint, Exhibits

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, CA, addressed as follows:

Runway AI, Inc., a Delaware corporation
United Corporate Services, Inc. - Person Authorized to Accept Service of Process
800 N State St, 304
Dover, DE 19901.

**I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Date:  1/4/2024
Melissa Berry

(TYPE OR PRINT NAME)

*[Signature: MBerry]*

(SIGNATURE OF DECLARANT)

☐ Attorney for   ☐ Plaintiff   ☐ Petitioner   ☐ Defendant
☐ Respondent   ☒ Other *(Specify):* InfoTrack US, Inc.

Form Approved for Optional Use
Judicial Council of California
MC-031 [Rev.July 1, 2005]

**ATTACHED DECLARATION**

Page 3 of 3
Order #21909117