1  JOSEPH C. GRATZ (CA SBN 240676)
   JGratz@mofo.com
2  TIFFANY CHEUNG (CA SBN 211497)
   TCheung@mofo.com
3  TIMOTHY CHEN SAULSBURY (CA SBN 281434)
   TSaulsbury@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California 94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  MARK A. LEMLEY (CA SBN 155830)
   mlemley@lex-lumina.com
8  LEX LUMINA PLLC
   745 Fifth Avenue, Suite 500
9  New York, New York 10151
   Telephone: 646.898.2055
10 Facsimile: 646.906.8657

11 [CAPTION PAGE CONTINUED ON NEXT PAGE]

12 Attorneys for Defendants
   STABILITY AI LTD. and STABILITY AI, INC.
13

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                    SAN FRANCISCO DIVISION

17

18 SARAH ANDERSEN, ET AL.,                 Case No. 3:23-cv-00201-WHO

19         Plaintiffs,                      **NOTICE OF APPEARANCE OF ALLYSON R. BENNETT**

20         v.

21 STABILITY AI LTD., ET AL.,

22         Defendants.

1  ALLYSON R. BENNETT (CA SBN 302090)
   ABennett@mofo.com
2  MORRISON & FOERSTER LLP
   707 Wilshire Boulevard, Suite 6000
3  Los Angeles, California 90017-3543
   Telephone:  213.892.5200
4  Facsimile:  213.892.5454

5  ADITYA V. KAMDAR (CA SBN 324567)
   AKamdar@mofo.com
6  MORRISON & FOERSTER LLP
   2100 L Street, NW, Suite 900
7  Washington, DC  20037
   Telephone:  202.887.1500
8  Facsimile:  202.887.0763

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TO THE COURT, ALL PARTIES AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that attorney Allyson R. Bennett of Morrison & Foerster LLP, a member of the State Bar of California (SBN 302090), admitted to practice before this Court, and whose contact information appears below, hereby enters an appearance as an additional attorney of record for Defendants STABILITY AI LTD., and STABILITY AI, INC. in the above-referenced action. All communications, briefs, motions, orders, correspondence and other papers should be served as follows:

> Allyson R. Bennett
> MORRISON & FOERSTER LLP
> 707 Wilshire Boulevard, Suite 6000
> Los Angeles, CA 90017-3543
> Telephone:    213.892.5200
> Facsimile:    213.892.5454
> E-mail: ABennett@mofo.com

Dated: January 8, 2024               MORRISON & FOERSTER LLP

By:  /s/ Allyson R. Bennett
     ―――――――――――――――――
     Allyson R. Bennett

JOSEPH C. GRATZ (CA SBN 240676)
JGratz@mofo.com
TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
TIMOTHY CHEN SAULSBURY (CA SBN 281434)
TSaulsbury@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:    415.268.7000
Facsimile:    415.268.7522

ALLYSON R. BENNETT (CA SBN 302090)
ABennett@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone:    213.892.5200
Facsimile:    213.892.5454

| | |
|---|---|
| 1 | ADITYA V. KAMDAR (CA SBN 324567) |
| 2 | AKamdar@mofo.com<br>MORRISON & FOERSTER LLP |
| 3 | 2100 L Street, NW, Suite 900<br>Washington, DC  20037 |
| 4 | Telephone:      202.887.1500<br>Facsimile:       202.887.0763 |
| 5 | *Attorneys for Defendants* |
| 6 | STABILITY AI LTD. and STABILITY AI, INC. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2024, the within document was filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to the attorneys of record in the case.

/s/ *Allyson R. Bennett*
Allyson R. Bennett