| | |
|---|---|
| 1 | JOSEPH C. GRATZ (CA SBN 240676) |
|   | JGratz@mofo.com |
| 2 | TIFFANY CHEUNG (CA SBN 211497) |
|   | TCheung@mofo.com |
| 3 | TIMOTHY CHEN SAULSBURY (CA SBN 281434) |
|   | TSaulsbury@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 5 | San Francisco, California 94105-2482 |
|   | Telephone: 415.268.7000 |
| 6 | Facsimile: 415.268.7522 |
| 7 | MARK A. LEMLEY (CA SBN 155830) |
|   | mlemley@lex-lumina.com |
| 8 | LEX LUMINA PLLC |
|   | 745 Fifth Avenue, Suite 500 |
| 9 | New York, New York 10151 |
|   | Telephone: 646.898.2055 |
| 10 | Facsimile: 646.906.8657 |
| 11 | [CAPTION PAGE CONTINUED ON NEXT PAGE] |
| 12 | Attorneys for Defendants |
|    | STABILITY AI LTD. and STABILITY AI, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, ET AL., | Case No. 3:23-cv-00201-WHO |
| Plaintiffs, | **NOTICE OF APPEARANCE OF JOSEPH C. GRATZ** |
| v. | |
| STABILITY AI LTD., ET AL., | |
| Defendants. | |

ALLYSON R. BENNETT (CA SBN 302090)
ABennett@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone:    213.892.5200
Facsimile:    213.892.5454

ADITYA V. KAMDAR (CA SBN 324567)
AKamdar@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC  20037
Telephone:    202.887.1500
Facsimile:    202.887.0763

TO THE COURT, ALL PARTIES AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that attorney Joseph C. Gratz of Morrison & Foerster LLP, a member of the State Bar of California (SBN 240676), admitted to practice before this Court, and whose contact information appears below, hereby enters an appearance as an additional attorney of record for Defendants STABILITY AI LTD., and STABILITY AI, INC. in the above-referenced action. All communications, briefs, motions, orders, correspondence and other papers should be served as follows:

> Joseph C. Gratz
> MORRISON & FOERSTER LLP
> 425 Market Street
> San Francisco, CA 94125-2482
> Telephone:   415.268.7000
> Facsimile:   415.268.7522
> E-mail: JGratz@mofo.com

Dated: January 8, 2024          MORRISON & FOERSTER LLP

By: /s/ Joseph C. Gratz
Joseph C. Gratz

JOSEPH C. GRATZ (CA SBN 240676)
JGratz@mofo.com
TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
TIMOTHY CHEN SAULSBURY (CA SBN 281434)
TSaulsbury@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:   415.268.7000
Facsimile:   415.268.7522

ALLYSON R. BENNETT (CA SBN 302090)
ABennett@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone:   213.892.5200
Facsimile:   213.892.5454

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ADITYA V. KAMDAR (CA SBN 324567)
AKamdar@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC  20037
Telephone:        202.887.1500
Facsimile:         202.887.0763

*Attorneys for Defendants*
STABILITY AI LTD. and STABILITY AI, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2024, the within document was filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to the attorneys of record in the case.

 /s/ Joseph C. Gratz
 Joseph C. Gratz