JOSEPH C. GRATZ (CA SBN 240676)
JGratz@mofo.com
TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
TIMOTHY CHEN SAULSBURY (CA SBN 281434)
TSaulsbury@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:    415.268.7000
Facsimile:    415.268.7522

MARK A. LEMLEY (CA SBN 155830)
mlemley@lex-lumina.com
LEX LUMINA PLLC
745 Fifth Avenue, Suite 500
New York, New York  10151
Telephone:    646.898.2055
Facsimile:    646.906.8657

[CAPTION PAGE CONTINUED ON NEXT PAGE]

Attorneys for Defendants
STABILITY AI LTD. and STABILITY AI, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>STABILITY AI LTD., ET AL.,<br><br>Defendants. | Case No. 3:23-cv-00201-WHO<br><br>**NOTICE OF APPEARANCE OF TIMOTHY C. SAULSBURY** |

1   ALLYSON R. BENNETT (CA SBN 302090)
    ABennett@mofo.com
2   MORRISON & FOERSTER LLP
    707 Wilshire Boulevard, Suite 6000
3   Los Angeles, California 90017-3543
    Telephone:    213.892.5200
4   Facsimile:     213.892.5454

5   ADITYA V. KAMDAR (CA SBN 324567)
    AKamdar@mofo.com
6   MORRISON & FOERSTER LLP
    2100 L Street, NW, Suite 900
7   Washington, DC  20037
    Telephone:    202.887.1500
8   Facsimile:     202.887.0763

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   TO THE COURT, ALL PARTIES AND ATTORNEYS OF RECORD:

2       PLEASE TAKE NOTICE that attorney Timothy C. Saulsbury of Morrison & Foerster

3   LLP, a member of the State Bar of California (SBN 281434), admitted to practice before this

4   Court, and whose contact information appears below, hereby enters an appearance as an

5   additional attorney of record for Defendants STABILITY AI LTD., and STABILITY AI, INC. in

6   the above-referenced action.  All communications, briefs, motions, orders, correspondence and

7   other papers should be served as follows:

8

9

10

11

12

Timothy C. Saulsbury
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone:     415.268.7000
Facsimile:     415.268.7522
E-mail: TSaulsbury@mofo.com

13   Dated: January 8, 2024           MORRISON & FOERSTER LLP

14

15               By:   */s/ Timothy C. Saulsbury*

16                    Timothy C. Saulsbury

17                    JOSEPH C. GRATZ (CA SBN 240676)
JGratz@mofo.com

18                    TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com

19                    TIMOTHY CHEN SAULSBURY (CA SBN 281434)
TSaulsbury@mofo.com

20                    MORRISON & FOERSTER LLP
425 Market Street

21                    San Francisco, California  94105-2482
Telephone:     415.268.7000

22                    Facsimile:     415.268.7522

23                    ALLYSON R. BENNETT (CA SBN 302090)
ABennett@mofo.com

24                    MORRISON & FOERSTER LLP
707 Wilshire Boulevard

25                    Los Angeles, California 90017-3543
Telephone:     213.892.5200

26                    Facsimile:     213.892.5454

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ADITYA V. KAMDAR (CA SBN 324567)
AKamdar@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC  20037
Telephone:       202.887.1500
Facsimile:       202.887.0763

*Attorneys for Defendants*
STABILITY AI LTD. and STABILITY AI,
INC.

1

## CERTIFICATE OF SERVICE

2

3       I hereby certify that on January 8, 2024, the within document was filed with the Clerk of

4  the Court using CM/ECF, which will send notification of such filing to the attorneys of record in

5  the case.

6

7                                        _/s/ Timothy C. Saulsbury_
                                          Timothy C. Saulsbury

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28