```
 1  KEKER, VAN NEST & PETERS LLP
    DAVID SILBERT - # 173128
 2  dsilbert@keker.com
    PAVEN MALHOTRA - # 258429
 3  pmalhotra@keker.com
    BAILEY W. HEAPS - # 295870
 4  bheaps@keker.com
    JULIA L. GREENBERG - # 333864
 5  jgreenberg@keker.com
    CELINA S. MALAVE - # 347808
 6  cmalave@keker.com
    633 Battery Street
 7  San Francisco, CA 94111-1809
    Telephone:     415 391 5400
 8  Facsimile:     415 397 7188

 9  Attorneys for Defendant
    RUNWAY AI, INC.
10
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, an individual; KELLY MCKERNAN, an individual; KARLA ORTIZ, an individual; H. SOUTHWORTH PKA HAWKE SOUTHWORTH, an individual; GRZEGORZ RUTKOWSKI, an individual; GREGORY MANCHESS, an individual; GERALD BROM, an individual; JINGNA ZHANG, an individual; JULIA KAYE, an individual; ADAM ELLIS, an individual,<br><br>    Individual and Representative Plaintiffs,<br><br>    v.<br><br>STABILITY AI LTD., a UK corporation; STABILITY AI, INC., a Delaware corporation; DEVIANTART, INC., a Delaware corporation; MIDJOURNEY, INC., a Delaware corporation; RUNWAY AI, INC., a Delaware corporation,<br><br>    Defendants. | Case No. 3:23-cv-00201-WHO<br><br>**NOTICE OF APPEARANCE OF JULIA L. GREENBERG**<br><br>Judge:      Hon. William H. Orrick<br><br>Date Filed: January 13, 2023<br><br>Trial Date: None Set |

**TO THE COURT AND PARTIES AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Julia L. Greenberg of Keker, Van Nest & Peters LLP, hereby enters an appearance as counsel for Defendant RUNWAY AI, INC. Counsel's address, telephone, fax and email are listed below as follows:

>JULIA L. GREENBERG - #333864
>KEKER, VAN NEST & PETERS LLP
>633 Battery Street
>San Francisco, CA  94111-1809
>Telephone:     (415) 391-5400
>Facsimile:      (415) 397-7188
>Email: jgreenberg@keker.com

Dated:  January 10, 2024                                            KEKER, VAN NEST & PETERS LLP

                                                         By:    s/Julia L. Greenberg
                                                                DAVID SILBERT
                                                                PAVEN MALHOTRA
                                                                BAILEY W. HEAPS
                                                                JULIA L. GREENBERG
                                                                CELINA S. MALAVE

                                                                Attorneys for Defendant
                                                                RUNWAY AI, INC.