KEKER, VAN NEST & PETERS LLP
DAVID SILBERT - # 173128
dsilbert@keker.com
PAVEN MALHOTRA - # 258429
pmalhotra@keker.com
BAILEY W. HEAPS - # 295870
bheaps@keker.com
JULIA L. GREENBERG - # 333864
jgreenberg@keker.com
CELINA S. MALAVE - # 347808
cmalave@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
RUNWAY AI, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, an individual; KELLY MCKERNAN, an individual; KARLA ORTIZ, an individual; H. SOUTHWORTH PKA HAWKE SOUTHWORTH, an individual; GRZEGORZ RUTKOWSKI, an individual; GREGORY MANCHESS, an individual; GERALD BROM, an individual; JINGNA ZHANG, an individual; JULIA KAYE, an individual; ADAM ELLIS, an individual,<br><br>　　　　Individual and Representative Plaintiffs,<br><br>　　v.<br><br>STABILITY AI LTD., a UK corporation; STABILITY AI, INC., a Delaware corporation; DEVIANTART, INC., a Delaware corporation; MIDJOURNEY, INC., a Delaware corporation; RUNWAY AI, INC., a Delaware corporation,<br><br>　　　　Defendants. | Case No. 3:23-cv-00201-WHO<br><br>**NOTICE OF APPEARANCE OF PAVEN MALHOTRA**<br><br>Judge:　　Hon. William H. Orrick<br><br>Date Filed: January 13, 2023<br><br>Trial Date: None Set |

**TO THE COURT AND PARTIES AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Paven Malhotra of Keker, Van Nest & Peters LLP, hereby enters an appearance as counsel for Defendant RUNWAY AI, INC.  Counsel's address, telephone, fax and email are listed below as follows:

> PAVEN MALHOTRA - #258429
> KEKER, VAN NEST & PETERS LLP
> 633 Battery Street
> San Francisco, CA  94111-1809
> Telephone:     (415) 391-5400
> Facsimile:       (415) 397-7188
> Email:  pmalhotra@keker.com

Dated:  January 10, 2024               KEKER, VAN NEST & PETERS LLP

                                       By:   s/Paven Malhotra
                                             DAVID SILBERT
                                             PAVEN MALHOTRA
                                             BAILEY W. HEAPS
                                             JULIA L. GREENBERG
                                             CELINA S. MALAVE

                                             Attorneys for Defendant
                                             RUNWAY AI, INC.