KEKER, VAN NEST & PETERS LLP
DAVID SILBERT - # 173128
dsilbert@keker.com
PAVEN MALHOTRA - # 258429
pmalhotra@keker.com
BAILEY W. HEAPS - # 295870
bheaps@keker.com
JULIA L. GREENBERG - # 333864
jgreenberg@keker.com
CELINA S. MALAVE - # 347808
cmalave@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Attorneys for Defendant
RUNWAY AI, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, an individual; KELLY MCKERNAN, an individual; KARLA ORTIZ, an individual; H. SOUTHWORTH PKA HAWKE SOUTHWORTH, an individual; GRZEGORZ RUTKOWSKI, an individual; GREGORY MANCHESS, an individual; GERALD BROM, an individual; JINGNA ZHANG, an individual; JULIA KAYE, an individual; ADAM ELLIS, an individual, <br><br> Individual and Representative Plaintiffs, <br><br> v. <br><br> STABILITY AI LTD., a UK corporation; STABILITY AI, INC., a Delaware corporation; DEVIANTART, INC., a Delaware corporation; MIDJOURNEY, INC., a Delaware corporation; RUNWAY AI, INC., a Delaware corporation, <br><br> Defendants. | Case No. 3:23-cv-00201-WHO <br><br> **DEFENDANT RUNWAY AI, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** <br><br> Judge:      Hon. William H. Orrick <br><br> Date Filed: January 13, 2023 <br><br> Trial Date: None Set |

1  Pursuant to Civil L.R. 3-15, the undersigned certifies that, as of this date, there is no conflict or interest (other than the named parties) to report. If the Court interprets this rule as requesting or requiring a list of Runway AI, Inc.'s investors or shareholders, Runway AI will provide such information subject to appropriate confidentiality protections.

Dated: January 10, 2024

KEKER, VAN NEST & PETERS LLP

By: */s/ Bailey W. Heaps*
DAVID SILBERT
PAVEN MALHOTRA
BAILEY W. HEAPS
JULIA L. GREENBERG
CELINA S. MALAVE

Attorneys for Defendant
RUNWAY AI, INC.