KEKER, VAN NEST & PETERS LLP
DAVID SILBERT - # 173128
dsilbert@keker.com
PAVEN MALHOTRA - # 258429
pmalhotra@keker.com
BAILEY W. HEAPS - # 295870
bheaps@keker.com
JULIA L. GREENBERG - # 333864
jgreenberg@keker.com
CELINA S. MALAVE - # 347808
cmalave@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
RUNWAY AI, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, an individual; KELLY MCKERNAN, an individual; KARLA ORTIZ, an individual; H. SOUTHWORTH PKA HAWKE SOUTHWORTH, an individual; GRZEGORZ RUTKOWSKI, an individual; GREGORY MANCHESS, an individual; GERALD BROM, an individual; JINGNA ZHANG, an individual; JULIA KAYE, an individual; ADAM ELLIS, an individual,<br><br>    Individual and Representative Plaintiffs,<br><br>        v.<br><br>STABILITY AI LTD., a UK corporation; STABILITY AI, INC., a Delaware corporation; DEVIANTART, INC., a Delaware corporation; MIDJOURNEY, INC., a Delaware corporation; RUNWAY AI, INC., a Delaware corporation,<br><br>    Defendants. | Case No. 3:23-cv-00201-WHO<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME (CIV. L.R. 6-2)**<br><br>Judge:      Hon. William H. Orrick<br><br>Date Filed: January 13, 2023<br><br>Trial Date: None Set |

The parties to this action, having met and conferred, hereby stipulate to the following extension of upcoming deadlines in connection with Defendants' responses to Plaintiffs' First Amended Complaint ("FAC"), and they respectfully ask the Court to fix the deadlines set forth herein by an order of the Court.

WHEREAS, Plaintiffs Sarah Andersen, Kelly McKernan, and Karla Ortiz filed the original complaint against original Defendants Stability AI Ltd., Stability AI Inc., DeviantArt, Inc., and Midjourney, Inc. (the "Original Defendants") on January 13, 2023 (ECF No. 1);

WHEREAS, this Court entered its Order on Motions to Dismiss and Strike Re: Dkt. Nos. 49, 50, 51, 52, 58 on October 30, 2023, granting in full the Original Defendants' Motions to Dismiss, except for the direct copyright infringement claim asserted by Plaintiff Andersen against Original Defendants Stability AI Ltd. and Stability AI Inc., and granting Plaintiffs leave to amend (ECF No. 117);

WHEREAS, this Court entered a Minute Entry on November 7, 2023 scheduling the deadline for Plaintiffs to file a FAC as November 29, 2023; the Original Defendants' deadline to file any motions to dismiss the FAC as January 12, 2024; Plaintiffs' deadline to oppose such motions as February 23, 2024; Original Defendants' deadline for replies as March 22, 2024; and a hearing on any motions to dismiss for April 10, 2024 (ECF No. 120);

WHEREAS, Plaintiffs filed the FAC on November 29, 2023, adding H. Southworth aka Hawke Southworth, Grzegorz Rutkowski, Gregory Manchess, Gerald Brom, Jingna Zhang, Julia Kaye, and Adam Ellis as new Plaintiffs and Runway AI, Inc., as a new Defendant (ECF No. 129);

WHEREAS, Plaintiffs served Defendant Runway AI, Inc., on January 4, 2024, triggering a default response date of January 25, 2024;

WHEREAS, there have been no other significant modifications of time in this case to date;

WHEREAS, in the interests of efficiency and judicial economy, all parties agree that any further motions to dismiss by defendants should be briefed and heard on the same schedule;

WHEREAS, granting this stipulation will not impact any other deadlines in this case, as none have been set; and

WHEREAS, no party will be prejudiced by this stipulation, and all agree hereto.

NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE to request an order from the Court setting the following amended schedule for all Defendants to respond to the FAC:

1) Defendants' deadline to respond to the FAC shall be extended to **February 8, 2024**;

2) The deadline for Plaintiffs to respond to any motions to dismiss shall be **March 21, 2024**;

3) The deadline for Defendants to file Replies in support of any motions to dismiss shall be **April 18, 2024**; and

4) A hearing on any motions to dismiss shall take place on **May 8, 2024** (or the date of the Court's next availability thereafter).

**SO STIPULATED.**

Dated: January 11, 2024

By:   JOSEPH SAVERI LAW FIRM, LLP

*s/Joseph R. Saveri*
Joseph R. Saveri
(State Bar No. 130064)
Cadio Zirpoli
(State Bar No. 179108)
Christopher K.L. Young
(State Bar No. 318371)
Elissa A. Buchanan
(State Bar No. 249996)
Travis Manfredi
(State Bar No. 281779)
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
cyoung@saverilawfirm.com
eabuchanan@saverilawfirm.com
tmanfredi@saverilawfirm.com

|   |   |   |
|---|---|---|
| 1 | | Matthew Butterick |
| 2 | | (State Bar No. 250953) |
| | | 1920 Hillhurst Avenue, #406 |
| 3 | | Los Angeles, CA 90027 |
| | | Telephone: (323) 968-2632 |
| 4 | | Facsimile: (415) 395-9940 |
| | | Email: mb@butericklaw.com |

Matthew Butterick
(State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email: mb@buttericklaw.com

Brian D. Clark (pro hac vice)
Laura M. Matson (pro hac vice)
Arielle S. Wagner (pro hac vice)
Eura Chang (pro hac vice)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612)339-6900
Facsimile: (612)339-0981
Email: bdclark@locklaw.com
lmmatson@locklaw.com
aswagner@locklaw.com
echang@locklaw.com

Attorneys for Individual and Representative
Plaintiffs and the Proposed Class

LATHAM & WATKINS LLP                                KEKER, VAN NEST & PETERS LLP

By:  *s/ Andrew M. Gass*                            By:  *s/ Bailey W. Heaps*
ANDREW M. GASS                                      DAVID SILBERT
MICHAEL H. RUBIN                                    PAVEN MALHOTRA
BRITTANY N. LOVEJOY                                 BAILEY W. HEAPS
                                                    JULIA L. GREENBERG
Attorneys for Defendant                             CELINA S. MALAVE
DEVIANTART, INC.
                                                    Attorneys for Defendant
                                                    RUNWAY AI, INC.

| | | |
|---|---|---|
| | MORRISON & FOERSTER LLP<br>LEX LUMINA PLLC | CLEARY GOTTLIEB STEEN<br>& HAMILTON LLP |
| By: | *s/ Joseph C. Gratz*<br>JOSEPH C. GRATZ<br>(CA SBN 240676)<br>JGratz@mofo.com<br>TIFFANY CHEUNG<br>(CA SBN 211497)<br>TCheung@mofo.com<br>TIMOTHY CHEN SAULSBURY<br>(CA SBN 281434)<br>TSaulsbury@mofo.com<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: 415.268.7000<br>Facsimile: 415.268.7522<br><br>ADITYA V. KAMDAR<br>(CA SBN 324567)<br>AKamdar@mofo.com<br>2100 L Street, NW, Suite 900<br>Washington, DC 20037<br>Telephone: 202.887.1500<br>Facsimile: 202.887.0763<br><br>ALLYSON R. BENNETT<br>(CA SBN 302090)<br>ABennett@mofo.com<br>707 Wilshire Boulevard, Suite 6000<br>Los Angeles, California 90017-3543<br>Telephone: 213.892.5200<br>Facsimile: 213.892.5454<br><br>LEX LUMINA PLLC<br>MARK A. LEMLEY<br>(CA SBN 155830)<br>mlemley@lex-lumina.com<br>745 Fifth Avenue, Suite 500<br>New York, New York 10151<br>Telephone: 646.898.2055<br>Facsimile: 646.906.8657<br><br>Attorneys for Defendant<br>STABILITY AI, INC. | By: *s/ Angela L. Dunning*<br>ANGELA L. DUNNING<br>adunning@cgsh.com<br>1841 Page Mill Rd Suite 250<br>Palo Alto, CA 94304<br>Tel: (650) 815-4100<br><br>Attorneys for Defendant<br>MIDJOURNEY, INC. |

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:

By: _____
HON. WILLIAM H. ORRICK
United States District Judge

**ATTESTATION**

I, Bailey W. Heaps, am the ECF user whose ID and password are being used to file this STIPULATED REQUEST FOR AN ORDER CHANGING TIME (L.R. 6-2). In compliance with N.D. Cal. Civ. L.R. 5-1(i)(3), I hereby attest that each of the signatories has concurred in the filing of this document and has authorized the use of his or her electronic signature.

*/s/ Bailey W. Heaps*
BAILEY W. HEAPS