KEKER, VAN NEST & PETERS LLP
DAVID SILBERT - # 173128
dsilbert@keker.com
PAVEN MALHOTRA - # 258429
pmalhotra@keker.com
BAILEY W. HEAPS - # 295870
bheaps@keker.com
JULIA L. GREENBERG - # 333864
jgreenberg@keker.com
CELINA S. MALAVE - # 347808
cmalave@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
RUNWAY AI, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, an individual; KELLY MCKERNAN, an individual; KARLA ORTIZ, an individual; H. SOUTHWORTH PKA HAWKE SOUTHWORTH, an individual; GRZEGORZ RUTKOWSKI, an individual; GREGORY MANCHESS, an individual; GERALD BROM, an individual; JINGNA ZHANG, an individual; JULIA KAYE, an individual; ADAM ELLIS, an individual,<br><br>    Individual and Representative Plaintiffs,<br><br>    v.<br><br>STABILITY AI LTD., a UK corporation; STABILITY AI, INC., a Delaware corporation; DEVIANTART, INC., a Delaware corporation; MIDJOURNEY, INC., a Delaware corporation; RUNWAY AI, INC., a Delaware corporation,<br><br>    Defendants. | Case No. 3:23-cv-00201-WHO<br><br>**DECLARATION OF BAILEY W. HEAPS IN SUPPORT OF STIPULATED REQUEST FOR ORDER CHANGING TIME (CIV. L.R. 6-2)**<br><br>Judge:     Hon. William H. Orrick<br><br>Date Filed: January 13, 2023<br><br>Trial Date: None Set |

I, Bailey W. Heaps, declare as follows:

1. I am an attorney licensed to practice law in the State of California and a partner at the law firm of Keker, Van Nest & Peters LLP, located at 633 Battery Street, San Francisco, California 94111, counsel for Runway AI, Inc. in the above-captioned action. I have personal knowledge of the facts set forth herein and, if called to testify as a witness thereto, could do so competently under oath.

2. Plaintiffs Sarah Andersen, Kelly McKernan, and Karla Ortiz filed the original complaint against original Defendants Stability AI Ltd., Stability AI Inc., DeviantArt, Inc., and Midjourney, Inc. (the "Original Defendants") on January 13, 2023 (ECF No. 1).

3. This Court entered its Order on Motions to Dismiss and Strike Re: Dkt. Nos. 49, 50, 51, 52, 58 on October 30, 2023, granting in full the Original Defendants' Motions to Dismiss, except for the direct copyright infringement claim asserted by Plaintiff Andersen against Original Defendants Stability AI Ltd. and Stability AI Inc., and granting Plaintiffs leave to amend (ECF No. 117).

4. This Court entered a Minute Entry on November 7, 2023 scheduling the deadline for Plaintiffs to file a First Amended Complaint ("FAC") as November 29, 2023; the Original Defendants' deadline to file any motions to dismiss the FAC as January 12, 2024; Plaintiffs' deadline to oppose such motions as February 23, 2024; Original Defendants' deadline for replies as March 22, 2024; and a hearing on any motions to dismiss for April 10, 2024 (ECF No. 120).

5. Plaintiffs filed the FAC on November 29, 2023, adding H. Southworth aka Hawke Southworth, Grzegorz Rutkowski, Gregory Manchess, Gerald Brom, Jingna Zhang, Julia Kaye, and Adam Ellis as new Plaintiffs and Runway AI, Inc., as a new Defendant (ECF No. 129).

6. Plaintiffs served Defendant Runway AI, Inc., on January 4, 2024, triggering a default response date of January 25, 2024.

7. I met and conferred with Plaintiffs' counsel on January 9 and requested an extension of Runway's time to respond to the complaint as my colleagues and I get up to speed on the case. Plaintiffs agreed to extend Runway's deadline through and including February 8, 2024. Plaintiffs further indicated that they would agree to extend the deadline for the other

1

1  Defendants through the same date so that all Defendants would have a common response date.
2  Plaintiffs also asked that the briefing schedule be shifted such that the time in which to file
3  oppositions and replies to any motions to dismiss would track those reflected in the Court's order
4  of November 7, 2023.
5      8.    On January 9, 2024, I also contacted counsel for the other Defendants, who agreed
6  to the proposal I had discussed with Plaintiffs.
7      9.    There have been no other significant modifications of time in this case to date.
8      10.    In the interests of efficiency and judicial economy, all parties agree that any
9  further motions to dismiss by defendants should be briefed and heard on the same schedule.
10     11.    Granting this stipulation will not impact any other deadlines in this case, as none
11 have been set.
12     I declare under penalty of perjury under the laws of the United States that the foregoing is
13 true and correct.
14     Executed on January 11, 2024 in San Francisco, California

                                      */s/ Bailey W. Heaps*
                                      Bailey W. Heaps