LATHAM & WATKINS LLP
Andrew M. Gass (SBN 259694)
 andrew.gass@lw.com
Michael H. Rubin (SBN 214636)
 michael.rubin@lw.com
Brittany N. Lovejoy (SBN 286813)
 brittany.lovejoy@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: 415.391.0600

*Attorneys for Defendant DeviantArt, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, et al.,<br><br>   Individual and Representative Plaintiffs,<br><br>   v.<br><br>STABILITY AI LTD., et al.,<br><br>   Defendants. | CASE NO. 3:23-cv-00201-WHO<br><br>**DEFENDANT DEVIANTART, INC.'S STATEMENT OF RECENT DECISION**<br><br>Date:    February 7, 2024<br>Time:    2:00 p.m.<br>Place:   Courtroom 2 - 17th Floor<br>Before:  Hon. William H. Orrick |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEVIANTART, INC.'S
STATEMENT OF RECENT DECISION
CASE NO. 3:23-cv-00201-WHO

Pursuant to Civil Local Rule 7-3(d)(2), Defendant DeviantArt, Inc. ("Defendant") respectfully submits this Statement of Recent Decision to bring to the Court's attention newly issued authority relevant to DeviantArt's Motion to Strike under California Code of Civil Procedure § 425.16, Dkt. 50, along with its subsequent motion to renew that Motion to Strike, Dkt. 136, which is currently noticed for a hearing February 7, 2024, at 2:00 p.m.

Plaintiffs' opposition to DeviantArt's motion to renew is predicated in large measure on a Ninth Circuit opinion issued since the close of the parties' briefing on DeviantArt's original Motion—the case *Martinez v. ZoomInfo Technologies, Inc.*, 82 F.4th 785 (9th Cir. 2023), decided on September 21, 2023. On January 18, 2024, the Ninth Circuit vacated the panel opinion in *Martinez*, and set the case for rehearing *en banc* pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. *See* No. 22-35305, ECF No. 81 (9th Cir., filed Jan. 18 2024). A true and correct copy of the Ninth Circuit's recent order is attached hereto as **Exhibit A**.

Dated:  January 22, 2024

Respectfully submitted,

LATHAM & WATKINS LLP

By:  /s/ *Andrew M. Gass*

Andrew M. Gass (SBN 259694)
 andrew.gass@lw.com
Michael H. Rubin (SBN 214636)
 michael.rubin@lw.com
Brittany N. Lovejoy (SBN 286813)
 brittany.lovejoy@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone:  415.391.0600

*Attorneys for Defendant DeviantArt, Inc.*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

DEVIANTART, INC.'S
STATEMENT OF RECENT DECISION
CASE NO. 3:23-cv-00201-WHO