# EXHIBIT A

FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 18 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KIM CARTER MARTINEZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>ZOOMINFO TECHNOLOGIES, INC., a Delaware corporation,<br><br>Defendant-Appellant. | No.   22-35305<br><br>D.C. No. 3:21-cv-05725-MJP<br>Western District of Washington, Tacoma<br><br>**ORDER** |

**MURGUIA**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3.  The three-judge panel opinion is vacated.