Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
David W. Lerch (State Bar No. 229411)
Louis A. Kessler (State Bar No. 243703)
Elissa A. Buchanan (State Bar No. 249996)
Travis Manfredi (State Bar No. 281779)
Holden Benon (State Bar No. 325847)
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:     (415) 395-9940
Email:         jsaveri@saverilawfirm.com
               czirpoli@saverilawfirm.com
               cyoung@saverilawfirm.com
               dlerch@saverilawfirm.com
               lkessler@saverilawfirm.com
               eabuchanan@saverilawfirm.com
               tmanfredi@saverilawfirm.com
               hbenon@saverilawfirm.com

*Counsel for Individual and Representative Plaintiffs Sarah Andersen, Kelly McKernan, Karla Ortiz, and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SARAH ANDERSEN, et al.,<br><br>   *Individual and Representative Plaintiffs,*<br><br>   v.<br><br>STABILITY AI LTD., et al.,<br><br>   *Defendants.* | Case No. 3:23-cv-00201-WHO<br><br>**NOTICE OF APPEARANCE OF DAVID W. LERCH** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that David W. Lerch of the Joseph Saveri Law Firm, LLP hereby appears as counsel of record for Plaintiffs in this action. Mr. Lerch is registered with the Court's CM/ECF system and may be served notice through that system. Mr. Lerch's contact information is as follows:

> David W. Lerch (State Bar No. 229411)
> JOSEPH SAVERI LAW FIRM, LLP
> 601 California Street, Suite 1000
> San Francisco, CA 94108
> Telephone: 415-500-6800
> Facsimile: 415-395-9940
> Email: dlerch@saverilawfirm.com

Dated: January 26, 2024         By:      /s/ David W. Lerch
                                         David W. Lerch

                                Joseph R. Saveri (State Bar No. 130064)
                                Cadio Zirpoli (State Bar No. 179108)
                                Christopher K.L. Young (State Bar No. 318371)
                                David W. Lerch (State Bar No. 229411)
                                Louis A. Kessler (State Bar No. 243703)
                                Elissa A. Buchanan (State Bar No. 249996)
                                Travis Manfredi (State Bar No. 281779)
                                Holden Benon (State Bar No. 325847)
                                **JOSEPH SAVERI LAW FIRM, LLP**
                                601 California Street, Suite 1000
                                San Francisco, California 94108
                                Telephone:    (415) 500-6800
                                Facsimile:    (415) 395-9940
                                Email:    jsaveri@saverilawfirm.com
                                          czirpoli@saverilawfirm.com
                                          cyoung@saverilawfirm.com
                                          dlerch@saverilawfirm.com
                                          lkessler@saverilawfirm.com
                                          eabuchanan@saverilawfirm.com
                                          tmanfredi@saverilawfirm.com
                                          hbenon@saverilawfirm.com

                                *Counsel for Individual and Representative Plaintiffs and the Proposed Class*