CLEARY GOTTLIEB STEEN
& HAMILTON LLP
Angela L. Dunning (344888)
adunning@cgsh.com
Cristina Mendez (349687) (admission pending)
cmendez@cgsh.com
1841 Page Mill Rd Suite 250
Palo Alto, CA 94304
Tel: +1 (650) 815-4100

Arminda B. Bepko (admitted *pro hac vice*)
abepko@cgsh.com
Vishakha S. Joshi (*pro hac vice* pending)
vjoshi@cgsh.com
Amira Perryman
aperryman@cgsh.com (*pro hac vice* pending)
One Liberty Plaza
New York, NY 100060

Attorneys for Defendant
Midjourney, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STABILITY AI LTD., a UK corporation; STABILITY AI, INC., a Delaware corporation; DEVIANTART, Inc., a Delaware corporation; MIDJOURNEY, INC., a Delaware corporation; RUNWAY AI, INC., a Delaware corporation, <br><br> Defendants. | Case No. 3:23-cv-00201-WHO <br><br> **DECLARATION OF ANGELA L. DUNNING IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE AND CONSIDERATION OF DOCUMENTS INCORPORATED BY REFERENCE IN SUPPORT OF DEFENDANT MIDJOURNEY'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT** |

I, Angela L. Dunning, declare:

1. I am a partner with the law firm Cleary Gottlieb Steen & Hamilton LLP, counsel for Defendant Midjourney, Inc. ("Midjourney") in this matter. I submit this declaration in support of Midjourney's Request for Judicial Notice and Consideration of Documents Incorporated by Reference, filed in support of its Motion to Dismiss the First Amended Complaint. I declare that the following is true to the best of my knowledge, information, and belief, and that if called upon to testify, I could and would testify to the following.

2. Attached hereto as **Exhibit 1** is a true and correct screenshot of messages in a Discord message thread publicly available at https://discord.com/channels/662267976984297473/938713143759216720/941987328828768256, which is quoted from and cited in paragraph 262 and footnote 44 of the First Amended Complaint ("FAC"), and was last accessed by me on February 8, 2024. Yellow highlighting has been added for convenience of reference.

3. Attached hereto as **Exhibit 2** is a true and correct screenshot of messages in a Discord message thread publicly available at https://discord.com/channels/662267976984297473/952771221915840552/1064031587735445546, which is quoted from and cited in paragraph 188 and footnote 37 of the FAC, and was last accessed by me on February 8, 2024. Yellow highlighting has been added for convenience of reference.

4. Attached hereto as **Exhibit 3** is a true and correct screenshot of a publicly available page of Midjourney's website located at https://docs.midjourney.com/docs/image-prompts, which is quoted and referenced in paragraph 188 and footnote 38 of the FAC, and was last accessed by me on February 8, 2024.

5. Attached hereto as **Exhibit 4** is a true and correct the transcript of proceedings before Judge Chhabria on a motion to dismiss in *Kadrey v. Meta Platforms, Inc.*, No. 23-CV-03417-VC (N.D. Cal. Nov. 20, 2023) (Dkt. 52).

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 8th day of February, 2024 at San Francisco, California.

>                                 */s/ Angela L. Dunning*
>                                 Angela L. Dunning