# Exhibit 1





**Midjourney** 



# discussion    Please use this channel for general midj...

- 5 Events
- Channels & Roles

**INFO**
- # getting-started
- announcements
- status
- rules
- community-updates
- # micro-polls

**SUPPORT**
- # trial-support
- # support

**NEWCOMER ROOMS 3**
- # newbies-117
- # newbies-147

**NEWCOMER ROOMS 4**
- # newbies-177

**CHAT**
- # discussion
- # prompt-chat

**FEEDBACK**
- # website-feedback

**COMMUNITY FORUMS**
- prompt-faqs    3 New

**SHOWCASE**
- # paintovers
- # in-the-world
- # blend-showcase

**THEMED IMAGE GEN**

---

**danielrussruss** used /style

**Midjourney Bot** ✓BOT  02/12/2022 3:22 AM
Found exact match: ron brown

**danielrussruss** 02/12/2022 3:22 AM
oh noooo 🫤 (edited)

🫤 1

well it found it, mission accomplished (edited)

**@DavidH** there are so many new styles i dont think anyone knows about

**rainisto** 02/12/2022 3:22 AM



**Somnai** used /style
**Midjourney Bot** ✓BOT  02/12/2022 3:23 AM
Style search results:
Draftpunk, Psychedelicpunk, Meatpunk, Atompunk, Steempunk, Dracopunk, Magipunk, Pantonepunk, Cyberpunk, Sandalpunk, Coralpunk, Dinopunk, Mythpunk, Derppunk, Shitpunk, Bronzepunk, Carpetpunk, Solarpunk, Neonpunk, Bibliopunk, Post-Punk, Geopunk, Synthpunk, Piratepunk, Cybersteampunk, Clownpunk, Pencilsteampunk, Aetherclockpunk, Cyberraypunk, Cyberneticpunk, Spacepunk, Futurepunk, Fantasypunk, Cargopunk, Citypunk, Xmaspunk, Pastel Punk, Ghoulpunk, Junglepunk, Diselpunk, Vaporpunk, Cottagepunk, Avocadopunk, Aurorapunk, Folk Punk, Slaughterpunk, Kombuchapunk, Biopunk, Gothicpunk, Fractalpunk, Berrypunk, Alienpunk, Sithpunk, Hermitpunk, Solapunk, Steampunk, Daydreampunk, Crustpunk, Cryptopunk, Glitchpunk, Chinapunk, Punk, Cyberaetherpunk, Europunk, Lunarpunk, Postpunk, Technopunk, Cypherpunk, Genepunk, Cloudpunk, Ragepunk, Spacesolarpunk, Forestpunk, Steelpunk, Industrialpunk, Cripplepunk, Manapunk, Cybermysticpunk, Starpunk, Mcdonaldpunk, Celestialpunk, Corporate Punk, Necropunk, Cyberpunk, Chromepunk, Dieselpunk, Poodlepunk, Icepunk, Floralpunk, Autopunk, Techpunk, Nanopunk, Tupinipunk, Chronopunk, Decopunk, Neopunk, Stonepunk, Zuckerpunk, Fiberpunk, Foampunk, Goosepunk, Cybermysticsteampunk, Frostpunk, Seapunk, Salvagepunk, Dreampunk, Fibrepunk, Aetherpunk, Gadgetpunk, Cyberpunkpunk, Algeapunk, Desertpunk, Swordpunk, Quantumpunk, Flowerpunk, Avacadopunk, Kawaiipunk, Slimepunk, Clockpunk

**dmvaldman** 02/12/2022 3:23 AM
Zuckerpunk?

**danielrussruss** 02/12/2022 3:23 AM
start studying the blade

🏆 1

while I push out the fix

**DavidH** 02/12/2022 3:23 AM



**DavidH** 02/12/2022 3:23 AM



you'll get grids like this

==we tried to pick a variety of prompts that give you a sense of the style==

==we were very liberal in building out the dictionary==

==it has cores and punks and artist names==

==as much as we could dump in there==

==there's a lot of new stuff i've never seen before==

**dmvaldman** 02/12/2022 3:24 AM
Hell yea. Amazing

> Quasimondo used /style

**Midjourney Bot** ✅BOT 02/12/2022 3:24 AM
Style search results:
Frederic Boilet, Oil On Copper, Oil On Panel, Justin Roiland, Oil Painting

**danielrussruss** 02/12/2022 3:24 AM
Justin Roiland (edited)

**Somnai** 02/12/2022 3:24 AM
lol justin

**DavidH** 02/12/2022 3:24 AM
you can search with !punk

> rainisto used /style

**Midjourney Bot** ✅BOT 02/12/2022 3:25 AM
More than one style found: Photorealistic, Contemporary Surrealistic

**danielrussruss** 02/12/2022 3:25 AM
fix for actually previewing them is pushing out now

> Quasimondo used /style

**Midjourney Bot** ✅BOT 02/12/2022 3:25 AM
Style search results:





