# Exhibit 2

January 14, 2023

**DavidH** 🐌 01/14/2023 11:01 PM

Heya @everyone we're announcing a new survey and a new feature tonight:

## 1) Open Feedback Survey
- We're testing new algorithms to combine, analyze, and sort open-ended feedback from the community
- If this works we will be able to radically improve the prioritization of our features in the future

**Here's the link:**

https://o9q981dirmk.typeform.com/to/wjrK1ShL

The questions in this survey are meant to be vague. Please give us ideas for features, changes, anything you want.

## 2) New feature..... The /blend command
- /blend looks at the 'concepts' and 'vibes' of your images and merges them together into novel interpretations
- This is the same as using multiple image prompts with /imagine *but it's much much easier to use since you don't have to provide urls*
- The command will ask you to directly upload images from your phone / computer into your message so it can merge the images
- Blend works with up to 5 images (for more than that please use image prompts with /imagine)

We're making a new show-and-tell room for this # blend-showcase

Thanks for your help everyone and we hope you enjoy /blend! ❤️ (edited)

❤️ 1  ☎️ 1  ✉️ 1  ❌ 1  👍 1  🔺 1  🇮🇳 1  🇧🇷 1  🇻🇪 1  ☪️ 1  🍑 1  🫡 1  🐲 1

---

**announcements**

**status**

**rules**

**community-updates**

**micro-polls**

SUPPORT

# trial-support

# support

NEWCOMER ROOMS 3

# newbies-117

# newbies-147

NEWCOMER ROOMS 4

# newbies-177

CHAT

# discussion