# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STABILITY AI LTD., a UK corporation; STABILITY AI, INC., a Delaware corporation; DEVIANTART, Inc., a Delaware corporation; MIDJOURNEY, INC., a Delaware corporation; RUNWAY AI, INC., a Delaware corporation, <br><br> Defendants. | Case No. 3:23-cv-00201-WHO <br><br> **[PROPOSED] ORDER GRANTING REQUEST FOR JUDICIAL NOTICE AND CONSIDERATION OF DOCUMENTS INCORPORATED BY REFERENCE IN SUPPORT OF DEFENDANT MIDJOURNEY'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** <br><br> Hearing Date: May 8, 2024 <br> Time: 2:00 PM <br> Courtroom: Videoconference <br> Before: Hon. William H. Orrick |


Upon consideration of Defendant Midjourney, Inc.'s ("Midjourney") Request for Judicial Notice and Consideration of Documents Incorporated by Reference in Support of the Defendant Midjourney's Motion to Dismiss the First Amended Complaint ("RJN"), as well as any opposition and reply filed in response thereto, it is hereby ORDERED that the RJN is **GRANTED**.

The Court finds that the content publicly available at the URLs referenced in paragraphs 188 and 262 and footnotes 37, 38, and 44 of the First Amended Complaint ("FAC"), including those portions reflected in the screenshots comprising Exhibits 1–3 to the Declaration of Angela L. Dunning ("Dunning Declaration"), are incorporated by reference in the FAC and properly considered in ruling on the Midjourney's Motion to Dismiss Plaintiffs' First Amended Complaint (the "Motion") because plaintiffs quote from and rely on these materials as the basis for their copyright and false endorsement claims.

Further, the Court takes judicial notice of the transcript of the November 20, 2023 hearing before District Judge Vince Chhabria in *Kadrey v. Meta Platforms, Inc.*, No. 23-CV-03417-VC (N.D. Cal. Nov. 20, 2023) (Dkt. 52) (Dunning Ex. 4) under Federal Rule of Evidence 201(c)(2) in ruling on the Motion, as the transcript is an official court record and its contents can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.

**IT IS SO ORDERED.**

Dated: _____          _____
                                                                    HON. WILLIAM H. ORRICK
                                                                    UNITED STATES DISTRICT JUDGE