# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, ET AL., | Case No. 3:23-cv-00201-WHO |
| Plaintiffs, | Hon. William H. Orrick |
| v. | **[PROPOSED] ORDER GRANTING DEFENDANTS STABILITY AI LTD. AND STABILITY AI, INC.'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** |
| STABILITY AI LTD., ET AL., | |
| Defendants. | |
| | Date: Wednesday, May 8, 2024<br>Time: 2:00 p.m.<br>Courtroom: Ctrm 2, 17th Floor |

Having considered the papers submitted and arguments presented in support of and in opposition to Defendants Stability AI Ltd. and Stability AI, Inc.'s (collectively, "Stability AI") Motion to Dismiss, the Court hereby GRANTS Stability AI's Motion to Dismiss. Counts II, III, and IV of Plaintiffs' First Amended Complaint, as well as the newly added proposed class representatives, are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated: _____

_____
The Hon. William H. Orrick
United States District Judge