```
```

LATHAM & WATKINS LLP
Andrew M. Gass (SBN 259694)
 andrew.gass@lw.com
Michael H. Rubin (SBN 214636)
 michael.rubin@lw.com
Brittany N. Lovejoy (SBN 286813)
 brittany.lovejoy@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: 415.391.0600

*Attorneys for Defendant DeviantArt, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, et al.,<br><br>Individual and Representative Plaintiffs,<br><br>v.<br><br>STABILITY AI LTD., et al.,<br><br>Defendants. | CASE NO. 3:23-cv-00201-WHO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT DEVIANTART, INC.'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING
DEVIANTART'S MOTION TO DISMISS FAC
CASE NO. 3:23-cv-00201-WHO

Defendant DeviantArt, Inc.'s Motion to Dismiss came before this Court for hearing on May 8, 2024. All parties were represented by counsel as noted on the record.

Having considered the briefs, supporting documents, and arguments of the parties, and finding good cause therefore, **IT IS HEREBY ORDERED** that, for the reasons stated in Defendant's Memorandum of Points and Authorities filed in support of this Motion, the Amended Complaint is **DISMISSED WITH PREJUDICE** as to DeviantArt, Inc.

**IT IS SO ORDERED.**

DATED: _____

_____
William H. Orrick
United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] ORDER GRANTING
DEVIANTART'S MOTION TO DISMISS FAC
CASE NO. 3:23-cv-00201-WHO