| | |
|---|---|
| 1 | KEKER, VAN NEST & PETERS LLP |
| | DAVID SILBERT - # 173128 |
| 2 | dsilbert@keker.com |
| | PAVEN MALHOTRA - # 258429 |
| 3 | pmalhotra@keker.com |
| | BAILEY W. HEAPS - # 295870 |
| 4 | bheaps@keker.com |
| | JULIA L. GREENBERG - # 333864 |
| 5 | jgreenberg@keker.com |
| | CELINA S. MALAVE - # 347808 |
| 6 | cmalave@keker.com |
| | 633 Battery Street |
| 7 | San Francisco, CA 94111-1809 |
| | Telephone:     415 391 5400 |
| 8 | Facsimile:      415 397 7188 |

Attorneys for Defendant
RUNWAY AI, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, an individual; KELLY MCKERNAN, an individual; KARLA ORTIZ, an individual; H. SOUTHWORTH PKA HAWKE SOUTHWORTH, an individual; GRZEGORZ RUTKOWSKI, an individual; GREGORY MANCHESS, an individual; GERALD BROM, an individual; JINGNA ZHANG, an individual; JULIA KAYE, an individual; ADAM ELLIS, an individual, <br><br> Individual and Representative Plaintiffs, <br><br>           v. <br><br> STABILITY AI LTD., a UK corporation; STABILITY AI, INC., a Delaware corporation; DEVIANTART, INC., a Delaware corporation; MIDJOURNEY, INC., a Delaware corporation; RUNWAY AI, INC., a Delaware corporation, <br><br>           Defendants. | Case No. 3:23-cv-00201-WHO <br><br> **DECLARATION OF JULIA L. GREENBERG IN SUPPORT OF DEFENDANT RUNWAY AI, INC.'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** <br><br> Date:            May 8, 2024 <br> Time:           2:00 p.m. <br> Courtroom: 2 – 17th Floor <br> Judge:          Hon. William H. Orrick <br><br> Date Filed: January 13, 2023 <br><br> Trial Date:  None Set |

I, Julia L. Greenberg, declare:

1. I am an attorney at Keker, Van Nest & Peters LLP, counsel for Defendant Runway AI, Inc. ("Runway") in the above-captioned matter. I have personal knowledge of the facts set forth herein, and if called upon as a witness thereto, could do so competently under oath. I submit this declaration in support of Runway's Motion to Dismiss Plaintiffs' First Amended Complaint.

2. Attached hereto as **Exhibit A** is a true and correct copy of Defendant Meta Platforms, Inc.'s Notice of Motion and Motion to Dismiss (ECF No. 23) in *Kadrey, et al. v. Meta Platforms, Inc.*, No. 3:23-cv-092417-VC (N.D. Cal.), filed on September 18, 2023.

3. Attached hereto as **Exhibit B** is a true and correct copy of Plaintiffs' First Consolidated Amended Complaint (ECF No. 69) in *Kadrey, et al. v. Meta Platforms, Inc.*, No. 3:23-cv-092417-VC (N.D. Cal.), filed on December 22, 2023.

4. Attached hereto as **Exhibit C** is a true and correct copy of an academic paper titled "Extracting Training Data from Diffusion Models," by Nicholas Carlini and his co-authors, published on January 30, 2023, at https://arxiv.org/pdf/2301.13188.pdf. Plaintiffs reference this paper at paragraphs 90, 130 through 140, 145, 150, 182, 191, and 393 of the First Amended Complaint ("FAC").

5. Attached hereto as **Exhibit D** is a true and correct copy of an academic paper titled "A Reproducible Extraction of Training Images from Diffusion Models," by Ryan Webster, published on May 15, 2023, at https://arxiv.org/pdf/2305.08694.pdf. Plaintiffs reference this paper at paragraph 138 of the FAC.

6. Attached hereto as **Exhibit E** is a true and correct copy of an academic paper titled "Measuring the Success of Diffusion Models at Imitating Human Artists," by Stephen Casper and his co-authors, published on July 8, 2023, at https://arxiv.org/pdf/2307.04028.pdf. Plaintiffs reference this paper at paragraphs 141 through 143, 146, 150, and 176 of the FAC.

7. Attached hereto as **Exhibit F** is a true and correct copy of a webpage showing the "Stable Diffusion CreativeML Open RAIL-M License" as well as a copy of the license from that

webpage,[1] which can be found at https://github.com/runwayml/stable-diffusion/blob/main/LICENSE.  Plaintiffs reference this license at paragraphs 248, 355, 368, and 388 of the FAC.

8. Attached hereto as **Exhibit G** is a true and correct copy of a webpage of the "Stable Diffusion v1-5 Model Card," which can be found at https://huggingface.co/runwayml/stable-diffusion-v1-5.  Plaintiffs reference this webpage at paragraphs 352 and 355 of the FAC.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on February 8, 2024, in San Francisco, California.

/s/ *Julia L. Greenberg*
Julia L. Greenberg

---

[1] When converted from a webpage into a PDF, the above-mentioned webpage does not show the license in its entirety.  As such, Exhibit F includes both the webpage and a true and correct copy of the license shown on it (and downloaded from it).

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

Pursuant to Civil Local Rule 5-1(i)(3) of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

                                                          */s/ Paven Malhotra*
                                                        PAVEN MALHOTRA