KEKER, VAN NEST & PETERS LLP
DAVID SILBERT - # 173128
dsilbert@keker.com
PAVEN MALHOTRA - # 258429
pmalhotra@keker.com
BAILEY W. HEAPS - # 295870
bheaps@keker.com
JULIA L. GREENBERG - # 333864
jgreenberg@keker.com
CELINA S. MALAVE - # 347808
cmalave@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Attorneys for Defendant
RUNWAY AI, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, an individual; KELLY MCKERNAN, an individual; KARLA ORTIZ, an individual; H. SOUTHWORTH PKA HAWKE SOUTHWORTH, an individual; GRZEGORZ RUTKOWSKI, an individual; GREGORY MANCHESS, an individual; GERALD BROM, an individual; JINGNA ZHANG, an individual; JULIA KAYE, an individual; ADAM ELLIS, an individual,<br><br>      Individual and Representative Plaintiffs,<br><br>  v.<br><br>STABILITY AI LTD., a UK corporation; STABILITY AI, INC., a Delaware corporation; DEVIANTART, INC., a Delaware corporation; MIDJOURNEY, INC., a Delaware corporation; RUNWAY AI, INC., a Delaware corporation,<br><br>      Defendants. | Case No. 3:23-cv-00201-WHO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT RUNWAY AI, INC.'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Date:      May 8, 2024<br>Time:     2:00 p.m.<br>Courtroom: 2 – 17th Floor<br>Judge:    Hon. William H. Orrick<br><br>Date Filed: January 13, 2023<br><br>Trial Date:  None Set |

**[PROPOSED] ORDER**

Runway AI, Inc.'s ("Runway") Motion to Dismiss came before this Court for hearing on May 8, 2024. All parties were represented by counsel as noted on the record.

Having considered the briefs, supporting documents, and arguments of the parties, and finding good cause therein, **IT IS HEREBY ORDERED** that, for the reasons stated in Runway's Memorandum of Points and Authorities filed in support of this Motion, Count Eleven (as to Plaintiffs' Model and Distribution Theories) as well as Counts Twelve, Thirteen, and Fourteen are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated: _____

Hon. William H. Orrick
United States District Judge