KEKER, VAN NEST & PETERS LLP
DAVID SILBERT - # 173128
dsilbert@keker.com
PAVEN MALHOTRA - # 258429
pmalhotra@keker.com
BAILEY W. HEAPS - # 295870
bheaps@keker.com
JULIA L. GREENBERG - # 333864
jgreenberg@keker.com
CELINA S. MALAVE - # 347808
cmalave@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:   415 397 7188

Attorneys for Defendant
RUNWAY AI, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, an individual; KELLY MCKERNAN, an individual; KARLA ORTIZ, an individual; H. SOUTHWORTH PKA HAWKE SOUTHWORTH, an individual; GRZEGORZ RUTKOWSKI, an individual; GREGORY MANCHESS, an individual; GERALD BROM, an individual; JINGNA ZHANG, an individual; JULIA KAYE, an individual; ADAM ELLIS, an individual,<br><br>Individual and Representative Plaintiffs,<br><br>v.<br><br>STABILITY AI LTD., a UK corporation; STABILITY AI, INC., a Delaware corporation; DEVIANTART, INC., a Delaware corporation; MIDJOURNEY, INC., a Delaware corporation; RUNWAY AI, INC., a Delaware corporation,<br><br>Defendants. | Case No. 3:23-cv-00201-WHO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT RUNWAY AI, INC.'S REQUEST FOR JUDICIAL NOTICE AND INCORPORATION BY REFERENCE IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Date:        May 8, 2024<br>Time:       2:00 p.m.<br>Courtroom: 2 – 17th Floor<br>Judge:      Hon. William H. Orrick<br><br>Date Filed: January 13, 2023<br><br>Trial Date: None Set |

[PROPOSED] ORDER GRANTING RUNWAY'S REQUEST FOR JUDICIAL NOTICE
AND INCORPORATION BY REFERENCE
Case No. 3:23-cv-00201-WHO

2575240

**[PROPOSED] ORDER GRANTING RUNWAY'S REQUEST FOR JUDICIAL NOTICE AND INCORPORATION BY REFERENCE**

Before the Court is Defendant Runway AI, Inc.'s ("Runway") request for judicial notice and incorporation by reference, filed in support of its Motion to Dismiss Plaintiffs' First Amended Complaint ("Motion"), made pursuant to Federal Rule of Evidence 201 and Federal Rule of Civil Procedure 10(c).  Having considered Runway's request, the Declaration of Julia L. Greenberg accompanying its Motion and the exhibits thereto, as well as the pleadings and papers on file in this action, the Court **GRANTS** Runway's request for judicial notice and incorporation by reference.  The Court takes judicial notice of Exhibits A and B to the Greenberg Declaration and incorporates Exhibits C through G by reference into Plaintiffs' First Amended Complaint.

**IT IS SO ORDERED.**

Dated: _____

                                               Hon. William H. Orrick
                                               United States District Judge

1

[PROPOSED] ORDER GRANTING RUNWAY'S REQUEST FOR JUDICIAL NOTICE
AND INCORPORATION BY REFERENCE
Case No. 3:23-cv-00201-WHO

2575240