UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Andersen, et al.                    ,

Plaintiff(s),

v.

Stability AI Ltd., et al.          ,

Defendant(s).

Case No. 23-cv-00201-WHO

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Vishakha S. Joshi          , an active member in good standing of the bar of New York, First Department          , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Midjourney, Inc.          in the above-entitled action. My local co-counsel in this case is Angela L. Dunning          , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 212047          .

One Liberty Plaza, New York, NY 10006
MY ADDRESS OF RECORD

(212) 225 2352
MY TELEPHONE # OF RECORD

vjoshi@cgsh.com
MY EMAIL ADDRESS OF RECORD

1841 Page Mill Road, Palo Alto, CA 94304
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(650) 815-4131
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

adunning@cgsh.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5700729          .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0          times in the 12 months preceding this application.

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2   the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3   Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4   Dated: __February 9, 2024__                              Vishakha S. Joshi_____

5                                                            APPLICANT

6

7

8                            ORDER GRANTING APPLICATION

9                    FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11    IT IS HEREBY ORDERED THAT the application of _Vishakha S. Joshi_____ is

12   granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13   must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14   counsel designated in the application will constitute notice to the party.

15   Dated: _____

16

17                                           _____

18                                           UNITED STATES DISTRICT/MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California