# Exhibit 1





**danielrussruss** used /style

**Midjourney Bot** BOT  02/12/2022 3:22 AM
Found exact match: ron brown

**danielrussruss** 02/12/2022 3:22 AM
oh noooo (edited)

👤 1

well it found it, mission accomplished (edited)

**@DavidH** there are so many new styles i dont think anyone knows about
**rainisto** 02/12/2022 3:22 AM



**Somnai** used /style
**Midjourney Bot** BOT  02/12/2022 3:23 AM
Style search results:
Draftpunk, Psychedelicpunk, Meatpunk, Atompunk, Steempunk, Dracopunk, Magipunk, Pantonepunk, Cyberpunk, Sandalpunk, Coralpunk, Dinopunk, Mythpunk, Derppunk, Shitpunk, Bronzepunk, Carpetpunk, Solarpunk, Neonpunk, Bibliopunk, Post-Punk, Geopunk, Synthpunk, Piratepunk, Cybersteampunk, Clownpunk, Pencilsteampunk, Aetherclockpunk, Cyberraypunk, Cyberneticpunk, Spacepunk, Futurepunk, Fantasypunk, Cargopunk, Citypunk, Xmaspunk, Pastel Punk, Ghoulpunk, Junglepunk, Diselpunk, Vaporpunk, Cottagepunk, Avocadopunk, Aurorapunk, Folk Punk, Slaughterpunk, Kombuchapunk, Biopunk, Gothicpunk, Fractalpunk, Berrypunk, Alienpunk, Sithpunk, Hermitpunk, Solapunk, Steampunk, Daydreampunk, Crustpunk, Cryptopunk, Glitchpunk, Chinapunk, Punk, Cyberaetherpunk, Europunk, Lunarpunk, Postpunk, Technopunk, Cypherpunk, Genepunk, Cloudpunk, Ragepunk, Spacesolarpunk, Forestpunk, Steelpunk, Industrialpunk, Cripplepunk, Manapunk, Cybermysticpunk, Starpunk, Mcdonaldpunk, Celestialpunk, Corporate Punk, Necropunk, Cyberpunk, Chromepunk, Dieselpunk, Poodlepunk, Icepunk, Floralpunk, Autopunk, Techpunk, Nanopunk, Tupinipunk, Chronopunk, Decopunk, Neopunk, Stonepunk, Zuckerpunk, Fiberpunk, Foampunk, Goosepunk, Cybermysticsteampunk, Frostpunk, Seapunk, Salvagepunk, Dreampunk, Fibrepunk, Aetherpunk, Gadgetpunk, Cyberpunkpunk, Algeapunk, Desertpunk, Swordpunk, Quantumpunk, Flowerpunk, Avacadopunk, Kawaiipunk, Slimepunk, Clockpunk

**dmvaldman** 02/12/2022 3:23 AM
Zuckerpunk?

**danielrussruss** 02/12/2022 3:23 AM
start studying the blade

🏆 1

while I push out the fix

**DavidH** 02/12/2022 3:23 AM







