# Exhibit 2

January 14, 2023

**DavidH** 🌀 01/14/2023 11:01 PM
Heya @everyone we're announcing a new survey and a new feature tonight:

1) **Open Feedback Survey**
- We're testing new algorithms to combine, analyze, and sort open-ended feedback from the community
- If this works we will be able to radically improve the prioritization of our features in the future

Here's the link:
https://o9q981dirmk.typeform.com/to/wjrK1ShL

The questions in this survey are meant to be vague. Please give us ideas for features, changes, anything you want.

2) **New feature..... The /blend command**
- **/blend looks at the 'concepts' and 'vibes' of your images and merges them together into novel interpretations**
- This is the same as using multiple image prompts with /imagine *but it's much much easier to use since you don't have to provide urls*
- The command will ask you to directly upload images from your phone / computer into your message so it can merge the images
- Blend works with up to 5 images (for more than that please use image prompts with /imagine)

We're making a new show-and-tell room for this # blend-showcase

Thanks for your help everyone and we hope you enjoy /blend! ❤️ (edited)

❤️ 1   ☎️ 1   ✉️ 1   ❌ 1   👍 1   🗡️ 1   🇮🇳 1   🇧🇷 1   🇻🇪 1   🇵🇰 1   🍑 1   🫠 1   🗿 1

