CLEARY GOTTLIEB STEEN
& HAMILTON LLP
Angela L. Dunning (212047)
adunning@cgsh.com
Samuel Blankenship (339905)
sblankenship@cgsh.com
1841 Page Mill Rd Suite 250
Palo Alto, CA 94304
Tel: +1 (650) 815-4100

Arminda Bepko (admitted *pro hac vice*)
abepko@cgsh.com
Amira Perryman
aperryman@cgsh.com (admitted *pro hac vice*)
One Liberty Plaza
New York, NY 10006

Attorneys for Defendant
Midjourney, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>STABILITY AI LTD., a UK corporation; STABILITY AI, INC., a Delaware corporation; DEVIANTART, Inc., a Delaware corporation; MIDJOURNEY, INC., a Delaware corporation; RUNWAY AI, INC., a Delaware corporation,<br><br>Defendants. | Case No. 3:23-cv-00201-WHO<br><br>**NOTICE OF APPEARANCE OF SAMUEL BLANKENSHIP FOR DEFENDANT MIDJOURNEY, INC.** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

**PLEASE TAKE NOTICE** that Defendant Midjourney, Inc. files this Notice of Appearance and hereby notifies the Court and all parties that Samuel Blankenship of the law firm Cleary Gottlieb Steen & Hamilton LLP, 1841 Page Mill Road, Suite 250, Palo Alto, CA 94304, hereby enters his appearance as counsel of record for Midjourney, Inc. in the above-referenced matter.

All pleadings, discovery, correspondence, and other materials should be served upon counsel at:

> Samuel Blankenship
> Cleary Gottlieb Steen & Hamilton LLP
> 1841 Page Mill Rd., Suite 250
> Palo Alto, CA 94304
> Telephone:   650-815-4127
> Email:       sblankenship@cgsh.com

Dated: March 29, 2024

CLEARY GOTTLIEB STEEN & HAMILTON LLP

*/s/ Samuel Blankenship*
Samuel Blankenship (339905)

Attorneys for Defendant
MIDJOURNEY, INC.

**NOTICE OF APPEARANCE OF S. BLANKENSHIP FOR DEFENDANT MIDJOURNEY, INC.**
**CASE NO. 3:23-CV-00201-WHO**