Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
David W. Lerch (State Bar No. 229411)
Elissa A. Buchanan (State Bar No. 249996)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
Email:      jsaveri@saverilawfirm.com
            czirpoli@saverilawfirm.com
            cyoung@saverilawfirm.com
            dlerch@saverilawfirm.com
            eabuchanan@saverilawfirm.com
            kmcmahon@saverilawfirm.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, et al., *Individual and Representative Plaintiffs,*  v.  STABILITY AI, LTD., et al., *Defendants.* | Case No. 3:23-cv-00201-WHO  **NOTICE OF WITHDRAWAL OF COUNSEL** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Travis Manfredi is no longer an attorney at the Joseph Saveri Law Firm, LLP and is hereby withdrawn as counsel for Plaintiffs. Travis Manfredi should be removed from the Court's service list with respect to this action. The Joseph Saveri Law Firm, LLP continues to represent the Plaintiffs. All future correspondence and papers in this action should continue to be directed to counsel of record.

Dated: April 2, 2024

Respectfully Submitted,

By: */s/ Joseph R. Saveri*
     Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
David W. Lerch (State Bar No. 229411)
Elissa A. Buchanan (State Bar No. 249996)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone:   (415) 500-6800
Facsimile:    (415) 395-9940
Email:         jsaveri@saverilawfirm.com
                czirpoli@saverilawfirm.com
                cyoung@saverilawfirm.com
                dlerch@saverilawfirm.com
                eabuchanan@saverilawfirm.com
                kmcmahon@saverilawfirm.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*