| | |
|---|---|
| 1 | JOSEPH C. GRATZ (CA SBN 240676) |
|   | JGratz@mofo.com |
| 2 | TIFFANY CHEUNG (CA SBN 211497) |
|   | TCheung@mofo.com |
| 3 | TIMOTHY CHEN SAULSBURY (CA SBN 281434) |
|   | TSaulsbury@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 5 | San Francisco, California  94105-2482 |
|   | Telephone:   415.268.7000 |
| 6 | Facsimile:    415.268.7522 |
| 7 | MARK A. LEMLEY (CA SBN 155830) |
|   | mlemley@lex-lumina.com |
| 8 | LEX LUMINA PLLC |
|   | 745 Fifth Avenue, Suite 500 |
| 9 | New York, New York  10151 |
|   | Telephone:   646.898.2055 |
| 10 | Facsimile:    646.906.8657 |
| 11 | [CAPTION PAGE CONTINUED ON NEXT PAGE] |
| 12 | Attorneys for Defendants |
|    | STABILITY AI LTD. and STABILITY AI, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, ET AL., | Case No. 3:23-cv-00201-WHO |
| Plaintiffs, | **NOTICE OF APPEARANCE OF EOIN CONNOLLY** |
| v. | |
| STABILITY AI LTD., ET AL., | |
| Defendants. | |

1  ALLYSON R. BENNETT (CA SBN 302090)
   ABennett@mofo.com
2  MORRISON & FOERSTER LLP
   707 Wilshire Boulevard, Suite 6000
3  Los Angeles, California 90017-3543
   Telephone:  213.892.5200
4  Facsimile:  213.892.5454

5  ADITYA V. KAMDAR (CA SBN 324567)
   AKamdar@mofo.com
6  MORRISON & FOERSTER LLP
   2100 L Street, NW, Suite 900
7  Washington, DC  20037
   Telephone:  202.887.1500
8  Facsimile:  202.887.0763

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  TO THE COURT, ALL PARTIES AND ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that attorney Eoin Connolly of Morrison & Foerster LLP, a member of the State Bar of California (SBN 300373), admitted to practice before this Court, and whose contact information appears below, hereby enters an appearance as an additional attorney of record for Defendants STABILITY AI LTD., and STABILITY AI, INC. in the above-referenced action. All communications, briefs, motions, orders, correspondence and other papers should be served as follows:

Eoin Connolly
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
E-mail: EConnolly@mofo.com

Dated: April 15, 2024                    MORRISON & FOERSTER LLP

By:  */s/ Eoin Connolly*
     Eoin P. Connolly

     JOSEPH C. GRATZ (CA SBN 240676)
     JGratz@mofo.com
     TIFFANY CHEUNG (CA SBN 211497)
     TCheung@mofo.com
     TIMOTHY CHEN SAULSBURY (CA SBN 281434)
     TSaulsbury@mofo.com
     EOIN CONNOLLY (CA SBN 300373)
     EConnolly@mofo.com
     MORRISON & FOERSTER LLP
     425 Market Street
     San Francisco, California 94105-2482
     Telephone:   415.268.7000
     Facsimile:   415.268.7522

     ALLYSON R. BENNETT (CA SBN 302090)
     ABennett@mofo.com
     MORRISON & FOERSTER LLP
     707 Wilshire Boulevard
     Los Angeles, California 90017-3543
     Telephone:   213.892.5200
     Facsimile:   213.892.5454

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ADITYA V. KAMDAR (CA SBN 324567)
AKamdar@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC  20037
Telephone:   202.887.1500
Facsimile:    202.887.0763

*Attorneys for Defendants*
STABILITY AI LTD. and STABILITY AI, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2024, the within document was filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to the attorneys of record in the case.

/s/ *Eoin Connolly*
Eoin Connolly