| | |
|---|---|
| 1 | JOSEPH C. GRATZ (CA SBN 240676) |
| | JGratz@mofo.com |
| 2 | TIFFANY CHEUNG (CA SBN 211497) |
| | TCheung@mofo.com |
| 3 | TIMOTHY CHEN SAULSBURY (CA SBN 281434) |
| | TSaulsbury@mofo.com |
| 4 | EOIN CONNOLLY (CA SBN 300373) |
| | EConnolly@mofo.com |
| 5 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 6 | San Francisco, California 94105-2482 |
| | Telephone: 415.268.7000 |
| 7 | Facsimile: 415.268.7522 |
| 8 | MARK A. LEMLEY (CA SBN 155830) |
| | mlemley@lex-lumina.com |
| 9 | LEX LUMINA PLLC |
| | 745 Fifth Avenue, Suite 500 |
| 10 | New York, New York 10151 |
| | Telephone: 646.898.2055 |
| 11 | Facsimile: 646.906.8657 |
| 12 | [CAPTION PAGE CONTINUED ON NEXT PAGE] |
| 13 | Attorneys for Defendants |
| | STABILITY AI LTD. and STABILITY AI, INC. |
| 14 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| SARAH ANDERSEN, ET AL., | | Case No. 3:23-cv-00201-WHO |
| Plaintiffs, | | **NOTICE OF APPEARANCE OF LAURA G. REMUS** |
| v. | | |
| STABILITY AI LTD., ET AL., | | |
| Defendants. | | |

1  ALLYSON R. BENNETT (CA SBN 302090)
   ABennett@mofo.com
2  MORRISON & FOERSTER LLP
   707 Wilshire Boulevard, Suite 6000
3  Los Angeles, California 90017-3543
   Telephone:    213.892.5200
4  Facsimile:    213.892.5454

5  ADITYA V. KAMDAR (CA SBN 324567)
   AKamdar@mofo.com
6  MORRISON & FOERSTER LLP
   2100 L Street, NW, Suite 900
7  Washington, DC  20037
   Telephone:    202.887.1500
8  Facsimile:    202.887.0763

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  TO THE COURT, ALL PARTIES AND ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that attorney Laura G. Remus of Morrison & Foerster LLP, a

3  member of the State Bar of California (SBN 352638), admitted to practice before this Court, and

4  whose contact information appears below, hereby enters an appearance as an additional attorney

5  of record for Defendants STABILITY AI LTD., and STABILITY AI, INC. in the above-

6  referenced action.  All communications, briefs, motions, orders, correspondence and other papers

7  should be served as follows:

>  Laura G. Remus
>  MORRISON & FOERSTER LLP
>  707 Wilshire Boulevard, Suite 6000
>  Los Angeles, CA 90017-3543
>  Telephone:  213.892.5200
>  Facsimile:  213.892.5454
>  E-mail: LRemus@mofo.com

13  Dated: April 15, 2024              MORRISON & FOERSTER LLP

15                                By:  */s/ Laura G. Remus*
                                       Laura G. Remus

                                       JOSEPH C. GRATZ (CA SBN 240676)
                                       JGratz@mofo.com
                                       TIFFANY CHEUNG (CA SBN 211497)
                                       TCheung@mofo.com
                                       TIMOTHY CHEN SAULSBURY (CA SBN 281434)
                                       TSaulsbury@mofo.com
                                       EOIN CONNOLLY (CA SBN 300373)
                                       EConnolly@mofo.com
                                       MORRISON & FOERSTER LLP
                                       425 Market Street
                                       San Francisco, California 94105-2482
                                       Telephone:  415.268.7000
                                       Facsimile:  415.268.7522

                                       ALLYSON R. BENNETT (CA SBN 302090)
                                       ABennett@mofo.com
                                       LAURA G. REMUS (CA SBN 352638)
                                       LRemus@mofo.com
                                       MORRISON & FOERSTER LLP
                                       707 Wilshire Boulevard
                                       Los Angeles, California 90017-3543
                                       Telephone:  213.892.5200
                                       Facsimile:  213.892.5454

ADITYA V. KAMDAR (CA SBN 324567)
AKamdar@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC  20037
Telephone:      202.887.1500
Facsimile:       202.887.0763

*Attorneys for Defendants*
STABILITY AI LTD. and STABILITY AI, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2024, the within document was filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to the attorneys of record in the case.

/s/ Laura G. Remus
Laura G. Remus