KEKER, VAN NEST & PETERS LLP
DAVID SILBERT - # 173128
dsilbert@keker.com
PAVEN MALHOTRA - # 258429
pmalhotra@keker.com
BAILEY W. HEAPS - # 295870
bheaps@keker.com
LUKE P. APFELD - # 327029
lapfeld@keker.com
JULIA L. GREENBERG - # 333864
jgreenberg@keker.com
CELINA S. MALAVE - # 347808
cmalave@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
RUNWAY AI, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, an individual; KELLY MCKERNAN, an individual; KARLA ORTIZ, an individual; H. SOUTHWORTH PKA HAWKE SOUTHWORTH, an individual; GRZEGORZ RUTKOWSKI, an individual; GREGORY MANCHESS, an individual; GERALD BROM, an individual; JINGNA ZHANG, an individual; JULIA KAYE, an individual; ADAM ELLIS, an individual, <br><br>    Individual and Representative Plaintiffs, <br><br>v. <br><br>STABILITY AI LTD., a UK corporation; STABILITY AI, INC., a Delaware corporation; DEVIANTART, INC., a Delaware corporation; MIDJOURNEY, INC., a Delaware corporation; RUNWAY AI, INC., a Delaware corporation, <br><br>    Defendants. | Case No. 3:23-cv-00201-WHO <br><br>**NOTICE OF APPEARANCE OF LUKE P. APFELD** <br><br>Dept.:      2, 17th Floor <br>Judge:      Hon. William H. Orrick <br><br>Date Filed:  January 13, 2023 <br><br>Trial Date:  None Set |

**TO THE COURT AND PARTIES AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Luke P. Apfeld of Keker, Van Nest & Peters LLP, hereby enters an appearance as counsel for Defendant RUNWAY AI, INC.  Counsel's address, telephone, fax and email are listed below as follows:

> LUKE P. APFELD - # 327029
> KEKER, VAN NEST & PETERS LLP
> 633 Battery Street
> San Francisco, CA  94111-1809
> Telephone:   (415) 391-5400
> Facsimile:   (415) 397-7188
> Email:        lapfeld@keker.com

Dated:  April 19, 2024                        KEKER, VAN NEST & PETERS LLP

                                By:   *s/ Luke P. Apfeld*
                                      DAVID SILBERT
                                      PAVEN MALHOTRA
                                      BAILEY W. HEAPS
                                      LUKE P. APFELD
                                      JULIA L. GREENBERG
                                      CELINA S. MALAVE

                                      Attorneys for Defendant
                                      RUNWAY AI, INC.