Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
David W. Lerch (State Bar No. 229411)
Elissa A. Buchanan (State Bar No. 249996)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone:     (415) 500-6800
Facsimile:     (415) 395-9940
Email:         jsaveri@saverilawfirm.com
               czirpoli@saverilawfirm.com
               cyoung@saverilawfirm.com
               dlerch@saverilawfirm.com
               eabuchanan@saverilawfirm.com
               kmcmahon@saverilawfirm.com

[Additional Counsel on signature page]
*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, an individual; KELLY MCKERNAN, an individual; KARLA ORTIZ, an individual; H. SOUTHWORTH PKA HAWKE SOUTHWORTH, an individual; GRZEGORZ RUTKOWSKI, an individual; GREGORY MANCHESS, an individual; GERALD BROM, an individual; JINGNA ZHANG, an individual; JULIA KAYE, an individual; ADAM ELLIS, an individual,<br><br>*Individual and Representative Plaintiffs,*<br><br>v.<br><br>STABILITY AI, LTD., a UK corporation; STABILITY AI, INC., a Delaware corporation; MIDJOURNEY, INC., a Delaware corporation; DEVIANTART, INC., a Delaware corporation, RUNWAY AI, INC., a Delaware corporation,<br><br>*Defendants.* | Case No. 3:23-cv-00201-WHO<br><br>**UNOPPOSED REQUEST FOR ORAL ARGUMENT**<br><br>Date:    May 8, 2024<br>Time:    2:00 p.m.<br>Place:   Videoconference<br>Before:  Hon. William H. Orrick |

Pursuant to paragraph 3 of the Court's May 25, 2023 Standing Order, Plaintiffs Sarah Andersen, Kelly McKernan, Karla Ortiz, H. Southworth pka Hawke Southworth, Grzegorz Rutkowski, Gregory Manchess, Gerald Brom, Jingna Zhang, Julia Kaye and Adam Ellis, ("Plaintiffs") hereby request that the Court hold the hearing on Defendants' pending motions to dismiss (ECF Nos. 160-165, "Motions") in person, with an option for attendance by videoconference. The hearing is currently scheduled to take place on May 8, 2024, at 2:00 p.m. via videoconference. Plaintiffs wish to appear in person and believe that an in-person hearing will assist the Court in resolving the Motions efficiently.  Plaintiffs have consulted with counsel for Defendants Stability AI, Ltd., Stability AI, Inc., Midjourney Inc., Runway AI, Inc., and DeviantArt, Inc. ("Defendants," together with Plaintiffs, "Parties") and are informed that no Defendant opposes this request so long as a videoconference option remains available.

Dated: April 30, 2024                                  Respectfully Submitted,

By:   /s/ *Joseph R. Saveri*
           Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
David W. Lerch (State Bar No. 229411)
Elissa A. Buchanan (State Bar No. 249996)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
Email:            jsaveri@saverilawfirm.com
                      czirpoli@saverilawfirm.com
                      cyoung@saverilawfirm.com
                      dlerch@saverilawfirm.com
                      eabuchanan@saverilawfirm.com
                      kmcmahon@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:     (323) 968-2632
Facsimile:      (415) 395-9940
Email:            mb@buttericklaw.com

Brian D. Clark (pro hac vice)
Laura M. Matson (pro hac vice)
Eura Chang (pro hac vice)
Arielle Wagner (pro hac vice)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone:     (612)339-6900
Facsimile:      (612)339-0981
Email:            bdclark@locklaw.com
                      lmmatson@locklaw.com
                      echang@locklaw.com
                      aswagner@locklaw.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

| | |
|---|---|
| Dated: April 30, 2024 | Respectfully Submitted, |
| | By:  /s/ Joseph C. Gratz |

Joseph C. Gratz (State Bar No. 240676)
Tiffany Cheung (State Bar No. 211497)
Timothy Chen Saulsbury (State Bar No. 281434)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94105
Telephone:	(415) 268-7000
Facsimile:	(415) 268-7522
Email:	JGratz@mofo.com
	TCheung@mofo.com
	TSaulsbury@mofo.com

Mark A. Lemley (State Bar No. 155830)
**LEX LUMINA PLLC**
745 Fifth Avenue, Suite 500
New York, NY 10151
Telephone:	(646) 898-2055
Facsimile:	(646) 906-8657
Email:	mlemley@lex-lumina.com

Allyson R. Bennett (State Bar No. 302090)
**MORRISON & FOERSTER LLP**
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone:	(213) 892-5200
Facsimile:	(213) 892-5454
Email:	ABennett@mofo.com

Aditya V. Kamdar (State Bar No. 324567)
**MORRISON & FOERSTER LLP**
2100 L Street, NW, Suite 900
Washington, DC 20037
Telephone:	(202) 887-1500
Facsimile:	(202) 8870763
Email:	AKamdar@mofo.com

*Counsel for Stability AI, Inc. and Stability AI Ltd.*

| | |
|---|---|
| Dated: April 30, 2024 | Respectfully Submitted, |
| | By: */s/ Angela L. Dunning* |
| | Angela L. Dunning (State Bar No. 212047)<br>Samuel Blankenship (State Bar No. 339905)<br>**CLEARY GOTTLIEB STEEN & HAMILTON LLP**<br>1841 Page Mill Rd Suite 250<br>Palo Alto, CA 94304<br>Telephone: (650) 815-4100<br>Email: adunning@cgsh.com<br>           sblankenship@cgsh.com |
| | Arminda B. Bepko (admitted pro hac vice)<br>Amira Perryman (pro hac vice pending)<br>**CLEARY GOTTLIEB STEEN & HAMILTON LLP**<br>One Liberty Plaza<br>New York, NY 10006<br>Telephone: (212) 225-2000<br>Email: abepko@cgsh.com<br>           aperryman@cgsh.com |
| | *Counsel for Defendant Midjourney, Inc.* |
| Dated: April 30, 2024 | Respectfully Submitted, |
| | By: */s/ Andrew M. Gass* |
| | Andrew M. Gass (State Bar No. 259694)<br>Michael H. Rubin (State Bar No. 214636)<br>Brittany N. Lovejoy (State Bar No. 286813)<br>**LATHAM & WATKINS LLP**<br>505 Montgomery Street, Suite 2000<br>San Francisco, California 94111-6538<br>Telephone: (415) 391-0600<br>Email: andrew.gass@lw.com<br>           michael.rubin@lw.com<br>           brittany.lovejoy@lw.com |
| | *Counsel for Defendant DeviantArt, Inc.* |

| | |
|---|---|
| Dated: April 30, 2024 | Respectfully Submitted, |
| | By:  /s/ David Silbert |

David Silbert (State Bar No. 173128)
Paven Malhotra (State Bar No. 25842)
Bailey W. Heaps (State Bar No. 295870)
Julia L. Greenberg (State Bar No. 333864)
Celina S. Malave (State Bar No. 347808)
**KEKER, VAN NEST & PETERS LLP**
633 Battery Street
San Francisco, CA 94111
Telephone:     415 391 5400
Facsimile:      415 397 7188
Email:            dsilbert@keker.com
                        pmalhotra@keker.com
                        bheaps@keker.com
                        jgreenberg@keker.com
                        cmalave@keker.com

*Counsel for Defendant Runway AI, Inc.*

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), I attest under penalty of perjury that concurrence in the filing of the foregoing document has been obtained from all other signatories to this document.

Dated: April 30, 2024     By:  */s/ Joseph R. Saveri*
                               Joseph R. Saveri