# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** May 8, 2024 | **Time:** 1 hour, 2 mins<br>2:09 p.m. to 3:11 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 23-cv-00201-WHO | **Case Name:** Andersen v. Stability AI Ltd. | |

**Attorneys for Plaintiffs:**   Joseph R. Saveri, Christopher K.L. Young, Kathleen J. McMahon, Matthew Butterick, and Laura M. Matson
(*Clients Sarah Andersen, Karla Ortiz, Kelly McKernan present*)

**Attorney for Stability:**   Joseph C. Gratz

**Attorney for DeviantArt:**   Andrew M. Gass

**Attorney for Midjourney:**   Angela Dunning *(Corporate counsel Max Sills present)*

**Attorneys for Runway AI:**   David J. Silbert and Paven Malhotra

**Deputy Clerk:** Jean Davis            **Court Reporter:** Beth Krupa

## PROCEEDINGS

Hearing on motions to dismiss conducted in hybrid format allowing for personal and videoconference appearance. Argument of counsel heard. Motions taken under submission; written order to follow.