1  JOSEPH C. GRATZ (CA SBN 240676)
   JGratz@mofo.com
2  TIFFANY CHEUNG (CA SBN 211497)
   TCheung@mofo.com
3  TIMOTHY CHEN SAULSBURY (CA SBN 281434)
   TSaulsbury@mofo.com
4  EOIN CONNOLLY (CA SBN 300373)
   EConnolly@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street,
6  San Francisco, California 94105-2482
   Telephone:  415.268.7000
7  Facsimile:  415.268.7522

8  MARK A. LEMLEY (CA SBN 155830)
   mlemley@lex-lumina.com
9  LEX LUMINA PLLC
   745 Fifth Avenue, Suite 500
10 New York, New York 10151
   Telephone:  646.898.2055
11 Facsimile:  646.906.8657

12 [CAPTION CONTINUED ON NEXT PAGE]

13 Attorneys for Defendants
   STABILITY AI LTD. and STABILITY AI, INC.
14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                        SAN FRANCISCO DIVISION

18

19 | SARAH ANDERSEN, ET AL., | Case No. 3:23-cv-00201-WHO |
20 | Plaintiffs, | **AMIR GHAVI'S NOTICE OF WITHDRAWAL AS COUNSEL FOR DEFENDANTS STABILITY AI LTD. AND STABILITY AI, INC.** |
21 | v. | |
22 | STABILITY AI LTD., ET AL., | |
23 | Defendants. | |

1  ALLYSON R. BENNETT (CA SBN 302090)
   ABennett@mofo.com
2  LAURA G. REMUS (CA SBN 352638)
   LRemus@mofo.com
3  MORRISON & FOERSTER LLP
   707 Wilshire Boulevard, Suite 6000
4  Los Angeles, California 90017-3543
   Telephone:   213.892.5200
5  Facsimile:    213.892.5454

6  ADITYA V. KAMDAR (CA SBN 324567)
   AKamdar@mofo.com
7  MORRISON & FOERSTER LLP
   2100 L Street, NW, Suite 900
8  Washington, DC 20037
   Telephone:   202.887.1500
9  Facsimile:    202.887.0763

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Local Rule 11-5, Defendants Stability AI Ltd. and Stability AI, Inc. ("Stability Defendants") request that Amir Ghavi be permitted to withdraw as counsel of record for them and that he be removed from the list of counsel receiving ECF notifications in this matter.  Stability Defendants will continue to be represented in this matter by Joseph C. Gratz, Tiffany Cheung, Timothy Saulsbury, Allyson R. Bennett, Aditya V. Kamdar, Eoin Connolly, and Laura G. Remus of Morrison & Foerster LLP and Mark A. Lemley of Lex Lumina PLLC.  A proposed order accompanies this notice.

Dated: May 23, 2024                                  MORRISON & FOERSTER LLP

By: */s/ Joseph C. Gratz*
Joseph C. Gratz

JOSEPH C. GRATZ
JGratz@mofo.com
TIFFANY CHEUNG
TCheung@mofo.com
TIMOTHY CHEN SAULSBURY
TSaulsbury@mofo.com
EOIN P. CONNOLLY
EConnolly@mofo.com
MORRISON & FORESTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:     415.268.7000
Facsimile:      415.268.7522

ALLYSON R. BENNETT
ABennett@mofo.com
LAURA G. REMUS
LRemus@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone:     213.892.5200
Facsimile:      213.892.5454

```
```

1  
2  ADITYA V. KAMDAR  
3  AKamdar@mofo.com  
4  MORRISON & FOERSTER LLP  
   2100 L Street, NW, Suite 900  
   Washington, DC 20037  
   Telephone:     202.887.1500  
   Facsimile:     202.887.0763  

5  MARK A. LEMLEY (CA SBN 155830)  
6  mlemley@lex-lumina.com  
   LEX LUMINA PLLC  
7  745 Fifth Avenue, Suite 500  
   New York, New York 10151  
   Telephone:     646.898.2055  
8  Facsimile:     646.906.8657  

9  *Attorneys for Defendants*  
10 STABILITY AI LTD. and STABILITY AI, INC.  

11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28