1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, ET AL., | Case No. 3:23-cv-00201-WHO |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING AMIR GHAVI'S WITHDRAWAL AS COUNSEL FOR DEFENDANTS STABILITY AI LTD. AND STABILITY AI, INC.** |
| v. | |
| STABILITY AI LTD., ET AL., | |
| Defendants. | |

1    The Court, having considered Defendants Stability AI Ltd. and Stability AI, Inc.'s

2    ("Stability Defendants") notice requesting that Amir Ghavi be relieved as counsel and further

3    noting that Stability Defendants will continue to be represented by counsel from Morrison &

4    Foerster LLP and Lex Lumina PLLC, rules as follows:

5    **IT IS HEREBY ORDERED** that Amir Ghavi is permitted to withdraw as counsel for

6    Stability Defendants in the above-captioned action pursuant to L.R. 11-5.  The Clerk is directed to

7    remove Mr. Ghavi from the ECF distribution list for this action.

8

9    Dated: _____

10                                                                    _____
                                                                     Honorable William H. Orrick
                                                                     United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28