| | |
|---|---|
| 1 | JOSEPH C. GRATZ (CA SBN 240676) |
|   | JGratz@mofo.com |
| 2 | TIFFANY CHEUNG (CA SBN 211497) |
|   | TCheung@mofo.com |
| 3 | TIMOTHY CHEN SAULSBURY (CA SBN 281434) |
|   | TSaulsbury@mofo.com |
| 4 | EOIN CONNOLLY (CA SBN 300373) |
|   | EConnolly@mofo.com |
| 5 | MORRISON & FOERSTER LLP |
|   | 425 Market Street, |
| 6 | San Francisco, California 94105-2482 |
|   | Telephone:    415.268.7000 |
| 7 | Facsimile:    415.268.7522 |
| 8 | MARK A. LEMLEY (CA SBN 155830) |
|   | mlemley@lex-lumina.com |
| 9 | LEX LUMINA PLLC |
|   | 745 Fifth Avenue, Suite 500 |
| 10 | New York, New York 10151 |
|   | Telephone:    646.898.2055 |
| 11 | Facsimile:    646.906.8657 |
| 12 | [CAPTION CONTINUED ON NEXT PAGE] |
| 13 | Attorneys for Defendants |
|   | STABILITY AI LTD. and STABILITY AI, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, ET AL., | Case No. 3:23-cv-00201-WHO |
| Plaintiffs, | **NICOLE M. JANTZI'S NOTICE OF WITHDRAWAL AS COUNSEL FOR DEFENDANTS STABILITY AI LTD. AND STABILITY AI, INC.** |
| v. | |
| STABILITY AI LTD., ET AL., | |
| Defendants. | |

ALLYSON R. BENNETT (CA SBN 302090)
ABennett@mofo.com
LAURA G. REMUS (CA SBN 352638)
LRemus@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone:   213.892.5200
Facsimile:    213.892.5454

ADITYA V. KAMDAR (CA SBN 324567)
AKamdar@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
Telephone:   202.887.1500
Facsimile:    202.887.0763

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Local Rule 11-5, Defendants Stability AI Ltd. and Stability AI, Inc. ("Stability Defendants") request that Nicole M. Jantzi be permitted to withdraw as counsel of record for them and that she be removed from the list of counsel receiving ECF notifications in this matter. Stability Defendants will continue to be represented in this matter by Joseph C. Gratz, Tiffany Cheung, Timothy Saulsbury, Allyson R. Bennett, Aditya V. Kamdar, Eoin Connolly, and Laura G. Remus of Morrison & Foerster LLP and Mark A. Lemley of Lex Lumina PLLC. A proposed order accompanies this notice.

Dated: May 23, 2024                                    MORRISON & FOERSTER LLP

By: */s/ Joseph C. Gratz*
    Joseph C. Gratz

    JOSEPH C. GRATZ
    JGratz@mofo.com
    TIFFANY CHEUNG
    TCheung@mofo.com
    TIMOTHY CHEN SAULSBURY
    TSaulsbury@mofo.com
    EOIN P. CONNOLLY
    EConnolly@mofo.com
    MORRISON & FORESTER LLP
    425 Market Street
    San Francisco, California 94105-2482
    Telephone:    415.268.7000
    Facsimile:    415.268.7522

    ALLYSON R. BENNETT
    ABennett@mofo.com
    LAURA G. REMUS
    LRemus@mofo.com
    MORRISON & FOERSTER LLP
    707 Wilshire Boulevard
    Los Angeles, California 90017-3543
    Telephone:    213.892.5200
    Facsimile:    213.892.5454

1  
2  
3  
4  

ADITYA V. KAMDAR  
AKamdar@mofo.com  
MORRISON & FOERSTER LLP  
2100 L Street, NW, Suite 900  
Washington, DC 20037  
Telephone:     202.887.1500  
Facsimile:     202.887.0763  

5  
6  
7  
8  

MARK A. LEMLEY (CA SBN 155830)  
mlemley@lex-lumina.com  
LEX LUMINA PLLC  
745 Fifth Avenue, Suite 500  
New York, New York 10151  
Telephone:     646.898.2055  
Facsimile:     646.906.8657  

9  
10  

*Attorneys for Defendants*  
STABILITY AI LTD. and STABILITY AI, INC.  

11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28