1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, ET AL., | Case No. 3:23-cv-00201-WHO |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING NICOLE M. JANTZI'S WITHDRAWAL AS COUNSEL FOR DEFENDANTS STABILITY AI LTD. AND STABILITY AI, INC.** |
| v. | |
| STABILITY AI LTD., ET AL., | |
| Defendants. | |

1   The Court, having considered Defendants Stability AI Ltd. and Stability AI, Inc.'s
2   ("Stability Defendants") notice requesting that Nicole M. Jantzi be relieved as counsel and further
3   noting that Stability Defendants will continue to be represented by counsel from Morrison &
4   Foerster LLP and Lex Lumina PLLC, hereby rules as follows:

5   **IT IS HEREBY ORDERED** that Nicole M. Jantzi is permitted to withdraw as counsel
6   for Stability Defendants in the above-captioned action pursuant to L.R. 11-5.  The Clerk is
7   directed to remove Ms. Jantzi from the ECF distribution list for this action.

9   Dated: _____

                                                              _____
                                                              Honorable William H. Orrick
                                                              United States District Judge