JOSEPH C. GRATZ (CA SBN 240676)
JGratz@mofo.com
TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
TIMOTHY CHEN SAULSBURY (CA SBN 281434)
TSaulsbury@mofo.com
EOIN CONNOLLY (CA SBN 300373)
EConnolly@mofo.com
MORRISON & FOERSTER LLP
425 Market Street,
San Francisco, California 94105-2482
Telephone:    415.268.7000
Facsimile:     415.268.7522

MARK A. LEMLEY (CA SBN 155830)
mlemley@lex-lumina.com
LEX LUMINA PLLC
745 Fifth Avenue, Suite 500
New York, New York 10151
Telephone:    646.898.2055
Facsimile:     646.906.8657

[CAPTION CONTINUED ON NEXT PAGE]

Attorneys for Defendants
STABILITY AI LTD. and STABILITY AI, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, ET AL., | Case No. 3:23-cv-00201-WHO |
| Plaintiffs, | **MICHAEL KEATS'S NOTICE OF WITHDRAWAL AS COUNSEL FOR DEFENDANTS STABILITY AI LTD. AND STABILITY AI, INC.** |
| v. | |
| STABILITY AI LTD., ET AL., | |
| Defendants. | |

1   ALLYSON R. BENNETT (CA SBN 302090)
    ABennett@mofo.com
2   LAURA G. REMUS (CA SBN 352638)
    LRemus@mofo.com
3   MORRISON & FOERSTER LLP
    707 Wilshire Boulevard, Suite 6000
4   Los Angeles, California 90017-3543
    Telephone:     213.892.5200
5   Facsimile:     213.892.5454

6   ADITYA V. KAMDAR (CA SBN 324567)
    AKamdar@mofo.com
7   MORRISON & FOERSTER LLP
    2100 L Street, NW, Suite 900
8   Washington, DC 20037
    Telephone:     202.887.1500
9   Facsimile:     202.887.0763

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1      **TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL**

2  **OF RECORD:**

3      PLEASE TAKE NOTICE that pursuant to Local Rule 11-5, Defendants Stability AI Ltd.

4  and Stability AI, Inc. ("Stability Defendants") request that Michael Keats be permitted to

5  withdraw as counsel of record for them and that he be removed from the list of counsel receiving

6  ECF notifications in this matter.  Stability Defendants will continue to be represented in this

7  matter by Joseph C. Gratz, Tiffany Cheung, Timothy Saulsbury, Allyson R. Bennett, Aditya V.

8  Kamdar, Eoin Connolly, and Laura G. Remus of Morrison & Foerster LLP and Mark A. Lemley

9  of Lex Lumina PLLC.  A proposed order accompanies this notice.

10

11  Dated: May 23, 2024                   MORRISON & FOERSTER LLP

12

13                         By: */s/ Joseph C. Gratz*
                           Joseph C. Gratz

14

15                         JOSEPH C. GRATZ
                       JGratz@mofo.com
                       TIFFANY CHEUNG

16                         TCheung@mofo.com
                       TIMOTHY CHEN SAULSBURY

17                         TSaulsbury@mofo.com
                       EOIN P. CONNOLLY

18                         EConnolly@mofo.com
                       MORRISON & FORESTER LLP

19                         425 Market Street
                       San Francisco, California 94105-2482

20                         Telephone:     415.268.7000
                       Facsimile:     415.268.7522

21

22                         ALLYSON R. BENNETT
                       ABennett@mofo.com

23                         LAURA G. REMUS
                       LRemus@mofo.com

24                         MORRISON & FOERSTER LLP
                       707 Wilshire Boulevard

25                         Los Angeles, California 90017-3543
                       Telephone:     213.892.5200

26                         Facsimile:     213.892.5454

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ADITYA V. KAMDAR
AKamdar@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
Telephone:        202.887.1500
Facsimile:        202.887.0763

MARK A. LEMLEY (CA SBN 155830)
mlemley@lex-lumina.com
LEX LUMINA PLLC
745 Fifth Avenue, Suite 500
New York, New York 10151
Telephone:        646.898.2055
Facsimile:        646.906.8657

*Attorneys for Defendants*
STABILITY AI LTD. and STABILITY
AI, INC.