1
2
3
4
5
6
7
8
9
10 UNITED STATES DISTRICT COURT
11 NORTHERN DISTRICT OF CALIFORNIA
12 SAN FRANCISCO DIVISION
13

| | |
|---|---|
| SARAH ANDERSEN, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> STABILITY AI LTD., ET AL., <br><br> Defendants. | Case No. 3:23-cv-00201-WHO <br><br> **[PROPOSED] ORDER GRANTING MICHAEL KEATS'S WITHDRAWAL AS COUNSEL FOR DEFENDANTS STABILITY AI LTD. AND STABILITY AI, INC.** |

[PROPOSED] ORDER GRANTING MICHAEL
KEATS'S WITHDRAWAL
CASE NO. 3:23-CV-00201-WHO

1

1  The Court, having considered Defendants Stability AI Ltd. and Stability AI, Inc.'s
2  ("Stability Defendants") notice requesting that Michael Keats be relieved as counsel and further
3  noting that Stability Defendants will continue to be represented by counsel from Morrison &
4  Foerster LLP and Lex Lumina PLLC, rules as follows:
5  **IT IS HEREBY ORDERED** that Michael Keats is permitted to withdraw as counsel for
6  Stability Defendants in the above-captioned action pursuant to L.R. 11-5.  The Clerk is directed to
7  remove Mr. Keats from the ECF distribution list for this action.

Dated: _____         _____
                                        Honorable William H. Orrick
                                        United States District Judge