| | |
|---|---|
| 1 | JOSEPH C. GRATZ (CA SBN 240676) |
| | JGratz@mofo.com |
| 2 | TIFFANY CHEUNG (CA SBN 211497) |
| | TCheung@mofo.com |
| 3 | TIMOTHY CHEN SAULSBURY (CA SBN 281434) |
| | TSaulsbury@mofo.com |
| 4 | EOIN CONNOLLY (CA SBN 300373) |
| | EConnolly@mofo.com |
| 5 | MORRISON & FOERSTER LLP |
| | 425 Market Street, |
| 6 | San Francisco, California 94105-2482 |
| | Telephone:    415.268.7000 |
| 7 | Facsimile:    415.268.7522 |
| 8 | MARK A. LEMLEY (CA SBN 155830) |
| | mlemley@lex-lumina.com |
| 9 | LEX LUMINA PLLC |
| | 745 Fifth Avenue, Suite 500 |
| 10 | New York, New York 10151 |
| | Telephone:    646.898.2055 |
| 11 | Facsimile:    646.906.8657 |
| 12 | [CAPTION CONTINUED ON NEXT PAGE] |
| 13 | Attorneys for Defendants |
| | STABILITY AI LTD. and STABILITY AI, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, ET AL., | Case No. 3:23-cv-00201-WHO |
| Plaintiffs, | **PAUL M. SCHOENHARD'S NOTICE OF WITHDRAWAL AS COUNSEL FOR DEFENDANTS STABILITY AI LTD. AND STABILITY AI, INC.** |
| v. | |
| STABILITY AI LTD., ET AL., | |
| Defendants. | |

ALLYSON R. BENNETT (CA SBN 302090)
ABennett@mofo.com
LAURA G. REMUS (CA SBN 352638)
LRemus@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone:    213.892.5200
Facsimile:    213.892.5454

ADITYA V. KAMDAR (CA SBN 324567)
AKamdar@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
Telephone:    202.887.1500
Facsimile:    202.887.0763

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Local Rule 11-5, Defendants Stability AI Ltd. and Stability AI, Inc. ("Stability Defendants") request that Paul M. Schoenhard be permitted to withdraw as counsel of record for them and that he be removed from the list of counsel receiving ECF notifications in this matter. Stability Defendants will continue to be represented in this matter by Joseph C. Gratz, Tiffany Cheung, Timothy Saulsbury, Allyson R. Bennett, Aditya V. Kamdar, Eoin Connolly, and Laura G. Remus of Morrison & Foerster LLP and Mark A. Lemley of Lex Lumina PLLC. A proposed order accompanies this notice.

Dated: May 23, 2024                                    MORRISON & FOERSTER LLP

                                                       By: */s/ Joseph C. Gratz*
                                                           Joseph C. Gratz

                                                       JOSEPH C. GRATZ
                                                       JGratz@mofo.com
                                                       TIFFANY CHEUNG
                                                       TCheung@mofo.com
                                                       TIMOTHY CHEN SAULSBURY
                                                       TSaulsbury@mofo.com
                                                       EOIN P. CONNOLLY
                                                       EConnolly@mofo.com
                                                       MORRISON & FORESTER LLP
                                                       425 Market Street
                                                       San Francisco, California 94105-2482
                                                       Telephone:    415.268.7000
                                                       Facsimile:    415.268.7522

                                                       ALLYSON R. BENNETT
                                                       ABennett@mofo.com
                                                       LAURA G. REMUS
                                                       LRemus@mofo.com
                                                       MORRISON & FOERSTER LLP
                                                       707 Wilshire Boulevard
                                                       Los Angeles, California 90017-3543
                                                       Telephone:    213.892.5200
                                                       Facsimile:    213.892.5454

PAUL M. SCHOENHARD'S NOTICE OF
WITHDRAWAL                                          3
CASE NO. 3:23-CV-00201-WHO

| | |
|---|---|
| 1 | ADITYA V. KAMDAR |
| 2 | AKamdar@mofo.com<br>MORRISON & FOERSTER LLP |
| 3 | 2100 L Street, NW, Suite 900<br>Washington, DC 20037 |
| 4 | Telephone: 202.887.1500<br>Facsimile: 202.887.0763 |
| 5 | MARK A. LEMLEY (CA SBN 155830) |
| 6 | mlemley@lex-lumina.com<br>LEX LUMINA PLLC |
| 7 | 745 Fifth Avenue, Suite 500<br>New York, New York 10151 |
| 8 | Telephone: 646.898.2055<br>Facsimile: 646.906.8657 |
| 9 | *Attorneys for Defendants* |
| 10 | STABILITY AI LTD. and STABILITY AI, INC. |

PAUL M. SCHOENHARD'S NOTICE OF WITHDRAWAL
CASE NO. 3:23-CV-00201-WHO

4