1
2
3
4
5
6
7
8
9
10                    UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13

14   SARAH ANDERSEN, ET AL.,                    Case No. 3:23-cv-00201-WHO

15              Plaintiffs,                      **[PROPOSED] ORDER GRANTING
                                                 PAUL M. SCHOENHARD'S
16         v.                                    WITHDRAWAL AS COUNSEL FOR
                                                 DEFENDANTS STABILITY AI LTD.
17   STABILITY AI LTD., ET AL.,                  AND STABILITY AI, INC.**

18              Defendants.

19

20

21

22

23

24

25

26

27

28

1    The Court, having considered Defendants Stability AI Ltd. and Stability AI, Inc.'s

2    ("Stability Defendants") notice requesting that Paul M. Schoenhard be relieved as counsel and

3    further noting that Stability Defendants will continue to be represented by counsel from Morrison

4    & Foerster LLP and Lex Lumina PLLC, rules as follows:

5        **IT IS HEREBY ORDERED** that Paul M. Schoenhard is permitted to withdraw as

6    counsel for Stability Defendants in the above-captioned action pursuant to L.R. 11-5.  The Clerk

7    is directed to remove Mr. Schoenhard from the ECF distribution list for this action.

8

9    Dated: _____

                                    _____
10                                            Honorable William H. Orrick
                                             United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28