UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, ET AL., <br><br>  Plaintiffs, <br><br>  v. <br><br> STABILITY AI LTD., ET AL., <br><br>  Defendants. | Case No. 3:23-cv-00201-WHO <br><br> **[PROPOSED] ORDER GRANTING NICOLE M. JANTZI'S WITHDRAWAL AS COUNSEL FOR DEFENDANTS STABILITY AI LTD. AND STABILITY AI, INC.** |

1   The Court, having considered Defendants Stability AI Ltd. and Stability AI, Inc.'s
2   ("Stability Defendants") notice requesting that Nicole M. Jantzi be relieved as counsel and further
3   noting that Stability Defendants will continue to be represented by counsel from Morrison &
4   Foerster LLP and Lex Lumina PLLC, hereby rules as follows:

**IT IS HEREBY ORDERED** that Nicole M. Jantzi is permitted to withdraw as counsel for Stability Defendants in the above-captioned action pursuant to L.R. 11-5. The Clerk is directed to remove Ms. Jantzi from the ECF distribution list for this action.

Dated: May 24, 2024

_____
Honorable William H. Orrick
United States District Judge

[P~~ROPOSED~~] ORDER GRANTING NICOLE M. JANTZI'S WITHDRAWAL
CASE NO. 3:23-cv-00201-WHO

2