UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> STABILITY AI LTD., ET AL., <br><br> Defendants. | Case No. 3:23-cv-00201-WHO <br><br> **[~~PROPOSED~~] ORDER GRANTING MICHAEL KEATS'S WITHDRAWAL AS COUNSEL FOR DEFENDANTS STABILITY AI LTD. AND STABILITY AI, INC.** |

The Court, having considered Defendants Stability AI Ltd. and Stability AI, Inc.'s ("Stability Defendants") notice requesting that Michael Keats be relieved as counsel and further noting that Stability Defendants will continue to be represented by counsel from Morrison & Foerster LLP and Lex Lumina PLLC, rules as follows:

**IT IS HEREBY ORDERED** that Michael Keats is permitted to withdraw as counsel for Stability Defendants in the above-captioned action pursuant to L.R. 11-5. The Clerk is directed to remove Mr. Keats from the ECF distribution list for this action.

Dated: May 24, 2024

Honorable William H. Orrick
United States District Judge