UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> STABILITY AI LTD., ET AL., <br><br> Defendants. | Case No. 3:23-cv-00201-WHO <br><br> **[PROPOSED] ORDER GRANTING PAUL M. SCHOENHARD'S WITHDRAWAL AS COUNSEL FOR DEFENDANTS STABILITY AI LTD. AND STABILITY AI, INC.** |

1  The Court, having considered Defendants Stability AI Ltd. and Stability AI, Inc.'s
2  ("Stability Defendants") notice requesting that Paul M. Schoenhard be relieved as counsel and
3  further noting that Stability Defendants will continue to be represented by counsel from Morrison
4  & Foerster LLP and Lex Lumina PLLC, rules as follows:

5  **IT IS HEREBY ORDERED** that Paul M. Schoenhard is permitted to withdraw as
6  counsel for Stability Defendants in the above-captioned action pursuant to L.R. 11-5.  The Clerk
7  is directed to remove Mr. Schoenhard from the ECF distribution list for this action.

Dated: May 24, 2024

_____
Honorable William H. Orrick
United States District Judge