KEKER, VAN NEST & PETERS LLP
DAVID SILBERT - # 173128
dsilbert@keker.com
PAVEN MALHOTRA - # 258429
pmalhotra@keker.com
BAILEY W. HEAPS - # 295870
bheaps@keker.com
LUKE P. APFELD - # 327029
lapfeld@keker.com
JULIA L. GREENBERG - # 333864
jgreenberg@keker.com
CELINA S. MALAVE - # 347808
cmalave@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
RUNWAY AI, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, an individual; KELLY MCKERNAN, an individual; KARLA ORTIZ, an individual; H. SOUTHWORTH PKA HAWKE SOUTHWORTH, an individual; GRZEGORZ RUTKOWSKI, an individual; GREGORY MANCHESS, an individual; GERALD BROM, an individual; JINGNA ZHANG, an individual; JULIA KAYE, an individual; ADAM ELLIS, an individual,<br><br>    Individual and Representative Plaintiffs,<br><br>    v.<br><br>STABILITY AI LTD., a UK corporation; STABILITY AI, INC., a Delaware corporation; DEVIANTART, INC., a Delaware corporation; MIDJOURNEY, INC., a Delaware corporation; RUNWAY AI, INC., a Delaware corporation,<br><br>    Defendants. | Case No. 3:23-cv-00201-WHO<br><br>**NOTICE TO WITHDRAW AS COUNSEL**<br><br>Dept.:    2; 17th Floor<br>Judge:    Hon. William H. Orrick<br><br>Date Filed: January 13, 2023<br><br>Trial Date: None Set |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**:

**PLEASE TAKE NOTICE** that Celina S. Malave is no longer associated with the law firm Keker, Van Nest and Peters LLP, and pursuant to L.R. 11-5 seeks to withdraw her appearance as counsel for Defendant, Runway AI, Inc. in the above-captioned matter. Keker, Van Nest & Peters LLP will remain as counsel of record for Defendant, Runway AI, Inc.

Dated:  July 12, 2024                                                                                KEKER, VAN NEST & PETERS LLP

                                                          By:   *s/Celina S. Malave*
                                                                  DAVID SILBERT
                                                                  PAVEN MALHOTRA
                                                                  LUKE P. APFELD
                                                                 BAILEY W. HEAPS
                                                                  JULIA L. GREENBERG
                                                                  CELINA S. MALAVE

                                                                  Attorneys for Defendant
                                                                  RUNWAY AI, INC.