CLEARY GOTTLIEB STEEN
& HAMILTON LLP
Angela L. Dunning (212047)
adunning@cgsh.com
Samuel Blankenship (339905)
sblankenship@cgsh.com
1841 Page Mill Rd Suite 250
Palo Alto, CA 94304
Tel: +1 (650) 815-4100

Arminda Bepko (admitted *pro hac vice*)
abepko@cgsh.com
Amira Perryman
aperryman@cgsh.com (admitted *pro hac vice*)
One Liberty Plaza
New York, NY 10006

Attorneys for Defendant
Midjourney, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>STABILITY AI LTD., a UK corporation; STABILITY AI, INC., a Delaware corporation; DEVIANTART, Inc., a Delaware corporation; MIDJOURNEY, INC., a Delaware corporation; RUNWAY AI, INC., a Delaware corporation,<br><br>　　　　　Defendants. | Case No. 3:23-cv-00201-WHO<br><br>**DEFENDANT MIDJOURNEY, INC.'S STATEMENT OF RECENT DECISION**<br><br>Judge: Hon. William H. Orrick |

1  Pursuant to Civil Local Rule 7-3(d)(2), Defendant Midjourney, Inc. ("Midjourney") respectfully submits this Statement of Recent Decision relevant to Midjourney's pending Motion to Dismiss. (ECF No. 160.) In *Doe 1 et al. v. GitHub, Inc. et al.*, No. 4:22-cv-06823-JST (N.D. Cal. June 24, 2024) ("*Doe 1*"), Judge Tigar granted defendants' motions to dismiss plaintiffs' claims under the Digital Millennium Copyright Act, 17 U.S.C. §§ 1202(b)(1) and 1202(b)(3), addressing arguments similar to those raised in this case. Moreover, at oral argument on May 8, 2024, counsel for plaintiffs in this case requested that this Court defer ruling on defendants' motions to dismiss plaintiffs' DMCA claims until Judge Tigar issued his decision on the then-pending *Doe 1* motion to dismiss (ECF No. 208 at 41:1-8) – which Judge Tigar has now done.

A copy of the *Doe 1* Order is attached hereto as **Exhibit 1**.

Dated: July 17, 2024

CLEARY GOTTLIEB STEEN & HAMILTON LLP

*/s/ Angela L. Dunning*
Angela L. Dunning (212047)
adunning@cgsh.com