Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
David W. Lerch (State Bar No. 229411)
Elissa A. Buchanan (State Bar No. 249996)
Kathleen J. McMahon (State Bar No. 340007)
Evan Creutz (State Bar No. 349728)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
Email:      jsaveri@saverilawfirm.com
            czirpoli@saverilawfirm.com
            cyoung@saverilawfirm.com
            dlerch@saverilawfirm.com
            eabuchanan@saverilawfirm.com
            kmcmahon@saverilawfirm.com
            ecreutz@saverilawfirm.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, et al.,<br><br>*Individual and Representative Plaintiffs,*<br><br>v.<br><br>STABILITY AI, LTD., et al.,<br><br>*Defendants.* | Case No. 3:23-cv-00201-WHO<br><br>**NOTICE OF APPEARANCE OF EVAN CREUTZ** |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      Please take notice that Evan Creutz of Joseph Saveri Law Firm, LLP hereby appears as counsel

3  of record for Plaintiffs in this action. Mr. Creutz is registered with the Court's CM/ECF system and

4  may be served notice through that system. Mr. Creutz's contact information is as follows:

Evan Creutz (State Bar. No. 349728)
Joseph Saveri Law Firm, LLP
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone: 415-500-6800
Facsimile: 415-395-9940
Email: ecreutz@saverilawfirm.com

10  Dated: August 5, 2024      Respectfully Submitted,

11      By:    */s/ Joseph R. Saveri*

12          Joseph R. Saveri

13  Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
14  Christopher K.L. Young (State Bar No. 318371)
David W. Lerch (State Bar No. 229411)
15  Elissa A. Buchanan (State Bar No. 249996)
Kathleen J. McMahon (State Bar No. 340007)
16  Evan Creutz (State Bar No. 349728)
17  **JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
18  San Francisco, California 94108
19  Telephone: (415) 500-6800
Facsimile: (415) 395-9940
20  Email:   jsaveri@saverilawfirm.com
21          czirpoli@saverilawfirm.com
        cyoung@saverilawfirm.com
22          dlerch@saverilawfirm.com
        eabuchanan@saverilawfirm.com
23          kmcmahon@saverilawfirm.com
        ecreutz@saverilawfirm.com
24

25  *Counsel for Individual and Representative Plaintiffs and the Proposed Class*