Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
David W. Lerch (State Bar No. 229411)
Elissa A. Buchanan (State Bar No. 249996)
Kathleen J. McMahon (State Bar No. 340007)
Evan Creutz (State Bar No. 349728)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email:     jsaveri@saverilawfirm.com
           czirpoli@saverilawfirm.com
           cyoung@saverilawfirm.com
           dlerch@saverilawfirm.com
           eabuchanan@saverilawfirm.com
           kmcmahon@saverilawfirm.com
           ecreutz@saverilawfirm.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, et al.,<br><br>*Individual and Representative Plaintiffs,*<br><br>v.<br><br>STABILITY AI, LTD., et al.,<br><br>*Defendants.* | Case No. 3:23-cv-00201-WHO<br><br>**NOTICE OF APPEARANCE OF EVAN CREUTZ** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

 Please take notice that Evan Creutz of Joseph Saveri Law Firm, LLP hereby appears as counsel of record for Plaintiffs in this action. Mr. Creutz is registered with the Court's CM/ECF system and may be served notice through that system. Mr. Creutz's contact information is as follows:

> Evan Creutz (State Bar. No. 349728)
> Joseph Saveri Law Firm, LLP
> 601 California Street, Suite 1505
> San Francisco, CA  94108
> Telephone: 415-500-6800
> Facsimile: 415-395-9940
> Email: ecreutz@saverilawfirm.com

Dated:  August 6, 2024

Respectfully Submitted,

By:   */s/ Evan Creutz*
   Evan Creutz

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
David W. Lerch (State Bar No. 229411)
Elissa A. Buchanan (State Bar No. 249996)
Kathleen J. McMahon (State Bar No. 340007)
Evan Creutz (State Bar No. 349728)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
   czirpoli@saverilawfirm.com
   cyoung@saverilawfirm.com
   dlerch@saverilawfirm.com
   eabuchanan@saverilawfirm.com
   kmcmahon@saverilawfirm.com
   ecreutz@saverilawfirm.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*