Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
David W. Lerch (State Bar No. 229411)
Elissa A. Buchanan (State Bar No. 249996)
Louis A. Kessler (State Bar No. 243703)
Holden Benon (State Bar No. 325847)
Evan Creutz (State Bar No. 349728)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
Email:       jsaveri@saverilawfirm.com
                czirpoli@saverilawfirm.com
                cyoung@saverilawfirm.com
                dlerch@saverilawfirm.com
                eabuchanan@saverilawfirm.com
                lkessler@saverilawfirm.com
                hbenon@saverilawfirm.com
                ecreutz@saverilawfirm.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SARAH ANDERSEN, et al., *Individual and Representative Plaintiffs,* v. STABILITY AI, LTD., et al., *Defendants.* | Case No. 3:23-cv-00201-WHO **NOTICE OF WITHDRAWAL OF COUNSEL** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Kathleen J. McMahon is no longer an attorney at the Joseph Saveri Law Firm, LLP and is hereby withdrawn as counsel for Plaintiffs. Kathleen J. McMahon should be removed from the Court's service list with respect to this action. The Joseph Saveri Law Firm, LLP continues to represent the Plaintiffs. All future correspondence and papers in this action should continue to be directed to counsel of record.

Dated: August 12, 2024

Respectfully Submitted,

By: /s/ Joseph R. Saveri
    Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
David W. Lerch (State Bar No. 229411)
Elissa A. Buchanan (State Bar No. 249996)
Louis A. Kessler (State Bar No. 243703)
Holden Benon (State Bar No. 325847)
Evan Creutz (State Bar No. 349728)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone:   (415) 500-6800
Facsimile:    (415) 395-9940
Email:         jsaveri@saverilawfirm.com
               czirpoli@saverilawfirm.com
               cyoung@saverilawfirm.com
               dlerch@saverilawfirm.com
               eabuchanan@saverilawfirm.com
               lkessler@saverilawfirm.com
               hbenon@saverilawfirm.com
               ecreutz@saverilawfirm.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*