Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
David W. Lerch (State Bar No. 229411)
Elissa A. Buchanan (State Bar No. 249996)
Evan Creutz (State Bar No. 349728)
Holden J. Benon (State Bar No. 325847)
Louis A. Kessler (State Bar No. 243703)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:     (415) 395-9940
Email:         jsaveri@saverilawfirm.com
               czirpoli@saverilawfirm.com
               cyoung@saverilawfirm.com
               dlerch@saverilawfirm.com
               eabuchanan@saverilawfirm.com
               ecreutz@saverilawfirm.com
               hbenon@saverilawfirm.com
               lkessler@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, 406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile:  (415) 395-9940
Email:      mb@butterickkaw.com

*Counsel for Individual and Representative
Plaintiffs and the Proposed Class*

[Additional counsel on signature page]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| SARAH ANDERSEN, et al., <br><br> *Individual and Representative Plaintiffs,* <br><br> v. <br><br> STABILITY AI, LTD., et al., <br><br> *Defendants.* | Case No. 3:23-cv-00201-WHO <br><br> **MOTION TO STRIKE DEFENDANT MIDJOURNEY, INC'S REPLY IN SUPPORT OF ADMINISTRATIVE MOTION FOR CLARIFICATION [ECF 225]** |

Pursuant to Civil L.R. 7-11(c), a Motion for Administrative Relief "is deemed submitted for immediate determination … on the day after the opposition is due." The local rules do not provide for a reply brief in support of a motion for administrative relief. Because the Court has not granted Midjourney leave to file a motion for reconsideration, a reply in support of a request for leave to file a motion for consideration is similarly inappropriate. Plaintiffs' respectfully request that the Court strike Midjourney's improper reply.

| | |
|---|---|
| Dated: September 13, 2024 | By:    */s/ Joseph R. Saveri*<br>       Joseph R. Saveri |

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
David W. Lerch (State Bar No. 229411)
Elissa A. Buchanan (State Bar No. 249996)
Evan Creutz (State Bar No. 349728)
Holden J. Benon (State Bar No. 325847)
Louis A. Kessler (State Bar No. 243703)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone:   (415) 500-6800
Facsimile:   (415) 395-9940
Email:   jsaveri@saverilawfirm.com
            czirpoli@saverilawfirm.com
            cyoung@saverilawfirm.com
            dlerch@saverilawfirm.com
            eabuchanan@saverilawfirm.com
            ecreutz@saverilawfirm.com
            hbenon@saverilawfirm.com
            lkessler@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:   (323) 968-2632
Facsimile:   (415) 395-9940
Email:   mb@buttericklaw.com

Brian D. Clark (*pro hac vice*)
Laura M. Matson (*pro hac vice*)
Eura Chang (*pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone:   (612)339-6900
Facsimile:   (612)339-0981
Email:   bdclark@locklaw.com
            lmmatson@locklaw.com
            echang@locklaw.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*