[Counsel Listed on Signature Pages]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, KELLY MCKERNAN, KARLA ORTIZ, H. SOUTHWORTH PKA HAWKE SOUTHWORTH, GRZEGORZ RUTKOWKSI, GREGORY MANCHESS, GERALD BROM, JINGNA ZHANG, JULIA KAYE, ADAM ELLIS;<br><br>*Individual and Representative Plaintiffs*,<br><br>v.<br><br>STABILITY AI LTD., STABILITY AI, INC., DEVIANTART, INC., MIDJOURNEY, INC., RUNWAY AI, INC.<br><br>*Defendants*. | Case No. 3:23-cv-00201-WHO<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE: CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. William H. Orrick<br>Courtroom: 6 – 2nd Floor<br><br>Action Filed: January 13, 2023 |

Pursuant to Civil Local Rule 16-2, the undersigned Parties to the above-captioned action, by and through their respective counsel of record, hereby stipulate the following:

1. WHEREAS, Plaintiffs Sarah Andersen, Karla Ortiz, and Kelly McKernan (collectively, the "Original Plaintiffs") filed an initial Complaint on January 13, 2023 (ECF No. 1);

2. WHEREAS, on April 18, 2023, Defendants Midjourney, Inc., DeviantArt, Inc., Stability AI Ltd., and Stability AI, Inc. (collectively, "Defendants"), jointly moved to continue the initial Case Management Conference and stay deadlines, including discovery obligations, to a date after Defendants' motions to dismiss and Defendant DeviantArt, Inc.'s special motion to strike were decided (ECF No. 60);

3. WHEREAS, on April 26, 2023 the Court issued an order continuing the initial Case Management Conference to August 29, 2023 and likewise continuing "[t]he related obligations, including Rule 26(f) requirements" (ECF No. 63);

4. WHEREAS, on August 3, 2023, Defendants jointly moved to continue the initial Case Management Conference, and stay all related discovery deadlines, until after the Court resolved Defendants' motions to dismiss (ECF No. 92);

5. WHEREAS, on August 8, 2023, the Court continued the initial Case Management Conference to September 19, 2023, and continued "[a]ttendant rule 26 deadlines" for Defendants DeviantArt, Inc. and Midjourney, Inc. (ECF No. 95);

6. WHEREAS, the Court issued its first Order on Defendants' motions to dismiss and special motion to strike on October 30, 2023, which dismissed the Original Plaintiffs' claims against Defendants Midjourney, Inc. and DeviantArt, Inc. in their entirety with leave to amend (ECF No. 117);

7. WHEREAS, on October 31, 2023, the Original Plaintiffs and Defendants Stability AI Ltd. and Stability AI, Inc. filed a Joint Case Management Statement, wherein Defendants DeviantArt, Inc. and Midjourney, Inc. "reserve[d] all rights to object and respond to any proposed pretrial schedule or statements or representations made by [the Original] Plaintiffs and/or [Defendants Stability AI Ltd. and Stability AI, Inc.] herein during the forthcoming November 7, 2023 Case Management Conference, or otherwise," but otherwise represented that they had "not substantively participated in the preparation

of this Joint Case Management Statement" given the Court's order continuing all Rule 26 obligations for Defendants DeviantArt, Inc. and Midjourney, Inc. (ECF No. 119);

8.  WHEREAS, the initial Case Management Conference between the Original Plaintiffs and Defendants Stability AI Ltd. and Stability AI, Inc. was held on November 7, 2023 (ECF No. 121);

9.  WHEREAS, counsel for Defendants Midjourney, Inc. and DeviantArt, Inc. attended but did not participate in the November 7, 2023 initial Case Management Conference between the Original Plaintiffs and Defendants Stability AI Ltd. and Stability AI, Inc. (ECF No. 121);

10. WHEREAS, on November 29, 2023, Plaintiffs Sarah Andersen, Kelly McKernan, Karla Ortiz, H. Southworth Pka Hawke Southworth, Grzegorz Rutkowski, Gregory Manchess, Gerald Brom, Jingna Zhang, Julia Kaye, and Adam Ellis (collectively, "Plaintiffs") filed a First Amended Complaint, which added Defendant Runway AI, Inc. (ECF No. 129);

11. WHEREAS, on May 8, 2024, the Court held a hearing on Defendants' motions to dismiss and counsel for Plaintiffs reminded the Court of the discovery limitations pending resolution of the motion to dismiss, and the Court responded that a case management conference may assist the parties in proceeding as efficiently as possible. (ECF 208, Tr. at 48-49);

12. WHEREAS, on August 12, 2024, the Court issued an order granting in part and denying in part Defendants' motions to dismiss and granting Plaintiffs leave to amend (ECF No. 223);

13. WHEREAS, Plaintiffs will file their Second Amended Complaint, which Plaintiffs represent will neither add claims nor replead any dismissed claims;

14. WHEREAS, the Parties met and conferred and hereby stipulate that a case management conference should be scheduled for October 29, 2024, at 2:00 P.M., or at a later date that is convenient for the Court and the Parties, to address issues related to discovery and the case schedule;

NOW, THEREFORE IT IS HEREBY STIPULATED, by and between the Parties and their respective counsel, that the Case Management Conference shall be rescheduled for October 29, 2024, at 2:00 P.M., or at a later date that is convenient for the Court and the Parties.

| | |
|---|---|
| Dated: September 27, 2024 | Respectfully submitted, |
| | By: /s/ *Joseph R. Saveri* |
| | Joseph R. Saveri (SBN 130064)<br>Cadio Zirpoli (SBN 179108)<br>Christopher K.L. Young (SBN 318371)<br>Elissa A. Buchanan (SBN 249996)<br>Evan Creutz (SBN 349728)<br>David Lerch (SBN 229411)<br>**JOSEPH SAVERI LAW FIRM, LLP**<br>601 California Street, Suite 1505<br>San Francisco, California 94108<br>Telephone: (415) 500-6800<br>Facsimile: (415) 395-9940<br>Email:   jsaveri@saverilawfirm.com<br>              cyoung@saverilawfirm.com<br>              eabuchanan@saverilawfirm.com<br>              ecreutz@saverilawfirm.com<br>              dlerch@saverilawfirm.com |
| | Matthew Butterick (State Bar No. 250953)<br>1920 Hillhurst Avenue, #406<br>Los Angeles, CA 90027<br>Telephone: (323) 968-2632<br>Facsimile: (415) 395-9940<br>Email: mb@butericklaw.com |
| | Brian D. Clark (*pro hac vice*)<br>Laura M. Matson (*pro hac vice*)<br>Arielle Wagner (*pro hac vice*)<br>Eura Chang (*pro hac vice*)<br>**LOCKRIDGE GRINDAL NAUEN PLLP**<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>Telephone:  (612)339-6900<br>Facsimile:   (612)339-0981<br>Email:    bdclark@locklaw.com<br>              lmmatson@locklaw.com<br>              aswagner@locklaw.com<br>              echang@locklaw.com |
| | *Counsel for Individual and Representative Plaintiffs and the Proposed Class* |

Dated: September 27, 2024                Respectfully Submitted,

                                         By:  /s/ Brittany N. Lovejoy

                                         Andrew M. Gass (SBN 259694)
                                         Michael H. Rubin (SBN 214636)
                                         Brittany N. Lovejoy (SBN 286813)
                                         **LATHAM & WATKINS LLP**
                                         505 Montgomery Street, Suite 2000
                                         San Francisco, California 94111-6538
                                         Telephone: (415) 391-0600
                                         Email: andrew.gass@lw.com
                                                michael.rubin@lw.com
                                                brittany.lovejoy@lw.com

                                         *Counsel for Defendant DeviantArt, Inc.*

Dated: September 27, 2024                Respectfully Submitted,

                                         By:  /s/ Aditya Vijay Kamdar

                                         Joseph Charles Gratz
                                         Eoin Paul Connolly
                                         Tiffany Cheung
                                         Timothy Chen Saulsbury
                                         **MORRISON & FOERSTER LLP**
                                         425 Market Street
                                         San Francisco, California 94105
                                         Telephone: (415) 268-7000
                                         Email: jgratz@mofo.com
                                                econnolly@mofo.com
                                                tcheung@mofo.com
                                                tsaulsbury@mofo.com

                                         Laura Gilbert Remus
                                         **MORRISON & FOERSTER LLP**
                                         707 Wilshire Boulevard, Suite 6000
                                         Los Angeles, CA 90017-3543
                                         Telephone: (213) 892-5200
                                         Email: lremus@mofo.com

                                         Aditya Vijay Kamdar
                                         **MORRISON & FOERSTER LLP**
                                         2100 L Street NW, Suite 900
                                         Washington, DC 20037
                                         Telephone: (202) 887-1500

Email: akamdar@mofo.com

Mark Alan Lemley
**LEX LUMINA PLLC**
745 Fifth Avenue, Suite 500
New York, NY 10151
Telephone: (646) 906-8657
Email: mlemley@lex-lumina.com

*Counsel for Defendants Stability AI Ltd. and Stability AI, Inc.*

Dated: September 27, 2024                                Respectfully Submitted,

By:  */s/ Angela Dunning*

Angela Dunning
Sam Blankenship
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304-1248
Telephone: (650) 815-4131
Email: adunning@cgsh.com
        sblankenship@cgsh.com

Amira Perryman
Arminda B. Bepko
Vishakha Joshi
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2517
Email: aperryman@cgsh.com
        abepko@cgsh.com
        vjoshi@cgsh.com

*Counsel for Defendant Midjourney, Inc.*

Dated: September 27, 2024　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　By:  /s/ Paven Malhotra

　　　　　　　　　　　　　　　　　　　　　　　David Jason Silbert
　　　　　　　　　　　　　　　　　　　　　　　Paven Malhotra
　　　　　　　　　　　　　　　　　　　　　　　Bailey Wilson Heaps
　　　　　　　　　　　　　　　　　　　　　　　Julia Leigh Greenberg
　　　　　　　　　　　　　　　　　　　　　　　Luke P. Apfeld
　　　　　　　　　　　　　　　　　　　　　　　**KEKER VAN NEST & PETERS LLP**
　　　　　　　　　　　　　　　　　　　　　　　633 Battery Street
　　　　　　　　　　　　　　　　　　　　　　　San Francisco, California 94111-1809
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (415) 391-5400
　　　　　　　　　　　　　　　　　　　　　　　Email: dsilbert@keker.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　pmalhotra@keker.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　bheaps@keker.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　jgreenberg@keker.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　lapfeld@keker.com

　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Runway AI, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

　　　　　　　　　　　　　　　　　　　　　　　The Honorable William H. Orrick
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

The filer attests that the other signatories listed, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the filing's content and have authorized the filing.

Dated: September 27, 2024                                         */s/  Joseph R. Saveri*
                                                                                                Joseph R. Saveri