# EXHIBIT D

# (Stability Text Prompt)

Exhibit D: Stability text prompts — p.1

# prompt: "chef"






Exhibit D: Stability text prompts — p.2
# prompt: "gregory manchess chef"






Exhibit D: Stability text prompts — p.3
# prompt: "gerald brom chef"






Exhibit D: Stability text prompts — p.4
# prompt: "jingna zhang chef"






Exhibit D: Stability text prompts — p.5
# prompt: "teacher"






Exhibit D: Stability text prompts — p.6
# prompt: "gregory manchess teacher"






Exhibit D: Stability text prompts — p.7
# prompt: "gerald brom teacher"






Exhibit D: Stability text prompts — p.8
# prompt: "jingna zhang teacher"




