# EXHIBIT E

# (Runway Text Prompts)

Exhibit E: Runway text prompts — p.1
# prompt: "chef"






Exhibit E: Runway text prompts — p.2
# prompt: "gregory manchess chef"






Exhibit E: Runway text prompts — p.3
# prompt: "gerald brom chef"






Exhibit E: Runway text prompts — p.4
# prompt: "jingna zhang chef"






Exhibit E: Runway text prompts — p.5
# prompt: "kelly mckernan chef"






Exhibit E: Runway text prompts — p.6
# prompt: "sarah andersen chef"






Exhibit E: Runway text prompts — p.7

# prompt: "teacher"






Exhibit E: Runway text prompts — p.8
# prompt: "gregory manchess teacher"






Exhibit E: Runway text prompts — p.9
# prompt: "gerald brom teacher"






Exhibit E: Runway text prompts — p.10
# prompt: "jingna zhang teacher"







Exhibit E: Runway text prompts — p.11
# prompt: "kelly mckernan teacher"






Exhibit E: Runway text prompts — p.12
# prompt: "sarah andersen teacher"




