# EXHIBIT H

# (Runway Image Prompts)

Exhibit H: Runway image prompts — p.1
# Gerald Brom: Lady Of The Lake (original top left)






Exhibit H: Runway image prompts — p.2

# Gerald Brom: Perchta (original top left)






Exhibit H: Runway image prompts — p.3

# Gerald Brom: Santa (original top left)






Exhibit H: Runway image prompts — p.4

# Gregory Manchess: Bears (original top left)






Exhibit H: Runway image prompts — p.5
# Gregory Manchess: Snow Leopards (original top left)

 
 

Exhibit H: Runway image prompts — p.6
# Grzegorz Rutkowski: Dragon (original top left)






Exhibit H: Runway image prompts — p.7
# Grzegorz Rutkowski: Dwarf (original top left)






Exhibit H: Runway image prompts — p.8
# Hawke Southworth: Flowers (original top left)



Exhibit H: Runway image prompts — p.9
# Jingna Zhang: Alodia (original top left)






Exhibit H: Runway image prompts — p.10

# Jingna Zhang: From The Ashes (original top left)






Exhibit H: Runway image prompts — p.11

# Jingna Zhang: Her Resting Place (original top left)






Exhibit H: Runway image prompts — p.12
# Jingna Zhang: Motherland Chronicles (original top left)






Exhibit H: Runway image prompts — p.13
# Jingna Zhang: Underwater (original top left)






Exhibit H: Runway image prompts — p.14

# Karla Ortiz: Illustration (original top left)






Exhibit H: Runway image prompts — p.15
# Karla Ortiz: Rigidum (original top left)






Exhibit H: Runway image prompts — p.16
# Karla Ortiz: Ultimum (original top left)






Exhibit H: Runway image prompts — p.17
# Kelly McKernan: Reverie (original top left)




