# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** October 29, 2024 | **Time:** 21 minutes<br>2:23 p.m. to 2:44 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.**: 23-cv-00201-WHO | **Case Name:** Andersen v. Stability AI Ltd., et al. | |

**Attorneys for Plaintiff:**  Arielle S. Wagner, Christopher Young, Matthew Butterick, and Joseph R. Saveri

**Attorneys for Stability:**  Joseph C. Gratz

**Attorneys for Midjourney:**  Angela Dunning

**Attorneys for DeviantArt, Inc.:**  Andrew M. Gass and Brittany N. Lovejoy

**Attorneys for Runway AI, Inc.:**  David J. Silbert, Paven Malhotra, and Bailey W. Heaps

**Deputy Clerk:** Jean Davis                                                 **Court Reporter:** Beth Krupa

# PROCEEDINGS and MINUTE ORDER

Case Management Conference conducted via videoconference. The Court tightens the parties' proposed schedule, to advance the trial date and set the motions for class certification and summary judgment at the same time, rather than sequenced.  The Court welcomes fine tuning of the schedule via stipulation of counsel. Otherwise, the court adopts the schedule proposed in the Joint Case Management Statement through the replies to the motions (Oct. 19, 2026) and sets the other dates noted in this Minute Order.

Assuming that the expected Second Amended Complaint impacts only the named plaintiffs who may have no claims following the Court's August 12, 2024 Order, and does not add claims or otherwise expand the scope of the case, the discovery stay is LIFTED and full discovery may commence.

**Further Case Management Conference set for December 17, 2024 at 2:00 p.m.**  Case management statement to be filed by December 10, 2024.

Motion Hearing Class Certification and Summary Judgment set for **November 4, 2026** at 2:00 p.m.

**TRIAL SCHEDULE:**

**Pretrial Conference:**          **March 1, 2027 at 2:00 p.m.**
**Trial:**                        **April 5, 2027 at 8:30 a.m. by Jury**