Joseph R. Saveri (State Bar No. 130064)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email: mb@buttericklaw.com

Laura M. Matson *(admitted pro hac vice)*
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
Email: lmmatson@locklaw.com

*Counsel for Individual and Representative
Plaintiffs and the Proposed Class*

[Additional Counsel Listed on Signature Page]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| Sarah Andersen, et al., <br><br> *Individual and Representative Plaintiffs*, <br><br> v. <br><br> Stability AI Ltd., a UK corporation, et al., <br><br> *Defendants*. | Case No. 3:23-cv-00201-WHO <br><br> **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

1    The Court's Order on Motions to Dismiss First Amended Complaint ("Order") dismissed

2    claims brought by Plaintiffs Kelly McKernan and H. Southworth (the "DMCA Plaintiffs") under

3    the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 1202(b). ECF No. 223 at 11-13.

4    The Court adopted Judge Tigar's holding in *Doe 1 v. GitHub, Inc.*, No 22-cv-06823-JST, 2024

5    235217, at *8 (N.D. Cal. Jan. 22, 2024), that DMCA § 1202(b) claims require "identicality"

6    between original works and copies from which copyright management information is removed.

7    Judge Tigar has since certified this "identicality" requirement for interlocutory appeal. *See Doe 1 v.*

8    *GitHub, Inc.*, No. 22-cv-06823-JST, 2024 WL 4336532 (N.D. Cal. Sep. 27, 2024).

9    The Court's Order also granted Plaintiffs leave to file a Second Amended Complaint

10   ("SAC") adding new plaintiffs. ECF No. 223 at 8. In the Joint Case Management Statement and

11   Rule 26(f) Report ("Joint Statement"), Plaintiffs confirmed their intent to file a SAC, representing

12   that they would make no substantive changes inviting additional Rule 12 challenges. *See id.* They

13   also indicated their intention to preserve the DMCA Plaintiffs' right to seek reconsideration of their

14   dismissed claims should the Ninth Circuit find no "identicality" requirement in Section 1202(b).

15   ECF 235 at 8-9.

16   Standard procedure allows parties to seek reconsideration of dismissed claims after a

17   material change in law. Here, however, compliance with the Court's Order required filing a SAC

18   without the DMCA Plaintiffs—potentially compromising their right to seek reconsideration after a

19   favorable Ninth Circuit ruling on the "identicality" requirement. To protect this right, Plaintiffs

20   initially included the DMCA Plaintiffs in the SAC.

21   Defendants have agreed not to challenge future reconsideration of DMCA claims based on

22   their omission from the SAC, while preserving all other grounds for opposition. ECF No. 235 ¶ 5.

23   Based on this agreement, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs and the proposed

24   class now voluntarily dismiss with prejudice all DMCA claims (Counts Three, Six, and Eleven)

25   from the Second Amended Complaint. ECF No. 238. Plaintiffs Kelly McKernan and H.

26   Southworth pka Hawke Southworth accordingly withdraw from this action.

27

28

| | |
|---|---|
| 1 | Dated: November 21, 2024 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |

Respectfully submitted,

By:  /s/ *Joseph R. Saveri*
　　　Joseph R. Saveri

Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
Elissa A. Buchanan (SBN 249996)
Evan Creutz (SBN 349728)
David Lerch (SBN 229411)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email:　　jsaveri@saverilawfirm.com
　　　　　cyoung@saverilawfirm.com
　　　　　eabuchanan@saverilawfirm.com
　　　　　ecreutz@saverilawfirm.com
　　　　　dlerch@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email: mb@butterricklaw.com

Brian D. Clark (*pro hac vice*)
Laura M. Matson (*pro hac vice*)
Arielle Wagner (*pro hac vice*)
Eura Chang (*pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone:  (612)339-6900
Facsimile:  (612)339-0981
Email:　　bdclark@locklaw.com
　　　　　lmmatson@locklaw.com
　　　　　aswagner@locklaw.com
　　　　　echang@locklaw.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)