1   JOSEPH C. GRATZ (CA SBN 240676)
    JGratz@mofo.com
2   TIFFANY CHEUNG (CA SBN 211497)
    TCheung@mofo.com
3   TIMOTHY CHEN SAULSBURY (CA SBN 281434)
    TSaulsbury@mofo.com
4   MORRISON & FOERSTER LLP
    425 Market Street
5   San Francisco, California 94105-2482
    Telephone:    415.268.7000
6   Facsimile:    415.268.7522

7   MARK A. LEMLEY (CA SBN 155830)
    mlemley@lex-lumina.com
8   LEX LUMINA PLLC
    745 Fifth Avenue, Suite 500
9   New York, New York 10151
    Telephone:    646.898.2055
10  Facsimile:    646.906.8657

11  [CAPTION PAGE CONTINUED ON NEXT PAGE]

12  Attorneys for Defendants
    STABILITY AI LTD. and STABILITY AI, INC.

13

14                  UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16                    SAN FRANCISCO DIVISION

17

18  SARAH ANDERSEN, ET AL.,                Case No. 3:23-cv-00201

19              Plaintiffs,                **DEFENDANTS STABILITY AI LTD.
                                           AND STABILITY AI, INC.'S ANSWER**
20       v.                                **TO SECOND COMPLAINT**

21  STABILITY AI LTD., ET AL.,

22              Defendants.

23                                         Judge:  Hon. William H. Orrick

24

25

26

27

28

1    ADITYA V. KAMDAR (CA SBN 324567)
     AKamdar@mofo.com
2    MORRISON & FOERSTER LLP
     2100 L Street, NW, Suite 900
3    Washington, DC 20037
     Telephone:    202.887.1500
4    Facsimile:    202.887.0763

5    LAURA G. REMUS (CA SBN 352638)
     LRemus@mofo.com
6    MORRISON & FOERSTER LLP
     707 Wilshire Boulevard, Suite 6000
7    Los Angeles, California 90017-3543
     Telephone:    213.892.5200
8    Facsimile:    213.892.5454

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Defendants Stability AI Ltd. and Stability AI, Inc. (collectively "Stability AI"), by and through the undersigned counsel, submit the following answer to Plaintiffs' Second Amended Complaint ("SAC").

Stability AI states that the headings and sub-headings throughout the SAC do not constitute well-pleaded allegations of fact and, therefore, require no response. To the extent that a response is deemed required, Stability AI denies the allegations contained in the SAC's headings and sub-headings.

Stability AI denies all allegations in the SAC that are not explicitly admitted and otherwise answers as follows.

## I. AI IMAGE PRODUCTS ARE TRAINED ON VAST NUMBERS OF COPYRIGHTED IMAGES WITHOUT CONSENT, CREDIT, OR COMPENSATION AND VIOLATE THE RIGHTS OF MILLIONS OF ARTISTS

1. Denied.

2. Denied.

3. Denied.

4. Stability AI admits that Emad Mostaque stated on the Narratives Podcast linked to in paragraph 4 of the SAC: "Stable Diffusion is the model itself. It's a collaboration that we did with a whole bunch of people … We took 100,000 gigabytes of images and compressed it to a two-gigabyte file that can recreate any of those and iterations of those." Stability AI denies any remaining allegations in this paragraph.

5. Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

6. Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

7. Denied.

8.    To the extent that the allegations in this paragraph refer to Plaintiffs, Stability AI lacks knowledge or information sufficient to admit or deny, and on that basis denies them.  To the extent that the allegations in this paragraph refer to Midjourney, Stability AI lacks knowledge or information sufficient to admit or deny, and on that basis denies them.  Stability AI denies any remaining allegations in this paragraph.

9.    Denied.

10.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

## II.  JURISDICTION AND VENUE

11.    Admitted.

12.    Stability AI does not dispute that jurisdiction and venue are proper in this District. Stability AI denies any remaining allegations in this paragraph.

13.    Stability AI does not dispute the assignment of this case to the San Francisco Division.  Stability AI denies any remaining allegations in this paragraph.

## III.  PLAINTIFFS

14.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

15.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

16.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

17.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

18.     Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

19.     Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

20.     Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

21.     Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

22.     Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

23.     Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

24.     Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

25.     Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

26.     Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

### IV.  DEFENDANTS

27.     Stability AI admits that defendant Stability AI Ltd. is a UK corporation with its principal place of business at 88 Notting Hill Gate, London, England, W11 3HP.  Stability AI admits that Stability AI Ltd. was founded by Mohammad Emad Mostaque.  Stability AI lacks knowledge or information sufficient to admit or deny any additional allegations that relate to

Mr. Mostaque, and on that basis denies them. Stability AI denies any remaining allegations in this paragraph.

28.    Admitted.

29.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

30.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

31.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

## V.  AGENTS AND CO-CONSPIRATORS

32.    Denied.

33.    Denied.

## VI.  CLASS ALLEGATIONS

**A.    Class Definitions**

34.    Denied.

35.    Denied.

**B.    Numerosity**

36.    Denied.

**C.    Typicality**

37.    Denied.

**D.    Commonality & Predominance**

38.    Denied.

39.    Denied.

40.    Denied.

41.    Denied.

42.    Denied.

43.    Denied.

44.    Denied.

**E.    Adequacy**

45.    Denied.

**F.    Other Class Considerations**

46.    Denied.

47.    Denied.

48.    Denied.

## VII.  ARTISTS AND THEIR WORKS

49.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

50.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

51.    Denied.

52.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

53.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

54.    Denied.

55.    Denied.

56.    Denied.

## VIII.  THE SOURCE OF THE TRAINING DATASETS: LAION

57.    Stability AI admits that LAION appears to be an acronym for "Large-scale Artificial Intelligence Open Network."  Stability AI admits that the LAION website states that the Organizational Lead/Founder is Christoph Schuhmann.  Stability AI admits that the LAION website states: "We are a non-profit organization with members from all over the world, aiming to make large-scale machine learning models, datasets and related code available to the general public."  Stability AI admits that the LAION "Team" website lists Robin Rombach, Katherine Crowson, and Romain Beaumont.  Stability AI lacks knowledge or information sufficient to admit or deny the remaining allegations in this paragraph, and on that basis denies them.

58.    Stability AI admits that LAION makes available datasets.  Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

59.    Stability AI admits that the link in paragraph 59 of the SAC is to a paper titled "LAION-400M: Open Dataset of CLIP-Filtered 400 Million Image-Text Pairs." Stability AI lacks knowledge or information sufficient to admit or deny any remaining allegations in this paragraph, and on that basis denies them.

60.    Stability AI admits that one format of the LAION-400M dataset appears to include metadata records that contain the following attributes: sample ID, URL, text, license, NSFW, similarity, width, and height.  Stability AI lacks knowledge or information sufficient to admit or deny the remaining allegations in this paragraph, and on that basis denies them.

61.    Stability AI admits that LAION has released software called "img2dataset." Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

62.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

63.    Stability AI admits that the LAION-400M Paper linked in paragraph 59 of the SAC states, "To create image-text pairs, we parse through WAT files from Common Crawl and parse out all HTML IMG tags containing an alt-text attribute. We download the raw images from the parsed URLs with asynchronous requests using Trio and Asks libraries." Stability AI lacks knowledge or information sufficient to admit or deny the remaining allegations in this paragraph, and on that basis denies them.

64.    Stability AI admits that the first Twitter post linked in paragraph 64 of the SAC appears to be from Mr. Mostaque and states: "I funded LAION, underlying dataset for both stable diffusion and Craiyon." Stability AI admits that the second Twitter post linked to in paragraph 64 of the SAC appears to be from Mr. Mostaque and states: "We actually have/had no influence on CompVis or LAION, did not funded either to build the models nor have we received commercial models." Stability AI lacks knowledge or information sufficient to admit or deny the remaining allegations in this paragraph, and on that basis denies them.

65.    Stability AI admits that the LAION-5B Paper linked to in paragraph 65 of the SAC is titled "LAION-5B: An open large-scale dataset for training next generation image-text models." Stability AI admits that the LAION-5B Paper states that LAION-44M is "a previously released subset of LAION-5B." Stability AI lacks knowledge or information sufficient to admit or deny any remaining allegations in this paragraph, and on that basis denies them.

66.    Stability AI admits that one format of LAION-5B appears to contain metadata records that contain the following attributes:  64-bit integer identifier, URL of the image, text string, height and width of the image, cosine similarity between the text and image embeddings, and the output from NSFW and watermark detectors.  Stability AI lacks knowledge or information sufficient to admit or deny the remaining allegations in this paragraph, and on that basis denies them.

67.     Stability AI admits that LAION has released software called "img2dataset." Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

68.     Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

69.     Stability AI admits that the LAION-5B Paper linked in paragraph 65 of the SAC states: "To extract image-text pairs from Common Crawl, we parse the HTML IMG (image) tags from Common Crawl's WAT metadata file" and "In order to maximize resource utilization, we downloaded the raw images from the parsed URLs with asynchronous requests using the Trio and Asks Python libraries." Stability AI lacks knowledge or information sufficient to admit or deny any remaining allegations in this paragraph, and on that basis denies them.

70.     Stability AI admits that the LAION-5B Paper linked in paragraph 65 of the SAC states: "As a result, we strongly recommend that LAION-5B should only be used for academic research purposes in its current form. We advise against any applications in deployed systems without carefully investigating behavior and possible biases of models trained on LAION-5B." Stability AI lacks knowledge or information sufficient to admit or deny any remaining allegations in this paragraph, and on that basis denies them.

71.     To the extent that the allegations in this paragraph are directed at Runway, Midjourney, and DeviantArt, Stability AI lacks knowledge or information sufficient to admit or deny those allegations, and on that basis denies them. Stability AI denies any remaining allegations in this paragraph.

72.     Stability AI admits that the model card for CLIP V ViT-H/14 linked to in paragraph 72 of the SAC states: "Acknowledging stability.ai for the compute used to train this

model." Stability AI lacks knowledge or information sufficient to admit or deny any remaining allegations in this paragraph, and on that basis denies them.

73.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

74.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

75.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

76.    Stability AI admits that the language in the caption of the image in paragraph 75 of the SAC appears to match the language in the image in paragraph 74 of the SAC. Stability AI lacks knowledge or information sufficient to admit or deny the remaining allegations in this paragraph, and on that basis denies them.

77.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

78.    Denied.

79.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

80.    Stability AI admits that the Twitter post linked to in paragraph 80 of the SAC appears to be from Emad Mostaque and states: "Future models will be fully licensed and able to learn instantly from vision boards of image styles or whatever." To the extent that the allegations pertain to Runway or Midjourney, Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them. Stability AI denies any remaining allegations in this paragraph.

81.    Stability AI admits that Senator Hirono stated at a 2023 Senate Judiciary Committee Hearing: "So basically, you don't pay for the data that you put into your – to train your model." Stability AI admits that at the same hearing Ben Brooks stated: "For the base, the kind of initial training or teaching of these models with those billions of images, there is no arrangement in place." Stability AI admits that at the same hearing Senator Hirono stated: "So, you have Ms. Ortiz who says that this is wrong. Is that correct, Ms. Ortiz?" Stability AI admits that at the same hearing Karla Ortiz stated: "One hundred percent, Senator." To the extent that the allegations in this paragraph purport to summarize or are inconsistent with the transcript of this hearing, Stability AI denies those allegations.  Stability AI denies any remaining allegations of this paragraph.

## IX.  HOW AI IMAGE PRODUCTS WORK: CLIP-GUIDED DIFFUSION

82.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

83.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

84.    Stability AI admits that the link in paragraph 84 is to a paper titled "Deep Unsupervised Learning using Nonequilibrium Thermodynamics."  Stability AI lacks knowledge or information sufficient to admit or deny the remaining allegations in this paragraph, and on that basis denies them.

85.    Stability AI admits that the image in paragraph 86 appears to be an image taken from the website linked to in paragraph 85.  Stability AI lacks knowledge or information sufficient to admit or deny the remaining allegations in this paragraph, and on that basis denies them.

86.    Stability AI admits that the image in paragraph 86 appears to be an image taken from the website linked to in paragraph 85.

87.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

88.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

89.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

90.    Stability AI admits that the paper linked to in paragraph 90 of the SAC states: "diffusion models are explicitly trained to reconstruct the training set."  Stability AI lacks knowledge or information sufficient to admit or deny the remaining allegations in this paragraph, and on that basis denies them.

91.    Stability AI admits that the paper linked to in paragraph 91 is titled "Denoising Diffusion Probabilistic Models."  Stability AI lacks knowledge or information sufficient to admit or deny the remaining allegations in this paragraph, and on that basis denies them.

92.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

93.    Stability AI admits that the diagram in paragraph 94 appears in the paper linked to in paragraph 91.  Stability AI lacks knowledge or information sufficient to admit or deny the remaining allegations in this paragraph, and on that basis denies them.

94.    Stability AI admits that the image in paragraph 94 appears to be the image described in paragraph 95.

95.    Stability AI admits that the photo on the left of the diagram is labeled "Source $x_0$" and the photo on the right is labeled "Source $x'_0$."  Stability AI lacks knowledge or information

sufficient to admit or deny the remaining allegations in this paragraph, and on that basis denies them.

96.    Stability AI admits that the image in the red frame of the diagram is labeled "pixel-space interpolation."  Stability AI lacks knowledge or information sufficient to admit or deny the remaining allegations in this paragraph, and on that basis denies them.

97.    Stability AI admits that the image in the green frame is labeled "denoised interpolation."  Stability AI lacks knowledge or information sufficient to admit or deny the remaining allegations in this paragraph, and on that basis denies them.

98.    Stability AI admits that the image in paragraph 99 appears to be an enlarged detail of the two images in the diagram in paragraph 94.  Stability AI lacks knowledge or information sufficient to admit or deny the remaining allegations in this paragraph, and on that basis denies them.

99.    Denied.

100.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

101.    Stability AI admits that the paper linked to in paragraph 101 is titled "High-Resolution Image Synthesis with Latent Diffusion Models" and was authored by, among others, Robin Rombach.  Stability AI denies that Robin Rombach is currently employed by Stability AI.  Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

102.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

103.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

104.    Stability AI admits that the link in paragraph 104 of the SAC is to a paper titled "Learning Transferable Visual Models From Natural Language Supervision." To the extent that the allegations in this paragraph purport to summarize or are inconsistent with it, Stability AI denies those allegations.  Stability AI lacks knowledge or information sufficient to admit or deny any remaining allegations in this paragraph, and on that basis denies them.

105.    Stability AI admits that CLIP stands for "contrastive language-image pretraining." Stability AI lacks knowledge or information sufficient to admit or deny the remaining allegations in this paragraph, and on that basis denies them.

106.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

107.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

108.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

109.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

110.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

111.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

112.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

113.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

114.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

115.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

## X.  PROTECTED EXPRESSION FROM TRAINING IMAGES IS COPIED, COMPRESSED, STORED, AND INTERPOLATED BY DIFFUSION MODELS

116.    Stability AI lacks knowledge or information sufficient to admit or deny the remaining allegations in this paragraph, and on that basis denies them.

117.    Stability AI admits that a Twitter thread by François Chollet states: "Deep learning takes data points and turns them into a query-able structure that enables retrieval and interpolation between the points.  You could think of it as a continuous generalization of database technology…Because it is analogous to a database, the usefulness of a deep learning system depends entirely on the data points it was constructed with.  You get back what you put in (or interpolations of the same)."  Stability AI lacks knowledge or information sufficient to admit or deny the remaining allegations in this paragraph, and on that basis denies them.

118.    Stability AI lacks knowledge or information sufficient to admit or deny the remaining allegations in this paragraph, and on that basis denies them.

119.    Stability AI admits that the paper linked in paragraph 119 of the SAC states: "Last but not least, we hope that this work provides an alternative viewpoint that may help clarify the ultimate capabilities of modern artificial intelligence (AI) systems, which are typically based on deep networks such as transformers. Just as with all other natural phenomena or technical innovations that were once "black boxes" to people, significant confusion and anxiety is arising in society about the potential or implications of emerging new AI systems, including the recent large language models (LLMs) such as GPT-4 (OpenAI, 2023b), large image generation models such as Midjourney and DALL-E 3 (Betker et al., 2023), and many other multi-modal large language

models (MLLMs) (Liu et al., 2023; OpenAI, 2023a).  From the perspective of this work, in which we developed a clear understanding of transformer-type learning systems, these large models are unlikely to do anything beyond purely mechanical data compression (encoding) and interpolation (decoding).  That is, this work suggests that regarding essence of these existing large AI models, however magical and mysterious they might appear to be, compression is all there is."  To the extent that the allegations in this paragraph purport to summarize or are inconsistent with it, Stability AI denies those allegations.  Stability AI lacks knowledge or information sufficient to admit or deny any remaining allegations in this paragraph, and on that basis denies them.

120.    Denied.

121.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

122.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

123.    Stability AI admits that the announcement linked in paragraph 123 of the SAC states: "This release is the culmination of many hours of collective effort to create a single file that compresses the visual information of humanity into a few gigabytes."  To the extent that the allegations in this paragraph purport to summarize or characterize this site or is inconsistent with it, Stability AI denies those allegations.  Stability AI denies any remaining allegations in this paragraph.

124.    Stability AI admits that Mr. Mostaque appears to have stated on the Narratives Podcast linked in paragraph 124 of the SAC, "Stable Diffusion is the model itself…  We took 100,000 gigabytes of images and compressed it to a two-gigabyte file that can recreate any of those and iterations of those."  To the extent that the allegations in this paragraph purport to

summarize or characterize it or is inconsistent with it, Stability AI denies those allegations. Stability AI denies any remaining allegations in this paragraph.

125.    Stability AI admits that Mr. Mostaque stated on the podcast linked in paragraph 125 of the SAC: "We took 100,000 gigabytes of image-label pairs—2 billion images—and created a 1.6 gigabyte file … that basically compresses the visual information of a snapshot of the internet." To the extent that the allegations in this paragraph purport to summarize or characterize it or is inconsistent with it, Stability AI denies those allegations.  Stability AI denies any remaining allegations in this paragraph.

126.    Stability AI admits that Mr. Mostaque stated on the podcast linked in paragraph 126 of the SAC: "Because otherwise, we've created the most efficient compression in the world."  To the extent that the allegations in this paragraph purport to summarize, characterize, is inconsistent with, or takes the quote out of its context, Stability AI denies those allegations.  Stability AI denies any remaining allegations in this paragraph.

127.    Stability AI admits that Mr. Mostaque stated in an article linked in paragraph 127 of the SAC: "a hundred thousand gigabytes of images compressed to a two-gigabyte file."  To the extent that the allegations in this paragraph purport to summarize or characterize it or is inconsistent with it, Stability AI denies those allegations.  Stability AI denies any remaining allegations in this paragraph.

128.    Denied.

129.    To the extent that the allegations in this paragraph refer to "an active area of research in the AI field," Stability AI lacks knowledge or information sufficient to admit or deny, and on that basis denies them.  Stability AI denies any remaining allegations in this paragraph.

130.    Stability AI admits that link in paragraph 130 of the SAC is to a paper titled "Extracting Training Data from Diffusion Models."  To the extent that the allegations in this

paragraph purport to summarize or are inconsistent with it, Stability AI denies those allegations. Stability AI lacks knowledge or information sufficient to admit or deny any remaining allegations in this paragraph, and on that basis denies them.

131.    Stability AI admits that the Carlini Paper linked in paragraph 130 of the SAC states, "The appeal of generative diffusion models is rooted in their ability to synthesize novel images that are ostensibly unlike anything in the training set" and "that state-of-the-art diffusion models do memorize and regenerate individual training examples."  To the extent that the allegations in this paragraph purport to summarize or are inconsistent with it, Stability AI denies those allegations.  Stability AI lacks knowledge or information sufficient to admit or deny any remaining allegations in this paragraph, and on that basis denies them.

132.    Stability AI admits that the image described in paragraph 132 of the SAC appears to be the same one shown in paragraph 133 of the SAC. Stability AI lacks knowledge or information sufficient to admit or deny any remaining allegations in this paragraph, and on that basis denies them.

133.    Stability AI admits that the image described in paragraph 132 of the SAC appears to be the same one shown in paragraph 133 of the SAC.

134.    Stability AI admits that the Carlini Paper linked in paragraph 130 of the SAC states: "The above experiments are visually striking and clearly indicate that memorization is pervasive in large diffusion models—and that data extraction is feasible" and "State-of-the-art diffusion models memorize and regenerate individual training images… and more useful diffusion models memorize more than weaker diffusion models." To the extent that the allegations in this paragraph purport to summarize or are inconsistent with it, Stability AI denies those allegations.  Stability AI lacks knowledge or information sufficient to admit or deny any remaining allegations in this paragraph, and on that basis denies them.

135.    Stability AI admits that the Carlini Paper linked in paragraph 130 of the SAC states:  "Do large-scale models work by generating novel output, or do they just copy and interpolate between individual training examples?" and "If our extraction attacks had failed, it may have refuted the hypothesis that models copy and interpolate training data; but because our attacks succeed, this question remains open."  Stability AI admits that the tweet by user @fchollet linked in paragraph 135 of the SAC states: "It's accurate that generative art models create new content by recombining images from their training data, which is entirely unlike human inspiration. But it does not follow that AI art is 'art theft'." Stability AI admits that the Yu Paper linked in paragraph 119 of the SAC states: "From the perspective of this work, in which we developed a clear understanding of transformer-type learning systems, these large models are unlikely to do anything beyond purely mechanical data compression (encoding) and interpolation (decoding)." To the extent that the allegations in this paragraph purport to summarize or are inconsistent with them, Stability AI denies those allegations.  Stability AI denies any remaining allegations in this paragraph.

136.    Stability AI admits that the Carlini Paper linked in paragraph 130 of the SAC states, "This paper covers a very restricted definition of 'memorization':  whether diffusion models can be induced to generate near-copies of some training examples when prompted with appropriate instructions" and "Our work also highlights the difficulty in defining memorization. While we have found extensive memorization with a simple $\ell 2$-based measurement, a more comprehensive analysis will be necessary to accurately capture more nuanced definitions of memorization that allow for more human-aligned notions of data copying."  To the extent that the allegations in this paragraph purport to summarize or are inconsistent with it, Stability AI denies those allegations.  Stability AI lacks knowledge or information sufficient to admit or deny any remaining allegations in this paragraph, and on that basis denies them.

137.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

138.    Stability AI admits that the link in paragraph 138 of the SAC is to a paper titled "A Reproducible Extraction of Training Images from Diffusion Models."  Stability AI lacks knowledge or information sufficient to admit or deny any remaining allegations in this paragraph, and on that basis denies them.

139.    Stability AI admits that Stable Diffusion XL 1.0 was released by Stability AI in July 2023.  Stability AI lacks knowledge or information sufficient to admit or deny any remaining allegations in this paragraph and on that basis denies them.

140.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

141.    Stability AI admits that the link in paragraph 141 of the SAC is to a paper titled "Measuring the Success of Diffusion Models at Imitating Human Artists."  Stability AI lacks knowledge or information sufficient to admit or deny the remaining allegations in this paragraph, and on that basis denies them.

142.    Stability AI admits that the Casper Paper linked in paragraph 141 of the SAC states "artwork from [artist's name]."  To the extent that the allegations in this paragraph purport to summarize or are inconsistent with it, Stability AI denies those allegations.  Stability AI lacks knowledge or information sufficient to admit or deny the remaining allegations in this paragraph, and on that basis denies them.

143.    Stability AI admits that the Casper Paper linked in paragraph 141 of the SAC states "On average, CLIP correctly classified 81.0% of the generated images as works made by artists whose names were used to generate them…  Overall, these results suggest that Stable Diffusion has a broad-ranging ability to imitate the style of individual artists."  Stability AI lacks

knowledge or information sufficient to admit or deny the remaining allegations in this paragraph, and on that basis denies them.

144.    Stability AI lacks knowledge or information sufficient to admit or deny the remaining allegations in this paragraph, and on that basis denies them.

145.    Stability AI lacks knowledge or information sufficient to admit or deny the remaining allegations in this paragraph, and on that basis denies them.

146.    Stability AI lacks knowledge or information sufficient to admit or deny the remaining allegations in this paragraph, and on that basis denies them.

147.    Denied.

148.    Denied.

149.    Stability AI lacks knowledge or information sufficient to admit or deny the remaining allegations in this paragraph, and on that basis denies them.

150.    Denied.

## XI.  EXAMPLES OF TEXT PROMPTS USING PLAINTIFF NAMES IN AI IMAGE PRODUCTS OFFERED BY STABILITY, RUNWAY, AND MIDJOURNEY

151.    To the extent that the allegations in this paragraph are directed at Runway, and Midjourney, Stability AI lacks knowledge or information sufficient to admit or deny those allegations and on that basis denies them.  Stability AI lacks knowledge or information sufficient to admit or deny the remaining allegations in this paragraph, and on that basis denies them.

152.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

153.    To the extent that the allegations in this paragraph are directed at "each Defendant," Stability AI lacks knowledge or information sufficient to admit or deny those allegations and on that basis denies them.  Stability AI denies any remaining allegations in this paragraph.

154.    Stability AI admits that Stable Diffusion XL 1.0 is made available in DreamStudio.  Stability AI lacks knowledge or information sufficient to admit or deny the remaining allegations in this paragraph, and on that basis denies them.

155.    Stability AI admits that certain words or phrases cannot be used as prompts in DreamStudio.  Stability AI lacks knowledge or information sufficient to admit or deny the remaining allegations in this paragraph, and on that basis denies them.

156.    Denied.

157.    Denied.

158.    Denied.

159.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

160.    Denied.

161.    Denied.

162.    Denied.

163.    To the extent that the allegations in this paragraph are directed at Runway, Stability AI lacks knowledge or information sufficient to admit or deny those allegations, and on that basis denies them. Stability AI denies any remaining allegations in this paragraph.

164.    To the extent that the allegations in this paragraph are directed at Runway, Stability AI lacks knowledge or information sufficient to admit or deny those allegations, and on that basis denies them.  Stability AI denies any remaining allegations in this paragraph.

165.    To the extent that the allegations in this paragraph are directed at Runway, Stability AI lacks knowledge or information sufficient to admit or deny those allegations, and on that basis denies them.  Stability AI denies any remaining allegations in this paragraph.

166.    To the extent that the allegations in this paragraph are directed at Runway, Stability AI lacks knowledge or information sufficient to admit or deny those allegations, and on that basis denies them.  Stability AI denies any remaining allegations in this paragraph.

167.    To the extent that the allegations in this paragraph are directed at Runway, Stability AI lacks knowledge or information sufficient to admit or deny those allegations, and on that basis denies them.  Stability AI denies any remaining allegations in this paragraph.

168.    To the extent that the allegations in this paragraph are directed at Midjourney, Stability AI lacks knowledge or information sufficient to admit or deny those allegations, and on that basis denies them.  Stability AI denies any remaining allegations in this paragraph.

169.    To the extent that the allegations in this paragraph are directed at Midjourney, Stability AI lacks knowledge or information sufficient to admit or deny those allegations, and on that basis denies them.  Stability AI denies any remaining allegations in this paragraph.

170.    To the extent that the allegations in this paragraph are directed at Midjourney, Stability AI lacks knowledge or information sufficient to admit or deny those allegations, and on that basis denies them.  Stability AI denies any remaining allegations in this paragraph.

171.    To the extent that the allegations in this paragraph are directed at Midjourney, Stability AI lacks knowledge or information sufficient to admit or deny those allegations, and on that basis denies them.  Stability AI denies any remaining allegations in this paragraph.

172.    To the extent that the allegations in this paragraph are directed at Midjourney, Stability AI lacks knowledge or information sufficient to admit or deny those allegations, and on that basis denies them.  Stability AI denies any remaining allegations in this paragraph.

173.    To the extent that the allegations in this paragraph are directed at Midjourney, Stability AI lacks knowledge or information sufficient to admit or deny those allegations, and on that basis denies them.  Stability AI denies any remaining allegations in this paragraph.

174.    To the extent that the allegations in this paragraph are directed at Midjourney, Stability AI lacks knowledge or information sufficient to admit or deny those allegations, and on that basis denies them.  Stability AI denies any remaining allegations in this paragraph.

175.    To the extent that the allegations in this paragraph are directed at Midjourney, Stability AI lacks knowledge or information sufficient to admit or deny those allegations, and on that basis denies them.  Stability AI denies any remaining allegations in this paragraph.

176.    Denied.

## XII.  EXAMPLES OF IMAGE PROMPTS USING PLAINTIFF IMAGES IN AI IMAGE PRODUCTS OFFERED BY STABILITY, RUNWAY, AND MIDJOURNEY

177.    To the extent that the allegations in this paragraph are directed at Runway and Midjourney, Stability AI lacks knowledge or information sufficient to admit or deny those allegations and on that basis denies them.  Stability AI lacks knowledge or information sufficient to admit or deny the remaining allegations in this paragraph, and on that basis denies them.

178.    Stability AI lacks knowledge or information sufficient to admit or deny the remaining allegations in this paragraph, and on that basis denies them.

179.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

180.    Stability AI admits that the website linked in paragraph 180 of the SAC states: "The classical text-to-image Stable Diffusion XL model is trained to be conditioned on text inputs. This version replaces the original text encoder with an image encoder. So instead of generating images based on text input, images are generated from an image… This approach produces similar-looking images with different details and compositions.  Unlike the image-to-image algorithm, the source image is first fully encoded, so the generator does not use a single pixel from the original one!"  To the extent that the allegations in this paragraph purport to summarize or characterize this site or is inconsistent with it, Stability AI denies those allegations.

1

2

Stability AI lacks knowledge or information sufficient to admit or deny any remaining allegations

in this paragraph, and on that basis denies them.

3

4

5

6

7

8

9

181.    Stability AI admits that the website linked in paragraph 180 of the SAC states:

"This approach produces similar-looking images with different details and compositions.  Unlike

the image-to-image algorithm, the source image is first fully encoded, so the generator does not

use a single pixel from the original one!" To the extent that the allegations in this paragraph

purport to summarize or characterize this site or is inconsistent with it, Stability AI denies those

allegations.  Stability AI denies any remaining allegations in this paragraph.

10

11

12

182.    Stability AI lacks knowledge or information sufficient to admit or deny the

remaining allegations in this paragraph, and on that basis denies them.

13

14

183.    Stability AI lacks knowledge or information sufficient to admit or deny the

allegations in this paragraph, and on that basis denies them.

15

184.    Denied.

16

17

18

185.    To the extent that the allegations in this paragraph are directed at Runway,

Stability AI lacks knowledge or information sufficient to admit or deny those allegations, and on

that basis denies them.  Stability AI denies any remaining allegations in this paragraph.

19

20

21

22

186.    To the extent that the allegations in this paragraph are directed at Runway,

Stability AI lacks knowledge or information sufficient to admit or deny those allegations, and on

that basis denies them.  Stability AI denies any remaining allegations in this paragraph.

23

24

25

187.    To the extent that the allegations in this paragraph are directed at Runway,

Stability AI lacks knowledge or information sufficient to admit or deny those allegations, and on

that basis denies them.  Stability AI denies any remaining allegations in this paragraph.

26

27

28

188.    To the extent that the allegations in this paragraph are directed at Midjourney, Stability AI lacks knowledge or information sufficient to admit or deny those allegations, and on that basis denies them.  Stability AI denies any remaining allegations in this paragraph.

189.    To the extent that the allegations in this paragraph are directed at Midjourney, Stability AI lacks knowledge or information sufficient to admit or deny those allegations, and on that basis denies them.  Stability AI denies any remaining allegations in this paragraph.

190.    To the extent that the allegations in this paragraph refer to Midjourney, Stability AI lacks knowledge or information sufficient to admit or deny, and on that basis denies them. Stability AI denies any remaining allegations in this paragraph.

191.    Denied.

192.    Denied.

193.    Denied.

194.    Denied.

195.    Denied.

196.    Denied.

197.    Denied.

198.    Denied.

199.    To the extent that the allegations in this paragraph are directed at Runway, Stability AI lacks knowledge or information sufficient to admit or deny those allegations, and on that basis denies them.  Stability AI denies any remaining allegations in this paragraph.

200.    Denied.

## XIII.  USER AND LICENSEE ACTIVITY

201.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

202.     To the extent that the allegations in this paragraph are directed at Midjourney, Stability AI lacks knowledge or information sufficient to admit or deny those allegations, and on that basis denies them.  Stability AI denies any remaining allegations in this paragraph.

203.     To the extent that the allegations in this paragraph are directed at Midjourney, Stability AI lacks knowledge or information sufficient to admit or deny those allegations, and on that basis denies them.  Stability AI denies any remaining allegations in this paragraph.

204.     Stability AI admits that the website article linked in paragraph 204 of the SAC states: "Prompt:  art by <artist>…  Negative prompt: blurry, soft, low quality," and "The prompt was straight forward "art by <artist>" which would get the SDXL mode to emulate the style and creations of that artists."  To the extent that the allegations in this paragraph purport to summarize or characterize or are inconsistent with it, Stability AI denies those allegations.  Stability AI denies any remaining allegations in this paragraph.

205.     Stability AI admits that the website linked in paragraph 205 of the SAC states: "prompt 1-3: 'a portrait of a character in a scenic environment by [artist],'prompt 4-6: 'a building in a stunning landscape by [artist]'." Stability AI admits that the website purports to include exactly 1,781 artists in the study and links to a form entitled "Artist Recommendations." To the extent that the allegations in this paragraph purport to summarize or characterize or are inconsistent with this website, Stability AI denies those allegations.  Stability AI lacks knowledge or information sufficient to admit or deny any remaining allegations, and on that basis denies them.

206.     To the extent that the allegations in this paragraph are directed at Runway, Stability AI lacks knowledge or information sufficient to admit or deny those allegations, and on that basis denies them.  Stability AI denies any remaining allegations in this paragraph.

207.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

208.    Denied.

## XIV.  DEFINITIONS FOR THE CAUSES OF ACTION

209.    Stability AI admits that the U.S. Copyright Act defines "copies" as, "material objects, other than phonorecords, in which a work is fixed by any method now known or later developed, and from which the work can be perceived, reproduced, or otherwise communicated, either directly or with the aid of a machine or device."  To the extent that the allegations in this paragraph purport to summarize or characterize or are inconsistent with this definition, Stability AI denies those allegations.  Stability AI denies any remaining allegations in this paragraph.

210.    Stability AI admits that the U.S. Copyright Act defines "derivative work" as, "a work based upon one or more preexisting works, such as a translation, musical arrangement, dramatization, fictionalization, motion picture version, sound recording, art reproduction, abridgment, condensation, or any other form in which a work may be recast, transformed, or adapted.  A work consisting of editorial revisions, annotations, elaborations, or other modifications which, as a whole, represent an original work of authorship, is a 'derivative work'."  To the extent that the allegations in this paragraph purport to summarize or characterize or are inconsistent with it, Stability AI denies those allegations.  Stability AI denies any remaining allegations in this paragraph.

211.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

212.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

213.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

### XV.  CAUSES OF ACTION AGAINST STABILITY

214.    Stability AI admits that the Stable Diffusion 2.0 Model Card on the Hugging Face website linked in paragraph 214 of the SAC states, "the model developers used the following dataset for training the model: LAION-5B and subsets (details below)."  Stability AI denies the remaining allegations in this paragraph.

215.    Stability AI admits that it trained a model called Stable Diffusion XL 1.0. Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

216.    Denied.

217.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

218.    Denied.

### COUNT ONE

**Direct copyright infringement of the LAION-5B Registered Works by training the Stability Models, including Stable Diffusion 2.0 and Stable Diffusion XL 1.0 against Stability on behalf of the LAION-5B Registered Plaintiffs and Damages Subclass**

219.    This paragraph incorporates by reference the preceding factual allegations, and thus no response is required.  To the extent this paragraph calls for a response, Stability AI incorporates by reference its responses to paragraphs 1-218.

220.    To the extent that the allegations in this paragraph refer to Plaintiffs' authorization to use LAION-5B Registered Works, Stability AI lacks knowledge or information sufficient to admit or deny, and on that basis denies them.  Stability AI denies any remaining allegations in this paragraph.

221.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph about the contents or use of the LAION-5B dataset.  Stability AI denies any remaining allegations in this paragraph.

222.    Denied.

223.    Denied.

224.    Denied.

225.    Denied.

226.    Stability AI admits that the twitter user "@RiversHaveWings" appears to have tweeted the screenshotted text embedded in paragraph 226 of the SAC on November 24, 2022. Stability AI denies any remaining allegations in this paragraph.

227.    Stability AI admits that the image embedded in paragraph 227 of the SAC appears to show the user "Emad" posting the tweet referred to in paragraph 226 of the SAC. Stability AI denies any remaining allegations in this paragraph.

228.    Denied.

229.    Denied.

230.    Stability AI admits that Stability AI has distributed Stable Diffusion 2.0 through websites like GitHub and Hugging Face.  Stability AI admits that Stability AI has distributed Stable Diffusion XL 1.0 through websites like GitHub and Hugging Face.  Stability AI denies any remaining allegations in this paragraph.

231.    Denied.

### COUNT TWO

**Inducement of copyright infringement by distributing Stable Diffusion 2.0 and Stable Diffusion XL 1.0 for free against Stability on behalf of the LAION-5B Registered Plaintiffs and Damages Subclass**

1

2       232.    This paragraph incorporates by reference the preceding factual allegations, and

3    thus no response is required.  To the extent this paragraph calls for a response, Stability AI

4    incorporates by reference its responses to paragraphs 1-231.

5       233.    Denied.

6       234.    Denied.

7       235.    Denied.

8       236.    Denied.

9       237.    Denied.

10

11                                   **COUNT THREE**

12   **DMCA violations by removing and altering CMI of training images against Stability on
     behalf of all Plaintiffs, the Damages and the Injunctive Classes**

13      238.    This paragraph incorporates by reference the preceding factual allegations, and

14   thus no response is required.  To the extent this paragraph calls for a response, Stability AI

15   incorporates by reference its responses to paragraphs 1-237.

16      239.    This paragraph relates to a claim that has been dismissed, and thus no response is

17   required.  To the extent a response is required: denied.

18      240.    This paragraph relates to a claim that has been dismissed, and thus no response is

19   required.  To the extent a response is required: denied.

20      241.    This paragraph relates to a claim that has been dismissed, and thus no response is

21   required.  To the extent a response is required: denied.

22      242.    This paragraph relates to a claim that has been dismissed, and thus no response is

23   required.  To the extent a response is required: denied.

24      243.    This paragraph relates to a claim that has been dismissed, and thus no response is

25   required.  To the extent a response is required: denied.

26

27

28

244.    This paragraph relates to a claim that has been dismissed, and thus no response is required.  To the extent a response is required: denied.

245.    This paragraph relates to a claim that has been dismissed, and thus no response is required.  To the extent a response is required: denied.

246.    This paragraph relates to a claim that has been dismissed, and thus no response is required.  To the extent a response is required: denied.

247.    This paragraph relates to a claim that has been dismissed, and thus no response is required.  To the extent a response is required: denied.

248.    This paragraph relates to a claim that has been dismissed, and thus no response is required.  To the extent a response is required: denied.

249.    This paragraph relates to a claim that has been dismissed, and thus no response is required.  To the extent a response is required: denied.

250.    This paragraph relates to a claim that has been dismissed, and thus no response is required.  To the extent a response is required: denied.

## XVI.  CAUSES OF ACTION AGAINST MIDJOURNEY

251.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

252.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

253.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

254.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

255.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

256.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

257.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

258.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

259.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

260.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

261.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

262.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

263.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

264.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

265.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

266.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

267.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

268.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

269.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

270.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

### COUNT FOUR

**Direct copyright infringement of the LAION-400M Registered Works by training the Midjourney 400M Models, including Midjourney Model version 1 against Midjourney on behalf of the LAION-400M Registered Plaintiffs and Damages Subclass**

271.    This paragraph incorporates by reference the preceding factual allegations, and thus no response is required.  To the extent this paragraph calls for a response, Stability AI incorporates by reference its responses to paragraphs 1-270.

272.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

273.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

274.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

275.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

### COUNT FIVE

1

2

**Direct copyright infringement of the LAION-5B Registered Works by training the Midjourney 5B Models, including Midjourney Model version 5.2 against Midjourney on behalf of the LAION-5B Registered Plaintiffs and Damages Subclass**

3

4

276.    This paragraph incorporates by reference the preceding factual allegations, and thus no response is required. To the extent this paragraph calls for a response, Stability AI incorporates by reference its responses to paragraphs 1-275.

5

6

7

277.    To the extent that the allegations in this paragraph refer to Plaintiffs' authorization to use LAION-5B Registered Works, Stability AI lacks knowledge or information sufficient to admit or deny, and on that basis denies them.  Stability AI denies any remaining allegations in this paragraph.

8

9

10

11

278.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

12

13

279.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

14

15

16

280.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

17

18

281.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

19

20

282.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

21

22

23

**COUNT SIX**

24

**DMCA violations by removing and altering CMI of training images against Midjourney on behalf of All Plaintiffs, the Damages and Injunctive Class**

25

26

283.    This paragraph incorporates by reference the preceding factual allegations, and thus no response is required. To the extent this paragraph calls for a response, Stability AI incorporates by reference its responses to paragraphs 1-282.

27

28

284.    This paragraph relates to a claim that has been dismissed, and thus no response is required. To the extent a response is required: denied.

285.    This paragraph relates to a claim that has been dismissed, and thus no response is required. To the extent a response is required: denied.

286.    This paragraph relates to a claim that has been dismissed, and thus no response is required. To the extent a response is required: denied.

287.    This paragraph relates to a claim that has been dismissed, and thus no response is required. To the extent a response is required: denied.

288.    This paragraph relates to a claim that has been dismissed, and thus no response is required. To the extent a response is required: denied.

289.    This paragraph relates to a claim that has been dismissed, and thus no response is required. To the extent a response is required: denied.

290.    This paragraph relates to a claim that has been dismissed, and thus no response is required. To the extent a response is required: denied.

291.    This paragraph relates to a claim that has been dismissed, and thus no response is required. To the extent a response is required: denied.

292.    This paragraph relates to a claim that has been dismissed, and thus no response is required. To the extent a response is required: denied.

293.    This paragraph relates to a claim that has been dismissed, and thus no response is required. To the extent a response is required: denied.

294.    This paragraph relates to a claim that has been dismissed, and thus no response is required. To the extent a response is required: denied.

295.    This paragraph relates to a claim that has been dismissed, and thus no response is required. To the extent a response is required: denied.

1

**COUNT SEVEN**

2

**Lanham Act — false endorsement by unauthorized commercial use of artists' names
against Midjourney on behalf of the Midjourney Named Plaintiffs and Class**

3

4

296.    This paragraph incorporates by reference the preceding factual allegations, and

5

thus no response is required. To the extent this paragraph calls for a response, Stability AI

6

incorporates by reference its responses to paragraphs 1-295.

7

297.    Stability AI lacks knowledge or information sufficient to admit or deny the

8

allegations in this paragraph, and on that basis denies them.

9

298.    Stability AI lacks knowledge or information sufficient to admit or deny the

10

allegations in this paragraph, and on that basis denies them.

11

12

299.    Stability AI lacks knowledge or information sufficient to admit or deny the

13

allegations in this paragraph, and on that basis denies them.

14

300.    Stability AI lacks knowledge or information sufficient to admit or deny the

15

allegations in this paragraph, and on that basis denies them.

16

17

301.    Stability AI lacks knowledge or information sufficient to admit or deny the

allegations in this paragraph, and on that basis denies them.

18

19

302.    Stability AI lacks knowledge or information sufficient to admit or deny the

20

allegations in this paragraph, and on that basis denies them.

21

303.    Stability AI lacks knowledge or information sufficient to admit or deny the

22

allegations in this paragraph, and on that basis denies them.

23

304.    Stability AI lacks knowledge or information sufficient to admit or deny the

24

allegations in this paragraph, and on that basis denies them.

25

26

305.    Stability AI lacks knowledge or information sufficient to admit or deny the

allegations in this paragraph, and on that basis denies them.

27

28

306.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

307.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

308.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

309.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

## COUNT EIGHT

**Lanham Act — vicarious trade-dress violation by profiting from imitations of protectable trade dress against Midjourney on behalf of the Midjourney Named Plaintiffs and Class**

310.    This paragraph incorporates by reference the preceding factual allegations, and thus no response is required. To the extent this paragraph calls for a response, Stability AI incorporates by reference its responses to paragraphs 1-309.

311.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

312.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

313.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

314.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

315.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

316.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

317.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

318.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

319.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

320.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

321.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

322.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

323.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

324.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

325.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

## XVII.  CAUSES OF ACTION AGAINST RUNWAY

326.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

327.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

328.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

329.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

## COUNT NINE

**Direct copyright infringement of the LAION-5B Registered Works by training the Runway Models, including Stable Diffusion 1.5 against Runway on behalf of the LAION-5B Registered Plaintiffs, LAION-5B Subclass, and Karla Ortiz Individually**

330.    This paragraph incorporates by reference the preceding factual allegations, and thus no response is required. To the extent this paragraph calls for a response, Stability AI incorporates by reference its responses to paragraphs 1-329.

331.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

332.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

333.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

334.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

335.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

336.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

337.    Stability AI lacks knowledge or information sufficient to admit or deny the

allegations in this paragraph, and on that basis denies them.

## COUNT TEN

**Inducement of copyright infringement by distributing Stable Diffusion 1.5 for free against Runway on behalf of the LAION-5B Registered Plaintiffs and Subclass**

338.    This paragraph incorporates by reference the preceding factual allegations, and

thus no response is required. To the extent this paragraph calls for a response, Stability AI

incorporates by reference its responses to paragraphs 1-337.

339.    Stability AI lacks knowledge or information sufficient to admit or deny the

allegations in this paragraph, and on that basis denies them.

340.    Stability AI lacks knowledge or information sufficient to admit or deny the

allegations in this paragraph, and on that basis denies them.

341.    Stability AI lacks knowledge or information sufficient to admit or deny the

allegations in this paragraph, and on that basis denies them.

342.    Stability AI lacks knowledge or information sufficient to admit or deny the

allegations in this paragraph, and on that basis denies them.

343.    Stability AI lacks knowledge or information sufficient to admit or deny the

allegations in this paragraph, and on that basis denies them.

## COUNT ELEVEN

**DMCA violations by removing and altering CMI of training images against Runway on behalf of all Plaintiffs, the Damages and Injunctive Classes**

344.    This paragraph incorporates by reference the preceding factual allegations, and

thus no response is required. To the extent this paragraph calls for a response, Stability AI

incorporates by reference its responses to paragraphs 1-343.

345.    This paragraph relates to a claim that has been dismissed, and thus no response is

required. To the extent a response is required: denied.

346.    This paragraph relates to a claim that has been dismissed, and thus no response is required.  To the extent a response is required: denied.

347.    This paragraph relates to a claim that has been dismissed, and thus no response is required.  To the extent a response is required: denied.

348.    This paragraph relates to a claim that has been dismissed, and thus no response is required.  To the extent a response is required: denied.

349.    This paragraph relates to a claim that has been dismissed, and thus no response is required.  To the extent a response is required: denied.

350.    This paragraph relates to a claim that has been dismissed, and thus no response is required.  To the extent a response is required: denied.

351.    This paragraph relates to a claim that has been dismissed, and thus no response is required.  To the extent a response is required: denied.

352.    This paragraph relates to a claim that has been dismissed, and thus no response is required.  To the extent a response is required: denied.

353.    This paragraph relates to a claim that has been dismissed, and thus no response is required.  To the extent a response is required: denied.

354.    This paragraph relates to a claim that has been dismissed, and thus no response is required.  To the extent a response is required: denied.

355.    This paragraph relates to a claim that has been dismissed, and thus no response is required.  To the extent a response is required: denied.

## XVIII.  CAUSES OF ACTION AGAINST DEVIANTART

356.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

357.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

358.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

359.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

360.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

361.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

362.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

363.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

364.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

365.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

366.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

367.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

368.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

369.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

370.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

371.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

372.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

373.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

374.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

375.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

376.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

377.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

378.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

379.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

380.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

381.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

382.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

383.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

384.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

385.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

386.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

## COUNT TWELVE

**Direct copyright infringement by copying the DreamUp–CompVis Model and incorporating it into DreamUp against DeviantArt on behalf of the LAION-5B Registered Plaintiffs**

387.    This paragraph incorporates by reference the preceding factual allegations, and thus no response is required. To the extent this paragraph calls for a response, Stability AI incorporates by reference its responses to paragraphs 1-386.

388.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

389.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

390.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

391.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

392.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

## XIX.  JURY TRIAL DEMANDED

With respect to the jury demand contained in Plaintiffs' SAC, Stability AI states that no response is required.  To the extent a response is deemed required, Stability AI denies that Plaintiffs' claim is properly triable to a jury.

## AFFIRMATIVE DEFENSES

In further answer to the allegations made by Plaintiffs in the SAC, Stability AI asserts the following affirmative defenses.  Stability AI does not concede that it has the burden of proof on the defenses listed below:

### FIRST AFFIRMATIVE DEFENSE

To the extent there is copying of copyrightable expression, that copying constitutes fair use.

### SECOND AFFIRMATIVE DEFENSE

Plaintiffs' claims fail, in whole or in part, because the complained-of use was validly licensed by express or implied license.

### THIRD AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the doctrines of waiver, abandonment, and/or forfeiture.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the doctrine of estoppel.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiffs' claims fail, in whole or in part, because Stability's conduct was innocent, not willful.

1

**SIXTH AFFIRMATIVE DEFENSE**

2       Plaintiffs' remedies are barred at least in part by the applicable statute of limitations or by

3   the doctrine of laches.

4

**SEVENTH AFFIRMATIVE DEFENSE**

5       Plaintiffs are barred from recovery of damages because of and to the extent of their failure

6   to mitigate their alleged damages (to which, in any event, they are not entitled).

7

**EIGHTH AFFIRMATIVE DEFENSE**

8       Some or all of the material in which Plaintiffs claim copyright is in the public domain.

9

**NINTH AFFIRMATIVE DEFENSE**

10       Plaintiffs' claims of copyright infringement are barred or limited by the doctrine of

11   merger.

12

**TENTH AFFIRMATIVE DEFENSE**

13       Plaintiffs' claims of copyright infringement are barred or limited by the idea/expression

14   dichotomy.

15

**ELEVENTH AFFIRMATIVE DEFENSE**

16       Plaintiffs' claims of copyright infringement are barred or limited because the material in

17   which Plaintiffs claim copyright constitutes "scenes a faire."

18

**TWELFTH AFFIRMATIVE DEFENSE**

19       To the extent there is copying of copyrightable expression, that copying is de minimis.

20

**THIRTEENTH AFFIRMATIVE DEFENSE**

21       Plaintiffs' claims of copyright infringement are barred or limited, and Plaintiffs' claims

22   for recovery of damages are barred or limited, because of their failure to register the works for

23   which infringement is alleged.

24

**FOURTEENTH AFFIRMATIVE DEFENSE**

25       Plaintiffs' claims of copyright infringement are barred or limited because they have not

26   suffered any cognizable injury.

27

**FIFTEENTH AFFIRMATIVE DEFENSE**

28

1    Plaintiffs' claims of copyright infringement are barred or limited because the accused

2    Stability AI models, products, actions, or services have commercially significant non-infringing

3    uses.

4                        **SIXTEENTH AFFIRMATIVE DEFENSE**

5    Plaintiffs' claims of copyright infringement are barred or limited to the extent

6    reproduction, distribution, or display of infringing material was caused by the acts or omissions of

7    persons or entities, including Plaintiffs or their agents, for whose conduct Stability AI is not

8    legally responsible.

1    Dated:  December 6, 2024                          MORRISON & FOERSTER LLP
                                              By:          /s/ Joseph C. Gratz
2                                                       Joseph C. Gratz

3                                                       JOSEPH C. GRATZ
                                                        JGratz@mofo.com
4                                                       TIFFANY CHEUNG
                                                        TCheung@mofo.com
5                                                       TIMOTHY CHEN SAULSBURY
                                                        TSaulsbury@mofo.com
6                                                       MORRISON & FOERSTER LLP
                                                        425 Market Street
7                                                       San Francisco, California 94105-2482
                                                        Telephone:      415.268.7000
8                                                       Facsimile:      415.268.7522

9                                                       ADITYA V. KAMDAR
                                                        AKamdar@mofo.com
10                                                      MORRISON & FOERSTER LLP
                                                        2100 L Street, NW, Suite 900
11                                                      Washington, DC 20037
                                                        Telephone:      202.887.1500
12                                                      Facsimile:      202.887.0763

13                                                      LAURA G. REMUS
                                                        LRemus@mofo.com
14                                                      MORRISON & FOERSTER LLP
                                                        707 Wilshire Boulevard, Suite 6000
15                                                      Los Angeles, California 90017-3543
                                                        Telephone:      213.892.5200
16                                                      Facsimile:      213.892.5454

17                                                      LEX LUMINA PLLC

18                                                      MARK A. LEMLEY (CA SBN 155830)
                                                        MLemley@lex-lumina.com
19                                                      LEX LUMINA PLLC
                                                        745 Fifth Avenue, Suite 500
20                                                      New York, New York 10151
                                                        Telephone:      646.898.2055
21                                                      Facsimile:      646.906.8657

22
                                                        *Attorneys for Defendants*
23                                                      STABILITY AI LTD. and STABILITY
                                                        AI, INC.
24

25

26

27

28

1

## **CERTIFICATE OF SERVICE**

2

   I hereby certify that on December 6, 2024 the within document was filed with the Clerk of

3

the Court using CM/ECF which will send notification of such filing to the attorneys of record in

4

this case.

5

6                                                                   */s/ Joseph C. Gratz*
                                                                    JOSEPH C. GRATZ

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28