1   KEKER, VAN NEST & PETERS LLP
    DAVID SILBERT - # 173128
2   dsilbert@keker.com
    PAVEN MALHOTRA - # 258429
3   pmalhotra@keker.com
    BAILEY W. HEAPS - # 295870
4   bheaps@keker.com
    LUKE P. APFELD - # 327029
5   lapfeld@keker.com
    JULIA L. GREENBERG - # 333864
6   jgreenberg@keker.com
    633 Battery Street
7   San Francisco, CA 94111-1809
    Telephone:    415 391 5400
8   Facsimile:    415 397 7188

9   Attorneys for Defendant
    RUNWAY AI, INC.

10                  UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13

14  SARAH ANDERSEN, et al.                    Case No. 3:23-cv-00201-WHO

15          Plaintiffs,                       **DEFENDANT RUNWAY AI, INC.'S
                                              ANSWER TO SECOND AMENDED
16      v.                                    CLASS ACTION COMPLAINT**

17  STABILITY AI LTD., a UK corporation;      Dept.:      Courtroom 2, 17th Floor
    STABILITY AI, INC., a Delaware corporation; Judge:     Hon. William H. Orrick
18  DEVIANTART, INC., a Delaware corporation;
    MIDJOURNEY, INC., a Delaware corporation; Date Filed: January 13, 2023
19  RUNWAY AI, INC., a Delaware corporation,
                                              Trial Date: April 5, 2027
20          Defendants.

21

22

23

24

25

26

27

28

Defendant Runway AI, Inc. ("Defendant" or "Runway"), by and through its undersigned attorneys, hereby answers the Second Amended Complaint of Plaintiffs Sarah Anderson et al. ("Plaintiffs").

Except as expressly admitted herein, Runway denies the allegations in the Second Amended Complaint. Any admission herein is limited to the express language of the response and shall not be deemed an implied admission of additional facts.

<u>**RESPONSES TO NUMBERED PARAGRAPHS OF COMPLAINT**</u>

Runway responds to the numbered paragraphs of Plaintiffs' Second Amended Complaint as follows:

**I.    AI IMAGE PRODUCTS ARE TRAINED ON VAST NUMBERS OF COPYRIGHTED IMAGES WITHOUT CONSENT, CREDIT, OR COMPENSATION AND VIOLATE THE RIGHTS OF MILLIONS OF ARTISTS**

1.    Runway admits that AI image products are designed to create original images using artificial-intelligence techniques in response to user prompts. Runway denies the remaining allegations in Paragraph 1.

2.    Runway admits that AI image products can incorporate machine-learning models and that a version of the Stable Diffusion models at issue was trained on data that included over a billion image-text pairs. Runway denies the remaining allegations in Paragraph 2.

3.    Runway admits that AI image products can use text or images as prompts and that prompts may be converted to numerical expressions known as CLIP embeddings. Runway denies the remaining allegations in Paragraph 3.

4.    Runway admits that Runway and Stability AI were involved with the development of certain early versions of the Stable Diffusion model and that billions of image-text pairs were used for training. Runway further admits that, for a period of time, the code and weights for Stable Diffusion 1.5 were available for download on public websites. Runway lacks sufficient basis to know whether Stability AI's former CEO made the statements attributed to him and on that basis it denies that he made them, and it further denies the truth of the purported statements. Runway denies the remaining allegations in Paragraph 4.

5.      Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 5, and on that basis denies them.

6.      Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 6, and on that basis denies them.

7.      Runway denies the allegations in Paragraph 7.

8.      Runway denies the allegations in Paragraph 8 insofar as they pertain to Runway. To the extent the allegations concern other parties, Runway is without sufficient knowledge or information to form an opinion as to their truth, and on that basis denies them.

9.      Runway denies the allegations in Paragraph 9.

10.      Runway denies the allegations in Paragraph 10.

## II.    JURISDICTION AND VENUE

11.      The allegations in this paragraph state legal conclusions to which no response is required.  To the extent a response is required, Runway admits that the Second Amended Complaint purports to assert claims for copyright infringement, but Runway denies that the Second Amended Complaint alleges adequate factual or legal predicates for those claims and otherwise denies the allegations in Paragraph 11.

12.      Solely for the purpose of this action, Runway does not contest personal jurisdiction in this District or that venue is proper in this District.  Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph that pertain to any other Defendant, and on that basis denies them.  Runway denies any remaining allegations in Paragraph 12.

13.      Solely for the purpose of this action, Runway does not contest that assignment of this case to the San Francisco Division is proper.  Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph that pertain to any other Defendant, and on that basis denies them.  Runway denies any remaining allegations in Paragraph 13.

### III.    PLAINTIFFS

14.    Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 14, and on that basis denies them.

15.    Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 15, and on that basis denies them.

16.    Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 16, and on that basis denies them.

17.    Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 17, and on that basis denies them.

18.    Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 18, and on that basis denies them.

19.    Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 19, and on that basis denies them.

20.    Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 20, and on that basis denies them.

21.    Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 21, and on that basis denies them.

22.    Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 22, and on that basis denies them.

23.    Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 23, and on that basis denies them.

24.    Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 24, and on that basis denies them.

25.    Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 25, and on that basis denies them.

26.    Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 26, and on that basis denies them.

## IV. DEFENDANTS

27.    Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 27, and on that basis denies them.

28.    Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 28, and on that basis denies them.

29.    Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 29, and on that basis denies them.

30.    Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 30, and on that basis denies them.

31.    Runway admits that Runway is a Delaware corporation with its principal place of business in New York.  Runway admits that Runway was founded in 2018, in New York, by Anastasis Germanidis, Alejandro Matamala-Ortiz and Cristóbal Valenzuela, and that Valenzuela is the CEO of Runway.  Runway admits that Patrick Esser was at one time a Runway employee, and that he was involved in the development of Stable Diffusion.  Mr. Esser is no longer a Runway employee.  Runway denies any remaining allegations in this paragraph.

## V. AGENTS AND CO-CONSPIRATORS

32.    Runway denies the allegations in Paragraph 32.

33.    Runway denies the allegations in Paragraph 33.

## VI. CLASS ALLEGATIONS

### A. Class Definitions

34.    Runway denies that certification of any class is appropriate and denies the remaining allegations in Paragraph 34.

35.    Runway admits that Plaintiffs purport to bring this case as a class action, but Runway denies that class treatment is appropriate and denies the remaining allegations of Paragraph 35.

### B. Numerosity

36.    Runway denies that certification of any class is appropriate and denies the remaining allegations of Paragraph 36.

### C.      Typicality

37.      Runway denies that certification of any class is appropriate and denies the remaining allegations of Paragraph 37.

### D.      Commonality & Predominance

38.      Runway denies that certification of any class is appropriate and denies the remaining allegations of Paragraph 38.

39.      Runway denies that certification of any class is appropriate and denies the remaining allegations of Paragraph 39.

40.      Runway denies that certification of any class is appropriate and denies the remaining allegations of Paragraph 40.

41.      The Court dismissed Plaintiffs' DMCA claims, with prejudice, on August 12, 2024.  *See* ECF No. 223.  Plaintiffs repleaded their DMCA claims in the Second Amended Complaint, filed on October 31, 2024, *see* ECF No. 238, but then voluntarily dismissed Counts 3, 6, and 11 with prejudice on November 21, 2022, *see* ECF No. 241.  Accordingly, no response is required.  Nonetheless, Runway denies the allegations of this paragraph.

42.      Runway denies that certification of any class is appropriate and denies the remaining allegations of Paragraph 42.

43.      Runway denies that certification of any class is appropriate and denies the remaining allegations of Paragraph 43.

44.      Paragraph 44 is a legal conclusion to which no response is required.  To the extent a response is required, Runway denies that there are sufficient factual or legal predicates in the Second Amended Complaint for class certification.

### E.      Adequacy

45.      Paragraph 45 is a legal conclusion to which no response is required.  To the extent a response is required, Runway denies that there are sufficient factual or legal predicates in the Second Amended Complaint for class certification.

**F.      Other Class Considerations**

46.      Paragraph 46 is a legal conclusion to which no response is required.  To the extent a response is required, Runway denies that there are sufficient factual or legal predicates in the Second Amended Complaint for class certification.

47.      Paragraph 47 is a legal conclusion to which no response is required.  To the extent a response is required, Runway denies that there are sufficient factual or legal predicates in the Second Amended Complaint for class certification.

48.      Paragraph 48 is a legal conclusion to which no response is required.  To the extent a response is required, Runway denies that there are sufficient factual or legal predicates in the Second Amended Complaint for class certification.

**VII.    ARTISTS AND THEIR WORK**

49.      Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 49, and on that basis denies them.

50.      Runway admits that pursuing a career in art requires, among other things, dedication, energy, and creativity, and that artists can become known for a variety of reasons. Runway is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 50, and on that basis denies them.

51.      Runway admits that U.S. copyright law includes certain rights and limitations and that the U.S. Constitution includes a provision related to copyright law.  Paragraph 51 is otherwise a legal conclusion to which no response is required.  To the extent a response is required, Runway denies the allegations in Paragraph 51.

52.      Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 52, and on that basis denies them.

53.      Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 53, and on that basis denies them.

54.      Runway admits that machine-learning models incorporated into AI image products may be trained on data that includes publicly available images.  Runway denies the remaining allegations in Paragraph 54.

55.     Runway admits that machine-learning models incorporated into AI image products may be trained on data that includes publicly available images.  Runway denies the remaining allegations in Paragraph 55.

56.     Runway lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding "certain users" of AI image products, and on that basis denies those allegations.  Runway otherwise denies the allegations in Paragraph 56.

## VIII.    THE SOURCE OF THE TRAINING DATASETS: LAION

57.     To the extent the allegations in this paragraph purport to quote from the LAION website, that website speaks for itself.  To the extent the allegations in this paragraph purport to summarize or are inconsistent with the website, Runway denies those allegations.  Runway denies any remaining allegations in this paragraph.

58.     Runway admits that LAION image datasets, or portions of them, have been used to train machine-learning models incorporated into AI image products.  Runway lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 58, and on that basis denies them.

59.     To the extent the allegations in this paragraph purport to quote from portions of a publicly available research paper, the full text of the paper speaks for itself.  To the extent the allegations in this paragraph purport to summarize or are inconsistent with it, Runway denies those allegations.  Runway denies any remaining allegations in this paragraph.

60.     Runway admits that the LAION-400M dataset may include metadata for some or all of the categories listed in Paragraph 60.  Runway lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and on that basis denies them.

61.     To the extent the allegations in this paragraph purport to characterize a publicly available webpage, the webpage speaks for itself.  Runway admits that LAION links to a tool known as img2dataset that enabled users to download publicly available images from metadata contained in the LAION-400M dataset.  Runway otherwise denies the allegations in Paragraph 61.

62.     Runway denies the allegations in Paragraph 62.

63.     To the extent the allegations in this paragraph purport to quote from portions of a publicly available research paper, the full text of the paper speaks for itself.  To the extent the allegations in this paragraph purport to summarize or are inconsistent with it, Runway denies those allegations.  Runway denies any remaining allegations in this paragraph.

64.     To the extent the allegations in this paragraph purport to characterize a publicly available webpage, the webpage speaks for itself.  Runway lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 64, and on that basis denies them.

65.     To the extent the allegations in this paragraph purport to quote from or summarize portions of a publicly available research paper, the full text of the paper speaks for itself.  To the extent the allegations in this paragraph purport to summarize or are inconsistent with it, Runway denies those allegations.  Runway denies any remaining allegations in this paragraph.

66.     Runway admits that the LAION-5B dataset may include metadata for some or all of the categories listed in this paragraph.  Runway lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 66, and on that basis denies them.

67.     To the extent the allegations in this paragraph purport to characterize a publicly available webpage, the webpage speaks for itself.  Runway admits that LAION links to a tool known as img2dataset that enabled users to download publicly available images from metadata contained in the LAION-5B dataset.  Runway otherwise denies the allegations in Paragraph 67.

68.     Runway denies the allegations of Paragraph 68.

69.     To the extent the allegations in this paragraph purport to quote from portions of a publicly available research paper, the full text of the paper speaks for itself.  To the extent the allegations in this paragraph purport to summarize or are inconsistent with it, Runway denies those allegations.  Runway denies any remaining allegations in this paragraph.

70.     To the extent the allegations in this paragraph purport to quote from portions of a publicly available research paper, the full text of the paper speaks for itself.  To the extent the

allegations in this paragraph purport to summarize or are inconsistent with it, Runway denies those allegations. Runway denies any remaining allegations in this paragraph.

71.    Runway lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph that pertain to other Defendants, and on that basis denies them. Runway admits that it has used portions of the LAION-5B dataset to train machine-learning models that have been incorporated into AI image products, but it denies that it did so in contravention of the quoted "warning." Runway denies the remaining allegations of Paragraph 71.

72.    To the extent the allegations in this paragraph purport to characterize a publicly available webpage, the webpage speaks for itself. Runway lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 72, and on that basis denies them.

73.    To the extent the allegations in this paragraph purport to characterize a publicly available webpage, the webpage speaks for itself. Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

74.    Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

75.    Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

76.    Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

77.    Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

78.    Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

79.    Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

80.    Runway denies the Runway-specific allegations in Paragraph 80. As to the remaining allegations in this paragraph, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies them.

81.    To the extent the allegations in this paragraph purport to quote from portions of a publicly available Congressional testimony, the full text of the testimony speaks for itself. To the extent the allegations in this paragraph purport to summarize or are inconsistent with the testimony, Runway denies those allegations. Runway denies any remaining allegations in this paragraph.

**IX.    HOW AI IMAGE PRODUCTS WORK: CLIP-GUIDED DIFFUSION**

82.    Runway admits that diffusion and CLIP models are used for some AI image products. Runway denies the remaining allegations of Paragraph 82.

83.    To the extent the allegations in this paragraph purports to characterize a publicly available webpage, the webpage speaks for itself. Runway admits that versions of Stable Diffusion use diffusion and CLIP models. Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph pertaining to other Defendants, and on that basis denies them. Runway denies the remaining allegations of this paragraph.

84.    To the extent the allegations in this paragraph purport to quote from portions of a publicly available research paper, the full text of the paper speaks for itself. To the extent the allegations in this paragraph purport to summarize or are inconsistent with it, Runway denies those allegations. Runway denies any remaining allegations in this paragraph.

85.    Runway states that the diagram speaks for itself, and otherwise denies the allegations of Paragraph 85.

86.    Paragraph 86 does not purport to contain any allegations, and therefore no response is required. To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

2775315

87.     Runway states that the diagram speaks for itself, and otherwise denies the allegations of Paragraph 87.

88.     Runway states that the diagram speaks for itself, and otherwise denies the allegations of Paragraph 88.

89.     Paragraph 89 does not purport to contain any allegations, and therefore no response is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

90.     To the extent the allegations in this paragraph purport to quote from portions of a publicly available research paper, the full text of the paper speaks for itself.  To the extent the allegations in this paragraph purport to summarize or are inconsistent with it, Runway denies those allegations.  Runway denies any remaining allegations in this paragraph.

91.     To the extent the allegations in this paragraph purport to quote from portions of a publicly available research paper, the full text of the paper speaks for itself.  To the extent the allegations in this paragraph purport to summarize or are inconsistent with it, Runway denies those allegations.  Runway denies any remaining allegations in this paragraph.

92.     To the extent the allegations in this paragraph purport to quote from portions of a publicly available research paper, the full text of the paper speaks for itself.  To the extent the allegations in this paragraph purport to summarize or are inconsistent with it, Runway denies those allegations.  Runway denies any remaining allegations in this paragraph.

93.     To the extent the allegations in this paragraph purport to quote from portions of a publicly available research paper, the full text of the paper speaks for itself.  To the extent the allegations in this paragraph purport to summarize or are inconsistent with it, Runway denies those allegations.  Runway denies any remaining allegations in this paragraph.

94.     To the extent the allegations in this paragraph purport to quote from portions of a publicly available research paper, the full text of the paper speaks for itself.  To the extent the allegations in this paragraph purport to summarize or are inconsistent with it, Runway denies those allegations.  Runway denies any remaining allegations in this paragraph.

95.     To the extent the allegations in this paragraph purport to quote from portions of a publicly available research paper, the full text of the paper speaks for itself.  To the extent the allegations in this paragraph purport to summarize or are inconsistent with it, Runway denies those allegations.  Runway denies any remaining allegations in this paragraph.

96.     To the extent the allegations in this paragraph purport to quote from portions of a publicly available research paper, the full text of the paper speaks for itself.  To the extent the allegations in this paragraph purport to summarize or are inconsistent with it, Runway denies those allegations.  Runway denies any remaining allegations in this paragraph.

97.     To the extent the allegations in this paragraph purport to quote from portions of a publicly available research paper, the full text of the paper speaks for itself.  To the extent the allegations in this paragraph purport to summarize or are inconsistent with it, Runway denies those allegations.  Runway denies any remaining allegations in this paragraph.

98.     To the extent the allegations in this paragraph purport to quote from portions of a publicly available research paper, the full text of the paper speaks for itself.  To the extent the allegations in this paragraph purport to summarize or are inconsistent with it, Runway denies those allegations.  Runway denies any remaining allegations in this paragraph.

99.     To the extent the allegations in this paragraph purport to quote from portions of a publicly available research paper, the full text of the paper speaks for itself.  To the extent the allegations in this paragraph purport to summarize or are inconsistent with it, Runway denies those allegations.  Runway denies any remaining allegations in this paragraph.

100.    To the extent the allegations in this paragraph purport to quote from portions of a publicly available research paper, the full text of the paper speaks for itself.  To the extent the allegations in this paragraph purport to summarize or are inconsistent with it, Runway denies those allegations.  Runway denies the remaining allegations in this paragraph.

101.    To the extent the allegations in this paragraph purport to quote from portions of a publicly available research paper, the full text of the paper speaks for itself.  To the extent the allegations in this paragraph purport to summarize or are inconsistent with it, Runway denies those allegations.  Runway denies any remaining allegations in this paragraph.

102.    To the extent the allegations in this paragraph purport to quote from portions of a publicly available research paper, the full text of the paper speaks for itself.  To the extent the allegations in this paragraph purport to summarize or are inconsistent with it, Runway denies those allegations.  Runway denies any remaining allegations in this paragraph.

103.    Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

104.    To the extent the allegations in this paragraph purport to quote from portions of a publicly available research paper, the full text of the paper speaks for itself.  To the extent the allegations in this paragraph purport to summarize or are inconsistent with it, Runway denies those allegations.  Runway denies any remaining allegations in this paragraph.

105.    To the extent the allegations in this paragraph purport to quote from portions of a publicly available research paper, the full text of the paper speaks for itself.  To the extent the allegations in this paragraph purport to summarize or are inconsistent with it, Runway denies those allegations.  Runway denies any remaining allegations in this paragraph.

106.    To the extent the allegations in this paragraph purport to quote from portions of a publicly available research paper, the full text of the paper speaks for itself.  To the extent the allegations in this paragraph purport to summarize or are inconsistent with it, Runway denies those allegations.  Runway denies any remaining allegations in this paragraph.

107.    To the extent the allegations in this paragraph purport to quote from portions of a publicly available research paper, the full text of the paper speaks for itself.  To the extent the allegations in this paragraph purport to summarize or are inconsistent with it, Runway denies those allegations.  Runway denies any remaining allegations in this paragraph.

108.    To the extent the allegations in this paragraph purport to quote from portions of a publicly available research paper, the full text of the paper speaks for itself.  To the extent the allegations in this paragraph purport to summarize or are inconsistent with it, Runway denies those allegations.  Runway denies any remaining allegations in this paragraph.

109.    This paragraph describes a hypothetical scenario with incomplete and insufficient data.  Accordingly, Runway denies the allegations in this paragraph.

110.    To the extent the allegations in this paragraph purport to quote from portions of a publicly available research paper, the full text of the paper speaks for itself.  To the extent the allegations in this paragraph purport to summarize or are inconsistent with it, Runway denies those allegations.  Runway denies any remaining allegations in this paragraph.

111.    This paragraph describes a hypothetical scenario with incomplete and insufficient data.  Accordingly, Runway denies the allegations in this paragraph.

112.    Runway denies the allegations in this paragraph to the extent they pertain to Runway, and is without knowledge or information sufficient to form a belief as to the truth of the allegations as to other Defendants, and on that basis denies them.

113.    Runway admits that diffusion and CLIP models are used for some AI image products.  Runway denies the remaining allegations of Paragraph 113.

114.    Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

115.    Runway admits that diffusion and CLIP models are used for some AI image products.  Runway denies the remaining allegations of Paragraph 115.

## X.    PROTECTED EXPRESSION FROM TRAINING IMAGES IS COPIED, COMPRESSED, STORED, AND INTERPOLATED BY DIFFUSION MODELS

116.    Runway denies the allegations of Paragraph 116.

117.    To the extent the allegations in this paragraph purport to quote from portions of a publicly available research paper, the full text of the paper speaks for itself.  To the extent the allegations in this paragraph purport to summarize or are inconsistent with it, Runway denies those allegations.  Runway denies any remaining allegations in this paragraph.

118.    To the extent the allegations in this paragraph purport to quote from portions of a publicly available research paper, the full text of the paper speaks for itself.  To the extent the allegations in this paragraph purport to summarize or are inconsistent with it, Runway denies those allegations.  Runway denies any remaining allegations in this paragraph.

119.    To the extent the allegations in this paragraph purport to quote from portions of a publicly available research paper, the full text of the paper speaks for itself.  To the extent the

allegations in this paragraph purport to summarize or are inconsistent with it, Runway denies those allegations.  Runway denies any remaining allegations in this paragraph.

120.    Runway lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 120, and on that basis denies them.

121.    Runway lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 121, and on that basis denies them.

122.    Runway lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 122, and on that basis denies them.

123.    Runway lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 123, and on that basis denies them.

124.    Runway lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 124, and on that basis denies them.

125.    Runway lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 125, and on that basis denies them.

126.    Runway lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 126, and on that basis denies them.

127.    Runway lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 127, and on that basis denies them.

128.    Runway lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 128, and on that basis denies them

129.    Runway denies the allegations of Paragraph 129.

130.    To the extent the allegations in this paragraph purport to quote from portions of a publicly available research paper, the full text of the paper speaks for itself.  To the extent the allegations in this paragraph purport to summarize or are inconsistent with it, Runway denies those allegations.  Runway denies any remaining allegations in this paragraph.

131.    To the extent the allegations in this paragraph purport to quote from portions of a publicly available research paper, the full text of the paper speaks for itself.  To the extent the

allegations in this paragraph purport to summarize or are inconsistent with it, Runway denies those allegations.  Runway denies any remaining allegations in this paragraph.

132.    To the extent the allegations in this paragraph purport to quote from portions of a publicly available research paper, the full text of the paper speaks for itself.  To the extent the allegations in this paragraph purport to summarize or are inconsistent with it, Runway denies those allegations.  Runway denies any remaining allegations in this paragraph.

133.    Paragraph 133 does not purport to contain any allegations, and therefore no response is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

134.    To the extent the allegations in this paragraph purport to quote from portions of a publicly available research paper, the full text of the paper speaks for itself.  To the extent the allegations in this paragraph purport to summarize or are inconsistent with it, Runway denies those allegations.  Runway denies any remaining allegations in this paragraph.

135.    To the extent the allegations in this paragraph purport to quote from portions of a publicly available research paper, the full text of the paper speaks for itself.  To the extent the allegations in this paragraph purport to summarize or are inconsistent with it, Runway denies those allegations.  Runway denies any remaining allegations in this paragraph.

136.    To the extent the allegations in this paragraph purport to quote from portions of a publicly available research paper, the full text of the paper speaks for itself.  To the extent the allegations in this paragraph purport to summarize or are inconsistent with it, Runway denies those allegations.  Runway denies any remaining allegations in this paragraph.

137.    Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

138.    To the extent the allegations in this paragraph purport to quote from portions of a publicly available research paper, the full text of the paper speaks for itself.  To the extent the allegations in this paragraph purport to summarize or are inconsistent with it, Runway denies those allegations.  Runway denies any remaining allegations in this paragraph.

139.     To the extent the allegations in this paragraph purport to quote from portions of a publicly available research paper, the full text of the paper speaks for itself.  To the extent the allegations in this paragraph purport to summarize or are inconsistent with it, Runway denies those allegations.  Runway denies any remaining allegations in this paragraph.

140.     To the extent the allegations in this paragraph purport to quote from portions of a publicly available research paper, the full text of the paper speaks for itself.  To the extent the allegations in this paragraph purport to summarize or are inconsistent with it, Runway denies those allegations.  Runway denies any remaining allegations in this paragraph.

141.     To the extent the allegations in this paragraph purport to quote from portions of a publicly available research paper, the full text of the paper speaks for itself.  To the extent the allegations in this paragraph purport to summarize or are inconsistent with it, Runway denies those allegations.  Runway denies any remaining allegations in this paragraph.

142.     To the extent the allegations in this paragraph purport to quote from portions of a publicly available research paper, the full text of the paper speaks for itself.  To the extent the allegations in this paragraph purport to summarize or are inconsistent with it, Runway denies those allegations.  Runway denies any remaining allegations in this paragraph.

143.     To the extent the allegations in this paragraph purport to quote from portions of a publicly available research paper, the full text of the paper speaks for itself.  To the extent the allegations in this paragraph purport to summarize or are inconsistent with it, Runway denies those allegations.  Runway denies any remaining allegations in this paragraph.

144.     Runway denies the allegations of Paragraph 144.

145.     Runway denies the allegations of Paragraph 145.

146.     Runway denies the allegations of Paragraph 146.

147.     Runway denies the allegations of Paragraph 147.

148.     To the extent the allegations in this paragraph purport to quote from portions of a publicly available webpage, the webpage speaks for itself.  To the extent the allegations in this paragraph purport to summarize or are inconsistent with it, Runway denies those allegations.  Runway denies the remaining allegations of Paragraph 148.

2775315

149.     Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

150.     To the extent the allegations in this paragraph purport to quote from portions of a publicly available research paper, the full text of the paper speaks for itself.  To the extent the allegations in this paragraph purport to summarize or are inconsistent with it, Runway denies those allegations.  Runway denies any remaining allegations in this paragraph.

## XI.     EXAMPLES OF TEXT PROMPTS USING PLAINTIFF NAMES IN AI IMAGE PRODUCTS OFFERED BY STABILITY, RUNWAY, AND MIDJOURNEY

151.     Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

152.     Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

153.     Runway admits that some AI image products can restrict the use of certain keywords in prompts. Runway denies the remaining allegations of Paragraph 153.

154.     Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

155.     Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

156.     Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

157.     Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

158.     Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

159.     Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

160.     Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

2775315

161.    Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

162.    Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

163.    Runway admits that it makes available a text-to-image generator.  Runway is without knowledge or information sufficient to form a belief as to whether Plaintiffs used that tool to create the referenced images, and on that basis denies that they did.  Runway denies the remaining allegations of Paragraph 163.

164.    Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

165.    Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

166.    Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

167.    Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

168.    Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

169.    Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

170.    Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

171.    Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

172.    Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

173.    Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

174.    Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

175.    Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

176.    Runway denies the allegations in Paragraph 176.

177.    Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

**XII.    EXAMPLES OF IMAGE PROMPTS USING PLAINTIFF IMAGES IN AI IMAGE PRODUCTS OFFERED BY STABILITY, RUNWAY, AND MIDJOURNEY**

178.    Runway admits that some AI image products accept text and images as prompts. Runway denies the remaining allegations of Paragraph 178.

179.    Runway admits that this paragraph describes at a high-level certain CLIP techniques.  Runway denies the remaining allegations of this paragraph.

180.    Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

181.    Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

182.    Runway denies the allegations of Paragraph 182.

183.    Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

184.    Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

185.    Runway is without knowledge or information sufficient to form a belief as to how the referenced images were created, and on that basis denies those allegations.  Runway admits that one aspect of a CLIP model involves embeddings, and that CLIP and diffusion models are used for the Image Variation tool.  Runway denies the remaining allegations of Paragraph 185.

186.    Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

187.    Runway is without knowledge or information sufficient to form a belief as to how the referenced images were created, and on that basis denies those allegations.  Runway denies the remaining allegations of Paragraph 187.

188.    Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

189.    Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

190.    Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

191.    Runway denies the allegations of this paragraph.

192.    Runway denies the allegations of this paragraph.

193.    Runway denies the allegations of this paragraph.

194.    The Court dismissed Plaintiffs' DMCA claims, with prejudice, on August 12, 2024.  *See* ECF No. 223.  Plaintiffs repleaded their DMCA claims in the Second Amended Complaint, filed on October 31, 2024, *see* ECF No. 238, but then voluntarily dismissed Counts 3, 6, and 11 with prejudice on November 21, 2022, *see* ECF No. 241.  Accordingly, no response is required.  Nonetheless, Runway denies the allegations of this paragraph.

195.    The Court dismissed Plaintiffs' DMCA claims, with prejudice, on August 12, 2024.  *See* ECF No. 223.  Plaintiffs repleaded their DMCA claims in the Second Amended Complaint, filed on October 31, 2024, *see* ECF No. 238, but then voluntarily dismissed Counts 3, 6, and 11 with prejudice on November 21, 2022, *see* ECF No. 241.  Accordingly, no response is required.  Nonetheless, Runway denies the allegations of this paragraph.

196.    The Court dismissed Plaintiffs' DMCA claims, with prejudice, on August 12, 2024.  *See* ECF No. 223.  Plaintiffs repleaded their DMCA claims in the Second Amended Complaint, filed on October 31, 2024, *see* ECF No. 238, but then voluntarily dismissed Counts 3, 6, and 11 with prejudice on November 21, 2022, *see* ECF No. 241.  Accordingly, no response is required.  Nonetheless, Runway denies the allegations of this paragraph.

DEFENDANT RUNWAY AI, INC.'S ANSWER TO SECOND AMENDED CLASS ACTION COMPLAINT
Case No. 3:23-cv-00201-WHO

2775315

197.    The Court dismissed Plaintiffs' DMCA claims, with prejudice, on August 12, 2024. *See* ECF No. 223. Plaintiffs repleaded their DMCA claims in the Second Amended Complaint, filed on October 31, 2024, *see* ECF No. 238, but then voluntarily dismissed Counts 3, 6, and 11 with prejudice on November 21, 2022, *see* ECF No. 241. Accordingly, no response is required. Nonetheless, Runway denies the allegations of this paragraph.

198.    The Court dismissed Plaintiffs' DMCA claims, with prejudice, on August 12, 2024. *See* ECF No. 223. Plaintiffs repleaded their DMCA claims in the Second Amended Complaint, filed on October 31, 2024, *see* ECF No. 238, but then voluntarily dismissed Counts 3, 6, and 11 with prejudice on November 21, 2022, *see* ECF No. 241. Accordingly, no response is required. Nonetheless, Runway denies the allegations of this paragraph.

199.    The Court dismissed Plaintiffs' DMCA claims, with prejudice, on August 12, 2024. *See* ECF No. 223. Plaintiffs repleaded their DMCA claims in the Second Amended Complaint, filed on October 31, 2024, *see* ECF No. 238, but then voluntarily dismissed Counts 3, 6, and 11 with prejudice on November 21, 2022, *see* ECF No. 241. Accordingly, no response is required. Nonetheless, Runway denies the allegations of this paragraph.

200.    The Court dismissed Plaintiffs' DMCA claims, with prejudice, on August 12, 2024. *See* ECF No. 223. Plaintiffs repleaded their DMCA claims in the Second Amended Complaint, filed on October 31, 2024, *see* ECF No. 238, but then voluntarily dismissed Counts 3, 6, and 11 with prejudice on November 21, 2022, *see* ECF No. 241. Accordingly, no response is required. Nonetheless, Runway denies the allegations of this paragraph.

**XIII.    USER AND LICENSEE ACTIVITY**

201.    Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph as they pertain other Defendants and third parties, and on that basis denies them. Runway denies the allegations of this paragraph that pertain to Runway.

202.    Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

203.    Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

204.    Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

205.    Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

206.    Runway denies the allegations of Paragraph 206.

207.    Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph as they pertain other Defendants and third parties, and on that basis denies them.  Runway denies the allegations of this paragraph that pertain to Runway.

208.    Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph as they pertain other Defendants and third parties, and on that basis denies them.  Runway denies the allegations of this paragraph that pertain to Runway.

## XIV.    DEFINITIONS FOR THE CAUSES OF ACTION

209.    Runway admits that Plaintiffs purport to define the capitalized term as described, and otherwise denies the allegations of this paragraph.

210.    Runway admits that Plaintiffs purport to define the capitalized term as described, and otherwise denies the allegations of this paragraph.

211.    Runway admits that Plaintiffs purport to define the capitalized term as described, and otherwise denies the allegations of this paragraph.

212.    Runway admits that Plaintiffs purport to define the capitalized term as described, and otherwise denies the allegations of this paragraph.

213.    Runway admits that Plaintiffs purport to define the capitalized term as described, and otherwise denies the allegations of this paragraph.

## XV.    CAUSES OF ACTION AGAINST STABILITY

214.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

215.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

216.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

217.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

218.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

**COUNT ONE**
**Direct copyright infringement of the LAION-5B Registered Works by training the Stability Models, including Stable Diffusion 2.0 and Stable Diffusion XL 1.0 against Stability on behalf of the LAION-5B Registered Plaintiffs and Damages Subclass**

219.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway incorporates its previous responses to each incorporated allegation.

220.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

221.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway admits that LAION linked

to a tool known as img2dataset that enabled users to download publicly available images from URLs contained in the LAION-5B dataset. Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph as they pertain to Stability AI, and on that basis denies them. Runway otherwise denies the allegations of Paragraph 221.

222.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required. To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

223.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required. To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

224.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required. To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

225.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required. To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

226.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required. To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

227.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required. To the extent a response is required, Runway is without knowledge or

information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

228.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

229.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

230.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

231.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

**COUNT TWO**
**Inducement of copyright infringement by distributing Stable Diffusion 2.0 and Stable Diffusion XL 1.0 for free against Stability on behalf of the LAION-5B Registered Plaintiffs and Damages Subclass**

232.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway incorporates its previous responses to each incorporated allegation.

233.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

234.     This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

235.     This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

236.     This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

237.     This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

## COUNT THREE
**DMCA violations by removing and altering CMI of training images against Stability on behalf of all Plaintiffs, the Damages and the Injunctive Classes**

238.     The Court dismissed Plaintiffs' DMCA claims, with prejudice, on August 12, 2024.  *See* ECF No. 223.  Plaintiffs repleaded their DMCA claims in the Second Amended Complaint, filed on October 31, 2024, *see* ECF No. 238, but then voluntarily dismissed Count 3 with prejudice on November 21, 2022, *see* ECF No. 241.  Accordingly, no response is required.  Nonetheless, Runway denies the allegations of this paragraph.

239.     The Court dismissed Plaintiffs' DMCA claims, with prejudice, on August 12, 2024.  *See* ECF No. 223.  Plaintiffs repleaded their DMCA claims in the Second Amended Complaint, filed on October 31, 2024, *see* ECF No. 238, but then voluntarily dismissed Count 3

with prejudice on November 21, 2022, *see* ECF No. 241.  Accordingly, no response is required.  Nonetheless, Runway denies the allegations of this paragraph.

240.    The Court dismissed Plaintiffs' DMCA claims, with prejudice, on August 12, 2024.  *See* ECF No. 223.  Plaintiffs repleaded their DMCA claims in the Second Amended Complaint, filed on October 31, 2024, *see* ECF No. 238, but then voluntarily dismissed Count 3 with prejudice on November 21, 2022, *see* ECF No. 241.  Accordingly, no response is required.  Nonetheless, Runway denies the allegations of this paragraph.

241.    The Court dismissed Plaintiffs' DMCA claims, with prejudice, on August 12, 2024.  *See* ECF No. 223.  Plaintiffs repleaded their DMCA claims in the Second Amended Complaint, filed on October 31, 2024, *see* ECF No. 238, but then voluntarily dismissed Count 3 with prejudice on November 21, 2022, *see* ECF No. 241.  Accordingly, no response is required.  Nonetheless, Runway denies the allegations of this paragraph.

242.    The Court dismissed Plaintiffs' DMCA claims, with prejudice, on August 12, 2024.  *See* ECF No. 223.  Plaintiffs repleaded their DMCA claims in the Second Amended Complaint, filed on October 31, 2024, *see* ECF No. 238, but then voluntarily dismissed Count 3 with prejudice on November 21, 2022, *see* ECF No. 241.  Accordingly, no response is required.  Nonetheless, Runway denies the allegations of this paragraph.

243.    The Court dismissed Plaintiffs' DMCA claims, with prejudice, on August 12, 2024.  *See* ECF No. 223.  Plaintiffs repleaded their DMCA claims in the Second Amended Complaint, filed on October 31, 2024, *see* ECF No. 238, but then voluntarily dismissed Count 3 with prejudice on November 21, 2022, *see* ECF No. 241.  Accordingly, no response is required.  Nonetheless, Runway denies the allegations of this paragraph.

244.    The Court dismissed Plaintiffs' DMCA claims, with prejudice, on August 12, 2024.  *See* ECF No. 223.  Plaintiffs repleaded their DMCA claims in the Second Amended Complaint, filed on October 31, 2024, *see* ECF No. 238, but then voluntarily dismissed Count 3 with prejudice on November 21, 2022, *see* ECF No. 241.  Accordingly, no response is required.  Nonetheless, Runway denies the allegations of this paragraph.

245.    The Court dismissed Plaintiffs' DMCA claims, with prejudice, on August 12, 2024.  *See* ECF No. 223.  Plaintiffs repleaded their DMCA claims in the Second Amended Complaint, filed on October 31, 2024, *see* ECF No. 238, but then voluntarily dismissed Count 3 with prejudice on November 21, 2022, *see* ECF No. 241.  Accordingly, no response is required.  Nonetheless, Runway denies the allegations of this paragraph.

246.    The Court dismissed Plaintiffs' DMCA claims, with prejudice, on August 12, 2024.  *See* ECF No. 223.  Plaintiffs repleaded their DMCA claims in the Second Amended Complaint, filed on October 31, 2024, *see* ECF No. 238, but then voluntarily dismissed Count 3 with prejudice on November 21, 2022, *see* ECF No. 241.  Accordingly, no response is required.  Nonetheless, Runway denies the allegations of this paragraph.

247.    The Court dismissed Plaintiffs' DMCA claims, with prejudice, on August 12, 2024.  *See* ECF No. 223.  Plaintiffs repleaded their DMCA claims in the Second Amended Complaint, filed on October 31, 2024, *see* ECF No. 238, but then voluntarily dismissed Count 3 with prejudice on November 21, 2022, *see* ECF No. 241.  Accordingly, no response is required.  Nonetheless, Runway denies the allegations of this paragraph.

248.    The Court dismissed Plaintiffs' DMCA claims, with prejudice, on August 12, 2024.  *See* ECF No. 223.  Plaintiffs repleaded their DMCA claims in the Second Amended Complaint, filed on October 31, 2024, *see* ECF No. 238, but then voluntarily dismissed Count 3 with prejudice on November 21, 2022, *see* ECF No. 241.  Accordingly, no response is required.  Nonetheless, Runway denies the allegations of this paragraph.

249.    The Court dismissed Plaintiffs' DMCA claims, with prejudice, on August 12, 2024.  *See* ECF No. 223.  Plaintiffs repleaded their DMCA claims in the Second Amended Complaint, filed on October 31, 2024, *see* ECF No. 238, but then voluntarily dismissed Count 3 with prejudice on November 21, 2022, *see* ECF No. 241.  Accordingly, no response is required.  Nonetheless, Runway denies the allegations of this paragraph.

250.    The Court dismissed Plaintiffs' DMCA claims, with prejudice, on August 12, 2024.  *See* ECF No. 223.  Plaintiffs repleaded their DMCA claims in the Second Amended Complaint, filed on October 31, 2024, *see* ECF No. 238, but then voluntarily dismissed Count 3

with prejudice on November 21, 2022, *see* ECF No. 241.  Accordingly, no response is required. Nonetheless, Runway denies the allegations of this paragraph.

## XVI. CAUSES OF ACTION AGAINST MIDJOURNEY

251.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

252.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

253.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

254.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

255.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

256.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

2775315

257.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

258.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

259.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway admits that Plaintiffs purport to define the capitalized term as described, and otherwise denies the allegations of this paragraph.

260.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway admits that Plaintiffs purport to define the capitalized term as described, and otherwise denies the allegations of this paragraph.

261.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway admits that Plaintiffs purport to define the capitalized term as described, and otherwise denies the allegations of this paragraph.

262.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway admits that Plaintiffs purport to define the capitalized term as described, and otherwise denies the allegations of this paragraph.

263.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

2775315

264.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

265.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

266.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

267.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

268.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

269.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

270.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

2775315

**COUNT FOUR**

**Direct copyright infringement of the LAION-400M Registered Works by training the Midjourney 400M Models, including Midjourney Model version 1 against Midjourney on behalf of the LAION-400M Registered Plaintiffs and Damages Subclass**

271.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway incorporates its previous responses to each incorporated allegation.

272.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

273.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway admits that LAION linked to a tool known as img2dataset that enabled users to download publicly available images from URLs contained in the LAION-400M dataset.  Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph as they pertain to Midjourney, and on that basis denies them. Runway otherwise denies the allegations of Paragraph 273.

274.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

275.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

2775315

**COUNT FIVE**

**Direct copyright infringement of the LAION-5B Registered Works by training the Midjourney 5B Models, including Midjourney Model version 5.2 against Midjourney on behalf of the LAION-5B Registered Plaintiffs and Damages Subclass**

276.     This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway incorporates its previous responses to each incorporated allegation.

277.     This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

278.     This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway admits that LAION linked to a tool known as img2dataset that enabled users to download publicly available images from URLs contained in the LAION-5B dataset.  Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph as they pertain to Midjourney, and on that basis denies them. Runway otherwise denies the allegations of Paragraph 278.

279.     This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

280.     This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

281.     This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or

information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

282.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

**COUNT SIX**
**DMCA violations by removing and altering CMI of training images against Midjourney on behalf of All Plaintiffs, the Damages and Injunctive Class**

283.    The Court dismissed Plaintiffs' DMCA claims, with prejudice, on August 12, 2024.  *See* ECF No. 223.  Plaintiffs repleaded their DMCA claims in the Second Amended Complaint, filed on October 31, 2024, *see* ECF No. 238, but then voluntarily dismissed Count 6 with prejudice on November 21, 2022, *see* ECF No. 241.  Accordingly, no response is required. Nonetheless, Runway denies the allegations of this paragraph.

284.    The Court dismissed Plaintiffs' DMCA claims, with prejudice, on August 12, 2024.  *See* ECF No. 223.  Plaintiffs repleaded their DMCA claims in the Second Amended Complaint, filed on October 31, 2024, *see* ECF No. 238, but then voluntarily dismissed Count 6 with prejudice on November 21, 2022, *see* ECF No. 241.  Accordingly, no response is required. Nonetheless, Runway denies the allegations of this paragraph.

285.    The Court dismissed Plaintiffs' DMCA claims, with prejudice, on August 12, 2024.  *See* ECF No. 223.  Plaintiffs repleaded their DMCA claims in the Second Amended Complaint, filed on October 31, 2024, *see* ECF No. 238, but then voluntarily dismissed Count 6 with prejudice on November 21, 2022, *see* ECF No. 241.  Accordingly, no response is required. Nonetheless, Runway denies the allegations of this paragraph.

286.    The Court dismissed Plaintiffs' DMCA claims, with prejudice, on August 12, 2024.  *See* ECF No. 223.  Plaintiffs repleaded their DMCA claims in the Second Amended Complaint, filed on October 31, 2024, *see* ECF No. 238, but then voluntarily dismissed Count 6

2775315

with prejudice on November 21, 2022, *see* ECF No. 241. Accordingly, no response is required. Nonetheless, Runway denies the allegations of this paragraph.

287. The Court dismissed Plaintiffs' DMCA claims, with prejudice, on August 12, 2024. *See* ECF No. 223. Plaintiffs repleaded their DMCA claims in the Second Amended Complaint, filed on October 31, 2024, *see* ECF No. 238, but then voluntarily dismissed Count 6 with prejudice on November 21, 2022, *see* ECF No. 241. Accordingly, no response is required. Nonetheless, Runway denies the allegations of this paragraph.

288. The Court dismissed Plaintiffs' DMCA claims, with prejudice, on August 12, 2024. *See* ECF No. 223. Plaintiffs repleaded their DMCA claims in the Second Amended Complaint, filed on October 31, 2024, *see* ECF No. 238, but then voluntarily dismissed Count 6 with prejudice on November 21, 2022, *see* ECF No. 241. Accordingly, no response is required. Nonetheless, Runway denies the allegations of this paragraph.

289. The Court dismissed Plaintiffs' DMCA claims, with prejudice, on August 12, 2024. *See* ECF No. 223. Plaintiffs repleaded their DMCA claims in the Second Amended Complaint, filed on October 31, 2024, *see* ECF No. 238, but then voluntarily dismissed Count 6 with prejudice on November 21, 2022, *see* ECF No. 241. Accordingly, no response is required. Nonetheless, Runway denies the allegations of this paragraph.

290. The Court dismissed Plaintiffs' DMCA claims, with prejudice, on August 12, 2024. *See* ECF No. 223. Plaintiffs repleaded their DMCA claims in the Second Amended Complaint, filed on October 31, 2024, *see* ECF No. 238, but then voluntarily dismissed Count 6 with prejudice on November 21, 2022, *see* ECF No. 241. Accordingly, no response is required. Nonetheless, Runway denies the allegations of this paragraph.

291. The Court dismissed Plaintiffs' DMCA claims, with prejudice, on August 12, 2024. *See* ECF No. 223. Plaintiffs repleaded their DMCA claims in the Second Amended Complaint, filed on October 31, 2024, *see* ECF No. 238, but then voluntarily dismissed Count 6 with prejudice on November 21, 2022, *see* ECF No. 241. Accordingly, no response is required. Nonetheless, Runway denies the allegations of this paragraph.

292.     The Court dismissed Plaintiffs' DMCA claims, with prejudice, on August 12, 2024.  *See* ECF No. 223.  Plaintiffs repleaded their DMCA claims in the Second Amended Complaint, filed on October 31, 2024, *see* ECF No. 238, but then voluntarily dismissed Count 6 with prejudice on November 21, 2022, *see* ECF No. 241.  Accordingly, no response is required. Nonetheless, Runway denies the allegations of this paragraph.

293.     The Court dismissed Plaintiffs' DMCA claims, with prejudice, on August 12, 2024.  *See* ECF No. 223.  Plaintiffs repleaded their DMCA claims in the Second Amended Complaint, filed on October 31, 2024, *see* ECF No. 238, but then voluntarily dismissed Count 6 with prejudice on November 21, 2022, *see* ECF No. 241.  Accordingly, no response is required. Nonetheless, Runway denies the allegations of this paragraph.

294.     The Court dismissed Plaintiffs' DMCA claims, with prejudice, on August 12, 2024. *See* ECF No. 223. Plaintiffs repleaded their DMCA claims in the Second Amended Complaint, filed on October 31, 2024, *see* ECF No. 238, but then voluntarily dismissed Count 6 with prejudice on November 21, 2022, *see* ECF No. 241.  Accordingly, no response is required. Nonetheless, Runway denies the allegations of this paragraph.

295.     The Court dismissed Plaintiffs' DMCA claims, with prejudice, on August 12, 2024.  *See* ECF No. 223.  Plaintiffs repleaded their DMCA claims in the Second Amended Complaint, filed on October 31, 2024, *see* ECF No. 238, but then voluntarily dismissed Count 6 with prejudice on November 21, 2022, *see* ECF No. 241.  Accordingly, no response is required. Nonetheless, Runway denies the allegations of this paragraph.

## COUNT SEVEN
**Lanham Act — false endorsement by unauthorized commercial use of artists' names against Midjourney on behalf of the Midjourney Named Plaintiffs and Class**

296.     This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway incorporates its previous responses to each incorporated allegation.

297.     This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or

1   information sufficient to form a belief as to the truth of the allegations of this paragraph, and on

2   that basis denies them.

3           298.    This paragraph relates to a claim not made against Runway and thus no response

4   by Runway is required.  To the extent a response is required, Runway is without knowledge or

5   information sufficient to form a belief as to the truth of the allegations of this paragraph, and on

6   that basis denies them.

7           299.    This paragraph relates to a claim not made against Runway and thus no response

8   by Runway is required.  To the extent a response is required, Runway is without knowledge or

9   information sufficient to form a belief as to the truth of the allegations of this paragraph, and on

10  that basis denies them.

11          300.    This paragraph relates to a claim not made against Runway and thus no response

12  by Runway is required.  To the extent a response is required, Runway is without knowledge or

13  information sufficient to form a belief as to the truth of the allegations of this paragraph, and on

14  that basis denies them.

15          301.    This paragraph relates to a claim not made against Runway and thus no response

16  by Runway is required.  To the extent a response is required, Runway is without knowledge or

17  information sufficient to form a belief as to the truth of the allegations of this paragraph, and on

18  that basis denies them.

19          302.    This paragraph relates to a claim not made against Runway and thus no response

20  by Runway is required.  To the extent a response is required, Runway is without knowledge or

21  information sufficient to form a belief as to the truth of the allegations of this paragraph, and on

22  that basis denies them.

23          303.    This paragraph relates to a claim not made against Runway and thus no response

24  by Runway is required.  To the extent a response is required, Runway is without knowledge or

25  information sufficient to form a belief as to the truth of the allegations of this paragraph, and on

26  that basis denies them.

27          304.    This paragraph relates to a claim not made against Runway and thus no response

28  by Runway is required.  To the extent a response is required, Runway is without knowledge or

2775315

information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

305.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

306.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

307.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

308.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

309.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

### COUNT EIGHT
**Lanham Act — vicarious trade-dress violation by profiting from imitations of protectable trade dress against Midjourney on behalf of the Midjourney Named Plaintiffs and Class**

310.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway incorporates its previous responses to each incorporated allegation.

311.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

312.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

313.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

314.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

315.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

316.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

317.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

318.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

319.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

320.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

321.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

322.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

323.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

324.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

2775315

325.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

## XVII.  CAUSES OF ACTION AGAINST RUNWAY

326.    Runway admits that it was involved with training an image model that was released as Stable Diffusion 1.5 and that such training involved subsets of the LAION-5B dataset, and denies the remaining allegations in this paragraph.

327.    Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

328.    Runway denies the allegations in Paragraph 328.

329.    Runway denies the allegations in Paragraph 329.

**COUNT NINE**
**Direct copyright infringement of the LAION-5B Registered Works by training the Runway Models, including Stable Diffusion 1.5 against Runway on behalf of the LAION-5B Registered Plaintiffs, LAION-5B Subclass, and Karla Ortiz Individually**

330.    Runway incorporates its previous responses to each incorporated allegation.

331.    Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of this paragraph, and on that basis denies them. Runway denies the remaining allegations in Paragraph 331.

332.    Runway admits that a tool known as img2dataset enables users to download publicly available images from metadata contained in certain datasets.  Runway otherwise denies the allegations in Paragraph 332.

333.    Runway denies the allegations in Paragraph 333.

334.    Runway denies the allegations in Paragraph 334.

335.    Runway denies the allegations in Paragraph 335.

336.    Runway admits that Runway and Stability AI were involved with the development of certain early versions of the Stable Diffusion model and that billions of image-text pairs were used for training.  Runway further admits that, for a period of time, the code and weights for

Stable Diffusion 1.5 were available for download on public websites. Runway is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

337.    Runway denies the allegations in Paragraph 337.

**COUNT TEN**
**Inducement of copyright infringement by distributing Stable Diffusion 1.5 for free against Runway on behalf of the LAION-5B Registered Plaintiffs and Subclass**

338.    Runway incorporates its previous responses to each incorporated allegation.

339.    Runway admits that Runway and Stability AI were involved with the development of certain early versions of the Stable Diffusion model and that billions of image-text pairs were used for training. Runway further admits that, for a period of time, the code and weights for Stable Diffusion 1.5 were available for download on public websites. Runway is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

340.    Runway admits that Runway and Stability AI were involved with the development of certain early versions of the Stable Diffusion model and that billions of image-text pairs were used for training. Runway further admits that, for a period of time, the code and weights for Stable Diffusion 1.5 were available for download on public websites. Runway is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them. Runway denies the allegations in Paragraph 340.

341.    Runway denies the allegations in Paragraph 341.

342.    Runway denies the allegations in Paragraph 342.

343.    Runway denies the allegations in Paragraph 343.

**COUNT ELEVEN**
**DMCA violations by removing and altering CMI of training images against Runway on behalf of all Plaintiffs, the Damages and Injunctive Classes**

344.    The Court dismissed Plaintiffs' DMCA claims, with prejudice, on August 12, 2024. *See* ECF No. 223. Plaintiffs repleaded their DMCA claims in the Second Amended Complaint, filed on October 31, 2024, *see* ECF No. 238, but then voluntarily dismissed Count 11

43

with prejudice on November 21, 2022, *see* ECF No. 241.  Accordingly, no response is required.

Nonetheless, Runway denies the allegations of this paragraph.

345.    The Court dismissed Plaintiffs' DMCA claims, with prejudice, on August 12,

2024.  *See* ECF No. 223.  Plaintiffs repleaded their DMCA claims in the Second Amended

Complaint, filed on October 31, 2024, *see* ECF No. 238, but then voluntarily dismissed Count 11

with prejudice on November 21, 2022, *see* ECF No. 241.  Accordingly, no response is required.

Nonetheless, Runway denies the allegations of this paragraph.

346.    The Court dismissed Plaintiffs' DMCA claims, with prejudice, on August 12,

2024.  *See* ECF No. 223.  Plaintiffs repleaded their DMCA claims in the Second Amended

Complaint, filed on October 31, 2024, *see* ECF No. 238, but then voluntarily dismissed Count 11

with prejudice on November 21, 2022, *see* ECF No. 241.  Accordingly, no response is required.

Nonetheless, Runway denies the allegations of this paragraph.

347.    The Court dismissed Plaintiffs' DMCA claims, with prejudice, on August 12,

2024.  *See* ECF No. 223.  Plaintiffs repleaded their DMCA claims in the Second Amended

Complaint, filed on October 31, 2024, *see* ECF No. 238, but then voluntarily dismissed Count 11

with prejudice on November 21, 2022, *see* ECF No. 241.  Accordingly, no response is required.

Nonetheless, Runway denies the allegations of this paragraph.

348.    The Court dismissed Plaintiffs' DMCA claims, with prejudice, on August 12,

2024.  *See* ECF No. 223.  Plaintiffs repleaded their DMCA claims in the Second Amended

Complaint, filed on October 31, 2024, *see* ECF No. 238, but then voluntarily dismissed Count 11

with prejudice on November 21, 2022, *see* ECF No. 241.  Accordingly, no response is required.

Nonetheless, Runway denies the allegations of this paragraph.

349.    The Court dismissed Plaintiffs' DMCA claims, with prejudice, on August 12,

2024.  *See* ECF No. 223.  Plaintiffs repleaded their DMCA claims in the Second Amended

Complaint, filed on October 31, 2024, *see* ECF No. 238, but then voluntarily dismissed Count 11

with prejudice on November 21, 2022, *see* ECF No. 241.  Accordingly, no response is required.

Nonetheless, Runway denies the allegations of this paragraph.

350.    The Court dismissed Plaintiffs' DMCA claims, with prejudice, on August 12, 2024. *See* ECF No. 223.  Plaintiffs repleaded their DMCA claims in the Second Amended Complaint, filed on October 31, 2024, *see* ECF No. 238, but then voluntarily dismissed Count 11 with prejudice on November 21, 2022, *see* ECF No. 241.  Accordingly, no response is required. Nonetheless, Runway denies the allegations of this paragraph.

351.    The Court dismissed Plaintiffs' DMCA claims, with prejudice, on August 12, 2024. *See* ECF No. 223.  Plaintiffs repleaded their DMCA claims in the Second Amended Complaint, filed on October 31, 2024, *see* ECF No. 238, but then voluntarily dismissed Count 11 with prejudice on November 21, 2022, *see* ECF No. 241.  Accordingly, no response is required. Nonetheless, Runway denies the allegations of this paragraph.

352.    The Court dismissed Plaintiffs' DMCA claims, with prejudice, on August 12, 2024. *See* ECF No. 223.  Plaintiffs repleaded their DMCA claims in the Second Amended Complaint, filed on October 31, 2024, *see* ECF No. 238, but then voluntarily dismissed Count 11 with prejudice on November 21, 2022, *see* ECF No. 241.  Accordingly, no response is required. Nonetheless, Runway denies the allegations of this paragraph.

353.    The Court dismissed Plaintiffs' DMCA claims, with prejudice, on August 12, 2024. *See* ECF No. 223.  Plaintiffs repleaded their DMCA claims in the Second Amended Complaint, filed on October 31, 2024, *see* ECF No. 238, but then voluntarily dismissed Count 11 with prejudice on November 21, 2022, *see* ECF No. 241.  Accordingly, no response is required. Nonetheless, Runway denies the allegations of this paragraph.

354.    The Court dismissed Plaintiffs' DMCA claims, with prejudice, on August 12, 2024. *See* ECF No. 223.  Plaintiffs repleaded their DMCA claims in the Second Amended Complaint, filed on October 31, 2024, *see* ECF No. 238, but then voluntarily dismissed Count 11 with prejudice on November 21, 2022, *see* ECF No. 241.  Accordingly, no response is required. Nonetheless, Runway denies the allegations of this paragraph.

355.    The Court dismissed Plaintiffs' DMCA claims, with prejudice, on August 12, 2024. *See* ECF No. 223.  Plaintiffs repleaded their DMCA claims in the Second Amended Complaint, filed on October 31, 2024, *see* ECF No. 238, but then voluntarily dismissed Count 11

with prejudice on November 21, 2022, *see* ECF No. 241.  Accordingly, no response is required.  Nonetheless, Runway denies the allegations of this paragraph.

## XVIII. CAUSES OF ACTION AGAINST DEVIANTART

356.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

357.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

358.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

359.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

360.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

361.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

2775315

362.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

363.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

364.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

365.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

366.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

367.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway admits that a tool known as img2dataset enables users to download publicly available images from metadata contained in certain datasets. Runway otherwise denies the allegations in Paragraph 367.

368.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

369. This paragraph relates to a claim not made against Runway and thus no response by Runway is required. To the extent a response is required, Runway denies the allegations in this paragraph.

370. This paragraph relates to a claim not made against Runway and thus no response by Runway is required. To the extent a response is required, Runway denies the allegations in this paragraph.

371. This paragraph relates to a claim not made against Runway and thus no response by Runway is required. To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

372. This paragraph relates to a claim not made against Runway and thus no response by Runway is required. To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

373. This paragraph relates to a claim not made against Runway and thus no response by Runway is required. To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

374. This paragraph relates to a claim not made against Runway and thus no response by Runway is required. To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

375. This paragraph relates to a claim not made against Runway and thus no response by Runway is required. To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

376. This paragraph relates to a claim not made against Runway and thus no response by Runway is required. To the extent a response is required, Runway is without knowledge or

information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

377.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

378.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

379.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

380.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

381.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

382.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

383.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or

2775315

1   information sufficient to form a belief as to the truth of the allegations of this paragraph, and on

2   that basis denies them.

3       384.    This paragraph relates to a claim not made against Runway and thus no response

4   by Runway is required.  To the extent a response is required, Runway is without knowledge or

5   information sufficient to form a belief as to the truth of the allegations of this paragraph, and on

6   that basis denies them.

7       385.    This paragraph relates to a claim not made against Runway and thus no response

8   by Runway is required.  To the extent a response is required, Runway is without knowledge or

9   information sufficient to form a belief as to the truth of the allegations of this paragraph, and on

10  that basis denies them.

11      386.    This paragraph relates to a claim not made against Runway and thus no response

12  by Runway is required.  To the extent a response is required, Runway is without knowledge or

13  information sufficient to form a belief as to the truth of the allegations of this paragraph, and on

14  that basis denies them.

15                          **COUNT TWELVE**
16  **Direct copyright infringement by copying the DreamUp–CompVis Model and incorporating
    it into DreamUp against DeviantArt on behalf of the LAION-5B Registered Plaintiffs**

17

18      387.    This paragraph relates to a claim not made against Runway and thus no response

19  by Runway is required.  To the extent a response is required, Runway incorporates its previous

20  responses to each incorporated allegation.

21      388.    This paragraph relates to a claim not made against Runway and thus no response

22  by Runway is required.  To the extent a response is required, Runway denies the allegations in

23  this paragraph.

24      389.    This paragraph relates to a claim not made against Runway and thus no response

25  by Runway is required.  To the extent a response is required, Runway denies the allegations in

26  this paragraph.

27      390.    This paragraph relates to a claim not made against Runway and thus no response

28  by Runway is required.  To the extent a response is required, Runway is without knowledge or

2775315

information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

391.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

392.    This paragraph relates to a claim not made against Runway and thus no response by Runway is required.  To the extent a response is required, Runway is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

## XIX.    JURY TRIAL DEMANDED

With respect to the jury demand contained in Plaintiffs' SAC, no response is required.  To the extent a response is required, Runway denies that Plaintiffs' claims are properly triable to a jury.

### RUNWAY'S AFFIRMATIVE DEFENSES

Runway asserts the following affirmative defenses.  Runway does not concede that it has the burden of proof on the defenses listed below.

### FIRST AFFIRMATIVE DEFENSE
### (Fair Use)

To the extent there is copying of copyrightable expression, that copying constitutes fair use.

### SECOND AFFIRMATIVE DEFENSE
### (Express or Implied License)

Plaintiffs' claims fail, in whole or in part, because the complained-of use was validly licensed by express or implied license.

### THIRD AFFIRMATIVE DEFENSE
### (Waiver, Abandonment, or Forfeiture)

Plaintiffs' claims are barred, in whole or in part, by the doctrines of waiver, abandonment, and/or forfeiture.

1

**FOURTH AFFIRMATIVE DEFENSE**
**(Laches)**

2

3      Plaintiffs' claims are barred, in whole or in part, by the doctrine of laches.

4

**FIFTH AFFIRMATIVE DEFENSE**
**(Estoppel)**

5

6      Plaintiffs' claims are barred, in whole or in part, by the doctrine of estoppel.

7

**SIXTH AFFIRMATIVE DEFENSE**
**(Innocent Conduct)**

8

9      Plaintiffs' claims fail, in whole or in part, because Runway's conduct was innocent, not

10     willful.

11

**SEVENTH AFFIRMATIVE DEFENSE**
**(Statute of Limitations)**

12

13     Plaintiffs' remedies are barred at least in part by the applicable statute of limitations.

14

**EIGHTH AFFIRMATIVE DEFENSE**
**(Failure to Mitigate)**

15

16     Plaintiffs are barred from recovery of damages because of and to the extent of their failure

17     to mitigate their alleged damages (to which, in any event, they are not entitled).

18

**NINTH AFFIRMATIVE DEFENSE**
**(Lack of Exclusive Rights)**

19

20     Plaintiffs do not own the copyright, electronic rights, or one or more of the exclusive

21     rights afforded under 17 U.S.C. 106, to some or all of the works at issue, including but not limited

22     to because some or all of the material at issue is in the public domain.

23

**TENTH AFFIRMATIVE DEFENSE**
**(Merger Doctrine)**

24

25     Plaintiffs' claims of copyright infringement are barred or limited by the doctrine of

26     merger.

27

28

DEFENDANT RUNWAY AI, INC.'S ANSWER TO SECOND AMENDED CLASS ACTION COMPLAINT
Case No. 3:23-cv-00201-WHO
2775315

1

2

## ELEVENTH AFFIRMATIVE DEFENSE
### (Idea/Expression Dichotomy)

3

Plaintiffs' claims of copyright infringement are barred or limited by the idea/expression

4

dichotomy.

5

6

## TWELFTH AFFIRMATIVE DEFENSE
### (Scenes a faire)

7

Plaintiffs' claims of copyright infringement are barred or limited because the material in

8

which Plaintiffs claim copyright constitutes scenes a faire.

9

10

## THIRTEENTH AFFIRMATIVE DEFENSE
### (*De minimis* Copying)

11

To the extent there is copying of copyrightable expression, that copying is de minimis.

12

13

## FOURTEENTH AFFIRMATIVE DEFENSE
### (Failure to Register Copyright)

14

Plaintiffs lack valid copyright registrations for some or all of the works at issue and

15

therefore lack standing to assert copyright claims based on those works under 17 U.S.C. § 411(a).

16

17

## FIFTEENTH AFFIRMATIVE DEFENSE
### (Unconstitutional Damages)

18

Plaintiffs seek improper damages in violation of the United States Constitution and other

19

applicable law. Any award of statutory or enhanced damages would constitute an unconstitutional

20

penalty under the circumstances of this case and would violate the due process and equal

21

protection guarantees, and other substantive and procedural safeguards, afforded by the United

22

States Constitution.

23

24

## SIXTEENTH AFFIRMATIVE DEFENSE
### (Lack of Injury)

25

Plaintiffs' claims fail in whole or in part because they have not suffered injury as a result

26

of the conduct alleged in the Complaint.

27

28

## SEVENTEENTH AFFIRMATIVE DEFENSE
### (Substantial Noninfringing Uses)

Plaintiffs' claims fail in whole or in part because the accused models, and Runway's products, services, or actions in connection with those models, have commercially significant noninfringing uses.

## EIGHTEENTH AFFIRMATIVE DEFENSE
### (Lack of Causation)

Plaintiffs' claims fail in whole or in part to the extent reproduction, distribution, or display of infringing material were caused by the acts or omissions of persons or entities, including Plaintiffs themselves, for whose conduct Runway is not legally responsible.

## NINETEENTH AFFIRMATIVE DEFENSE
### (First Amendment)

Runway's alleged use of Plaintiffs' names was protected under the First Amendment.

## TWENTIETH AFFIRMATIVE DEFENSE
### (Injunctive Relief)

Plaintiffs are barred from obtaining any preliminary or permanent injunctive relief because, among other things, Plaintiffs (1) are not likely to prevail on the merits of their claims; (2) have not and will not suffer irreparable harm as a result of Runway's conduct; (3) have an adequate remedy at law if they were to prevail in this action; and (4) cannot satisfy their burden of showing that the public interest would be served by entry of an injunction against Runway.

## RESERVATION OF ADDITIONAL AFFIRMATIVE DEFENSES

Runway's investigation of the claims and its defenses is continuing. Runway has not knowingly or intentionally waived any applicable defenses and reserves the right to assert and rely on other applicable defenses as may become available or apparent during discovery in this matter. Runway reserves the right to amend this Answer and/or its affirmative defenses.

//

//

1    Dated:  December 6, 2024                          KEKER, VAN NEST & PETERS LLP

2

3                                               By:    s/ David Silbert
                                                      DAVID SILBERT
4                                                     PAVEN MALHOTRA
                                                      LUKE P. APFELD
                                                      BAILEY W. HEAPS
5                                                     JULIA L. GREENBERG

6                                                     Attorneys for Defendant
7                                                     RUNWAY AI, INC.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT RUNWAY AI, INC.'S ANSWER TO SECOND AMENDED CLASS ACTION COMPLAINT
Case No. 3:23-cv-00201-WHO
2775315