LATHAM & WATKINS LLP
Andrew M. Gass (SBN 259694)
  andrew.gass@lw.com
Michael H. Rubin (SBN 214636)
  michael.rubin@lw.com
Brittany N. Lovejoy (SBN 286813)
  brittany.lovejoy@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: 415.391.0600

Attorneys for Defendant DeviantArt, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, et al., | CASE NO. 3:23-cv-00201-WHO |
| Individual and Representative Plaintiffs, | **DEFENDANT DEVIANTART, INC.'S ANSWER TO SECOND AMENDED COMPLAINT** |
| v. | |
| STABILITY AI LTD., et al., | |
| Defendants. | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

DEFENDANT DEVIANTART, INC.'S ANSWER TO
SECOND AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

Defendant DeviantArt, Inc. ("Defendant"), by and through its undersigned counsel, hereby answers the Second Amended Complaint filed by Plaintiffs Sarah Andersen, Kelly McKernan, Karla Ortiz, H. Southworth pka Hawke Southworth, Grzegorz Rutkowski, Gregory Manchess, Gerald Brom, Jingna Zhang, Julia Kaye, and Adam Ellis ("Plaintiffs").    To the extent not specifically admitted herein, the allegations of the Second Amended Complaint are denied.

## I.    AI IMAGE PRODUCTS ARE TRAINED ON VAST NUMBERS OF COPYRIGHTED IMAGES WITHOUT CONSENT, CREDIT, OR COMPENSATION AND VIOLATE THE RIGHTS OF MILLIONS OF ARTISTS[1]

1.    Defendant admits that the Second Amended Complaint refers to a software product designed to output images through artificial intelligence techniques as an "AI image product." Defendant lacks knowledge or information sufficient to form a belief as to the manner in which the "AI image products at issue in this complaint" were "built," and on that basis denies all related allegations.  Defendant denies the remaining allegations in this paragraph.

2.    Defendant admits that AI image products are often powered by one or more "machine learning models," also referred to as "models," and that models may be "trained" using a "dataset."  Defendant admits that in the Second Amended Complaint, each image caption pair is called a "training image."  Defendant lacks knowledge or information sufficient to form a belief as to manner in which the "models at issue in this complaint were trained" and on that basis denies all related allegations.  Defendant denies any remaining allegations in this paragraph.

3.    Defendant admits that users can elicit images from AI image products through image and text-based "prompting."   Defendant admits that CLIP models can generate CLIP embeddings, which are low-dimensional numerical representations that can be used to compare images and text.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and on that basis denies them.

4.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

---

[1] The various headings and subheadings of the Second Amended Complaint are not allegations and thus do not require a response.  Defendant reproduces them in this Answer solely for convenience.  To the extent a response is required, Defendant denies any allegations contained in the headings and subheadings of the Second Amended Complaint.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DEFENDANT DEVIANTART, INC.'S ANSWER TO
SECOND AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

of the allegations in this paragraph, and on that basis denies them.

5.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

6.    Defendant admits that its subscription-based AI image product deployed Stable Diffusion.  To the extent the allegations in this paragraph contain legal conclusions, no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and on that basis denies them.

7.    Denied.

8.    Defendant denies that it holds out its "AI image products as being able to create substantially similar substitutes for the works they were trained on—either specific training images, or images that imitate the trade dress of particular artists—including Plaintiffs." Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and on that basis denies them.

9.    Denied.

10.    Denied.

## II.    JURISDICTION AND VENUE

11.    For purposes of this action, Defendant does not contest subject matter jurisdiction. This paragraph otherwise contains legal conclusions to which no response is required.

12.    For purposes of this action, Defendant does not contest venue.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph about co-defendant(s), and on that basis denies them.  The remaining allegations in this paragraph contain legal conclusions to which no response is required.

13.    For purposes of this action, Defendant does not contest the assignment.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph about co-defendant(s), and on that basis denies them.  The remaining allegations in this paragraph contain legal conclusions to which no response is required.

## III.    PLAINTIFFS

14.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

DEFENDANT DEVIANTART, INC.'S ANSWER TO
SECOND AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

1   of the allegations in this paragraph, and on that basis denies them.

2       15.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

3   of the allegations in this paragraph, and on that basis denies them.

4       16.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

5   of the allegations in this paragraph, and on that basis denies them.

6       17.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

7   of the allegations in this paragraph, and on that basis denies them.

8       18.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

9   of the allegations in this paragraph, and on that basis denies them.

10      19.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

11  of the allegations in this paragraph, and on that basis denies them.

12      20.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

13  of the allegations in this paragraph, and on that basis denies them.

14      21.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

15  of the allegations in this paragraph, and on that basis denies them.

16      22.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

17  of the allegations in this paragraph, and on that basis denies them.

18      23.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

19  of the allegations in this paragraph, and on that basis denies them.

20      24.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

21  of the allegations in this paragraph, and on that basis denies them.

22      25.    To the extent the allegations in this paragraph contain legal conclusions, no

23  response is required.   To the extent a response is required, Defendant lacks knowledge or

24  information sufficient to form a belief as to the truth of the allegations in this paragraph, and on

25  that basis denies them.

26      26.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

27  of the allegations in this paragraph, and on that basis denies them.

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

DEFENDANT DEVIANTART, INC.'S ANSWER TO
SECOND AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

## IV.    DEFENDANTS

27.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

28.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

29.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

30.    Admit

31.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

## V.    AGENTS AND CO-CONSPIRATORS

32.    The allegations in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations.

33.    The allegations in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations.

## VI.    CLASS ALLEGATIONS

**A.    Class Definitions**

34.    Denied.

35.    Defendant denies claims regarding class definitions.  The allegations in this paragraph also contain legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and on that basis denies them.

**B.    Numerosity**

36.    The allegations in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations.

**C.    Typicality**

37.    The allegations in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

DEFENDANT DEVIANTART, INC.'S ANSWER TO
SECOND AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

**D.     Commonality & Predominance**

38.     The allegations in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations.

39.     The allegations in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations.

40.     The allegations in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations.

41.     The allegations in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations.

42.     The allegations in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations.

43.     The allegations in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations.

44.     The allegations in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations.

**E.     Adequacy**

45.     The allegations in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations.

**F.     Other Class Considerations**

46.     The allegations in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations.

47.     The allegations in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations.

48.     The allegations in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations.

**VII.     ARTISTS AND THEIR WORKS**

49.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

6

DEFENDANT DEVIANTART, INC.'S ANSWER TO
SECOND AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

50.     Defendant admits that creating artwork often requires dedication, energy, and creativity.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations require a legal conclusion, no response is required.

51.     Defendant admits that the quoted language appears in the United States Constitution.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph regarding Plaintiffs' registration of their works, and on that basis denies them.  The remaining allegations in this paragraph contain legal conclusions to which no response is required.

52.     Defendant admits that some artists affix watermarks or other identifying marks to their works.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

53.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

54.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent a response is required, Defendant denies the allegations.

55.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and on that basis denies them.

56.     Denied

**VIII.   THE SOURCE OF THE TRAINING DATASETS: LAION**

57.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

58.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

59.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

60.     Defendant lacks knowledge or information sufficient to form a belief as to the truth

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

7

DEFENDANT DEVIANTART, INC.'S ANSWER TO
SECOND AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

of the allegations in this paragraph, and on that basis denies them.

61.    Defendant admits that a software tool called "img2dataset" allows a user to turn image URLs into an image dataset.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and on that basis denies them.

62.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

63.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

64.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

65.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

66.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

67.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

68.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

69.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

70.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

71.    To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text, Defendant denies the allegations.  Defendant admits that it

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

deployed Stable Diffusion.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and on that basis denies them.

72.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

73.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

74.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

75.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

76.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

77.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

78.    To the extent the allegations in this paragraph contain legal conclusions, no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and on that basis denies them.

79.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

80.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

81.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

**IX.    HOW AI IMAGE PRODUCTS WORK: CLIP-GUIDED DIFFUSION**

82.    Defendant admits that this description is generally consistent with its understanding of CLIP-guided diffusion, though these highly general allegations do not appear to be directed at any particular product, and Defendant lacks knowledge or information sufficient to form a belief with respect to whether this description is uniformly true.

LATHAM&WATKINS℠
ATTORNEYS AT LAW
SAN FRANCISCO

9

DEFENDANT DEVIANTART, INC.'S ANSWER TO
SECOND AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

83.     Defendant admits that it deployed Stable Diffusion.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and on that basis denies them.

84.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

85.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

86.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

87.     To the extent the allegations in this paragraph contain legal conclusions, no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

88.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

89.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

10

DEFENDANT DEVIANTART, INC.'S ANSWER TO
SECOND AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

90.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

91.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

92.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

93.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

94.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

95.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

96.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

11

DEFENDANT DEVIANTART, INC.'S ANSWER TO
SECOND AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

97.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

98.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

99.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

100.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

101.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

102.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

103.     Defendant admits that, to its understanding, some Stable Diffusion models employ CLIP.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and on that basis denies them.

104.     Defendant admits that a CLIP model may quantify a correlation between images

LATHAM&WATKINSᴸᴸᴾ
ATTORNEYS AT LAW
SAN FRANCISCO

DEFENDANT DEVIANTART, INC.'S ANSWER TO
SECOND AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

1   and captions.  However, this general allegation does not appear to be directed at any particular

2   product, and Defendant lacks knowledge or information sufficient to form a belief with respect to

3   whether this description is uniformly true.  Defendant lacks knowledge or information sufficient

4   to form a belief as to the truth of the remaining allegations in this paragraph, and on that basis

5   denies them.

6          105.    Defendant  admits  that  "CLIP"  stands  for  "contrastive  language–image

7   pretraining."  Defendant admits that a CLIP model can learn to correlate images and text by

8   training on such material.  However, these general allegations do not appear to be directed at any

9   particular product, and Defendant lacks knowledge or information sufficient to form a belief with

10  respect to whether this description is uniformly true.  To the extent the allegations in this paragraph

11  contain legal conclusions, no response is required.  Defendant lacks knowledge or information

12  sufficient to form a belief as to the truth of the remaining highly general allegations in this

13  paragraph, which do not appear to be directed at any particular product, and on that basis denies

14  them.

15         106.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

16  of the allegations in this paragraph, and on that basis denies them.

17         107.    Defendant admits that a CLIP model can learn to correlate images and text by

18  training on such material.  However, this general allegation does not appear to be directed at any

19  particular product, and Defendant lacks knowledge or information sufficient to form a belief with

20  respect to whether this description is uniformly true.  Defendant lacks knowledge or information

21  sufficient to form a belief as to the truth of the remaining highly general allegations in this

22  paragraph, which do not appear to be directed at any particular product, and on that basis denies

23  them.

24         108.    Defendant admits that a CLIP model can learn to correlate images and text by

25  training on such material.  However, this general allegation does not appear to be directed at any

26  particular product, and Defendant lacks knowledge or information sufficient to form a belief with

27  respect to whether this description is uniformly true.  Defendant lacks knowledge or information

28  sufficient to form a belief as to the truth of the remaining highly general allegations in this

LATHAM&WATKINS^LLP
ATTORNEYS AT LAW
SAN FRANCISCO

13

DEFENDANT DEVIANTART, INC.'S ANSWER TO
SECOND AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

paragraph, which do not appear to be directed at any particular product, and on that basis denies them.

109.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the highly general allegations in this paragraph, which do not appear to be directed at any particular product, and on that basis denies them.

110.    Defendant admits that CLIP models can generate CLIP embeddings, which are numerical representations of an image or piece of text into a latent space.  However, these general allegations do not appear to be directed at any particular product, and Defendant lacks knowledge or information sufficient to form a belief with respect to whether this description is uniformly true.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining highly general allegations in this paragraph, which do not appear to be directed at any particular product, and on that basis denies them.

111.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the highly general allegations in this paragraph, which do not appear to be directed at any particular product, and on that basis denies them.

112.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the highly general allegations in this paragraph, which do not appear to be directed at any particular product, and on that basis denies them.  To the extent a response is required, Defendant denies the allegations.

113.    Defendant admits that, to its understanding, Stable Diffusion employs CLIP.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and on that basis denies them.

114.    Defendant admits that CLIP embeddings can be generated from either text or an image.  However, this general allegation does not appear to be directed at any particular product, and Defendant lacks knowledge or information sufficient to form a belief with respect to whether this description is uniformly true.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining highly general allegations in this paragraph, which do not appear to be directed at any particular product, and on that basis denies them.

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

14

DEFENDANT DEVIANTART, INC.'S ANSWER TO
SECOND AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

115.    Defendant admits that a CLIP model can learn to correlate images and text by training on such material.  Defendant admits that CLIP models can generate CLIP embeddings, which are numerical representations of an image or piece of text into a latent space.  However, these highly general allegations do not appear to be directed at any particular product, and Defendant lacks knowledge or information sufficient to form a belief with respect to whether this description is uniformly true.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations—including because many of the allegations are highly general and do not appear to be directed at any particular product—and on that basis denies them.

## X.    PROTECTED EXPRESSION FROM TRAINING IMAGES IS COPIED, COMPRESSED, STORED, AND INTERPOLATED BY DIFFUSION MODELS

116.    Defendant denies that the "primary objective of a diffusion model is to reconstruct copies of its training images with maximum accuracy and fidelity."  Defendant further denies that "a diffusion model is…able to reconstruct copies of each training image."  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and on that basis denies them.

117.    Defendant denies that a generative machine-learning model is a database or is analogous to a database.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

118.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

119.    Defendant denies that a generative machine-learning model is merely a way to compress data.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and on that basis denies them.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

15

DEFENDANT DEVIANTART, INC.'S ANSWER TO
SECOND AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

full text referenced, Defendant denies the allegations.

120.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

121.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

122.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

123.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

124.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

125.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

126.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

16

DEFENDANT DEVIANTART, INC.'S ANSWER TO
SECOND AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

referenced, Defendant denies the allegations.

127.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

128.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

129.    Defendant denies that "diffusion models store copies of protected expression from their training images."  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and on that basis denies them.

130.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

131.    Defendant denies that the selectively-quoted language accurately reflects Carlini's conclusions.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

132.    Defendant denies that the selectively-quoted language accurately reflects Carlini's conclusions.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

133.    Defendant denies that the selectively-quoted language in the preceding paragraph accurately reflects Carlini's conclusions.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

134.    Defendant denies that the selectively-quoted language accurately reflects Carlini's conclusions.  To the extent the allegations in this paragraph purport to summarize or characterize

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

or are inconsistent with the full text referenced, Defendant denies the allegations.

135.    Defendant denies that the selectively-quoted language accurately reflects Carlini's conclusions.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and on that basis denies them.

136.    Defendant denies that the selectively-quoted language accurately reflects Carlini's conclusions.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

137.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

138.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

139.    Defendant denies that these allegations accurately reflect Carlini's conclusions.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and on that basis denies them.

140.    Defendant denies that these allegations accurately reflect Carlini's conclusions.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and on that basis denies them.

141.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFENDANT DEVIANTART, INC.'S ANSWER TO
SECOND AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

referenced, Defendant denies the allegations.

142.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

143.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

144.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent a response is required, Defendant denies these allegations.

145.    Defendant denies that Carlini's paper shows that diffusion models—and Stable Diffusion in particular—has the ability to store copies of protected expression from training images and later regenerate it.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

146.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

147.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

148.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in this paragraph contain legal conclusions, no response is required.

149.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

19

DEFENDANT DEVIANTART, INC.'S ANSWER TO
SECOND AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

1  of the allegations in this paragraph, and on that basis denies them.

2      150.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

3  of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in

4  this paragraph purport to summarize or characterize or are inconsistent with the full text

5  referenced, Defendant denies the allegations.

6  **XI.    EXAMPLES OF TEXT PROMPTS USING PLAINTIFF NAMES IN AI IMAGE**

7  **PRODUCTS OFFERED BY STABILITY, RUNWAY, AND MIDJOURNEY**

8      151.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

9  of the allegations in this paragraph, and on that basis denies them.

10      152.    Defendant denies that it has taken any actions "to frustrate Plaintiffs' investigation

11  of the claims in this complaint."  Defendant lacks knowledge or information sufficient to form a

12  belief as to the truth of the remaining allegations in this paragraph, and on that basis denies them.

13      153.    Defendant admits that it can prohibit the use of certain words in prompts in

14  DreamUp.  To the extent the allegations in this paragraph contain legal conclusions, no response

15  is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth

16  of the remaining allegations in this paragraph, and on that basis denies them.

17      154.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

18  of the allegations in this paragraph, and on that basis denies them.

19      155.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

20  of the allegations in this paragraph, and on that basis denies them.

21      156.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

22  of the allegations in this paragraph, and on that basis denies them.

23      157.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

24  of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in

25  this paragraph purport to summarize or characterize or are inconsistent with the full text

26  referenced, Defendant denies the allegations.

27      158.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

28  of the allegations in this paragraph, and on that basis denies them.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

20

DEFENDANT DEVIANTART, INC.'S ANSWER TO
SECOND AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

159.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

160.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

161.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

162.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

163.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

164.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

165.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

166.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

167.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

168.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

169.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

170.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

171.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

172.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

LATHAM&WATKINSᴸᴸᴾ
ATTORNEYS AT LAW
SAN FRANCISCO

21

DEFENDANT DEVIANTART, INC.'S ANSWER TO
SECOND AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

173.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

174.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

175.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

176.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

## XII.    EXAMPLES OF IMAGE PROMPTS USING PLAINTIFF IMAGES IN AI IMAGE PRODUCTS OFFRED BY STABILITY, RUNWAY, AND MIDJOURNEY

177.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

178.    Defendant admits that, to its understanding, some Stable Diffusion models employ CLIP.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and on that basis denies them.

179.    Defendant admits that a CLIP model can produce a CLIP embedding from an image.  However, this general allegation does not appear to be directed at any particular product, and Defendant lacks knowledge or information sufficient to form a belief with respect to whether this description is uniformly true.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and on that basis denies them.

180.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

181.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

22

DEFENDANT DEVIANTART, INC.'S ANSWER TO
SECOND AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

182.     Defendant denies that these allegations accurately reflect Carlini's conclusions.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

183.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

184.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

185.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

186.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

187.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

188.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

189.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

190.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

191.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

192.     To the extent the allegations in this paragraph contain legal conclusions, no response is required.  To the extent a response is required, Defendant denies the allegations.

193.     To the extent the allegations in this paragraph contain legal conclusions, no response is required.  To the extent a response is required, Defendant denies the allegations.

194.     To the extent the allegations in this paragraph contain legal conclusions, no response is required.  To the extent a response is required, Defendant denies the allegations.

195.     To the extent the allegations in this paragraph contain legal conclusions, no

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

23

DEFENDANT DEVIANTART, INC.'S ANSWER TO
SECOND AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

1    response is required.  Defendant lacks knowledge or information sufficient to form a belief as to

2    the truth of the allegations in this paragraph, and on that basis denies them.

3        196.    To the extent the allegations in this paragraph contain legal conclusions, no

4    response is required.  Defendant lacks knowledge or information sufficient to form a belief as to

5    the truth of the allegations in this paragraph, and on that basis denies them.

6        197.    To the extent the allegations in this paragraph contain legal conclusions, no

7    response is required.  Defendant lacks knowledge or information sufficient to form a belief as to

8    the truth of the allegations in this paragraph, and on that basis denies them.

9        198.    To the extent the allegations in this paragraph contain legal conclusions, no

10   response is required.  Defendant lacks knowledge or information sufficient to form a belief as to

11   the truth of the allegations in this paragraph, and on that basis denies them.

12       199.    To the extent the allegations in this paragraph contain legal conclusions, no

13   response is required.  Defendant lacks knowledge or information sufficient to form a belief as to

14   the truth of the allegations in this paragraph, and on that basis denies them.

15       200.    To the extent the allegations in this paragraph contain legal conclusions, no

16   response is required.  Defendant lacks knowledge or information sufficient to form a belief as to

17   the truth of the allegations in this paragraph, and on that basis denies them.

18   **XIII.   USER AND LICENSEE ACTIVITY**

19       201.    Defendant denies that it provides any "assistance" to "users and licensees" to "track

20   and update the specific artists (including Plaintiffs) which the AI image products are able to mimic

21   or imitate."  Defendant lacks knowledge or information sufficient to form a belief as to the truth

22   of the remaining allegations in this paragraph, and on that basis denies them.

23       202.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

24   of the allegations in this paragraph, and on that basis denies them.

25       203.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

26   of the allegations in this paragraph, and on that basis denies them.

27       204.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

28   of the allegations in this paragraph, and on that basis denies them.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

24

DEFENDANT DEVIANTART, INC.'S ANSWER TO
SECOND AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

205.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

206.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

207.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

208.    Defendant denies that it distributes DreamUp.    Defendant denies that it "encourage[s] the use of specific artist names—including Plaintiffs—as text prompts in order to adduce artwork indistinguishable from Plaintiffs from the AI Image Products."  To the extent the allegations in this paragraph contain legal conclusions, no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and on that basis denies them.

## XIV.   DEFINITIONS FOR THE CAUSES OF ACTIONS

209.    The allegations in this paragraph contain legal conclusions to which no response is required.

210.    The allegations in this paragraph contain legal conclusions to which no response is required.

211.    The allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph concerning copyright ownership.

212.    The allegations in this paragraph contain legal conclusions to which no response is required.

213.    The allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph concerning copyright ownership.

## XV.    CAUSES OF ACTION AGAINST STABILITY

214.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

25

DEFENDANT DEVIANTART, INC.'S ANSWER TO
SECOND AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

215.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

216.    The allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

217.    The allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

218.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis denies them.

**COUNT ONE**

**Direct copyright infringement of the LAION-5B Registered Works by training the Stability Models, including Stable Diffusion 2.0 and Stable Diffusion XL 1.0 against Stability on behalf of the LAION-5B Registered Plaintiffs and Damages Subclass**

219.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.   To the extent a response is required, Defendant incorporates by reference its responses to all allegations set forth in paragraphs 1–218 as if fully set forth herein.

220.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

221.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

222.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFENDANT DEVIANTART, INC.'S ANSWER TO
SECOND AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

223.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

224.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

225.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis denies them.

226.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

227.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

228.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

229.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

230.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

231.    This paragraph relates to a claim not made against Defendant and thus no response

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

27

DEFENDANT DEVIANTART, INC.'S ANSWER TO
SECOND AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

**COUNT TWO**

**Inducement of copyright infringement by distributing Stable Diffusion 2.0 and Stable Diffusion XL 1.0 for free against Stability on behalf of the LAION-5B Registered Plaintiffs and Damages Subclass**

232.   This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.   To the extent a response is required, Defendant incorporates by reference its responses to all allegations set forth in paragraphs 1–231 as if fully set forth herein.

233.   This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

234.   This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

235.   This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

236.   This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

237.   This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

**COUNT THREE**

2

**DMCA violations by removing and altering CMI of training images against Stability on behalf of all Plaintiffs, the Damages and the Injunctive Classes**

3

4      238.    This paragraph relates to a claim not made against Defendant and thus no response

5    by Defendant is required.   To the extent a response is required, Defendant incorporates by

6    reference its responses to all allegations set forth in paragraphs 1–237 as if fully set forth herein.

7      239.    This paragraph relates to a claim not made against Defendant and thus no response

8    by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

9    to which no response is required.  Defendant lacks knowledge or information sufficient to form a

10   belief as to the truth of the remaining allegations in this paragraph.

11      240.    This paragraph relates to a claim not made against Defendant and thus no response

12   by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

13   to which no response is required.  Defendant lacks knowledge or information sufficient to form a

14   belief as to the truth of the remaining allegations in this paragraph.

15      241.    This paragraph relates to a claim not made against Defendant and thus no response

16   by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

17   to which no response is required.  Defendant lacks knowledge or information sufficient to form a

18   belief as to the truth of the remaining allegations in this paragraph.

19      242.    This paragraph relates to a claim not made against Defendant and thus no response

20   by Defendant is required.  To the extent a response is required, Defendant lacks knowledge or

21   information sufficient to form a belief as to the truth of the allegations in this paragraph.

22      243.    This paragraph relates to a claim not made against Defendant and thus no response

23   by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

24   to which no response is required.  Defendant lacks knowledge or information sufficient to form a

25   belief as to the truth of the remaining allegations in this paragraph.

26      244.    This paragraph relates to a claim not made against Defendant and thus no response

27   by Defendant is required.  To the extent a response is required, Defendant lacks knowledge or

28   information sufficient to form a belief as to the truth of the allegations in this paragraph and on

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

29

DEFENDANT DEVIANTART, INC.'S ANSWER TO
SECOND AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

1  that basis denies them.

2      245.    This paragraph relates to a claim not made against Defendant and thus no response

3  by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

4  to which no response is required.  Defendant lacks knowledge or information sufficient to form a

5  belief as to the truth of the remaining allegations in this paragraph.

6      246.    This paragraph relates to a claim not made against Defendant and thus no response

7  by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

8  to which no response is required.  Defendant lacks knowledge or information sufficient to form a

9  belief as to the truth of the remaining allegations in this paragraph.

10      247.    This paragraph relates to a claim not made against Defendant and thus no response

11  by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

12  to which no response is required.  Defendant lacks knowledge or information sufficient to form a

13  belief as to the truth of the remaining allegations in this paragraph.

14      248.    This paragraph relates to a claim not made against Defendant and thus no response

15  by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

16  to which no response is required.  Defendant lacks knowledge or information sufficient to form a

17  belief as to the truth of the remaining allegations in this paragraph.

18      249.    This paragraph relates to a claim not made against Defendant and thus no response

19  by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

20  to which no response is required.  Defendant lacks knowledge or information sufficient to form a

21  belief as to the truth of the remaining allegations in this paragraph.

22      250.    This paragraph relates to a claim not made against Defendant and thus no response

23  by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

24  to which no response is required.  Defendant lacks knowledge or information sufficient to form a

25  belief as to the truth of the remaining allegations in this paragraph.

26              **XVI.   CAUSES OF ACTION AGAINST MIDJOURNEY**

27      251.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

28  of the allegations in this paragraph and on that basis denies them.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

30

DEFENDANT DEVIANTART, INC.'S ANSWER TO
SECOND AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

252.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis denies them.

253.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis denies them.

254.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis denies them.

255.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis denies them.

256.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis denies them.

257.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis denies them.

258.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis denies them.

259.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis denies them.

260.    The allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

261.    The allegations in this paragraph contain legal conclusions to which no response is required.

262.    The allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

263.    The allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

264.    The allegations in this paragraph contain legal conclusions to which no response is

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

31

DEFENDANT DEVIANTART, INC.'S ANSWER TO
SECOND AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

265.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis denies them.

266.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis denies them.

267.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis denies them.

268.    The allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

269.    The allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

270.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis denies them.

**COUNT FOUR**

**Direct copyright infringement of the LAION-400M Registered Works by training the Midjourney 400M Models, including Midjourney Model version 1 against Midjourney on behalf of the LAION-400M Registered Plaintiffs and Damages Subclass**

271.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required, Defendant incorporates by reference its responses to all allegations set forth in paragraphs 1–270 as if fully set forth herein.

272.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

273.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

32

DEFENDANT DEVIANTART, INC.'S ANSWER TO
SECOND AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

1  to which no response is required.  Defendant lacks knowledge or information sufficient to form a

2  belief as to the truth of the remaining allegations in this paragraph.

3        274.    This paragraph relates to a claim not made against Defendant and thus no response

4  by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

5  to which no response is required.  Defendant lacks knowledge or information sufficient to form a

6  belief as to the truth of the remaining allegations in this paragraph.

7        275.    This paragraph relates to a claim not made against Defendant and thus no response

8  by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

9  to which no response is required.  Defendant lacks knowledge or information sufficient to form a

10 belief as to the truth of the remaining allegations in this paragraph.

11                                **COUNT FIVE**

12  **Direct copyright infringement of the LAION-5B Registered Works by training the
Midjourney 5B Models, including Midjourney Model version 5.2 against Midjourney on
behalf of the LAION-5B Registered Plaintiffs and Damages Subclass**

13

14       276.    This paragraph relates to a claim not made against Defendant and thus no response

15 by Defendant is required.   To the extent a response is required, Defendant incorporates by

16 reference its responses to all allegations set forth in paragraphs 1–275 as if fully set forth herein.

17       277.    This paragraph relates to a claim not made against Defendant and thus no response

18 by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

19 to which no response is required.  Defendant lacks knowledge or information sufficient to form a

20 belief as to the truth of the remaining allegations in this paragraph.

21       278.    This paragraph relates to a claim not made against Defendant and thus no response

22 by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

23 to which no response is required.  Defendant lacks knowledge or information sufficient to form a

24 belief as to the truth of the remaining allegations in this paragraph.

25       279.    This paragraph relates to a claim not made against Defendant and thus no response

26 by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

27 to which no response is required.  Defendant lacks knowledge or information sufficient to form a

28 belief as to the truth of the remaining allegations in this paragraph.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

33

DEFENDANT DEVIANTART, INC.'S ANSWER TO
SECOND AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

280.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

281.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis denies them.

282.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

**COUNT SIX**

**DMCA violations by removing and altering CMI of training images against Midjourney on behalf of All Plaintiffs, the Damages and Injunctive Class**

283.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.   To the extent a response is required, Defendant incorporates by reference its responses to all allegations set forth in paragraphs 1–282 as if fully set forth herein.

284.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.

285.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

286.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFENDANT DEVIANTART, INC.'S ANSWER TO
SECOND AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

1    belief as to the truth of the remaining allegations in this paragraph.

2        287.    This paragraph relates to a claim not made against Defendant and thus no response

3    by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

4    to which no response is required.  Defendant lacks knowledge or information sufficient to form a

5    belief as to the truth of the remaining allegations in this paragraph.

6        288.    This paragraph relates to a claim not made against Defendant and thus no response

7    by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

8    to which no response is required.  Defendant lacks knowledge or information sufficient to form a

9    belief as to the truth of the remaining allegations in this paragraph.

10        289.    This paragraph relates to a claim not made against Defendant and thus no response

11    by Defendant is required.  To the extent a response is required, Defendant lacks knowledge or

12    information sufficient to form a belief as to the truth of the allegations in this paragraph.

13        290.    This paragraph relates to a claim not made against Defendant and thus no response

14    by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

15    to which no response is required.  Defendant lacks knowledge or information sufficient to form a

16    belief as to the truth of the remaining allegations in this paragraph.

17        291.    This paragraph relates to a claim not made against Defendant and thus no response

18    by Defendant is required.  To the extent a response is required, Defendant lacks knowledge or

19    information sufficient to form a belief as to the truth of the allegations in this paragraph.

20        292.    This paragraph relates to a claim not made against Defendant and thus no response

21    by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

22    to which no response is required.  Defendant lacks knowledge or information sufficient to form a

23    belief as to the truth of the remaining allegations in this paragraph.

24        293.    This paragraph relates to a claim not made against Defendant and thus no response

25    by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

26    to which no response is required.  Defendant lacks knowledge or information sufficient to form a

27    belief as to the truth of the remaining allegations in this paragraph.

28        294.    This paragraph relates to a claim not made against Defendant and thus no response

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

35

DEFENDANT DEVIANTART, INC.'S ANSWER TO
SECOND AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

295.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

**COUNT SEVEN**

**Lanham Act — false endorsement by unauthorized commercial use of artists' names against Midjourney on behalf of the Midjourney Named Plaintiffs and Class**

296.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  To the extent a response is required, Defendant incorporates by reference its responses to all allegations set forth in paragraphs 1–295 as if fully set forth herein.

297.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

298.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

299.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

300.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

36

DEFENDANT DEVIANTART, INC.'S ANSWER TO
SECOND AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

1    belief as to the truth of the remaining allegations in this paragraph.

2        301.    This paragraph relates to a claim not made against Defendant and thus no response

3    by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

4    to which no response is required.  Defendant lacks knowledge or information sufficient to form a

5    belief as to the truth of the remaining allegations in this paragraph.

6        302.    This paragraph relates to a claim not made against Defendant and thus no response

7    by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

8    to which no response is required.  Defendant lacks knowledge or information sufficient to form a

9    belief as to the truth of the remaining allegations in this paragraph and on that basis denies them.

10       303.    This paragraph relates to a claim not made against Defendant and thus no response

11   by Defendant is required.  To the extent a response is required, Defendant lacks knowledge or

12   information sufficient to form a belief as to the truth of the allegations in this paragraph and on

13   that basis denies them.

14       304.    This paragraph relates to a claim not made against Defendant and thus no response

15   by Defendant is required.  To the extent a response is required, Defendant lacks knowledge or

16   information sufficient to form a belief as to the truth of the allegations in this paragraph and on

17   that basis denies them.

18       305.    This paragraph relates to a claim not made against Defendant and thus no response

19   by Defendant is required.  To the extent a response is required, Defendant lacks knowledge or

20   information sufficient to form a belief as to the truth of the allegations in this paragraph and on

21   that basis denies them.

22       306.    This paragraph relates to a claim not made against Defendant and thus no response

23   by Defendant is required.  To the extent a response is required, Defendant lacks knowledge or

24   information sufficient to form a belief as to the truth of the allegations in this paragraph and on

25   that basis denies them.

26       307.    This paragraph relates to a claim not made against Defendant and thus no response

27   by Defendant is required.  To the extent a response is required, Defendant lacks knowledge or

28   information sufficient to form a belief as to the truth of the allegations in this paragraph and on

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

37

DEFENDANT DEVIANTART, INC.'S ANSWER TO
SECOND AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

1    that basis denies them.

2        308.    This paragraph relates to a claim not made against Defendant and thus no response

3    by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

4    to which no response is required.  Defendant lacks knowledge or information sufficient to form a

5    belief as to the truth of the remaining allegations in this paragraph.

6        309.    The allegations in this paragraph contain legal conclusions to which no response is

7    required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of

8    the remaining allegations in this paragraph.

9                                    **COUNT EIGHT**

10   **Lanham Act — vicarious trade-dress violation by profiting from imitations of protectable**
     **trade dress against Midjourney on behalf of the Midjourney Named Plaintiffs and Class**
11

12       310.    This paragraph relates to a claim not made against Defendant and thus no response

13   by Defendant is required.  Defendant incorporates by reference its responses to all allegations set

14   forth in paragraphs 1–309 as if fully set forth herein.

15       311.    This paragraph relates to a claim not made against Defendant and thus no response

16   by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

17   to which no response is required.  Defendant lacks knowledge or information sufficient to form a

18   belief as to the truth of the remaining allegations in this paragraph.

19       312.    This paragraph relates to a claim not made against Defendant and thus no response

20   by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

21   to which no response is required.  Defendant lacks knowledge or information sufficient to form a

22   belief as to the truth of the remaining allegations in this paragraph.

23       313.    This paragraph relates to a claim not made against Defendant and thus no response

24   by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

25   to which no response is required.  Defendant lacks knowledge or information sufficient to form a

26   belief as to the truth of the remaining allegations in this paragraph.

27       314.    This paragraph relates to a claim not made against Defendant and thus no response

28   by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

38

DEFENDANT DEVIANTART, INC.'S ANSWER TO
SECOND AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

315.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

316.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

317.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

318.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

319.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

320.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

321.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

39

DEFENDANT DEVIANTART, INC.'S ANSWER TO
SECOND AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

322.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

323.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

324.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

325.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

## XVII.  CAUSES OF ACTION AGAINST RUNWAY

326.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis denies them.

327.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis denies them.

328.    The allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

329.    The allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

40

DEFENDANT DEVIANTART, INC.'S ANSWER TO
SECOND AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

the remaining allegations in this paragraph.

**COUNT NINE**

**Direct copyright infringement of the LAION-5B Registered Works by training the Runway Models, including Stable Diffusion 1.5 against Runway on behalf of the LAION-5B Registered Plaintiffs, LAION-5B Subclass, and Karla Ortiz Individually**

330.     This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.   To the extent a response is required, Defendant incorporates by reference its responses to all allegations set forth in paragraphs 1–329 as if fully set forth herein.

331.     This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

332.     This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

333.     This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

334.     This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

335.     This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis denies them.

LATHAM&WATKINSᴸᴸᴾ
ATTORNEYS AT LAW
SAN FRANCISCO

41

DEFENDANT DEVIANTART, INC.'S ANSWER TO
SECOND AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

336.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

337.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

**COUNT TEN**

**Inducement of copyright infringement by distributing Stable Diffusion 1.5 for free against Runway on behalf of the LAION-5B Registered Plaintiffs and Subclass**

338.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.   To the extent a response is required, Defendant incorporates by reference its responses to all allegations set forth in paragraphs 1–337 as if fully set forth herein.

339.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis denies them.

340.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

341.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

342.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  To the extent a response is required, Defendant lacks knowledge or

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

42

DEFENDANT DEVIANTART, INC.'S ANSWER TO
SECOND AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

1  information sufficient to form a belief as to the truth of the allegations in this paragraph and on

2  that basis denies them.

3       343.   This paragraph relates to a claim not made against Defendant and thus no response

4  by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

5  to which no response is required.  Defendant lacks knowledge or information sufficient to form a

6  belief as to the truth of the remaining allegations in this paragraph.

7                                    **COUNT ELEVEN**

8  **DMCA violations by removing and altering CMI of training images against Runway on
   behalf of all Plaintiffs, the Damages and Injunctive Classes**

9

10      344.   This paragraph relates to a claim not made against Defendant and thus no response

11 by Defendant is required.   To the extent a response is required, Defendant incorporates by

12 reference its responses to all allegations set forth in paragraphs 1–343 as if fully set forth herein.

13      345.   This paragraph relates to a claim not made against Defendant and thus no response

14 by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

15 to which no response is required.  Defendant lacks knowledge or information sufficient to form a

16 belief as to the truth of the remaining allegations in this paragraph.

17      346.   This paragraph relates to a claim not made against Defendant and thus no response

18 by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

19 to which no response is required.  Defendant lacks knowledge or information sufficient to form a

20 belief as to the truth of the remaining allegations in this paragraph.

21      347.   This paragraph relates to a claim not made against Defendant and thus no response

22 by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

23 to which no response is required.  Defendant lacks knowledge or information sufficient to form a

24 belief as to the truth of the remaining allegations in this paragraph.

25      348.   This paragraph relates to a claim not made against Defendant and thus no response

26 by Defendant is required.  To the extent a response is required, Defendant lacks knowledge or

27 information sufficient to form a belief as to the truth of the allegations in this paragraph and on

28 that basis denies them.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

43

DEFENDANT DEVIANTART, INC.'S ANSWER TO
SECOND AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

349.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

350.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis denies them.

351.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

352.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

353.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

354.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

355.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

44

DEFENDANT DEVIANTART, INC.'S ANSWER TO
SECOND AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

**XVIII. CAUSES OF ACTION AGAINST DEVIANTART**

356.    Admit.

357.    Admit.

358.    Defendant denies that (i) it released DreamUp on November 9, 2022; (ii) DreamUp is only available to paying customers of Defendant; (iii) a member must subscribe to a Core Plan to use DreamUp; (iv) Custom Core Plans typically range in price from $3.95 to $14.95 per month; and (v) DreamUp's "Pro" level costs $9.95 per month and permits 200 DreamUp Text Prompts per month.  Defendant admits the remaining allegations in this paragraph.

359.    Defendant admits that it holds itself out as, and is, an art community and that it chooses to provide many features that creators may prefer.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining statement since it is not comprehensible, and on that basis denies it.

360.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

361.    Defendant denies that, at the time LAION-5B was created, Defendant was aware that LAION-5B contained images from DeviantArt.  Defendant denies that it was aware that Stability allegedly "downloaded these million images from the DeviantArt website as a necessary and preliminary step in the training of the Stability Models."  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and on that basis denies them.

362.    Defendant admits that "the 'wixmp.com' domain... is used by DeviantArt to store member images" and that Wix Inc. is the parent company of Defendant.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and on that basis denies them.

363.    Defendant admits that DreamUp deployed a version of Stable Diffusion.  Defendant admits that its terms of service do not disclose the version of Stable Diffusion used.  The remaining allegations in this paragraph contain legal conclusions to which no response is required.

364.    Defendant admits that (i) "the DreamUp terms require users to also accept the terms

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

45

DEFENDANT DEVIANTART, INC.'S ANSWER TO
SECOND AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

of the CreativeML Open RAIL M License linked at https://huggingface.co/spaces/CompVis/stable

diffusion license"; (ii) the URL refers to CompVis; and (iii) the license is dated August 22, 2022.

Defendant denies the remaining inferences in the paragraph.

365.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

of the allegations in this paragraph, and on that basis denies them.

366.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

of the allegations in this paragraph, and on that basis denies them.

367.    To the extent the allegations in this paragraph contain legal conclusions, no

response is required.  Defendant lacks knowledge or information sufficient to form a belief as to

the truth of the remaining allegations in this paragraph, and on that basis denies them.

368.    To the extent the allegations in this paragraph contain legal conclusions, no

response is required.  Defendant lacks knowledge or information sufficient to form a belief as to

the truth of the remaining allegations in this paragraph, and on that basis denies them.

369.    To the extent the allegations in this paragraph contain legal conclusions, no

response is required.  Defendant denies that the paragraph accurately reflects Carlini's conclusions.

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

remaining allegations in this paragraph, and on that basis denies them.

370.    The allegations in this paragraph contain legal conclusions to which no response is

required.

371.    Defendant denies that it "continues to obfuscate," or has ever obfuscated, "the

source of DreamUp's training data."  Defendant admits that the quoted text appears on its website.

To the extent the allegations in this paragraph purport to summarize or characterize or are

inconsistent with the full text of the webpage, Defendant denies those allegations.

372.    Defendant denies that (i) its answer is misleading; (ii) it misled its community; and

(iii) if images from DeviantArt were used to train Stable Diffusion, such images are therefore "in"

Stable Diffusion, or "in" DreamUp.  Defendant lacks knowledge or information sufficient to form

a belief as to the truth of the remaining allegations in this paragraph, and on that basis denies them.

373.    To the extent the allegations in this paragraph purport to quote from portions of a

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

46

DEFENDANT DEVIANTART, INC.'S ANSWER TO
SECOND AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

1   publicly available comment, the full text of the comment speaks for itself.  To the extent the

2   allegations in this paragraph purport to summarize or characterize or are inconsistent with the full

3   text of the comment, Defendant denies those allegations.  Defendant admits that it "did not do any

4   fine tuning of the weights included in the Stable Diffusion Model DreamUp was based on."

5   Defendant denies any remaining allegations in this paragraph.

6          374.    Defendant admits that the quoted text appears on its website.  To the extent the

7   allegations in this paragraph purport to summarize or characterize or are inconsistent with the full

8   text of the webpage, Defendant denies those allegations.  To the extent the allegations in this

9   paragraph contain legal conclusions, no response is required.  Defendant denies any remaining

10  allegations in this paragraph.

11         375.    To the extent the allegations in this paragraph contain legal conclusions, no

12  response is required.  Defendant admits that users are permitted to resubmit their generated outputs

13  to use as image prompts with other text in order to generate more images.  Defendant denies the

14  remaining allegations in this paragraph.

15         376.    Denied.

16         377.    Defendant admits that it held a group audio session on November 11, 2022 from

17  approximately 1:00-2:30 PM PT.  Defendant denies remaining allegations in this paragraph.

18         378.    Defendant admits that Mr. Levy stated that: "You need to listen to what artists want.

19  What creators want....  The reason why we're using Stable Diffusion is because it's the only option

20  for us to take an open source and modify it so we can put the checks and balances inside.  The

21  other platforms, the other companies do not allow it; they are centralized companies with closed

22  models....  We cannot modify it.  So we're taking a version—and by the way, that was my decision.

23  That's our decision by me as the CEO.  That's my decision to take Stable Diffusion—because it's

24  the only option that we can take and modify and put those checks and balances."  Defendant states

25  that Plaintiffs' selective quotation is misleading; the full audio recording speaks for itself.  To the

26  extent the allegations in this paragraph purport to summarize or characterize or are inconsistent

27  with the full text of the comment, Defendant denies those allegations.  Defendant denies any

28  remaining allegations in this paragraph.

LATHAM&WATKINSᴸᴸᴾ
ATTORNEYS AT LAW
SAN FRANCISCO

47

DEFENDANT DEVIANTART, INC.'S ANSWER TO
SECOND AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

379.    To the extent the allegations in this paragraph purport to quote from portions of a publicly available comment, the full text of the comment speaks for itself.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text of the comment, Defendant denies those allegations.  Defendant denies any remaining allegations in this paragraph.

380.    Defendant admits that it updated its terms of service on November 11, 2022 to include a Data Scraping & Machine Learning Activities section.  To the extent the allegations in this paragraph purport to paraphrase the terms of service, the full text of the terms of service speaks for itself.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text of the terms of service, Defendant denies those allegations. Defendant denies any remaining allegations in this paragraph.

381.    Defendant admits it is interested in using, and uses, its terms of service to protect creators.  To the extent the allegations in this paragraph purport to paraphrase the terms of service, the full text of the terms of service speaks for itself.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text of the terms of service, Defendant denies those allegations.  Defendant denies any remaining allegations in this paragraph.

382.    Defendant admits that it "sprearhead[ed] a system for artists to opt-out of having their works trained upon."  Defendant denies the remaining allegations in this paragraph.

383.    Defendant admits that it utilizes a system of HTML tags that allows users to associate the "noai" and "noimageai" HTML tags with their art.  Defendant denies the remaining allegations in this paragraph.

384.    Denied.

385.    Admit.

386.    To the extent the allegations in this paragraph purport to quote the terms of service, the full text of the terms of service speaks for itself.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text of the terms of service, Defendant denies those allegations.  Defendant denies any remaining allegations in this paragraph.

LATHAM&WATKINSᴸᴸᴾ
ATTORNEYS AT LAW
SAN FRANCISCO

48

DEFENDANT DEVIANTART, INC.'S ANSWER TO
SECOND AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

**COUNT TWELVE**

**Direct copyright infringement by copying the DreamUp–CompVis Model and incorporating it into DreamUp against DeviantArt on behalf of the LAION-5B Registered Plaintiffs**

387.    Defendant incorporates by reference its responses to all allegations set forth in paragraphs 1–386 as if fully set forth herein.

388.    The allegations in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations.

389.    The allegations in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations.

390.    The allegations in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations.

391.    The allegations in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations.

392.    The allegations in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations.

**JURY DEMAND**

With respect to the jury demand contained in Plaintiffs' Second Amended Complaint, Defendant states that no response is required.  To the extent a response is deemed required, Defendant denies that all of Plaintiffs' claims are properly triable to a jury.

**AFFIRMATIVE DEFENSES**

In further answer to the allegations made by Plaintiffs in the Second Amended Complaint, Defendant asserts the following affirmative defenses, incorporating by reference all of the preceding material.  Defendant does not concede that it has the burden of proof on the defenses listed below.

**FIRST AFFIRMATIVE DEFENSE**

To the extent there is copying of copyrightable expression, that copying constitutes fair use pursuant to 17 U.S.C. § 107.

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

DEFENDANT DEVIANTART, INC.'S ANSWER TO
SECOND AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

1

## SECOND AFFIRMATIVE DEFENSE

2    Plaintiffs' claims are barred, in whole or in part, by one or more equitable doctrines, such

3    as estoppel and laches.

4

## THIRD AFFIRMATIVE DEFENSE

5    Plaintiffs' claims are barred in whole or in part by the doctrines of waiver, abandonment,

6    and/or forfeiture.

7

## FOURTH AFFIRMATIVE DEFENSE

8    Plaintiffs' claims fail in whole or in part because the complained-of use was validly

9    licensed by express or implied license.

10

## FIFTH AFFIRMATIVE DEFENSE

11    Plaintiffs' claims are barred, in whole or in part, because Plaintiffs do not own or hold

12    exclusive rights under 17 U.S.C. § 106 or any copyright law over each work that was allegedly

13    infringed, including without limitation because some or all of the materials over which Plaintiffs

14    claim copyright are in the public domain.

15

## SIXTH AFFIRMATIVE DEFENSE

16    To the extent there is copying of copyrightable expression, that copying is de minimis.

17

## SEVENTH AFFIRMATIVE DEFENSE

18    To the extent Plaintiffs establish any act of infringement, that infringement was innocent,

19    allowing for the Court to reduce any award of statutory damages to an amount as low as $200 per

20    work infringed. 17 U.S.C. § 504(c)(2).

21

## EIGHTH AFFIRMATIVE DEFENSE

22    Plaintiffs' remedies are barred at least in part by the applicable statutes of limitations.

23

## NINTH AFFIRMATIVE DEFENSE

24    Plaintiffs' claims are barred, in whole or in part, because Plaintiffs have suffered no

25    provable injury as a result of Defendant's alleged copying.

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

50

DEFENDANT DEVIANTART, INC.'S ANSWER TO
SECOND AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

1

**TENTH AFFIRMATIVE DEFENSE**

2    Plaintiffs' claims for injunctive relief are barred, in whole or in part, because Plaintiffs

3  have failed to state facts sufficient to support a claim for injunctive relief, and there is an adequate

4  remedy at law.

5

**ELEVENTH AFFIRMATIVE DEFENSE**

6    Plaintiffs' claims are barred, in whole or in part, because the copyright registrations

7  purporting to cover some or all of the works in dispute are invalid and do not satisfy the

8  requirements of 17 U.S.C. §§ 411–412.

9

**TWELFTH AFFIRMATIVE DEFENSE**

10    Plaintiffs' claims of copyright infringement are barred or limited by the idea/expression

11  dichotomy and/or merger doctrine.

12

**THIRTEENTH AFFIRMATIVE DEFENSE**

13    Plaintiffs' claims of copyright infringement are barred or limited because the material in

14  which Plaintiffs claim copyright constitutes "scenes a faire."

15

**FOURTEENTH AFFIRMATIVE DEFENSE**

16    Plaintiffs' claims are barred from recovery of damages because of and to the extent of their

17  failure to mitigate their alleged damages (to which, in any event, they are not entitled).

18

**FIFTEENTH AFFIRMATIVE DEFENSE**

19    Plaintiffs' claims fail in whole or in part to the extent reproduction, distribution, or display

20  of infringing material were caused by the acts or omissions of persons or entities, including

21  Plaintiffs themselves, for whose conduct Defendant is not legally responsible.

22

**SIXTEENTH AFFIRMATIVE DEFENSE**

23    Plaintiffs seek improper damages in violation of the United States Constitution and other

24  applicable law.  Any award of statutory or enhanced damages would constitute an unconstitutional

25  penalty under the circumstances of this case and would violate the due process and equal protection

26  guarantees, and other substantive and procedural safeguards, afforded by the United States

27  Constitution.

28

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

51

DEFENDANT DEVIANTART, INC.'S ANSWER TO
SECOND AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

1

## ADDITIONAL AFFIRMATIVE DEFENSES

2          Defendant has not knowingly or intentionally waived any applicable defenses and reserves

3   the right to assert and rely on other applicable defenses as may become available or apparent during

4   discovery in this matter.  Defendant reserves the right to amend this Answer and/or its affirmative

5   defenses.

6                                      ### REQUEST FOR RELIEF

7          WHEREFORE, Defendant respectfully requests that this Court:

8          1.     Enter judgment in Defendant's favor and against Plaintiffs;

9          2.     Dismiss all claims by Plaintiffs with prejudice;

10         3.     Award Defendant its attorneys' fees and costs to the extent permitted by law; and

11         4.     Grant Defendant such other and further relief as this Court deems just and proper.

12

13   Dated: December 6, 2024                    Respectfully submitted,

14                                              LATHAM & WATKINS LLP

15                                              By:  /s/Andrew M. Gass

16                                              Andrew M. Gass (SBN 259694)
                                                 andrew.gass@lw.com
17                                              Michael H. Rubin (SBN 214636)
                                                 michael.rubin@lw.com
18                                              Brittany N. Lovejoy (SBN 286813)
                                                 brittany.lovejoy@lw.com
19                                              505 Montgomery Street, Suite 2000
                                                San Francisco, California 94111-6538
20                                              Telephone: 415.391.0600

21                                              *Attorneys for Defendant DeviantArt, Inc.*

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFENDANT DEVIANTART, INC.'S ANSWER TO
SECOND AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO