# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

SARAH ANDERSEN, et al.,

        Plaintiffs,

      v.

STABILITY AI LTD., et al.,

        Defendants.

Case No.  23-cv-00201-WHO

**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR DISCOVERY**

      Pursuant to Civil Local Rule 72-1, the pending disputes over the ESI protocol and protective order, and all further discovery in this case, are referred for random assignment to a United States Magistrate Judge.

      **IT IS SO ORDERED.**

Dated: December 10, 2024



WILLIAM H. ORRICK
United States District Judge

United States District Court
Northern District of California