KEKER, VAN NEST & PETERS LLP
DAVID SILBERT - # 173128
dsilbert@keker.com
PAVEN MALHOTRA - # 258429
pmalhotra@keker.com
BAILEY W. HEAPS - # 295870
bheaps@keker.com
LUKE P. APFELD - # 327029
lapfeld@keker.com
JULIA L. GREENBERG - # 333864
jgreenberg@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendant
RUNWAY AI, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SARAH ANDERSEN, an individual;
KARLA ORTIZ, an individual;
GRZEGORZ RUTKOWSKI, an individual;
GREGORY MANCHESS, an individual;
GERALD BROM, an individual;
JINGNA ZHANG, an individual;
JULIA KAYE, an individual;
ADAM ELLIS, an individual,

Individual and Representative Plaintiffs,

v.

STABILITY AI LTD., a UK corporation;
STABILITY AI, INC., a Delaware corporation;
DEVIANTART, INC., a Delaware corporation;
MIDJOURNEY, INC., a Delaware corporation;
RUNWAY AI, INC., a Delaware corporation,

Defendants.

Case No. 3:23-cv-00201-WHO

**STIPULATION**

Dept.: 2; 17th Floor
Judge: Hon. William H. Orrick

Date Filed: January 13, 2023

Trial Date: None Set

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 6-2, Plaintiffs Sarah Andersen, et al. ("Plaintiffs") and Defendants Stability AI Ltd., Stability AI, Inc., DeviantArt, Inc., Midjourney, Inc., and Runway AI, Inc. (collectively "Defendants"), by and through their undersigned counsel, hereby submit the following stipulation and respectfully request that the Court extend the deadline for the Parties to submit a stipulated deposition protocol from February 3, 2025 to February 12, 2025.

WHEREAS, on October 29, 2024, this Court adopted the schedule proposed by the Parties in their Joint Case Management Statement, with modifications not at issue here. *See* Dkt. 240. The Parties' schedule provides that a deposition protocol shall be submitted to this Court, or the parties shall submit a joint letter brief (of up to three pages per side) regarding disputed issues, by February 3, 2025. *See* Dkt. 235 at 24.

WHEREAS, this Court's order adopting the schedule stated that the parties may "fine tun[e] . . . the schedule via stipulation of counsel." *See* Dkt. 240.

WHEREAS, Plaintiffs and Defendants have agreed to a short extension of the February 3, 2025 deadline so that the Parties may continue to meet and confer to resolve as many disputes as possible regarding the deposition protocol.

WHEREAS, to date, there have been minimal time modifications in the case by stipulation or Court order. *See* Dkts. 28 & 29, 39 & 40, 60 & 63, 92 & 95, 137 & 138, 152 & 153, 242 & 243.

WHEREAS, granting this stipulation will not impact any other deadlines in this case, including the Case Management Conference scheduled for May 6, 2025. *See* Dkt. 240.

WHEREAS, no party will be prejudiced by this stipulation, and all agree hereto.

NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE to request an order from the Court amending the deadline for the Parties to submit a stipulated deposition protocol, or a joint letter brief regarding disputed areas, to **February 12, 2025.**

**SO STIPULATED.**

Dated: January 31, 2025

By: /s/ Joseph R. Saveri

Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
David Lerch (SBN 229411)
Elissa A. Buchanan (SBN 249996)
Evan Creutz (SBN 349728)
Holden Benon (SBN 325847)
Louis A. Kessler (SBN 243703)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
cyoung@saverilawfirm.com
dlerch@saverilawfirm.com
ebuchanan@saverilawfirm.com
ecreutz@saverilawfirm.com
hbenon@saverilawfirm.com
lkessler@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, 406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email: mb@buttericklaw.com

Laura M. Matson (*pro hac vice*)
Arielle S. Wagner
Brian D. Clark
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
Email: lmmatson@locklaw.com
aswagner@locklaw.com
bdclark@locklaw.com
echang@locklaw.com

*Counsel for Plaintiffs Sarah Andersen, et al.*

By: /s/ Andrew M. Gass

Andrew M. Gass (SBN 259694)

Michael H. Rubin (SBN 214636)
Brittany N. Lovejoy (SBN 286813)
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 391-0600
Email: andrew.gass@lw.com
michael.rubin@lw.com
brittany.lovejoy@lw.com

*Counsel for Defendant DeviantArt, Inc.*

By: */s/ Timothy C. Saulsbury*

Joseph Charles Gratz
Tiffany Cheung
Timothy Chen Saulsbury
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, California 94105
Telephone: (415) 268-7000
Email: jgratz@mofo.com
tcheung@mofo.com
tsaulsbury@mofo.com

Laura Gilbert Remus
**MORRISON & FOERSTER LLP**
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: (213) 892-5200
Email: lremus@mofo.com

Aditya Vijay Kamdar
**MORRISON & FOERSTER LLP**
2100 L Street NW, Suite 900
Washington, DC 20037
Telephone: (202) 887-1500
Email: akamdar@mofo.com

Mark Alan Lemley
**LEX LUMINA PLLC**
745 Fifth Avenue, Suite 500
New York, NY 10151
Telephone: (646) 906-8657
Email: mlemley@lex-lumina.com

*Counsel for Defendants Stability AI Ltd. and Stability AI, Inc.*

By: */s/ Angela Dunning*

Angela Dunning
Samuel Blankenship
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304-1248
Telephone: (650) 815-4131
Email: adunning@cgsh.com
sblankenship@cgsh.com

Arminda B. Bepko (*pro hac vice*)
Amira Perryman (*pro hac vice*)
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2517
Email: abepko@cgsh.com
aperryman@cgsh.com

*Counsel for Defendant Midjourney, Inc.*

By: */s/ David J. Silbert*

David Jason Silbert
Paven Malhotra
Bailey W. Heaps
Luke P. Apfeld
Julia L. Greenberg
**KEKER VAN NEST & PETERS LLP**
633 Battery Street
San Francisco, California 94111-1809
Telephone: (415) 391-5400
Email: dsilbert@keker.com
pmalhotra@keker.com
bheaps@keker.com
jgreenberg@keker.com
lapfeld@keker.com

*Counsel for Defendant Runway AI, Inc.*