KEKER, VAN NEST & PETERS LLP
DAVID SILBERT - # 173128
dsilbert@keker.com
PAVEN MALHOTRA - # 258429
pmalhotra@keker.com
BAILEY W. HEAPS - # 295870
bheaps@keker.com
LUKE P. APFELD - # 327029
lapfeld@keker.com
JULIA L. GREENBERG - # 333864
jgreenberg@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
RUNWAY AI, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, an individual; KARLA ORTIZ, an individual; GRZEGORZ RUTKOWSKI, an individual; GREGORY MANCHESS, an individual; GERALD BROM, an individual; JINGNA ZHANG, an individual; JULIA KAYE, an individual; ADAM ELLIS, an individual,<br><br>      Individual and Representative Plaintiffs,<br><br>  v.<br><br>STABILITY AI LTD., a UK corporation; STABILITY AI, INC., a Delaware corporation; DEVIANTART, INC., a Delaware corporation; MIDJOURNEY, INC., a Delaware corporation; RUNWAY AI, INC., a Delaware corporation,<br><br>      Defendants. | Case No. 3:23-cv-00201-WHO<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION<br><br>Dept.:    2; 17th Floor<br>Judge:   Hon. William H. Orrick<br><br>Date Filed: January 13, 2023<br><br>Trial Date: None Set |

The Parties having so agreed and good cause shown:

The Parties shall have until February 12, 2025 to submit a stipulated deposition protocol to the Court or file a joint letter brief (of up to three pages per side) regarding disputed issues. All other deadlines in the case remain the same.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   January 31, 2025

_____
Honorable William H. Orrick
United States District Judge