**JOSEPH SAVERI LAW FIRM, LLP**
Joseph R. Saveri (SBN 130064)
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email: mb@butterticklaw.com

*Counsel for Individual and Representative Plaintiffs
and the Proposed Class*

**BOIES SCHILLER FLEXNER LLP**
Maxwell V. Pritt (SBN 253155)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
415-293-6800
Email: mpritt@bsfllp.com

**LOCKRIDGE GRINDAL NAUEN PLLP**
Laura M. Matson (*admitted pro hac vice*)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
Email: lmmatson@locklaw.com

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, et al.,<br><br>               Plaintiffs,<br><br>    v.<br><br>STABILITY AI LTD., et al.,<br><br>               Defendants. | CASE NO.  23-CV-00201-WHO (LJC)<br><br>**STIPULATED ORDER FOR ENLARGEMENT OF TIME FOR PRODUCTION OF TRAINING DATA** |

Pursuant to Local Rules 6-2 and 7-12, Plaintiffs Sarah Andersen, Karla Ortiz, Grzegorz Rutkowski, Gregory Manchess, Gerald Brom, Jingna Zhang, Julia Kaye, and Adam Ellis ("Plaintiffs") and Defendants Stability AI Ltd., Stability AI, Inc., DeviantArt, Inc., Midjourney, Inc., and Runway AI, Inc. ("Defendants") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and request as follows:

WHEREAS, the Plaintiffs requested certain training data in requests for production served on each Defendant;

WHEREAS, the Plaintiffs have separately met and conferred with each Defendant regarding the production of training data;

WHEREAS, the substantial completion date for the production of training data is April 14, 2025;

WHEREAS, the Parties are continuing to meet and confer about the production of training data, and the Parties need additional time to complete their discussions about the production of training data;

WHEREAS, to date, there have been minimal time modifications in the case by stipulation or Court order. See Dkts. 28 & 29, 39 & 40, 60 & 63, 92 & 95, 137 & 138, 152 & 153, 242 & 243, 254 & 255.

WHEREAS, an extension to the substantial completion deadline of the production of training data would have no effect on the schedule for the case.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their undersigned counsel, that the substantial completion date for the production of training data shall be extended to May 21, 2025.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

1    Dated: April 11, 2025

2    By: */s/ Aditya Vijay Kamdar*                    By: */s/ Joseph R. Saveri*
3    Aditya Vijay Kamdar                              Joseph R. Saveri (SBN 130064)
     **MORRISON & FOERSTER LLP**                      Cadio Zirpoli (SBN 179108)
4    2100 L Street NW, Suite 900                      Christopher K.L. Young (SBN 318371)
     Washington, DC 20037                             Evan Creutz (SBN 349728)
5    Telephone: (202) 887-1500                        Elissa A. Buchanan (SBN 249996)
     Email: akamdar@mofo.com                          Melissa Tribble (SBN 339098)
6                                                     **JOSEPH SAVERI LAW FIRM, LLP**
7    Joseph Charles Gratz                             601 California Street, Suite 1505
     Tiffany Cheung                                   San Francisco, California 94108
8    Timothy Chen Saulsbury                           Telephone: (415) 500-6800
     **MORRISON & FOERSTER LLP**                      Facsimile: (415) 395-9940
9    425 Market Street                                Email: jsaveri@saverilawfirm.com
     San Francisco, California 94105                         cyoung@saverilawfirm.com
10   Telephone: (415) 268-7000                               eabuchanan@saverilawfirm.com
     Email: jgratz@mofo.com                                  ecreutz@saverilawfirm.com
11   tcheung@mofo.com                                        mtribble@saverilawfirm.com
12   tsaulsbury@mofo.com
                                                      Matthew Butterick (SBN 250953)
13   Laura Gilbert Remus                              1920 Hillhurst Avenue, #406
     **MORRISON & FOERSTER LLP**                      Los Angeles, CA 90027
14   707 Wilshire Boulevard, Suite 6000               Telephone: (323) 968-2632
     Los Angeles, CA 90017-3543                       Facsimile: (415) 395-9940
15   Telephone: (213) 892-5200                        Email:  mb@butericklaw.com
16   Email: abennett@mofo.com
     lremus@mofo.com                                  Maxwell Pritt
17                                                    Joshua Stein
18   Mark Alan Lemley                                 Margaux Poueymirou
     **LEX LUMINA PLLC**                              **BOIS SCHILLER FLEXNER LLP**
19   745 Fifth Avenue, Suite 500                      44 Montgomery Street
     New York, NY 10151                               41st Floor
20   Telephone: (646) 906-8657                        San Francisco, CA 94104
     Email: mlemley@lex-lumina.com                    415-293-6813
21                                                    Email: mpritt@bsfllp.com
22   *Counsel for Defendants Stability AI Ltd. and*   jstein@bsfllp.com
     *Stability AI, Inc.*                             mpoueymirou@bsfllp.com
23
24                                                    Brian D. Clark (*pro hac vice*)
                                                      Laura M. Matson (*pro hac vice*)
25                                                    Arielle Wagner (*pro hac vice*)
                                                      **LOCKRIDGE GRINDAL NAUEN PLLP**
26                                                    100 Washington Avenue South, Suite 2200
                                                      Minneapolis, MN 55401
27                                                    Telephone: (612)339-6900
                                                      Facsimile: (612)339-0981
28                                                    Email: bdclark@locklaw.com

lmmatson@locklaw.com
aswagner@locklaw.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

By: */s/ Andrew Gass*
Andrew M. Gass (SBN 259694)
Michael H. Rubin (SBN 214636)
Brittany N. Lovejoy (SBN 286813)
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 391-0600
Email: andrew.gass@lw.com
michael.rubin@lw.com
brittany.lovejoy@lw.com

*Counsel for Defendant DeviantArt, Inc.*

By: */s/ Paven Malhotra*
Paven Malhotra
David Jason Silbert
Bailey Wilson Heaps
Julia L. Greenberg
Luke P. Apfeld
**KEKER VAN NEST & PETERS LLP**
633 Battery Street
San Francisco, California 94111-1809
Telephone: (415) 391-5400
Email:      dsilbert@keker.com
pmalhotra@keker.com
bheaps@keker.com
jgreenberg@keker.com
lapfeld@keker.com

*Counsel for Defendant Runway AI, Inc.*

By: */s/ Angela Dunning*
Angela Dunning
Sam Blankenship
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304-1248
Telephone: (650) 815-4131
Email: adunning@cgsh.com
sblankenship@cgsh.com

Amira Perryman
Arminda B. Bepko
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2517
Email: aperryman@cgsh.com
abepko@cgsh.com

*Counsel for Defendant Midjourney, Inc.*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ATTESTATION PURSUANT TO CIVIL L.R. 5-1

The filer attests that the other signatories listed, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the filing's content and have authorized the filing.

Dated: April 11, 2025                    _/s/ Joseph R. Saveri_
                                         Joseph R. Saveri