OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

Northern District of California

# CIVIL MINUTES

| **Date:** April 29, 2025 | **Time:** 2:11 p.m.-2:54 p.m. | **Judge:** LISA J. CISNEROS |
|---|---|---|
| **Case No.:** 3:23-cv-00201-WHO | **Case Name:** Andersen v. Stability AI Ltd. | |

**For Plaintiffs:** Joseph R. Saveri, Christopher K.L. Young and Evan Creutz, Joseph Saveri Law Firm, LLP, counsel for Plaintiffs

**For Defendant Stability Al Ltd and Stability Al Inc.:** Joseph Charles Gratz, Morrison & Foerster LLP

**For Defendant Midjourney, Inc.:** Angela Dunning, Cleary Gottlieb Steen & Hamilton LLP

**For Defendant DeviantArt, Inc.:** Brittany Lovejoy, Latham & Watkins LLP

**For Defendant Runway AI, Inc.:** Julia Greenberg and Bailey Heaps. Keker, Van Nest and Peters LLP

| **Deputy Clerk:** Brittany Sims | **Recorded via Zoom:** 2:11 p.m. - 2:54 p.m. |
|---|---|

## PROCEEDINGS

Discovery Status Conference held.

The deadline for substantial completion of document discovery is modified from July 25, 2025 to October 3, 2025. The deadline for producing parties to produce privilege logs for any documents withheld on the basis of any privilege to date is modified from August 26, 2025 to October 31, 2025.

The Court grants in part and denies in part Defendants' request for the following interim discovery deadlines, as follows. The FRCP 30(b)(6) notices shall be served no later than November 14, 2025, unless upon motion by a requesting party or stipulation of the parties, the Court grants the requesting party leave for good cause to serve a late notice. No later than February 13, 2026, all deposition notices and subpoenas shall be served, unless upon motion by a requesting party or stipulation of the parties and, if relevant, nonparty, the Court grants the requesting party leave for good cause to serve a notice or subpoena after that deadline.

Defendants' request for an order setting an interim deadline to serve requests for production of documents without leave of the Court or parties' agreement is denied without prejudice.

The parties shall appear for discovery status conferences via Zoom on July 15, 2025 at 1:30 pm and September 16, 2025 at 1:30 pm.