# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** May 6, 2025 | **Time:** 1 minute<br>2:26 p.m. to 2:27 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 23-cv-00201-WHO | **Case Name:** Andersen v. Stability AI Ltd. | |

**Attorneys for Plaintiff:**   Joseph R. Saveri, Christopher K.L. Young and Evan Creutz
**Attorneys for Defendants:**  Joseph C. Gratz, Paven Malhotra**,** Angela L. Dunning, and Andy Gass

**Deputy Clerk:** Jean Davis                              **Court Reporter:** April Brott

## PROCEEDINGS

Case Management Conference conducted via videoconference. The parties' case management statement reflected that steady progress has been made, and counsel indicate that they have no concerns for the Court.

**Further Case Management Conference set for November 4, 2025 at 2:00 p.m.** Joint case management statement due October 28, 2025.