**JOSEPH SAVERI LAW FIRM, LLP**
Joseph R. Saveri (SBN 130064)
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email: mb@buttericklaw.com

**BOIES SCHILLER FLEXNER LLP**
Maxwell V. Pritt (SBN 253155)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
415-293-6800
Email: mpritt@bsfllp.com

**LOCKRIDGE GRINDAL NAUEN PLLP**
Laura M. Matson (*admitted pro hac vice*)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
Email: lmmatson@locklaw.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SARAH ANDERSEN, et al.,<br><br>                   Plaintiffs,<br><br>   v.<br><br>STABILITY AI LTD., et al.,<br><br>                  Defendants. | CASE NO. 23-CV-00201-WHO (LJC)<br><br>**STIPULATED ORDER FOR ENLARGEMENT OF TIME FOR PRODUCTION OF TRAINING DATA** |

Pursuant to Local Rules 6-2 and 7-12, Plaintiffs Sarah Andersen, Karla Ortiz, Grzegorz Rutkowski, Gregory Manchess, Gerald Brom, Jingna Zhang, Julia Kaye, and Adam Ellis ("Plaintiffs") and Defendants Stability AI Ltd., Stability AI, Inc., DeviantArt, Inc., Midjourney, Inc., and Runway AI, Inc. ("Defendants") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and request as follows:

WHEREAS, the Plaintiffs requested certain training data in requests for production served on each Defendant;

WHEREAS, the Plaintiffs have separately met and conferred with each Defendant regarding the production of training data;

WHEREAS, the substantial completion date for the production of training data is currently set for May 21, 2025;

WHEREAS, the Parties are continuing to meet and confer about the production of training data, including with regards to logistical concerns presented by the nature and volume of data to be produced;

WHEREAS, the Parties need additional time to complete their discussions about the production of training data;

WHEREAS, Defendant DeviantArt, Inc. has represented to Plaintiffs that it has no responsive training data to produce, but has already produced other requested data;

WHEREAS, to date, there have been minimal time modifications in the case by stipulation or Court order. *See* Dkts. 28 & 29, 39 & 40, 60 & 63, 92 & 95, 137 & 138, 152 & 153, 242 & 243, 254 & 255, 270 & 273.

WHEREAS, an extension to the substantial completion deadline of the production of training data would have no effect on the schedule for the case.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their undersigned counsel, that the substantial completion date for the production of training data shall be extended to June 20, 2025.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

       MAGISTRATE JUDGE LISA J. CISNEROS

Dated: May 21, 2025

By: /s/ Aditya Vijay Kamdar
Aditya Vijay Kamdar
**MORRISON & FOERSTER LLP**
2100 L Street NW, Suite 900
Washington, DC 20037
Telephone: (202) 887-1500
Email: akamdar@mofo.com

Joseph Charles Gratz
Tiffany Cheung
Timothy Chen Saulsbury
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, California 94105
Telephone: (415) 268-7000
Email: jgratz@mofo.com
         tcheung@mofo.com
         tsaulsbury@mofo.com

Christopher Adler
**MORRISON & FOERSTER LLP**
707 Wilshire Boulevard
Ste 6000
Los Angeles, CA 90017
Telephone: 213-892-5200
Email: cadler@mofo.com

Mark Alan Lemley
**LEX LUMINA PLLC**
745 Fifth Avenue, Suite 500
New York, NY 10151
Telephone: (646) 906-8657
Email: mlemley@lex-lumina.com

*Counsel for Defendants Stability AI Ltd. and Stability AI, Inc.*


By: /s/ Joseph R. Saveri
Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
Evan Creutz (SBN 349728)
Elissa A. Buchanan (SBN 249996)
Aaron Cera (SBN 351163)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
         czirpoli@saverilawfirm.com
         cyoung@saverilawfirm.com
         eabuchanan@saverilawfirm.com
         ecreutz@saverilawfirm.com
         acera@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email: mb@buttericklaw.com

Maxwell Pritt (SBN 253155)
Joshua Stein (SBN 298856)
Margaux Poueymirou (SBN 356000)
Mariah Joelle Noah (SBN 339658)
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery Street
41st Floor
San Francisco, CA 94104
415-293-6813
Email: mpritt@bsfllp.com
         jstein@bsfllp.com
         mpoueymirou@bsfllp.com
         mnoah@bsfllp.com

By: /s/ Brittany N. Lovejoy
Brittany N. Lovejoy (SBN 286813)
Andrew M. Gass (SBN 259694)
Michael H. Rubin (SBN 214636)
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 391-0600

Brian D. Clark (*pro hac vice*)
Laura M. Matson (*pro hac vice*)
Arielle Wagner (*pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401

| | |
|---|---|
| Email: andrew.gass@lw.com<br>  michael.rubin@lw.com<br>  brittany.lovejoy@lw.com<br><br>Sarah F. Mitchell<br>**LATHAM AND WATKINS LLP**<br>355 South Grand Avenue, Suite 100<br>Los Angeles, CA 90071<br>Telephone: (213) 485-1234<br>Email: sarah.mitchell@lw.com<br><br>*Counsel for Defendant DeviantArt, Inc.* | Telephone: (612)339-6900<br>Facsimile: (612)339-0981<br>Email: bdclark@locklaw.com<br>  lmmatson@locklaw.com<br>  aswagner@locklaw.com<br><br>*Counsel for Individual and Representative Plaintiffs and the Proposed Class* |

By: */s/ David J. Silbert*
David Jason Silbert
Paven Malhotra
Bailey Wilson Heaps
Julia L. Greenberg
Luke P. Apfeld
**KEKER VAN NEST & PETERS LLP**
633 Battery Street
San Francisco, California 94111-1809
Telephone: (415) 391-5400
Email:   dsilbert@keker.com
    pmalhotra@keker.com
    bheaps@keker.com
    jgreenberg@keker.com
    lapfeld@keker.com

*Counsel for Defendant Runway AI, Inc.*

By: */s/ Angela Dunning*
 Angela Dunning
 Sam Blankenship
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304-1248
Telephone: (650) 815-4131
Email: adunning@cgsh.com
    sblankenship@cgsh.com

Arminda B. Bepko
Charity E. Lee
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2517
Email: abepko@cgsh.com
    charitylee@cgsh.com

*Counsel for Defendant Midjourney, Inc.*

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

The filer attests that the other signatories listed, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the filing's content and have authorized the filing.

Dated: May 21, 2025                                          */s/ Joseph R. Saveri*
                                                                              Joseph R. Saveri