**BOIES SCHILLER FLEXNER LLP**
Maxwell V. Pritt (SBN 253155)
Joshua Michelangelo Stein (SBN 298856)
Margaux Poueymirou (SBN 356000)
Mariah Joelle Noah (SBN 339658)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
415-293-6813
mpritt@bsfllp.com
jstein@bsfllp.com
mpoueymirou@bsfllp.com
mnoah@bsfllp.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, et al., *Individual and Representative Plaintiffs,* v. STABILITY AI LTD., et al., *Defendants.* | Case No. 23-CV-00201-WHO (LJC) **DECLARATION OF JOSHUA MICHELANGELO STEIN IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEFING RE DKT. 300** |

I, Joshua Michelangelo Stein, declare as follows:

1. I am an attorney duly licensed to practice in the State of California. I am a partner in the San Francisco, California office of Boies Schiller Flexner, LLP ("BSF"), counsel for Plaintiffs in the above-captioned action. I have personal knowledge of the matters stated herein and, if called upon, I can competently testify thereto. I make this declaration pursuant to 28 U.S.C. § 1746 and Local Rule 7-5 in support of Plaintiffs' Supplemental Briefing re Dkt. 300.

2. To date, Plaintiffs have only disclosed two experts to Defendants in this case: (1) Dr. Ben Zhao and (2) Mr. Ayyub Ibrahim. Pursuant to the procedures agreed to by the parties in the stipulated protective order (ECF No. 276), Plaintiffs disclosed Dr. Zhao to Defendants via email on April 10, 2025. Plaintiffs disclosed Mr. Ibrahim to Defendants via email on April 29, 2025.

3. Attached hereto as **Exhibit A** is a true and correct copy of Mr. Ibrahim's résumé and the accompanying transmission email by which it was served on Defendants as part of his expert disclosure on April 29, 2025.

4. Attached hereto as **Exhibit B** is a true and correct copy of Mr. Ibrahim's staff profile published by the Berkeley Institute for Data Science (BIDS), accessed at the following URL on May 30, 2025: https://bids.berkeley.edu/people/ayyub-ibrahim.

5. Attached hereto as **Exhibit C** is a true and correct copy of the homepage of the Machine Learning Justice Lab, accessed at the following URL on May 30, 2025: https://mljusticelab.com/.

6. Attached hereto as **Exhibit D** is a true and correct copy of Dr. Zhao's résumé and the accompanying transmission email by which it was served on Defendants as part of his expert disclosure on April 10, 2025.

7. Attached hereto as **Exhibit E** is a true and correct copy of Dr. Zhao's academic website hosted by the University of Chicago, accessed at the following URL on June 2, 2025: https://people.cs.uchicago.edu/~ravenben/.

Dated: June 2, 2025                    By:  /s/ Joshua Michelangelo Stein
                                            Joshua Michelangelo Stein