# EXHIBIT A

| | |
|---|---|
| **From:** | Christopher Young |
| **To:** | Team-Midjourney-Andersen-CGSH; STABLE; STABILITY-ANDERSEN; andersenvdeviantart.lwteam@lw.com |
| **Cc:** | Stability C-Counsel |
| **Subject:** | Andersen v. Stability: ¶ 7(a)(2) Expert Disclosure (Ayyub Ibrahim) |
| **Date:** | Tuesday, April 29, 2025 7:35:00 PM |
| **Attachments:** | image001.png |
| | Resume_Ibrahim_Ayyub.pdf |

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Counsel,

Plaintiffs disclose under ¶ 7(a)(2) of the Protective Order Ayyub Ibrahim as an expert in this matter. Please see attached and below his attached CV and required disclosures. Plaintiffs seek to disclose to Mr. Ibrahim training data, source code, documents related to generative AI training and functionality, expert reports, and related depositions and exhibits that may be designated as Highly Confidential. A signed undertaking will follow.

- Full Name: Ayyub Ibrahim
- Current Residence: Oakland, CA
- Current Employer(s): Berkeley Institute for Data Science (AI Engineer), Human Rights Data Analysis Group (Data Science Consultant), Machine Learning Legal Lab (Founder).
- Compensation over the last five years:
  - Berkeley Institute for Data Science
  - Human Rights Data Analysis Group
  - Innocence Project New Orleans
  - Machine Learning Legal Lab
  - Sawt
  - Office of the Independent Police Monitor
  - The Joseph Saveri Law Firm
- Expert testimony offered in last five years: N/A

**Christopher Young**
*Partner*



601 California Street, Suite 1505
San Francisco, CA 94108
**T** 415.500.6800 x807
**F** 415.395.9940

# AYYUB IBRAHIM

## EXPERIENCE

### AI ENGINEER, BERKELEY INSTITUTE FOR DATA SCIENCE — 2024-PRESENT
### (GITHUB: PRIVATE REPOSITORY)

- Building end-to-end data extraction pipelines to process 8 terabytes of unstructured data (documents, audio, and video) using Python, PyTorch, Transformers, proprietary LLMs and open-source LLMs.

### DATA SCIENCE CONSULTANT, HUMAN RIGHTS DATA ANALYSIS GROUP — 2024-PRESENT
### (GITHUB: PRIVATE REPOSITORY)

- Developing an evaluation framework for assessing LLM performance on entity extraction (names, dates, locations) from legal documents. Evaluations include traditional machine learning models, open-source LLMs, and proprietary LLMs.

### DIRECTOR OF RESEARCH, INNOCENCE PROJECT NEW ORLEANS — 2021-2024
### (GITHUB.COM/IPNO-LLEAD)

- Developed data extraction pipelines for archived case files using Python, PyTorch, Transformers, cloud services, traditional machine learning models, proprietary LLMs and open-source LLMs.

### FOUNDER, MACHINE LEARNING LEGAL LAB — 2022-PRESENT
### (GITHUB.COM/AYYUBIBRAHIMI/MACHINE-LEARNING-JLAB)

- Developing a web application using Python, React, Next.js, Vercel, and Firebase to summarize legal documents, implementing both proprietary and open-source LLMs. Machine Learning Legal Lab is a cost-effective competitor to CoCounsel/Casetext that is currently under evaluation by the San Francisco Public Defenders office.

### LEAD DEVELOPER, SAWT — 2022-2024
### (GITHUB.COM/EYE-ON-SURVEILLANCE/SAWT)

- Developed a web application using Python, React, Next.js, Vercel, and Supabase that creates searchable transcripts, minutes, and agendas of City Council meetings with retrieval-augmented generation.

### DATA SCIENCE CONSULTANT, OFFICE OF THE INDEPENDENT POLICE MONITOR — 2022-2023
### (GITHUB.COM/AYYUBIBRAHIMI/OIPM-ANNUAL-REPORT-2022)

- Processed and analyzed unstructured (documents) and structured data for the Office of the Independent Police Monitor in New Orleans using SQL, Python and open-source LLMs.

## EDUCATION
### UNIVERSITY OF PENNSYLVANIA — B.A (URBAN STUDIES), 2016

630 Fairview Street, Oakland CA, 94609.
ayyubi@berkeley.edu