# EXHIBIT B

# Berkeley Institute for Data Science (BIDS) (/)

Home (/home)  »  Ayyub Ibrahim

# Ayyub Ibrahim

**JOB TITLE:**     CLEAN AI Engineer

**BIO/CV:**
Ayyub Ibrahim is a data scientist and a member of the Berkeley Institute for Data Science's CLEAN police project, where he uses AI and machine learning to process unstructured data. Ayyub joins BIDS from the Innocence Project New Orleans, where as the Director of Research he built ML tools for community organizations, innocence organizations, and public defender offices. Ayyub is also the founder of Machine Learning Justice Lab (https://mljusticelab.com/), a startup that develops AI tools for legal and human rights defense communities.

**ROLE:**          BIDS Team (/person-type/bids-team)

**TOPICS**

Directory (/topics/directory)



**CONTACT**

ayyubi@berkeley.edu (mailto:ayyubi@berkeley.edu)

Powered by Open Berkeley (https://open.berkeley.edu)

Accessibility (https://dap.berkeley.edu/get-help/report-web-accessibility-issue)

Nondiscrimination (https://ophd.berkeley.edu/policies-and-procedures/nondiscrimination-policy-statement)

Privacy (https://open.berkeley.edu/privacy-statement)

Copyright © 2025 UC Regents; all rights reserved

Back to Top