# EXHIBIT C

ML Justice Lab 

# Machine Learning Justice Lab

Enhancing justice by democratizing access to AI tools for the legal and human rights defense community.

Start Document Analysis

# Features



### Legal Document Analysis

Summarize legal documents on a per document basis:
• Receive reports with citations directly to your email inbox.
• Use an LLM to chat with your summaries.



### Body Worn Camera Processing

Analyze body worn camera footage:
• Generate text transcriptions.
• Summarize video with timestamps.
• Identify objects (tasers, pepper spray, guns) in video with timestamps.

Contact us to access this feature →



### Security with Open Source Models

Process sensitive data using private open source models which are designed for handling confidential information.

Contact us to access this feature →

### Additional Features

Features coming soon:
• Extract entities (persons, places, events) from documents.
• Generate a timeline of events.
• Identify documents of interest from PDF document dump.

## About Us

Machine Learning Justice Lab is a project dedicated to leveraging large language models (LLMs) to enhance justice and legal systems.

Our innovative approach utilizes smaller, cost-effective LLMs like Claude Haiku and open-source models like Mixtral. Our evaluations have demonstrated that these models perform on par with and often exceed industry solutions like CoCounsel while being substantially more cost-efficient. Importantly, our open source models can be deployed with private endpoints for complete privacy when handling sensitive legal documents.

This strategy allows us to democratize AI tools for smaller legal non-profits and human rights organizations. Our goal is to provide accessible and powerful tools and insights that can assist in the analysis and understanding of legal documents and data.

# Contact Us

Interested in our services or have questions? Get in touch with us.

✉ **Contact Us**

**Full Name**

[                    ]

**Email Address**

[                    ]

**Organization**

[                    ]

**I'm interested in:**

☐ Video analysis / body worn camera analysis
☐ Private models
☐ Other

**Message**

[ Please tell us more about your interests and how we can help... ]

Send Message

Ready to transform your legal document analysis?

**Begin Analysis**