# EXHIBIT E



**Contact**:
ravenben+w at cs dot uchicago dot edu
Glaze@Bluesky, ravenben@Bluesky, Quora, Linkedin.

### News in Last 12+ Months

**May 2025: Hemlock paper @CCS 2025**
Congrats Stanley, Ronik, Anna and Shawn!

**May 2025: crawler measurement @IMC 2025**
Congrats Shawn and our UCSD collaborators!

**Apr 2025: IO Remote, Illustratoren Organisation**
Talk to German Association of Illustrators

**Mar 2025: SalesForce Distinguished Lecture**
Distinguished technical talk at SalesForce

**Feb 2025: IEEE S&P 2026 TPC**

**Feb 2025: MIT AI Film Hack Ethics Panel**

**Jan 2025: Freakonomics Radio** Interview

**Dec 2024: Hamburg Assoc. of Illustrators**

**Dec 2024: Funding from Samsung Research**

**Oct 2024: CAA Community Impact Award**
Concept Art Association awards its 2024 Community Impact Award to the Glaze/Nightshade team! Thank you CAA!

**Oct 2024: LightBox Expo**

**Oct 2024: Distinguished Paper @ CCS**
Congrats to Anna, Josephine, Ronik and Shawn for their CCS distinguished paper award!

**Oct 2024: TED AI**
Giving a TED AI talk on Oct 22.

**Sept 2024: TIME Magazine AI100**
Humbled to be named to TIME Magazine AI100 most influential in AI.

**Sept 2024: Nature article**
Quoted in Nature article on hidden risks of AI.

**August 2024: Model implosion @CCS**
Congrats to Wenxin, Cathy, and Shawn! This paper explains how Nightshade causes model implosion in diffusion models.

**June 2024: NeurIPS AC**

**May 2024: CA State Assembly Hearing**
CA Assembly hearing on Use of AI in Film, Music, and the Fine Arts. Recording

**May 2024: Panel @Creative Tokyo**
AI & Creativity Panel, Creative Tokyo, Sumida City, Tokyo

**May 2024: DLSP Keynote @IEEE S&P**

**April 2024: GenAI detection @CCS**
Congrats to Anna, Josephine, Ronik, Shawn and Reid for their generative AI image detection paper, to appear at ACM CCS 2024

**March 2024: Blog @ UN CSTD**
I wrote a short piece on the consequences of replacing human creatives with generative AI for United Nations Commission on Science and Technology for Development.

**March 2024: Nightshade @IEEE S&P**
Congrats to Shawn, Wenxin, Josephine, Stanley. The Nightshade paper will appear at IEEE S&P 2024

**Jan 24-26, 2024: Stockholm Sweden**
Keynote at Konstnärernas Riksorganisation, Artist Assoc. of Sweden

**Dec, 2023: USCO**

**Dec, 2023: AoP, London**

I am a Neubauer Professor of Computer Science at University of Chicago. Over the years, I've worked on a number of areas from *P2P networks, online social networks, cognitive radios/dynamic spectrum, graph mining and modeling, user behavior analysis*. Since 2016, I've focused on security and privacy in machine learning and wearable systems. Since 2022, I work primarily on adversarial machine learning and tools to mitigate harms of generative AI models against human creatives in different industries. My primary research venues are CCS/Oakland/USENIX Security. In the past, my broad interests led me to publish at a range of top conferences, including NeurIPS/CVPR, IMC/WWW, CHI/CSCW, and SIGCOMM/NSDI/Mobicom. Here's a wordle of paper abstracts around 2019.



I am Director of Graduate Studies at UChicago Computer Science. For DGS related questions, please email me at "dgs at cs dot uchicago dot edu".

Together with Prof. Heather Zheng, I co-direct the SAND Lab (Security, Algorithms, Networking and Data) at University of Chicago. I received my PhD in Computer Science from UC Berkeley in 2004, where I was advised by John Kubiatowicz and Anthony Joseph, and created the Tapestry distributed hash table (dissertation). I received my MS from Berkeley in 2000, and my BS in computer science from Yale in 1997. I am an ACM Fellow (2021), a recipient of the NSF CAREER award (2005), USENIX Internet Defense Prize (2023), TIME Magazine AI100 (2024), MIT Tech Review's TR-35 Award (Young Innovators Under 35) (2006), IEEE Internet Technical Committee's Early Career Award (2014), and one of ComputerWorld's Top 40 Technology Innovators under 40. Back when my kids were small and I had "free time," I wrote about research and PhD life on Quora.

**Teaching, Spring 2025** (Prereq: CMSC 25300/25400 or TTIC 31020).
CMSC 25800-1 (*Adversarial Machine Learning*), Tu/Th 9:30-10:50AM, TBA
CMSC 25800-2 (*Adversarial Machine Learning*), Tu/Th 11:00-12:20PM, TBA
This is a brand new course (one of the first for undergraduates in the country) that covers the security and privacy issues inherent in machine learning and AI. We will cover fundamental vulnerabilities for deep neural networks and generative AI architectures, optimization based attacks, (black-box/white-box) evasion attacks, (dirty-label/clean-label) poison attacks, detection/filtering/removal defenses, privacy attacks (membership inference and model extraction). Homework assignments will involve attack generation/defenses, model training/fine-tuning, and experiments on latest generation DNNs and genAI models. (Class limited to undergrads satisfying prerequisites and by instructor permission).

**Press/Media**: Recent media coverage of our research, including New York Times articles (by the amazing Kashmir Hill) on our art anti-mimicry tool Glaze, our image cloaking tool Fawkes, and our Bracelets of Silence, an ultrasonic, wearable microphone jammer for personal privacy.

**Project Links**

- *Nightshade: proactive content copyrights*, Website/paper/downloads
- *Glaze: protecting artists against style mimicry*, Website/paper/downloads
- *Forensics for Poison Attacks on DNNs*, Website/code/slides
- *Blacklight: scalable defense for DNNs against black-box attacks*, Website/code

Assoc. of Photographers

**Nov, 2023: Shawn/Jenna/Emily named to** Forbes 30 under 30!

**Nov, 2023:** Chicago Innovation Award

**Nov, 2023:** TIME Best Inventions 2023
Glaze wins special mention in TIME magazine

**Nov, 2023:** Testimony, IL State Legislature

**Oct 27-29, 2023:** Lightbox

**Oct 25, 2023:** C3.AI DTI Workshop

**Oct 18-19, 2023:** KPMG/Booth Economic Forum

**Oct 9, 2023: Distinguished lecture, Columbia CS**

**Sept 2023: Salsa Picante @CCS**
Congrats to Cathy and Emily for their Salsa Picante paper to appear at CCS!

**Sept 2023: Optimal Loss @NeurIPS**
Congrats to Wenxin, Arjun and Princeton collaborators on their NeurIPS Spotlight paper!

**August 2023: Glaze on CNN**
CNN Article on Glaze & artists that use it.

**August 2023: Glaze wins 2 awards**
Glaze receives Distinguished Paper Award and USENIX Internet Defense Prize 2023!

**CODE**
*Clickstream modeling code* here
*Measurement-calibrated graphs* here
*Embedding graph coordinate systems* here

**OTHER STUFF**
(UChicago Calendar)
Google Scholar (~37,000), H-index: 80
Erdos # = 3 (Erdos-M. Saks-K. Hildrum-B. Y. Zhao)
This page, circa 2011

- *Fawkes: image cloaking against facial recognition*, Code/Paper/Video/Media and News
- *Neural Cleanse: detecting/mitigating backdoors in DNNs*, Code/Paper
- *Bracelets of Silence: wearable ultrasonic jammers*, Project/papers/code/video.

I read all my emails. But due to the volume of emails, I am often unable to reply to individual emails. If you are looking for a summer undergraduate internship, please do not email me directly. UChicago CS has organized a summer undergraduate internship program with more info here. If you are a high school student or undergraduate looking for a summer internship related to data, you might be interested in the DSI Data and Computing Summer Lab. SAND Lab is involved in both programs, although the number of interns we take each summer can vary depending on the applicant pool.

**UChicago Undergraduates interested in research?**
We generally advise 3-5 undergraduates in my lab in active research (we have 1-2 spots for fall 2024). If you're interested in working in my lab as an undergrad, drop me an email. Generally speaking, the best way to join my lab as an undergrad is to take and do well in my courses in networking or applied ML.

Copyright © *SAND Lab, UChicago* · css design: Luka Cvrk.

The SAND Lab is grateful for research support from DARPA, NSF, Google, Cisco, HP labs, Amazon and NVidia.