1  JOSEPH C. GRATZ (CA SBN 240676)
   JGratz@mofo.com
2  TIFFANY CHEUNG (CA SBN 211497)
   TCheung@mofo.com
3  TIMOTHY CHEN SAULSBURY (CA SBN 281434)
   TSaulsbury@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street,
5  San Francisco, California 94105-2482
   Telephone:  415.268.7000
6  Facsimile:  415.268.7522

7  MARK A. LEMLEY (CA SBN 155830)
   mlemley@lex-lumina.com
8  LEX LUMINA PLLC
   745 Fifth Avenue, Suite 500
9  New York, New York 10151
   Telephone:  646.898.2055
10 Facsimile:  646.906.8657

11 [CAPTION CONTINUED ON NEXT PAGE]

12 Attorneys for Defendants
   STABILITY AI LTD. and STABILITY AI, INC.
13

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                   SAN FRANCISCO DIVISION

17

18 | SARAH ANDERSEN, ET AL., | Case No. 3:23-cv-00201-WHO |

19 | Plaintiffs, | **DECLARATION OF JOSEPH C. GRATZ IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL LETTER BRIEF REGARDING OBJECTIONS TO DR. ZHAO** |

20 | v. | |

21 | STABILITY AI LTD., ET AL., | |

22 | Defendants. | |

23 | | Date:  June 6, 2025
Time:  9:00 a.m.
Ctrm:  Zoom Webinar |

24 | | Date Action Filed:  January 13, 2023
Trial Date: April 5, 2027 |

| | |
|---|---|
| 1 | ADITYA V. KAMDAR (CA SBN 324567) |
| | AKamdar@mofo.com |
| 2 | MORRISON & FOERSTER LLP |
| | 2100 L Street, NW, Suite 900 |
| 3 | Washington, DC 20037 |
| | Telephone:   202.887.1500 |
| 4 | Facsimile:   202.887.0763 |
| 5 | CHRISTOPHER R. ADLER (CA SBN 346588) |
| | CAdler@mofo.com |
| 6 | MORRISON & FOERSTER LLP |
| | 707 Wilshire Boulevard, Suite 6000 |
| 7 | Los Angeles, California 90017-3543 |
| | Telephone:   213.892.5200 |
| 8 | Facsimile:   213.892.5454 |

Decl. of Joseph C. Gratz ISO Defs.' Supp. Letter Brief Re. Objs. to Dr. Zhao
CASE NO. 3:23-CV-00201-WHO

2

I, Joseph C. Gratz, declare as follows:

1. I am an attorney at law licensed to practice in the state of California and am a partner at Morrison & Foerster LLP, counsel of record in the above-captioned matter for STABILITY AI LTD. and STABILITY AI, INC. ("Stability"). I have personal knowledge of the matters stated herein and, if called upon, I can competently testify thereto. I make this declaration pursuant to 28 U.S.C. § 1746 and Local Rule 7-5 in support of Defendants' supplemental briefing, pursuant to the Court's May 28, 2025 Order (ECF No. 301), regarding objections to Plaintiffs' intended disclosure of Highly Confidential source code and training data to their proposed expert, Dr. Ben Zhao.

2. Attached hereto as **Exhibit A** is a true and correct copy of screenshots taken on June 4, 2025 of the first ten pages of search results from the website Google Scholar:

   a. when prompted with the search term "text-to-image" and limited to articles from 2022 to the present, accessible at the following URL, https://scholar.google.com/scholar?q=%22text-to-image%22&hl=en&as_sdt=0%2C9&as_ylo=2022&as_yhi=

   b. when prompted with the search term "stable diffusion" and limited to articles from 2022 to the present, accessible at the following URL, https://scholar.google.com/scholar?hl=en&as_sdt=0%2C9&as_ylo=2022&q=%22stable+diffusion%22&btnG=

3. Attached hereto as **Exhibit B** is a true and correct copy of screenshots taken on June 4, 2025 of search results from the Association for the Advancement of Artificial Intelligence (AAAI) Publications website:

   a. when prompted with the search term "text-to-image" and limited to articles from January 1, 2022 to the present, accessible at the following URL, https://ojs.aaai.org/index.php/AAAI/search/search?query=%22text-to-image%22&dateFromYear=2022&dateFromMonth=01&dateFromDay=1&dateToYear=&dateToMonth=&dateToDay=&authors=

Decl. of Joseph C. Gratz ISO Defs.' Supp.
Letter Brief Re. Objs. to Dr. Zhao
CASE NO. 3:23-CV-00201-WHO

3

b.  when prompted with the search term "stable diffusion" and limited to articles from January 1, 2022 to the present, accessible at the following URL, https://ojs.aaai.org/index.php/AAAI/search/search?query=%22stable+diffusion%22&dateFromYear=2022&dateFromMonth=01&dateFromDay=1&dateToYear=&dateToMonth=&dateToDay=&authors=

4. Attached hereto as **Exhibit C** is a true and correct copy of email correspondence from Christopher Young of the Joseph Saveri Law Firm, counsel of record for Plaintiffs, to defense counsel, dated April 23, 2025, regarding Plaintiffs' intent to disclose Highly Confidential training data and source code to Dr. Ben Yanbin Zhao. The email thread contains Defendants' April 23, 2025 initial objections to Dr. Zhao.

5. Attached hereto as **Exhibit D** is a true and correct copy of email correspondence from Mr. Young to defense counsel, dated April 29, 2025, regarding Plaintiffs' intent to disclose Highly Confidential "training data, source code, documents related to generative AI training and functionality, expert reports, and related depositions and exhibits" to Mr. Ayyub Ibrahim.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: June 4, 2025

/s/ Joseph C. Gratz
Joseph C. Gratz