# Exhibit A

1  Joseph R. Saveri (State Bar No. 130064)
   **JOSEPH SAVERI LAW FIRM, LLP**
2  601 California Street, Suite 1505
   San Francisco, CA 94108
3  Telephone: (415) 500-6800
4  Facsimile:  (415) 395-9940
   Email:      jsaveri@saverilawfirm.com
5

6  Matthew Butterick (State Bar No. 250953)
   1920 Hillhurst Avenue, #406
7  Los Angeles, CA 90027
   Telephone: (323) 968-2632
8  Facsimile:  (415) 395-9940
9  Email:      mb@buttericklaw.com

10 Laura M. Matson *(admitted pro hac vice)*
   **LOCKRIDGE GRINDAL NAUEN PLLP**
11 100 Washington Avenue South, Suite 2200
12 Minneapolis, MN 55401
   Telephone: (612) 339-6900
13 Facsimile:  (612) 339-0981
14 Email:      lmmatson@locklaw.com

15 *Counsel for Individual and Representative*
   *Plaintiffs and the Proposed Class*
16

17 [Additional counsel listed on signature page]

18                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
19                        SAN FRANCISCO DIVISION
20

21 | SARAH ANDERSEN, et al., | Case No.: 3:23-cv-00201-WHO |
22 | *Individual and Representative Plaintiffs,* | |
23 | v. | **PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT MIDJOURNEY, INC.** |
24 | STABILITY AI LTD., et al., | |
25 | *Defendants.* | |

26
27
28

| | | |
|---|---|---|
| 1 | **PROPOUNDING PARTIES:** | Sarah Andersen |
| 2 | | Kelly McKernan |
| | | Karla Ortiz |
| 3 | | H. Southworth PKA Hawke Southworth |
| | | Grzegorz Rutkowski |
| 4 | | Gregory Manchess |
| | | Gerald Brom |
| 5 | | Jingna Zhang |
| 6 | | Julia Kaye |
| | | Adam Ellis |
| 7 | **RESPONDING PARTIES:** | Midjourney, Inc. |
| 8 | **SET NUMBER:** | One (1) |

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Plaintiffs Sarah Andersen, Kelly McKernan, Karla Ortiz, H. Southworth PKA Hawke Southworth, Grzegorz Rutkowski, Gregory Manchess, Gerald Brom, Jingna Zhang, Julia Kaye, and Adam Ellis ("Plaintiffs") hereby request that Defendant Midjourney, Inc. ("Midjourney") produce and permit inspection and copying by Plaintiffs of all Documents, electronically stored information, and things that are in Your possession, custody, or control and are responsive to the following Requests for Production within thirty (30) days following the date of service of these Requests.

## DEFINITIONS

As used herein, the following words, terms, and phrases—whether singular or plural, or in an alternate verb tense—shall have the meanings ascribed below. Defined terms may not be capitalized or made uppercase. The given definitions apply even if a term in question is not capitalized or made uppercase. No waiver of a definition is implied by use of a defined term in a non-capitalized or lowercase form. Each of these definitions and instructions is incorporated into each of the requests to which it pertains. Notwithstanding any definition below, each word, term, or phrase used in these requests for production is intended to have the broadest meaning permitted under the Federal Rules of Civil Procedure. All words not defined in the Definitions shall be construed using their plain and ordinary meaning. If more than one meaning can be ascribed to a word, the meaning that would make a Document be covered by the Requests for Production should be used.

19. "Stability Image Apps" means all user-facing software applications based on the Stability Image Models, including ClipDrop, InitML, and/or Reimagine XL.

20. "Stability Image Apps" means all user-facing software applications based on the Stability Image Models, including ClipDrop, InitML, and/or Reimagine XL.

21. "Stability Image Models" means all AI image-generation models created by Stability UK, solely or in collaboration with others, that used LAION-5B or any subset thereof as Training Data, whether released or unreleased, including Stable Diffusion 2.0 and Stable Diffusion XL 1.0.

22. "Training Data" means any information or dataset in any form that has been used, processed, ingested, or referenced to develop, improve, refine, or validate machine learning models or artificial intelligence systems, including collections of text, images, or other content used to train such systems to recognize patterns, generate outputs, or make predictions. This includes both raw data and any preprocessed, transformed, or derivative versions of such data used during the training process. It includes any phase of the training process where data was supplied as input, including pre-training or fine-tuning.

23. "You," "Your," or "Your company" means Midjourney, its predecessors, successors, subsidiaries, departments, divisions, and/or affiliates, including without limitation any organization or entity which Midjourney manages or controls, together with all present and former directors, officers, employees, agents, representatives, attorneys (subject to any applicable privileges), or any other person acting on Your behalf.

## INSTRUCTIONS

1. In answering and responding to these Requests, You shall furnish such information and Documents in Your possession, custody or control, including information that is in the possession, custody or control of Your directors, officers, employees, agents, representatives, attorneys (subject to any applicable privileges), or any other person acting on Your behalf.

2. Pursuant to Rule 26(e) of the Federal Rules of Civil Procedure, these Requests for Production shall be deemed to be continuing in nature so that, if You, Your directors, officers, employees, agents, representatives, attorneys (subject to any applicable privileges), or any other person acting on Your behalf, subsequently discover or obtain possession, custody, or control of any Document

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:**

Documents sufficient to identify all persons by department and job description who have directly participated in the planning, conception, design, programming, testing, pretraining, fine-tuning, deployment, or commercialization of any of the Midjourney Models during the Relevant Time Period.

**REQUEST FOR PRODUCTION NO. 2:**

Documents sufficient to identify all individuals, currently or formerly employed by You, including their roles and titles, who work or worked on licensing, acquisition, or purchasing efforts with respect to AI Training Data, including for the Midjourney Models.

**REQUEST FOR PRODUCTION NO. 3:**

All organizational charts, reporting structures, and personnel directories detailing the hierarchies, roles, and responsibilities within departments involved in the development, training, deployment, or commercialization of any Midjourney Model. This request encompasses all versions and iterations of such charts created or in effect during the Relevant Time Period.

**REQUEST FOR PRODUCTION NO. 4:**

The Training Data for Midjourney Models 1–4 (including any subversions).

**REQUEST FOR PRODUCTION NO. 5:**

The Training Data for Midjourney Model 5 (including subversions 5.0, 5.1, and 5.2).

**REQUEST FOR PRODUCTION NO. 6:**

The Training Data for Midjourney Model 6 (including subversion 6.1).

**REQUEST FOR PRODUCTION NO. 7:**

The Training Data for any Midjourney Model in development or developed during the pendency of this litigation.

**REQUEST FOR PRODUCTION NO. 8:**

The Source Code for Midjourney Models 1–4 (including any subversions).

**REQUEST FOR PRODUCTION NO. 9:**

The Source Code for Midjourney Model 5 (including subversions 5.0, 5.1, and 5.2).

| | | |
|---|---|---|
| Dated: November 12, 2024 | By: | */s/ Joseph R. averi* |
| | | Joseph R. Saveri |

        Joseph R. Saveri (State Bar No. 130064)
        Cadio Zirpoli (State Bar No. 179108)
        Christopher K.L. Young (State Bar No. 318371)
        David Lerch (State Bar No. 229411)
        Elissa A. Buchanan (State Bar No. 249996)
        Evan Creutz (State Bar No. 349728)
        Holden Benon (State Bar No. 325847)
        Louis A. Kessler (State Bar No. 243703)
        **JOSEPH SAVERI LAW FIRM, LLP**
        601 California Street, Suite 1505
        San Francisco, California 94108
        Telephone: (415) 500-6800
        Facsimile:  (415) 395-9940
        Email:     jsaveri@saverilawfirm.com
                      czirpoli@saverilawfirm.com
                      cyoung@saverilawfirm.com
                      dlerch@saverilawfirm.com
                      eabuchanan@saverilawfirm.com
                      ecreutz@saverilawfirm.com
                      hbenon@saverilawfirm.com
                      lkessler@saverilawfirm.com

        Matthew Butterick (State Bar No. 250953)
        1920 Hillhurst Avenue, 406
        Los Angeles, CA 90027
        Telephone:  (323)968-2632
        Facsimile:   (415) 395-9940
        Email:         mb@butterricklaw.com

        Laura M. Matson *(admitted pro hac vice*)
        Arielle S. Wagner
        Brian D. Clark
        **LOCKRIDGE GRINDAL NAUEN PLLP**
        100 Washington Avenue South, Suite 2200
        Minneapolis, MN 55401
        Telephone:  (612) 339-6900
        Facsimile:    (612) 339-0981
        Email:          lmmatson@locklaw.com
                        aswagner@locklaw.com
                        bdclark@locklaw.com
                        echang@locklaw.com

        *Counsel for Individual and Representative Plaintiffs and the Proposed Class*

Case No.: 3:23-cv-00201-WHO      15

PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT MIDJOURNEY, INC.

# CERTIFICATE OF SERVICE

I, the undersigned, am employed by the Joseph Saveri Law Firm, LLP. My business address is 601 California Street, Suite 1505, San Francisco, California 94108. I am over the age of eighteen and not a party to this action.

On November 12, 2024, I caused the following documents to be served by email upon the parties listed on the attached Service List:

- **PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT MIDJOURNEY, INC.**

I declare under penalty of perjury that the foregoing is true and correct. Executed November 12, 2024, at San Francisco, California.

By: */s/ Myra Tanting*
Myra Tanting

**SERVICE LIST**

**Angela Dunning**
**Sam Blankenship**
Cleary Gottlieb Steen & Hamilton LLP
1841 Page Mill Road
Ste 250
Palo Alto, CA 94304-1248
650-815-4131
Email: adunning@cgsh.com
sblankenship@cooley.com

**Amira Perryman**
**Arminda B Bepko**
**Vishakha Joshi**
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
212-225-2558
Email: aperryman@cgsh.com
abepko@cgsh.com
vjoshi@cgsh.com

*Counsel for Defendant*
*Midjourney, Inc.*