OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

Northern District of California

## CIVIL MINUTES

| **Date:** June 10, 2025 | **Time:** 9:16 a.m.- 9:49 a.m. | **Judge:** LISA J. CISNEROS |
|---|---|---|
| **Case No.:** 3:23-cv-00201-WHO | **Case Name:** Andersen v. Stability AI Ltd. | |

**Attorney for Plaintiffs:** Joshua Michelangelo Stein, Bois Schiller Flexner LLP

**For Defendant Stability AI Ltd.:** Joseph Charles Gratz, Morrison & Foerster LLP

**For Defendant Midjourney Inc**.: Arminda Bepko, Cleary Gottlieb Steen & Hamilton LLP

**For Defendant Runway AI, Inc**: Luke Apfeld, Keker, Van Nest and Peters LLP

**For Defendant Deviant Art**: Sarah Mitchell, Latham and Watkins LLP

| **Deputy Clerk:** Brittany Sims | **Recorded via Zoom:** 9:16 a.m.- 9:49 a.m. |
|---|---|

## PROCEEDINGS

Discovery Hearing held.