KEKER, VAN NEST & PETERS LLP
DAVID SILBERT - # 173128
dsilbert@keker.com
PAVEN MALHOTRA - # 258429
pmalhotra@keker.com
BAILEY W. HEAPS - # 295870
bheaps@keker.com
LUKE APFELD - # 327029
lapfeld@keker.com
JULIA L. GREENBERG - # 333864
jgreenberg@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant
RUNWAY AI, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, et al.,<br><br>  Individual and Representative Plaintiffs,<br><br>  v.<br><br>STABILITY AI LTD., et al.,<br><br>  Defendants. | Case No. 3:23-cv-00201-WHO<br><br>**STIPULATED ORDER FOR ENLARGEMENT OF TIME FOR RUNWAY'S PRODUCTION OF TRAINING DATA**<br><br>Dept.:  2; 17th Floor<br>Judge:  Hon. William H. Orrick<br><br>Date Filed: January 13, 2023<br><br>Trial Date: None Set |

Pursuant to Local Rules 6-2 and 7-12, Plaintiffs Sarah Andersen, Karla Ortiz, Grzegorz Rutkowski, Gregory Manchess, Gerald Brom, Jingna Zhang, Julia Kaye, and Adam Ellis ("Plaintiffs") and Defendant Runway AI, Inc. ("Runway") (collectively, the "Stipulated Parties"), by and through their respective counsel, hereby stipulate and request as follows:

WHEREAS, the Plaintiffs requested certain training data in requests for production served on Runway;

WHEREAS, the Plaintiffs have met and conferred with Runway several times regarding the production of that training data;

WHEREAS, the substantial completion date for the production of that training data is currently set for June 20, 2025;

WHEREAS, Runway diligently began the process of transferring data to hard drives, at Plaintiffs' request, but requires additional time to complete the downloads;

WHEREAS, to date, there have been minimal time modifications in the case by stipulation or Court order;[1] and

WHEREAS, an extension to the substantial completion deadline of the production of training data would have no effect on the schedule for the case.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Stipulated Parties, through their undersigned counsel, that the substantial completion date for the production of training data for Runway shall be extended to July 11, 2025.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
MAGISTRATE JUDGE
LISA J. CISNEROS

---

[1] See Dkts. 28 & 29, 39 & 40, 60 & 63, 92 & 95, 137 & 138, 152 & 153, 242 & 243, 254 & 255, 270 & 273, 295 & 296.

Respectfully Submitted,

Dated: June 18, 2025

JOSEPH SAVERI LAW FIRM, LLP

By: */s/ Margaux Poueymirou*
JOSEPH R. SAVERI
CADIO ZIRPOLI
CHRISTOPHER K.L. YOUNG
ELISSA A. BUCHANAN
EVAN CREUTZ
AARON CERA
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
cyoung@saverilawfirm.com
eabuchanan@saverilawfirm.com
ecreutz@saverilawfirm.com
acera@saverilawfirm.com

Matthew Butterick
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email: mb@buttericklaw.com

Maxwell Pritt (SBN 253155)
Joshua Stein (SBN 298856)
Margaux Poueymirou (SBN 356000)
Mariah Joelle Noah (SBN 339658)
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
415-293-6813
Email: mpritt@bsfllp.com
jstein@bsfllp.com
mpoueymirou@bsfllp.com
mnoah@bsfllp.com

Brian D. Clark (*pro hac vice*)
Laura M. Matson (*pro hac vice*)
Arielle Wagner (*pro hac vice*)
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612)339-6900
Facsimile: (612)339-0981
Email: bdclark@locklaw.com
lmmatson@locklaw.com
aswagner@locklaw.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

| | |
|---|---|
| Dated: June 18, 2025 | KEKER, VAN NEST & PETERS LLP |
| | By: */s/ Paven Malhotra* |
| | DAVID SILBERT |
| | PAVEN MALHOTRA |
| | BAILEY W. HEAPS |
| | LUKE APFELD |
| | JULIA L. GREENBERG |
| | 633 Battery Street |
| | San Francisco, CA 94111-1809 |
| | Telephone: (415) 391-5400 |
| | Email: dsilbert@keker.com |
| | pmalhotra@keker.com |
| | bheaps@keker.com |
| | lapfeld@keker.com |
| | jgreenberg@keker.com |
| | pvonautenried@keker.com |
| | *Attorneys for Defendant Runway AI, Inc.* |

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

The filer attests that the other signatories listed, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the filing's content and have authorized the filing.

Dated: June 18, 2025                                         /s/ *Paven Malhotra*
                                                             Paven Malhotra