KEKER, VAN NEST & PETERS LLP
DAVID SILBERT - # 173128
dsilbert@keker.com
PAVEN MALHOTRA - # 258429
pmalhotra@keker.com
BAILEY W. HEAPS - # 295870
bheaps@keker.com
LUKE APFELD - # 327029
lapfeld@keker.com
JULIA L. GREENBERG - # 333864
jgreenberg@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:  415 397 7188

Attorneys for Defendant
RUNWAY AI, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, et al., <br><br> Individual and Representative Plaintiffs, <br><br> v. <br><br> STABILITY AI LTD., et al., <br><br> Defendants. | Case No. 3:23-cv-00201-WHO <br><br> **STIPULATED ORDER FOR ENLARGEMENT OF TIME FOR RUNWAY'S PRODUCTION OF TRAINING DATA** <br><br> Dept.:  2; 17th Floor <br> Judge:  Hon. William H. Orrick <br><br> Date Filed: January 13, 2023 <br><br> Trial Date: None Set |

      Pursuant to Local Rules 6-2 and 7-12, Plaintiffs Sarah Andersen, Karla Ortiz, Grzegorz Rutkowski, Gregory Manchess, Gerald Brom, Jingna Zhang, Julia Kaye, and Adam Ellis ("Plaintiffs") and Defendant Runway AI, Inc. ("Runway") (collectively, the "Stipulated Parties"), by and through their respective counsel, hereby stipulate and request as follows:

      WHEREAS, the Plaintiffs requested certain training data in requests for production served on Runway;

      WHEREAS, the Plaintiffs have met and conferred with Runway several times regarding the production of that training data;

      WHEREAS, the substantial completion date for the production of that training data is currently set for June 20, 2025;

      WHEREAS, Runway diligently began the process of transferring data to hard drives, at Plaintiffs' request, but requires additional time to complete the downloads;

      WHEREAS, to date, there have been minimal time modifications in the case by stipulation or Court order;[1] and

      WHEREAS, an extension to the substantial completion deadline of the production of training data would have no effect on the schedule for the case.

      NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Stipulated Parties, through their undersigned counsel, that the substantial completion date for the production of training data for Runway shall be extended to July 11, 2025.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  June 20, 2025

                                            MAGISTRATE JUDGE
                                            LISA J. CISNEROS

---

[1] See Dkts. 28 & 29, 39 & 40, 60 & 63, 92 & 95, 137 & 138, 152 & 153, 242 & 243, 254 & 255, 270 & 273, 295 & 296.