CLEARY GOTTLIEB STEEN
& HAMILTON LLP
Angela L. Dunning (212047)
adunning@cgsh.com
Samuel Blankenship (339905)
sblankenship@cgsh.com
Kimberly Bittinger (*admission application
forthcoming*)
kbittinger@cgsh.com
1841 Page Mill Rd Suite 250
Palo Alto, CA 94304
Tel: +1 (650) 815-4100

Arminda Bepko (admitted *pro hac vice*)
abepko@cgsh.com
Charity Lee
chalee@cgsh.com (admitted *pro hac vice*)
One Liberty Plaza
New York, NY 10006

Attorneys for Defendant
Midjourney, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, et al., | Case No. 3:23-cv-00201-WHO |
| *Individual and Representative Plaintiffs*, | |
| v. | **STIPULATED ORDER FOR ENLARGEMENT OF TIME FOR MIDJOURNEY, INC.'S PRODUCTION OF TRAINING DATA** |
| STABILITY AI LTD., et al., | |
| *Defendants*. | |

Pursuant to Local Rules 6-2 and 7-12, Plaintiffs Sarah Andersen, Karla Ortiz, Grzegorz Rutkowski, Gregory Manchess, Gerald Brom, Jingna Zhang, Julia Kaye, and Adam Ellis ("Plaintiffs") and Defendant Midjourney, Inc. ("Midjourney") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and request as follows:

WHEREAS, Plaintiffs requested certain training data in requests for production served on Midjourney;

WHEREAS, the Parties have met and conferred multiple times regarding the production of relevant training data and Midjourney will produce its training data via physical hard drives as requested by Plaintiffs;

WHEREAS, the substantial completion date for the production of training data is currently set for July 11, 2025;

WHEREAS, Midjourney has begun the process of transferring data to hard drives but due to the high volume of data at issue and technical complexities inherent to the physical transfer of the volume of data at issue, Midjourney requires additional time to complete the download and transfer of the relevant training data to physical hard drives;

WHEREAS, to date, there have been minimal time modifications in the case by stipulation or Court order;[1] and

WHEREAS, the parties agree that other scheduled discovery deadlines shall remain unchanged..

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their undersigned counsel, that the substantial completion date for the production of training data for Midjourney shall be extended to August 11, 2025.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
United States Magistrate Judge
Lisa J. Cisneros

---

[1] *See* Dkts. 28 & 29, 39 & 40, 60 & 63, 92 & 95, 137 & 138, 152 & 153, 242 & 243, 254 & 255, 270, 273, 295, 296, 310, & 311.

Dated: July 10, 2025

By: /s/ Angela Dunning

Angela Dunning
Samuel Blankenship
Kimberly Bittinger
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304-1248
Telephone: (650) 815-4131
Email: adunning@cgsh.com
        sblankenship@cgsh.com

Arminda B. Bepko
Charity E. Lee
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2517
Email: abepko@cgsh.com
        charitylee@cgsh.com

*Counsel for Defendant Midjourney, Inc.*

By: /s/ Joseph R. Saveri

Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
Evan Creutz (SBN 349728)
Elissa A. Buchanan (SBN 249996)
Aaron Cera (SBN 351163)
Alexander Zeng (SBN 360220)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
        czirpoli@saverilawfirm.com
        cyoung@saverilawfirm.com
        eabuchanan@saverilawfirm.com
        ecreutz@saverilawfirm.com
        acera@saverilawfirm.com
        azeng@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email:  mb@butoricklaw.com

Maxwell Pritt (SBN 253155)
Joshua Stein (SBN 298856)
Margaux Poueymirou (SBN 356000)
Reed D. Forbush (SBN 347964)
Mariah Joelle Noah (SBN 339658**)**
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery Street
41st Floor
San Francisco, CA 94104
415-293-6813
Email: mpritt@bsfllp.com
        jstein@bsfllp.com
        mpoueymirou@bsfllp.com
        rforbush@bsfllp.com
        mnoah@bsfllp.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

1

## ATTESTATION PURSUANT TO CIVIL L.R. 5-1

2          The filer attests that the other signatories listed, on whose behalf the filing is also submitted,

3    are registered CM/ECF filers and concur in the filing's content and have authorized the filing.

4    Dated: July 10, 2025                    */s/ Angela Dunning*
                                                Angela Dunning
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28