CLEARY GOTTLIEB STEEN
& HAMILTON LLP
Angela L. Dunning (212047)
adunning@cgsh.com
Samuel Blankenship (339905)
sblankenship@cgsh.com
Kimberly Bittinger (*admission application forthcoming*)
kbittinger@cgsh.com
1841 Page Mill Rd Suite 250
Palo Alto, CA 94304
Tel: +1 (650) 815-4100

Arminda Bepko (admitted *pro hac vice*)
abepko@cgsh.com
Charity Lee
chalee@cgsh.com (admitted *pro hac vice*)
One Liberty Plaza
New York, NY 10006

Attorneys for Defendant
Midjourney, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, et al.,<br><br>*Individual and Representative Plaintiffs*,<br><br>v.<br><br>STABILITY AI LTD., et al.,<br><br>*Defendants*. | Case No. 3:23-cv-00201-WHO<br><br>**STIPULATED ORDER FOR ENLARGEMENT OF TIME FOR MIDJOURNEY, INC.'S PRODUCTION OF TRAINING DATA** |

Pursuant to Local Rules 6-2 and 7-12, Plaintiffs Sarah Andersen, Karla Ortiz, Grzegorz Rutkowski, Gregory Manchess, Gerald Brom, Jingna Zhang, Julia Kaye, and Adam Ellis ("Plaintiffs") and Defendant Midjourney, Inc. ("Midjourney") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and request as follows:

WHEREAS, Plaintiffs requested certain training data in requests for production served on Midjourney;

WHEREAS, the Parties have met and conferred multiple times regarding the production of relevant training data and Midjourney will produce its training data via physical hard drives as requested by Plaintiffs;

WHEREAS, the substantial completion date for the production of training data is currently set for July 11, 2025;

WHEREAS, Midjourney has begun the process of transferring data to hard drives but due to the high volume of data at issue and technical complexities inherent to the physical transfer of the volume of data at issue, Midjourney requires additional time to complete the download and transfer of the relevant training data to physical hard drives;

WHEREAS, to date, there have been minimal time modifications in the case by stipulation or Court order;[1] and

WHEREAS, the parties agree that other scheduled discovery deadlines shall remain unchanged..

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their undersigned counsel, that the substantial completion date for the production of training data for Midjourney shall be extended to August 11, 2025.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 7/15/2025

United States Magistrate Judge
Lisa J. Cisneros

---

[1] *See* Dkts. 28 & 29, 39 & 40, 60 & 63, 92 & 95, 137 & 138, 152 & 153, 242 & 243, 254 & 255, 270, 273, 295, 296, 310, & 311.

1   **STIPULATED ORDER FOR ENLARGEMENT OF TIME RE MIDJOURNEY'S PRODUCTION OF TRAINING DATA**
    **CASE NO. 3:23-CV-00201-WHO**

Dated: July 10, 2025

| | |
|---|---|
| By: */s/ Angela Dunning* | By: */s/ Joseph R. Saveri* |
| Angela Dunning<br>Samuel Blankenship<br>Kimberly Bittinger<br>**CLEARY GOTTLIEB STEEN & HAMILTON LLP**<br>1841 Page Mill Road, Suite 250<br>Palo Alto, CA 94304-1248<br>Telephone: (650) 815-4131<br>Email: adunning@cgsh.com<br>          sblankenship@cgsh.com<br><br>Arminda B. Bepko<br>Charity E. Lee<br>**CLEARY GOTTLIEB STEEN & HAMILTON LLP**<br>One Liberty Plaza<br>New York, NY 10006<br>Telephone: (212) 225-2517<br>Email: abepko@cgsh.com<br>          charitylee@cgsh.com<br><br>*Counsel for Defendant Midjourney, Inc.* | Joseph R. Saveri (SBN 130064)<br>Cadio Zirpoli (SBN 179108)<br>Christopher K.L. Young (SBN 318371)<br>Evan Creutz (SBN 349728)<br>Elissa A. Buchanan (SBN 249996)<br>Aaron Cera (SBN 351163)<br>Alexander Zeng (SBN 360220)<br>**JOSEPH SAVERI LAW FIRM, LLP**<br>601 California Street, Suite 1505<br>San Francisco, California 94108<br>Telephone: (415) 500-6800<br>Facsimile: (415) 395-9940<br>Email: jsaveri@saverilawfirm.com<br>          czirpoli@saverilawfirm.com<br>          cyoung@saverilawfirm.com<br>          eabuchanan@saverilawfirm.com<br>          ecreutz@saverilawfirm.com<br>          acera@saverilawfirm.com<br>          azeng@saverilawfirm.com<br><br>Matthew Butterick (SBN 250953)<br>1920 Hillhurst Avenue, #406<br>Los Angeles, CA 90027<br>Telephone: (323) 968-2632<br>Facsimile: (415) 395-9940<br>Email:  mb@butterticklaw.com<br><br>Maxwell Pritt (SBN 253155)<br>Joshua Stein (SBN 298856)<br>Margaux Poueymirou (SBN 356000)<br>Reed D. Forbush (SBN 347964)<br>Mariah Joelle Noah (SBN 339658)<br>**BOIES SCHILLER FLEXNER LLP**<br>44 Montgomery Street<br>41st Floor<br>San Francisco, CA 94104<br>415-293-6813<br>Email: mpritt@bsfllp.com<br>          jstein@bsfllp.com<br>          mpoueymirou@bsfllp.com<br>          rforbush@bsfllp.com<br>          mnoah@bsfllp.com |

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

3    STIPULATED ORDER FOR ENLARGEMENT OF TIME RE
MIDJOURNEY'S PRODUCTION OF TRAINING DATA
CASE NO. 3:23-CV-00201-WHO