JOSEPH C. GRATZ (CA SBN 240676)
JGratz@mofo.com
TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
TIMOTHY CHEN SAULSBURY (CA SBN 281434)
TSaulsbury@mofo.com
MORRISON & FOERSTER LLP
425 Market Street,
San Francisco, California 94105-2482
Telephone:   415.268.7000
Facsimile:   415.268.7522

MARK A. LEMLEY (CA SBN 155830)
mlemley@lex-lumina.com
LEX LUMINA PLLC
745 Fifth Avenue, Suite 500
New York, New York 10151
Telephone:   646.898.2055
Facsimile:   646.906.8657

[CAPTION CONTINUED ON NEXT PAGE]

Attorneys for Defendants
STABILITY AI LTD. and STABILITY AI, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, ET AL.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>STABILITY AI LTD., ET AL.,<br><br>　　　　　Defendants. | Case No. 3:23-cv-00201-WHO<br><br>**DECLARATION OF JOSEPH C. GRATZ IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE (ECF NO. 316) PURSUANT TO CIVIL L.R. 72-2**<br><br>Judge: Hon. William H. Orrick |

1 | ADITYA V. KAMDAR (CA SBN 324567)
AKamdar@mofo.com
2 | MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
3 | Washington, DC 20037
Telephone: 202.887.1500
4 | Facsimile: 202.887.0763

5 | CHRISTOPHER R. ADLER (CA SBN 346588)
CAdler@mofo.com
6 | MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
7 | Los Angeles, California 90017-3543
Telephone: 213.892.5200
8 | Facsimile: 213.892.5454

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Decl. of Joseph C. Gratz ISO Defs.' Opp. to
Pls.' Motion for Relief                                2
CASE NO. 3:23-CV-00201-WHO

I, Joseph C. Gratz, declare as follows:

1. I am an attorney at law licensed to practice in the State of California and am a partner at Morrison & Foerster LLP, counsel of record in the above-captioned matter for STABILITY AI LTD. and STABILITY AI, INC. I have personal knowledge of the matters stated herein and, if called upon, I can competently testify thereto. I make this declaration in support of Defendants' opposition to Plaintiffs' motion for relief.

2. Attached hereto as **Exhibit A** is a true and correct copy of Ben Y. Zhao et al., "On the Feasibility of Poisoning Text-to-Image AI Models via Adversarial Mislabeling" (June 27, 2025), available at https://arxiv.org/pdf/2506.21874.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: August 14, 2025

*/s/ Joseph C. Gratz*
Joseph C. Gratz