JOSEPH C. GRATZ (CA SBN 240676)
JGratz@mofo.com
TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
TIMOTHY CHEN SAULSBURY (CA SBN 281434)
TSaulsbury@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:    415.268.7000
Facsimile:    415.268.7522

MARK A. LEMLEY (CA SBN 155830)
mlemley@lex-lumina.com
LEX LUMINA PLLC
745 Fifth Avenue, Suite 500
New York, New York 10151
Telephone:    646.898.2055
Facsimile:    646.906.8657

Attorneys for Defendants
STABILITY AI LTD. and STABILITY AI, INC.

*[Additional counsel on signature page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, ET AL., | Case No. 3:23-cv-00201-WHO |
| Plaintiffs, | **DEFENDANTS' OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE A REPLY** |
| v. | |
| STABILITY AI LTD., ET AL., | |
| Defendants. | Judge:  Hon. William H. Orrick |

Plaintiffs' administrative motion for leave to file a reply brief should be denied for two reasons.

*First*, the "new" evidence Plaintiffs assert they must respond to—the "Hemlock" paper authored by their expert Prof. Ben Zhao—is not "new" and was referenced in the papers considered by Magistrate Judge Cisneros.  In fact, Plaintiffs concede that the Hemlock paper's forthcoming publication was discussed in briefing before the Magistrate Judge.  (ECF No. 333-2 at pdf p. 3 n.1.)  The newly revealed text of the paper merely confirms the exact "adversarial posture" that Magistrate Judge Cisneros correctly found created an unacceptable risk of harm. (ECF No. 316 at 3-4.)

*Second*, Plaintiffs' draft reply brief and new expert declaration contains improper argument that strays beyond addressing the Hemlock paper and amounts to what is now a third attempt to salvage Prof. Zhao's ability to access Defendants' highly confidential and sensitive information.  Plaintiffs bury merits arguments in footnotes to reargue case law, and Dr. Zhao's declaration dedicates multiple paragraphs to arguing anew why he does not "compete" with Defendants.  (*See, e.g.*, ECF No. 333-2 at pdf p. 3:8-11 & n.2; *id.* at pdf p. 3:13-16 & n.3; *id.* at pdf p. 7, ¶ 8.)  This is an improper attempt to bolster a record that Plaintiffs now realize was insufficient to persuade the Magistrate Judge.

As for Plaintiffs' submissions themselves, they are misleading.  Plaintiffs claim that the Hemlock paper—explicitly titled "On the Feasibility of **Poisoning Text-to-Image AI Models**"— does not concern Defendants' text-to-image models because it studies attacks on image-to-text Vision-Language Models ("VLMs").  (ECF No. 333-2 at pdf p. 4:1-5.)  This is both remarkable and obviously wrong, given that the Hemlock paper is about "fooling a VLM into producing the wrong image caption," ECF No. 331-2 at 4, "as a mechanism to poisoning training pipelines for text-to-image models."  (*Id.* at 1.)  That is why the Hemlock paper expressly mentions the SD1.5, SD2.1, SD3, and SDXL text-to-image models that are at issue in this case—because the point of the paper is, as its title suggests, "Poisoning Text-to-Image AI Models".  (*Id.*)  And it is one way in which access to the training data, which includes captions, would reveal information important

to Dr. Zhao's sabotage campaign that he does not already know: his paper expressly says, for example, that he cannot tell whether SDXL uses captions generated by a VLM.

For these reasons, Plaintiffs' motion should be denied. It is within the Court's discretion whether to consider evidence presented for the first time in a Rule 72(a) appeal. *See For Our Rights v. Ige*, No. Civil No. 21-00488 JAO-KJM, 2023 WL 2666469, at *3 (D. Haw. Mar. 28, 2023) (citing *United States v. Howell*, 231 F.3d 615, 621 (9th Cir. 2000)). But even if the Court were to strike every reference to the Hemlock paper, Defendants' argument still stands: Magistrate Judge Cisneros's order was not in error, and Plaintiffs have failed to show otherwise.

Defs.' Opp. to Pls.' Admin. Mot. for Leave to File a Reply
Case No. 3:23-cv-00201-WHO

2

1  Dated: August 25, 2025                              Respectfully submitted,

2

3                                           By: */s/ Joseph C. Gratz*

4                                               Joseph C. Gratz
   Tiffany Cheung
   Timothy Chen Saulsbury

5  **MORRISON & FOERSTER LLP**
   425 Market Street

6  San Francisco, California 94105
   Telephone: (415) 268-7000

7  Email: jgratz@mofo.com
           tcheung@mofo.com

8          tsaulsbury@mofo.com

9  Aditya Vijay Kamdar
   **MORRISON & FOERSTER LLP**

10 2100 L Street NW, Suite 900
   Washington, DC 20037

11 Telephone: (202) 887-1500
   Email: akamdar@mofo.com

12

13 Christopher R. Adler
   **MORRISON & FOERSTER LLP**

14 707 Wilshire Boulevard, Suite 6000
   Los Angeles, California 90017-3543

15 Telephone: (213) 892-5200
   Email: cadler@mofo.com

16 Mark Alan Lemley
   **LEX LUMINA PLLC**

17 745 Fifth Avenue, Suite 500
   New York, NY 10151

18 Telephone: (646) 906-8657
   Email: mlemley@lex-lumina.com

19
   *Attorneys for Defendants Stability AI Ltd.*

20 *and Stability AI, Inc.*

21

22

23

24

25

26

27

28

1  Dated: August 25, 2025

2

3                                        By: */s/ Angela Dunning*

4                                            Angela Dunning
                                             Sam Blankenship
5                                            **CLEARY GOTTLIEB STEEN &
                                             HAMILTON LLP**
6                                            1841 Page Mill Road, Suite 250
                                             Palo Alto, CA 94304-1248
7                                            Telephone: (650) 815-4131
                                             Email: adunning@cgsh.com
8                                                   sblankenship@cgsh.com

9                                            Amira Perryman
                                             Arminda B. Bepko
10                                           **CLEARY GOTTLIEB STEEN &
                                             HAMILTON LLP**
11                                           One Liberty Plaza
                                             New York, NY 10006
12                                           Telephone: (212) 225-2517
                                             Email: aperryman@cgsh.com
13                                                  abepko@cgsh.com

14                                           *Attorneys for Defendant Midjourney, Inc.*

15

16 Dated: August 25, 2025                    Respectfully submitted,

17

18                                       By: */s/ Paven Malhotra*

19                                           Paven Malhotra
                                             David Jason Silbert
20                                           Bailey Wilson Heaps
                                             Julia Leigh Greenberg
21                                           Luke P. Apfeld
                                             **KEKER VAN NEST & PETERS LLP**
22                                           633 Battery Street
                                             San Francisco, California 94111-1809
23                                           Telephone: (415) 391-5400
                                             Email: pmalhotra@keker.com
24                                                  dsilbert@keker.com
                                                    bheaps@keker.com
25                                                  jgreenberg@keker.com
                                                    lapfeld@keker.com
26
                                             *Attorneys for Defendant Runway AI, Inc.*
27

28

Respectfully submitted,

1    Dated: August 25, 2025                               Respectfully submitted,

2

3                                          By: */s/ Brittany N. Lovejoy*

4                                          Andrew M. Gass
                                         Michael H. Rubin

5                                          Brittany N. Lovejoy
                                         **LATHAM & WATKINS LLP**

6                                          505 Montgomery Street, Suite 2000
                                         San Francisco, California 94111-6538

7                                          Telephone: (415) 391-0600
                                         Email: andrew.gass@lw.com

8                                                     michael.rubin@lw.com
                                                    brittany.lovejoy@lw.com

9

10                                          Sarah F. Mitchell
                                         **LATHAM & WATKINS LLP**

11                                          355 South Grand Avenue, Suite 100
                                         Los Angeles, California 90071

12                                          Telephone: (213) 485-1234
                                         Email: sarah.mitchell@lw.com

13                                          *Attorneys for Defendant DeviantArt, Inc.*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **FILER'S ATTESTATION**

2          Pursuant of Civil L.R. 5-1, the filer attests that the other signatories listed, on whose

3   behalf the filing is also submitted, are registered CM/ECF filers and concur in the filing's content

4   and have authorized the filing.

5

6   Dated: August 25, 2025

7                                                          */s/ Joseph C. Gratz*
                                                           JOSEPH C. GRATZ

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28