OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

Northern District of California

CIVIL MINUTES

| **Date:** September 16, 2025 | **Time:** 16 minutes | **Judge:** LISA J. CISNEROS |
|---|---|---|
| **Case No.**: 3:23-cv-00201-WHO | **Case Name:** Andersen v. Stability AI Ltd. | |

**Plaintiff Attorney**: Joseph R. Saveri and Evan Creutz, Joseph Saveri Law Firm, LLP.

**For Defendant Stability AI Ltd.:** Joseph Gratz, Morrison & Foerster LLP.

**For Defendant Midjourney Inc.:** Angela Dunning and Samuel Blankenship, Cleary Gottlieb Steen & Hamilton LLP.

**For Defendant Runway AI, Inc:** Paven Malhotra, Keker Van Nest and Peters LLP.

**For Defendant Deviant Art:** Britt Lovejoy Latham and Watkins LLP

| **Deputy Clerk:** Brittany Sims | **Reported by:** 1:40 p.m.- 1:56 p.m. |
|---|---|

PROCEEDINGS

Discovery Status Conference held. The Court discussed with the parties the progress of discovery and if any additional deadlines need to be set to ensure the process moves forward. Plaintiffs shall supplement their two interrogatory responses (discussed at ECF No. 339 at 10, 15) by September 19, 2025.

With respect to Plaintiffs, Midjourney, and Deviant Art, the parties shall meet and confer regarding Plaintiffs' proposed additional custodians, and any unresolved disputes regarding the disputed custodians shall be filed in a discovery letter by the respective parties by no later than October 1, 2025.

Notwithstanding the deadline set forth above, by October 16, 2025, the parties shall file a joint report addressing the status of other custodians and search terms that are still being negotiated and the parties' respective positions.

The Court sets another discovery status conference for November 18, 2025, at 1:30 p.m. via Zoom Webinar, with a joint status report due by November 12, 2025.