```
1                UNITED STATES DISTRICT COURT
2              NORTHERN DISTRICT OF CALIFORNIA
3      Before The Honorable Lisa J. Cisneros, Magistrate Judge
4
5  ANDERSEN, et al.,              )
                                  )
6           Plaintiffs,           )
                                  )
7  vs.                            )   No. C 23-00201-WHO
                                  )
8  STABILITY AI LTD.,             )
                                  )
9           Defendants.           )
   _____)
10
                                      San Francisco, California
11                                    Tuesday, September 16, 2025
12
    TRANSCRIPT OF PROCEEDINGS OF THE OFFICIAL ELECTRONIC SOUND
13            RECORDING 1:40 - 1:56 = 16 MINUTES
14
   APPEARANCES:
15
   For Plaintiffs:
16                          Joseph Saveri Law Firm, LLP
                            601 California Street
17                          Suite 1505
                            San Francisco, California
18                            94108
                       BY:  JOSEPH R. SAVERI, ESQ.
19                          EVAN CREUTZ, ESQ.
20
   For Stability AI:
21                          Morrison & Foerster, LLP
                            425 Market Street
22                          San Francisco, California
                              94105
23                     BY:  JOSEPH C. GRATZ, ESQ.
24          (APPEARANCES CONTINUED ON THE NEXT PAGE.)
25
```

*Echo Reporting, Inc.*

2

```
 1  For Midjourney Inc.:
                                Cleary Gottlieb Steen &
 2                                Hamilton, LLP
                                1841 Page Mill Road
 3                              Suite 250
                                Palo Alto, California
 4                                94304
                          BY:   ANGELA DUNNING, ESQ.
 5                              SAMUEL BLANKENSHIP, ESQ.

 6  For Runway AI, Inc.:
                                Keker, Van Nest & Peters, LLP
 7                              633 Battery Street
                                San Francisco, California
 8                                94111
                          BY:   PAVEN MALHOTRA, ESQ.
 9

10  For Deviant Art:
                                Latham & Watkins, LLP
11                              505 Montgomery Street
                                Suite 2000
12                              San Francisco, California
                                  94111
13                        BY:   BRITTANY N. LOVEJOY, ESQ.

14  Transcribed by:             Echo Reporting, Inc.
                                Contracted Court Reporter/
15                              Transcriber
                                echoreporting@yahoo.com
16

17

18

19

20

21

22

23

24

25
```

```
 1  Tuesday, September 16, 2025                          1:40 p.m.
 2                     P-R-O-C-E-E-D-I-N-G-S
 3                            --oOo--
 4      (Call to order of the Court.)
 5          THE CLERK:  We are calling civil matter 23-CV-
 6  00201, Andersen v. Stability AI Ltd., et al.
 7      Counsel, please state your appearance for the record,
 8  beginning with Plaintiff.
 9          MR. SAVERI (via Zoom):  Good afternoon, your
10  Honor.  Joseph Saveri for the Plaintiffs.
11          THE COURT:  Good afternoon.
12          MR. GRATZ (via Zoom):  Good afternoon, your Honor.
13  I don't know if -- is that -- is that it for Plaintiffs?  I
14  don't want to jump in.
15          THE COURT:  Yes.
16          MR. SAVERI:  No.
17          THE COURT:  No.
18          MR. SAVERI:  Mr. Creutz is appearing as well.
19  He's going to be handling the hearing.  I think he's on
20  mute.
21          MR. CREUTZ (via Zoom):  Apologies.  Good
22  afternoon, your Honor.  Evan Creutz for Plaintiffs.
23          THE COURT:  Good afternoon.
24          MR. GRATZ:  Good afternoon, your Honor.  Joe Gratz
25  for Defendants Stability AI.
```

4

```
 1              THE COURT:  Okay.  Good afternoon.
 2              MR. MALHOTRA (via Zoom):  Good afternoon, your
 3 Honor.  Paven Malhotra, on behalf of Defendant Runway from
 4 the law firm, Keker Van Nest and Peters.
 5              THE COURT:  Good afternoon.
 6              MR. MALHOTRA:  Good afternoon.
 7              MS. DUNNING (via Zoom):  Good afternoon, your
 8 Honor.  Angela Dunning from Cleary for Defendant Midjourney.
 9 With me is my colleague Sam Blankenship, who will handle any
10 arguments for Midjourney.  Thank you.
11              THE COURT:  Okay.
12              MS. LOVEJOY (via Zoom):  And Britt Lovejoy of
13 Latham and Watkins for Defendant Deviant Art.
14              THE COURT:  Okay.  Good afternoon.
15       All right.  I have your joint status report that you
16 all prepared a few days ago and submitted and I had a chance
17 to look that over and, we have a -- I mean, I think a
18 principle concern, we have an upcoming substantial
19 completion deadline of October 3rd, 2024.  One thing though,
20 in terms of managing discovery, I don't think there was
21 necessarily a specific target that was articulated, either
22 between the parties or with the Court or ordered by me, as
23 far as what exactly needed to be completed by October 3rd.
24 But I think generally that milestone was set, kind of as an
25 interim deadline, with an eye towards making sure that we're
```

1  on track to complete discovery by March 13th, 2024 -- excuse
2  me 2026.
3      So, it was helpful to get the detailed update, as far
4  as where the Plaintiffs are at with each of the Defendants.
5  I think overall my takeaway though is that there is still
6  quite a lot of document discovery that will happen -- need
7  to happen after October 3rd, though some progress has been
8  made.  But I'm starting to get a little bit concerned about
9  how long it will take to actually complete all of the
10 discovery that's necessary by March.
11     And, so, what I was thinking of doing today was setting
12 some deadlines for at least the disputes that have been
13 surfaced, or seem to be percolating, to get those either
14 resolved by way of agreement between the relevant parties or
15 teed up in a discovery letter and presented to me so that I
16 can resolve those disputes, like, such as, the custodians.
17 And so that seems to me like the low-hanging fruit, like,
18 let's just figure that out, either by way of negotiated
19 agreement or bring it to me and I will look at the issues
20 and resolve it.
21     So, as kind of an initial matter, I wanted you all to
22 kind of identify what, if any -- you know, which of the
23 disputes that have been referenced here would make sense, as
24 far as setting a deadline perhaps two weeks out, for you all
25 to finish the meet and confer process on it and then perhaps

6

1 a week thereafter file the letter if it's not resolved by
2 that date.
3 　　　So, you know, I -- between Plaintiffs and Midjourney,
4 for example, there were -- are two proposed custodians, but
5 there isn't necessarily an agreement yet on those two
6 disputed custodians.  And, then, for Deviant Art, there's
7 one custodian.  So that, to me, should be -- you know the
8 meet and confer should be completed and the -- and if it's
9 not resolved by way of agreement, a discovery letter filed
10 by October 1.
11 　　　Are there other types of disputes along this line where
12 you think that we should -- it would make sense to have a
13 deadline of October 1 to focus the parties' attention and
14 get those issues resolved so we can really move forward with
15 discovery?
16 　　　　　MR. MALHOTRA:  Your Honor, on behalf of the
17 Defendants -- there's a couple of interrogatory responses
18 that we are waiting for the Plaintiffs to supplement.
19 That's rog three and rog seven.  They have agreed to
20 supplement but haven't provided a date certain for doing so.
21 So we would request, if your Honor would indulge us is,
22 setting a date for the supplemental response and, you know,
23 if there's disputes following that, then we could also tee
24 that up in this process.
25 　　　　　THE COURT:  Okay.  Yeah, I saw that in the joint

1 status report.  I wanted to hear from Plaintiffs their
2 perspective on it.  I don't know if these interrogatories
3 are like contention interrogatories, which tend to get
4 resolved later in the discovery process, but let's hear from
5 Mr. Creutz.  I'm sorry if I mispronounced your name.
6          MR. CREUTZ:  Thank you, your Honor.  Evan Creutz
7 for Plaintiffs.
8     We -- we are working diligently to complete those
9 amended or supplemental responses.  We had intended to do so
10 this week, which is what we had communicated to Defendants.
11 So that continues to be our intention.
12          THE COURT:  So this week by Friday you'll --
13          MR. CREUTZ:  Yes.
14          THE COURT:  -- submit --
15          MR. CREUTZ:  Yes, your Honor.
16          THE COURT:  Okay.  So September 19th is when I'm
17 ordering the deadline for the supplemental interrogatory
18 responses.  Okay.
19     Are there any other --
20          MR. CREUTZ:  There's -- your Honor --
21          THE COURT:  For example, there was a format in
22 which some of this training data is presented.
23          MR. CREUTZ:  Yes.  So there is a lingering dispute
24 with Stability regarding format of production of training
25 data.  Stability produced in an Amazon S3 bucket, and we had

requested that they do so on hard drive.  So I think there perhaps there is still some room for discussion there, but aside from that, Plaintiffs are also exploring alternatives that would allow us to proceed without seeking court intervention.  We're hopeful we can find an alternative like that, so we're working on that right now.

THE COURT:  Okay.  Does Stability AI want to respond to that?

MR. GRATZ:  Happy to, your Honor.  We have been in communication with the Plaintiffs on this question.  They in fact had a question just sort of in the last week saying, "Hey, we looked at the material and we couldn't find this file and was that file supposed to be there?"  And we explained to them that file was not supposed to be there. And so it seems like things are -- we had thought things were sort of moving forward there.  So, happy to talk about anything else that the Plaintiffs want to talk about about that though.

MR. CREUTZ:  Your Honor, Evan Creutz again.

We are moving forward.  It has been -- on August 29th Judge Orrick issued his order granting Defendants' request that Doctor Zhao (phonetic), our proposed machine learning expert, not be allowed access to AEO, or highly confidential materials, in that order.  He recognized that it was going to be a set back for Plaintiffs and it might ultimately

1  require some relief in the schedule.  Plaintiffs aren't
2  there yet, with what -- we think we need relief, but we're
3  working extremely hard to try and find a replacement expert.
4  It has slowed things up a little bit for us, because the
5  expert is who we will be relying on to analyze training
6  data, analyze source code and help us understand, you know,
7  what other additional discovery we might need as a result of
8  that.
9       In the course of our search, we have -- it's a very
10 difficult search because it's a very small pool of
11 individuals who have this expertise.  And within that pool,
12 many of them have prior histories with Defendants, or
13 Defendants' competitors, that make it so they're not
14 suitable experts for this case.  Also, in some cases people
15 are just unavailable or unwilling.  We found two individuals
16 that can help us with some preliminary analysis.
17 Unfortunately, they're not going to act as testifying
18 experts for us, but they are helping us stay moving on this
19 issue while we secure a -- our training data expert -- or,
20 I'm sorry, machine running expert.
21            THE COURT:  Okay.  Well, thank you for that
22 update.  I did see some of those developments on the docket.
23      In terms of moving the discovery forward though, I
24 wanted to hear from the parties what other, like, interim
25 deadline should be set here to -- I mean, there's quite a

1  lot of production that still needs to happen.  Maybe --
2  certainly on Stability AI's side.  There was very few
3  commitments, as far as completing production before October
4  3rd.  So, is it that you need some sort of extension or -- I
5  can hold the reins -- hold the reins more tightly on this
6  process, if it's not moving forward sufficiently.
7       So, what do you have to say about that Mr. Gratz?
8            MR. GRATZ:  Certainly, your Honor.  So, with
9  respect to, in particular, the production of custodial
10 documents, it's moving along, but it is not -- I mean,
11 there's -- it is not moving along at a rate that will
12 complete it by October 3rd, largely because we sort of --
13 there was an almost two month delay between us proposing
14 search terms and us receiving the Plaintiffs' response to
15 the search terms, which may have been an avoidable delay,
16 but that -- we didn't -- we -- you know, the meet and confer
17 has not sort of proceeded in -- did not proceed in earnest
18 until fairly recently.
19      So, while we are not -- while we are not like in a
20 position to finish this by October, we are -- we don't think
21 that the ultimately fact discovery date is in jeopardy.  And
22 it may be that an interim date to address and resolve and
23 disputes about custodians and search terms may sort of get
24 that on track.  Whether the search term -- whether all
25 custodian and search term meet and confer can get done to

1 like tee this up in two weeks, like, maybe it can, but I'm
2 not sure it can.
3     That's -- so that's the update from our end, your
4 Honor.  I know that's -- that's not -- perhaps not 100-
5 percent satisfying.
6         THE COURT:  All right.  So, well we definitely
7 need to have another discovery status conference in November
8 and then in the interim, what I would like to know and get a
9 status report in October, a month from now, about whether or
10 not all of the Defendants, across all Defendants we have,
11 the custodians resolved.  It seems like mostly they are, but
12 if there's any outstanding disputes, I think particularly on
13 Stability AI's response with respect to search terms, I want
14 to know that by mid-October, so then I'll set a deadline and
15 -- but, to understand the scope of what remains unresolved,
16 I'll need to know that from the status report.
17     So, there should be a status report that's filed by
18 October 16th that addresses any outstanding unresolved
19 issues related to custodians or search terms, either on the
20 Defendants' side -- I mean, this is principally a concern
21 for producing -- Defendants that are producing in response
22 to Plaintiffs' requests.
23     And then -- and then our next discovery status
24 conference will be --
25         THE CLERK:  You have no -- oh, I'm sorry, your

1 Honor.
2          THE COURT:  What did you want to say?
3          THE CLERK:  I didn't know if you wanted to do
4 November 18th, so it would be almost a month -- two months
5 from now and a month after you want the status report.
6          THE COURT:  I was thinking sooner on the 11th, but
7 we can do November 18th.
8          THE CLERK:  I only said that just because November
9 11th is Veterans Day.
10         THE COURT:  Okay.  I thought it was the 10th.  So
11 -- okay.  November 18th and then just submit a joint
12 discovery report on November 11th.
13     Before we finish up today though, are there any other
14 concerns that the parties want to raise about how discovery
15 is moving along?  Or any specific suggestions or milestones
16 that we can set or interim deadlines?
17         MR. MALHOTRA:  Nothing from Runway at the moment,
18 your Honor.
19         THE COURT:  Okay.
20         MR. GRATZ:  Nothing further from Stability.
21         THE COURT:  Okay.
22         MS. LOVEJOY:  Nothing from Deviant Art.
23         MS. DUNNING:  And I'll -- ditto for Midjourney,
24 your Honor.  Thank you.
25         THE COURT:  Okay.

```
                                                                 13
 1          MR. CREUTZ:  And I'll echo that for Plaintiffs,
 2  your Honor.
 3          THE COURT:  Okay.  All right.  Well, with that,
 4  then we're -- we're done for the day.  And you'll see a
 5  minute order that reflects these deadlines that I've said.
 6       (Proceedings adjourned at 1:56 p.m.)
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

14

1                    CERTIFICATE OF TRANSCRIBER

2

3     I certify that the foregoing is a true and correct
4 transcript, to the best of my ability, of the above pages of
5 the official electronic sound recording provided to me by
6 the U.S. District Court, Northern District of California, of
7 the proceedings taken on the date and time previously stated
8 in the above matter.
9     I further certify that I am neither counsel for,
10 related to, nor employed by any of the parties to the action
11 in which this hearing was taken; and, further, that I am not
12 financially nor otherwise interested in the outcome of the
13 action.

14
15            [signature]
16            Echo Reporting, Inc., Transcriber
17              Monday, October 5, 2025