[Counsel Listed on Signature Pages]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>STABILITY AI LTD., et al.,<br><br>*Defendants*. | Case No. 3:23-cv-00201-WHO (LJC)<br><br>**JOINT STATUS REPORT**<br><br>Discovery Conference Date: Nov. 18, 2025<br>Time: 1:30 PM<br>Place: via Zoom<br>Judge: Hon. Lisa J. Cisneros |

## I. Introduction

Pursuant to the Court's directive following the September 16, 2025, Discovery Status Conference, ECF No. 339, Plaintiffs Sarah Andersen, Karla Ortiz, Grzegorz Rutkowski, Gregory Manchess, Gerald Brom, Jingna Zhang, Julia Kaye, and Adam Ellis (collectively, "Plaintiffs"), along with Defendants Stability AI Ltd. and Stability AI, Inc. (together, "Stability AI"), DeviantArt, Inc. ("DeviantArt"), Midjourney, Inc. ("Midjourney"), and Runway AI, Inc. ("Runway") (collectively, the "Parties"), by and through their undersigned counsel, respectfully submit this Joint Status Report. The Court instructed that "by October 16, 2025, the parties shall file a joint report addressing the status of other custodians and search terms that are still being negotiated and the parties' respective positions." *Id.* at 1. This report provides the Court with the current status of these matters.

## II. Custodian and Search Term Negotiations

*Plaintiffs' Position*

The status of the Parties' negotiations regarding search terms and custodians is set forth below. Based on Plaintiffs' complete review of DeviantArt's production and preliminary review of productions from Stability AI, Runway, and Midjourney, Plaintiffs expect to seek additional custodians, search terms, and clarification of responses to Plaintiffs' document requests. Plaintiffs reserve all rights with respect to discovery, consistent with the ESI Protocol and the Court's Orders.

**Midjourney:** Midjourney agreed to run 13 search term strings across 6 custodians in advance of the October 3 substantial completion date. Subsequently, Midjourney agreed to run an additional search term string on a non-custodial email account.

At the September Status Conference, the Court directed the parties to complete their meet and confer regarding 2 disputed Midjourney custodians and, if the disputes remained unresolved, file a joint letter brief by October 1, 2025. ECF Nos. 339 at 1; 343 at 6. After further consideration, Plaintiffs decided not to pursue their request for these custodians, reserving all rights to revisit custodian issues as discovery proceeds.

**DeviantArt:** DeviantArt agreed to run 8 search term strings across 4 custodians in advance of the October 3 substantial completion date.

At the September Status Conference, the Court directed the parties to complete their meet and confer regarding one disputed DeviantArt custodian and, if the dispute remained unresolved, file a joint letter brief by October 1, 2025. ECF Nos. 339 at 1; 343 at 6. After further consideration, Plaintiffs decided not to pursue their request for this custodian, reserving all rights to revisit custodian issues as discovery proceeds.

**Runway:** Runway agreed to run 10 search term strings across 6 custodians in advance of the October 3 substantial completion date.

**Stability:** Stability agreed to run 10 search term strings across 7 custodians. Plaintiffs expect Stability to produce documents on a rolling basis.

**Plaintiffs:** Plaintiffs ran 22 search term strings in advance of the substantial completion date. Since that time, Plaintiffs have agreed to run 9 additional search term strings. Negotiations regarding search term strings to run on Plaintiffs' documents in response to Defendants' first sets of document requests are complete.

*Defendants' Positions*

**Runway's Position:** The parties' negotiations regarding custodians and search terms are complete. Plaintiffs agreed to run the 14 terms Runway requested across their repositories. Runway has made productions from the six agreed-upon custodians using search terms requested by Plaintiffs.

**Midjourney's Position:** Midjourney disagrees that any additional custodians or search terms are warranted but otherwise agrees with Plaintiffs' write-up above, and adds that it is in the process of reviewing the additional documents collected from the non-custodial email account described above. As previously noted, the fourteen search term strings Midjourney agreed to run are compound and exceed the 15-term limit imposed by the Court. Midjourney understands that each Plaintiff agreed to and has run either 7, 8, or 9 search strings depending on the claims asserted by that Plaintiff.

**DeviantArt's Position:** DeviantArt agreed to run eight search term strings proposed by Plaintiffs across an agreed list of four DeviantArt custodians. Plaintiffs agreed to run six search terms proposed by DeviantArt across all Plaintiffs.

**Stability AI's Position:** On October 8, 2025, the parties conferred and reached agreement on ten search strings to be applied across seven custodians for Stability AI's custodial document review and

production. On October 14, 2025, the parties completed negotiations and agreed to three Stability AI-specific search strings to be applied across all Plaintiffs' custodial documents for Plaintiffs' review and production.

### III.    Conclusion

Consistent with the Court's directive at the September 16, 2025, Discovery Status Conference, this report addresses the current status of custodian and search term negotiations. The Parties continue to meet and confer in good faith on these and other discovery issues and will provide a comprehensive status update in the November 12, 2025, Joint Status Report.

| | | |
|---|---|---|
| 1 | Dated: October 16, 2025 | Respectfully submitted |
| 2 | | By: */s/ Joseph R. Saveri* |
| 3 | | |
| | | Joseph R. Saveri (SBN 130064) |
| 4 | | Cadio Zirpoli (SBN 179108) |
| | | Christopher K.L. Young (SBN 318371) |
| 5 | | Alexandra Fernandez (SBN 330518) |
| | | Evan Creutz (SBN 349728) |
| 6 | | Elissa A. Buchanan (SBN 249996) |
| 7 | | Holden Benon (SBN 325847) |
| | | Aaron Cera (SBN 351163) |
| 8 | | Alexander Y. Zeng (SBN 360220) |
| | | **JOSEPH SAVERI LAW FIRM, LLP** |
| 9 | | 601 California Street, Suite 1505 |
| | | San Francisco, California 94108 |
| 10 | | Telephone: (415) 500-6800 |
| 11 | | Email: jsaveri@saverilawfirm.com |
| | | Email: czirpoli@saverilawfirm.com |
| 12 | | Email: cyoung@saverilawfirm.com |
| | | Email: afernandez@saverilawfirm.com |
| 13 | | Email: ecreutz@saverilawfirm.com |
| | | Email: eabuchanan@saverilawfirm.com |
| 14 | | Email: hbenon@saverilawfirm.com |
| 15 | | Email: acera@saverilawfirm.com |
| | | Email: azeng@saverilawfirm.com |
| 16 | | |
| | | Matthew Butterick (SBN 250953) |
| 17 | | 1920 Hillhurst Avenue, #406 |
| | | Los Angeles, CA 90027 |
| 18 | | Telephone: (323) 968-2632 |
| 19 | | Email: mb@buttericklaw.com |
| | | |
| 20 | | *Counsel for Individual and Representative Plaintiffs and the Proposed Class* |
| 21 | | |
| 22 | Dated: October 16, 2025 | Respectfully submitted, |
| 23 | | By: */s/ Brittany N. Lovejoy* |
| 24 | | Brittany N. Lovejoy (SBN 286813) |
| | | Andrew M. Gass (SBN 259694) |
| 25 | | Michael H. Rubin (SBN 214636) |
| 26 | | **LATHAM & WATKINS LLP** |
| | | 505 Montgomery Street, Suite 2000 |
| 27 | | San Francisco, California 94111-6538 |
| | | Telephone: (415) 391-0600 |
| 28 | | Email: andrew.gass@lw.com |

michael.rubin@lw.com
brittany.lovejoy@lw.com

Sarah F. Mitchell (SBN 308467)
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 391-0600
Email: sarah.mitchell@lw.com

*Counsel for Defendant DeviantArt, Inc.*

Dated: October 16, 2025                Respectfully submitted,

By: /s/ *Aditya V. Kamdar*

Aditya Vijay Kamdar (SBN 324567)
**MORRISON & FOERSTER LLP**
2100 L Street NW, Suite 900
Washington, DC 20037
Telephone: (202) 887-1500
Email: akamdar@mofo.com

Joseph Charles Gratz (SBN 240676)
Tiffany Cheung (SBN 211497)
Timothy Chen Saulsbury (SBN 281434)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, California 94105
Telephone: (415) 268-7000
Email: jgratz@mofo.com
tcheung@mofo.com
tsaulsbury@mofo.com

Christopher R. Adler (SBN 324567)
**MORRISON & FOERSTER LLP**
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: (213) 892-5200
Email: cadler@mofo.com

Mark Alan Lemley (SBN 155830)
**LEX LUMINA PLLC**
745 Fifth Avenue, Suite 500
New York, NY 10151
Telephone: (646) 906-8657
Email: mlemley@lex-lumina.com

*Counsel for Defendants Stability AI Ltd. And Stability AI, Inc.*

Dated: October 16, 2025

Respectfully submitted,

By: */s/ Angela Dunning*

Angela Dunning (SBN 212047)
Sam Blankenship (SBN 339905)
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304-1248
Telephone: (650) 815-4131
Email: adunning@cgsh.com
sblankenship@cgsh.com

Arminda B. Bepko (pro hac vice)
Charity E. Lee (pro hac vice)
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2517
Email: abepko@cgsh.com
charitylee@cgsh.com

*Counsel for Defendant Midjourney, Inc.*

Dated: October 16, 2025

Respectfully submitted,

By: */s/ Paven Malhorta*

Paven Malhotra (SBN 258429)
David J. Silbert (SBN 173128)
Bailey W. Heaps (SBN 295870)
Julia L. Greenberg (SBN 333864)
Luke P. Apfeld (SBN 327029)
**KEKER VAN NEST & PETERS LLP**
633 Battery Street
San Francisco, California 94111-1809
Telephone: (415) 391-5400
Email: dsilbert@keker.com
pmalhotra@keker.com
bheaps@keker.com
jgreenberg@keker.com
lapfeld@keker.com

*Counsel for Defendant Runway AI, Inc*

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

The filer attests that the other signatories listed, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the filing's content and have authorized the filing.

Dated: October 16, 2025

/s/ *Joseph R. Saveri*
Joseph R. Saveri