# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** November 4, 2025 | **Time:** 9 minutes<br>2:20 p.m. to 2:29 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 23-cv-00201-WHO | **Case Name:** Andersen v. Stability AI Ltd. | |

**Attorneys for Plaintiffs:**     Evan Creutz and Christopher Young

**Attorneys for Defendant:**     Brittany N. Lovejoy, Joe Gratz, Charity Lee, Paven Malhotra, and Angela L. Dunning

**Deputy Clerk:** Jean Davis                **Court Reporter:** Andrea Bluedorn

## PROCEEDINGS

Case management conference conducted via videoconference. The parties have been working effectively with Judge Cisneros on discovery issues. Plaintiff has experienced some difficulty in retaining a new machine learning expert. Amendment to the complaint is anticipated.

**Further Case Management Conference set for January 20, 2026 at 2:00 p.m.** Joint case management statement due January 13, 2026.