**LATHAM & WATKINS LLP**
Andrew M. Gass (SBN 259694)
 andrew.gass@lw.com
Michael H. Rubin (SBN 214636)
 michael.rubin@lw.com
Brittany N. Lovejoy (SBN 286813)
 brittany.lovejoy@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: 415.391.0600

Sarah F. Mitchell (SBN 308467)
 sarah.mitchell@lw.com
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
Telephone: 213.485.1234

Simeon Botwinick (*pro hac vice*)
 simeon.botwinick@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: 202.637.2200

*Attorneys for Defendant DeviantArt, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SARAH ANDERSEN, et al.,<br><br>Individual and Representative Plaintiffs,<br><br>vs.<br><br>STABILITY AI LTD., et al.,<br><br>Defendants. | CASE NO. 3:23-cv-00201-WHO (LJC)<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED<br><br>Judge:   The Honorable Lisa J. Cisneros |

Before this Court is Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed regarding portions of the Parties' Joint Letter Brief regarding four additional DeviantArt document custodians, as well as DeviantArt's proposal for revised sealed portions of the Parties' Joint Statement.

Having considered Plaintiffs' Motion to Seal, DeviantArt's Declaration, and the record in this case, and finding good cause to justify sealing the below referenced material, IT IS HEREBY ORDERED THAT the Administrative Motion is GRANTED. Portions of the Parties' Joint Letter Brief, as filed by Plaintiffs at Dkt. No. 362-1 and by DeviantArt subsequently, shall be filed under seal as identified below.

| Portions of Joint Letter Brief Sought to Be Sealed | Designating Party | Order |
|---|---|---|
| Portions of Exhibit 1 highlighted in yellow, referencing documents DEVIANTART-000315, DEVIANTART-002260, DEVIANTART-000482, DEVIANTART -000177. | DeviantArt | **GRANTED** |
| Portions of Exhibit 1 highlighted in green, referencing DeviantArt's Responses to Plaintiffs' Interrogatory No. 6. | DeviantArt | **GRANTED** |
| Portions of Exhibit 1 highlighted in blue, referencing documents DEVIANTART-000013, | DeviantArt | **GRANTED** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] ORDER GRANTING PLAINTIFFS'
ADMINISTRATIVE MOTION TO SEAL
CASE NO. 3:23-cv-00201-WHO (LJC)

| | | |
|---|---|---|
| DEVIANTART-000159, DEVIANTART-000498. | | |
| Portions of Exhibit 1 highlighted in pink, referencing documents DEVIANTART-000135, DEVIANTART-000132, DEVIANTART-000130. | DeviantArt | **GRANTED** |

**IT IS SO ORDERED.**

Dated: December 15, 2025                                By: _____
                                                                    Honorable Lisa J. Cisneros
                                                                    United States Magistrate Judge