CLEARY GOTTLIEB STEEN
& HAMILTON LLP
Angela L. Dunning (212047)
adunning@cgsh.com
Sam Blankenship (339905)
sblankenship@cgsh.com
1841 Page Mill Rd Suite 250
Palo Alto, CA 94304
Tel: +1 (650) 815-4100

Arminda B. Bepko (admitted *pro hac vice*)
abepko@cgsh.com
Charity E. Lee (admitted *pro hac vice*)
charitylee@cgsh.com
One Liberty Plaza
New York, NY 100060
Tel: +1 (212) 225-2000

*Attorneys for Defendant
Midjourney, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, et al., | Case No. 3:23-cv-00201-WHO-LJC |
| Plaintiffs, | |
| v. | **DECLARATION OF ANGELA L. DUNNING IN SUPPORT OF JOINT LETTER BRIEF REGARDING PLAINTIFFS' RESPONSES TO MIDJOURNEY'S INTERROGATORIES 1 - 4** |
| STABILITY AI LTD., a UK corporation; STABILITY AI, INC., a Delaware corporation; DEVIANTART, Inc., a Delaware corporation; MIDJOURNEY, INC., a Delaware corporation; RUNWAY AI, INC., a Delaware corporation, | |
| Defendants. | |

I, Angela L. Dunning, declare:

1. I am a partner with the law firm Cleary Gottlieb Steen & Hamilton LLP, counsel for Defendant Midjourney, Inc. ("Midjourney") in this matter. I submit this declaration in support of Midjourney's request to compel Plaintiffs Sarah Andersen, Gerald Brom, Julia Kaye, Karla Ortiz, and Grzegorz Rutkowski to respond to Midjourney's Interrogatory Nos. 1-4. I declare that the following is true to the best of my knowledge, information, and belief.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the responses and supplemental responses provided by Plaintiffs to Midjourney's Interrogatory Request Nos. 1-4.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the cited excerpts of Plaintiff's Exhibit A to the Second Amended Complaint (ECF 238-1).

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 17th day of December, 2025 at San Francisco, California.

*/s/ Angela L. Dunning*
Angela L. Dunning

Attorneys for Defendant,
MIDJOURNEY, INC.