# EXHIBIT 2

# EXHIBIT A

# (Plaintiff Images in LAION-5B)

Exhibit A: Plaintiff images in LAION-5B — p.26
# Grzegorz Rutkowski: training image 3



copyright registration: unregistered

LAION-5B caption: "Oil Brushes for photoshop - Grzegorz Rutkowski"

LAION-5B url: https://i.ytimg.com/vi/B-fdzHA1e_0/maxresdefault.jpg

Exhibit A: Plaintiff images in LAION-5B — p.29
# Grzegorz Rutkowski: training image 6



copyright registration: unregistered

LAION-5B caption: "Fisherman's boy by 88grzes"

LAION-5B url: https://images-wixmp-ed30a86b8c4ca887773594c2.wixmp.com/intermediary/f/0f32ddfc-07dd-4afe-bcfd-60218bd1c565/dc2245x-e9edc8ec-a841-47e9-82a5-99d7869468bd.jpg/v1/fill/w_454,h_250,q_70,strp/fisherman_s_boy_by_88grzes_dc2245x-250t.jpg

Exhibit A: Plaintiff images in LAION-5B — p.94
# Sarah Andersen: training image 2



copyright registration: Adulthood is a Myth 2020 Wall Calendar (TX0008826881)

LAION-5B caption: "Sarahs Scribbles 2020 Wall Calendar: Amazon.es: Sarah ..."

LAION-5B url: https://images-na.ssl-images-amazon.com/images/I/814pDVdPIqL.jpg

4

Exhibit A: Plaintiff images in LAION-5B — p.98
# Sarah Andersen: training image 6



copyright registration: Adulthood is a Myth: A "Sarah's Scribbles" 2019 Wall Calendar (TX0008706556)

LAION-5B caption: "Sarah's Scribbles 2019 Wall Calendar: Adulthood is a Myth "

LAION-5B url: https://images-na.ssl-images-amazon.com/images/I/71sfyxiscML._SL500_SR200,200_.jpg

5

Exhibit A: Plaintiff images in LAION-5B — p.107

# Sarah Andersen: training image 15



copyright registration: Fangs (TX0009043380)

LAION-5B caption: "Fangs By Sarah Andersen"

LAION-5B url: https://productimages.worldofbooks.com/1524860670.jpg

6