**JOSEPH SAVERI LAW FIRM, LLP**
Joseph R. Saveri (SBN 130064)
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, 406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email: mb@butericklaw.com

*Counsel for Individual and Representative*
*Plaintiffs and the Proposed Class*

[Additional counsel listed on signature pages]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, et al., | Case No.: 3:23-cv-00201-WHO |
| *Individual and Representative Plaintiffs*, | **DECLARATION OF LOUIS A. KESSLER IN SUPPORT OF JOINT LETTER BRIEF REGARDING MIDJOURNEY, INC.'S RESPONSES TO INTERROGATORY NO. 3** |
| v. | |
| STABILITY AI LTD., et al., | |
| *Defendants*. | |

I, Louis A. Kessler, hereby declare as follows:

1.      I am an attorney duly licensed to practice in the State of California. I am an attorney at Joseph Saveri Law Firm, LLP, counsel of record for Plaintiffs in the above-captioned action.  I have personal knowledge of the matters stated herein and if called to testify as a witness, I could and would testify competently thereto.

2.      I submit this declaration in support of Joint Letter Brief regarding Defendant Midjourney Inc.'s Responses to Interrogatory, Set One, No. 3.

3.      Attached as **Exhibit A** is a true and correct copy of Plaintiffs' Interrogatory Request No. 3 and Defendant Midjourney, Inc.'s Response and Supplemental Response to Plaintiffs' Interrogatory Request No. 3.

4.      Attached as **Exhibit B** is a true and correct copy of a document produced by Defendant Midjourney, Inc. with a Bates number of MIDJOURNEY_00009687.

5.      Attached as **Exhibit C** is a true and correct copy of a document produced by Defendant Midjourney, Inc. with a Bates number of MIDJOURNEY_0002874.

6.      Attached as **Exhibit D** is a true and correct copy of a tab within a spreadsheet produced by Defendant Midjourney, Inc. with a Bates number of MIDJOURNEY_00002010.

7.      Plaintiffs first asked Midjourney to supplement Interrogatory No. 3 regarding data filters in an email from Plaintiffs' counsel on August 15, 2025.

8.      The Parties met and conferred regarding Plaintiffs' Interrogatory No. 3 on October 22, November 25, and December 9.

*****

I declare under penalty of perjury that the foregoing is true and correct.  Executed on December 17, 2025, at San Francisco, California.


                                        /s/      *Louis A. Kessler*                    
                                        Louis A. Kessler