# EXHIBIT A

**[REDACTED]**

**PLAINTIFFS' INTERROGATORY NO. 3 AND DEFENDANT MIDJOURNEY, INC.'S RESPONSES**

Plaintiffs' motion to compel is directed to Interrogatory No. 3, served on Defendant Midjourney, Inc. Pursuant to Paragraph 5 of the Civil Standing Order for Magistrate judge Lisa J. Cisneros, the following sets forth the text of the disputed interrogatory, followed by Midjourney's responses in full.

**INTERROGATORY NO. 3:**

Describe in detail the process by which You train AI Image Models, including data acquisition, pre-training, post-training, fine-tuning, benchmarking, validating, and ablation studies.

**RESPONSE TO INTERROGATORY NO. 3:**

Midjourney incorporates by reference its foregoing objections to and definitions of the terms You, LAION, and AI Image Models and further objects to this Interrogatory as overbroad, unduly burdensome, and disproportionate to the needs of the case, including because it requests details regarding the "process by which You train AI Image Models, including" the referenced topics irrespective of whether those topics or any other steps in the training process bear any relevance to any claims or defenses in this case. Midjourney further objects to this Interrogatory as vague, ambiguous, and overbroad through its use of the undefined phrases "acquisition," "pre-training," "post-training," "fine-tuning," "benchmarking," "validating," and "ablation studies." Midjourney further objects to this Interrogatory to the extent it seeks information regarding non-LAION datasets in violation of the Dataset Order. Midjourney further objects to this Interrogatory to the extent it assumes Midjourney took any action referenced in the Interrogatory.

Subject to and without waiving the foregoing objections, Midjourney responds as follows.

**THE FOLLOWING RESPONSE TO INTERROGATORY NO. 3 IS DESIGNATED "CONFIDENTIAL" UNDER THE PROTECTIVE ORDER**

[redacted]

[redacted]



**THE FOLLOWING SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 3 IS DESIGNATED "CONFIDENTIAL" UNDER THE PROTECTIVE ORDER**

**S<span></span>UPPLEMENTAL R<span></span>ESPONSE TO I<span></span>NTERROGATORY N<span></span>O. 3:**

[text redacted]