UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, et al.,<br><br>              Plaintiffs,<br><br>  v.<br><br>STABILITY AI LTD., et al.,<br><br>              Defendants. | Case No. 23-CV-00201-WHO (LJC)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL MIDJOURNEY, INC.'S RESPONSES TO INTERROGATORY NO. 3**<br><br>Judge:   Hon. Lisa J. Cisneros, U.S.M.J. |

Before the Court is Plaintiffs' Motion to Compel Midjourney Inc.'s Responses to Plaintiffs' Interrogatory No. 3. Having considered the parties' arguments, and good cause appearing, the Court hereby **GRANTS** Plaintiffs' Motion.

**IT IS HEREBY ORDERED AS FOLLOWS:**

Defendant Midjourney, Inc. shall supplement its response to Interrogatory No. 3 to identify: (1) each filter by name; (2) how Midjourney acquired or developed each filter; (3) which datasets and model versions each filter was applied to; (4) the purpose and function of each filter; and (5) the threshold criteria Midjourney applied when using each filter to include or exclude images.

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable Lisa. L. Cisneros
United States Magistrate Judge