UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, et al.,<br><br>*Individual and Representative Plaintiffs*,<br><br>v.<br><br>STABILITY AI LTD., et al.,<br><br>*Defendants*. | Case No. 3:23-cv-00201-WHO-LJC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>Judge: Hon. Lisa J. Cisneros, U.S.M.J. |

Before this Court is Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (Dkt. 370 ("Motion to Seal")) regarding portions of the Parties' Joint Letter Brief regarding Midjourney, Inc.'s Responses to Plaintiffs' Interrogatory No. 3 (Dkt. 370-2 ("Joint Letter Brief")) and Exhibits A-D to the Declaration of Louis A. Kessler In Support of Joint Letter Brief ("Kessler Declaration") (Dkt. 370-3-6).

Having considered Plaintiffs' Motion to Seal, the Declaration of Angela L. Dunning in Support of Plaintiffs' Motion to Seal, and the record in this case, and finding good cause to justify sealing the below referenced material, IT IS HEREBY ORDERED THAT the Motion to Seal is GRANTED.

The following documents shall be filed entirely or partially under seal:

| Document Sought to Be Sealed | Designating Party | Order |
|---|---|---|
| Portions of Joint Letter Brief highlighted in yellow in the version filed under seal (Dkt. 370-2) | Midjourney, Inc. | |
| Portions of Exhibit A to Kessler Declaration highlighted in yellow in the version filed under seal (Dkt. 370-3) | Midjourney, Inc. | |
| Exhibit B to Kessler Declaration (Dkt. 370-4) | Midjourney, Inc. | |

| Exhibit C to Kessler Declaration (Dkt. 370-5) | Midjourney, Inc. | |
| Exhibit D to Kessler Declaration (Dkt. 370-6) | Midjourney, Inc. | |

**IT IS SO ORDERED.**

Date: _____          _____
HONORABLE LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE