[Counsel listed on signature pages]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, et al.,<br><br>    *Individual and Representative Plaintiffs*,<br><br>v.<br><br>STABILITY AI LTD., et al.,<br><br>    *Defendants*. | Case No.: 3:23-cv-00201-WHO<br><br>**STIPULATION REGARDING AMENDMENT TO PROTECTIVE ORDER FOR LITIGATION INVOLVING HIGHLY SENSITIVE CONFIDENTIAL INFORMATION AND/OR TRADE SECRETS** |

1  WHEREAS, the parties to this action seek to facilitate the efficient exchange and coordination of
2  certain confidential information among the various defense counsel groups;
3  WHEREAS, the parties have agreed to modify the existing Stipulated Protective Order (ECF No.
4  276) to include an additional "HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY"
5  designation;
6  WHEREAS, the proposed modifications are reflected in the redlined text contained in the attached
7  **Exhibit A**;
8  THEREFORE, the parties, through counsel, hereby stipulate and request that the Court enter the
9  modifications to the Protective Order as set forth in the accompanying [Proposed] Amended Stipulated
10 Protective Order.

| | |
|---|---|
| Dated: January 12, 2026 | Respectfully submitted, |
| | By: _/s/ Joseph R. Saveri_ |

                                              Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
Elissa A. Buchanan (SBN 249996)
Evan Creutz (SBN 349728)
Holden Benon (SBN 325847)
Alexandra Fernandez (SBN 330518)
Aaron Cera (SBN 351163)
Alexander Y. Zeng (SBN 360220)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
Email: czirpoli@saverilawfirm.com
Email: cyoung@saverilawfirm.com
Email: ebuchanan@saverilawfirm.com
Email: ecreutz@saverilawfirm.com
Email: hbenon@saverilawfirm.com
Email: afernandez@saverilawfirm.com
Email: acera@saverilawfirm.com
Email: azeng@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, 406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email: mb@buttericklaw.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

Dated: January 12, 2026                  Respectfully submitted,

                                              By: _/s/ Aditya Vijay Kamdar_

                                              Aditya Vijay Kamdar
Brittany Warren
**MORRISON & FOERSTER LLP**
2100 L Street NW, Suite 900
Washington, DC 20037
202-887-1500
Fax: 202-887-0763
Email: AKamdar@mofo.com
Email: BWarren@mofo.com

|   |   |
|---|---|
| 1 | Joseph Charles Gratz |
| 2 | Tiffany Cheung |
|   | Timothy Chen Saulsbury |
| 3 | **MORRISON & FOERSTER LLP** |
|   | 425 Market Street |
| 4 | San Francisco, CA 94105 |
|   | (415) 268-7000 |
| 5 | Fax: (415) 268-7522 |
|   | Email: JGratz@mofo.com |
| 6 | Email: tcheung@mofo.com |
| 7 | Email: tsaulsbury@mofo.com |

Mark Alan Lemley
**LEX LUMINA PLLC**
745 Fifth Avenue, Suite 500
New York, NY 10151
646-898-2055
Fax: 646-906-8657
Email: mlemley@lex-lumina.com

Christopher Adler
**MORRISON & FOERSTER LLP**
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017
Telephone: 213-892-5200
Email: cadler@mofo.com

*Counsel for Defendants Stability AI Ltd. and Stability AI, Inc.*

Dated: January 12, 2026         Respectfully submitted,

By:     */s/ Paven Malhotra*

Paven Malhotra
David Jason Silbert
Bailey Wilson Heaps
Julia Leigh Greenberg
**KEKER, VAN NEST AND PETERS LLP**
633 Battery Street
San Francisco, CA 94111-1809
(415) 391-5400
Fax: (415) 397-7188
Email: pmalhotra@keker.com
Email: dsilbert@keker.com
Email: bheaps@keker.com
Email: jgreenberg@keker.com

*Counsel for Defendant Runway AI, Inc.*

Dated: January 12, 2026                    Respectfully submitted,

                                           By:    */s/ Andrew M. Gass*

                                           Andrew Michael Gass
                                           Brittany Nichole Lovejoy
                                           Michael H. Rubin
                                           **LATHAM & WATKINS LLP**
                                           505 Montgomery Street, Suite 2000
                                           San Francisco, CA 94111
                                           (415) 391-0600
                                           Fax: 415-395-8095
                                           Email: andrew.gass@lw.com
                                           Email: brittany.lovejoy@lw.com
                                           Email: michael.rubin@lw.com

                                           Sarah F. Mitchell
                                           **LATHAM & WATKINS LLP**
                                           355 South Grand Avenue, Suite 100
                                           Los Angeles, CA 90071
                                           213-485-1234
                                           Email: sarah.mitchell@lw.com

*Counsel for Defendant DeviantArt, Inc.*

Dated: January 12, 2026                    Respectfully submitted,

                                           By:    */s/ Angela Dunning*

                                           Angela Dunning
                                           Sam Blankenship
                                           **CLEARY GOTTLIEB STEEN & HAMILTON LLP**
                                           1841 Page Mill Road, Ste 250
                                           Palo Alto, CA 94304-1248
                                           650-815-4131
                                           Email: adunning@cgsh.com
                                           Email: sblankenship@cooley.com

                                           Arminda B. Bepko
                                           Charity E. Lee
                                           **CLEARY GOTTLIEB STEEN & HAMILTON LLP**
                                           One Liberty Plaza
                                           New York, NY 10006
                                           212-225-2558
                                           Email: abepko@cgsh.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Email: charitylee@cgsh.com

*Counsel for Defendant Midjourney, Inc.*

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

The filer attests that the other signatories listed, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the filing's content and have authorized the filing.

Dated: January 12, 2026                              /s/ *Joseph R. Saveri*
                                                                          Joseph R. Saveri