1
2
3
4
5
6
7
8
9
10
11
12

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

13
14
15
16
17
18

| SARAH ANDERSEN, et al., | Case No. 23-CV-00201-WHO (LJC) |
| Plaintiffs, | |
| v. | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT** |
| STABILITY AI LTD., et al., | |
| Defendants. | |

19
20
21
22
23
24
25
26
27
28

# [PROPOSED] ORDER

Before this Court is Plaintiffs' Motion for Leave to File Third Amended Consolidated Complaint. Having considered the papers and arguments of counsel, the Court finds that good cause exists to **GRANT** Plaintiff's Motion for Leave to File Third Amended Consolidated Complaint.

**IT IS SO ORDERED.**

Dated: _____

Honorable William H. Orrick
United States District Judge