# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** 01/20/2026 | **Time:** 8 minutes 2:06 p.m. to 2:14 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 23-cv-00201-WHO | **Case Name:** Andersen v. Stability AI Ltd. | |

**Attorneys for Plaintiff:**   Joseph R. Saveri and Evan Creutz

**Attorneys for DeviantArt:**   Simeon Botwinick and Brittany N. Lovejoy

**Attorneys for Stability AI**:   Joseph Charles Gratz

**Attorneys for Midjourney:**   Angela Dunning

**Attorney for Runway:**   Paven Malhotra

**Deputy Clerk:** Jean Davis          **Court Reporter:** Robin Herrera

# PROCEEDINGS

Case Management Conference conducted via videoconference.  Status of discovery production and possible need for extension of schedule discussed. If an extension is necessary, a proposal should be submitted to the Court by the end of the month.