UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, et al.,<br><br>*Individual and Representative Plaintiffs*,<br><br>v.<br><br>STABILITY AI LTD., et al.,<br><br>*Defendants*. | Case No. 3:23-cv-00201-WHO-LJC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>Judge: Hon. Lisa J. Cisneros, U.S.M.J. |

Before this Court is Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (Dkt. 375 ("Motion to Seal")) regarding portions of Plaintiffs' Motion for Leave to File Third Amended Complaint (Dkt. 375-2 ("Motion to Amend Complaint")) and Exhibit 7 to the Declaration of Evan Creutz In Support of Plaintiffs' Motion For Leave To File Third Amended Complaint ("Creutz Declaration") (Dkt. 375-10).

Having considered Plaintiffs' Motion to Seal, the Declaration of Angela L. Dunning, the Declaration of Simeon Botwinick, and the Declaration of Cedric Wagrez in Support of Plaintiffs' Motion to Seal, and the record in this case, and finding good cause to justify sealing the below referenced material, IT IS HEREBY ORDERED THAT the Motion to Seal is GRANTED.

The following documents shall be filed entirely or partially under seal:

| Document Sought to Be Sealed | Designating Party | Order |
|---|---|---|
| Portions of Motion to Amend Complaint highlighted at page 3, lines 17-18, 22 and at page 10, lines 19, 22-23 in the version filed under seal (Dkt. 375-2). | DeviantArt, Inc. | |
| Portions of Motion to Amend Complaint highlighted at page 11, line 6 in the version filed under seal (Dkt. 375-2). | Midjourney, Inc. | |
| Portions of Motion to Amend Complaint highlighted at page 1, lines 17-19; page 2, lines 6-7; page 4, line 26; page 5, lines 11-14, 19-23; page 6, line 9; page 8, lines 1, 8-11; page 10, lines 1-2, 26-27; page 11, lines 9-11 (Dkt. 375-2). | Stability AI Ltd., Stability AI, Inc. | |
| Portions of Creutz Declaration highlighted at page 3, lines 11 and 14 (Dkt. 375-3). | Stability AI Ltd., Stability AI, Inc. | |
| Portions of Creutz Declaration highlighted at paragraphs 12-13 (Dkt. 375-3). | DeviantArt, Inc. | |
| [Proposed] Third Amended Complaint at page 6, lines 16-24; page 10, lines 8 and 10; page 53, | Stability AI Ltd., Stability AI, Inc. | |

| | | |
|---|---|---|
| line 25; page 54, lines 1-2; page 55, lines 12-14; page 61, lines 2-3, 5-6, 8, 11-12, n.44; page 62, lines 14-16; page 65, line 16; page 69, lines 2-3, 5-6, 8-9, 11-12, n.54; page 70, lines 16-18; Exhibit D (all mentions of dataset) (Dkt. 375-4). | | |
| [Proposed] Third Amended Complaint (Redline) at page 6, lines 20, 22-25; page 10, lines 9 and 11; page 53, line 25; page 54, lines 1-2; page 55, lines 12-14; page 61, lines 1-3; page 62, lines 21-28; page 63, line 3; page 64, line 4-6; page 67, line 12; page 71, lines 2-3; page 72, lines 20-28; page 73, line 3; page 74, lines 5-6 (Dkt. 375-5). | Stability AI Ltd., Stability AI, Inc. | |
| Exhibit 3 to Creutz Declaration (Dkt. 375-6). | DeviantArt, Inc. | |
| Exhibit 4 to Creutz Declaration (Dkt. 375-7). | Stability AI Ltd., Stability AI, Inc. | |
| Exhibit 5 to Creutz Declaration (Dkt. 375-8). | Stability AI Ltd., Stability AI, Inc. | |
| Exhibit 6 to Creutz Declaration (Dkt. 375-9). | Stability AI Ltd., Stability AI, Inc. | |
| Exhibit 7 to Creutz Declaration (Dkt. 375-10). | Midjourney, Inc. | |

**IT IS SO ORDERED.**


Date: _____    _____
HONORABLE LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE