OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

Northern District of California

CIVIL MINUTES

| **Date:** January 22, 2026 | **Time:** 23 minutes | **Judge:** LISA J. CISNEROS |
|---|---|---|
| **Case No.:** 3:23-cv-00201-WHO | **Case Name:** Andersen v. Stability AI Ltd. | |

**Plaintiff Attorney:** Evan Creutz, Joseph Saveri Law Firm, LLP.

**For Defendant Stability AI Ltd. and Stability AI, Inc.:** Joe Gratz, Morrison & Foerster LLP.

**For Defendant Midjourney Inc.:** Angela Dunning, Cleary Gottlieb Steen & Hamilton LLP.

**For Defendant Runway AI, Inc:** Paven Malhotra and Paul von Autenried, Keker Van Nest and Peters LLP.

**For Defendant DeviantArt:** Simeon Botwinick, Latham and Watkins LLP.

**Deputy Clerk:** Brittany Sims        **Recorded via Zoom:** 2:40 p.m. to 3:03 p.m.

PROCEEDINGS

Status Conference held. The Court discussed with the parties the current discovery schedule. The Court orders that Plaintiffs and Defendant Stability AI meet and confer by January 27, 2026 regarding whether further production pertaining to Stability AI's training data is warranted. The Court sets the same January 27, 2026 deadline for Plaintiffs and Defendant Runway to meet and confer regarding Runway's responses to Plaintiffs' Request for Production. Plaintiffs indicate that they may request additional document custodians from each Defendant, but Defendants reported that Plaintiffs had only requested additional custodians from Runway.  Plaintiffs shall send all requests for additional custodians to the respective Defendants no later than  January 30, 2026.  Any disputes regarding Plaintiffs' request(s) for additional custodians shall be filed by February 19, 2026 in accordance with Judge Cisneros's Standing Order.  The Court sets a status conference for February 19, 2026 at 2:30 p.m. via Zoom Webinar. The parties shall file a joint status report by February 12, 2026.