[Counsel listed on signature pages]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> STABILITY AI LTD., ET AL., <br><br> Defendants. | Case No. 3:23-cv-00201-WHO <br><br> **DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT** <br><br> Date: February 25, 2026 <br> Time: 2:00 p.m. <br> Location: Video Conference (Zoom) |

Defendants Stability AI Ltd., Stability AI, Inc., DeviantArt, Inc., and Midjourney, Inc. submit this notice of non-opposition to Plaintiffs' Motion for Leave to File a Third Amended Complaint (Dkt. 376). Defendant Runway AI, Inc. takes no position on Plaintiffs' motion.

By not opposing or taking no position, Defendants neither adopt nor agree with the statements or arguments Plaintiffs make in their motion, including whether Plaintiffs have demonstrated that "justice so requires" amendment pursuant to Federal Rule of Civil Procedure 15(a)(2). Defendants further reserve all rights and defenses to the claims and allegations in the proposed Third Amended Complaint.

Dated: January 26, 2026

MORRISON & FOERSTER LLP

By:    */s/ Aditya V. Kamdar*
ADITYA V. KAMDAR
JGratz@mofo.com
TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
TIMOTHY C. SAULSBURY (CA SBN 281434)
TSaulsbury@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:   415.268.7000
Facsimile:   415.268.7522

MARK A. LEMLEY (CA SBN 155830)
mlemley@lex-lumina.com
LEX LUMINA PLLC
745 Fifth Avenue, Suite 500
New York, New York 10151
Telephone:   646.898.2055
Facsimile:   646.906.8657

ADITYA V. KAMDAR (CA SBN 324567)
AKamdar@mofo.com
BRITTANY WARREN (PRO HAC VICE)
BWarren@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
Telephone:   202.887.1500
Facsimile:   202.887.0763

CHRISTOPHER R. ADLER (CA SBN 346588)
CAdler@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone:   213.892.5200
Facsimile:   213.892.5454

*Attorneys for Defendants*
STABILITY AI LTD. AND STABILITY AI, INC.

| | | |
|---|---|---|
| Dated: January 26, 2026 | | CLEARY GOTTIEB STEEN & HAMILTON LLP |

By: /s/ *Angela Dunning* (with permission)
ANGELA DUNNING

ANGELA DUNNING
adunning@cgsh.com
SAM BLANKENSHIP
sblankenship@cooley.com
CLEARY GOTTIEB STEEN & HAMILTON
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304-1248
Telephone: 650.815.4131

ARMINDA B. BEPKO
abepko@cgsh.com
CHARITY E. LEE
charitylee@cgsh.com
CLEARY GOTTIEB STEEN & HAMILTON
One Liberty Plaza
New York, NY 10006
Telephone: 212.225.2558

*Attorneys for Defendant Midjourney, Inc.*

Dated: January 26, 2026        KEKER, VAN NEST AND PETERS LLP

By: /s/ *Paven Malhotra* (with permission)
PAVEN MALHOTRA

DAVID JASON SILBERT
dsilbert@keker.com
BAILEY WILSON HEAPS
bheaps@keker.com
JULIA LEIGH GREENBERG
jgreenberg@keker.com
LUKE P. APFELD
lapfeld@keker.com
PAVEN MALHOTRA
pmalhotra@keker.com
KEKER, VAN NEST AND PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415.391.5400
Facsimile: 415.397.7188

*Attorneys for Defendant Runway AI, Inc.*

Defendants' Response to Plaintiffs' Motion For Leave to File Third Amended Complaint
Case No. 3:23-cv-00201-WHO

4

| | |
|---|---|
| Dated: January 26, 2026 | LATHAM & WATKINS LLP |
| | By: */s/ Brittany Lovejoy* (with permission) |
| | BRITTANY NICHOLE LOVEJOY |
| | |
| | ANDREW MICHAEL GASS |
| | andrew.gass@lw.com |
| | BRITTANY NICHOLE LOVEJOY |
| | brittany.lovejoy@lw.com |
| | MICHAEL H. RUBIN |
| | michael.rubin@lw.com |
| | LATHAM & WATKINS LLP |
| | 505 Montgomery Street, Suite 2000 |
| | San Francisco, CA 94111 |
| | Telephone: 415.391.0600 |
| | Facsimile: 415.395.8095 |
| | |
| | SARAH F. MITCHELL |
| | sarah.mitchell@lw.com |
| | LATHAM & WATKINS LLP |
| | 355 South Grand Avenue, Suite 100 |
| | Los Angeles, CA 90071 |
| | Telephone: 213.485.1234 |
| | |
| | *Attorneys for Defendant DeviantArt, Inc.* |

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

The filer attests that the other signatories listed, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the filing's content and have authorized the filing.

Dated: January 26, 2026                 /s/ *Aditya V. Kamdar*
                                        Aditya V. Kamdar

# CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2026, I electronically filed the foregoing **DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT** with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel of record registered on the ECF system.

/s/ *Aditya V. Kamdar*
Aditya V. Kamdar