[Counsel listed on signature pages]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, an individual;<br>KARLA ORTIZ, an individual;<br>GRZEGORZ RUTKOWSKI, an individual;<br>GREGORY MANCHESS, an individual;<br>GERALD BROM, an individual;<br>JINGNA ZHANG, an individual;<br>JULIA KAYE, an individual;<br>ADAM ELLIS, an individual,<br><br>　　　Individual and Representative<br>　　　Plaintiffs,<br><br>　　v.<br><br>STABILITY AI LTD., a UK corporation;<br>STABILITY AI, INC., a Delaware corporation;<br>DEVIANTART, INC., a Delaware corporation;<br>MIDJOURNEY, INC., a Delaware corporation;<br>RUNWAY AI, INC., a Delaware corporation,<br><br>　　　Defendants. | Case No. 3:23-cv-00201-WHO (LJC)<br><br>**STIPULATED ORDER FOR ENLARGEMENT OF TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO MODIFY CASE SCHEDULE**<br><br>Dept:　　2; 17th Floor<br>Judge:　　Hon. William H. Orrick<br><br>Date Filed: January 13, 2023<br><br>Trial Date: April 5, 2027 |

STIPULATED ORDER FOR ENLARGEMENT OF TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFFS'
MOTION TO MODIFY CASE SCHEDULE
Case No. 3:23-cv-00201-WHO (LJC)

4095430

Pursuant to Local Rules 6-2 and 7-12, Plaintiffs Sarah Andersen, Karla Ortiz, Grzegorz Rutkowski, Gregory Manchess, Gerald Brom, Jingna Zhang, Julia Kaye, and Adam Ellis ("Plaintiffs") and Defendants Stability AI Ltd., Stability AI, Inc., DeviantArt, Inc., Midjourney, Inc., and Runway AI, Inc. ("Defendants") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and request as follows:

WHEREAS, Plaintiffs filed a Motion to Modify Case Schedule ("Motion") at 5:57 p.m. on January 23, 2026, *see* Dkt. 391;

WHEREAS, the docket initially reflected that Defendants' deadline to respond to the Motion would be February 6, 2026;

WHEREAS, the docket was updated on January 26, 2026 to reflect that the deadline to respond is January 27, 2026;

WHEREAS, the Parties met and conferred regarding Defendants' response to the Motion and agreed that Defendants shall have until January 29, 2026 to file a response;

WHEREAS, the Court advised the parties to file their briefing within ten days of the Case Management Conference on January 20, 2026 so the matter may be resolved before February 9;

WHEREAS, to date, there have been minimal time modifications in the case by stipulation or Court order;[1] and

WHEREAS, an extension to the deadline for Defendants' response to the Motion would have no effect on the current schedule for the case.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their undersigned counsel, that Defendants' deadline to file a response to the Motion shall be extended to January 29, 2026.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____    _____
　　　　　　　　　　　　　　　　　　　　DISTRICT JUDGE
　　　　　　　　　　　　　　　　　　　　WILLIAM H. ORRICK

---

[1] *See* Dkts. 28 & 29, 39 & 40, 60 & 63, 92 & 95, 137 & 138, 152 & 153, 242 & 243, 254 & 255, 270 & 273, 295 & 296, 310 & 312, 311 & 313, 315 & 317.

|   |   |
|---|---|
|   | Respectfully Submitted, |
| Dated:  January 27, 2026 | JOSEPH SAVERI LAW FIRM, LLP |
|   | By:  */s/ Joseph R. Saveri*<br>JOSEPH R. SAVERI<br>CADIO ZIRPOLI<br>CHRISTOPHER K.L. YOUNG<br>ELISSA A. BUCHANAN<br>EVAN CREUTZ<br>AARON CERA<br>601 California Street, Suite 1505<br>San Francisco, California 94108<br>Telephone: (415) 500-6800<br>Facsimile: (415) 395-9940<br>Email: jsaveri@saverilawfirm.com<br>        cyoung@saverilawfirm.com<br>        eabuchanan@saverilawfirm.com<br>        ecreutz@saverilawfirm.com<br>        acera@saverilawfirm.com<br><br>Matthew Butterick<br>1920 Hillhurst Avenue, #406<br>Los Angeles, CA 90027<br>Telephone: (323) 968-2632<br>Facsimile: (415) 395-9940<br>Email: mb@buttericklaw.com<br><br>*Counsel for Plaintiffs* |
| Dated:  January 27, 2026 | KEKER, VAN NEST & PETERS LLP |
|   | By:  */s/ Paven Malhotra*<br>DAVID SILBERT<br>PAVEN MALHOTRA<br>BAILEY W. HEAPS<br>JULIA L. GREENBERG<br>PAUL H. VON AUTENRIED<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone: (415) 391-5400<br>Email: dsilbert@keker.com<br>        pmalhotra@keker.com<br>        bheaps@keker.com<br>        jgreenberg@keker.com<br>        pvonautenried@keker.com<br><br>*Counsel  for Defendant Runway AI, Inc.* |

| | |
|---|---|
| Dated:  January 27, 2026 | LATHAM & WATKINS LLP<br><br>By:  */s/ Brittany N. Lovejoy*<br>ANDREW M. GASS<br>MICHAEL H. RUBIN<br>BRITTANY N. LOVEJOY<br>SARAH F. MITCHELL<br>505 Montgomery Street, Suite 2000<br>San Francisco, California 94111-6538<br>Telephone: (415) 391-0600<br>Email:  andrew.gass@lw.com<br>          michael.rubin@lw.com<br>          brittany.lovejoy@lw.com<br>          sarah.mitchell@lw.com<br><br>*Counsel for Defendant DeviantArt, Inc.* |
| Dated:  January 27, 2026 | MORRISON & FOERSTER LLP<br><br>By:  */s/ Aditya Kamdar*<br>JOSEPH CHARLES GRATZ<br>TIFFANY CHEUNG<br>TIMOTHY CHEN SAULSBURY<br>425 Market Street<br>San Francisco, California 94105<br>Telephone: (415) 268-7000<br>Email:  jgratz@mofo.com<br>          tcheung@mofo.com<br>          tsaulsbury@mofo.com<br><br>CHRISTOPHER R. ADLER<br>707 Wilshire Boulevard, Suite 6000<br>Los Angeles, CA 90017-3543<br>Telephone: (213) 892-5200<br>Email:  cadler@mofo.com<br><br>ADITYA VIJAY KAMDAR<br>2100 L Street NW, Suite 900<br>Washington, DC 20037<br>Telephone: (202) 887-1500<br>Email:  akamdar@mofo.com<br><br>*Counsel for Defendants Stability AI Ltd.*<br>*And Stability AI, Inc.* |

3

STIPULATED ORDER FOR ENLARGEMENT OF TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFFS'
MOTION TO MODIFY CASE SCHEDULE
Case No. 3:23-cv-00201-WHO (LJC)

4095430

| | | |
|---|---|---|
| Dated:  January 27, 2026 | By: | CLEARY GOTTLIEB STEEN & HAMILTON LLP |

*/s/ Angela Dunning*
ANGELA DUNNING
SAM BLANKENSHIP
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304-1248
Telephone: (650) 815-4131
Email: adunning@cgsh.com
sblankenship@cgsh.com

ARMINDA B. BEPKO
CHARITY E. LEE
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2517
Email: abepko@cgsh.com
charitylee@cgsh.com

*Counsel for Defendant Midjourney, Inc.*

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

The filer attests that the other signatories listed, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the filing's content and have authorized the filing.

Dated: January 27, 2026

/s/ *Paven Malhotra*
Paven Malhotra

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker, Van Nest & Peters LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On January 27, 2026, I served the following document(s):

**STIPULATED ORDER FOR ENLARGEMENT OF TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO MODIFY CASE SCHEDULE**

☑ by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

| <u>*Attorneys for Plaintiffs*</u> | <u>*Attorneys for Defendant DeviantArt, Inc.*</u> |
|---|---|
| Joseph R. Saveri<br>Cadio Zirpoli<br>Christopher K.L. Young<br>Elissa A. Buchanan<br>Holden Benon<br>Evan Creutz<br>Aaron Cera<br>Alexander Zeng<br>Alexandra Fernandez<br>Louis Kessler<br>Joseph Saveri Law Firm, LLP<br>601 California Street, Suite 1505<br>San Francisco, CA 94108<br>jslfservice_stabledif@saverilawfirm.com | Andrew M. Gass<br>Michael H. Rubin<br>Brittany N. Lovejoy<br>Latham & Watkins LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111-6538<br>andrew.gass@lw.com<br>michael.rubin@lw.com<br>brittany.lovejoy@lw.com<br><br>Sarah F. Mitchell<br>Latham & Watkins LLP<br>355 South Grand Avenue, Suite 100<br>Los Angeles, CA 90071<br>sarah.mitchell@lw.com<br><br>Simeon Botwinick<br>Latham & Watkins LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004-1304<br>simeon.botwinick@lw.com<br>andersenvdeviantart.lwteam@lw.com |

| ***Attorneys for Defendant Stability, Inc. and Stability AI Ltd.*** | ***Counsel for Defendant Midjourney, Inc.*** |
|---|---|
| Joseph C. Gratz<br>Tiffany Cheung<br>Timothy Chen Saulsbury<br>Jackson Lane<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA  94105-2482<br>jgratz@mofo.com<br>tcheung@mofo.com<br>tsaulsbury@mofo.com<br>jlane@mofo.com<br><br>Christopher R. Adler<br>Morrison & Foerster LLP<br>707 Wilshire Blvd., Suite 6000<br>Los Angeles, CA  90017-3543<br>cadler@mofo.com<br><br>Aditya V. Kamdar<br>Brittany A. Warren<br>Morrison & Foerster LLP<br>2100 L Street, NW, Suite 900<br>Washington, DC  20037<br>akamdar@mofo.com<br>bwarren@mofo.com<br>stability-andersen@mofo.com | Angela L. Dunning<br>Samuel Blankenship<br>Kimberly Bittinger<br>Cleary Gottlieb Steen & Hamilton LLP<br>1841 Page Mill Road, Suite 250<br>Palo Alto, CA  94304-1248<br>adunning@cgsh.com<br>sblankenship@cgsh.com<br>kbittinger@cgsh.com<br><br>Arminda B. Bepko<br>Charity E. Lee<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>abepko@cgsh.com<br>charitylee@cgsh.com<br>team-midjourney-andersen-cgsh@cgsh.com |
| ***Attorneys for Defendant Stability, Inc. and Stability AI Ltd.***<br>Mark A. Lemley<br>Lex Lumina PLLC<br>745 Fifth Avenue, Suite 500<br>New York, NY  10151<br>mlemley@lex-lumina.com | |

Executed on January 27, 2026, at San Francisco, California.  I declare under penalty of perjury that the above is true and correct.



_____
Jessica M. Delgadillo

7

STIPULATED ORDER FOR ENLARGEMENT OF TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO MODIFY CASE SCHEDULE
Case No. 3:23-cv-00201-WHO (LJC)

4095430