UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, et al.,<br><br>              Plaintiffs,<br><br>   v.<br><br>STABILITY AI LTD., et al.,<br><br>              Defendants. | Case No. 23-CV-00201-WHO (LJC)<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO MODIFY CASE SCHEDULE**<br><br>Judge: Hon. William H. Orrick, U.S.D.J. |

# [PROPOSED] ORDER

Before this Court is Plaintiffs' Motion to Modify Case Schedule (Dkt. 391). Having considered the Parties' arguments and all papers filed herein, the Court hereby **DENIES** the motion and enters Defendants' proposed new schedule as follows:

| EVENT | CURRENT DEADLINES | NEW DEADLINES |
|---|---|---|
| Deadline to serve all deposition notices and subpoenas | February 13, 2026 | February 13, 2026 |
| Close of Fact Discovery | March 13, 2026 | April 17, 2026 |
| Filing of Opening Expert Report(s) on which respective Parties have burden of proof | April 13, 2026 | June 15, 2026 |
| Filing of Responsive Expert Report(s) | May 13, 2026 | July 20, 2026 |
| Filing of Reply Expert Report(s) | June 15, 2026 | August 17, 2026 |
| Close of Expert Discovery | July 17, 2026 | September 18, 2026 |
| Last day to move for Class Certification and Summary Judgment | August 14, 2026 | October 12, 2026 |
| Deadline to file Oppositions to Motion for Class Certification and Motion for Summary Judgment | September 28, 2026 | November 23, 2026 |
| Deadline to file Replies in support of Motion for Class Certification and Motion for Summary Judgment | October 19, 2026 | December 22, 2026 |
| Motion Hearing on Class Certification and Summary Judgement | November 4, 2026 at 2:00 p.m. | To be set by the Court |
| Pretrial Conference | March 1, 2027 at 2:00 p.m. | To be set by the Court |
| Trial | April 5, 2027 at 8:30 a.m. by Jury | To be set by the Court |

**IT IS SO ORDERED.**

Dated: _____

　　　　　　　　　　　　　Honorable William H. Orrick
　　　　　　　　　　　　　United States District Judge