UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH ANDERSEN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STABILITY AI LTD., et al., <br><br> Defendants. | Case No. 23-cv-00201-WHO <br><br> **ORDER GRANTING IN PART PLAINTIFFS' MOTION TO MODIFY CASE SCHEDULE** |

Before this Court is Plaintiffs' Motion to Modify Case Schedule. Having considered the Parties' arguments and all papers filed herein, the Court hereby **GRANTS in part** the motion as

shown below.

| EVENT | CURRENT DEADLINES | NEW DEADLINES |
|---|---|---|
| Deadline to serve all deposition notices and subpoenas | February 13, 2026 | May 11, 2026 |
| Close of Fact Discovery | March 13, 2026 | June 1, 2026 |
| Filing of Opening Expert Report(s) on which respective Parties have burden of proof | April 13, 2026 | July 15, 2026 |
| Filing of Responsive Expert Report(s) | May 13, 2026 | August 18, 2026 |
| Filing of Reply Expert Report(s) | June 15, 2026 | September 17, 2026 |
| Close of Expert Discovery | July 17, 2026 | October 18, 2026 |
| Last day to move for Class Certification and Summary Judgment | August 14, 2026 | November 11, 2026 |
| Deadline to file Oppositions to Motion for Class Certification and Motion for Summary Judgment | September 28, 2026 | December 22, 2026 |
| Deadline to file Replies in support of Motion for Class Certification and Motion for Summary Judgment | October 19, 2026 | January 29, 2027 |
| Motion Hearing on Class Certification and Summary Judgement | November 4, 2026 at 2:00 p.m | February 17, 2027 |
| Pretrial Conference | March 1, 2027 at 2:00 p.m. | April 26, 2027 |
| Trial | April 5, 2027 at 8:30 a.m. by Jury | June 1, 2027 |

If there is a conflict on the trial date, the parties shall request a Case Management Conference to set the trial. If the parties wish to adjust any dates other than the trial date, pretrial conference or dispositive motion hearing, they may file a stipulation to that effect and the court is likely to agree to the change(s).

**IT IS SO ORDERED.**

Dated: February 2, 2026



William H. Orrick
United States District Judge