[Counsel listed on signature pages]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SARAH ANDERSEN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STABILITY AI LTD., et al., <br><br> Defendants. | Case No. 23-CV-00201-WHO (LJC) <br><br> **STIPULATED ORDER FOR ENLARGEMENT OF TIME FOR PLAINTIFFS TO PRODUCE TO RUNWAY MATERIALS CONTAINING THIRD-PARTY DESIGNATED INFORMATION** <br><br> Dept: 2; 17th Floor <br> Judge: Hon. William H. Orrick <br> Date Filed: January 13, 2023 <br> Trial Date: April 5, 2027 |

1   Pursuant to Local Rules 6-2 and 7-12, Plaintiffs Sarah Andersen, Karla Ortiz, Grzegorz Rutkowski, Gregory Manchess, Gerald Brom, Jingna Zhang, Julia Kaye, and Adam Ellis ("Plaintiffs") and Defendant Runway AI, Inc. ("Runway") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and request as follows:

WHEREAS, on January 28, 2026, the Court issued an order requiring Plaintiffs to produce to Runway: (1) final expert reports Plaintiffs Andersen and Zhang served in *In re Google*, (2) Plaintiffs Andersen and Zhang's deposition transcripts from *In re Google*, and (3) the written discovery responses served by Plaintiffs Andersen and Zhang in *In re Google* ("*In re Google* Materials"), no later than February 4, 2026. ECF No. 403;

WHEREAS, on January 30, Plaintiffs wrote to counsel for Runway requesting its agreement to a 14-day extension on the deadline to produce *In re Google* Materials because much of it contains information designated as confidential by third parties to this Action;

WHEREAS, Runway agrees to a two-week extension, to February 18, 2026, on the deadline for production of materials designated confidential in *In re Google*, in order to allow those designating parties to seek protective orders, in accordance with the protective orders in both this Action and *In re Google*, but this agreement does not include those materials that were not designated confidential;

WHEREAS, to date, there have been minimal time modifications in the case by stipulation or Court order;[1] and

WHEREAS, an extension to the deadline for Defendants' response to the Motion would have no effect on the current schedule for the case.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their undersigned counsel, that Plaintiffs' deadline to produce *In re Google* Materials that contain third-party designated information shall be extended to February 18, 2026.

---

[1] *See* Dkts. 28 & 29, 39 & 40, 60 & 63, 92 & 95, 137 & 138, 152 & 153, 242 & 243, 254 & 255, 270 & 273, 295 & 296, 310 & 312, 311 & 313, 315 & 317, 399 & 401.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
Honorable Lisa J Cisneros
United States Magistrate Judge

Dated: February 3, 2026

By:      */s/ Joseph R. Saveri*
              Joseph R. Saveri

Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
Elissa A. Buchanan (SBN 249996)
Evan Creutz (SBN 349728)
Holden Benon (SBN 325847)
Aaron Cera (SBN 351163)
Alexander Zeng (SBN 360220)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
Email: czirpoli@saverilawfirm.com
Email: cyoung@saverilawfirm.com
Email: ebuchanan@saverilawfirm.com
Email: hbenon@saverilawfirm.com
Email: acera@saverilawfirm.com
Email: azeng@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, 406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email: mb@butataricklaw.com

*Counsel for Individual and Representative Plaintiffs
and the Proposed Class*

Dated: February 3, 2016

By:  /s/ David J. Silbert
David J. Silbert

David J. Silbert (SBN 173128)
Paven Malhotra (SBN 258429)
Bailey Heaps (SBN 295870)
Julia L. Greenberg (SBN 333864)
Paul H. von Autenried (SBN 335917)
633 Battery Street
San Francisco, CA 94111-1809
**KEKER, VAN NEST & PETERS LLP**
Telephone: (415) 391-5400
Email: dsilbert@keker.com
pmalhotra@keker.com
bheaps@keker.com
jgreenberg@keker.com
pvonautenried@keker.com

*Counsel for Defendant Runway AI, Inc.*

---

Case No. 23-cv-00201-WHO (LJC)    3
STIPULATED ORDER FOR ENLARGEMENT OF TIME FOR PLAINTIFFS TO PRODUCE
TO RUNWAY MATERIALS CONTAINING THIRD-PARTY DESIGNATED INFORMATION