1

[Counsel listed on signature pages]

2

3

4

5

6

7

8

9

10

11

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

12

13

SARAH ANDERSEN, et al.,
                              Plaintiffs,

14

        v.

15

STABILITY AI LTD., et al.,
                              Defendants.

16

Case No. 23-CV-00201-WHO (LJC)

**SECOND STIPULATED ORDER FOR**
**ENLARGEMENT OF TIME FOR**
**PLAINTIFFS TO PRODUCE TO RUNWAY**
**MATERIALS CONTAINING THIRD-**
**PARTY DESIGNATED INFORMATION**

17

Dept: 2; 17th Floor
Judge: Hon. William H. Orrick
Date Filed: January 13, 2023
Trial Date: April 5, 2027

18

19

20

21

22

23

24

25

26

27

28

SECOND STIPULATED ORDER FOR ENLARGEMENT OF TIME FOR PLAINTIFFS TO PRODUCE TO RUNWAY
MATERIALS CONTAINING THIRD-PARTY DESIGNATED INFORMATION

1    Pursuant to Local Rules 6-2 and 7-12, Plaintiffs Sarah Andersen, Karla Ortiz, Grzegorz Rutkowski,

2    Gregory Manchess, Gerald Brom, Jingna Zhang, Julia Kaye, and Adam Ellis ("Plaintiffs") and Defendant

3    Runway AI, Inc. ("Runway") (collectively, the "Parties"), by and through their respective counsel, hereby

4    stipulate and request as follows:

5    WHEREAS, on January 28, 2026, the Court issued an order requiring Plaintiffs to produce to

6    Runway: (1) final expert reports Plaintiffs Andersen and Zhang served in *In re Google*, (2) Plaintiffs

7    Andersen and Zhang's deposition transcripts from *In re Google*, and (3) the written discovery responses

8    served by Plaintiffs Andersen and Zhang in *In re Google* ("*In re Google* Materials"), no later than February

9    4, 2026. ECF No. 403;

10    WHEREAS, on January 30, Plaintiffs wrote to counsel for Runway requesting its agreement to a 14-

11    day extension on the deadline to produce *In re Google* Materials because much of it contains information

12    designated as confidential by third parties to this Action;

13    WHEREAS, Runway agreed to a two-week extension, to February 18, 2026, on the deadline for

14    production of materials designated confidential in *In re Google*, in order to allow those designating parties

15    to seek protective orders, in accordance with the protective orders in both this Action and *In re Google*, but

16    this agreement does not include those materials that were not designated confidential;

17    WHEREAS, the Court granted the Parties' Stipulation for Enlargement of Time for Plaintiffs to

18    Produce to Runway Materials Containing Third-Party Designated Information (ECF No. 411);

19    WHEREAS, Plaintiffs have begun complying with the Court's Order (ECF No. 403) by serving

20    certain expert reports and written discovery responses that do not contain third-party confidential

21    information to Runway;

22    WHEREAS, Runway has told Plaintiffs that, in an effort to avoid Court intervention, it is willing to

23    accept redactions to *In re Google* Materials that contain third-party confidential information, reserving all

24    rights to challenge the scope of such redactions;

25    WHEREAS, Plaintiffs have been working diligently with designating parties through a multi-step

26    process to identify and redact confidential information in the remaining *In re Google* Materials in an effort

27    to resolve confidentiality issues without the need for Court intervention;

28

Case No. 23-cv-00201-WHO (LJC)                                    1

SECOND STIPULATED ORDER FOR ENLARGEMENT OF TIME FOR PLAINTIFFS TO PRODUCE TO RUNWAY
MATERIALS CONTAINING THIRD-PARTY DESIGNATED INFORMATION

1    WHEREAS, Plaintiffs have advised Runway that additional time is needed for the Parties and

2  designating parties to address confidentiality issues, and that designating parties have expressed concern

3  regarding the current February 18, 2026, deadline;

4    WHEREAS, on February 11, Plaintiffs wrote counsel for Runway requesting its agreement to a

5  further extension on the current February 18, 2026, deadline to produce *In re Google* Materials containing

6  confidential information, and for designating parties to seek protective orders, to March 10, 2026;

7    WHEREAS, Runway agrees to extend to March 10, 2026, the deadline for production of materials

8  designated confidential in *In re Google*, in order to allow those designating parties sufficient time to seek

9  protective orders, in accordance with the protective orders in both this Action and *In re Google*, but this

10  agreement does not include those materials that were not designated confidential;

11    WHEREAS, to date, there have been minimal time modifications in the case by stipulation or Court

12  order;[1] and

13    WHEREAS, an extension to the deadline for Defendants' response to the Motion would have no

14  effect on the current schedule for the case.

15    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties,

16  through their undersigned counsel, that Plaintiffs' deadline to produce *In re Google* Materials that contain

17  third-party designated information, and the designating parties' deadline to seek protective orders with

18  respect to their confidential information, shall be extended to March 10, 2026.

19

20

21

22

23

24

25

26

27

28

---

[1] *See* Dkts. 28 & 29, 39 & 40, 60 & 63, 92 & 95, 137 & 138, 152 & 153, 242 & 243, 254 & 255, 270 & 273, 295 & 296, 310 & 312, 311 & 313, 315 & 317, 399 & 401, 410 & 411.

SECOND STIPULATED ORDER FOR ENLARGEMENT OF TIME FOR PLAINTIFFS TO PRODUCE TO RUNWAY
MATERIALS CONTAINING THIRD-PARTY DESIGNATED INFORMATION

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
MAGISTRATE JUDGE
LISA J. CISNEROS

Dated: February 13, 2026

By:        */s/ Joseph R. Saveri*
                Joseph R. Saveri

Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
Elissa A. Buchanan (SBN 249996)
Evan Creutz (SBN 349728)
Holden Benon (SBN 325847)
Aaron Cera (SBN 351163)
Alexander Zeng (SBN 360220)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
Email: czirpoli@saverilawfirm.com
Email: cyoung@saverilawfirm.com
Email: ebuchanan@saverilawfirm.com
Email: hbenon@saverilawfirm.com
Email: acera@saverilawfirm.com
Email: azeng@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, 406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email: mb@buttoricklaw.com

*Counsel for Individual and Representative Plaintiffs
and the Proposed Class*

Dated: February 13, 2016

By:        */s/ Paven Malhotra*
                Paven Malhotra

David J. Silbert (SBN 173128)
Paven Malhotra (SBN 258429)
Bailey Heaps (SBN 295870)
Julia L. Greenberg (SBN 333864)
Paul H. von Autenried (SBN 335917)
633 Battery Street
San Francisco, CA 94111-1809

Case No. 23-cv-00201-WHO (LJC)                    3

SECOND STIPULATED ORDER FOR ENLARGEMENT OF TIME FOR PLAINTIFFS TO PRODUCE TO RUNWAY
MATERIALS CONTAINING THIRD-PARTY DESIGNATED INFORMATION

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**KEKER, VAN NEST & PETERS LLP**
Telephone: (415) 391-5400
Email: dsilbert@keker.com
pmalhotra@keker.com
bheaps@keker.com
jgreenberg@keker.com
pvonautenried@keker.com

*Counsel for Defendant Runway AI, Inc.*

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

The filer attests that the other signatories listed, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the filing's content and have authorized the filing.

Dated: February 13, 2026                    */s/ Joseph R. Saveri*
                                                        Joseph R. Saveri

SECOND STIPULATED ORDER FOR ENLARGEMENT OF TIME FOR PLAINTIFFS TO PRODUCE TO RUNWAY
MATERIALS CONTAINING THIRD-PARTY DESIGNATED INFORMATION