OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

Northern District of California

CIVIL MINUTES

| **Date:** February 19, 2026 | **Time:** 21 minutes | **Judge:** LISA J. CISNEROS |
|---|---|---|
| **Case No.:** 3:23-cv-00201-WHO | **Case Name:** Andersen v. Stability AI Ltd. | |

**For Plaintiff Attorney:** Alexandra Fernandez and Holden Benon, Joseph Saveri Law Firm, LLP.

**For Defendant Stability AI Ltd. and Stability AI, Inc.:** Joe Gratz, Morrison & Foerster LLP.

**For Defendant Midjourney Inc.:** Angela Dunning, Cleary Gottlieb Steen & Hamilton LLP.

**For Defendant Runway AI, Inc:** Paven Malhotra and Paul von Autenried, Keker Van Nest and Peters LLP.

**For Defendant DeviantArt:** Simeon Botwinick, Latham and Watkins LLP.

| **Deputy Clerk:** Brittany Sims | **Recorded via Zoom:** 2:39 p.m.- 3:00 p.m. |
|---|---|

PROCEEDINGS

Discovery Status Conference held.

The Court discussed the issues raised in the parties' joint status report. Plaintiffs and DeviantArt have reached a resolution regarding production of DeviantArt's communications with LAION. The Court orders that if Plaintiffs and Stability are unable to reach a resolution regarding the format of Stability's training data, they shall file a joint discovery letter brief regarding this issue no later than February 27, 2026. Plaintiffs explained that they were still meeting and conferring with Midjourney and Stability regarding additional document custodians and would not be filing letter briefs regarding this issue by the February 19, 2026, deadline. Plaintiffs, Midjourney, and Stability shall continue their meet and confer efforts to resolve this issue and, if they are unable to reach a resolution, shall file their letter brief(s) regarding additional custodians no later than March 5, 2026.

Plaintiffs informed the Court that they would be providing an additional response to Midjourney in the next few days regarding Midjourney's interrogatories about first publication dates. Plaintiffs and Midjourney are directed to meet and confer to try to resolve this dispute,

and if they are unable to reach a resolution, they shall file a joint discovery brief regarding this issue no later than March 12, 2026. The parties disagree about whether Plaintiffs' February 13, 2026, response to Defendants' deficiency letter was adequate, and the Court expects the parties to continue to meet and confer to address the issues raised in the deficiency letter.

The next discovery status conference is set for March 19, 2026, at 2:30pm via Zoom. The parties shall file a joint status report no later than March 12, 2026.