[Counsel Listed on Signature Pages]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, et al., | Case No.: 3:23-cv-00201-WHO |
| *Individual and Representative Plaintiffs*, | **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE JOINT LETTER BRIEF REGARDING STABILITY AI'S TRAINING-DATA PRODUCTION** |
| v. | |
| STABILITY AI LTD., et al., | |
| *Defendants*. | |

Case No.: 3:23-cv-00201-WHO

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE JOINT LETTER BRIEF REGARDING STABILITY AI'S TRAINING-DATA PRODUCTION

1  Plaintiffs Sarah Andersen, Karla Ortiz, Grzegorz Rutkowski, Gregory Manchess, Gerald Brom,
2  Jingna Zhang, Julia Kaye, and Adam Ellis ("Plaintiffs") and Defendants Stability AI Ltd. and Stability AI,
3  Inc. (collectively, "Stability AI"), by and through their respective counsel, hereby stipulate and agree as
4  follows:

5  WHEREAS, on November 25, 2025, Plaintiffs sent a letter to Stability AI requesting nine categories
6  of information related to Stability AI's training data production, including the existence of a manifest, the
7  completeness of metadata and training-run mapping, and the identification of preprocessing steps;

8  WHEREAS, during the January 22, 2026 Discovery Status Conference, the Court directed the
9  Parties to meet and confer to resolve the dispute;

10 WHEREAS, the Court's deadline for filing a Joint Letter Brief on issues relating to Stability AI's
11 training data production is February 27, 2026;

12 WHEREAS, the Parties have been meeting and conferring regarding the training data production
13 issues and wish to continue those discussions in good faith to attempt to resolve the dispute without judicial
14 intervention;

15 WHEREAS, to date, there have been minimal time modifications in the case by stipulation or Court
16 order;[1]

17 NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties,
18 through their undersigned counsel, as follows:

19   1. The deadline for filing a Joint Letter Brief regarding the outstanding disputes over Stability AI's
20      training-data production is extended from February 27, 2026 to March 11, 2026.
21   2. The Parties shall meet and confer in good faith regarding the training-data production issues on
22      or before March 7, 2026.
23   3. If the Parties resolve the dispute, they shall promptly notify the Court by filing a joint
24      stipulation.
25   4. If the Parties are unable to resolve the dispute by March 11, 2026, either Party may file a Joint
26      Letter Brief on or before that date in accordance with the Court's procedures.

---

[1] *See* ECF Nos. 28, 29, 39, 40, 137, 138, 152, 153, 270, 273, 295, 296, 310-13, 315, 317, 399, 401, 409-11, 416, 417.

5. Nothing in this Stipulation shall be construed as a waiver of either Party's rights or positions regarding the scope, completeness, or sufficiency of Stability AI's training data production, or any other issue in this litigation.

6. This Stipulation shall be binding on all signatory parties and their successors, assigns, and counsel.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March ___, 2026

                                              The Honorable Lisa J. Cisneros
United States Magistrate Judge

Dated: February 27, 2026

By: /s/ *Aditya Vijay Kamdar*

Aditya Vijay Kamdar
**MORRISON & FOERSTER LLP**
2100 L Street NW, Suite 900
Washington, DC 20037
202-887-1500
Fax: 202-887-0763
Email: AKamdar@mofo.com

Joseph Charles Gratz
Tiffany Cheung
Timothy Chen Saulsbury
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94105
(415) 268-7000
Fax: (415) 268-7522
Email: JGratz@mofo.com
Email: tcheung@mofo.com
Email: tsaulsbury@mofo.com

Mark Alan Lemley
**LEX LUMINA PLLC**
745 Fifth Avenue, Suite 500
New York, NY 10151
646-898-2055
Fax: 646-906-8657
Email: mlemley@lex-lumina.com

Christopher Adler
**MORRISON & FOERSTER LLP**
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017
Telephone: 213-892-5200
Email: cadler@mofo.com

*Counsel for Defendants Stability AI Ltd. and Stability AI, Inc.*

By: /s/ *Joseph R. Saveri*

Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
Elissa A. Buchanan (SBN 249996)
Evan Creutz (SBN 349728)
Holden Benon (SBN 325847)
Alexandra Fernandez (SBN 330518)
Aaron Cera (SBN 351163)
Louis A. Kessler (SBN 243703)
Alexander Zeng (SBN 360220)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
Email: czirpoli@saverilawfirm.com
Email: cyoung@saverilawfirm.com
Email: ebuchanan@saverilawfirm.com
Email: ecreutz@saverilawfirm.com
Email: hbenon@saverilawfirm.com
Email: afernandez@saverilawfirm.com
Email: acera@saverilawfirm.com
Email: lkessler@saverilawfirm.com
Email: azeng@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email:  mb@butboricklaw.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

I, Joseph R. Saveri, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the other signatory.

Dated: February 27, 2026          */s/ Joseph R. Saveri*
                                                      Joseph R. Saveri