# EXHIBIT A

# (Plaintiff Images in LAION-5B)

Exhibit A: Plaintiff images in LAION-5B — p.1

# Adam Ellis: training image 1



copyright registration: Books of Adam: The Blunder Years (TX0007828053)

LAION-5B caption: "Books of Adam: The Blunder Years: Amazon.co.uk: Ellis, Adam: 9781455516988: Books"

LAION-5B url: https://encrypted-tbn0.gstatic.com/images?q=tbn%3AANd9GcRnlmySh0VND6u725x2gC6LDVsEQ84qkn9Ywg&usqp=CAU

Exhibit A: Plaintiff images in LAION-5B — p.2

# Adam Ellis: training image 2



copyright registration: Super Chill: A Year of Living Anxiously (TX0008744896)

LAION-5B caption: "Super Chill: A Year of Living Anxiously"

LAION-5B url: http://dianereviewsbooks.com/wp-content/uploads/2018/08/Super-Chill-A-Year-of-Living-Anxiously.jpg

Exhibit A: Plaintiff images in LAION-5B — p.3

# Gerald Brom: training image 1



copyright registration: The Child Thief (TX0007054207)

LAION-5B caption: "The Child Thief, brom"

LAION-5B url: https://assets1.bmstatic.com/assets/audiobooks-covers/82/5f/SswoQQPq-large.jpeg?ts=1620993636

Exhibit A: Plaintiff images in LAION-5B — p.4

# Gerald Brom: training image 2



copyright registration: The Child Thief (TX0007054207)

LAION-5B caption: "rebeccacablah: meloramylin: Peter Pan from Brom's 'The Child Thief'. One day I will be as good as Brom, one day. That's an interesting Peter Pan -Ell"

LAION-5B url: https://64.media.tumblr.com/tumblr_luubyxXds51qdj4y0o1_500.jpg

Exhibit A: Plaintiff images in LAION-5B — p.5

# Gerald Brom: training image 3



copyright registration: The Child Thief (TX0007054207)

LAION-5B caption: "The Reverend from The Child Thief - Gerald Brom"

LAION-5B url: https://i.pinimg.com/736x/36/77/bd/3677bd135a32459c08c54a44ca3ccfa2--character-portraits-character-art.jpg

Exhibit A: Plaintiff images in LAION-5B — p.6

# Gerald Brom: training image 4



copyright registration: The Child Thief (TX0007054207)

LAION-5B caption: """"Lady of the Lake - """"The Child Thief"""" art by Gerald Brom""""

LAION-5B url: https://images.squarespace-cdn.com/content/v1/5899d53e6b8f5bbffd742979/1492977352451-EIIF54EAB3YBBGPEASTT/ke17ZwdGBToddl8pDm48kJuCwfBQEdHistWF5wjmTMFZw-zPPgdn4jUwVcJE1ZvWEtT5uBSRWt4vQZAgTJucoTqqXjS3CfNDSuuf31e0tVHpYDFiI1c4r69BCax3u6qJT7_KK4PuRCi3OEgD_X6zhXabq7Bp_UDyUGhG1qO9rm8/image-asset.jpeg

Exhibit A: Plaintiff images in LAION-5B — p.7

# Gerald Brom: training image 5



copyright registration: Krampus (TX0007639837)

LAION-5B caption: "Krampus by Brom"

LAION-5B url: https://darkermagazine.ru/uploads/files_elfinder/2013/11/Tma_v_knigah/brom1.jpg

Exhibit A: Plaintiff images in LAION-5B — p.8

# Gerald Brom: training image 6



copyright registration: Krampus (TX0007639837)

LAION-5B caption: "Krampus - Brom, Jakob Schmidt"

LAION-5B url: https://wasliestdu.de/dateien/styles/width-200/public/cover/5/5A/5AE/krampus-brom.jpeg?itok=hVeryoOc

Exhibit A: Plaintiff images in LAION-5B — p.9

# Gerald Brom: training image 7



copyright registration: Krampus (TX0007639837)

LAION-5B caption: "An Exclusive First Look at Brom's New Dark Fantasy Book — Featuring Krampus, the Christmas Devil!"

LAION-5B url: http://i.kinja-img.com/gawker-media/image/upload/s--JBXh1XGL--/17f0hqcos6s7ajpg.jpg

Exhibit A: Plaintiff images in LAION-5B — p.10

# Gerald Brom: training image 8



copyright registration: Krampus (TX0007639837)

LAION-5B caption: "Krampus artwork by Brom"

LAION-5B url: http://images5.fanpop.com/image/photos/29400000/Krampus-artwork-by-Brom-fantasy-art-29435330-317-500.jpg

Exhibit A: Plaintiff images in LAION-5B — p.11

# Gerald Brom: training image 9



copyright registration: Krampus (TX0007639837)

LAION-5B caption: "Krampus artwork by Brom"

LAION-5B url: http://images5.fanpop.com/image/photos/29400000/Krampus-artwork-by-Brom-fantasy-art-29435349-404-500.jpg

Exhibit A: Plaintiff images in LAION-5B — p.12

# Gerald Brom: training image 10



copyright registration: Krampus (TX0007639837)

LAION-5B caption: "Krampus: The Yule Lord"

LAION-5B url: https://i.pinimg.com/236x/83/d5/46/83d54653a794350a7aed14305ab59fc2--dark-fantasy-fantasy-art.jpg

Exhibit A: Plaintiff images in LAION-5B — p.13

# Gerald Brom: training image 11



copyright registration: Krampus (TX0007639837)

LAION-5B caption: "Perchta (aka Mrs. Claus) Brom"

LAION-5B url: https://gneissmoon.files.wordpress.com/2014/01/perchta-aka-mrs-claus-brom.jpg?w=584

Exhibit A: Plaintiff images in LAION-5B — p.14

# Gerald Brom: training image 12



copyright registration: Lost Gods (TX0008339972)

LAION-5B caption: "Lost Gods - A Novel ebook by Brom"

LAION-5B url: https://cdn.kobo.com/book-images/7eab2fb4-8442-47a4-b8df-0ffbc914ea0a/353/569/90/False/lost-gods-3.jpg

Exhibit A: Plaintiff images in LAION-5B — p.15

# Gerald Brom: training image 13



copyright registration: Lost Gods (TX0008339972)

LAION-5B caption: "Brom - Lost Gods"

LAION-5B url: https://atticcartomancy.com/cards/wp-content/uploads/2017/11/brom-lost-gods.jpg

Exhibit A: Plaintiff images in LAION-5B — p.16

# Gerald Brom: training image 14



copyright registration: Lost Gods (TX0008339972)

LAION-5B caption: "Gerald Brom Art painting illustration lord Kashaol"

LAION-5B url: https://conceptartworld.com/wp-content/uploads/2009/08/Gerald-Brom-Art-painting-illustration-lord-Kashaol-680x863.jpg

Exhibit A: Plaintiff images in LAION-5B — p.17

# Gregory Manchess: training image 1



copyright registration: Above the Timberline (TX0008571339)

LAION-5B caption: "Gregory Manchess: Above the Timberline"

LAION-5B url: https://images.gr-assets.com/books/1492892244l/34937679.jpg

Exhibit A: Plaintiff images in LAION-5B — p.18

# Gregory Manchess: training image 2



copyright registration: Above the Timberline (TX0008571339)

LAION-5B caption: "Above the Timberline cover reveal Greg Manchess"

LAION-5B url: https://i0.wp.com/www.tor.com/wp-content/uploads/2017/04
/Timberline_interior1-740x303.jpg?resize=740%2C303&

Exhibit A: Plaintiff images in LAION-5B — p.19

# Gregory Manchess: training image 3



copyright registration: Above the Timberline (TX0008571339)

LAION-5B caption: "Above the Timberline cover reveal Greg Manchess"

LAION-5B url: https://i0.wp.com/www.tor.com/wp-content/uploads/2017/04
/Timberline_interior02-740x303.jpg?resize=740%2C303&

Exhibit A: Plaintiff images in LAION-5B — p.20

# Gregory Manchess: training image 4



copyright registration: Above the Timberline (TX0008571339)

LAION-5B caption: "Above the Timberline cover reveal Greg Manchess"

LAION-5B url: https://i1.wp.com/www.tor.com/wp-content/uploads/2017/04
/Timberline_interior03-740x303.jpg?resize=740%2C303&

Exhibit A: Plaintiff images in LAION-5B — p.21

# Gregory Manchess: training image 5



copyright registration: Above the Timberline (TX0008571339)

LAION-5B caption: "Above the Timberline by Greg Manchess"

LAION-5B url: https://i2.wp.com/www.tor.com/wp-content/uploads/2017/10/Timberline_Manchess_1.png?fit=740%2C+9999&

Exhibit A: Plaintiff images in LAION-5B — p.22

# Gregory Manchess: training image 6



copyright registration: Above the Timberline (TX0008571339)

LAION-5B caption: "big wild cats running in snow by Gregory Manchess"

LAION-5B url: https://1.bp.blogspot.com/-3lWaoifW5Vo/XtFB3KdHL_I/AAAAAAAAl2w/aS7LE88FXEML98q8Waqd3_8ai-tqiMPDgCLcBGAsYHQ/s640/Gregory%2BManchess.jpg

Exhibit A: Plaintiff images in LAION-5B — p.23

# Gregory Manchess: training image 7



copyright registration: Above the Timberline (TX0008571339)

LAION-5B caption: "Above the Timberline cover reveal Greg Manchess"

LAION-5B url: https://i0.wp.com/www.tor.com/wp-content/uploads/2017/04
/Timberline_interior04-740x303.jpg?resize=740%2C303&type=vertical&quality=100

Exhibit A: Plaintiff images in LAION-5B — p.24

# Grzegorz Rutkowski: training image 1



copyright registration: unregistered

LAION-5B caption: "Dragon's Breath by Grzegorz Rutkowski"

LAION-5B url: https://i.pinimg.com/736x/79/29/85/792985ea833c93fd0da1548ba4c05189.jpg

Exhibit A: Plaintiff images in LAION-5B — p.25

# Grzegorz Rutkowski: training image 2



copyright registration: unregistered

LAION-5B caption: "Grzegorz rutkowski dwarf 2 4"

LAION-5B url: https://cdn.artstation.com/p/assets/images/images/004/111/222/20161129145028/smaller_square/grzegorz-rutkowski-dwarf-2-4.jpg?1480452628

Exhibit A: Plaintiff images in LAION-5B — p.26

# Grzegorz Rutkowski: training image 3



copyright registration: unregistered

LAION-5B caption: "Oil Brushes for photoshop - Grzegorz Rutkowski"

LAION-5B url: https://i.ytimg.com/vi/B-fdzHA1e_0/maxresdefault.jpg

Exhibit A: Plaintiff images in LAION-5B — p.27

# Grzegorz Rutkowski: training image 4



copyright registration: unregistered

LAION-5B caption: "Grzegorz rutkowski swamp ambush over 2 1400"

LAION-5B url: https://cdn.artstation.com/p/assets/images/images/000/100/545/20140612051639/smaller_square/grzegorz-rutkowski-swamp-ambush-over-2-1400.jpg?1443932333

Exhibit A: Plaintiff images in LAION-5B — p.28

# Grzegorz Rutkowski: training image 5



copyright registration: unregistered

LAION-5B caption: "1266-battle-of-dragon-cavern-grzegorz-rutkowski"

LAION-5B url: https://images.squarespace-cdn.com/content/58616771e4fcb5ea1259f197/1503704199669-FDQUDP3LTUE5JWOYNRKU/1266-battle-of-dragon-cavern-grzegorz-rutkowski?format=1000w&content-type=image%2Fjpeg

Exhibit A: Plaintiff images in LAION-5B — p.29
# Grzegorz Rutkowski: training image 6



copyright registration: unregistered

LAION-5B caption: "Fisherman's boy by 88grzes"

LAION-5B url: https://images-wixmp-ed30a86b8c4ca887773594c2.wixmp.com/intermediary/f/0f32ddfc-07dd-4afe-bcfd-60218bd1c565/dc2245x-e9edc8ec-a841-47e9-82a5-99d7869468bd.jpg/v1/fill/w_454,h_250,q_70,strp/fisherman_s_boy_by_88grzes_dc2245x-250t.jpg

Exhibit A: Plaintiff images in LAION-5B — p.30

# Grzegorz Rutkowski: training image 7



copyright registration: unregistered

LAION-5B caption: "Archangel by 88grzes"

LAION-5B url: https://images-wixmp-ed30a86b8c4ca887773594c2.wixmp.com/f/0f32ddfc-07dd-4afe-bcfd-60218bd1c565
/d2260w1-d3b8823f-33d2-4f55-81b4-0309727faa9c.jpg/v1/fill/w_600,h_900,q_75,strp
/archangel_by_88grzes.jpg?token=eyJ0eXAiOiJKV1QiLCJhbGciOiJIUzI1NiJ9.eyJpc3MiOiJ1cm46YXBwOjdlMGQxODg5ODIyNjQzNzNhNWY
wZDQxNWVhMGQyNmUwIiwic3ViIjoidXJuOmFwcDo3ZTBkMTg4OTgyMjY0MzczYTVmMGQ0MTVlYTBkMjZlMCIsImF1ZCI6WyJ1cm46c2Vy
dmljZTppbWFnZS5vcGVyYXRpb25zIl0sIm9iaiI6W1t7InBhdGgiOiJcL2ZcL2ZjMzJkZGRmYy0wN2RkLTRhZmUtYmNmZC02MDIxOGJkMWM1NjU
vZDIyNjB3MS1kM2I4ODIzZi0zM2QyLTRmNTUtODFiNC0wMzA5NzI3ZmFhOWMuanBnIiwid2lkdGgiOiI8PTYwMCIsImhlaWdodCI6Ijw9OTAw
In1dXX0.MM97lKd3UE1dNneOqofSdY9bMoNJCGSurqt6IUcdl_M

Exhibit A: Plaintiff images in LAION-5B — p.31

# Grzegorz Rutkowski: training image 8



copyright registration: unregistered

LAION-5B caption: "Underwater by 88grzes "

LAION-5B url: https://images-wixmp-ed30a86b8c4ca887773594c2.wixmp.com/intermediary/f/0f32ddfc-07dd-4afe-bcfd-60218bd1c565/d2hm9de-dad37eb6-e461-4a55-8152-9c23feb2f6c7.jpg/v1/crop/w_238,h_250,x_0,y_0,scl_0.35789473684211,q_70,strp/underwater_by_88grzes_d2hm9de-250t.jpg

Exhibit A: Plaintiff images in LAION-5B — p.32

# Hawke Southworth: training image 1



copyright registration: unregistered

LAION-5B caption: ".:Flowers:. by Hauket"

LAION-5B url: https://images-wixmp-ed30a86b8c4ca887773594c2.wixmp.com/f/b69d3c5a-a56b-4440-9973-baf982dd19a4
/dd6wlk4-48bb99ad-4c4a-401f-a54d-a7a1d3ac93fe.png/v1/crop/w_174,h_250,x_0,y_0,scl_0.10028818443804,strp
/___flowers___by_hauket_dd6wlk4-250t.png?token=eyJ0eXAiOiJKV1QiLCJhbGciOiJIUzI1NiJ9.eyJzdWIiOiJ1cm46YXBwOjdlMGQxODg5ODI
yNjQzNzNhNWYwZDQxNWVhMGQyNmUwIiwiaXNzIjoidXJuOmFwcDo3ZTBkMTg4OTgyMjY0MzczYTVmMGQ0MTVlYTBkMjZlMCIsIm9iaiI
6W1t7ImhlaWdodCI6Ijw9MjMwNiIsInBhdGgiOiJcL2RkNmJsZ2OWQzYzVhLWE1NmItNDQ0MC05OTczLWJhZjk4MmRkMTlhNFwvZGQ2d2xrNC0
0OGJiOTlhZC00YzRhLTQwMWYtYTU0ZC1hN2ExZDNhYzkzZmUucG5nIiwid2lkdGgiOiI8PTE2MDAifV1dLCJhdWQiOlsidXJuOnNlcnZpY2U
aW1hZ2Uub3BlcmF0aW9uocyjJdfQ.Pnqpkwx83memsriyWr4IWGn1h-fqWz_KeDJVlZk-G9A

Exhibit A: Plaintiff images in LAION-5B — p.33

# Hawke Southworth: training image 2



copyright registration: unregistered

LAION-5B caption: "Baby Spire Auction!! closed by Hauket"

LAION-5B url: https://images-wixmp-ed30a86b8c4ca887773594c2.wixmp.com/f/b69d3c5a-a56b-4440-9973-baf982dd19a4
/d8tmba5-287313eb-e225-487f-a2c2-031c094c53a4.png/v1/fill/w_887,h_901,q_75,strp/baby_spire_auction___closed_by_hauket-
d8tmba5.png?token=eyJ0eXAiOiJKV1QiLCJhbGciOiJIUzI1NiJ9.eyJpc3MiOiJ1cm46YXBwOjdlMGQxODg5ODIyNjQzNzNhNWYwZDQxNWVh
MGQyNmUwIiwic3ViIjoidXJuOmFwcDo3ZTBkMTg4OTgyMjY0MzczYTVmMGQ0MTVlYTBkMjZlMCIsImF1ZCI6WyJ1cm46c2VydmljZTppbWFnZS5vcGVyYXRpb25zIl0sImlhdCI6MWt7aW5BhdGIiOiItLi5iJi9pbmJlkM2M1YS1hNTZiLTQ0NDAtOTk3My1iYWY5ODJkZDE5YTQvZDh0bWJhNS0yOyyDczMTNlYi1MjI1LTQ4N2YtYTJjMi0wMzFjMDk0YzUzYTQucGc5nIiwid2lkdGgiOiI8PTg4NyIsImhlaWdodCI6Ijw9OTAxIn1dXX0.qS-
sSX_SSfRnFoluzvd_x1e2pDq8WGZYXsgBbBKHuhQ

Exhibit A: Plaintiff images in LAION-5B — p.34

# Hawke Southworth: training image 3



copyright registration: unregistered

LAION-5B caption: "more fox customs by Hauket"

LAION-5B url: https://images-wixmp-ed30a86b8c4ca887773594c2.wixmp.com/f/b69d3c5a-a56b-4440-9973-baf982dd19a4
/d5ckkb3-732d3f4d-9332-49df-
bfb6-6d55b5d8167e.png?token=eyJ0eXAiOiJKV1QiLCJhbGciOiJIUzI1NiJ9.eyJpc3MiOiJ1cm46YXBwOjdlMGQxODg5ODlyNjQzNzNhNWYw
ZDQxNWVhMGQyNmUwIiwic3ViIjoidXJuOmFwcDo3ZTBkMTg4OTgyNjY0MzczYTVmMGQ0MTVlYTBkMjZlMCIsImF1ZCI6WyJ1cm46c2Vyd
mljZTpmaWxlLmRvd25sb2FkIl0sIm9iaiI6W1t7InBhdGgiOiIvZi9iNjlkM2M1YS1hNTZiLTQ0NDAtOTk3My1iYWY5ODJkZDE5YTQvZDVja2tiMy
03MzJkM2Y0ZC05MzMyLTQ5ZGYtYmZiNi02ZDU1YjVkODE2N2UucG5nIn1dXX0.Oyt3kHmGsVxdmiNFVcP-ifGsgxNY_PwFFkLyCS-bhzI

Exhibit A: Plaintiff images in LAION-5B — p.35

# Hawke Southworth: training image 4



copyright registration: unregistered

LAION-5B caption: ".:Kebanzu Summer Event!!:. by Hauket"

LAION-5B url: https://images-wixmp-ed30a86b8c4ca887773594c2.wixmp.com/intermediary/f/b69d3c5a-a56b-4440-9973-baf982dd19a4/dcgqfee-5106c503-7095-468a-90de-0289ea2d0111.png/v1/fill/w_179,h_200,strp/__kebanzu_summer_event_____by_hauket_dcgqfee-200h.png

Exhibit A: Plaintiff images in LAION-5B — p.36

# Hawke Southworth: training image 5



copyright registration: unregistered

LAION-5B caption: "Fox Mask preview by Hauket"

LAION-5B url: https://images-wixmp-ed30a86b8c4ca887773594c2.wixmp.com/f/b69d3c5a-a56b-4440-9973-baf982dd19a4
/d58dg7k-10e2fb0f-4cf9-44b5-8870-a28854c62fb7.png/v1/fill/w_800,h_580,q_75,strp/fox_mask_preview_by_aviator33-
d58dg7k.png?token=eyJ0eXAiOiJKV1QiLCJhbGciOiJIUzI1NiJ9.eyJpc3MiOiJ1cm46YXBwOjdlMGQxODg5ODIyNjQzNzNhNWYwZDQxNWVh
MGQyNmUwIiwic3ViIjoidXJuOmFwcDo3ZTBkMTg4OTgyMjY0MzczYTVmMGQ0MTVlYTBkMjZlMCIsImF1ZCI6WyJ1cm46c2VydmljZTppbWFnZS5vcGVyYXRpb25zIl0sImlhdCI6W1t7InBhdGgiOiIvZi9iNjlkM2M1YS1hNTZiLTQ0NDAtOTk3My1iYWY5ODJkZDE5YTQvZDU4ZGc3ay0xMGUyZmIwZi00Y2Y5LTQ0YjUtODg3MC1hMjg4NTRjNjJmYjcucG5nIiwiaGVpZ2h0IjoiPD04MTgiLCJ3aWR0aCI6Ijw9MTEzMCJ9XV0sImF1ZCI6IlsidXJuOnNlcnZpY2U6aW1hZ2Uub3BlcmF0aW9ucyJdIn0.vYb5MDK4r
Mt7ViV4PfRHUQ4FAPbdnyrXkbC5SMnH7U8

Exhibit A: Plaintiff images in LAION-5B — p.37

# Hawke Southworth: training image 6



copyright registration: unregistered

LAION-5B caption: "Feerin Sketch Ref by Hauket"

LAION-5B url: https://images-wixmp-ed30a86b8c4ca887773594c2.wixmp.com/f/b69d3c5a-a56b-4440-9973-baf982dd19a4
/d6d3pwq-39e51726-d2b6-403f-
81f1-5e89af36151b.png?token=eyJ0eXAiOiJKV1QiLCJhbGciOiJIUzI1NiJ9.eyJpc3MiOiJ1cm46YXBwOjdlMGQxODg5ODIyNjQzNzNhNWYwZ
DQxNWVhMGQyNmUwIiwic3ViIjoidXJuOmFwcDo3ZTBkMTg4OTgyMjY0MzczYTVmMGQ0MTVlYTBkMjZlMCIsImF1ZCI6WyJ1cm46c2Vyd
mljZTpmaWxlLmRvd25sb2FkIl0sIm9iaiI6W1t7InBhdGgiOiIvZi9iNjlkM2M1YS1hNTZiLTQ0NDAtOTk3My1iYWY5ODJkZDE5YTQvZDZkM3B3
cS0zOWU1MTcyNi1kMmI2LTQwM2YtODFmMS01ZTg5YWYzNjE1MWIucG5nIn1dXX0.v2d8-
x8dnbkON5oqXQRU7utY3LfUXfOvwekEGq1eZoY

Exhibit A: Plaintiff images in LAION-5B — p.38

# Hawke Southworth: training image 7



copyright registration: unregistered

LAION-5B caption: "Shapeshifter Character Design"

LAION-5B url: https://images-wixmp-ed30a86b8c4ca887773594c2.wixmp.com/f/b69d3c5a-a56b-4440-9973-baf982dd19a4
/d9d4oe2-89e81c82-4361-43ad-8d9e-b25de45bc2b1.png/v1/fill/w_947,h_844,q_75,strp/shapeshifter_nomad_sketches_by_hauket-
d9d4oe2.png?token=eyJ0eXAiOiJKV1QiLCJhbGciOiJIUzI1NiJ9.eyJpc3MiOiJ1cm46YXBwOjdlMGQxODg5ODIyNjQzNzNhNWYwZDQxNWVh
MGQyNmUwIiwic3ViIjoidXJuOmFwcDo3ZTBkMTg4OTgyMjY0MzczYTVmMGQ0MTVlYTBkMjZlMCIsImF1ZCI6WyJ1cm46c2VydmljZTppbWFnZS5vcGVyYXRpb25zIl0sImlhdCI6W1t7IlBhdGgiOiIvZi9iNjlkM2M1YS1hNTZiLTQ0NDAtOTk3My1iYWY5ODJkZDE5YTQvZDlkNG9lMi04OW
U4MWM4Mi00MzYxLTQzYWQtOGQ5ZS1iMjVkZTQ1YmMyYjEucG5nIiwid2lkdGgiOiI8PTk0NyIsImhlaWdodCI6Ijw9ODQ0In1dXX0.FUCB2L9
XyF2e7dVsRW5fEfe_EdlbZZ-kAb7R6-FudEY

Exhibit A: Plaintiff images in LAION-5B — p.39

# Jingna Zhang: training image 1



copyright registration: Anouk (VA0001911930)

LAION-5B caption: "Fashion Gone Rogue: Anouk by Jingna Zhang, via Behance"

LAION-5B url: https://i.pinimg.com/236x/4b/5e/b9/4b5eb92903fa8c8efb6c604eac96c19e--editorial-fashion-fashion-shoot.jpg

Exhibit A: Plaintiff images in LAION-5B — p.40

# Jingna Zhang: training image 2



copyright registration: Anouk (VA0001911930)

LAION-5B caption: "anouk van kleef6 Anouk van Kleef by Zhang Jingna for Fashion Gone Rogue"

LAION-5B url: https://www.fashiongonerogue.com/wp-content/uploads/2013/11/anouk-van-kleef6.jpg

Exhibit A: Plaintiff images in LAION-5B — p.41

# Jingna Zhang: training image 3



copyright registration: Anouk (VA0001911930)

LAION-5B caption: "anouk van kleef4 Anouk van Kleef by Zhang Jingna for Fashion Gone Rogue"

LAION-5B url: https://www.fashiongonerogue.com/wp-content/uploads/2013/11/anouk-van-kleef4.jpg

Exhibit A: Plaintiff images in LAION-5B — p.42

# Jingna Zhang: training image 4



copyright registration: Anouk (VA0001911930)

LAION-5B caption: "anouk van kleef5 Anouk van Kleef by Zhang Jingna for Fashion Gone Rogue "

LAION-5B url: https://i.pinimg.com/236x/92/8c/31/928c318483980203aa17488f2b23152f.jpg

Exhibit A: Plaintiff images in LAION-5B — p.43

# Jingna Zhang: training image 5



copyright registration: Anouk (VA0001911930)

LAION-5B caption: "anouk van kleef9 Anouk van Kleef by Zhang Jingna for Fashion Gone Rogue "

LAION-5B url: https://www.fashiongonerogue.com/wp-content/uploads/2013/11/anouk-van-kleef9.jpg

Exhibit A: Plaintiff images in LAION-5B — p.44

# Jingna Zhang: training image 6



copyright registration: Motherland Chronicles (VA0001917341)

LAION-5B caption: "☆ Motherland Chronicles :¦: Photographer Zhang Jingna ☆"

LAION-5B url: https://i.pinimg.com/736x/c0/37/4a/c0374aad0404c333b0ba5943c4c08b62.jpg

Exhibit A: Plaintiff images in LAION-5B — p.45

# Jingna Zhang: training image 7



copyright registration: Motherland Chronicles (VA0001917341)

LAION-5B caption: "Motherland Chronicles #7 - Self Portrait in Water "

LAION-5B url: https://images.squarespace-cdn.com/content/53adb9cbe4b05e0d792c6c88
/1501891362755-4RG36SGG7AOZ38SM863X/Motherland-Chronicles-7-Self-Portrait-in-Water.jpg?content-type=image%2Fjpeg

Exhibit A: Plaintiff images in LAION-5B — p.46

# Jingna Zhang: training image 8



copyright registration: Motherland Chronicles (VA0001917341)

LAION-5B caption: "Jingna Zhang Fashion, Fine Art & Beauty Photography – Blog "

LAION-5B url: https://i.pinimg.com/originals/1f/6a/49/1f6a490bdb93abf07b9dde5d65fb3266.jpg

Exhibit A: Plaintiff images in LAION-5B — p.47

# Jingna Zhang: training image 9



copyright registration: Motherland Chronicles (VA0001917341)

LAION-5B caption: "aurorae: Motherland Chronicles #18 - Julia by `zemotion on deviantART"

LAION-5B url: https://i.pinimg.com/736x/8b/6c/23/8b6c239d46e3a49d2ead483b9949b8c0--character-ideas-character-design.jpg

Exhibit A: Plaintiff images in LAION-5B — p.48

# Jingna Zhang: training image 10



copyright registration: Motherland Chronicles (VA0001917341)

LAION-5B caption: "Motherland Chronicles 20 Lily ii by Zhang Jingna (Zemotion)"

LAION-5B url: https://i.pinimg.com/236x/da/96/4c/da964c6625fa4b85415fff027ab6511e.jpg

Exhibit A: Plaintiff images in LAION-5B — p.49

# Jingna Zhang: training image 11



copyright registration: Motherland Chronicles (VA0001917341)

LAION-5B caption: "Zhang Jingna fotografia fashion surreal"

LAION-5B url: https://4.bp.blogspot.com/-CdFJwROrwEg/VJ7QLO-fq7I/AAAAAAABDiw/uTnhuvOMbuY/s1600/Motherland-Chronicles-21---Her-Resting-Place.jpg

Exhibit A: Plaintiff images in LAION-5B — p.50

# Jingna Zhang: training image 12



copyright registration: Motherland Chronicles (VA0001917341)

LAION-5B caption: "Creative Photography by Zhang Jingna"

LAION-5B url: https://i.pinimg.com/236x/d7/1a/92/d71a920d72731e7ea8fb1614e8a8a374--fairy-tales-make-up.jpg

Exhibit A: Plaintiff images in LAION-5B — p.51

# Jingna Zhang: training image 13



copyright registration: Motherland Chronicles (VA0001917341)

LAION-5B caption: "Motherland Chronicles #24 - Alodia Photography: Zhang Jingna Model: Alodia Gosiengfiao Hair: James Thomas Makeup: Lindsey Rivera Photo Assistants: Julia Wang, JoEllen Elam Lace top: Mother of London Skirt: Firefly Path Headdress: Bubbles And Frown Studio: Pillar Box Studios "

LAION-5B url: https://i.pinimg.com/236x/31/85/c2/3185c24ec79cc4c26bedc69017041a10.jpg

Exhibit A: Plaintiff images in LAION-5B — p.52

# Jingna Zhang: training image 14



copyright registration: Motherland Chronicles (VA0001917341)

LAION-5B caption: "zemotion - Motherland Chronicles 25 - Raven Girl "

LAION-5B url: https://farm6.staticflickr.com/5513/9449966347_0e65d52305_z.jpg

Exhibit A: Plaintiff images in LAION-5B — p.53

# Jingna Zhang: training image 15



copyright registration: Motherland Chronicles (VA0001917341)

LAION-5B caption: "Motherland Chronicles - Lyle , 2013"

LAION-5B url: https://images.squarespace-cdn.com/content/53adb9cbe4b05e0d792c6c88
/1405552398485-7BWXX3SLSQK8UP3UYTIQ/Motherland-Chronicles-29---Lyle.jpg?content-type=image%2Fjpeg

Exhibit A: Plaintiff images in LAION-5B — p.54

# Jingna Zhang: training image 16



copyright registration: Motherland Chronicles (VA0001917341)

LAION-5B caption: "Fantasy-Inspired Portraits of Beautifully Surreal Women - Zhang Jingna (aka zemotion) "

LAION-5B url: https://i.pinimg.com/236x/e4/20/89/e42089e1a2367befe0bc7de896dad4ef.jpg

Exhibit A: Plaintiff images in LAION-5B — p.55

# Jingna Zhang: training image 17



copyright registration: Motherland Chronicles (VA0001917341)

LAION-5B caption: "Motherland Chronicles 32 - Ea by Zhang Jingna"

LAION-5B url: https://cloudfront.slrlounge.com/wp-content/uploads/2013/10/Motherland-Chronicles-32-Ea-Zhang-Jingna-zemotion.jpg

Exhibit A: Plaintiff images in LAION-5B — p.56

# Jingna Zhang: training image 18



copyright registration: Motherland Chronicles (VA0001917341)

LAION-5B caption: "Motherland Chronicles #35 - Kalli , 2013 "

LAION-5B url: https://images.squarespace-cdn.com/content/54551600e4b0a3c8f0e11fd4/1414868472628-ARNKQLNCZGPBTD7WRURK/Motherland-Chronicles-35---Kalli-Zhang-Jingna-zemotion.jpg?content-type=image%2Fjpeg

Exhibit A: Plaintiff images in LAION-5B — p.57

# Jingna Zhang: training image 19



copyright registration: Motherland Chronicles (VA0001917341)

LAION-5B caption: "Epic fine-art photography by Zhang Jingna "

LAION-5B url: https://i.pinimg.com/236x/7f/6b/97/7f6b972614c2d8ea0e42550778342c22.jpg

Exhibit A: Plaintiff images in LAION-5B — p.58

# Jingna Zhang: training image 20



copyright registration: Motherland Chronicles (VA0001917341)

LAION-5B caption: "Photography: Zhang Jingna "

LAION-5B url: https://i.pinimg.com/236x/b2/d4/2e/b2d42efa905c6617a8bbffe848436adf.jpg

Exhibit A: Plaintiff images in LAION-5B — p.59

# Jingna Zhang: training image 21



copyright registration: Motherland Chronicles (VA0001917341)

LAION-5B caption: "Motherland-Chronicle_Zhang-Jingna-41-From-the-Ashes.jpg "

LAION-5B url: https://images.squarespace-cdn.com/content/53adb9cbe4b05e0d792c6c88
/1501891479498-0GSDWL5VWRHOVBPQ39D3/Motherland-Chronicle_Zhang-Jingna-41-From-the-Ashes.jpg?content-type=image%2Fjpeg

Exhibit A: Plaintiff images in LAION-5B — p.60

# Jingna Zhang: training image 22



copyright registration: Motherland Chronicles (VA0001917341)

LAION-5B caption: " © Zhang Jingna.Motherland Chronicles - Dreaming, 2013 "

LAION-5B url: https://images.squarespace-cdn.com/content/5702ab9d746fb9634796c9f9/1492020010865-DXWEY0KLNGGLSCYRONGY/?content-type=image%2Fjpeg

Exhibit A: Plaintiff images in LAION-5B — p.61

# Jingna Zhang: training image 23



copyright registration: Motherland Chronicles (VA0001917341)

LAION-5B caption: "zemotion | Zhang Jingna Photography Blog: 8 Tips for Underwater Model Photography"

LAION-5B url: https://i.pinimg.com/236x/ce/7a/d1/ce7ad1eb64a54b1b85864d7278efa355.jpg

Exhibit A: Plaintiff images in LAION-5B — p.62

# Jingna Zhang: training image 24



copyright registration: Portrait of Solitude (VA0001917201)

LAION-5B caption: "zemotion - Portrait of Solitude."

LAION-5B url: https://farm7.staticflickr.com/6129/5960733525_48da5b4f62_z.jpg

Exhibit A: Plaintiff images in LAION-5B — p.63

# Julia Kaye: training image 1



copyright registration: My Life in Transition: A Super Late Bloomer Collection (TX0009086758)

LAION-5B caption: "My Life in Transition - Julia Kaye"

LAION-5B url: https://www.bokkilden.no/servlet/VisBildeServlet?produktId=25341455&width=400

Exhibit A: Plaintiff images in LAION-5B — p.64

# Julia Kaye: training image 2



copyright registration: Super Late Bloomer: My Early Days in Transition (TX0008576918)

LAION-5B caption: "Super Late Bloomer: My Early Days in Transition - Kaye, Julia"

LAION-5B url: https://www3.alibris-static.com/super-late-bloomer-my-early-days-in-transition/isbn/9781449489625_l.jpg

Exhibit A: Plaintiff images in LAION-5B — p.65

# Julia Kaye: training image 3



copyright registration: Super Late Bloomer: My Early Days in Transition (TX0008576918)

LAION-5B caption: "Julia Kaye Tells Her Transgender Stories In Hilariously Emotional Comics"

LAION-5B url: https://www.tobeeko.com/wp-content/uploads/2017/07/julia-kaye-tells-her-transgender-stories-in-hilariously-emotional-comics_02.jpg

Exhibit A: Plaintiff images in LAION-5B — p.66

# Julia Kaye: training image 4



copyright registration: Super Late Bloomer: My Early Days in Transition (TX0008576918)

LAION-5B caption: "Julia Kaye Tells Her Transgender Stories In Hilariously Emotional Comics"

LAION-5B url: https://www.tobeeko.com/wp-content/uploads/2017/07/julia-kaye-tells-her-transgender-stories-in-hilariously-emotional-comics_03.jpg

Exhibit A: Plaintiff images in LAION-5B — p.67

# Julia Kaye: training image 5



copyright registration: Super Late Bloomer: My Early Days in Transition (TX0008576918)

LAION-5B caption: "Gender-transition-comics-transgender-julia-kaye"

LAION-5B url: https://www.boredpanda.com/blog/wp-content/uploads/2017/06/gender-transition-comics-transgender-julia-kaye-100-594cbfcd740de__700.jpg

Exhibit A: Plaintiff images in LAION-5B — p.68

# Julia Kaye: training image 6



copyright registration: Super Late Bloomer: My Early Days in Transition (TX0008576918)

LAION-5B caption: "Julia Kaye Tells Her Transgender Stories In Hilariously Emotional Comics"

LAION-5B url: https://www.tobeeko.com/wp-content/uploads/2017/07/julia-kaye-tells-her-transgender-stories-in-hilariously-emotional-comics_06.jpg

Exhibit A: Plaintiff images in LAION-5B — p.69

# Karla Ortiz: training image 1



copyright registration: I. Nature (VA0002345330)

LAION-5B caption: "Dramatic graphite drawings by Karla Ortiz - Artists Inspire Artists"

LAION-5B url: https://i.pinimg.com/736x/fb/d9/6c/fbd96c58dd3e579d358dc5218af1715d.jpg

Exhibit A: Plaintiff images in LAION-5B — p.70

# Karla Ortiz: training image 2



copyright registration: Rigidum (VA0002344253)

LAION-5B caption: "Oil painting of a man sitting on a red couch by Karla Ortiz."

LAION-5B url: https://visualartspassage.com/wp-content/uploads/2021/06/illustration-karla-drawing-painting-ortiz-drawing-painting.jpg

Exhibit A: Plaintiff images in LAION-5B — p.71

# Karla Ortiz: training image 3



copyright registration: unregistered

LAION-5B caption: "Fantasy art of woman with birds by Karla Ortiz."

LAION-5B url: https://visualartspassage.com/wp-content/uploads/2021/06/woman-illustration-falling-karla-ortiz-painting.jpg

Exhibit A: Plaintiff images in LAION-5B — p.72

# Karla Ortiz: training image 4



copyright registration: unregistered

LAION-5B caption: "'La Dama y El Pasado' by Karla Ortiz"

LAION-5B url: https://i.pinimg.com/736x/57/5d/ff/575dff5314a01db5fb3dd16bd948feb8--karla-ortiz-art-sites.jpg

Exhibit A: Plaintiff images in LAION-5B — p.73

# Karla Ortiz: training image 5



copyright registration: unregistered

LAION-5B caption: "Karla-Ortiz-Mensajeros-2013.jpg"

LAION-5B url: https://images.squarespace-cdn.com/content/5ab3f08a9f8770edeb8af6a1/1530383770342-AUECEBCJJFZHTB3LXXH3/Karla-Ortiz-Mensajeros-2013.jpg?format=1000w&content-type=image%2Fjpeg

Exhibit A: Plaintiff images in LAION-5B — p.74

# Karla Ortiz: training image 6



copyright registration: unregistered

LAION-5B caption: "by Karla Ortiz"

LAION-5B url: https://i.pinimg.com/736x/bd/7b/87/bd7b879e57adf6d8e13966c645af0724--les-artists-bunny-rabbits.jpg

Exhibit A: Plaintiff images in LAION-5B — p.75

# Karla Ortiz: training image 7



copyright registration: unregistered

LAION-5B caption: """"Ultimum"" by Karla Ortiz""

LAION-5B url: https://brokeassstuart.com/wp-content/pictsnShit/2016/12
/14947640_10155358540049409_609547523221697987_n.jpg

Exhibit A: Plaintiff images in LAION-5B — p.76

# Karla Ortiz: training image 8



copyright registration: unregistered

LAION-5B caption: """""""El Ayer"""" by Karla Ortiz."""""

LAION-5B url: https://brokeassstuart.com/wp-content/pictsnShit/2016/12/10557178_10153005128874409_6767391962241637613_n.jpg

Exhibit A: Plaintiff images in LAION-5B — p.77

# Karla Ortiz: training image 9



copyright registration: unregistered

LAION-5B caption: """"The Herd"" by Karla Ortiz (digital)""

LAION-5B url: https://images.squarespace-cdn.com/content/v1/551d418fe4b05cce10fa9d0c
/1497565052019-63URKP9NXX66C9V4K6DE
/ke17ZwdGBToddI8pDm48kBDwWNHL63az8PYWyn6GpQMUqsxRUqqbr1mOJYKfIPR7LoDQ9mXPOjoJoqy81S2I8N_N4V1vUb5AoIIIbLZhV
YxCRW4BPu1OSt3TBAUQYVKccqwmZ1C3tQbKp8OGjiqCZQEO2QVRC4UdnGeJhh4FU6d8XBEBU0uPRRas2uMp0kFD/karine-foresti
%C3%A9-white-rhino.jpg

Exhibit A: Plaintiff images in LAION-5B — p.78

# Karla Ortiz: training image 10



copyright registration: unregistered

LAION-5B caption: "Despierta (print), 2018, Archival pigmen"

LAION-5B url: https://static.wixstatic.com/media/e8d3af_103129af461147c3a07c4126df3b23af~mv2.jpg

Exhibit A: Plaintiff images in LAION-5B — p.79

# Karla Ortiz: training image 11



copyright registration: unregistered

LAION-5B caption: "Karla_Ortiz_Concept_Art_10_drawing_serfandhound"

LAION-5B url: http://conceptartworld.com/wp-content/uploads/2013/10/Karla_Ortiz_Concept_Art_10_drawing_serfandhound-680x554.jpg

Exhibit A: Plaintiff images in LAION-5B — p.80

# Karla Ortiz: training image 12



copyright registration: unregistered

LAION-5B caption: "The Art of Karla Ortiz: Drawing process."

LAION-5B url: https://i.pinimg.com/originals/07/b1/9b/07b19b2ca47d334633dabbbfaa64b7f3.jpg

Exhibit A: Plaintiff images in LAION-5B — p.81

# Karla Ortiz: training image 13



copyright registration: unregistered

LAION-5B caption: "Karla Ortiz, 'Paz en Muerte'"

LAION-5B url: https://d7hftxdivxxvm.cloudfront.net/?resize_to=fit&width=400&height=547&quality=80&src=https%3A%2F
%2Fd32dm0rphc51dk.cloudfront.net%2F3WqC38ho6Fk2IOsFQIdO0Q%2Flarge.jpg

Exhibit A: Plaintiff images in LAION-5B — p.82

# Karla Ortiz: training image 14



copyright registration: unregistered

LAION-5B caption: "Sketchbook drawing, painting of female figure by Karla Ortiz."

LAION-5B url: https://visualartspassage.com/wp-content/uploads/2021/06/karla-ortiz-portrait-painting-art.jpg

Exhibit A: Plaintiff images in LAION-5B — p.83

# Karla Ortiz: training image 15



copyright registration: unregistered

LAION-5B caption: "Arwen by Karla Ortiz - Gallery Nucleus"

LAION-5B url: https://i.pinimg.com/236x/68/a7/be/68a7be733b2cae2afc3234538ad41290.jpg

Exhibit A: Plaintiff images in LAION-5B — p.84

# Kelly McKernan: training image 1



copyright registration: unregistered

LAION-5B caption: "Kelly McKernan, paintings"

LAION-5B url: https://ego-alterego.com/wp-content/uploads/2015/05/Kelly-McKernan-paintings1-290x290.jpg

Exhibit A: Plaintiff images in LAION-5B — p.85

# Kelly McKernan: training image 2



copyright registration: unregistered

LAION-5B caption: ""Kelly McKernan ""Provenance"" Watercolor 11"" x 14"" x 1.5"" """"

LAION-5B url: https://i.pinimg.com/236x/67/b8/d2/67b8d29838ebce8ce4bcec959f9953cc--gif-art-animated-gif.jpg

Exhibit A: Plaintiff images in LAION-5B — p.86

# Kelly McKernan: training image 3



copyright registration: unregistered

LAION-5B caption: """"Concede"", by Kelly McKernan""

LAION-5B url: https://i.pinimg.com/236x/28/80/01/288001d473150a9d3b091ec57f306f1a.jpg

Exhibit A: Plaintiff images in LAION-5B — p.87

# Kelly McKernan: training image 4



copyright registration: unregistered

LAION-5B caption: "Femme of Fantasy Come Alive in Kelly McKernan's Paintings"

LAION-5B url: https://lh3.googleusercontent.com/proxy/dih8oV88vcHG8_3SavFDEVzrE-zd_t9YuIE71C43Wyh2qf4P-Vzj_k3JZYWk-n1wl44ond5IGUCVJKW5nO_R15dFP4nhD-wdrObLOT_ClpumYgsRoj2U0EbS5avHc6mDcIxnYJPG6yKSWG4vbHA39KmWJ1vKvd9XC8zSvoWOp5HRUT3JjJWH5OZabo3nboYMXYOUaR8Iwv0DHVCrN0SlBvhmg-vLKdIU484HpSX0G7BMSi0rX_6K-17Ujed_2usNOTz3iorsgV516iRauq-CJOg=w530-h265-p

Exhibit A: Plaintiff images in LAION-5B — p.88

# Kelly McKernan: training image 5



copyright registration: unregistered

LAION-5B caption: ""Fester 20"" x 24"" watercolor on watercolor paper panel by Kelly McKernan""

LAION-5B url: https://ego-alterego.com/wp-content/uploads/2015/05/Kelly-McKernan-paintings8.jpg

Exhibit A: Plaintiff images in LAION-5B — p.89

# Kelly McKernan: training image 6



copyright registration: unregistered

LAION-5B caption: "kelly mckernan art"

LAION-5B url: http://www.everydayoriginal.com/wp-content/uploads/2015/07/augury-614x1024-480x800.jpg

Exhibit A: Plaintiff images in LAION-5B — p.90

# Kelly McKernan: training image 7



copyright registration: unregistered

LAION-5B caption: "Delirium by kellymckernan"

LAION-5B url: https://images-wixmp-ed30a86b8c4ca887773594c2.wixmp.com/f/bb6174d5-922b-4f73-8ee6-92a07d7affa3
/d82wlmh-6ab7580f-a2c3-4347-a4d2-
a4ebbb4e700a.png?token=eyJ0eXAiOiJKV1QiLCJhbGciOiJIUzI1NiJ9.eyJpc3MiOiJ1cm46YXBwOjdlMGQxODg5ODIyNjQzNzNhNWYwZDQx
NWVhMGQyNmUwIiwic3ViIjoidXJuOmFwcDo3ZTBkMTg4OTgyMjY0MzczYTVmMGQ0MTVlYTBkMjZlMCIsImF1ZCI6WyJ1cm46c2VydmljZT
pmaWxlLmRvd25sb2FkIl0sIm9iaiI6W1t7InBhdGgiOiIvZi9iYjYxNzRkNS05MjJiLTRmNzMtOGVlNi05MmEwN2Q3YWZmYTMvZDgyd2xtaC02
YWI3NTgwZi1hMmMzLTQzNDctYTRkMi1hNGViYmI0ZTcwMGEucG5nIn1dXX0.DCBquO6P7KntyTWFZxHbFFoWtvKboQFmRoRS09ZGYUs

Exhibit A: Plaintiff images in LAION-5B — p.91

# Kelly McKernan: training image 8



copyright registration: unregistered

LAION-5B caption: "Lady of Light by kellymckernan"

LAION-5B url: https://images-wixmp-ed30a86b8c4ca887773594c2.wixmp.com/intermediary/f/bb6174d5-922b-4f73-8ee6-92a07d7affa3/da4gpe6-bdac0d04-a812-42bf-9bd7-1af02d4ec7f8.jpg/v1/fill/w_314,h_400,q_70,strp/lady_of_light_by_kellymckernan_da4gpe6-400t.jpg

Exhibit A: Plaintiff images in LAION-5B — p.92

# Kelly McKernan: training image 9



copyright registration: unregistered

LAION-5B caption: "Sakura by kellymckernan"

LAION-5B url: https://images-wixmp-ed30a86b8c4ca887773594c2.wixmp.com/intermediary/f/bb6174d5-922b-4f73-8ee6-92a07d7affa3/dbq8qzs-38f630fb-b862-4cf5-8b17-1aa57291c909.jpg/v1/fill/w_700,h_248,q_70,strp/sakura_by_kellymckernan_dbq8qzs-350t.jpg

Exhibit A: Plaintiff images in LAION-5B — p.93

# Sarah Andersen: training image 1



copyright registration: Adulthood is a Myth 2020 Deluxe Day-to-Day Calendar (TX0008825086)

LAION-5B caption: "Sarah s Scribbles 2020 Daily Calendar PDF"

LAION-5B url: https://books.google.com/books/content/images/frontcover/_O--wQEACAAJ?fife=w150-h200

Exhibit A: Plaintiff images in LAION-5B — p.94

# Sarah Andersen: training image 2



copyright registration: Adulthood is a Myth 2020 Wall Calendar (TX0008826881)

LAION-5B caption: "Sarahs Scribbles 2020 Wall Calendar: Amazon.es: Sarah ..."

LAION-5B url: https://images-na.ssl-images-amazon.com/images/I/814pDVdPIqL.jpg

Exhibit A: Plaintiff images in LAION-5B — p.95

# Sarah Andersen: training image 3



copyright registration: Adulthood Is A Myth: A "Sarah's Scribbles" 2018 Wall Calendar (TX0008614103)

LAION-5B caption: "Sarah's Scribbles 2018 Wall Calendar: Adulthood is a Myth PDF"

LAION-5B url: https://images-na.ssl-images-amazon.com/images/I/51opMsEwGSL.jpg

Exhibit A: Plaintiff images in LAION-5B — p.96

# Sarah Andersen: training image 4



copyright registration: Adulthood Is A Myth: A "Sarah's Scribbles" 2018 Wall Calendar (TX0008614103)

LAION-5B caption: "SarahS Scribbles 2018 Wall Calendar: Amazon.es: Sarah … "

LAION-5B url: https://images-na.ssl-images-amazon.com/images/I/91aqK549MfL.jpg

Exhibit A: Plaintiff images in LAION-5B — p.97

# Sarah Andersen: training image 5



copyright registration: Adulthood is a Myth: A "Sarah's Scribbles" 2019 Daily Calendar (TX0008660257)

LAION-5B caption: "Sarah's Scribbles 2019 Deluxe Day-to-Day Calendar: Adulthood Is a Myth "

LAION-5B url: https://images-fe.ssl-images-amazon.com/images/I/51zdAQ84IIL._SL200_.jpg

Exhibit A: Plaintiff images in LAION-5B — p.98

# Sarah Andersen: training image 6



copyright registration: Adulthood is a Myth: A "Sarah's Scribbles" 2019 Wall Calendar (TX0008706556)

LAION-5B caption: "Sarah's Scribbles 2019 Wall Calendar: Adulthood is a Myth "

LAION-5B url: https://images-na.ssl-images-amazon.com/images/I/71sfyxiscML._SL500_SR200,200_.jpg

Exhibit A: Plaintiff images in LAION-5B — p.99

# Sarah Andersen: training image 7



copyright registration: Adulthood is a Myth: A "Sarah's Scribbles" 2021 Daily Calendar (TX0009117084)

LAION-5B caption: "Adulthood is a Myth: A Sarah's Scribbles 2021 Daily Calendar "

LAION-5B url: https://www.sfbok.se/sites/default/files/styles/large/sfbok/sfbokbilder/207/207605.jpg?bust=1582127703&itok=ScJZnDDv

Exhibit A: Plaintiff images in LAION-5B — p.100

# Sarah Andersen: training image 8



copyright registration: Adulthood is a Myth: A "Sarah's Scribbles" 2021 Wall Calendar (TX0009082399)

LAION-5B caption: "By Sarah Andersen: Sarah S Scribbles 2021 Calendar Adulthood Is A "

LAION-5B url: https://images-na.ssl-images-amazon.com/images/P/152485767X.08._PE20_SCLZZZZZZZ_.jpg

Exhibit A: Plaintiff images in LAION-5B — p.101

# Sarah Andersen: training image 9



copyright registration: Adulthood Is a Myth: A Sarah's Scribbles Collection (TX0008207926)

LAION-5B caption: "Adulthood is a Myth: A Sarah's Scribbles Collection"

LAION-5B url: https://storage.googleapis.com/circlesoft/document/photos/002/506/870/large_9781449474195.jpg

Exhibit A: Plaintiff images in LAION-5B — p.102

# Sarah Andersen: training image 10



copyright registration: Adulthood Is a Myth: A Sarah's Scribbles Collection (TX0008207926)

LAION-5B caption: "Tomorrow I will wake up early, a Sarah's Scribbles comic by Sarah Andersen"

LAION-5B url: https://i.pinimg.com/236x/1b/a1/ea/1ba1ea931268ec95528d9388a844fd39--sarah-andersen-comics-funny-comics.jpg

Exhibit A: Plaintiff images in LAION-5B — p.103

# Sarah Andersen: training image 11






copyright registration: Adulthood Is a Myth: A Sarah's Scribbles Collection (TX0008207926)

LAION-5B caption: "A Super Important Email, a Sarah's Scribbles comic by Sarah Andersen"

LAION-5B url: https://i.pinimg.com/736x/a6/70/cd/a670cdf88457fb247f921905385e8b8e--sarah-andersen-comics-sarah-see-andersen.jpg

Exhibit A: Plaintiff images in LAION-5B — p.104

# Sarah Andersen: training image 12



copyright registration: Big Mushy Happy Lump: A Sarah's Scribbles Collection (TX0008493928)

LAION-5B caption: "Big Mushy Happy Lump: A Sarah's Scribbles Collection: 2"

LAION-5B url: https://m.media-amazon.com/images/I/51nvsYl-0LL._SL160_.jpg

Exhibit A: Plaintiff images in LAION-5B — p.105

# Sarah Andersen: training image 13



copyright registration: Big Mushy Happy Lump: A Sarah's Scribbles Collection (TX0008493928)

LAION-5B caption: "Sarah's Scribbles :: How I Spend Money | Tapastic Comics - image 1"

LAION-5B url: https://i.pinimg.com/236x/92/15/be/9215be17de95bb9ff6566c2785a85823--true-stories-rain.jpg

Exhibit A: Plaintiff images in LAION-5B — p.106

# Sarah Andersen: training image 14



copyright registration: Big Mushy Happy Lump: A Sarah's Scribbles Collection (TX0008493928)

LAION-5B caption: "Sarah's Scribbles by Sarah Andersen/ Listening to lyrics VS reading lyrics"

LAION-5B url: https://i.pinimg.com/236x/4e/4c/65/4e4c65b625a445db202bc39e1c5de5be--super-funny-funny-cute.jpg

Exhibit A: Plaintiff images in LAION-5B — p.107

# Sarah Andersen: training image 15



copyright registration: Fangs (TX0009043380)

LAION-5B caption: "Fangs By Sarah Andersen"

LAION-5B url: https://productimages.worldofbooks.com/1524860670.jpg

Exhibit A: Plaintiff images in LAION-5B — p.108

# Sarah Andersen: training image 16

  

  

copyright registration: Fangs (TX0009043380)

LAION-5B caption: "Fangs von Sarah Andersen. Comic. Abbildung einer Doppelseite des Comics, Seiten 6 und 7. Kurzrezension Fantasy 2"

LAION-5B url: https://d28hgpri8am2if.cloudfront.net/book_images/onix/interior_spreads/9781524860677/fangs-9781524860677.in04.jpg

Exhibit A: Plaintiff images in LAION-5B — p.109

# Sarah Andersen: training image 17



copyright registration: Get It Together! with Sarah Scribbles 2017-2018 16-Month Weekly/Monthly Planner (TX0008615735)

LAION-5B caption: "Sarah's Scribbles 2017-2018 16-Month Weekly/Monthly Planner: Get It Together! with Sarah's Scribbles"

LAION-5B url: https://m.media-amazon.com/images/I/71KQhz-HVEL._AC_UY218_ML3_.jpg

Exhibit A: Plaintiff images in LAION-5B — p.110

# Sarah Andersen: training image 18



copyright registration: Get It Together! with Sarah Scribbles 2018-2019 16-Month Weekly/Monthly Planner (TX0008681086)

LAION-5B caption: "Sarah's Scribbles 2018-2019 16-Month Monthly/Weekly Planner Calendar: Get It Together!"

LAION-5B url: https://images-na.ssl-images-amazon.com/images/I/61jGBjk8CoL.jpg

Exhibit A: Plaintiff images in LAION-5B — p.111

# Sarah Andersen: training image 19



copyright registration: Get It Together! with Sarah's Scribbles 16-Month 2019-2020 Weekly Monthly Planner (TX0008826626)

LAION-5B caption: "Sarah's Scribbles 2019-2020 16-Month Monthly/Weekly Planner Calendar"

LAION-5B url: https://images-na.ssl-images-amazon.com/images/I/71MofguowHL._AC_UL200_SR200,200_.jpg

Exhibit A: Plaintiff images in LAION-5B — p.112

# Sarah Andersen: training image 20



copyright registration: Get It Together with Sarah's Scribbles 16-Month 2020-2021 Weekly Monthly Planner (TX0009082448)

LAION-5B caption: "Get it Together! Sarah's Scribbles Weekly/Monthly Planner 2021"

LAION-5B url: https://www.sfbok.se/sites/default/files/styles/teaser/sfbok/sfbokbilder/207/207607.jpg?bust=1582127895&itok=nfnVAG7f

Exhibit A: Plaintiff images in LAION-5B — p.113

# Sarah Andersen: training image 21



copyright registration: Herding Cats: A Sarah's Scribbles Collection (TX0008564573)

LAION-5B caption: "Herding Cats / Sarah Andersen"

LAION-5B url: http://www.naufragio.it/tdl/fumetti/HerdingCatss.jpg

Exhibit A: Plaintiff images in LAION-5B — p.114

# Sarah Andersen: training image 22



copyright registration: Herding Cats: A Sarah's Scribbles Collection (TX0008564573)

LAION-5B caption: "silly picture of sarah andersen comic about being a cat or dog person"

LAION-5B url: https://ruinmyweek.com/wp-content/uploads/2017/07/the-best-funny-pictures-of-sarah-andersen-comics-cat-or-dog-person.jpg

Exhibit A: Plaintiff images in LAION-5B — p.115

# Sarah Andersen: training image 23

 

copyright registration: Herding Cats: A Sarah's Scribbles Collection (TX0008564573)

LAION-5B caption: "Herding Cats A Sarah s Scribbles Collection Amazon.co.uk Sarah Andersen Books 14296914c"

LAION-5B url: https://images-na.ssl-images-amazon.com/images/I/818Jj8pCspL.jpg

Exhibit A: Plaintiff images in LAION-5B — p.116

# Sarah Andersen: training image 24



copyright registration: Herding Cats: A Sarah's Scribbles Collection (TX0008564573)

LAION-5B caption: "Anybody who's familiar with the comics of Sarah Andersen will know how perfectly they summarize the daily struggles of modern life, especially when it comes to Sarah Anderson Comics, Sara Anderson, Cute Comics, Funny Comics, Saras Scribbles, Sarah See Andersen, Funny Cute, Hilarious, 4 Panel Life"

LAION-5B url: https://i.pinimg.com/236x/67/68/86/6768866cf0cd9a49b1cc329ba4cb92ab--sarah-anderson-funny-comics.jpg

Exhibit A: Plaintiff images in LAION-5B — p.117

# Sarah Andersen: training image 25



copyright registration: Herding Cats: A Sarah's Scribbles Collection (TX0008564573)

LAION-5B caption: "Sarah's Scribbles Sarah Andersen comics about anxiety and depression humor funny honest Sarah Anderson Comics, Sara Anderson, Cute Comics, Funny Comics, Sarah's Scribbles, 4 Panel Life, Funny Jokes, Hilarious, Funny Gifs"

LAION-5B url: https://i.pinimg.com/236x/b8/0a/1a/b80a1a512f350d9e1c373683ba75f904--sarah-anderson-coffee-humor.jpg

Exhibit A: Plaintiff images in LAION-5B — p.118

# Sarah Andersen: training image 26



copyright registration: Herding Cats: A Sarah's Scribbles Collection (TX0008564573)

LAION-5B caption: "Herding Cats Sarah S Scribbles Know Your Meme"

LAION-5B url: https://i.kym-cdn.com/photos/images/original/001/346/869/db7.jpg

Exhibit A: Plaintiff images in LAION-5B — p.119

# Sarah Andersen: training image 27



copyright registration: Oddball: A Sarah's Scribbles Collection (TX0009153980)

LAION-5B caption: "Oddball: A Sarah's Scribbles Collection"

LAION-5B url: https://www.sfbok.se/sites/default/files/styles/teaser/sfbok/sfbokbilder/211/211135.jpg?bust=1627897432&itok=oYug2KMX

Exhibit A: Plaintiff images in LAION-5B — p.120

# Sarah Andersen: training image 28



copyright registration: Oddball: A Sarah's Scribbles Collection (TX0009153980)

LAION-5B caption: "Sarah Andersen comic"

LAION-5B url: https://kateristau.com/wp-content/uploads/2018/01/sarah-andersen.jpg

Exhibit A: Plaintiff images in LAION-5B — p.121

# Sarah Andersen: training image 29



copyright registration: Oddball: A Sarah's Scribbles Collection (TX0009153980)

LAION-5B caption: "White - I made a pure light being for the humans. They will bring unconditional love and joy! ©Sarah Andersen ifunny.co"

LAION-5B url: https://i.chzbgr.com/full/9504463872/hDA86B70C/made-pure-light-being-humans-they-will-bring-unconditional-love-and-joy-sarah-andersen-ifunnyco