# EXHIBIT D

(Plaintiff Images in ███████████)

Exhibit D: Plaintiff images in ▮▮▮▮▮ — p.1
# Gerald Brom: training image 2



copyright registration: The Child Thief (TX0007054207)

▮▮▮▮▮ The Child Thief is a 2009 dark fantasy novel by the artist and novelist Gerald Brom. A dark retelling of the stories of Peter Pan and The Lost Boys.

▮▮▮▮▮ url: https://i.pinimg.com/236x/f1/b3/87/f1b3874b80b4d01f7dd4722aca45d562--story-inspiration-writing-inspiration.jpg

Exhibit D: Plaintiff images in ▓▓▓▓▓▓ — p.2

# Gerald Brom: training image 14



copyright registration: Lost Gods (TX0008339972)

▓▓▓▓▓▓▓▓▓▓ Gerald Brom - Lord Kashaol (2015) oil on illo board, 20 x 30 inches (50.8 x 76.2 cm)

▓▓▓▓▓▓▓▓ url: https://jonathanlevineprojects.com/wp-content/uploads/2015/12/GBrom_LordKashaol_L-258x300.jpg

Exhibit D: Plaintiff images in ▮▮▮▮▮▮▮▮ — p.3

# Gregory Manchess: training image 1



copyright registration: Above the Timberline (TX0008571339)

▮▮▮▮▮▮▮▮ Gregory Manchess Above the Timberline

▮▮▮▮▮▮▮▮ url: https://i1.wp.com/paulsemel.com/wp-content/uploads/2017/12/Gregory-Manchess-Above-The-Timberline-cover.jpg?resize=800%2C658

Exhibit D: Plaintiff images in ▮▮▮▮▮▮ — p.4
# Grzegorz Rutkowski: training image 1



copyright registration: unregistered
▮▮▮▮▮▮▮▮▮▮ Interview with Concept Artist and Illustrator Grzegorz Rutkowski
▮▮▮▮▮▮ url: https://www.psdstack.com/wp-content/uploads/2016/10/featured-grze-interview.jpg

Exhibit D: Plaintiff images in ▮▮▮▮▮ — p.5
## Jingna Zhang: training image 23



copyright registration: Motherland Chronicles (VA0001917341)
▮▮▮▮▮▮▮▮▮ Jingna Zhang Fashion, Fine Art & Beauty Photography â€" Motherland Chronicles - Fantasy fine art portraits and underwater photography Water Photography, Art Photography, Photo, Underwater, Underwater Photography, Blog Photography, Pictures, Model Photography, Underwater Model ▮▮▮▮▮▮▮ url: https://i.pinimg.com/236x/d4/55/16/d4551697e68b2e165ac9c86d623dee69--underwater-photoshoot-underwater-art.jpg

Exhibit D: Plaintiff images in ▇▇▇▇▇▇ — p.6
# Julia Kaye: training image 1



copyright registration: My Life in Transition: A Super Late Bloomer Collection (TX0009086758)
▇▇▇▇▇▇▇▇▇▇▇▇ My Life in Transition: A Super Late Bloomer Collection - Julia Kaye
▇▇▇▇▇▇ url: https://www.storytel.com/images/e/200x200/0002228846.jpg

Exhibit D: Plaintiff images in ▮▮▮▮▮ — p.7
# Julia Kaye: training image 2



copyright registration: Super Late Bloomer: My Early Days in Transition (TX0008576918)

▮▮▮▮▮ Super Late Bloomer : My Early Days in Transition by Julia Kaye ▮▮▮▮▮ url: https://cdn.shopify.com/s/files/1/0427/9412/3414/products/9781449489625_450x650.jpg?v=1596841296

Exhibit D: Plaintiff images in ▮▮▮▮▮ — p.8

## Karla Ortiz: training image 3



copyright registration: unregistered

▮▮▮▮▮ Karla Ortiz's "Chimerical" at Spoke Art Gallery. Opening on Thursday, August 2016 at Spoke Art Gallery in San Francisco, California is artist Karla Ortiz's solo exhibition entitled. Art And Illustration, Karla Ortiz, Potnia Theron, Spoke Art, Art Watercolor, Traditional Art, Dark Art, Art Inspo, Painting & Drawing

▮▮▮▮▮ url: https://i.pinimg.com/236x/ed/fd/3f/edfd3f6fc5b13c8527f60b40b5b9b598--karla-ortiz-the-death.jpg

Exhibit D: Plaintiff images in ▮▮▮▮▮ — p.9
# Sarah Andersen: training image 9



copyright registration: Adulthood Is a Myth: A Sarah's Scribbles Collection (TX0008207926) ▮▮▮▮▮ adulthood is a myth sarah andersen 2016 andrews mcmeel publishing ▮▮▮▮▮ url: https://omnirambles.files.wordpress.com/2017/09/adulthood-is-a-myth.jpg?w=244&h=300

Exhibit D: Plaintiff images in ▮▮▮▮▮▮ — p.10

Sarah Andersen: training image 12



copyright registration: Big Mushy Happy Lump: A Sarah's Scribbles Collection (TX0008493928)

▮▮▮▮▮▮ Title details for Big Mushy Happy Lump by Sarah Andersen - Available

▮▮▮▮▮▮ url: https://img1.od-cdn.com/ImageType-100/2437-1/%7BA69F40E3-44EB-4869-801A-1D70D62812FD%7DImg100.jpg

Exhibit D: Plaintiff images in ▮▮▮▮ — p.11
# Sarah Andersen: training image 2



copyright registration: Adulthood Is a Myth: A Sarah's Scribbles Collection (TX0008207926)

▮▮▮▮ adulthood is a myth sarah andersen 2016 andrews mcmeel publishing ▮▮▮▮ url: https://omnirambles.com/wp-content/uploads/2017/09/adulthood-is-a-myth.jpg?w=244&h=300

Exhibit D: Plaintiff images in ▮▮▮▮▮▮ — p.12
# Sarah Andersen: training image 3



copyright registration: Big Mushy Happy Lump: A Sarah's Scribbles Collection (TX0008493928)

▮▮▮▮▮▮▮▮▮▮ New funny comics strips hilarious sarah andersen Ideas Sarah Anderson Comics, Sara Anderson, Funny Cute, The Funny, Super Funny, Sarah's Scribbles, Rage Comic, Beste Comics, 4 Panel Life

▮▮▮▮▮▮ url: https://i.pinimg.com/236x/73/c4/88/73c488a3f66177986ce0fbc1178f82b7--sarah-andersen-comics-sarah-see-andersen.jpg

Exhibit D: Plaintiff images in ▮▮▮▮▮ — p.13
# Sarah Andersen: training image 4



copyright registration: Big Mushy Happy Lump: A Sarah's Scribbles Collection (TX0008493928)

▮▮▮▮▮▮▮▮▮▮▮▮ How I Spend Money, an art print by Sarah Andersen | Book memes, Sarah's scribbles, Book humor

▮▮▮▮▮▮ url: https://i.pinimg.com/originals/17/60/5e/17605e879f141e68c2d9ce1f44780b2d.jpg

Exhibit D: Plaintiff images in ▇▇▇▇ — p.14

## Jingna Zhang: training image 7



copyright registration: Motherland Chronicles (VA0001917341)

▇▇▇▇  Jingna Zhang Fashion, Fine Art & Beauty Photography – Motherland Chronicles - Fantasy fine art portraits and underwater photography Water Photography, Art Photography, Photo, Underwater, Underwater Photography, Blog Photography, Pictures, Model Photography, Underwater Model

▇▇▇▇  url: https://i.pinimg.com/236x/d4/55/16/d4551697e68b2e165ac9c86d623dee69--underwater-photoshoot-underwater-art.jpg