# EXHIBIT  E

# (Plaintiff Images in Datacomp xLarge)

Exhibit E: Plaintiff images in Datacomp xLarge — p.1

# Adam Ellis: training image 1



copyright registration: Books of Adam: The Blunder Years (TX0007828053)

DataComp xLarge  caption: Books of Adam by Adam Ellis
DataComp xLarge  url: https://images.gr-assets.com/books/1352437304s/16131201.jpg

Exhibit E: Plaintiff images in Datacomp xLarge — p.2

# Adam Ellis: training image 2



copyright registration: Super Chill: A Year of Living Anxiously

(TX0008744896)

DataComp xLarge caption: Title details for Super Chill by Adam Ellis -

Available

DataComp xLarge  url:  https://img1.od-cdn.com/ImageType-100/2437-1/{B63AA68C-191F-47C6-9FE7-3BC75A4917CC}Img100.jpg

Exhibit E: Plaintiff images in Datacomp xLarge — p.3

# Gerald Brom: training image 1



copyright registration: The Child Thief (TX0007054207)

DataComp xLarge caption: "The Child Thief" book by Gerald Brom  

DataComp xLarge url:
https://static1.squarespace.com/static/5899d53e6b8f5bbffd742979/t/58fd0635db29d68
6093451d1/1492977329978/CT+Cover+Web+large2.jpg

Exhibit E: Plaintiff images in Datacomp xLarge — p.4

# Gerald Brom: training image 2



copyright registration: The Child Thief (TX0007054207)

DataComp xLarge caption: The Child Thief is a 2009 dark fantasy novel by the artist and novelist Gerald Brom. A dark retelling of the stories of Peter Pan and The Lost Boys

DataComp xLarge url: https://i.pinimg.com/236x/f1/b3/87/f1b3874b80b4d01f7dd4722aca45d562--story-inspiration-writing-inspiration.jpg

Exhibit E: Plaintiff images in Datacomp xLarge — p.5

# Gerald Brom: training image 3



copyright registration: The Child Thief (TX0007054207)

DataComp xLarge caption: Gerald Brom ilustraÃ§Ãµes fantasia sombria macabra gÃ³tica

DataComp xLarge  url:  http://1.bp.blogspot.com/-
gTZd4Hqs8is/UPrDeUFlNsI/AAAAAAAApnc/pM_Rhmn3t2g/s1600/Brom_Rev.jpg

Exhibit E: Plaintiff images in Datacomp xLarge — p.6

# Gerald Brom: training image 4



copyright registration: The Child Thief (TX0007054207)

DataComp xLarge caption: Lady of the Lake - "The Child Thief" art by Gerald Brom  

DataComp xLarge url:
https://static1.squarespace.com/static/5899d53e6b8f5bbffd742979/t/58fd06c703596e8981c71fb5/1492977365621/

Exhibit E: Plaintiff images in Datacomp xLarge — p.7

# Gerald Brom: training image 5



copyright registration: Krampus (TX0007639837)

DataComp xLarge caption: Krampus by Gerald Brom

DataComp xLarge url: https://www.qbd.com.au/img/products/1/9780062095664.jpg

Exhibit E: Plaintiff images in Datacomp xLarge — p.8

# Gerald Brom: training image 7



copyright registration: Krampus (TX0007639837)

DataComp xLarge caption: "I Krampus, Lord of Yule, son of Hel, bloodline of the great Loki..." - Gerald Brom's New Dark Fantasy Art

DataComp xLarge url: https://i.pinimg.com/236x/2a/73/e9/2a73e9fff5736618090d21646ca82725--fantasy-books-fantasy-characters.jpg

Exhibit E: Plaintiff images in Datacomp xLarge — p.9

# Gerald Brom: training image 9



copyright registration: Krampus (TX0007639837)

DataComp xLarge caption: Christmas horror fantasy dark fantasy krampus gerald brom

DataComp xLarge url: https://s-media-cache-ak0.pinimg.com/236x/3f/73/f5/3f73f5b44716adfac91929d0e5499e13.jpg

Exhibit E: Plaintiff images in Datacomp xLarge — p.10

# Gerald Brom: training image 10



copyright registration: Krampus (TX0007639837)

DataComp xLarge caption: Santa - Gerald Brom/ This Santa figure makes more sense to me regarding all he does. And I can totally see this Santa partnering with Krampus too.

DataComp xLarge url:
https://i.pinimg.com/236x/83/d5/46/83d54653a794350a7aed14305ab59fc2--dark-fantasy-fantasy-art.jpg

Exhibit E: Plaintiff images in Datacomp xLarge — p.11

# Gerald Brom: training image 11



copyright registration: Krampus (TX0007639837)

**DataComp xLarge caption:** Perchta or Berchta was once known as a goddess in Southern Germanic paganism in the Alpine countries. Her name means "the bright one". Perchta was at first a benevolent spirit. In Germanic paganism, Perchta had the rank of a minor deity. That changed to an enchanted creature (spirit or elf) in Old High German - such as Grimm describes - but she was given a more malevolent character (sorceress or witch) in later ages. Gerald Brom's New Dark Fantasy Art

DataComp xLarge  url:
https://i.pinimg.com/236x/ac/3e/39/ac3e3921f834e5d53ffdd97461693fb1--fantasy-books-dark-fantasy-art.jpg

Exhibit E: Plaintiff images in Datacomp xLarge — p.12

# Gregory Manchess: training image 1



copyright registration: Above the Timberline (TX0008571339)

DataComp xLarge caption: Gregory Manchess Above The Timberline

DataComp xLarge url: http://paulsemel.com/wp-content/uploads/2017/12/Gregory-Manchess-Above-The-Timberline-cover.jpg

Exhibit E: Plaintiff images in Datacomp xLarge — p.13

# Gregory Manchess: training image 2



copyright registration: Above the Timberline (TX0008571339)

DataComp xLarge caption: Above The Timberline - Gregory Manchess Art Novel Book Review

DataComp xLarge url:

https://i1.wp.com/halcyonrealms.com/blogpics/timberline04.jpg?resize=750%2C500

Exhibit E: Plaintiff images in Datacomp xLarge — p.14

# Gregory Manchess: training image 6



copyright registration: Above the Timberline (TX0008571339)

DataComp xLarge caption: big wild cats running in snow by Gregory Manchess

DataComp xLarge url: https://1.bp.blogspot.com/-3lWaoifW5Vo/XtFB3KdHL_I/AAAAAAAAl2w/aS7LE88FXEML98q8Waqd3_8ai-tqiMPDgCLcBGAsYHQ/s640/Gregory%2BManchess.jpg

Exhibit E: Plaintiff images in Datacomp xLarge — p.15

# Gregory Manchess: training image 7



copyright registration: Above the Timberline (TX0008571339)

DataComp xLarge caption: Gregory Manchess,

DataComp xLarge url: https://www.nrm.org/wp2016/wp-content/uploads/2018/10/60-bears-appear-600.jpg

Exhibit E: Plaintiff images in Datacomp xLarge — p.16

# Grzegorz Rutkowski: training image 1



copyright registration: unregistered

DataComp xLarge caption: Dragon attack on the lonely horse rider - fantasy illustration by Grzegorz Rutkowski - "Dragon Breath" Fantasy Dragon, Dragon Art, Fire Dragon, Fantasy Artwork, Fantasy World, Dark Fantasy, Fantasy Art Men, Fantasy Battle, Fantasy Creatures

DataComp xLarge url: https://i.pinimg.com/236x/07/dc/85/07dc85f1adb7f69207466a582b3a071c--under-the-shadow-shadow-of.jpg

Exhibit E: Plaintiff images in Datacomp xLarge — p.17

# Grzegorz Rutkowski: training image 2



copyright registration: unregistered

DataComp xLarge caption: Grzegorz rutkowski dwarf 2 4

DataComp xLarge url:
https://cdn.artstation.com/p/assets/images/images/004/111/222/20161129145028/smaller_sq
uare/grzegorz-rutkowski-dwarf-2-4.jpg?1480452628

Exhibit E: Plaintiff images in Datacomp xLarge — p.18

# Grzegorz Rutkowski: training image 7



copyright registration: unregistered

DataComp xLarge caption: Grzegorz Rutkowski 88grzes

deviantart ilustraÃ§Ã£o fantasia sombrio

DataComp xLarge url: https://2.bp.blogspot.com/-
Rt000NeiOKM/UNiIQ9W9ZTI/AAAAAAAAoT0/ld3mBhYMB7Y/s1600/archangel_by_88grzes.jpg

Exhibit E: Plaintiff images in Datacomp xLarge — p.19

# Grzegorz Rutkowski: training image 8



copyright registration: unregistered

DataComp xLarge caption: Digital Art by Grzegorz Rutkowski (51 pics)

DataComp xLarge url: http://acidcow.com/pics/20131211/digital_art_40.jpg

Exhibit E: Plaintiff images in Datacomp xLarge — p.20

# Jingna Zhang: training image 6



copyright registration: Motherland Chronicles (VA0001917341)
DataComp xLarge caption: gdfalksen: Photography: Jingna Zhang Model: Giuliana/Ford L.A.
DataComp xLarge url:
http://24.media.tumblr.com/bbe75b1f7a9abb644c4c836551f44665/tumblr_mn4tg6ryW01qa4wgqo1_50
0.jpg

Exhibit E: Plaintiff images in Datacomp xLarge — p.21

# Jingna Zhang: training image 8



copyright registration: Motherland Chronicles (VA0001917341)

**DataComp xLarge caption:** Jingna Zhang Fashion, Fine Art & Beauty Photography â€" Motherland Chronicles - Fantasy fine art portraits and underwater photography Underwater Photography, Beauty Photography, Editorial Photography, Portrait Photography, Fashion Photography, White Photography, Photography Lighting, Flower Photography, Creative Photography

**DataComp xLarge url:** https://i.pinimg.com/236x/3c/1b/08/3c1b0880a7803fcd9788743f070cb008--photography-projects-snow-queen.jpg

Exhibit E: Plaintiff images in Datacomp xLarge — p.22

# Jingna Zhang: training image 10



copyright registration: Motherland Chronicles (VA0001917341)

DataComp xLarge caption: ã€ŒJingna Zhangã€•ã•®ç”»åƒ•æ¤œœç´¢çµ•æžœ

DataComp xLarge url:

https://i.pinimg.com/236x/14/91/f9/1491f959c0b5e979ec9ce401c41b950a.jpg

Exhibit E: Plaintiff images in Datacomp xLarge — p.23

# Jingna Zhang: training image 11



copyright registration: Motherland Chronicles (VA0001917341)

**DataComp xLarge caption:** Jingna Zhang Fashion, Fine Art & Beauty Photography â€" Motherland Chronicles - Fantasy fine art portraits and underwater photography Fantasy Photography, Underwater Photography, Beauty Photography, Fine Art Photography, Fashion Photography, Photography Flowers, Photography Women, Fairy Tale Photography, Artistic Portrait Photography

**DataComp xLarge url:**

https://i.pinimg.com/236x/3e/14/87/3e1487b61d2c778e4512d798cf8e3636--photography-blogs-commercial-photography.jpg

Exhibit E: Plaintiff images in Datacomp xLarge — p.24

# Jingna Zhang: training image 12



copyright registration: Motherland Chronicles (VA0001917341)

DataComp xLarge caption: Â Jingna Zhang Fashion, Fine Art & Beauty Photography â€" Motherland Chronicles - Fantasy fine art portraits and underwater photography Underwater Photography, Beauty Photography, Creative Photography, Fashion Photography, Walmart Photography, Magical Photography, Photography Composition, Photography Flowers, Iphone Photography

DataComp xLarge  url: https://i.pinimg.com/236x/45/cd/fb/45cdfb1cc302b39436099ca4573bb10d--fairy-tales-make-up.jpg

Exhibit E: Plaintiff images in Datacomp xLarge — p.25

# Jingna Zhang: training image 13



copyright registration: Motherland Chronicles (VA0001917341)

DataComp xLarge caption: Jingna Zhang Fashion, Fine Art & Beauty Photography â€" Motherland Chronicles - Fantasy fine art portraits and underwater photography Gothic Mode, Dark Gothic, Gothic Art, Gothic Girls, Gothic Glam, Steampunk Mode, Gothic Steampunk, Victorian Gothic, Gothic Lolita

DataComp xLarge url: https://i.pinimg.com/236x/64/7b/ec/647beca09a69490f991ad0e2c9ad3c1a--victorian-goth-victorian-fashion.jpg

Exhibit E: Plaintiff images in Datacomp xLarge — p.26

# Jingna Zhang: training image 17



copyright registration: Motherland Chronicles (VA0001917341)

DataComp xLarge caption: Motherland Chronicles 32 - Ea - Jingna Zhang

DataComp xLarge url: https://s-media-cache-ak0.pinimg.com/236x/96/74/91/9674912d613f331fbf39d4491839b8cb.jpg

Exhibit E: Plaintiff images in Datacomp xLarge — p.27

# Jingna Zhang: training image 20



copyright registration: Motherland Chronicles (VA0001917341)

DataComp xLarge caption: Motherland Chronicles #39 - Underwater - Jingna Zhang ...

DataComp xLarge url: https://1.bp.blogspot.com/-Vm4t940XSqM/UomtP1Fk-AI/AAAAAAAAKpg/N3u8eAbgHfM/s1600/Zhang-Jingna-zemotion-Underwater-Motherland-Chronicles-39.jpg

Exhibit E: Plaintiff images in Datacomp xLarge — p.28

# Jingna Zhang: training image 21



copyright registration: Motherland Chronicles (VA0001917341)
DataComp xLarge caption: Jingna Zhang Fashion, Fine Art & Beauty Photography â€"
Motherland Chronicles - Fantasy fine art portraits and underwater photography Fantasy
Photography, Underwater Photography, Beauty Photography, Creative Photography, Conceptual
Photography, Boudoir Photography, Amazing Photography, Fantasy Kunst, Fantasy Art
DataComp xLarge url: https://i.pinimg.com/236x/da/6d/b2/da6db2e5eb24c2c0045611daa8dc908a--story-
inspiration-writing-inspiration.jpg

Exhibit E: Plaintiff images in Datacomp xLarge — p.29

# Jingna Zhang: training image 23



copyright registration: Motherland Chronicles (VA0001917341)

DataComp xLarge caption: Jingna Zhang Fashion, Fine Art & Beauty Photography â€" Motherland Chronicles - Fantasy fine art portraits and underwater photography Water Photography, Beauty Photography, Creative Photography, Portrait Photography, Fashion Photography, Abstract Photography, Levitation Photography, Experimental Photography, Street Photography

DataComp xLarge url: https://i.pinimg.com/236x/d4/55/16/d4551697e68b2e165ac9c86d623dee69--underwater-photoshoot-underwater-art.jpg

Exhibit E: Plaintiff images in Datacomp xLarge — p.30

## Julia Kaye: training image 1



copyright registration: My Life in Transition: A Super Late Bloomer Collection
(TX0009086758) DataComp xLarge caption: Â My Life in Transition: A Super Late
Bloomer Collection By Julia Kaye Cover Image
DataComp xLarge url: https://images.booksense.com/images/462/860/9781524860462.jpg

Exhibit E: Plaintiff images in Datacomp xLarge — p.31

# Julia Kaye: training image 2



copyright registration: Super Late Bloomer: My Early Days in Transition (TX0008576918)

DataComp xLarge caption: Andrews McMeel Publishing: Super Late Bloomer, Julia Kaye

DataComp xLarge  url:  https://weltbild.scene7.com/asset/vgwwb/vgw/andrews-mcmeel-publishing-super-late-bloomer-235484410.jpg?$w170re$&wb6

Exhibit E: Plaintiff images in Datacomp xLarge — p.32

# Julia Kaye: training image 3



copyright registration: Super Late Bloomer: My Early Days in Transition (TX0008576918)

DataComp xLarge caption: "Julia Kaye Tells Her Transgender Stories In Hilariously Emotional Comics"

DataComp xLarge url: https://www.tobeeko.com/wp-content/uploads/2017/07/julia-kaye-tells-her-transgender-stories-in-hilariously-emotional-comics_02.jpg

Exhibit E: Plaintiff images in Datacomp xLarge — p.33

# Karla Ortiz: training image 1



copyright registration: I. Nature (VA0002345330)

DataComp xLarge caption: Dramatic graphite drawings by Karla Ortiz - Artists Inspire Artists

DataComp xLarge url: https://s-media-cache-ak0.pinimg.com/736x/fb/d9/6c/fbd96c58dd3e579d358dc5218af1715d.jpg

Exhibit E: Plaintiff images in Datacomp xLarge — p.34

# Karla Ortiz: training image 2



copyright registration: Rigidum (VA0002344253)

DataComp xLarge caption: Karla Ortiz_beautifulbizarre_001

DataComp xLarge url: https://beautifulbizarre-net.exactdn.com/wp-content/uploads/2016/08/Karla-Ortiz_beautifulbizarre_001.jpg?strip=all&resize=600%2C726&ssl=1

Exhibit E: Plaintiff images in Datacomp xLarge — p.35

# Karla Ortiz: training image 3



copyright registration: unregistered

DataComp xLarge caption: KARLA ORTIZ: CHIMERICAL @ SPOKE ART GALLERY
https://beautifulbizarre.net/2016/08/15/karla-ortiz-chimerical-spoke-art-gallery/

DataComp xLarge  url:  https://s-media-cache-
ak0.pinimg.com/736x/0b/bd/ab/0bbdab75141554ad77ca786df1d54171.jpg

Exhibit E: Plaintiff images in Datacomp xLarge — p.36

# Karla Ortiz: training image 5



copyright registration: unregistered

DataComp xLarge caption: Â Karla Ortiz ilustraÃ§Ãµes fantasia ficÃ§Ã£o cientÃfica games

DataComp xLarge url: http://4.bp.blogspot.com/-6SzPOi5cTKE/VDCK-O4qeZI/AAAAAAAA_lw/Bk5XwPc9YC0/s1600/Mensajeros.jpg

Exhibit E: Plaintiff images in Datacomp xLarge — p.37

# Karla Ortiz: training image 6



copyright registration: unregistered

DataComp xLarge caption: Karla Ortiz, Voces de Venus 8x5 Graphite

DataComp xLarge url: https://i.pinimg.com/736x/bd/7b/87/bd7b879e57adf6d8e13966c645af0724--les-artists-bunny-rabbits.jpg

Exhibit E: Plaintiff images in Datacomp xLarge — p.38

# Karla Ortiz: training image 8



copyright registration: unregistered

DataComp xLarge caption: Â© 2004-2013 Karla Ortiz. All rights reserved. el-ayer.png

DataComp xLarge url: https://i.pinimg.com/236x/1b/49/66/1b4966667250f6b6d7038ab0c149de36--karla-ortiz-fantasy-illustration.jpg

Exhibit E: Plaintiff images in Datacomp xLarge — p.39

# Karla Ortiz: training image 9



copyright registration: unregistered

DataComp xLarge caption: "The Herd" by Karla Ortiz (digital)

DataComp xLarge url:
https://static1.squarespace.com/static/551d418fe4b05cce10fa9d0c/t/5943077b1b10e3a56eb41142/1497565064313/karine-foresti%C3%A9-white-rhino.jpg

Exhibit E: Plaintiff images in Datacomp xLarge — p.40

# Karla Ortiz: training image 11



copyright registration: unregistered

DataComp xLarge caption: Serf and Greyhounds by Karla Ortiz

DataComp xLarge url:
http://24.media.tumblr.com/9e358b1fdf43ed1fe377b9e47ead9dea/tumblr_mgu3g8JuCO1qzy8xgo1_50
0.jpg

Exhibit E: Plaintiff images in Datacomp xLarge — p.41

# Karla Ortiz: training image 12



copyright registration: unregistered

DataComp xLarge caption: The Art of Karla Ortiz: Drawing process.

DataComp xLarge url: https://s-media-cache-ak0.pinimg.com/originals/07/b1/9b/07b19b2ca47d334633dabbbfaa64b7f3.jpg

Exhibit E: Plaintiff images in Datacomp xLarge — p.42

# Karla Ortiz: training image 14



copyright registration: unregistered

DataComp xLarge caption: Â Karla Ortiz -Karla Ortiz.

DataComp xLarge url:

https://i.pinimg.com/236x/e1/4e/2a/e14e2ac1fc7e13e9478a47a0c1d204b5--karla-ortiz-art-gallery.jpg

Exhibit E: Plaintiff images in Datacomp xLarge — p.43

# Karla Ortiz: training image 15



copyright registration: unregistered

DataComp xLarge caption: Arwen by Karla Ortiz - Gallery Nucleus

DataComp xLarge url: https://i.pinimg.com/236x/68/a7/be/68a7be733b2cae2afc3234538ad41290--portrait-illustration-fantasy-illustration.jpg

Exhibit E: Plaintiff images in Datacomp xLarge — p.44

# Sarah Andersen: training image 3



copyright registration: Adulthood Is A Myth: A "Sarah's Scribbles" 2018 Wall Calendar (TX0008614103)

DataComp xLarge caption: Sarah's Scribbles 2018 Calendar by Sarah Andersen

DataComp xLarge url:

https://media.anobii.com/covers/0175b9914f9956bf6d/130/130/1/paperback/png/1545762215

Exhibit E: Plaintiff images in Datacomp xLarge — p.45

# Sarah Andersen: training image 6



copyright registration: Adulthood is a Myth: A "Sarah's Scribbles" 2019 Wall Calendar (TX0008706556)

DataComp xLarge caption: Sarah's Scribbles 2019 Calendar (Anglais) Calendrier â€"

Calendrier mural, 1 septembre 2018 Sarah Andersen Andrews McMeel Publishing

1449494072 NON-CLASSIFIABLE

DataComp xLarge url: https://images-na.ssl-images-amazon.com/images/I/71sfyxiscML.jpg

Exhibit E: Plaintiff images in Datacomp xLarge — p.46

# Sarah Andersen: training image 8



copyright registration: Adulthood is a Myth: A "Sarah's Scribbles" 2021 Wall Calendar (TX0009082399)

DataComp xLarge caption: Sarah's Scribbles 2021 Wall Calendar: Adulthood is a Myth By Sarah Andersen Cover Image

DataComp xLarge url:

https://images.booksense.com/images/books/677/857/FC9781524857677.JPG

Exhibit E: Plaintiff images in Datacomp xLarge — p.47

# Sarah Andersen: training image 9



copyright registration: Adulthood Is a Myth: A Sarah's Scribbles Collection (TX0008207926)

DataComp xLarge caption: Adulthood Is a Myth, Sarah Andersen

DataComp xLarge url: https://assets1.bmstatic.com/assets/books-covers/7d/b3/mfRR5ax7-ipad.jpg?1563222578&width=120

Exhibit E: Plaintiff images in Datacomp xLarge — p.48

# Sarah Andersen: training image 12



copyright registration: Big Mushy Happy Lump: A Sarah's Scribbles Collection (TX0008493928)

DataComp xLarge caption: Big Mushy Happy Lump af Sarah Andersen

DataComp xLarge url: https://imgcdn.saxo.com/_9781449479619/medium

Exhibit E: Plaintiff images in Datacomp xLarge — p.49

# Sarah Andersen: training image 13



copyright registration: Big Mushy Happy Lump: A Sarah's Scribbles Collection (TX0008493928)

DataComp xLarge caption: Â Sarah's Scribbles: how I spend money, Sarah Andersen

DataComp xLarge url: https://s-media-cache-ak0.pinimg.com/736x/00/c4/03/00c4036acd74638bbf5967a5d0579b78.jpg

Exhibit E: Plaintiff images in Datacomp xLarge — p.50

# Sarah Andersen: training image 15



copyright registration: Fangs (TX0009043380)

DataComp xLarge caption: Â Fangs / Sarah Andersen.

DataComp xLarge url:
https://contentcafe2.btol.com/ContentCafe/Jacket.aspx?UserID=EBSMGMI251&Password=CC04469&Return=T&Type=M&Value=9781524860677

Exhibit E: Plaintiff images in Datacomp xLarge — p.51

# Sarah Andersen: training image 16

  

  

copyright registration: Fangs (TX0009043380)

DataComp xLarge caption: Fangs von Sarah Andersen. Comic. Abbildung einer Doppelseite des Comics, Seiten 6 und 7. Kurzrezension Fantasy 2

DataComp xLarge url: https://d28hgpri8am2if.cloudfront.net/book_images/onix/interior_spreads/9781524860677/fangs-9781524860677.in04.jpg

Exhibit E: Plaintiff images in Datacomp xLarge — p.52

# Sarah Andersen: training image 17



copyright registration: Get It Together! with Sarah Scribbles 2017-2018 16-Month Weekly/Monthly Planner (TX0008615735)

DataComp xLarge caption: SarahS Scribbles 2018 Diary: amazon.es: Sarah Andersen: Libros en idiomas extranjeros

DataComp xLarge url: https://images-na.ssl-images-amazon.com/images/I/517%2BTtwpGYL._SX258_BO1,204,203,200_.jpg

Exhibit E: Plaintiff images in Datacomp xLarge — p.53

# Sarah Andersen: training image 18



copyright registration: Get It Together! with Sarah Scribbles 2018-2019 16-Month Weekly/ Monthly Planner (TX0008681086)

DataComp xLarge caption: Sarahs Scribbles 2018-2019 16-Month Weekly / Monthly Planner: Get It Together! with Sarahs Scribbles: amazon.es: Sarah Andersen: Libros en idiomas ...

DataComp xLarge url: https://images-na.ssl-images-amazon.com/images/I/81nslFemeiL.jpg

Exhibit E: Plaintiff images in Datacomp xLarge — p.54

# Sarah Andersen: training image 19



copyright registration: Get It Together! with Sarah's Scribbles 16-Month 2019-2020 Weekly Monthly Planner (TX0008826626)

DataComp xLarge caption: Best sarah andersen planner 2019 Reviews

DataComp xLarge url: https://m.media-amazon.com/images/I/71MofguowHL._AC_UY218_ML3_.jpg

Exhibit E: Plaintiff images in Datacomp xLarge — p.55

# Sarah Andersen: training image 20



copyright registration: Get It Together with Sarah's Scribbles 16-Month 2020-2021 Weekly Monthly Planner (TX0009082448)

DataComp xLarge caption: SarahÂ´s Scribbles 16-Month 2020-2021 Weekly/Monthly Planner Calendar : Get It Together! - Sarah AndersenovÃ¡

DataComp xLarge url: https://www.knihydobrovsky.cz/thumbs/book-list/mod_eshop/produkty/279040670/4.jpg

Exhibit E: Plaintiff images in Datacomp xLarge — p.56

# Sarah Andersen: training image 21



copyright registration: Herding Cats: A Sarah's Scribbles Collection (TX0008564573)

DataComp xLarge caption: Â Herding Cats by Sarah Andersen

DataComp xLarge url: https://images.gr-assets.com/books/1508668572m/35924705.jpg

Exhibit E: Plaintiff images in Datacomp xLarge — p.57

# Sarah Andersen: training image 22



copyright registration: Herding Cats: A Sarah's Scribbles Collection (TX0008564573)

DataComp xLarge caption: By Sarah Andersen.

DataComp xLarge url:

https://i.pinimg.com/236x/bf/0e/62/bf0e62958f76ddfb6653b83a6059d06d.jpg

Exhibit E: Plaintiff images in Datacomp xLarge — p.58

# Sarah Andersen: training image 23




copyright registration: Herding Cats: A Sarah's Scribbles Collection (TX0008564573)

DataComp xLarge caption: Herding Cats (Sarahs Scribbles): amazon.es: Sarah Andersen: Libros en idiomas extranjeros

DataComp xLarge url: https://images-na.ssl-images-amazon.com/images/I/818Jj8pCspL.jpg

Exhibit E: Plaintiff images in Datacomp xLarge — p.59

# Sarah Andersen: training image 25



copyright registration: Herding Cats: A Sarah's Scribbles Collection (TX0008564573)

DataComp xLarge caption: sarah andersen,web comics

DataComp xLarge url: https://i.chzbgr.com/full/1822725/h42CB9991/

Exhibit E: Plaintiff images in Datacomp xLarge — p.60

# Sarah Andersen: training image 27



copyright registration: Oddball: A Sarah's Scribbles Collection (TX0009153980)

DataComp xLarge caption: Oddball by Sarah Andersen

DataComp xLarge url: https://i.gr-assets.com/images/S/compressed.photo.goodreads.com/books/1619366236l/50898151._SX98_.jpg

Exhibit E: Plaintiff images in Datacomp xLarge — p.61

# Sarah Andersen: training image 29



copyright registration: Oddball: A Sarah's Scribbles Collection (TX0009153980)

DataComp xLarge caption: "J'ai créé un être pur pour les humains. Ils apporteront un amour inconditionnel et la joie". Par Sarah Andersen

DataComp xLarge url:
https://media.lelombrik.net/t/013365e3d7d2df7735fb96a7aabd04f7/p/01.jpg

Exhibit E: Plaintiff images in Datacomp xLarge — p.62

# Jingna Zhang: training image 5



copyright registration: Motherland Chronicles (VA0001917341)

DataComp xLarge caption: Jingna Zhang Fashion, Fine Art & Beauty Photography â€"
Motherland Chronicles - Fantasy fine art portraits and underwater photography Gothic
Mode, Dark Gothic, Gothic Art, Gothic Girls, Gothic Glam, Steampunk Mode, Gothic
Steampunk, Victorian Gothic, Gothic Lolita

DataComp xLarge  url:
https://i.pinimg.com/236x/64/7b/ec/647beca09a69490f991ad0e2c9ad3c1a--victorian-goth-
victorian-fashion.jpg

Exhibit E: Plaintiff images in Datacomp xLarge — p.63

# Jingna Zhang: training image 7



copyright registration: Motherland Chronicles (VA0001917341)

DataComp xLarge caption:  Jingna Zhang Fashion, Fine Art & Beauty Photography â€"
Motherland Chronicles - Fantasy fine art portraits and underwater photography Water
Photography, Beauty Photography, Creative Photography, Portrait Photography, Fashion
Photography, Abstract Photography, Levitation Photography, Experimental Photography,
Street Photography

DataComp xLarge url:  https://i.pinimg.com/236x/d4/55/16/d4551697e68b2e165ac9c86d623dee69--
underwater-photoshoot-underwater-art.jpg

Exhibit E: Plaintiff images in Datacomp xLarge — p.64

# Sarah Andersen: training image 1



copyright registration: Adulthood is a Myth: A "Sarah's Scribbles" 2021 Wall Calendar (TX0009082399)

DataComp xLarge caption: Sarah's Scribbles 2021 Wall Calendar: Adulthood is a Myth By Sarah Andersen Cover Image

DataComp xLarge url: https://images.booksense.com/images/books/677/857/FC9781524857677.JPG

Exhibit E: Plaintiff images in Datacomp xLarge — p.65

# Sarah Andersen: training image 2



copyright registration: Adulthood Is a Myth: A Sarah's Scribbles Collection (TX0008207926)

DataComp xLarge caption: Adulthood Is a Myth, Sarah Andersen

DataComp xLarge url: https://assets1.bmstatic.com/assets/books-covers/7d/b3/mfRR5ax7-ipad.jpg?1563222578&width=120

Exhibit E: Plaintiff images in Datacomp xLarge — p.66

# Sarah Andersen: training image 3



copyright registration: Big Mushy Happy Lump: A Sarah's Scribbles Collection (TX0008493928)

DataComp xLarge caption: Resultado de imagen para banner sarah andersen

DataComp xLarge url: https://i.imgur.com/8F6xA4U.jpg

Exhibit E: Plaintiff images in Datacomp xLarge — p.67

# Sarah Andersen: training image 4



copyright registration: Big Mushy Happy Lump: A Sarah's Scribbles Collection (TX0008493928)

DataComp xLarge caption: Sarah's Scribbles: how I spend money, Sarah Andersen

DataComp xLarge url: https://s-media-cache-ak0.pinimg.com/736x/00/c4/03/00c4036acd74638bbf5967a5d0579b78.jpg

Exhibit E: Plaintiff images in Datacomp xLarge — p.68

# Sarah Andersen: training image 5



copyright registration: Herding Cats: A Sarah's Scribbles Collection (TX0008564573)

DataComp xLarge caption: Herding Cats by Sarah Andersen

DataComp xLarge url: https://thebookshelfcorner.files.wordpress.com/2018/02/herding-cats-by-sarah-andersen.png?w=228&h=281

Exhibit E: Plaintiff images in Datacomp xLarge — p.69

# Sarah Andersen: training image 6



copyright registration: Oddball: A Sarah's Scribbles Collection (TX0009153980)

DataComp xLarge caption: All credit goes to Sarah Andersen - meme

DataComp xLarge url:
https://images7.memedroid.com/images/UPLOADED671/5fd3dd71dc22b.jpeg