# EXHIBIT F

(Plaintiff Images in CLIP Model)

Exhibit F: Plaintiff images in CLIP Model — p.1

# Jingna Zhang: training image 6



copyright registration: Motherland Chronicles (VA0001917341)
CLIP Model training data file path: extracted_images/random_194/356382641.jpg

Exhibit F: Plaintiff images in CLIP Model — p.2

# Jingna Zhang: training image 9



copyright registration: Motherland Chronicles (VA0001917341)

CLIP Model training data file path: extracted_images/random_055/375677227.jpg

Exhibit F: Plaintiff images in CLIP Model — p.3
# Jingna Zhang: training image 13



copyright registration: Motherland Chronicles (VA0001917341)

CLIP Model training data file path: extracted_images/random_113/385844943.jpg

Exhibit F: Plaintiff images in CLIP Model — p.4
# Jingna Zhang: training image 14



copyright registration: Motherland Chronicles (VA0001917341)

CLIP Model training data file path: extracted_images/random_058/387836239.jpg

Exhibit F: Plaintiff images in CLIP Model — p.5

# Jingna Zhang: training image 17



copyright registration: Motherland Chronicles (VA0001917341)

CLIP Model training data file path: extracted_images/random_174/399966147.jpg

Exhibit F: Plaintiff images in CLIP Model — p.6

# Jingna Zhang: training image 19



copyright registration: Motherland Chronicles (VA0001917341)

CLIP Model training data file path:

extracted_images/random_019/410260490.jpg

Exhibit F: Plaintiff images in CLIP Model — p.7
# Jingna Zhang: training image 20



copyright registration: Motherland Chronicles (VA0001917341)

CLIP Model training data file path:

extracted_images/random_178/411745975.jpg

Exhibit F: Plaintiff images in CLIP Model — p.8
# Jingna Zhang: training image 22



copyright registration: Motherland Chronicles (VA0001917341)

CLIP Model training data file path: extracted_images/random_196/417472069.jpg

Exhibit F: Plaintiff images in CLIP Model — p.9
# Jingna Zhang: training image 24



copyright registration: Portrait of Solitude (VA0001917201)

CLIP Model training data file path: extracted_images/random_147/243841799.jpg

Exhibit F: Plaintiff images in CLIP Model — p.10
# Jingna Zhang: training image 6



copyright registration: Motherland Chronicles (VA0001917341)

CLIP Model training data file path: extracted_images/random_093/384114683.jpg