[Counsel Listed on Signature Pages]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, et al., | Case No.: 3:23-cv-00201-WHO |
|     *Individual and Representative Plaintiffs*, | **STIPULATION AND ORDER EXTENDING DEADLINE TO FILE JOINT LETTER BRIEF REGARDING STABILITY AI'S TRAINING-DATA PRODUCTION** |
|     v. | |
| STABILITY AI LTD., et al., | |
|     *Defendants*. | |

      Plaintiffs Sarah Andersen, Karla Ortiz, Grzegorz Rutkowski, Gregory Manchess, Gerald Brom, Jingna Zhang, Julia Kaye, and Adam Ellis ("Plaintiffs") and Defendants Stability AI Ltd. and Stability AI, Inc. (collectively, "Stability AI"), by and through their respective counsel, hereby stipulate and agree as follows:

      WHEREAS, on November 25, 2025, Plaintiffs sent a letter to Stability AI requesting nine categories of information related to Stability AI's training data production, including the existence of a manifest, the completeness of metadata and training-run mapping, and the identification of preprocessing steps;

      WHEREAS, during the January 22, 2026 Discovery Status Conference, the Court directed the Parties to meet and confer to resolve the dispute;

      WHEREAS, the Court's deadline for filing a Joint Letter Brief on issues relating to Stability AI's training data production is February 27, 2026;

      WHEREAS, the Parties have been meeting and conferring regarding the training data production issues and wish to continue those discussions in good faith to attempt to resolve the dispute without judicial intervention;

      WHEREAS, to date, there have been minimal time modifications in the case by stipulation or Court order;[1]

      NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their undersigned counsel, as follows:

1. The deadline for filing a Joint Letter Brief regarding the outstanding disputes over Stability AI's training-data production is extended from February 27, 2026 to March 11, 2026.
2. The Parties shall meet and confer in good faith regarding the training-data production issues on or before March 7, 2026.
3. If the Parties resolve the dispute, they shall promptly notify the Court by filing a joint stipulation.
4. If the Parties are unable to resolve the dispute by March 11, 2026, either Party may file a Joint Letter Brief on or before that date in accordance with the Court's procedures.

---

[1] *See* ECF Nos. 28, 29, 39, 40, 137, 138, 152, 153, 270, 273, 295, 296, 310-13, 315, 317, 399, 401, 409-11, 416, 417.

5. Nothing in this Stipulation shall be construed as a waiver of either Party's rights or positions regarding the scope, completeness, or sufficiency of Stability AI's training data production, or any other issue in this litigation.

6. This Stipulation shall be binding on all signatory parties and their successors, assigns, and counsel.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 27, 2026

_____
The Honorable Lisa J. Cisneros
United States Magistrate Judge