[Counsel listed on signature pages]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, et al.,<br><br>            Plaintiffs,<br><br>   v.<br><br>STABILITY AI LTD., et al.,<br><br>            Defendants. | Case No. 23-CV-00201-WHO (LJC)<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE TO FILE JOINT LETTER BRIEF REGARDING ADDITIONAL MIDJOURNEY CUSTODIANS**<br><br>Dept: 2; 17th Floor<br>Judge: Hon. William H. Orrick<br>Date Filed: January 13, 2023<br>Trial Date: April 5, 2027 |

1  Pursuant to Local Rules 6-2 and 7-12, Plaintiffs Sarah Andersen, Karla Ortiz, Grzegorz Rutkowski, Gregory Manchess, Gerald Brom, Jingna Zhang, Julia Kaye, and Adam Ellis ("Plaintiffs") and Defendant Midjourney, Inc. ("Midjourney") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and request as follows:

WHEREAS the Parties continue to have a dispute about Plaintiffs' request for additional Midjourney custodians;

WHEREAS the Parties continue to negotiate in good faith to resolve their dispute regarding additional Midjourney custodians;

WHEREAS on February 2, 2026, the Court entered an order granting the modification of the case schedule wherein the Court stated, "If the parties wish to adjust any dates other than the trial date, pretrial conference or dispositive motion hearing, they may file a stipulation to that effect and the court is likely to agree to the change(s)." ECF No. 409;

WHEREAS on February 9, 2026, the Court ordered Plaintiffs and Midjourney to "continue their meet and confer efforts to resolve this issue and, if they are unable to reach a resolution, shall file their letter brief(s) regarding additional custodians no later than March 5, 2026." ECF No. 418;

WHEREAS on March 2, 2026, the Parties agreed to extend the deadline to file a joint letter brief with the Court regarding additional Midjourney custodians until Monday, March 16 in hopes they can resolve this dispute without Court intervention;

WHEREAS, to date, there have been minimal time modifications in the case by stipulation or Court order;[1] and

WHEREAS, an extension to the deadline to file a JLB regarding custodians would have no effect on the current schedule for the case;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their undersigned counsel, that the deadline to file a joint letter brief with the Court regarding additional Midjourney custodians will be Monday, March 16, 2026.

---

[1] *See* Dkts. 28 & 29, 39 & 40, 60 & 63, 92 & 95, 137 & 138, 152 & 153, 242 & 243, 254 & 255, 270 & 273, 295 & 296, 310 & 312, 311 & 313, 315 & 317, 399 & 401.

1       **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3 Dated: March 6, 2026

                                                            Honorable Lisa J. Cisneros
                                                           United States Magistrate Judge

6 Dated: March 3, 2026                   By:    */s/ Joseph R. Saveri*
                                                                  Joseph R. Saveri

Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
Elissa A. Buchanan (SBN 249996)
Evan Creutz (SBN 349728)
Holden Benon (SBN 325847)
Aaron Cera (SBN 351163)
Alexander Zeng (SBN 360220)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
Email: czirpoli@saverilawfirm.com
Email: cyoung@saverilawfirm.com
Email: ebuchanan@saverilawfirm.com
Email: hbenon@saverilawfirm.com
Email: acera@saverilawfirm.com
Email: azeng@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, 406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email: mb@butericklaw.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

Dated: March 3, 2016              By:      /s/ Angela L. Dunning
                                          Angela L. Dunning

Angela L. Dunning
Sam Blankenship
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304-1248
Telephone: (650) 815-4131
Email: adunning@cgsh.com
sblankenship@cgsh.com

Arminda B. Bepko
Charity E. Lee
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2517
Email: abepko@cgsh.com
charitylee@cgsh.com

Counsel for Defendant Midjourney, Inc