[Counsel Listed on Signature Pages]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SARAH ANDERSEN, et al.,<br><br>    *Individual and Representative Plaintiffs*,<br><br>    v.<br><br>STABILITY AI LTD., et al.,<br><br>    *Defendants*. | Case No.: 3:23-cv-00201-WHO<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE TO FILE JOINT LETTER BRIEF REGARDING STABILITY AI CUSTODIANS** |

Plaintiffs Sarah Andersen, Karla Ortiz, Grzegorz Rutkowski, Gregory Manchess, Gerald Brom, Jingna Zhang, Julia Kaye, and Adam Ellis ("Plaintiffs") and Defendants Stability AI Ltd. and Stability AI, Inc. (collectively, "Stability AI"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on January 15, 2026, Plaintiffs requested the addition of three custodians to the agreed-upon list of seven Stability AI custodians;

WHEREAS, the Parties are negotiating in good faith to resolve their current dispute about the addition of the custodians;

WHEREAS, on February 19, 2026, the Court ordered Plaintiffs and Stability AI to "continue their meet and confer efforts to resolve this issue and, if they are unable to reach a resolution, [to] file their letter brief(s) regarding additional custodians no later than March 5, 2026." ECF No. 418;

WHEREAS, on March 3, 2026, the Parties agreed to extend the deadline to file a joint letter brief with the Court regarding additional Stability AI custodians to March 13, 2026, in an effort to resolve the dispute without Court intervention;

WHEREAS, to date, there have been minimal time modifications in the case by stipulation or Court order;[1]

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their undersigned counsel, as follows:

1. The deadline for filing a Joint Letter Brief regarding the outstanding disputes regarding the addition of three Stability AI custodians is extended from March 5, 2026 to March 13, 2026.

2. The Parties shall meet and confer in good faith regarding the outstanding disputes regarding the addition of three Stability AI custodians on or before March 10, 2026.

3. Nothing in this Stipulation shall be construed as a waiver of either Party's rights or positions regarding the scope, completeness, or sufficiency of Stability AI's document productions, or any other issue in this litigation.

---

[1] *See* ECF Nos. 28, 29, 39, 40, 137, 138, 152, 153, 270, 273, 295, 296, 310-13, 315, 317, 399, 401, 409-11, 416, 417, 432.

4. This Stipulation shall be binding on all signatory parties and their successors, assigns, and counsel.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 6, 2026

_____
The Honorable Lisa J. Cisneros
United States Magistrate Judge