[Counsel listed on signature pages]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, et al.,<br><br>            Plaintiffs,<br><br>     v.<br><br>STABILITY AI LTD., et al.,<br><br>            Defendants. | Case No. 23-CV-00201-WHO (LJC)<br><br>**THIRD STIPULATED ORDER FOR ENLARGEMENT OF TIME FOR THIRD PARTIES TO SEEK PROTECTIVE ORDERS REGARDING MATERIALS PRODUCED TO RUNWAY**<br><br>Dept: 2; 17th Floor<br>Judge: Hon. William H. Orrick<br>Date Filed: January 13, 2023<br>Trial Date: April 5, 2027 |

Pursuant to Local Rules 6-2 and 7-12, Plaintiffs Sarah Andersen, Karla Ortiz, Grzegorz Rutkowski, Gregory Manchess, Gerald Brom, Jingna Zhang, Julia Kaye, and Adam Ellis ("Plaintiffs") and Defendant Runway AI, Inc. ("Runway") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and request as follows:

WHEREAS, on January 28, 2026, the Court issued an order requiring Plaintiffs to produce to Runway: (1) final expert reports Plaintiffs Andersen and Zhang served in *In re Google*, (2) Plaintiffs Andersen and Zhang's deposition transcripts from *In re Google*, and (3) the written discovery responses served by Plaintiffs Andersen and Zhang in *In re Google* ("*In re Google* Materials"), no later than February 4, 2026. ECF No. 403;

WHEREAS, many of the *In re Google* Materials contain information designated confidential by third parties to this Action;

WHEREAS, Runway has told Plaintiffs that, in an effort to avoid Court intervention, it is willing to accept redactions to *In re Google* Materials that contain third-party confidential information, reserving all rights to challenge the scope of such redactions;

WHEREAS, after two stipulated extensions of time (ECF Nos. 410, 417), the deadline for production of materials designated confidential in *In re Google* was extended to March 10, 2026, in order to allow those designating parties sufficient time to seek protective orders, in accordance with the protective orders in both this Action and *In re Google*;

WHEREAS, since the issuance of the Order, Plaintiffs have worked diligently with designating parties through a multi-step process to identify and redact confidential information in the *In re Google* Materials in an effort to resolve confidentiality issues without the need for Court intervention;

WHEREAS, Plaintiffs began producing *In re Google* Materials to Runway, on a rolling basis upon receipt of appropriate approval and/or redactions from interested third parties on February 4, 2026;

WHEREAS, Plaintiffs' most recent production was Plaintiff Andersen's deposition transcript, with confidentiality designations, on March 6, 2026;

WHEREAS, Plaintiffs' productions of *In re Google* Materials are not yet complete;

WHEREAS, Runway requires additional time to determine whether it will challenge the scope of the redactions in the *In re Google* Materials, including those in materials that Plaintiffs have not yet produced;

WHEREAS, Runway agrees to a two-week extension, to March 24, 2026, on the deadline for designating parties to seek protective orders, in accordance with the protective orders in both this Action and *In re Google*, in order to allow sufficient time for both Runway to consider the redactions and the designating third parties to seek protective orders, if necessary;

WHEREAS, to date, there have been minimal time modifications in the case by stipulation or Court order;[1] and

WHEREAS, an extension to the deadline for Defendants' response to the Motion would have no effect on the current schedule for the case.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their undersigned counsel, that the deadline for designating parties' to seek protective orders with respect to their confidential information in the *In re Google* Materials, shall be extended to March 24, 2026.

---

[1] *See* Dkts. 28 & 29, 39 & 40, 60 & 63, 92 & 95, 137 & 138, 152 & 153, 242 & 243, 254 & 255, 270 & 273, 295 & 296, 310 & 312, 311 & 313, 315 & 317, 399 & 401, 410, 411, 416, 432, 433, 435, & 439.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

The Honorable Lisa J. Cisneros<br>United States Magistrate Judge

Dated: March 9, 2026                                    By:     */s/ Joseph R. Saveri*
                                                                          Joseph R. Saveri

Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
Elissa A. Buchanan (SBN 249996)
Evan Creutz (SBN 349728)
Holden Benon (SBN 325847)
Aaron Cera (SBN 351163)
Alexander Zeng (SBN 360220)
**SAVERI LAW FIRM, LLP**
550 California Street, Suite 910
San Francisco, CA 94104
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
Email: czirpoli@saverilawfirm.com
Email: cyoung@saverilawfirm.com
Email: ebuchanan@saverilawfirm.com
Email: hbenon@saverilawfirm.com
Email: acera@saverilawfirm.com
Email: azeng@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, 406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email: mb@butvericklaw.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

| | |
|---|---|
| Dated: March 9, 2026 | By:     */s/ Paven Malhotra*<br>         Paven Malhotra<br><br>Paven Malhotra (SBN 258429)<br>David J. Silbert (SBN 173128)<br>Bailey Heaps (SBN 295870)<br>Julia L. Greenberg (SBN 333864)<br>Paul H. von Autenried (SBN 335917)<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>**KEKER, VAN NEST & PETERS LLP**<br>Telephone: (415) 391-5400<br>pmalhotra@keker.com<br>dsilbert@keker.com<br>bheaps@keker.com<br>jgreenberg@keker.com<br>pvonautenried@keker.com<br><br>*Counsel for Defendant Runway AI, Inc.* |

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

I, Joseph R. Saveri, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the other signatory.

Dated: March 9, 2026                     */s/ Joseph R. Saveri*
                                          Joseph R. Saveri