[Counsel Listed on Signature Pages]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, ET AL.,<br><br>              Plaintiffs,<br><br>      v.<br><br>STABILITY AI LTD., ET AL.,<br><br>              Defendants. | Case No. 3:23-cv-00201-WHO<br><br>**JOINT STIPULATION ENLARGING TIME FOR DEFENDANTS STABILITY AI LTD. AND STABILITY AI, INC.'S DEADLINE TO RESPOND TO PLAINTIFFS' THIRD AMENDED COMPLAINT**<br><br><br>Judge:  Hon. William H. Orrick |

JOINT STIPULATION EXTENDING DEFENDANTS STABILITY AI LTD. AND STABILITY AI, INC.'S DEADLINE TO RESPOND TO THIRD AMENDED COMPLAINT
CASE NO. 3:23-CV-00201-WHO (LJC)

Pursuant to Rule 6-1(a) of the Civil Local Rules of the United States District Court for the Northern District of California, Plaintiffs Sarah Andersen, Karla Ortiz, Grzegorz Rutkowski, Gregory Manchess, Gerald Brom, Jingna Zhang, Julia Kaye, and Adam Ellis ("Plaintiffs") and Defendants Stability AI Ltd. and Stability AI, Inc. (collectively, "Stability AI"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiffs requested leave to file a Third Amended Complaint ("TAC") on January 12, 2026 (Dkt. 376);

WHEREAS, the Court granted Plaintiffs leave to file a TAC on February 24, 2026 (Dkt. 429);

WHEREAS, Plaintiffs filed their TAC on February 27, 2026 (Dkt. 431);

WHEREAS, under Federal Rule of Civil Procedure 15(a)(3), the deadline for Stability AI to file a response to the Third Amended Complaint is currently March 13;

WHEREAS, on March 10, Plaintiffs' counsel agreed to extend Stability AI's deadline to respond to the Third Amended Complaint by two weeks, from March 13 to March 27, 2026;

WHEREAS, an extension to and including March 27, 2026 will allow Stability AI time to analyze and respond to the new allegations in the TAC;

WHEREAS, the extension of time for Stability AI to respond to the TAC will not alter the date of any event or deadline fixed by the Court;

WHEREAS, to date, there have been minimal time modifications in the case by stipulation or Court order; [1]

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their undersigned counsel, as follows:

1. The deadline for Defendants Stability AI Ltd. and Stability AI, Inc. to respond to Plaintiffs' Third Amended Complaint shall be March 27.

2. This Stipulation shall be binding on all signatory parties and their successors, assigns, and counsel.

---

[1] *See* Dkts. 28, 29, 39, 40, 137, 138, 152, 153, 270, 273, 295, 296, 310-13, 315, 317, 399, 401, 409-11, 416, 417, 432, 439.

JOINT STIPULATION EXTENDING DEFENDANTS
STABILITY AI LTD. AND STABILITY AI, INC.'S
DEADLINE TO RESPOND TO THIRD AMENDED
COMPLAINT
CASE NO. 3:23-CV-00201-WHO (LJC)

2

Dated: March 11, 2026

By: /s/ Christopher R. Adler

Christopher R. Adler
**MORRISON & FOERSTER LLP**
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017
Telephone: 213-892-5200
Email: cadler@mofo.com

Joseph Charles Gratz
Tiffany Cheung
Timothy Chen Saulsbury
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94105
(415) 268-7000
Fax: (415) 268-7522
Email: JGratz@mofo.com
Email: tcheung@mofo.com
Email: tsaulsbury@mofo.com

Aditya Vijay Kamdar
**MORRISON & FOERSTER LLP**
2100 L Street NW, Suite 900
Washington, DC 20037
202-887-1500
Fax: 202-887-0763
Email: AKamdar@mofo.com

Mark Alan Lemley
**LEX LUMINA PLLC**
745 Fifth Avenue, Suite 500
New York, NY 10151
646-898-2055
Fax: 646-906-8657
Email: mlemley@lex-lumina.com

*Counsel for Defendants Stability AI Ltd. and Stability AI, Inc.*

By: /s/ Joseph R. Saveri (with permission)

Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
Elissa A. Buchanan (SBN 249996)
Evan Creutz (SBN 349728)
Holden Benon (SBN 325847)
Alexandra Fernandez (SBN 330518)
Aaron Cera (SBN 351163)
Louis A. Kessler (SBN 243703)
Alexander Zeng (SBN 360220)
**SAVERI LAW FIRM, LLP**
550 California Street, Suite 910
San Francisco, CA 94104
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
Email: czirpoli@saverilawfirm.com
Email: cyoung@saverilawfirm.com
Email: ebuchanan@saverilawfirm.com
Email: ecreutz@saverilawfirm.com
Email: hbenon@saverilawfirm.com
Email: afernandez@saverilawfirm.com
Email: acera@saverilawfirm.com
Email: lkessler@saverilawfirm.com
Email: azeng@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email: mb@butcoricklaw.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

JOINT STIPULATION EXTENDING DEFENDANTS STABILITY AI LTD. AND STABILITY AI, INC.'S DEADLINE TO RESPOND TO THIRD AMENDED COMPLAINT
CASE NO. 3:23-CV-00201-WHO (LJC)

3

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

I, Christopher R. Adler, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the other signatory.

Dated: March 11, 2026

/s/ Christopher R. Adler
Christopher R. Adler

JOINT STIPULATION EXTENDING DEFENDANTS
STABILITY AI LTD. AND STABILITY AI, INC.'S
DEADLINE TO RESPOND TO THIRD AMENDED
COMPLAINT
CASE NO. 3:23-CV-00201-WHO (LJC)

4