1    [Counsel listed on signature pages]

2

3

4

5

6

7

8

9

10                    **UNITED STATES DISTRICT COURT**

11                  **NORTHERN DISTRICT OF CALIFORNIA**

12                     **SAN FRANCISCO DIVISION**

13

14    SARAH ANDERSEN, et al.,                    Case No. 3:23-cv-00201-WHO (LJC)

15              Plaintiffs,                       **STIPULATION AND ORDER
                                                  EXTENDING DEADLINE TO FILE JOINT
16              v.                                LETTER BRIEF REGARDING
                                                  ADDITIONAL MIDJOURNEY
17    STABILITY AI LTD., a UK corporation;        CUSTODIANS**
      STABILITY AI, INC., a Delaware
18    corporation; DEVIANTART, Inc., a Delaware   Date Filed:  January 13, 2023
      corporation; MIDJOURNEY, INC., a           Dept.:  2; 17ᵗʰ Floor
19    Delaware corporation; RUNWAY AI, INC.,      Judge: Hon. William H. Orrick
      a Delaware corporation,
20                                                **TRIAL DATE: APRIL 5, 2027**
                Defendants.
21

22

23

24

25

26

27

28

Pursuant to Local Rules 6-2 and 7-12, Plaintiffs Sarah Andersen, Karla Ortiz, Grzegorz Rutkowski, Gregory Manchess, Gerald Brom, Jingna Zhang, Julia Kaye, and Adam Ellis ("Plaintiffs") and Defendant Midjourney, Inc. ("Midjourney") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and request as follows:

WHEREAS, the Parties have been negotiating around Plaintiffs' request for six additional Midjourney custodians;

WHEREAS, on February 2, 2026, the Court entered an order granting the modification of the case schedule wherein the Court stated, "If the parties wish to adjust any dates other than the trial date, pretrial conference or dispositive motion hearing, they may file a stipulation to that effect and the court is likely to agree to the change(s)." ECF No. 409;

WHEREAS, on February 9, 2026, the Court ordered Plaintiffs and Midjourney to "continue their meet and confer efforts to resolve this issue and, if they are unable to reach a resolution, shall file their letter brief(s) regarding additional custodians no later than March 5, 2026" (ECF No. 418);

WHEREAS, on March 3, 2026, the Parties filed a stipulation to extend the deadline to file a joint letter brief on this issue until Monday, March 16, 2026 (ECF No. 433), which was granted by the Court on March 6, 2026 (ECF No. 436);

WHEREAS, the Parties have since made progress on Plaintiffs' request for six additional custodians, with Midjourney agreeing to four and Plaintiffs withdrawing one;

WHEREAS, the Parties continue to negotiate in good faith to resolve their dispute regarding the final proposed Midjourney custodian;

WHEREAS, to enable the Parties to complete their discussions, and in the hope of avoiding unnecessary motion practice, the Parties have agreed, subject to the approval of the Court, to extend the deadline to file a joint letter brief with the Court regarding the remaining custodian until Monday, March 30, 2026;

WHEREAS, to date, there have been minimal time modifications in the case by stipulation or Court order; and

WHEREAS, an extension to the deadline to file a joint letter brief regarding the final proposed Midjourney custodian would have no effect on the current schedule for the case;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their undersigned counsel, that the deadline to file a joint letter brief with the Court regarding the remaining proposed additional Midjourney custodian will be Monday, March 30, 2026.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____        _____
                                      United States Magistrate Judge

**STIPULATION & [PROPOSED] ORDER EXTENDING
DEADLINE TO FILE JOINT LETTER BRIEF
CASE NO. 3:23-CV-00201-WHO (LJC)**

Dated:  March 12, 2026                    CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: */s/ Angela L. Dunning*
Angela Dunning
Samuel Blankenship
Kimberly Bittinger
**CLEARY GOTTLIB STEEN & HAMILTON LLP**
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304-1248
Telephone: (650) 815-4131
Email: adunning@cgsh.com
   sblankenship@cgsh.com
   kbittinger@cgsh.com

Arminda B. Bepko (*pro hac vice*)
Amira Perryman (*pro hac vice*)
**CLEARY GOTTLIB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2517
Email: aperryman@cgsh.com
   abepko@cgsh.com

*Counsel for Defendant Midjourney, Inc.*

1    Dated: March 12, 2026                JOSEPH SAVERI LAW FIRM, LLP

2

3                                          By:  /s/ Joseph R. Saveri
                                           Joseph R. Saveri (SBN 130064)
4                                          Cadio Zirpoli (SBN 179108)
                                           Christopher K.L. Young (SBN 318371)
5                                          Elissa A. Buchanan (SBN 249996)
                                           Evan Creutz (SBN 349728)
6                                          Holden Benon (SBN 325847)
                                           Aaron Cera (SBN 351163)
7                                          Alexander Zeng (SBN 360220)
                                           **SAVERI LAW FIRM, LLP**
8                                          550 California Street, Suite 910
                                           San Francisco, CA 94104
9                                          Telephone: (415) 500-6800
                                           Facsimile: (415) 395-9940
10                                         Email:  jsaveri@saverilawfirm.com
                                           Email: czirpoli@saverilawfirm.com
11                                         Email: cyoung@saverilawfirm.com
                                           Email: ebuchanan@saverilawfirm.com
12                                         Email: ecreutz@saverilawfirm.com
                                           Email: hbenon@saverilawfirm.com
13                                         Email: acera@saverilawfirm.com
                                           Email: azeng@saverilawfirm.com

14                                         Matthew Butterick (SBN 250953)

15                                         1920 Hillhurst Avenue, 406 Los Angeles, CA 90027
                                           Telephone: (323) 968-2632
16                                         Facsimile: (415) 395-9940

17                                         Counsel for Individual and Representative Plaintiffs and
                                           the Proposed Class
18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

The filer attests that the other signatories listed, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the filing's content and have authorized the filing.

Dated: March 12, 2026                              /s/ Angela L. Dunning
                                                   Angela L. Dunning