LATHAM & WATKINS LLP
Andrew M. Gass (SBN 259694)
 andrew.gass@lw.com
Michael H. Rubin (SBN 214636)
 michael.rubin@lw.com
Brittany N. Lovejoy (SBN 286813)
 brittany.lovejoy@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: 415.391.0600

Sarah F. Mitchell (SBN 308467)
 sarah.mitchell@lw.com
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
Telephone: 213.485.1234

Simeon Botwinick (*pro hac vice*)
 simeon.botwinick@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C., 20004
Telephone: 202.637.2200

*Attorneys for Defendant DeviantArt, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, et al., | CASE NO. 3:23-cv-00201-WHO |
| Individual and Representative Plaintiffs, | **DEFENDANT DEVIANTART, INC.'S ANSWER TO THIRD AMENDED COMPLAINT** |
| v. | |
| STABILITY AI LTD., et al., | |
| Defendants. | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

DEFENDANT DEVIANTART, INC.'S ANSWER TO THIRD
AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

Defendant DeviantArt, Inc. ("Defendant"), by and through its undersigned counsel, hereby answers the Third Amended Complaint filed by Plaintiffs Sarah Andersen, Kelly McKernan, Karla Ortiz, Hawke Southworth, Grzegorz Rutkowski, Gregory Manchess, Gerald Brom, Jingna Zhang, Julia Kaye, and Adam Ellis ("Plaintiffs").   To the extent not specifically admitted herein, the allegations of the Third Amended Complaint are denied.

## I.    AI IMAGE PRODUCTS ARE TRAINED ON VAST NUMBERS OF COPYRIGHTED IMAGES WITHOUT CONSENT, CREDIT, OR COMPENSATION AND VIOLATE THE RIGHTS OF MILLIONS OF ARTISTS[1]

1.    Defendant admits that the Third Amended Complaint refers to a software product designed to output images through artificial intelligence techniques as an "AI image product." Defendant lacks knowledge or information sufficient to form a belief as to the manner in which the "AI image products at issue in this complaint" were "built," and on that basis denies all related allegations.  Defendant denies the remaining allegations in this paragraph.

2.    Defendant admits that AI image products are often powered by one or more "machine learning models," also referred to as "models," and that models may be "trained" using a "dataset."  Defendant admits that in the Third Amended Complaint, each image caption pair is called a "training image."  Defendant lacks knowledge or information sufficient to form a belief as to the manner in which the "models at issue in this complaint were trained" and on that basis denies all related allegations.  Defendant denies any remaining allegations in this paragraph.

3.    Defendant admits that users can elicit images from AI image products through image and text-based "prompting."   Defendant admits that CLIP models can generate CLIP embeddings, which are low-dimensional numerical representations that can be used to compare images and text.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and on that basis denies them.

4.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

---

[1] The various headings and subheadings of the Third Amended Complaint are not allegations and thus do not require a response.  Defendant reproduces them in this Answer solely for convenience. To the extent a response is required, Defendant denies any allegations contained in the headings and subheadings of the Third Amended Complaint.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DEFENDANT DEVIANTART, INC.'S ANSWER TO THIRD
AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

1    of the allegations in this paragraph, and on that basis denies them.

2        5.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

3    of the allegations in this paragraph, and on that basis denies them.

4        6.    Defendant admits that its subscription-based AI image product deployed Stable

5    Diffusion.  To the extent the allegations in this paragraph contain legal conclusions, no response

6    is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth

7    of the remaining allegations in this paragraph, and on that basis denies them.

8        7.    To the extent the allegations in this paragraph contain legal conclusions, no

9    response is required.  To the extent a response is required, Defendant denies that it "created various

10   infringing copies" of any works, and Defendant lacks knowledge or information sufficient to form

11   a belief as to the truth of the allegations regarding Plaintiff Jingna Zhang's works, and on that basis

12   denies them.

13       8.    Denied.

14       9.    Defendant denies that it holds out its "AI image products as being able to create

15   substantially similar substitutes for the works they were trained on—either specific training

16   images, or images that imitate the trade dress of particular artists—including Plaintiffs."

17   Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

18   remaining allegations in this paragraph, and on that basis denies them.

19       10.   Denied.

20       11.   Denied.

21           **II.    JURISDICTION AND VENUE**

22       12.   For purposes of this action, Defendant does not contest subject matter jurisdiction.

23   This paragraph otherwise contains legal conclusions to which no response is required.

24       13.   For purposes of this action, Defendant does not contest venue.  Defendant lacks

25   knowledge or information sufficient to form a belief as to the truth of the allegations in this

26   paragraph about co-defendant(s), and on that basis denies them.  The remaining allegations in this

27   paragraph contain legal conclusions to which no response is required.

28       14.   For purposes of this action, Defendant does not contest the assignment.  Defendant

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

DEFENDANT DEVIANTART, INC.'S ANSWER TO THIRD
AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

1   lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this

2   paragraph about co-defendant(s), and on that basis denies them.  The remaining allegations in this

3   paragraph contain legal conclusions to which no response is required.

4                                   **III.   PLAINTIFFS**

5          15.     Defendant lacks knowledge or information sufficient to form a belief as to the truth

6   of the allegations in this paragraph, and on that basis denies them.

7          16.     Defendant lacks knowledge or information sufficient to form a belief as to the truth

8   of the allegations in this paragraph, and on that basis denies them.

9          17.     Defendant lacks knowledge or information sufficient to form a belief as to the truth

10  of the allegations in this paragraph, and on that basis denies them.

11         18.     Defendant lacks knowledge or information sufficient to form a belief as to the truth

12  of the allegations in this paragraph, and on that basis denies them.

13         19.     Defendant lacks knowledge or information sufficient to form a belief as to the truth

14  of the allegations in this paragraph, and on that basis denies them.

15         20.     Defendant lacks knowledge or information sufficient to form a belief as to the truth

16  of the allegations in this paragraph, and on that basis denies them.

17         21.     Defendant lacks knowledge or information sufficient to form a belief as to the truth

18  of the allegations in this paragraph, and on that basis denies them.

19         22.     Defendant lacks knowledge or information sufficient to form a belief as to the truth

20  of the allegations in this paragraph, and on that basis denies them.

21         23.     Defendant lacks knowledge or information sufficient to form a belief as to the truth

22  of the allegations in this paragraph, and on that basis denies them.

23         24.     Defendant lacks knowledge or information sufficient to form a belief as to the truth

24  of the allegations in this paragraph, and on that basis denies them.

25         25.     Defendant lacks knowledge or information sufficient to form a belief as to the truth

26  of the allegations in this paragraph, and on that basis denies them.

27         26.     Defendant lacks knowledge or information sufficient to form a belief as to the truth

28  of the allegations in this paragraph, and on that basis denies them.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

DEFENDANT DEVIANTART, INC.'S ANSWER TO THIRD
AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

27.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

28.     Defendant admits that images which Plaintiffs claim belong to Plaintiff Zhang were contained in a dataset produced to Plaintiffs in discovery in this action.   To the extent the allegations in this paragraph contain legal conclusions, no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and on that basis denies them.

29.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

30.     To the extent the allegations in this paragraph contain legal conclusions, no response is required.   To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

31.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

## IV.     DEFENDANTS

32.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

33.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

34.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

35.     Admit.

36.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

## V.     AGENTS AND CO-CONSPIRATORS

37.     The allegations in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations.

LATHAM&WATKINS^LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

DEFENDANT DEVIANTART, INC.'S ANSWER TO THIRD
AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

38.     The allegations in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations.

## VI.    CLASS ALLEGATIONS

### A.    Class Definitions

34.     Denied.[2]

35.     Defendant denies claims regarding class definitions.  The allegations in this paragraph also contain legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and on that basis denies them.

### B.    Numerosity

36.     The allegations in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations.

### C.    Typicality

37.     The allegations in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations.

### D.    Commonality & Predominance

38.     The allegations in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations.

39.     The allegations in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations.

40.     The allegations in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations.

41.     The allegations in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations.

42.     The allegations in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations.

___

[2] Plaintiffs' Third Amended Complaint repeats paragraph numbers 34-38.  This Answer reflects Plaintiffs' numbering.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

DEFENDANT DEVIANTART, INC.'S ANSWER TO THIRD
AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

43.    The allegations in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations.

44.    The allegations in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations.

**E.    Adequacy**

45.    The allegations in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations.

**F.    Other Class Considerations**

46.    The allegations in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations.

47.    The allegations in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations.

48.    The allegations in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations.

**VII.    ARTISTS AND THEIR WORKS**

49.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

50.    Defendant admits that creating artwork often requires dedication, energy, and creativity.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations require a legal conclusion, no response is required.

51.    Defendant admits that the quoted language appears in the United States Constitution.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph regarding Plaintiffs' registration of their works, and on that basis denies them.  The remaining allegations in this paragraph contain legal conclusions to which no response is required.

52.    Defendant admits that some artists affix watermarks or other identifying marks to their works.  Defendant lacks knowledge or information sufficient to form a belief as to the truth

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

7

DEFENDANT DEVIANTART, INC.'S ANSWER TO THIRD
AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

1  of the allegations in this paragraph, and on that basis denies them.

2      53.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

3  of the allegations in this paragraph, and on that basis denies them.

4      54.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

5  of the allegations in this paragraph, and on that basis denies them.  To the extent a response is

6  required, Defendant denies the allegations.

7      55.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

8  of the remaining allegations in this paragraph, and on that basis denies them.

9      56.    Denied.

10      **VIII.   THE SOURCE OF THE TRAINING DATASETS: LAION**

11      57.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

12  of the allegations in this paragraph, and on that basis denies them.

13      58.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

14  of the allegations in this paragraph, and on that basis denies them.

15      59.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

16  of the allegations in this paragraph, and on that basis denies them.

17      60.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

18  of the allegations in this paragraph, and on that basis denies them.

19      61.    Defendant admits that a software tool called "img2dataset" allows a user to turn

20  image URLs into an image dataset.  Defendant lacks knowledge or information sufficient to form

21  a belief as to the truth of the remaining allegations in this paragraph, and on that basis denies them.

22      62.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

23  of the allegations in this paragraph, and on that basis denies them.

24      63.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

25  of the allegations in this paragraph, and on that basis denies them.

26      64.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

27  of the allegations in this paragraph, and on that basis denies them.

28      65.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

8

DEFENDANT DEVIANTART, INC.'S ANSWER TO THIRD
AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

1  of the allegations in this paragraph, and on that basis denies them.

2  66.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

3  of the allegations in this paragraph, and on that basis denies them.

4  67.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

5  of the allegations in this paragraph, and on that basis denies them.

6  68.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

7  of the allegations in this paragraph, and on that basis denies them.

8  69.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

9  of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in

10  this paragraph purport to summarize or characterize or are inconsistent with the full text

11  referenced, Defendant denies the allegations.

12  70.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

13  of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in

14  this paragraph purport to summarize or characterize or are inconsistent with the full text

15  referenced, Defendant denies the allegations.

16  71.    To the extent the allegations in this paragraph purport to summarize or characterize

17  or are inconsistent with the full text, Defendant denies the allegations.  Defendant admits that it

18  deployed Stable Diffusion.  Defendant lacks knowledge or information sufficient to form a belief

19  as to the truth of the remaining allegations in this paragraph, and on that basis denies them.

20  72.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

21  of the allegations in this paragraph, and on that basis denies them.

22  73.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

23  of the allegations in this paragraph, and on that basis denies them.

24  74.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

25  of the allegations in this paragraph, and on that basis denies them.

26  75.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

27  of the allegations in this paragraph, and on that basis denies them.

28  76.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

9

DEFENDANT DEVIANTART, INC.'S ANSWER TO THIRD
AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

of the allegations in this paragraph, and on that basis denies them.

77.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

78.     To the extent the allegations in this paragraph contain legal conclusions, no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and on that basis denies them.

79.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

80.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

81.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

**IX.     HOW AI IMAGE PRODUCTS WORK: CLIP-GUIDED DIFFUSION**

82.     Defendant admits that this description is generally consistent with its understanding of CLIP-guided diffusion, though these highly general allegations do not appear to be directed at any particular product, and Defendant lacks knowledge or information sufficient to form a belief with respect to whether this description is uniformly true.

83.     Defendant admits that it deployed Stable Diffusion.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and on that basis denies them.

84.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

85.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

10

DEFENDANT DEVIANTART, INC.'S ANSWER TO THIRD
AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

86.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

87.     To the extent the allegations in this paragraph contain legal conclusions, no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

88.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

89.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

90.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

91.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

92.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
SAN FRANCISCO

11

DEFENDANT DEVIANTART, INC.'S ANSWER TO THIRD
AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

referenced, Defendant denies the allegations.

93.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

94.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

95.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

96.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

97.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

98.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

99.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

12

DEFENDANT DEVIANTART, INC.'S ANSWER TO THIRD
AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

1    referenced, Defendant denies the allegations.

2          100.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

3    of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in

4    this paragraph purport to summarize or characterize or are inconsistent with the full text

5    referenced, Defendant denies the allegations.

6          101.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

7    of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in

8    this paragraph purport to summarize or characterize or are inconsistent with the full text

9    referenced, Defendant denies the allegations.

10         102.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

11   of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in

12   this paragraph purport to summarize or characterize or are inconsistent with the full text

13   referenced, Defendant denies the allegations.

14         103.    Defendant admits that, to its understanding, some Stable Diffusion models employ

15   CLIP.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

16   remaining allegations in this paragraph, and on that basis denies them.

17         104.    Defendant admits that a CLIP model may quantify a correlation between images

18   and captions.  However, this general allegation does not appear to be directed at any particular

19   product, and Defendant lacks knowledge or information sufficient to form a belief with respect to

20   whether this description is uniformly true.  Defendant lacks knowledge or information sufficient

21   to form a belief as to the truth of the remaining allegations in this paragraph, and on that basis

22   denies them.

23         105.    Defendant admits that "CLIP" stands for "contrastive language–image

24   pretraining."  Defendant admits that a CLIP model can learn to correlate images and text by

25   training on such material.  However, these general allegations do not appear to be directed at any

26   particular product, and Defendant lacks knowledge or information sufficient to form a belief with

27   respect to whether this description is uniformly true.  To the extent the allegations in this paragraph

28   contain legal conclusions, no response is required.  Defendant lacks knowledge or information

LATHAM&WATKINSᴸᴸᴾ
ATTORNEYS AT LAW
SAN FRANCISCO

13

DEFENDANT DEVIANTART, INC.'S ANSWER TO THIRD
AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

1    sufficient to form a belief as to the truth of the remaining highly general allegations in this

2    paragraph, which do not appear to be directed at any particular product, and on that basis denies

3    them.

4        106.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

5    of the allegations in this paragraph, and on that basis denies them.

6        107.    Defendant admits that a CLIP model can learn to correlate images and text by

7    training on such material.  However, this general allegation does not appear to be directed at any

8    particular product, and Defendant lacks knowledge or information sufficient to form a belief with

9    respect to whether this description is uniformly true.  Defendant lacks knowledge or information

10   sufficient to form a belief as to the truth of the remaining highly general allegations in this

11   paragraph, which do not appear to be directed at any particular product, and on that basis denies

12   them.

13       108.    Defendant admits that a CLIP model can learn to correlate images and text by

14   training on such material.  However, this general allegation does not appear to be directed at any

15   particular product, and Defendant lacks knowledge or information sufficient to form a belief with

16   respect to whether this description is uniformly true.  Defendant lacks knowledge or information

17   sufficient to form a belief as to the truth of the remaining highly general allegations in this

18   paragraph, which do not appear to be directed at any particular product, and on that basis denies

19   them.

20       109.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

21   of the highly general allegations in this paragraph, which do not appear to be directed at any

22   particular product, and on that basis denies them.

23       110.    Defendant admits that CLIP models can generate CLIP embeddings, which are

24   numerical representations of an image or piece of text into a latent space.  However, these general

25   allegations do not appear to be directed at any particular product, and Defendant lacks knowledge

26   or information sufficient to form a belief with respect to whether this description is uniformly true.

27   Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

28   remaining highly general allegations in this paragraph, which do not appear to be directed at any

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

14

DEFENDANT DEVIANTART, INC.'S ANSWER TO THIRD
AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

particular product, and on that basis denies them.

111.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the highly general allegations in this paragraph, which do not appear to be directed at any particular product, and on that basis denies them.

112.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the highly general allegations in this paragraph, which do not appear to be directed at any particular product, and on that basis denies them.  To the extent a response is required, Defendant denies the allegations.

113.    Defendant admits that, to its understanding, Stable Diffusion employs CLIP. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and on that basis denies them.

114.    Defendant admits that CLIP embeddings can be generated from either text or an image.  However, this general allegation does not appear to be directed at any particular product, and Defendant lacks knowledge or information sufficient to form a belief with respect to whether this description is uniformly true.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining highly general allegations in this paragraph, which do not appear to be directed at any particular product, and on that basis denies them.

115.    Defendant admits that a CLIP model can learn to correlate images and text by training on such material.  Defendant admits that CLIP models can generate CLIP embeddings, which are numerical representations of an image or piece of text into a latent space.  However, these highly general allegations do not appear to be directed at any particular product, and Defendant lacks knowledge or information sufficient to form a belief with respect to whether this description is uniformly true.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations—including because many of the allegations are highly general and do not appear to be directed at any particular product—and on that basis denies them.

## X.    PROTECTED EXPRESSION FROM TRAINING IMAGES IS COPIED, COMPRESSED, STORED, AND INTERPOLATED BY DIFFUSION MODELS

116.    Defendant denies that the "primary objective of a diffusion model is to reconstruct

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

15

DEFENDANT DEVIANTART, INC.'S ANSWER TO THIRD
AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

copies of its training images with maximum accuracy and fidelity." Defendant further denies that "a diffusion model is…able to reconstruct copies of each training image." Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and on that basis denies them.

117. Defendant denies that a generative machine-learning model is a database or is analogous to a database. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them. To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

118. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them. To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

119. Defendant denies that a generative machine-learning model is merely a way to compress data. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and on that basis denies them. To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

120. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them. To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

121. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them. To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

122. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them. To the extent the allegations in

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

16

DEFENDANT DEVIANTART, INC.'S ANSWER TO THIRD
AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

1    this paragraph purport to summarize or characterize or are inconsistent with the full text

2    referenced, Defendant denies the allegations.

3        123.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

4    of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in

5    this paragraph purport to summarize or characterize or are inconsistent with the full text

6    referenced, Defendant denies the allegations.

7        124.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

8    of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in

9    this paragraph purport to summarize or characterize or are inconsistent with the full text

10    referenced, Defendant denies the allegations.

11        125.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

12    of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in

13    this paragraph purport to summarize or characterize or are inconsistent with the full text

14    referenced, Defendant denies the allegations.

15        126.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

16    of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in

17    this paragraph purport to summarize or characterize or are inconsistent with the full text

18    referenced, Defendant denies the allegations.

19        127.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

20    of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in

21    this paragraph purport to summarize or characterize or are inconsistent with the full text

22    referenced, Defendant denies the allegations.

23        128.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

24    of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in

25    this paragraph purport to summarize or characterize or are inconsistent with the full text

26    referenced, Defendant denies the allegations.

27        129.    Defendant denies that "diffusion models store copies of protected expression from

28    their training images."  Defendant lacks knowledge or information sufficient to form a belief as to

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFENDANT DEVIANTART, INC.'S ANSWER TO THIRD
AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

the truth of the remaining allegations in this paragraph, and on that basis denies them.

130.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

131.    Defendant denies that the selectively-quoted language accurately reflects Carlini's conclusions.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

132.    Defendant denies that the selectively-quoted language accurately reflects Carlini's conclusions.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

133.    Defendant denies that the selectively-quoted language in the preceding paragraph accurately reflects Carlini's conclusions.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

134.    Defendant denies that the selectively-quoted language accurately reflects Carlini's conclusions.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

135.    Defendant denies that the selectively-quoted language accurately reflects Carlini's conclusions.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and on that basis denies them.

136.    Defendant denies that the selectively-quoted language accurately reflects Carlini's conclusions.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

137.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

18

DEFENDANT DEVIANTART, INC.'S ANSWER TO THIRD
AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

138.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

139.    Defendant denies that these allegations accurately reflect Carlini's conclusions.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and on that basis denies them.

140.    Defendant denies that these allegations accurately reflect Carlini's conclusions.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and on that basis denies them.

141.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

142.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

143.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

144.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent a response is

LATHAM&WATKINS␣␣␣
ATTORNEYS AT LAW
SAN FRANCISCO

19

DEFENDANT DEVIANTART, INC.'S ANSWER TO THIRD
AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

1   required, Defendant denies these allegations.

2   145.   Defendant denies that Carlini's paper shows that diffusion models—and Stable

3   Diffusion in particular—has the ability to store copies of protected expression from training images

4   and later regenerate it.   To the extent the allegations in this paragraph purport to summarize or

5   characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

6   146.   Defendant lacks knowledge or information sufficient to form a belief as to the truth

7   of the allegations in this paragraph, and on that basis denies them.   To the extent the allegations in

8   this paragraph purport to summarize or characterize or are inconsistent with the full text

9   referenced, Defendant denies the allegations.

10   147.   Defendant lacks knowledge or information sufficient to form a belief as to the truth

11   of the allegations in this paragraph, and on that basis denies them.   To the extent the allegations in

12   this paragraph purport to summarize or characterize or are inconsistent with the full text

13   referenced, Defendant denies the allegations.

14   148.   Defendant lacks knowledge or information sufficient to form a belief as to the truth

15   of the allegations in this paragraph, and on that basis denies them.   To the extent the allegations in

16   this paragraph contain legal conclusions, no response is required.

17   149.   Defendant lacks knowledge or information sufficient to form a belief as to the truth

18   of the allegations in this paragraph, and on that basis denies them.

19   150.   Defendant lacks knowledge or information sufficient to form a belief as to the truth

20   of the allegations in this paragraph, and on that basis denies them.   To the extent the allegations in

21   this paragraph purport to summarize or characterize or are inconsistent with the full text

22   referenced, Defendant denies the allegations.

23   **XI.   EXAMPLES OF TEXT PROMPTS USING PLAINTIFF NAMES IN AI IMAGE**

24   **PRODUCTS OFFERED BY STABILITY, RUNWAY, AND MIDJOURNEY**

25   151.   Defendant lacks knowledge or information sufficient to form a belief as to the truth

26   of the allegations in this paragraph, and on that basis denies them.

27   152.   Defendant denies that it has taken any actions "to frustrate Plaintiffs' investigation

28   of the claims in this complaint."   Defendant lacks knowledge or information sufficient to form a

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

20

DEFENDANT DEVIANTART, INC.'S ANSWER TO THIRD
AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

belief as to the truth of the remaining allegations in this paragraph, and on that basis denies them.

153.    Defendant admits that it can prohibit the use of certain words in prompts in DreamUp.  To the extent the allegations in this paragraph contain legal conclusions, no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and on that basis denies them.

154.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

155.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

156.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

157.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text referenced, Defendant denies the allegations.

158.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

159.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

160.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

161.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

162.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

163.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

164.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

21

DEFENDANT DEVIANTART, INC.'S ANSWER TO THIRD
AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

1    of the allegations in this paragraph, and on that basis denies them.

2    165.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

3    of the allegations in this paragraph, and on that basis denies them.

4    166.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

5    of the allegations in this paragraph, and on that basis denies them.

6    167.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

7    of the allegations in this paragraph, and on that basis denies them.

8    168.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

9    of the allegations in this paragraph, and on that basis denies them.

10    169.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

11    of the allegations in this paragraph, and on that basis denies them.

12    170.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

13    of the allegations in this paragraph, and on that basis denies them.

14    171.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

15    of the allegations in this paragraph, and on that basis denies them.

16    172.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

17    of the allegations in this paragraph, and on that basis denies them.

18    173.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

19    of the allegations in this paragraph, and on that basis denies them.

20    174.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

21    of the allegations in this paragraph, and on that basis denies them.

22    175.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

23    of the allegations in this paragraph, and on that basis denies them.

24    176.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

25    of the allegations in this paragraph, and on that basis denies them.

26    **XII.    EXAMPLES OF IMAGE PROMPTS USING PLAINTIFF IMAGES IN AI IMAGE**

27    **PRODUCTS OFFERED BY STABILITY, RUNWAY, AND MIDJOURNEY**

28    177.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

22

DEFENDANT DEVIANTART, INC.'S ANSWER TO THIRD
AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

1    of the allegations in this paragraph, and on that basis denies them.

2         178.    Defendant admits that, to its understanding, some Stable Diffusion models employ

3    CLIP.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

4    remaining allegations in this paragraph, and on that basis denies them.

5         179.    Defendant admits that a CLIP model can produce a CLIP embedding from an

6    image.  However, this general allegation does not appear to be directed at any particular product,

7    and Defendant lacks knowledge or information sufficient to form a belief with respect to whether

8    this description is uniformly true.  Defendant lacks knowledge or information sufficient to form a

9    belief as to the truth of the remaining allegations in this paragraph, and on that basis denies them.

10        180.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

11   of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in

12   this paragraph purport to summarize or characterize or are inconsistent with the full text

13   referenced, Defendant denies the allegations.

14        181.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

15   of the allegations in this paragraph, and on that basis denies them.  To the extent the allegations in

16   this paragraph purport to summarize or characterize or are inconsistent with the full text

17   referenced, Defendant denies the allegations.

18        182.    Defendant denies that these allegations accurately reflect Carlini's conclusions.  To

19   the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent

20   with the full text referenced, Defendant denies the allegations.

21        183.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

22   of the allegations in this paragraph, and on that basis denies them.

23        184.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

24   of the allegations in this paragraph, and on that basis denies them.

25        185.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

26   of the allegations in this paragraph, and on that basis denies them.

27        186.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

28   of the allegations in this paragraph, and on that basis denies them.

187.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

188.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

189.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

190.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

191.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

192.     To the extent the allegations in this paragraph contain legal conclusions, no response is required.  To the extent a response is required, Defendant denies the allegations.

193.     To the extent the allegations in this paragraph contain legal conclusions, no response is required.  To the extent a response is required, Defendant denies the allegations.

194.     To the extent the allegations in this paragraph contain legal conclusions, no response is required.  To the extent a response is required, Defendant denies the allegations.

195.     To the extent the allegations in this paragraph contain legal conclusions, no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

196.     To the extent the allegations in this paragraph contain legal conclusions, no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

197.     To the extent the allegations in this paragraph contain legal conclusions, no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

198.     To the extent the allegations in this paragraph contain legal conclusions, no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
SAN FRANCISCO

24

DEFENDANT DEVIANTART, INC.'S ANSWER TO THIRD
AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

199.    To the extent the allegations in this paragraph contain legal conclusions, no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

200.    To the extent the allegations in this paragraph contain legal conclusions, no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

## XIII.   USER AND LICENSEE ACTIVITY

201.    Defendant denies that it provides any "assistance" to "users and licensees" to "track and update the specific artists (including Plaintiffs) which the AI image products are able to mimic or imitate."  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and on that basis denies them.

202.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

203.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

204.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

205.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

206.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

207.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

208.    Defendant denies that it distributes DreamUp.  Defendant denies that it "encourage[s] the use of specific artist names—including Plaintiffs—as text prompts in order to adduce artwork indistinguishable from Plaintiffs from the AI Image Products."  To the extent the allegations in this paragraph contain legal conclusions, no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

25

DEFENDANT DEVIANTART, INC.'S ANSWER TO THIRD
AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

1  this paragraph, and on that basis denies them.

2  ## XIV.   DEFINITIONS FOR THE CAUSES OF ACTIONS

3  209.    The allegations in this paragraph contain legal conclusions to which no response is

4  required.

5  210.    The allegations in this paragraph contain legal conclusions to which no response is

6  required.

7  211.    The allegations in this paragraph contain legal conclusions to which no response is

8  required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of

9  the remaining allegations in this paragraph concerning copyright ownership.

10  212.    The allegations in this paragraph contain legal conclusions to which no response is

11  required.

12  213.    The allegations in this paragraph contain legal conclusions to which no response is

13  required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of

14  the remaining allegations in this paragraph concerning copyright ownership.

15  214.    The allegations in this paragraph contain legal conclusions to which no response is

16  required.

17  215.    The allegations in this paragraph contain legal conclusions to which no response is

18  required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of

19  the remaining allegations in this paragraph concerning copyright ownership.

20  216.    The allegations in this paragraph contain legal conclusions to which no response is

21  required.

22  217.    The allegations in this paragraph contain legal conclusions to which no response is

23  required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of

24  the remaining allegations in this paragraph concerning copyright ownership.

25  218.    The allegations in this paragraph contain legal conclusions to which no response is

26  required.

27  219.    The allegations in this paragraph contain legal conclusions to which no response is

28  required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

26

DEFENDANT DEVIANTART, INC.'S ANSWER TO THIRD
AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

1    the remaining allegations in this paragraph concerning copyright ownership.

2              XV.    CAUSES OF ACTION AGAINST STABILITY

3              220.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

4    of the allegations in this paragraph, and on that basis denies them.

5              221.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

6    of the allegations in this paragraph, and on that basis denies them.

7              222.    The allegations in this paragraph contain legal conclusions to which no response is

8    required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of

9    the remaining allegations in this paragraph.

10             223.    The allegations in this paragraph contain legal conclusions to which no response is

11   required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of

12   the remaining allegations in this paragraph.

13             224.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

14   of the allegations in this paragraph and on that basis denies them.

15             225.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

16   of the allegations in this paragraph and on that basis denies them.

17                              **COUNT ONE**

18   **Direct copyright infringement of the LAION-5B Registered Works by training the Stability Models, including Stable Diffusion 2.0 and Stable Diffusion XL 1.0 against Stability on behalf of the LAION-5B Registered Plaintiffs and Damages Subclass**

19

20             226.    This paragraph relates to a claim not made against Defendant and thus no response

21   by Defendant is required.   To the extent a response is required, Defendant incorporates by

22   reference its responses to all allegations set forth in paragraphs 1–225 as if fully set forth herein.

23             227.    This paragraph relates to a claim not made against Defendant and thus no response

24   by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

25   to which no response is required.  Defendant lacks knowledge or information sufficient to form a

26   belief as to the truth of the remaining allegations in this paragraph.

27             228.    This paragraph relates to a claim not made against Defendant and thus no response

28   by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

27

DEFENDANT DEVIANTART, INC.'S ANSWER TO THIRD
AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

1   to which no response is required.  Defendant lacks knowledge or information sufficient to form a

2   belief as to the truth of the remaining allegations in this paragraph.

3         229.   This paragraph relates to a claim not made against Defendant and thus no response

4   by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

5   to which no response is required.  Defendant lacks knowledge or information sufficient to form a

6   belief as to the truth of the remaining allegations in this paragraph.

7         230.   This paragraph relates to a claim not made against Defendant and thus no response

8   by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

9   to which no response is required.  Defendant lacks knowledge or information sufficient to form a

10   belief as to the truth of the remaining allegations in this paragraph.

11        231.   This paragraph relates to a claim not made against Defendant and thus no response

12   by Defendant is required.  To the extent a response is required, Defendant lacks knowledge or

13   information sufficient to form a belief as to the truth of the allegations in this paragraph.

14        232.   This paragraph relates to a claim not made against Defendant and thus no response

15   by Defendant is required.  To the extent a response is required, Defendant lacks knowledge or

16   information sufficient to form a belief as to the truth of the allegations in this paragraph and on

17   that basis denies them.

18        233.   This paragraph relates to a claim not made against Defendant and thus no response

19   by Defendant is required.  To the extent a response is required, Defendant lacks knowledge or

20   information sufficient to form a belief as to the truth of the allegations in this paragraph.

21        234.   This paragraph relates to a claim not made against Defendant and thus no response

22   by Defendant is required.  To the extent a response is required, Defendant lacks knowledge or

23   information sufficient to form a belief as to the truth of the allegations in this paragraph.

24        235.   This paragraph relates to a claim not made against Defendant and thus no response

25   by Defendant is required.  To the extent a response is required, Defendant lacks knowledge or

26   information sufficient to form a belief as to the truth of the allegations in this paragraph.

27        236.   This paragraph relates to a claim not made against Defendant and thus no response

28   by Defendant is required.  To the extent a response is required, Defendant lacks knowledge or

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

28

DEFENDANT DEVIANTART, INC.'S ANSWER TO THIRD
AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

1    information sufficient to form a belief as to the truth of the allegations in this paragraph.

2        237.    This paragraph relates to a claim not made against Defendant and thus no response

3    by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

4    to which no response is required.  Defendant lacks knowledge or information sufficient to form a

5    belief as to the truth of the remaining allegations in this paragraph.

6        238.    This paragraph relates to a claim not made against Defendant and thus no response

7    by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

8    to which no response is required.  Defendant lacks knowledge or information sufficient to form a

9    belief as to the truth of the remaining allegations in this paragraph.

10                                    **COUNT TWO**

11    **Inducement of copyright infringement by distributing Stable Diffusion 2.0 and Stable Diffusion XL 1.0 for free against Stability on behalf of the LAION-5B Registered Plaintiffs and Damages Subclass**

12

13        239.    This paragraph relates to a claim not made against Defendant and thus no response

14    by Defendant is required.   To the extent a response is required, Defendant incorporates by

15    reference its responses to all allegations set forth in paragraphs 1–238 as if fully set forth herein.

16        240.    This paragraph relates to a claim not made against Defendant and thus no response

17    by Defendant is required.  To the extent a response is required, Defendant lacks knowledge or

18    information sufficient to form a belief as to the truth of the allegations in this paragraph.

19        241.    This paragraph relates to a claim not made against Defendant and thus no response

20    by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

21    to which no response is required.  Defendant lacks knowledge or information sufficient to form a

22    belief as to the truth of the remaining allegations in this paragraph.

23        242.    This paragraph relates to a claim not made against Defendant and thus no response

24    by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

25    to which no response is required.  Defendant lacks knowledge or information sufficient to form a

26    belief as to the truth of the remaining allegations in this paragraph.

27        243.    This paragraph relates to a claim not made against Defendant and thus no response

28    by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

29

DEFENDANT DEVIANTART, INC.'S ANSWER TO THIRD
AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

1  to which no response is required.  Defendant lacks knowledge or information sufficient to form a

2  belief as to the truth of the remaining allegations in this paragraph.

3    244.    This paragraph relates to a claim not made against Defendant and thus no response

4  by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

5  to which no response is required.  Defendant lacks knowledge or information sufficient to form a

6  belief as to the truth of the remaining allegations in this paragraph.

7                         **COUNT THREE**

8    245.    This paragraph relates to a claim not made against Defendant and thus no response

9  by Defendant is required.  To the extent a response is required, Defendant incorporates by

10 reference its responses to all allegations set forth in paragraphs 1–244 as if fully set forth herein.

11   246.    This paragraph relates to a claim not made against Defendant and thus no response

12 by Defendant is required.  To the extent a response is required, Defendant lacks knowledge or

13 information sufficient to form a belief as to the truth of the allegations in this paragraph.

14   247.    This paragraph relates to a claim not made against Defendant and thus no response

15 by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

16 to which no response is required.  Defendant lacks knowledge or information sufficient to form a

17 belief as to the truth of the remaining allegations in this paragraph.

18   248.    This paragraph relates to a claim not made against Defendant and thus no response

19 by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

20 to which no response is required.  Defendant lacks knowledge or information sufficient to form a

21 belief as to the truth of the remaining allegations in this paragraph.

22   249.    This paragraph relates to a claim not made against Defendant and thus no response

23 by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

24 to which no response is required.  Defendant lacks knowledge or information sufficient to form a

25 belief as to the truth of the remaining allegations in this paragraph.

26              **XVI.   CAUSES OF ACTION AGAINST MIDJOURNEY**

27   250.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

28 of the allegations in this paragraph and on that basis denies them.

251.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis denies them.

252.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis denies them.

253.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis denies them.

254.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis denies them.

255.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis denies them.

256.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis denies them.

257.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis denies them.

258.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis denies them.

259.    The allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

260.    The allegations in this paragraph contain legal conclusions to which no response is required.

261.    The allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

262.    The allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

263.    The allegations in this paragraph contain legal conclusions to which no response is

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

31

DEFENDANT DEVIANTART, INC.'S ANSWER TO THIRD
AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

1  required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of

2  the remaining allegations in this paragraph.

3        264.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

4  of the allegations in this paragraph and on that basis denies them.

5        265.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

6  of the allegations in this paragraph and on that basis denies them.

7        266.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

8  of the allegations in this paragraph and on that basis denies them.

9        267.    The allegations in this paragraph contain legal conclusions to which no response is

10 required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of

11 the remaining allegations in this paragraph.

12       268.    The allegations in this paragraph contain legal conclusions to which no response is

13 required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of

14 the remaining allegations in this paragraph.

15       269.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

16 of the allegations in this paragraph and on that basis denies them.

17       270.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

18 of the allegations in this paragraph and on that basis denies them.

19                            **COUNT FOUR**

20 **Direct copyright infringement of the LAION-400M Registered Works by training the
   Midjourney 400M Models, including Midjourney Model version 1 against Midjourney on**

21 **behalf of the LAION-400M Registered Plaintiffs and Damages Subclass**

22       271.    This paragraph relates to a claim not made against Defendant and thus no response

23 by Defendant is required, Defendant incorporates by reference its responses to all allegations set

24 forth in paragraphs 1–270 as if fully set forth herein.

25       272.    This paragraph relates to a claim not made against Defendant and thus no response

26 by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

27 to which no response is required.  Defendant lacks knowledge or information sufficient to form a

28 belief as to the truth of the remaining allegations in this paragraph.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

32

DEFENDANT DEVIANTART, INC.'S ANSWER TO THIRD
AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

273.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

274.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

275.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

## COUNT FIVE

**Direct copyright infringement of the LAION-5B Registered Works by training the Midjourney 5B Models, including Midjourney Model version 5.2 against Midjourney on behalf of the LAION-5B Registered Plaintiffs and Damages Subclass**

276.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.   To the extent a response is required, Defendant incorporates by reference its responses to all allegations set forth in paragraphs 1–275 as if fully set forth herein.

277.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

278.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

279.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

33

DEFENDANT DEVIANTART, INC.'S ANSWER TO THIRD
AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

1    to which no response is required.  Defendant lacks knowledge or information sufficient to form a

2    belief as to the truth of the remaining allegations in this paragraph.

3         280.    This paragraph relates to a claim not made against Defendant and thus no response

4    by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

5    to which no response is required.  Defendant lacks knowledge or information sufficient to form a

6    belief as to the truth of the remaining allegations in this paragraph.

7         281.    This paragraph relates to a claim not made against Defendant and thus no response

8    by Defendant is required.  To the extent a response is required, Defendant lacks knowledge or

9    information sufficient to form a belief as to the truth of the allegations in this paragraph and on

10   that basis denies them.

11        282.    This paragraph relates to a claim not made against Defendant and thus no response

12   by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

13   to which no response is required.  Defendant lacks knowledge or information sufficient to form a

14   belief as to the truth of the remaining allegations in this paragraph.

15   **COUNT FIVE[3]**

16        283.    This paragraph relates to a claim not made against Defendant and thus no response

17   by Defendant is required.   To the extent a response is required, Defendant incorporates by

18   reference its responses to all allegations set forth in paragraphs 1–282 as if fully set forth herein.

19        284.    This paragraph relates to a claim not made against Defendant and thus no response

20   by Defendant is required.  To the extent a response is required, Defendant lacks knowledge or

21   information sufficient to form a belief as to the truth of the allegations in this paragraph and on

22   that basis denies them.

23        285.    This paragraph relates to a claim not made against Defendant and thus no response

24   by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

25   to which no response is required.  Defendant lacks knowledge or information sufficient to form a

26   belief as to the truth of the remaining allegations in this paragraph.

27

28

---

[3] Plaintiffs' Third Amended Complaint repeats Count Five and skips Count Six.  This Answer reflects Plaintiffs' numbering.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

34

DEFENDANT DEVIANTART, INC.'S ANSWER TO THIRD
AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

286.     This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

287.     This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

**COUNT SEVEN**

**Direct copyright infringement of the DataComp xLarge Registered Works against Midjourney on behalf of the DataComp xLarge Registered Plaintiffs and the Damages Subclass**

288.     This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.   To the extent a response is required, Defendant incorporates by reference its responses to all allegations set forth in paragraphs 1–287 as if fully set forth herein.

289.     This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis denies them.

290.     This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis denies them.

291.     This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis denies them.

292.     This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  To the extent a response is required, Defendant lacks knowledge or

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

35

DEFENDANT DEVIANTART, INC.'S ANSWER TO THIRD
AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

1    information sufficient to form a belief as to the truth of the allegations in this paragraph and on

2    that basis denies them.

3          293.    This paragraph relates to a claim not made against Defendant and thus no response

4    by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

5    to which no response is required.  Defendant lacks knowledge or information sufficient to form a

6    belief as to the truth of the remaining allegations in this paragraph.

7          294.    This paragraph relates to a claim not made against Defendant and thus no response

8    by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

9    to which no response is required.  Defendant lacks knowledge or information sufficient to form a

10   belief as to the truth of the remaining allegations in this paragraph.

11         295.    This paragraph relates to a claim not made against Defendant and thus no response

12   by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

13   to which no response is required.  Defendant lacks knowledge or information sufficient to form a

14   belief as to the truth of the remaining allegations in this paragraph.

15                                    **COUNT EIGHT**

16   **Lanham Act — false endorsement by unauthorized commercial use of artists' names**
     **against Midjourney on behalf of the Midjourney Named Plaintiffs and Class**
17

18         296.    This paragraph relates to a claim not made against Defendant and thus no response

19   by Defendant is required.   To the extent a response is required, Defendant incorporates by

20   reference its responses to all allegations set forth in paragraphs 1–295 as if fully set forth herein.

21         297.    This paragraph relates to a claim not made against Defendant and thus no response

22   by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

23   to which no response is required.  Defendant lacks knowledge or information sufficient to form a

24   belief as to the truth of the remaining allegations in this paragraph.

25         298.    This paragraph relates to a claim not made against Defendant and thus no response

26   by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

27   to which no response is required.  Defendant lacks knowledge or information sufficient to form a

28   belief as to the truth of the remaining allegations in this paragraph.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

36

DEFENDANT DEVIANTART, INC.'S ANSWER TO THIRD
AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

299.     This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

300.     This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

301.     This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

302.     This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and on that basis denies them.

303.     This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis denies them.

304.     This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis denies them.

305.     This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis denies them.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

37

DEFENDANT DEVIANTART, INC.'S ANSWER TO THIRD
AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

306.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis denies them.

307.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis denies them.

308.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

309.    The allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

<b>COUNT NINE</b>

**Lanham Act — vicarious trade-dress violation by profiting from imitations of protectable trade dress against Midjourney on behalf of the Midjourney Named Plaintiffs and Class**

310.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Defendant incorporates by reference its responses to all allegations set forth in paragraphs 1–309 as if fully set forth herein.

311.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

312.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

38

DEFENDANT DEVIANTART, INC.'S ANSWER TO THIRD
AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

1  belief as to the truth of the remaining allegations in this paragraph.

2      313.    This paragraph relates to a claim not made against Defendant and thus no response

3  by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

4  to which no response is required.  Defendant lacks knowledge or information sufficient to form a

5  belief as to the truth of the remaining allegations in this paragraph.

6      314.    This paragraph relates to a claim not made against Defendant and thus no response

7  by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

8  to which no response is required.  Defendant lacks knowledge or information sufficient to form a

9  belief as to the truth of the remaining allegations in this paragraph.

10      315.    This paragraph relates to a claim not made against Defendant and thus no response

11  by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

12  to which no response is required.  Defendant lacks knowledge or information sufficient to form a

13  belief as to the truth of the remaining allegations in this paragraph.

14      316.    This paragraph relates to a claim not made against Defendant and thus no response

15  by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

16  to which no response is required.  Defendant lacks knowledge or information sufficient to form a

17  belief as to the truth of the remaining allegations in this paragraph.

18      317.    This paragraph relates to a claim not made against Defendant and thus no response

19  by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

20  to which no response is required.  Defendant lacks knowledge or information sufficient to form a

21  belief as to the truth of the remaining allegations in this paragraph.

22      318.    This paragraph relates to a claim not made against Defendant and thus no response

23  by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

24  to which no response is required.  Defendant lacks knowledge or information sufficient to form a

25  belief as to the truth of the remaining allegations in this paragraph.

26      319.    This paragraph relates to a claim not made against Defendant and thus no response

27  by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

28  to which no response is required.  Defendant lacks knowledge or information sufficient to form a

LATHAM&WATKINS<sub>LLP</sub>
ATTORNEYS AT LAW
SAN FRANCISCO

39

DEFENDANT DEVIANTART, INC.'S ANSWER TO THIRD
AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

1    belief as to the truth of the remaining allegations in this paragraph.

2        320.    This paragraph relates to a claim not made against Defendant and thus no response

3    by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

4    to which no response is required.  Defendant lacks knowledge or information sufficient to form a

5    belief as to the truth of the remaining allegations in this paragraph.

6        321.    This paragraph relates to a claim not made against Defendant and thus no response

7    by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

8    to which no response is required.  Defendant lacks knowledge or information sufficient to form a

9    belief as to the truth of the remaining allegations in this paragraph.

10        322.    This paragraph relates to a claim not made against Defendant and thus no response

11    by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

12    to which no response is required.  Defendant lacks knowledge or information sufficient to form a

13    belief as to the truth of the remaining allegations in this paragraph.

14        323.    This paragraph relates to a claim not made against Defendant and thus no response

15    by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

16    to which no response is required.  Defendant lacks knowledge or information sufficient to form a

17    belief as to the truth of the remaining allegations in this paragraph.

18        324.    This paragraph relates to a claim not made against Defendant and thus no response

19    by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

20    to which no response is required.  Defendant lacks knowledge or information sufficient to form a

21    belief as to the truth of the remaining allegations in this paragraph.

22        325.    This paragraph relates to a claim not made against Defendant and thus no response

23    by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions

24    to which no response is required.  Defendant lacks knowledge or information sufficient to form a

25    belief as to the truth of the remaining allegations in this paragraph.

26                    **XVII.  CAUSES OF ACTION AGAINST RUNWAY**

27        326.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

28    of the allegations in this paragraph and on that basis denies them.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

40

DEFENDANT DEVIANTART, INC.'S ANSWER TO THIRD
AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

327.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis denies them.

328.    The allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

329.    The allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

**COUNT TEN**

**Direct copyright infringement of the LAION-5B Registered Works by training the Runway Models, including Stable Diffusion 1.5 against Runway on behalf of the LAION-5B Registered Plaintiffs, LAION-5B Subclass, and Karla Ortiz Individually**

330.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.   To the extent a response is required, Defendant incorporates by reference its responses to all allegations set forth in paragraphs 1–329 as if fully set forth herein.

331.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

332.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

333.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

334.    This paragraph relates to a claim not made against Defendant and thus no response

LATHAM&WATKINSᴸᴸᴾ
ATTORNEYS AT LAW
SAN FRANCISCO

41

DEFENDANT DEVIANTART, INC.'S ANSWER TO THIRD
AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

335.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis denies them.

336.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

337.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

## COUNT ELEVEN

**Inducement of copyright infringement by distributing Stable Diffusion 1.5 for free against Runway on behalf of the LAION-5B Registered Plaintiffs and Subclass**

338.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.   To the extent a response is required, Defendant incorporates by reference its responses to all allegations set forth in paragraphs 1–337 as if fully set forth herein.

339.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis denies them.

340.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

42

DEFENDANT DEVIANTART, INC.'S ANSWER TO THIRD
AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

belief as to the truth of the remaining allegations in this paragraph.

341.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

342.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis denies them.

343.    This paragraph relates to a claim not made against Defendant and thus no response by Defendant is required.  Additionally, the allegations in this paragraph contain legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

### XVIII.  CAUSES OF ACTION AGAINST DEVIANTART

344.    Admit.

345.    Admit.

346.    Defendant denies that (i) it released DreamUp on November 9, 2022; (ii) DreamUp is only available to paying customers of Defendant; (iii) a member must subscribe to a Core Plan to use DreamUp; (iv) Custom Core Plans typically range in price from $3.95 to $14.95 per month; and (v) DreamUp's "Pro" level costs $9.95 per month and permits 200 DreamUp Text Prompts per month.  Defendant admits the remaining allegations in this paragraph.

347.    Defendant admits that it holds itself out as, and is, an art community and that it chooses to provide many features that creators may prefer.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining statement since it is not comprehensible, and on that basis denies it.

348.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

349.    Defendant denies that, at the time LAION-5B was created, Defendant was aware

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

43

DEFENDANT DEVIANTART, INC.'S ANSWER TO THIRD
AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

that LAION-5B contained images from DeviantArt. Defendant denies that it was aware that Stability allegedly "downloaded these million images from the DeviantArt website as a necessary and preliminary step in the training of the Stability Models."  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and on that basis denies them.

350.    Defendant admits that "the 'wixmp.com' domain... is used by DeviantArt to store member images" and that Wix Inc. is the parent company of Defendant.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and on that basis denies them.

351.    Defendant admits that DreamUp deployed a version of Stable Diffusion.  Defendant admits that its terms of service do not disclose the version of Stable Diffusion used.  The remaining allegations in this paragraph contain legal conclusions to which no response is required.

352.    Defendant admits that (i) "the DreamUp terms require users to also accept the terms of the CreativeML Open RAIL M License linked at https://huggingface.co/spaces/CompVis/stable diffusion license"; (ii) the URL refers to CompVis; and (iii) the license is dated August 22, 2022. Defendant denies the remaining inferences in the paragraph.

353.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

354.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

355.    To the extent the allegations in this paragraph contain legal conclusions, no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and on that basis denies them.

356.    To the extent the allegations in this paragraph contain legal conclusions, no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and on that basis denies them.

357.    To the extent the allegations in this paragraph contain legal conclusions, no response is required.  Defendant denies that the paragraph accurately reflects Carlini's conclusions.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

44

DEFENDANT DEVIANTART, INC.'S ANSWER TO THIRD
AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and on that basis denies them.

358.    The allegations in this paragraph contain legal conclusions to which no response is required.

359.    Defendant denies that it "continues to obfuscate," or has ever obfuscated, "the source of DreamUp's training data."  Defendant admits that the quoted text appears on its website. To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text of the webpage, Defendant denies those allegations.

360.    Defendant denies that (i) its answer is misleading; (ii) it misled its community; and (iii) if images from DeviantArt were used to train Stable Diffusion, such images are therefore "in" Stable Diffusion, or "in" DreamUp.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and on that basis denies them.

361.    To the extent the allegations in this paragraph purport to quote from portions of a publicly available comment, the full text of the comment speaks for itself.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text of the comment, Defendant denies those allegations.  Defendant admits that it "did not do any fine tuning of the weights included in the Stable Diffusion Model DreamUp was based on." Defendant denies any remaining allegations in this paragraph.

362.    Defendant admits that the quoted text appears on its website.  To the extent the allegations in this paragraph purport to summarize or characterize or are inconsistent with the full text of the webpage, Defendant denies those allegations.  To the extent the allegations in this paragraph contain legal conclusions, no response is required.  Defendant denies any remaining allegations in this paragraph.

363.    To the extent the allegations in this paragraph contain legal conclusions, no response is required.  Defendant admits that users are permitted to resubmit their generated outputs to use as image prompts with other text in order to generate more images.  Defendant denies the remaining allegations in this paragraph.

364.    Denied.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO
45
DEFENDANT DEVIANTART, INC.'S ANSWER TO THIRD
AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

1    365.    Defendant admits that it held a group audio session on November 11, 2022 from

2    approximately 1:00-2:30 PM PT.  Defendant denies remaining allegations in this paragraph.

3    366.    Defendant admits that Mr. Levy stated that: "You need to listen to what artists want.

4    What creators want . . . .  The reason why we're using Stable Diffusion is because it's the only

5    option for us to take an open source and modify it so we can put the checks and balances inside.

6    The other platforms, the other companies do not allow it; they are centralized companies with

7    closed models . . . .  We cannot modify it.  So we're taking a version—and by the way, that was

8    my decision.  That's our decision by me as the CEO.  That's my decision to take Stable Diffusion—

9    because it's the only option that we can take and modify and put those checks and balances."

10   Defendant states that Plaintiffs' selective quotation is misleading; the full audio recording speaks

11   for itself.  To the extent the allegations in this paragraph purport to summarize or characterize or

12   are inconsistent with the full text of the comment, Defendant denies those allegations.  Defendant

13   denies any remaining allegations in this paragraph.

14   367.    To the extent the allegations in this paragraph purport to quote from portions of a

15   publicly available comment, the full text of the comment speaks for itself.  To the extent the

16   allegations in this paragraph purport to summarize or characterize or are inconsistent with the full

17   text of the comment, Defendant denies those allegations.  Defendant denies any remaining

18   allegations in this paragraph.

19   368.    Defendant admits that it updated its terms of service on November 11, 2022 to

20   include a Data Scraping & Machine Learning Activities section.  To the extent the allegations in

21   this paragraph purport to paraphrase the terms of service, the full text of the terms of service speaks

22   for itself.  To the extent the allegations in this paragraph purport to summarize or characterize or

23   are inconsistent with the full text of the terms of service, Defendant denies those allegations.

24   Defendant denies any remaining allegations in this paragraph.

25   369.    Defendant admits it is interested in using, and uses, its terms of service to protect

26   creators.  To the extent the allegations in this paragraph purport to paraphrase the terms of service,

27   the full text of the terms of service speaks for itself.  To the extent the allegations in this paragraph

28   purport to summarize or characterize or are inconsistent with the full text of the terms of service,

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

46

DEFENDANT DEVIANTART, INC.'S ANSWER TO THIRD
AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

1  Defendant denies those allegations.  Defendant admits that it "spearhead[ed] a system for artists

2  to opt-out of having their works trained upon."  Defendant denies any remaining allegations in this

3  paragraph.

4        370.    Defendant admits that it utilizes a system of HTML tags that allows users to

5  associate the "noai" and "noimageai" HTML tags with their art.  Defendant denies the remaining

6  allegations in this paragraph.

7        371.    Denied.

8        372.    Admit.

9        373.    To the extent the allegations in this paragraph purport to quote the terms of service,

10  the full text of the terms of service speaks for itself.  To the extent the allegations in this paragraph

11  purport to summarize or characterize or are inconsistent with the full text of the terms of service,

12  Defendant denies those allegations.  Defendant denies any remaining allegations in this paragraph.

13  **COUNT TWELVE**

14  ***Direct copyright infringement by copying the DreamUp–CompVis Model and***
   ***incorporating it into DreamUp against DeviantArt on behalf of the LAION-5B Registered***
15  ***Plaintiffs***

16        374.    Defendant incorporates by reference its responses to all allegations set forth in

17  paragraphs 1–373 as if fully set forth herein.

18        375.    The allegations in this paragraph contain legal conclusions to which no response is

19  required.  To the extent a response is required, Defendant denies the allegations.

20        376.    The allegations in this paragraph contain legal conclusions to which no response is

21  required.  To the extent a response is required, Defendant denies the allegations.

22        377.    The allegations in this paragraph contain legal conclusions to which no response is

23  required.  To the extent a response is required, Defendant denies the allegations.

24        378.    The allegations in this paragraph contain legal conclusions to which no response is

25  required.  To the extent a response is required, Defendant denies the allegations.

26        379.    The allegations in this paragraph contain legal conclusions to which no response is

27  required.  To the extent a response is required, Defendant denies the allegations.

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

47

DEFENDANT DEVIANTART, INC.'S ANSWER TO THIRD
AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

## COUNT THIRTEEN

**Direct copyright infringement of the DeviantArt DreamUp Registered Works by training the DeviantArt Clip Model against DeviantArt on behalf of Jingna Zhang, individually, the DreamUp Registered Plaintiffs, and the DeviantArt DreamUp Damages Subclass**

380.    Defendant incorporates by reference its responses to all allegations set forth in paragraphs 1–379 as if fully set forth herein.

381.    Defendant admits that Defendant used a set of millions of images DeviantArt users uploaded to the DeviantArt website in developing a model to add a DeviantArt-specific CLIP token in connection with Defendant's DreamUp product.  That model is not an image-generative AI model; it does not create images.  To the extent the allegations in this paragraph contain legal conclusions, no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and on that basis denies them.

382.    The allegations in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations.

383.    The allegations in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations.

## JURY DEMAND

With respect to the jury demand contained in Plaintiffs' Third Amended Complaint, Defendant states that no response is required.  To the extent a response is deemed required, Defendant denies that all of Plaintiffs' claims are properly triable to a jury.

## AFFIRMATIVE DEFENSES

In further answer to the allegations made by Plaintiffs in the Third Amended Complaint, Defendant asserts the following affirmative defenses, incorporating by reference all of the preceding material.  Defendant does not concede that it has the burden of proof on the defenses listed below.

## FIRST AFFIRMATIVE DEFENSE

To the extent there is copying of copyrightable expression, that copying constitutes fair use pursuant to 17 U.S.C. § 107.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

48

DEFENDANT DEVIANTART, INC.'S ANSWER TO THIRD
AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

**SECOND AFFIRMATIVE DEFENSE**

Plaintiffs' claims are barred, in whole or in part, by one or more equitable doctrines, such as estoppel and laches.

**THIRD AFFIRMATIVE DEFENSE**

Plaintiffs' claims are barred in whole or in part by the doctrines of waiver, abandonment, and/or forfeiture.

**FOURTH AFFIRMATIVE DEFENSE**

Plaintiffs' claims fail in whole or in part because the complained-of use was validly licensed by express or implied license.

**FIFTH AFFIRMATIVE DEFENSE**

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs do not own or hold exclusive rights under 17 U.S.C. § 106 or any copyright law over each work that was allegedly infringed, including without limitation because some or all of the materials over which Plaintiffs claim copyright are in the public domain.

**SIXTH AFFIRMATIVE DEFENSE**

To the extent there is copying of copyrightable expression, that copying is de minimis.

**SEVENTH AFFIRMATIVE DEFENSE**

Plaintiffs' remedies are barred at least in part by the applicable statutes of limitations.

**EIGHTH AFFIRMATIVE DEFENSE**

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs have suffered no provable injury as a result of Defendant's alleged copying.

**NINTH AFFIRMATIVE DEFENSE**

Plaintiffs' claims for injunctive relief are barred, in whole or in part, because Plaintiffs have failed to state facts sufficient to support a claim for injunctive relief, and there is an adequate remedy at law.

**TENTH AFFIRMATIVE DEFENSE**

Plaintiffs' claims are barred, in whole or in part, because the copyright registrations purporting to cover some or all of the works in dispute are invalid and do not satisfy the

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

49

DEFENDANT DEVIANTART, INC.'S ANSWER TO THIRD
AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

1 | requirements of 17 U.S.C. §§ 411–412.

2 | **ELEVENTH AFFIRMATIVE DEFENSE**

3 | Plaintiffs' claims of copyright infringement are barred or limited by the idea/expression

4 | dichotomy and/or merger doctrine.

5 | **TWELFTH AFFIRMATIVE DEFENSE**

6 | Plaintiffs' claims of copyright infringement are barred or limited because the material in

7 | which Plaintiffs claim copyright constitutes "scenes a faire."

8 | **THIRTEENTH AFFIRMATIVE DEFENSE**

9 | Plaintiffs' claims are barred from recovery of damages because of and to the extent of their

10 | failure to mitigate their alleged damages (to which, in any event, they are not entitled).

11 | **FOURTEENTH AFFIRMATIVE DEFENSE**

12 | Plaintiffs' claims fail in whole or in part to the extent reproduction, distribution, or display

13 | of infringing material were caused by the acts or omissions of persons or entities, including

14 | Plaintiffs themselves, for whose conduct Defendant is not legally responsible.

15 | **FIFTEENTH AFFIRMATIVE DEFENSE**

16 | Plaintiffs seek improper damages in violation of the United States Constitution and other

17 | applicable law.  Any award of statutory or enhanced damages would constitute an unconstitutional

18 | penalty under the circumstances of this case and would violate the due process and equal protection

19 | guarantees, and other substantive and procedural safeguards, afforded by the United States

20 | Constitution.

21 | **ADDITIONAL AFFIRMATIVE DEFENSES**

22 | Defendant has not knowingly or intentionally waived any applicable defenses and reserves

23 | the right to assert and rely on other applicable defenses as may become available or apparent during

24 | discovery in this matter.  Defendant reserves the right to amend this Answer and/or its affirmative

25 | defenses.

26 | **REQUEST FOR RELIEF**

27 | WHEREFORE, Defendant respectfully requests that this Court:

28 | 1. Enter judgment in Defendant's favor and against Plaintiffs;

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

50

DEFENDANT DEVIANTART, INC.'S ANSWER TO THIRD
AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO

1    2.    Dismiss all claims by Plaintiffs with prejudice;

2    3.    Award Defendant its attorneys' fees and costs to the extent permitted by law; and

3    4.    Grant Defendant such other and further relief as this Court deems just and proper.

4

5    Dated: March 13, 2026                    Respectfully submitted,

6                                             LATHAM & WATKINS LLP

7                                             By:   */s/ Brittany N. Lovejoy*

8                                             Andrew M. Gass (SBN 259694)
                                               *andrew.gass@lw.com*
9                                             Michael H. Rubin (SBN 214636)
                                               *michael.rubin@lw.com*
10                                            Brittany N. Lovejoy (SBN 286813)
                                               *brittany.lovejoy@lw.com*
11                                            505 Montgomery Street, Suite 2000
                                               San Francisco, California 94111-6538
12                                            Telephone: 415.391.0600

13                                            Sarah F. Mitchell (SBN 308467)
                                               *sarah.mitchell@lw.com*
14                                            355 South Grand Avenue, Suite 100
                                               Los Angeles, CA 90071-1560
15                                            Telephone: 213.485.1234

16                                            Simeon Botwinick (*pro hac vice*)
                                               *simeon.botwinick@lw.com*
17                                            555 Eleventh Street, NW, Suite 1000
                                               Washington, D.C., 20004
18                                            Telephone: 202.637.2200

19                                            *Attorneys for Defendant DeviantArt, Inc.*

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

51

DEFENDANT DEVIANTART, INC.'S ANSWER TO THIRD
AMENDED COMPLAINT
CASE NO. 3:23-cv-00201-WHO