**OFFICE OF THE CLERK**

**UNITED STATES DISTRICT COURT**

**Northern District of California**

**CIVIL MINUTES**

| **Date:** March 19, 2026 | **Time:** 34 minutes | **Judge:** LISA J. CISNEROS |
|---|---|---|
| **Case No.**: 3:23-cv-00201-WHO | **Case Name:**  Andersen v. Stability AI Ltd. | |

**For Plaintiffs:** Even Cruetz and Holden Benon, Joseph Saveri Law Firm, LLP.

**For Defendant Stability AI Ltd. and Stability AI, Inc.:** Joe Gratz, Morrison & Foerster LLP.

**For Defendant Midjourney Inc.:** Angela Dunning, Cleary Gottlieb Steen & Hamilton LLP.

**For Defendant Runway AI, Inc:** Paven Malhotra and Yegina Whang Van Nest and Peters LLP.

**For Defendant DeviantArt:** Simeon Botwinick and Britt Lovejoy, Latham and Watkins LLP.

 **Deputy Clerk:** Brittany Sims                **Recorded via Zoom:** 2:40 p.m.- 3:14 p.m.

**PROCEEDINGS**

Discovery Status Conference held. The Court discussed the issues raised in the parties' joint status report.   Plaintiff and Midjourney are still in the process of meeting and conferring regarding the additional Midjourney custodian and will file a joint letter brief by March 30, 2026, if they are unable to reach a resolution.

Plaintiff and DeviantArt raised a number of disputes, and the Court imposed the following deadlines for filing joint letter briefs, if the parties are unable to reach an agreement: The letter brief regarding DeviantArt's proposed search terms shall be filed by March 26, 2026. The letter brief regarding where the source code inspection will occur shall be filed by March 27, 2026.  The letter brief regarding DeviantArt's "Highly Confidential – Source Code" designations shall be filed by March 31, 2026.  The letter brief regarding absent class member discovery shall be filed by April 3, 2026.

Plaintiffs represented that they have one remaining document from *In re Google* to produce and will be completing production forthwith.

The parties discussed emerging issues regarding depositions.  Midjourney raised that they are seeking extra time for depositions of five Plaintiffs; the parties shall meet and confer as to this issue.  Plaintiffs requested that Defendants provide notice if any of Defendants' employees intended to leave their respective companies.  The Court declined to issue an order compelling Defendants to do so at this time.  The parties reported that they are in the process of meeting and conferring regarding 30(b)(6) deposition notices.

The next discovery status conference is set for April 16, 2026, at 3:00pm via Zoom.  The parties shall file a joint status report no later than April 9, 2026.