# EXHIBIT 3

| | |
|---|---|
| **From:** | Bittinger, Kimberly |
| **To:** | JSLF Stability Ai Service List - Internal |
| **Cc:** | Team-Midjourney-Andersen-CGSH |
| **Subject:** | Andersen, et al. v. Stability AI, et al. - JLB Regarding Depositions for Lanham Act Plaintiffs |
| **Date:** | Monday, April 6, 2026 6:17:28 PM |

Dear Counsel,

We write regarding the issue of extended deposition time for Lanham Act Plaintiffs, Andersen, Brom, Kaye, and Ortiz, and to provide a briefing schedule for a joint letter brief on this issue.

As you know, Midjourney first raised at the March 11, 2026 meet and confer that, given the number of defendants and the distinct facts and claims pled against each defendant, it anticipates needing more than seven hours to depose the Lanham Act Plaintiffs. At that time, Midjourney asked whether Plaintiffs would agree to up to nine hours of deposition time for each of Plaintiffs Andersen, Brom, Kaye, and Ortiz. Midjourney is not seeking an extension as to Plaintiff Rutkowski, who does not have a copyright claim. On March 18, Alex Zeng declined on Plaintiffs' behalf.

When Midjourney subsequently raised this issue with Magistrate Judge Cisneros at the last Joint Discovery Conference on March 19 and the Court expressed a preliminary view that the request seemed reasonable and that the details of Midjourney's request should be discussed in a meet and confer. Evan Creutz represented on Plaintiffs' behalf that Plaintiffs would be willing to meet and confer on this issue. However, Plaintiffs subsequently ignored Midjourney's follow up email on March 23 seeking to meet and confer. Indeed, it was not until April 2, when the parties met and conferred on Plaintiffs' proposed 30(b)(6) topics—that Louis Kessler informed Midjourney that Plaintiffs were unwilling to discuss any extension, notwithstanding Mr. Creutz's representation to the Court. Midjourney was therefore surprised to see the representation in Plaintiffs' portion of the draft joint status statement circulated today that Plaintiffs remain willing to meet and confer on this issue. Plaintiffs' conduct to date is inconsistent with that representation and appears calculated to string Midjourney along. This is untenable, as the first of the trade dress plaintiffs' depositions is currently scheduled for April 24.

Accordingly, as we informed Mr. Kessler during our April 2 meet and confer, Midjourney is preparing its portion of a joint letter brief to be submitted to the Court on Friday, April 10. Please confirm that Plaintiffs agree to the following schedule:

Tuesday, April 7, EOD — Midjourney sends its portion
Thursday, April 9, EOD — Plaintiffs send their portion
Friday, April 10, 1:00 PM PT — Midjourney sends any revisions (in clean and redline)

Friday, April 10, 3:00 PM PT — Plaintiffs send any revisions (in clean and redline)

Friday, April 10, 5:00 PM PT — Midjourney circulates the final draft (in clean and redline) and files thereafter

Thank you,

Kim

———

**Kimberly Bittinger**
Cleary Gottlieb Steen & Hamilton LLP
1841 Page Mill Road
Palo Alto, CA 94304-1254
T: +1 650 815 4115
kbittinger@cgsh.com | clearygottlieb.com