**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SARAH ANDERSEN, KARLA ORTIZ, GRZEGORZ RUKOWSKI, GREGORY MANCHESS, GERALD BROM, JINGNA ZHANG, JULIA KAYE, ADAM ELLIS; <br><br> *Individual and Representative* <br><br> *Plaintiffs*, <br><br> v. <br><br> STABILITY AI LTD., STABILITY AI, INC., DEVIANTART, INC., MIDJOURNEY, INC., RUNWAY AI, INC. <br><br> Defendants. | Case No.  3:23-cv-00201-WHO-LJC <br><br> **[PROPOSED] ORDER GRANTING LEAVE FOR DEFENDANT MIDJOURNEY, INC. TO CONDUCT EXTENDED DEPOSITION TIME FOR PLAINTIFFS ANDERSEN, BROM, ORTIZ, AND KAYE** <br><br> Judge:  Hon. Lisa J. Cisneros, U.S.M.J. |

The Court, having considered the parties' Joint Letter Brief regarding Defendant Midjourney, Inc.'s request for extended deposition time for Lanham Act Plaintiffs Andersen, Brom, Kaye, and Ortiz, and good cause appearing, hereby ORDERS as follows:

Defendants may depose Plaintiffs Andersen, Brom, Kaye, and Ortiz for up to nine (9) hours on the record.  The two additional hours beyond the default seven-hour limit are afforded to allow examination on matters relating to the Lanham Act claims asserted against Midjourney.

**IT IS SO ORDERED.**

Date: _____        _____
                                     HONORABLE LISA J. CISNEROS
                                     UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING LEAVE
FOR EXTENDED DEPOSITION TIME
CASE NO. 3:23-CV-00201-WHO-LJC