**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Sarah Andersen, et al.,<br><br>*Individual and Representative Plaintiffs*,<br><br>v.<br><br>Stability AI Ltd., et al.,<br><br>*Defendants.* | Case No. 23-CV-00201-WHO (LJC)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO MODIFY CASE SCHEDULE PURSUANT TO LOCAL RULE 6-3** |

Case No. 23-cv-00201-WHO (LJC)

## [PROPOSED] ORDER

Before this Court is Plaintiffs' Motion to Modify Case Schedule. Having considered the Parties' arguments and all papers filed herein, the Court hereby **GRANTS** the motion and enters Plaintiffs' proposed new schedule as follows:

| EVENT | CURRENT DEADLINES | PROPOSED NEW DEADLINES |
| --- | --- | --- |
| Deadline to serve all deposition notices and subpoenas | May 11, 2026 | August 10, 2026 |
| Close of Fact Discovery | June 1, 2026 | August 31, 2026 |
| Filing of Opening Expert Report(s) on which respective Parties have burden of proof | July 15, 2026 | October 13, 2026 |
| Filing of Responsive Expert Report(s) | August 18, 2026 | November 16, 2026 |
| Filing of Reply Expert Report(s) | September 17, 2026 | December 16, 2026 |
| Close of Expert Discovery | October 18, 2026 | January 19, 2027 |
| Last day to move for Class Certification and Summary Judgment | November 11, 2026 | February 9, 2027 |
| Deadline to file Oppositions to Motion for Class Certification and Motion for Summary Judgment | December 22, 2026 | March 22, 2027 |
| Deadline to file Replies in support of Motion for Class Certification and Motion for Summary Judgment | January 29, 2027 | April 29, 2027 |
| Motion Hearing on Class Certification and Summary Judgement | February 17, 2027 | To be set by Court. |
| Pretrial Conference | April 26, 2027 | To be set by Court. |
| Trial | June 1, 2027 | To be set by Court. |

**IT IS SO ORDERED.**


Dated: _____          _____

Honorable William H. Orrick
United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO
MODIFY CASE SCHEDULE PURSUANT TO LOCAL RULE 6-3