[Counsel listed on signature pages]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SARAH ANDERSEN, et al.,<br>                    Plaintiffs,<br>    v.<br>STABILITY AI LTD., et al.,<br>                    Defendants. | Case No. 23-CV-00201-WHO (LJC)<br><br>**STIPULATION AND [PROPOSED] ORDER SHORTENING TIME FOR HEARING ON PLAINTIFFS' SECOND MOTION TO MODIFY CASE SCHEDULE**<br><br>Judge: Hon. William H. Orrick |

Pursuant to Local Rule 6-1(a), the undersigned Parties to the above-referenced caption ("Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, contemporaneously filed with this stipulation is Plaintiffs' Second Motion to Modify the Case Schedule ("Motion");

WHEREAS, pursuant to Local Rule 6-1, the Parties request the Court shorten the time required to hear Plaintiffs' Motion;

WHEREAS, consistent with the local rules, the parties have conferred around a mutually convenient hearing date and request the Court set Plaintiffs' Motion for hearing on April 22, 2026;

WHEREAS, Defendants intend to oppose Plaintiffs' Motion;

WHEREAS, Plaintiffs' counsel agrees to extend Defendants' deadline to respond to the Motion by two days;

WHEREAS, this request for Shortened Time to hear the Motion will not alter the date of any event or deadline fixed by the Court;

NOW, THEREFORE, IT IS HEREBY AGREED and jointly requested by and between the Parties, through their undersigned counsel, as follows:

1. The time for hearing Plaintiffs' Motion be shortened pursuant to Local Rule 6-2, and set for hearing on April 22, 2026, at 2:00 p.m.

2. Defendants' Response to the Motion shall be due no later than 6 days after receiving the Motion.

3. Nothing in this Stipulation is intended to or will be deemed to have the effect of waiving any rights or arguments of Defendants in opposition to the Motion.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____          _____
                                                          Honorable William H. Orrick
                                                          United States District Judge

Dated: April 10, 2026

Respectfully submitted,

By: /s/ Joseph R. Saveri

Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
Alexandra Fernandez (SBN 330518)
Evan Creutz (SBN 349728)
Elissa A. Buchanan (SBN 249996)
Holden Benon (SBN 325847)
Aaron Cera (SBN 351163)
Alexander Zeng (SBN 360220)
**SAVERI LAW FIRM, LLP**
550 California Street, Suite 910
San Francisco, California 94104
Telephone: (415) 500-6800
Email: jsaveri@saverilawfirm.com
Email: czirpoli@saverilawfirm.com
Email: cyoung@saverilawfirm.com
Email: afernandez@saverilawfirm.com
Email: ecreutz@saverilawfirm.com
Email: eabuchanan@saverilawfirm.com
Email: hbenon@saverilawfirm.com
Email: acera@saverilawfirm.com
Email: azeng@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Email: mb@butericklaw.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

Dated: April 10, 2026

Respectfully submitted,

By: /s/ Sarah F. Mitchell

Simeon Botwinick (*pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1505
Washington, D.C., 20004
Telephone: (202) 637-2200
Email: simeon.botwinick@lw.com

Case No. 23-cv-00201-WHO (LJC)                    2
STIPULATION AND [PROPOSED] ORDER SHORTENING TIME FOR HEARING ON PLAINTIFFS' MOTION TO MODIFY CASE SCHEDULE

Brittany N. Lovejoy (SBN 286813)
Andrew M. Gass (SBN 259694)
Michael H. Rubin (SBN 214636)
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 391-0600
Email: brittany.lovejoy@lw.com
Email: andrew.gass@lw.com
Email: michael.rubin@lw.com

Sarah F. Mitchell (SBN 308467)
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 391-0600
Email: sarah.mitchell@lw.com

*Counsel for Defendant DeviantArt, Inc.*

Dated: April 10, 2026

Respectfully submitted,

By: */s/ Aditya Vijay Kamdar*

Aditya Vijay Kamdar (SBN 324567)
Brittany Warren (*pro hac vice*)
**MORRISON & FOERSTER LLP**
2100 L Street NW, Suite 900
Washington, DC 20037
Telephone: (202) 887-1500
Email: akamdar@mofo.com
Email: bwarren@mofo.com

Joseph Charles Gratz (SBN 240676)
Tiffany Cheung (SBN 211497)
Timothy Chen Saulsbury (SBN 281434)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, California 94105
Telephone: (415) 268-7000
Email: jgratz@mofo.com
Email: tcheung@mofo.com
Email: tsaulsbury@mofo.com

Case No. 23-cv-00201-WHO (LJC)                      3
STIPULATION AND [PROPOSED] ORDER SHORTENING TIME FOR HEARING ON PLAINTIFFS' MOTION TO
MODIFY CASE SCHEDULE

Christopher R. Adler (SBN 324567)
**MORRISON & FOERSTER LLP**
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: (213) 892-5200
Email: cadler@mofo.com

Mark Alan Lemley (SBN 155830)
**LEX LUMINA PLLC**
745 Fifth Avenue, Suite 500
New York, NY 10151
Telephone: (646) 906-8657
Email: mlemley@lex-lumina.com

*Counsel for Defendants Stability AI Ltd. And Stability AI, Inc.*

Dated: April 10, 2026

Respectfully submitted,

By: */s/ Angela Dunning*

Angela Dunning (SBN 212047)
Sam Blankenship (SBN 339905)
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304-1248
Telephone: (650) 815-4131
Email: adunning@cgsh.com
Email: sblankenship@cgsh.com

Arminda B. Bepko (*pro hac vice*)
Charity E. Lee (*pro hac vice*)
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2517
Email: abepko@cgsh.com
Email: charitylee@cgsh.com

*Counsel for Defendant Midjourney, Inc.*

STIPULATION AND [PROPOSED] ORDER SHORTENING TIME FOR HEARING ON PLAINTIFFS' MOTION TO MODIFY CASE SCHEDULE

Dated: April 10, 2026

Respectfully submitted,

By: */s/ Paven Malhotra*

Paven Malhotra (SBN 258429)
David J. Silbert (SBN 173128)
Bailey W. Heaps (SBN 295870)
Julia L. Greenberg (SBN 333864)
Luke P. Apfeld (SBN 327029)
**KEKER VAN NEST & PETERS LLP**
633 Battery Street
San Francisco, California 94111-1809
Telephone: (415) 391-5400
Email: pmalhotra@keker.com
Email: dsilbert@keker.com
Email: bheaps@keker.com
Email: jgreenberg@keker.com
Email: lapfeld@keker.com

*Counsel for Defendant Runway AI, Inc*

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

The filer attests that the other signatories listed, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the filing's content and have authorized the filing.

Dated: April 11, 2026                                    /s/ Joseph R. Saveri
                                                                    Joseph R. Saveri