UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SARAH ANDERSEN, et al.,

Plaintiffs,

v.

STABILITY AI LTD., et al.,

Defendants.

Case No. 23-cv-00201-WHO

**ORDER REGARDING MOTION FOR ISSUANCE OF LETTERS ROGATORY**

Re: Dkt. Nos. 472, 473

The Motion for Issuance of Letters Rogatory and related Administrative Motion to Seal fall within the scope of the referral for discovery to Magistrate Judge Lisa J. Cisneros. The Motions at Dkt. Nos. 472 & 473 are hereby referred to Judge Cisneros for determination.

**IT IS SO ORDERED.**

Dated: April 13, 2026

William H. Orrick
United States District Judge

United States District Court
Northern District of California