**SAVERI LAW FIRM, LLP**
Joseph R. Saveri (SBN 130064)
550 California Street, Suite 910
San Francisco, CA 94104
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email: mb@buttoricklaw.com

*Counsel for Individual and Representative Plaintiffs
and the Proposed Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, et al.,<br><br>         Plaintiffs,<br><br>  v.<br><br>STABILITY AI LTD., et al.,<br><br>         Defendants. | Case No. 23-CV-00201-WHO (LJC)<br><br>**PLAINTIFFS' OPPOSITION TO ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br><br> Judge:   Hon. Lisa J. Cisneros |

Pursuant to Civil Local Rules 7-11 and 79-5(f)(4) and the Court's Standing Order regarding Civil Cases, Plaintiffs respectfully submit this response to Defendant DeviantArt's declaration in support of Plaintiffs' administrative motion to consider whether another party's material should be sealed.

On April 2, 2026, in compliance with their Protective Order obligations, Plaintiffs filed an administrative motion asking the court to consider whether information designated as confidential by Defendant DeviantArt in Joint Letter Brief regarding the dispute over pre-certification absent class member discovery (the "Letter Brief") and an accompanying Exhibit ("Exhibit B") should be sealed. ECF No. 464. DeviantArt filed a declaration in support of the sealing motion. ECF No. 468.

DeviantArt seeks to seal communications that contain information that is not competitively sensitive, but rather, information that is merely embarrassing for DeviantArt. And, while DeviantArt may be uncomfortable with their public use, it is settled law that the "mere fact that the production of records may lead to a litigant's embarrassment" is not sufficient to warrant sealing. *See Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006).

Unsealing the material would be consistent with rulings involving similar discovery in generative AI litigation. *See Kadrey v. Meta*, Case No. 3:23-cv-03417-VC, ECF No. 373 at 1 (Jan. 8, 2026) ("It is clear that Meta's sealing request is not designed to protect against the disclosure of sensitive business information that competitors could use to their advantage. Rather, it is designed to avoid negative publicity."). There, Meta sought to seal, *inter alia*, a statement by its employee: "If there is media coverage suggesting we have used a dataset we know to be pirated, such as LibGen, this may undermine our negotiating position with regulators on these issues." *Id.*

Here, as in *Kadrey*, DeviantArt is concerned not by competitors gaining an advantage from information contained in the communications sought to be sealed, but by the reaction of its users. To avoid sealing this two-page opposition, Plaintiffs invite the Court to review the sealed material against the following backdrop: immediately upon the release of DreamUp, DeviantArt users condemned the new product. *See e.g.,* PlagiarismToday, *Lessons from DeviantArt's AI Debacle* (Nov. 16, 2022), https://www.plagiarismtoday.com/2022/11/16/lessons-from-deviantarts-ai-debacle/ ("Rather than excitement, DeviantArt's DreamUp was greeted with user backlash. Many users took to Twitter, in

addition to forums on DeviantArt itself, to express their frustration and to condemn the new tool.”). In response to the backlash, and within days of the communications it seeks to seal, DeviantArt issued a press release stating, “We heard the community feedback, and now all deviations are automatically labeled as NOT authorized for use in AI datasets.” DeviantArt, *UPDATE, All Deviations Are Opted Out of AI Datasets* (Nov. 11, 2022), https://www.deviantart.com/team/journal/UPDATE-All-Deviations-Are-Opted-Out-of-AI-Datasets-934500371. Specifically, DeviantArt’s proposal for artists to opt out was to utilize a system of HTML tags. Artists who do not wish to have their content used for AI training can append the “noai” and “noimageai” hashtags to the HTML page associated with their art. *See* Third Amended Complaint, ¶ 370.

The materials DeviantArt seeks to seal contradict the public assurances it gave users regarding the “NoAI” system implemented in response to user backlash. Thus, DeviantArt’s concerns stem not from revealing competitively sensitive information, but from avoiding embarrassment from users discovering they were misled. The public has the right to learn how DeviantArt misled its users, and DeviantArt users have a right to learn about their potential claims against DeviantArt. Plaintiffs are not asking DeviantArt to divulge its source code or the specifics of its development methods. Instead, Plaintiffs simply ask that DeviantArt refrain from sealing references to communications that are not commercially or competitively sensitive.

Plaintiffs respectfully request the Court: (1) partially deny the Administrative Motion to Consider Whether Another Party’s Material Should be Sealed; (2) direct Plaintiffs to file an unredacted version of the Letter Brief; and (3) direct Plaintiffs to file a partially redacted version of Exhibit B to the Letter Brief with redactions over *only* the communications between Chris Nell and Moti Levy on pages 1-2, ending with Chris Nell’s message on November 22, 2022 at 10:30:37 p.m.

Date: April 13, 2026

By:      /s/ Joseph R. Saveri
         Joseph R. Saveri

Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
Alexandra Fernandez (SBN 330518)
Evan Creutz (SBN 349728)
Elissa A. Buchanan (SBN 249996)
Holden Benon (SBN 325847)
Aaron Cera (SBN 351163)
Alexander Zeng (SBN 360220)
**SAVERI LAW FIRM, LLP**
550 California Street, Suite 910
San Francisco, California 94104
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
cyoung@saverilawfirm.com
afernandez@saverilawfirm.com
ecreutz@saverilawfirm.com
eabuchanan@saverilawfirm.com
hbenon@saverilawfirm.com
acera@saverilawfirm.com
azeng@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, 406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email: mb@butericklaw.com

*Counsel for Individual and Representative Plaintiffs
and the Proposed Class*

Case No. 23-cv-00201-WHO (LJC)                    3
PLAINTIFFS' OPPOSITION TO ADMINISTRATIVE MOTION TO FILE UNDER SEAL