[Counsel listed on signature pages]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SARAH ANDERSEN, ET AL., | Case No. 3:23-cv-00201-WHO |
| Plaintiffs, | **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE APRIL 17, 2026 HEARING** |
| v. | |
| STABILITY AI LTD., ET AL., | Judge:  Hon. Lisa J. Cisneros |
| Defendants. | |

Pursuant to Civil Local Rule 7-12, Plaintiffs and Defendant DeviantArt, Inc. ("DeviantArt"), by and through their respective counsel, stipulate and agree to continue the hearing currently set for April 17, 2026 to April 23, 2026 at 2:00 p.m. PT, or as soon thereafter as is convenient for the Court. A short continuance will allow the parties to meet and confer regarding the Court's proposal of a sampling method for the production of DeviantArt user contact information, to consult their respective experts regarding the feasibility of that approach, and potentially to narrow or resolve the dispute without further Court intervention.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ____April 17, 2026_____        _____
Honorable Lisa J. Cisneros
United States Magistrate Judge