UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SARAH ANDERSEN, et al.,

    Plaintiffs,

    v.

STABILITY AI LTD., et al.,

    Defendants.

Case No.  23-cv-00201-WHO

**ORDER GRANTING IN PART PLAINTIFFS' MOTION TO MODIFY CASE SCHEDULE**

After reviewing the plaintiffs' motion to modify the case schedule and defendants' oppositions (Dkt. Nos. 474, 495 – 497), and in light of the on-going disputes before Magistrate Judge Cisneros, I will extend the discovery cutoff until **July 1, 2026**, and will extend the cutoff for depositions only to **August 15, 2026**.  Defendants are ordered to cooperate to the extent practicable with plaintiffs' requests on sequencing the depositions.  I do not expect to grant any further extensions to this schedule.  The hearing set for April 22, 2026, is vacated as a result.

    **IT IS SO ORDERED.**

Dated: April 21, 2026



William H. Orrick
United States District Judge

United States District Court
Northern District of California