[Counsel listed on signature pages]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SARAH ANDERSEN, ET AL., | Case No. 3:23-cv-00201-WHO |
| Plaintiffs, | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PROPOSED HEARING DATE FOR PLAINTIFFS' MOTION FOR ISSUANCE OF LETTERS ROGATORY** |
| v. | |
| STABILITY AI LTD., ET AL., | |
| Defendants. | Judge: Hon. Lisa J. Cisneros |

Case No. 23-cv-00201-WHO (LJC)

Pursuant to Civil Local Rule 7-12 and the Court's April 14, 2026 minute order ("Order") (ECF No. 480), Plaintiffs and Defendant DeviantArt, Inc., by and through their respective counsel, have met and conferred regarding the hearing date for Plaintiffs' Motion for Issuance of Letters Rogatory ("Motion") (ECF No. 473). Having done so and per the Court's instructions in the Order, the parties hereby stipulate and propose a hearing date of April 28, 2026 at 10:30 a.m. PT, or as soon thereafter as is convenient for the Court, on Plaintiffs' Motion.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____          _____

Honorable Lisa J. Cisneros
United States Magistrate Judge

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING
PROPOSED HEARING DATE FOR PLAINTIFFS' MOTION FOR ISSUANCE OF LETTERS ROGATORY

Dated: April 21, 2026

By: /s/ Joseph R. Saveri

Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
Elissa A. Buchanan (SBN 249996)
Evan Creutz (SBN 349728)
Holden Benon (SBN 325847)
Alexandra Fernandez (SBN 330518)
Aaron Cera (SBN 351163)
Louis A. Kessler (SBN 243703)
Alexander Zeng (SBN 360220)
**SAVERI LAW FIRM, LLP**
550 California Street, Suite 910
San Francisco, CA 94104
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
Email: czirpoli@saverilawfirm.com
Email: cyoung@saverilawfirm.com
Email: ebuchanan@saverilawfirm.com
Email: ecreutz@saverilawfirm.com
Email: hbenon@saverilawfirm.com
Email: afernandez@saverilawfirm.com
Email: acera@saverilawfirm.com
Email: lkessler@saverilawfirm.com
Email: azeng@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email: mb@butericklaw.com

*Counsel for Individual and Representative*
*Plaintiffs and the Proposed Class*

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING
PROPOSED HEARING DATE FOR PLAINTIFFS' MOTION FOR ISSUANCE OF LETTERS ROGATORY

Dated: April 21, 2026

By: _/s/ Brittany Nichole Lovejoy_

Andrew Michael Gass
Brittany Nichole Lovejoy
Michael H. Rubin
**LATHAM & WATKINS LLP**
550 California Street, Suite 2000
San Francisco, CA 94104
(415) 391-0600
Fax: 415-395-8095
Email: andrew.gass@lw.com
Email: brittany.lovejoy@lw.com
Email: michael.rubin@lw.com

Sarah F. Mitchell
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
(213) 485-1234
Email: sarah.mitchell@lw.com

Simeon Botwinick
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1505
Washington, DC 20004
(202) 637-2200
Email: simeon.botwinick@lw.com

_Counsel for Defendant DeviantArt, Inc._

Case No. 23-cv-00201-WHO (LJC)                 3

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING
PROPOSED HEARING DATE FOR PLAINTIFFS' MOTION FOR ISSUANCE OF LETTERS ROGATORY

## ATTESTATION PURSUANT TO CIVIL L.R. 5-1

I, Joseph R. Saveri, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the other signatory.

Dated: April 21, 2026

/s/ Joseph R. Saveri
Joseph R. Saveri