[Counsel listed on signature pages]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SARAH ANDERSEN, ET AL., | Case No. 3:23-cv-00201-WHO |
| Plaintiffs, | **JOINT STIPULATION AND [PROPOSED] ORDER TO CONDUCT HEARING VIA ZOOM ON PLAINTIFFS' MOTION FOR ISSUANCE OF LETTERS ROGATORY** |
| v. | |
| STABILITY AI LTD., ET AL., | Judge: Hon. Lisa J. Cisneros |
| Defendants. | |

Case No. 23-cv-00201-WHO (LJC)

JOINT STIPULATION AND [PROPOSED] ORDER TO CONDUCT HEARING VIA ZOOM
ON PLAINTIFFS' MOTION FOR ISSUANCE OF LETTERS ROGATORY

Pursuant to Civil Local Rule 7-12 and the Court's April 22, 2026 minute order ("Order") (ECF No. 503), Plaintiffs and Defendant DeviantArt, Inc. by and through their respective counsel, per the Court's instructions in the Order, hereby stipulate that they would prefer the hearing on Plaintiffs' pending Motion for Issuance of Letters Rogatory to take place via Zoom.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____          _____
                                                          Honorable Lisa J. Cisneros
                                                          United States Magistrate Judge

Case No. 23-cv-00201-WHO (LJC)                    1
JOINT STIPULATION AND [PROPOSED] ORDER TO CONDUCT HEARING VIA ZOOM
ON PLAINTIFFS' MOTION FOR ISSUANCE OF LETTERS ROGATORY

Dated: April 22, 2026

By: /s/ Joseph R. Saveri

Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
Alexandra Fernandez (SBN 330518)
Evan Creutz (SBN 349728)
Louis Andrew Kessler (SBN 243703)
Elissa A. Buchanan (SBN 249996)
Holden Benon (SBN 325847)
Aaron Cera (SBN 351163)
Alexander Zeng (SBN 360220)
**SAVERI LAW FIRM, LLP**
550 California Street, Suite 910
San Francisco, California 94104
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
Email: czirpoli@saverilawfirm.com
Email: cyoung@saverilawfirm.com
Email: afernandez@saverilawfirm.com
Email: ecreutz@saverilawfirm.com
Email: lkessler@saverilawfirm.com
Email: eabuchanan@saverilawfirm.com
Email: hbenon@saverilawfirm.com
Email: acera@saverilawfirm.com
Email: azeng@saverilawfirm.com


Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email:  mb@butticklaw.com


*Counsel for Individual and Representative*
*Plaintiffs and the Proposed Class*

Case No. 23-cv-00201-WHO (LJC)                2

Dated: April 22, 2026                    By:   */s/ Brittany Nichole Lovejoy*

Brittany Nichole Lovejoy
Andrew Michael Gass
Michael H. Rubin
**LATHAM & WATKINS LLP**
550 California Street, Suite 2000
San Francisco, CA 94104
(415) 391-0600
Fax: 415-395-8095
Email: brittany.lovejoy@lw.com
Email: andrew.gass@lw.com
Email: michael.rubin@lw.com

Simeon Botwinick
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1505
Washington, DC 20004
(202) 637-2200
Email: simeon.botwinick@lw.com

Sarah F. Mitchell
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
(213) 485-1234
Email: sarah.mitchell@lw.com


*Counsel for Defendant DeviantArt, Inc.*

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

I, Joseph R. Saveri, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the other signatory.

Dated: April 22, 2026                                             */s/ Joseph R. Saveri*
                                                                              Joseph R. Saveri