**SAVERI LAW FIRM, LLP**
Joseph R. Saveri (SBN 130064)
550 California Street, Suite 910
San Francisco, CA 94104
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, 406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email: mb@buttericklaw.com

*Counsel for Individual and Representative
Plaintiffs and the Proposed Class*

[*Additional Counsel Listed on Signature Page*]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Sarah Andersen, et al., | Case No. 3:23-cv-00201-WHO |
| *Individual and Representative Plaintiffs*, | **PLAINTIFFS' NOTICE REGARDING PLAINTIFFS' OPPOSITION TO ADMINISTRATIVE MOTION TO FILE UNDER SEAL (ECF No. 502)** |
| v. | |
| Stability AI Ltd., et al., | |
| *Defendants.* | Judge: Hon. Lisa J. Cisneros |

Case No. 23-cv-00201-WHO (LJC)

PLEASE TAKE NOTICE that DeviantArt, Inc. served on Plaintiffs the unsealed Exhibit 1 (493-1) revealing it had already withdrawn its confidentiality designation over the challenged statement after Plaintiffs filed their Opposition to Administrative Motion to File Under Seal (ECF No. 502). *See* Cera Decl. ¶¶ 2-4. As a result, Plaintiffs' Opposition has been mooted and no longer requires resolution.

Dated: April 24, 2026

Respectfully submitted,

By:     */s/ Joseph R. Saveri*
         Joseph R. Saveri

Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
Alexandra Fernandez (SBN 330518)
Evan Creutz (SBN 349728)
Louis Andrew Kessler (SBN 243703)
Elissa A. Buchanan (SBN 249996)
Holden Benon (SBN 325847)
Aaron Cera (SBN 351163)
Alexander Zeng (SBN 360220)
**SAVERI LAW FIRM, LLP**
550 California Street, Suite 910
San Francisco, California 94104
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
Email: czirpoli@saverilawfirm.com
Email: cyoung@saverilawfirm.com
Email: afernandez@saverilawfirm.com
Email: ecreutz@saverilawfirm.com
Email: lkessler@saverilawfirm.com
Email: eabuchanan@saverilawfirm.com
Email: hbenon@saverilawfirm.com
Email: acera@saverilawfirm.com
Email: azeng@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email: mb@butticklaw.com

*Counsel for Individual and Representative
Plaintiffs and the Proposed Class*