**OFFICE OF THE CLERK**

**UNITED STATES DISTRICT COURT**

**Northern District of California**

**CIVIL MINUTES**

| **Date:** April 28, 2026 | **Time:** 26 minutes | **Judge:** LISA J. CISNEROS |
|---|---|---|
| **Case No.:** 3:23-cv-00201-WHO | **Case Name:** Andersen v. Stability AI Ltd. | |

**Plaintiff Attorney:** Holden Benon and Evan Creutz, Saveri Law Firm, LLP.

**For Defendant DeviantArt:** Simeon Botwinick, Brittany Lovejoy and Sarah Mitchell, Latham and Watkins LLP.

 **Deputy Clerk:** Brittany Sims                **Recorded via Zoom:** 10:45 a.m.- 11:11 a.m.

**PROCEEDINGS**

Discovery Hearing held. The Court held a discovery hearing on Plaintiffs' motion for issuance of letters rogatory.  Plaintiffs and DeviantArt presented arguments for and against the issuance of a letter rogatory for obtaining deposition testimony from DeviantArt's former employee Nikolay Surovenko.  By April 28, 2026, at 5:00pm, Plaintiffs shall file up to twenty documents supporting their claim that Mr. Surovenko was an active participant in the development of the DreamUp product.  DeviantArt may file a response, not to exceed six pages, by April 30, 2026 at 5:00 pm.