

**SAVERI**
LAW FIRM

550 CALIFORNIA STREET
SUITE 910
SAN FRANCISCO CA 94104

TEL 415.500.6800
FAX 415.395.9940

April 28, 2026

**Via ECF**

The Honorable Lisa J. Cisneros
United States District Court
Northern District of California
San Francisco Courthouse
Courtroom G – 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:     *Andersen, et al. v. Stability AI, Ltd., et al.*,
          Case No. 3:23-cv-00201-WHO (LJC)

Dear Magistrate Judge Cisneros:

Pursuant to the Court's April 28, 2026 Order following today's hearing on Plaintiffs' request for issuance of letters rogatory as to Nikolay Surovenko (ECF No. 512), Plaintiffs submit the attached 15 exhibits for the Court's consideration in support of their request.

Plaintiffs also write to correct an inadvertent error in their moving papers regarding the request with respect to Mr. Surovenko. Plaintiffs inadvertently cited DeviantArt's Response to Plaintiffs' Interrogatory No. 10 which provided information with respect to Mr. Trofimov. The interrogatory response was inadvertently transposed in response to the request with Mr. Surovenko. We regret any confusion this error may have caused. As requested, Plaintiffs are filing the interrogatory response for the Court's reference. *See* Exhibit 16.

Respectfully submitted,


*/s/ Evan Creutz*
Evan Creutz
**SAVERI LAW FIRM, LLP**
ecreutz@saverilawfirm.com

cc:     All counsel of record via ECF.