**OFFICE OF THE CLERK**

**UNITED STATES DISTRICT COURT**

**Northern District of California**

**CIVIL MINUTES**

| **Date:** April 23, 2026 | **Time:** 16 minutes | **Judge:** LISA J. CISNEROS |
|---|---|---|
| **Case No.:** 3:23-cv-00201-WHO | **Case Name:** Andersen v. Stability AI Ltd. | |

**For Plaintiff Attorney:** Holden J. Benon, Saveri Law Firm, LLP.

**For Defendant DeviantArt:** Brittany Lovejoy, Sarah Mitchell and Simeon Botwinick, Latham and Watkins LLP.

**Deputy Clerk:** Brittany Sims             **Recorded via Zoom:** 2:03 p.m.- 2:19 p.m.

**PROCEEDINGS**

Discovery Hearing held regarding the letter brief at ECF No. 465.  DeviantArt shall produce users' email addresses and usernames associated with a sample of 55,000 images.  Plaintiffs and DeviantArt shall meet and confer regarding how the sample will be selected and what information Plaintiffs will provide to DeviantArt regarding the selection methodology by May 1, 2026.  The parties shall file a stipulation confirming that this matter has been resolved or joint letter briefing any remaining issues, no later than May 6, 2026.