JOSEPH C. GRATZ (CA SBN 240676)
JGratz@mofo.com
TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
TIMOTHY CHEN SAULSBURY (CA SBN 281434)
TSaulsbury@mofo.com
JACKSON LANE (CA SBN 351633)
Jlane@mofo.com
MORRISON & FOERSTER LLP
425 Market Street,
San Francisco, California 94105-2482
Telephone:    415.268.7000
Facsimile:    415.268.7522

MARK A. LEMLEY (CA SBN 155830)
mlemley@lex-lumina.com
LEX LUMINA PLLC
745 Fifth Avenue, Suite 500
New York, New York 10151
Telephone:    646.898.2055
Facsimile:    646.906.8657

[CAPTION PAGE CONTINUED ON NEXT PAGE]

Attorneys for Defendants
STABILITY AI LTD. AND STABILITY AI, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, ET AL.,<br><br>            Plaintiffs,<br><br>    v.<br><br>STABILITY AI LTD., ET AL.,<br><br>            Defendants. | Case No. 3:23-cv-00201-WHO<br><br>**DECLARATION OF ADITYA V. KAMDAR IN SUPPORT OF DEFENDANTS STABILITY AI LTD. AND STABILITY AI, INC.'S POSITION IN THE JOINT LETTER BRIEF REGARDING PLAINTIFFS' REQUEST TO DESIGNATE WILLIAM CUSICK AS AN ADDITIONAL CUSTODIAN**<br><br>Judge: Hon. William H. Orrick |

Decl. of Aditya V. Kamdar ISO Defendants' Stability AI Ltd. and Stability AI, Inc.'s in the joint letter brief regarding plaintiffs' request to designate William Cusick as an additional custodian

ADITYA V. KAMDAR (CA SBN 324567)
AKamdar@mofo.com
BRITTANY WARREN (*PRO HAC VICE*)
BWarren@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
Telephone:    202.887.1500
Facsimile:    202.887.0763

EVAN GOURVITZ (Pro Hac Vice)
EGourvitz@mofo.com
MORRISON & FOERSTER LLP
250 W. 55th Street
New York, New York 10019
Telephone:    212.468.8000
Facsimile:    212.468.7900

CHRISTOPHER R. ADLER (CA SBN 346588)
CAdler@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone:    213.892.5200
Facsimile:    213.892.5454

DECL. OF ADITYA V. KAMDAR ISO DEFENDANTS'
STABILITY AI LTD. AND STABILITY AI, INC.'S IN THE
JOINT LETTER BRIEF REGARDING PLAINTIFFS'
REQUEST TO DESIGNATE WILLIAM CUSICK AS AN
ADDITIONAL CUSTODIAN

2

I, Aditya V. Kamdar, hereby declare as follows:

1.  I am an attorney with the law firm of Morrison and Foerster LLP, counsel for Stability AI Ltd. and Stability AI, Inc. ("Stability AI") in the above-referenced litigation.  I am licensed to practice in the State of California and am admitted to practice before the U.S. District for the Northern District of California.  I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently to those facts under oath.

2.  I submit this Declaration in Support of Stability AI's position in the Joint Letter Brief regarding Plaintiffs' request to designate William Cusick as an additional custodian.

3.  On January 15, 2026, Plaintiffs requested that Stability AI add three additional custodians, none of whom were Mr. Cusick.  Plaintiffs did not request any additional custodians by the Court-ordered deadline of January 30, 2026 (Dkt. No. 392).

4.  On February 4, 2026, Stability AI sent correspondence to Plaintiffs by email seeking additional information about Plaintiffs' purported need for the three specific custodians requested.  Stability AI followed up on February 21, 2026.  Plaintiffs did not respond until March 2, 2026.  On March 9, 2026, the Parties met and conferred regarding Plaintiffs' request.  During that discussion, Plaintiffs represented that they did not anticipate requesting additional custodians. On that same date, by email Stability AI agreed to add the three custodians requested by Plaintiffs "on the basis of your representation on the call that you do not anticipate adding any further custodians," despite concerns regarding scope and proportionality.  Plaintiffs acknowledged that agreement by email later that day.

5.  On March 31, 2026, Plaintiffs requested for the first time that Stability AI add William Cusick as a custodian.

6.  Plaintiffs' current request relies on four documents bearing Bates numbers STABAND0015384, STABAND0020576, STABAND0020970, and STABAND0031796.  Three of those documents were produced before the January 30, 2026 deadline, including documents produced in December 2025 and January 2026.  The remaining document cited by Plaintiffs was produced on February 5, 2026.

DECL. OF ADITYA V. KAMDAR ISO DEFENDANTS'
STABILITY AI LTD. AND STABILITY AI, INC.'S IN THE
JOINT LETTER BRIEF REGARDING PLAINTIFFS' REQUEST          3
TO DESIGNATE WILLIAM CUSICK AS AN ADDITIONAL
CUSTODIAN

7. To date, Plaintiffs have not propounded requests for production of documents for "communications with artists" or "artist relations strategy."

8. Stability AI has produced documents and communications involving artists that are responsive to Plaintiffs' existing requests for production, including communications concerning allegations of infringement and related issues. These materials were identified and produced through the custodial searches and agreed-upon search terms applied in this matter, consistent with the scope of Plaintiffs' requests and the parties' meet and confer discussions.

9. The parties met and conferred about Mr. Cusick on April 23, 2026. During the meet and confer, Stability AI explained that Plaintiffs had not shown good cause to add a new custodian after the Court-ordered deadline. Stability AI also explained that the documents cited by Plaintiffs were either duplicative of materials already produced from existing custodians or did not relate to Plaintiffs' assertions. During these discussions, Plaintiffs did not propose any limitation on the scope of Mr. Cusick as a custodian, including any limitation tied to specific topics, communications, or search terms.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 30, 2026 in Washington, D.C.

_____
ADITYA V. KAMDAR

DECL. OF ADITYA V. KAMDAR ISO DEFENDANTS'
STABILITY AI LTD. AND STABILITY AI, INC.'S IN THE
JOINT LETTER BRIEF REGARDING PLAINTIFFS'          4
REQUEST TO DESIGNATE WILLIAM CUSICK AS AN
ADDITIONAL CUSTODIAN