UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>STABILITY AI LTD., ET AL.,<br><br>Defendants. | Case No. 3:23-cv-00201-WHO<br><br>**DECLARATION OF PETER O'DONOGHUE IN SUPPORT OF DEFENDANTS STABILITY AI LTD. AND STABILITY AI, INC.'S POSITION IN JOINT LETTER BRIEF REGARDING DISCOVERY TIMEFRAME**<br><br>Judge: Hon. William H. Orrick |

DECL. OF PETER O'DONOGHUE ISO DEFENDANTS' STABILITY AI LTD. AND STABILITY AI, INC.'S POSITION IN JOINT LETTER BRIEF REGARDING DISCOVERY TIMEFRAME

I, Peter O'Donoghue, hereby declare as follows:

1.    I am the Chief Financial Officer of Stability AI Ltd.  I reside in London, UK.  I make this declaration based on my personal knowledge and if called to testify about the facts set forth below, I could do so competently.

2.    I am familiar with Stability AI's financial records.  There is no record of any payment made to Midjourney or any Midjourney personnel in March 2021.  ███████████ ████████████████████████████  I understand that at one point, Stability AI may have responded to a press request by indicating that any such transaction occurred in March 2021. Based on my review, that appears to have been incorrect.

3.    The individuals below began their tenure with Stability AI during the following periods:

- Richard Vencu - February 2022
- Katherine Crowson - April 2022
- Robin Rombach - September 2022

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DECL. OF PETER O'DONOGHUE ISO DEFENDANTS'
STABILITY AI LTD. AND STABILITY AI, INC.'S
POSITION IN JOINT LETTER BRIEF REGARDING
DISCOVERY TIMEFRAME

2

Executed on _____4/29/2026_____ in London, UK.

By: _____

DocuSigned by:

*Peter O'Donoghue*

344333D25EA04BD...

Peter O'Donoghue

DECL. OF PETER O'DONOGHUE ISO DEFENDANTS'
STABILITY AI LTD. AND STABILITY AI, INC.'S
POSITION IN JOINT LETTER BRIEF REGARDING
DISCOVERY TIMEFRAME

3