[Counsel listed on signature pages]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, ET AL., | Case No. 3:23-cv-00201-WHO |
| *Plaintiffs,* | **JOINT STIPULATION REGARDING THE COURT'S ORDER AT ECF NO. 522** |
| v. | |
| STABILITY AI LTD., ET AL., | Judge:  Hon. Lisa J. Cisneros |
| *Defendants.* | |

Pursuant to the Court's order at ECF No. 522, Plaintiffs and Defendant DeviantArt, Inc. ("DeviantArt") (together, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, the Court ordered DeviantArt to "produce users' email addresses and usernames associated with a sample of 55,000 images." ECF No. 522. The Court further ordered the Parties to "meet and confer regarding how the sample will be selected and what information Plaintiffs will provide to DeviantArt regarding the selection methodology by May 1, 2026." *Id.* Additionally, the Court ordered the Parties to "file a stipulation confirming that this matter has been resolved or joint letter briefing any remaining issues, no later than May 6, 2026." *Id.*

WHEREAS, on April 30, 2026, DeviantArt proposed a methodology to Plaintiffs to generate a random sample of 55,000 images from the set of over 3.6 million images DeviantArt produced. For avoidance of doubt, DeviantArt proposed a methodology solely to ensure that the sampling is random. DeviantArt reserves all rights to challenge any other aspect of the sample, and to challenge any conclusions Plaintiffs purport to draw from the sample.

WHEREAS, on May 1, 2026, Plaintiffs agreed to DeviantArt's proposed random sampling methodology in principle, subject to Plaintiffs' expert's verification of the proposed random sampling methodology.

WHEREAS, on May 5, 2026, Plaintiffs confirmed their agreement to the proposed random sampling methodology and provided DeviantArt with a spreadsheet of a random sample of 55,000 images, which Plaintiffs represent that they obtained by following DeviantArt's proposed random sampling methodology.  NOW, THEREFORE, IT IS HEREBY AGREED by and between the Parties, through their undersigned counsel, as follows:

1.   DeviantArt agrees to produce users' email addresses and usernames associated with the sample Plaintiffs provided DeviantArt on May 5, 2026, to the extent they are reasonably accessible.

2.  Plaintiffs reserve their rights to revisit the sampling method and/or sample size to the extent DeviantArt is not able to access corresponding usernames and email addresses, and DeviantArt agrees to reasonably cooperate with Plaintiffs to address any such issues.

3.  The dispute set forth in the letter brief at ECF No. 465 is therefore fully resolved.

Dated: May 6, 2026

By:  */s/ Joseph R. Saveri*

Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
Alexandra Fernandez (SBN 330518)
Evan Creutz (SBN 349728)
Louis Andrew Kessler (SBN 243703)
Elissa A. Buchanan (SBN 249996)
Holden Benon (SBN 325847)
Aaron Cera (SBN 351163)
Alexander Zeng (SBN 360220)
**SAVERI LAW FIRM, LLP**
550 California Street, Suite 910
San Francisco, California 94104
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
Email: czirpoli@saverilawfirm.com
Email: cyoung@saverilawfirm.com
Email: afernandez@saverilawfirm.com
Email: ecreutz@saverilawfirm.com
Email: lkessler@saverilawfirm.com
Email: eabuchanan@saverilawfirm.com
Email: hbenon@saverilawfirm.com
Email: acera@saverilawfirm.com
Email: azeng@saverilawfirm.com


Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email:  mb@butericklaw.com


*Counsel for Individual and Representative
Plaintiffs and the Proposed Class*

Dated: May 6, 2026

By: _/s/ Sarah F. Mitchell_____

Sarah F. Mitchell
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
(213) 485-1234
Email: sarah.mitchell@lw.com

Andrew Michael Gass
Michael H. Rubin
Brittany Nichole Lovejoy
**LATHAM & WATKINS LLP**
550 California Street, Suite 2000
San Francisco, CA 94104
(415) 391-0600
Fax: 415-395-8095
Email: brittany.lovejoy@lw.com
Email: andrew.gass@lw.com
Email: michael.rubin@lw.com

Simeon Botwinick
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1505
Washington, DC 20004
(202) 637-2200
Email: simeon.botwinick@lw.com

*Counsel for Defendant DeviantArt, Inc.*

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

I, Joseph R. Saveri, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the other signatory.

Dated: May 6, 2026                                    /s/ Joseph R. Saveri
                                                              Joseph R. Saveri