[Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, ET AL., | Case No. 3:23-cv-00201-WHO |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANTS STABILITY AI LTD. AND STABILITY AI, INC. TO FILE DECLARATION OR STATEMENT REGARDING DKTS. 526 AND 528** |
| v. | |
| STABILITY AI LTD., ET AL., | |
| Defendants. | |

STIPULATION AND [PROPOSED] ORDER EXTENDING
DEADLINE TO FILE A DECLARATION OR STATEMENT
REGARDING DKTS. 526 AND 528
CASE NO. 3:23-CV-00201-WHO (LJC)

1

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiffs Sarah Andersen, Karla Ortiz, Grzegorz Rutkowski, Gregory Manchess, Gerald Brom, Jingna Zhang, Julia Kaye, and Adam Ellis ("Plaintiffs") and Defendants Stability AI Ltd. and Stability AI, Inc. (collectively, "Stability AI"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on April 30, 2026, Plaintiffs filed Administrative Motions to Consider Whether Another Party's Material Should Be Sealed (Dkts. 526 and 528);

WHEREAS, those motions concern material designated by Stability AI as confidential under the parties' Amended Stipulated Protective Order (Dkt. 380);

WHEREAS, pursuant to Civil Local Rule 79-5(f)(3), the Designating Party must file supporting statement and/or declaration within 7 days of the filing of the administrative motion;

WHEREAS, the current deadline for Stability AI to file its supporting statement and/or declaration is May 7, 2026;

WHEREAS, the Parties have agreed to extend Stability AI's deadline to file the declaration by seven days, from May 7, 2026 to May 14, 2026 to account for necessary personnel travelling internationally;

WHEREAS, the requested extension will not affect any other deadlines set by the Court;

WHEREAS, to date, there have been minimal time modifications in the case by stipulation or Court order;[1]

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their undersigned counsel, as follows:

1.  The deadline for Stability AI to file a statement and/or declaration pursuant to Civil Local Rule 79-5(f)(3) in support of Plaintiffs' Administrative Motions to Seal (Dkts. 526 and 528) is extended to May 14, 2026.

2.  This Stipulation shall be binding on all signatory parties and their successors, assigns, and counsel.

---

[1] *See* Dkts. 28, 29, 39, 40, 137, 138, 152, 153, 270, 273, 295, 296, 310-13, 315, 317, 399, 401, 409-11, 416, 417, 432, 439, 441, 444, 499.

STIPULATION AND [PROPOSED] ORDER EXTENDING
DEADLINE TO FILE A DECLARATION OR STATEMENT
REGARDING DKTS. 526 AND 528
CASE NO. 3:23-CV-00201-WHO (LJC)

2

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: _____    _____
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER EXTENDING
DEADLINE TO FILE A DECLARATION OR STATEMENT
REGARDING DKTS. 526 AND 528
CASE NO. 3:23-CV-00201-WHO (LJC)

3

Dated: May 6, 2026

By: /s/ Aditya V. Kamdar

Joseph Charles Gratz
Tiffany Cheung
Timothy Chen Saulsbury
Jackson Lane
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94105
(415) 268-7000
Fax: (415) 268-7522
Email: jgratz@mofo.com
Email: tcheung@mofo.com
Email: tsaulsbury@mofo.com
Email: jlane@mofo.com

Aditya Vijay Kamdar
Britany Warren
**MORRISON & FOERSTER LLP**
2100 L Street NW, Suite 900
Washington, DC 20037
202-887-1500
Fax: 202-887-0763
Email: akamdar@mofo.com
Email: bwarren@mofo.com

Christopher R. Adler
**MORRISON & FOERSTER LLP**
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017
Telephone: 213-892-5200
Email: cadler@mofo.com

Evan Gourvitz
**MORRISON & FOERSTER LLP**
250 W. 55th Street
New York, New York 10019
Telephone: 212.468.8000
Email: egourvitz@mofo.com

Mark Alan Lemley
**LEX LUMINA PLLC**
745 Fifth Avenue, Suite 500
New York, NY 10151
646-898-2055
Fax: 646-906-8657
Email: mlemley@lex-lumina.com

*Counsel for Defendants Stability AI Ltd. and Stability AI, Inc.*

STIPULATION AND [PROPOSED] ORDER EXTENDING
DEADLINE TO FILE A DECLARATION OR STATEMENT
REGARDING DKTS. 526 AND 528
CASE NO. 3:23-CV-00201-WHO (LJC)

4

Dated: May 6, 2026

By:  /s/ Alexandra Fernandez

Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
Alexandra Fernandez (SBN 330518)
Evan Creutz (SBN 349728)
Louis Andrew Kessler (SBN 243703)
Elissa A. Buchanan (SBN 249996)
Holden Benon (SBN 325847)
Aaron Cera (SBN 351163)
Alexander Zeng (SBN 360220)
**SAVERI LAW FIRM, LLP**
550 California Street, Suite 910
San Francisco, California 94104
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
Email: czirpoli@saverilawfirm.com
Email: cyoung@saverilawfirm.com
Email: afernandez@saverilawfirm.com
Email: ecreutz@saverilawfirm.com
Email: lkessler@saverilawfirm.com
Email: eabuchanan@saverilawfirm.com
Email: hbenon@saverilawfirm.com
Email: acera@saverilawfirm.com
Email: azeng@saverilawfirm.com


Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email:  mb@butloricklaw.com


*Counsel for Individual and Representative*
*Plaintiffs and the Proposed Class*

STIPULATION AND [PROPOSED] ORDER EXTENDING
DEADLINE TO FILE A DECLARATION OR STATEMENT
REGARDING DKTS. 526 AND 528
CASE NO. 3:23-CV-00201-WHO (LJC)

5

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

I, Aditya V. Kamdar, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the other signatory.


Dated: May 6, 2026                                           /s/ Aditya V. Kamdar
                                                             Aditya V. Kamdar

STIPULATION AND [PROPOSED] ORDER EXTENDING
DEADLINE TO FILE A DECLARATION OR STATEMENT
REGARDING DKTS. 526 AND 528
CASE NO. 3:23-CV-00201-WHO (LJC)

6