[Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> STABILITY AI LTD., ET AL., <br><br> Defendants. | Case No. 3:23-cv-00201-WHO <br><br> **STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANTS STABILITY AI LTD. AND STABILITY AI, INC. TO FILE DECLARATION OR STATEMENT REGARDING DKTS. 526 AND 528** |

STIPULATION AND ORDER EXTENDING DEADLINE TO FILE A DECLARATION OR STATEMENT REGARDING DKTS. 526 AND 528
CASE NO. 3:23-CV-00201-WHO (LJC)

1

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiffs Sarah Andersen, Karla Ortiz, Grzegorz Rutkowski, Gregory Manchess, Gerald Brom, Jingna Zhang, Julia Kaye, and Adam Ellis ("Plaintiffs") and Defendants Stability AI Ltd. and Stability AI, Inc. (collectively, "Stability AI"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on April 30, 2026, Plaintiffs filed Administrative Motions to Consider Whether Another Party's Material Should Be Sealed (Dkts. 526 and 528);

WHEREAS, those motions concern material designated by Stability AI as confidential under the parties' Amended Stipulated Protective Order (Dkt. 380);

WHEREAS, pursuant to Civil Local Rule 79-5(f)(3), the Designating Party must file supporting statement and/or declaration within 7 days of the filing of the administrative motion;

WHEREAS, the current deadline for Stability AI to file its supporting statement and/or declaration is May 7, 2026;

WHEREAS, the Parties have agreed to extend Stability AI's deadline to file the declaration by seven days, from May 7, 2026 to May 14, 2026 to account for necessary personnel travelling internationally;

WHEREAS, the requested extension will not affect any other deadlines set by the Court;

WHEREAS, to date, there have been minimal time modifications in the case by stipulation or Court order;[1]

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their undersigned counsel, as follows:

1. The deadline for Stability AI to file a statement and/or declaration pursuant to Civil Local Rule 79-5(f)(3) in support of Plaintiffs' Administrative Motions to Seal (Dkts. 526 and 528) is extended to May 14, 2026.

2. This Stipulation shall be binding on all signatory parties and their successors, assigns, and counsel.

---

[1] *See* Dkts. 28, 29, 39, 40, 137, 138, 152, 153, 270, 273, 295, 296, 310-13, 315, 317, 399, 401, 409-11, 416, 417, 432, 439, 441, 444, 499.

STIPULATION AND ORDER EXTENDING DEADLINE TO FILE A DECLARATION OR STATEMENT REGARDING DKTS. 526 AND 528
CASE NO. 3:23-CV-00201-WHO (LJC)

2

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.


Dated: May 7, 2026

_____
United States Magistrate Judge

STIPULATION AND ORDER EXTENDING DEADLINE TO
FILE A DECLARATION OR STATEMENT REGARDING
DKTS. 526 AND 528
CASE NO. 3:23-CV-00201-WHO (LJC)

3