May 14, 2026

**VIA ECF**

The Honorable Lisa J. Cisneros
United States District Court
Northern District of California
San Francisco Courthouse, Courtroom G – 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:    *Andersen, et al. v. Stability, et al.*, Case No. 3:23-cv-00201-WHO (LJC)

Dear Judge Cisneros:

In response to Your Honor's Order dated May 13, 2026 (ECF No. 549), we appreciate the opportunity to direct the Court's attention to documents that demonstrate that Plaintiffs' suppositions about the purpose of the Style Reference Model are unfounded. Depositions on this topic have not yet occurred, and we expect the transcripts of those depositions will provide some of the most valuable evidence on this point. For present purposes, however, we respectfully point the Court to the following exemplars, which illustrate the true function of the Style Reference Model as described in our portion of the Joint Letter Brief.

1. **Exhibit 1** is a true and accurate screen capture, taken on May 14, 2026, from the Midjourney website (www.midjourney.com), highlighting Midjourney's Style Reference feature (also known as the "SREF" feature), which is associated with Midjourney's Style Reference Model.

2. **Exhibit 2** excerpts Midjourney's response and supplemental response to Plaintiffs' Interrogatory No. 6, which describes, among other things, the Style Reference Model. Midjourney directs the Court's attention to pages 6 through 8 of the Exhibit.

3. **Exhibit 3 (MIDJOURNEY_00002710)** is an internal communication dated December 2, 2024, between David Holz, CEO and founder of Midjourney, David McClure, one of the principle engineers responsible for the development of the Style Reference Model and designated as Midjourney's Rule 30(b)(6) witness to testify regarding the Style Reference Model, whose deposition is scheduled for June 11. Midjourney directs the Court's attention to pages Bates Stamped MIDJOURNEY_00002710 through MIDJOURNEY_00002712 of the Exhibit.

4. **Exhibit 4 (MIDJOURNEY_00833354)** an internal group communication dated October 5–6, 2023, among multiple Midjourney personnel including David Holz, David McClure, and other Midjourney engineers. **Exhibit 4A** is a color version of the document previously produced in black and white. Midjourney intends to produce a color version of this document in its next production. Midjourney directs the Court's attention to pages 6 through 16 of the Exhibit 4A.

5. **Exhibit 5 (MIDJOURNEY_00832994)** is an internal group communication dated October 25–26, 2023, among multiple Midjourney personnel including David Holz, David McClure, and other Midjourney engineers.  **Exhibit 5A** is a color version of the document previously produced in black and white.  Midjourney intends to produce a color version of this document in its next production.  Midjourney directs the Court's attention to pages 10 through 12 of Exhibit 5A.


Dated: May 14, 2026

By: */s/ Angela L. Dunning*
 Angela L. Dunning
 Sam Blankenship
 **CLEARY GOTTLIEB STEEN & HAMILTON LLP**
 1841 Page Mill Road, Suite 250
 Palo Alto, CA 94304-1248
 Telephone: (650) 815-4131
 Email: adunning@cgsh.com
        sblankenship@cgsh.com

 Arminda B. Bepko
 Charity E. Lee
 **CLEARY GOTTLIEB STEEN & HAMILTON LLP**
 One Liberty Plaza
 New York, NY 10006
 Telephone: (212) 225-2517
 Email: abepko@cgsh.com
        charitylee@cgsh.com

*Counsel for Defendant Midjourney, Inc.*