**OFFICE OF THE CLERK**

**UNITED STATES DISTRICT COURT**

**Northern District of California**

**CIVIL MINUTES**

| **Date:** May 14, 2026 | **Time:** 43 minutes | **Judge:** LISA J. CISNEROS |
|---|---|---|
| **Case No.:** 3:23-cv-00201-WHO | **Case Name:** Andersen v. Stability AI Ltd. | |

**Plaintiff Attorney:** Holden Benon and Alexandra Fernandez, Saveri Law Firm, LLP.

**For Defendant Stability AI Ltd. and Stability AI, Inc.:** Evan Gourvitz, Morrison & Foerster LLP.

**For Defendant Midjourney Inc.:** Angela Dunning and Charity E. Lee, Cleary Gottlieb Steen & Hamilton LLP.

**For Defendant Runway AI, Inc:** Paven Malhotra and Yegina Whang, Keker Van Nest and Peters LLP.

**For Defendant DeviantArt:** Simeon Botwinick, Latham and Watkins LLP.

**Deputy Clerk:** Brittany Sims         **Recorded via Zoom:** 3:16 p.m.- 3:59 p.m.

**PROCEEDINGS**

Status Conference held. Plaintiffs represented that production of Plaintiff Karla Ortiz's custodial documents would be completed by May 14, 2026, production of Plaintiff Jingna Zhang's custodial documents would be completed by May 15, 2026, and production of Plaintiff Julia Kaye's custodial documents would be completed by May 18, 2026.  The Court reminded Plaintiffs of their obligation to complete production two weeks prior to each Plaintiff's deposition.

Stability: Plaintiffs and Stability shall continue to meet and confer regarding further inspection of Stability's source code and Stability's responses by Plaintiffs' fifth set of interrogatories, and, if they do not reach resolution, shall file letter briefs regarding these disputes by May 28, 2026.

Midjourney: Midjourney represented that they would be meeting and conferring with Plaintiffs on May 18, 2026 regarding Midjourney's response to Plaintiffs' Interrogatory No. 15.  They shall file a letter brief by May 26, 2026 if they are unable to reach a resolution.  Plaintiffs and Midjourney represented that they are in the process of meeting and conferring regarding

Midjourney's production of end-use datasets.  They shall file a letter brief by June 4, 2026 if they are unable to reach a resolution.

Midjourney represented that it would be issuing its objections to Plaintiffs' subpoena to Slack on May 14, 2026.  The Court directed the parties to follow the procedures in her Standing Order for any disputes that require court intervention.

DeviantArt: DeviantArt informed the Court that they would be providing a supplemental response to Plaintiffs' Interrogatory No. 14 next week. If any dispute remains after Plaintiffs review the supplemental response, the parties shall file a letter brief no later than May 26, 2026. Plaintiffs and DeviantArt were in disagreement over whether there is a live dispute regarding DeviantArt's response to Plaintiffs' Interrogatory No. 11.  To the extent that there is a dispute over Interrogatory No. 11, Plaintiffs and DeviantArt have until May 26, 2026 to file a letter brief regarding the matter.  Plaintiffs and DeviantArt shall continue negotiations regarding additional review of DeviantArt's source code.  They shall have until June 4, 2026, to conclude their meet and confer efforts and until June 11, 2026 to file a letter brief regarding this matter.

The Court set a further discovery status conference on June 18, 2026 at 3:00 pm.