UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH ANDERSEN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>STABILITY AI LTD., et al.,<br><br>Defendants. | Case No. 23-cv-00201-WHO  (LJC)<br><br>**ORDER REQUESTING FURTHER BRIEFING** |

On May 14, 2026, the Court held a hearing regarding Plaintiffs and Defendant Midjourney's discovery letter brief at ECF No. 531.  The hearing was held via Judge Cisneros's public Zoom webinar.  The Court refrained from asking certain questions and Midjourney limited its responses due to confidentiality concerns.  Midjourney is accordingly ordered to file a supplemental letter brief, not to exceed five single-spaced pages (not including supporting declarations and exhibits), responding to the following questions:



Midjourney may also supplement its argument and supporting evidence as to the burden associated with source code production. Midjourney's supplemental letter brief shall be filed by May 25, 2026.  Plaintiffs may file a response, not to exceed five single-spaced pages (not including supporting declarations and exhibits), no later than May 29, 2026.

**IT IS SO ORDERED.**

Dated: May 19, 2026

_____
LISA J. CISNEROS
United States Magistrate Judge

United States District Court
Northern District of California

2