[COUNSEL LISTED ON SIGNATURE PAGES]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SARAH ANDERSEN, et al., | Case No. 3:23-CV-00201-WHO (LJC) |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE JOINT LETTER BRIEF REGARDING DEVIANTART'S RESPONSE TO PLAINTIFFS' INTERROGATORY NO. 14** |
| v. | |
| STABILITY AI LTD., et al., | |
| Defendants. | |

Defendant DeviantArt, Inc. ("DeviantArt") and Plaintiffs Sarah Andersen, Karla Ortiz, Grzegorz Rutkowski, Gregory Manchess, Gerald Brom, Jingna Zhang, Julia Kaye, and Adam Ellis ("Plaintiffs") (collectively, the "Parties") by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, the Parties have been negotiating regarding whether DeviantArt's response to Plaintiffs' Interrogatory No. 14 requires supplementation;

WHEREAS, on February 2, 2026, the Court entered an order granting the modification of the case schedule wherein the Court stated, "If the parties wish to adjust any dates other than the trial date, pretrial conference or dispositive motion hearing, they may file a stipulation to that effect and the court is likely to agree to the change(s)." ECF No. 409;

WHEREAS, on May 14, 2026, the Court ordered that to the extent that the Parties are unable to reach a resolution on DeviantArt's response to Plaintiffs' Interrogatory No. 14, the Parties shall file a joint letter brief regarding the issue no later than Tuesday, May 26, 2026;

WHEREAS, the Parties continue to negotiate in good faith to resolve their dispute regarding DeviantArt's response to Plaintiffs' Interrogatory No. 14;

WHEREAS, DeviantArt agrees serve a supplemental responses to Plaintiffs' Interrogatory No. 14, with a signed verification, on May 27th by 5:00 PM PST;

WHEREAS, to enable the Parties to complete their discussions, and in the hope of avoiding unnecessary motion practice, the Parties have agreed, subject to the approval of the Court and to the extent that any dispute remains, to extend the deadline to file a joint letter brief with the Court regarding DeviantArt's response to Plaintiffs' Interrogatory No. 14 until Monday, June 1, 2026;

WHEREAS, to date, there have been minimal time modifications in the case by stipulation or Court order; and

WHEREAS, an extension to the deadline to file a joint letter brief regarding DeviantArt's response to Plaintiffs' Interrogatory No. 14 would have no effect on the current schedule for the case;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their undersigned counsel, that the deadline to file a joint letter brief with the Court regarding DeviantArt's response to Plaintiffs' Interrogatory No. 14 will be Monday, June 1, 2026.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____          _____

Honorable Lisa L. Cisneros
United States Magistrate Judge

Dated: May 22, 2026


By:  /s/ Brittany N. Lovejoy


**LATHAM & WATKINS LLP**

Andrew M. Gass (SBN 259694)
 andrew.gass@lw.com
Michael H. Rubin (SBN 214636)
 michael.rubin@lw.com
Brittany N. Lovejoy (SBN 286813)
 brittany.lovejoy@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone:  415.391.0600

Sarah F. Mitchell (SBN 308467)
 sarah.mitchell@lw.com
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
Telephone: 213.485.1234

Simeon Botwinick (*pro hac vice*)
 simeon.botwinick@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C., 20004
Telephone: 202.637.2200


*Attorneys for Defendant DeviantArt, Inc*

By:  /s/ Joseph R. Saveri

Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
Elissa A. Buchanan (SBN 249996)
Evan Creutz (SBN 349728)
Holden Benon (SBN 325847)
Alexandra Fernandez (SBN 330518)
Aaron Cera (SBN 351163)
Louis A. Kessler (SBN 243703)
Alexander Zeng (SBN 360220)
**SAVERI LAW FIRM, LLP**
550 California Street, Suite 910
San Francisco, CA 94104
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
Email: czirpoli@saverilawfirm.com
Email: cyoung@saverilawfirm.com
Email: ebuchanan@saverilawfirm.com
Email: ecreutz@saverilawfirm.com
Email: hbenon@saverilawfirm.com
Email: afernandez@saverilawfirm.com
Email: acera@saverilawfirm.com
Email: lkessler@saverilawfirm.com
Email: azeng@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email: mb@buttericklaw.com

*Counsel for Individual and Representative
Plaintiffs and the Proposed Class*

.

ATTESTATION PURSUANT TO CIVIL L.R. 5-1

The filer attests that the other signatories listed, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the filing's content and have authorized the filing.

Dated: May 22, 2026                              /s/      Brittany N. Lovejoy