[COUNSEL LISTED ON SIGNATURE PAGES]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

SARAH ANDERSEN, et al.,

        Plaintiffs,

   v.

STABILITY AI LTD., et al.,

        Defendants.

Case No. 3:23-CV-00201-WHO (LJC)

**STIPULATION AND ORDER EXTENDING DEADLINE TO FILE JOINT LETTER BRIEF REGARDING DEVIANTART'S RESPONSE TO PLAINTIFFS' INTERROGATORY NO. 14**

Defendant DeviantArt, Inc. ("DeviantArt") and Plaintiffs Sarah Andersen, Karla Ortiz, Grzegorz Rutkowski, Gregory Manchess, Gerald Brom, Jingna Zhang, Julia Kaye, and Adam Ellis ("Plaintiffs") (collectively, the "Parties") by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, the Parties have been negotiating regarding whether DeviantArt's response to Plaintiffs' Interrogatory No. 14 requires supplementation;

WHEREAS, on February 2, 2026, the Court entered an order granting the modification of the case schedule wherein the Court stated, "If the parties wish to adjust any dates other than the trial date, pretrial conference or dispositive motion hearing, they may file a stipulation to that effect and the court is likely to agree to the change(s)." ECF No. 409;

WHEREAS, on May 14, 2026, the Court ordered that to the extent that the Parties are unable to reach a resolution on DeviantArt's response to Plaintiffs' Interrogatory No. 14, the Parties shall file a joint letter brief regarding the issue no later than Tuesday, May 26, 2026;

WHEREAS, the Parties continue to negotiate in good faith to resolve their dispute regarding DeviantArt's response to Plaintiffs' Interrogatory No. 14;

WHEREAS, DeviantArt agrees serve a supplemental responses to Plaintiffs' Interrogatory No. 14, with a signed verification, on May 27th by 5:00 PM PST;

WHEREAS, to enable the Parties to complete their discussions, and in the hope of avoiding unnecessary motion practice, the Parties have agreed, subject to the approval of the Court and to the extent that any dispute remains, to extend the deadline to file a joint letter brief with the Court regarding DeviantArt's response to Plaintiffs' Interrogatory No. 14 until Monday, June 1, 2026;

WHEREAS, to date, there have been minimal time modifications in the case by stipulation or Court order; and

WHEREAS, an extension to the deadline to file a joint letter brief regarding DeviantArt's response to Plaintiffs' Interrogatory No. 14 would have no effect on the current schedule for the case;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their undersigned counsel, that the deadline to file a joint letter brief with the Court regarding DeviantArt's response to Plaintiffs' Interrogatory No. 14 will be Monday, June 1, 2026.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  May 26, 2026

_____
Honorable Lisa L. Cisneros
United States Magistrate Judge