[Counsel Listed on Signature Pages]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, et al., | Case No.: 3:23-cv-00201-WHO |
| *Individual and Representative Plaintiffs,* | **STIPULATION AND ORDER EXTENDING DEADLINE TO FILE JOINT LETTER BRIEF REGARDING STABILITY SOURCE CODE AND REQUEST FOR PRODUCTION, SET FIVE** |
| v. | |
| STABILITY AI LTD., et al., | |
| *Defendants.* | |

Case No.: 3:23-cv-00201-WHO

STIPULATION AND ORDER EXTENDING DEADLINE TO FILE JOINT LETTER BRIEF
REGARDING STABILITY SOURCE CODE AND RFP, SET FIVE

Plaintiffs Sarah Andersen, Karla Ortiz, Grzegorz Rutkowski, Gregory Manchess, Gerald Brom, Jingna Zhang, Julia Kaye, and Adam Ellis ("Plaintiffs") and Defendants Stability AI Ltd. and Stability AI, Inc. (collectively, "Stability AI"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on May 7, 2026, Plaintiffs and all Defendants filed a Joint Status Report stating Plaintiffs and Stability AI were meeting and conferring regarding inspection of Stability AI Source Code and Stability AI's Objections and Responses to Plaintiffs' Requests for Production, Set Five. ECF No. 543 at 5;

WHEREAS, on May 14, 2026, the Court ordered Plaintiffs and Stability to continue to meet and confer on these matters and, if resolution is not reached, to file joint letter briefs regarding these disputes by May 28, 2026. ECF No. 555;

WHEREAS, the Parties are negotiating in good faith to resolve their current disputes about the Source Code Inspection and Stability's Objections and Responses to Request for Production, Set Five;

WHEREAS, on May 26, 2026, the Parties agreed to extend the deadline to file a joint letter brief with the Court regarding these disputes to June 5, 2026, in an effort to resolve them without Court intervention;

WHEREAS, an extension to the deadline to file a joint letter brief regarding Source Code Inspection and the Objections and Responses to Plaintiffs' Requests for Production, Set Five would have no other effect on the current schedule of the case;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their undersigned counsel, as follows:

1. The deadline for filing a Joint Letter Brief regarding inspection of Stability AI Source Code and Stability AI's Objections and Responses to Plaintiffs' Requests for Production, Set Five is extended from May 28, 2026 to June 5, 2026.

2. The Parties shall meet and confer in good faith regarding these disputes on or before June 2, 2026.

Case No.: 3:23-cv-00201-WHO                    1

STIPULATION AND ORDER EXTENDING DEADLINE TO FILE JOINT LETTER BRIEF
REGARDING STABILITY SOURCE CODE AND RFP, SET FIVE

3. Nothing in this Stipulation shall be construed as a waiver of either Party's rights or positions regarding the scope, completeness, or sufficiency of Stability AI's document productions, or any other issue in this litigation.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 29, 2026

_____
The Honorable Lisa J. Cisneros
United States Magistrate Judge