May 29, 2026

**VIA ECF**

The Honorable Lisa J. Cisneros
United States District Court
Northern District of California
San Francisco Courthouse, Courtroom G – 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:    *Andersen, et al. v. Stability, et al.*, Case No. 3:23-cv-00201-WHO (LJC)

Dear Judge Cisneros:

Plaintiffs write pursuant to Your Honor's Order dated May 19, 2026 (ECF No. 562), in response to Defendant Midjourney's letter (ECF No. 571) ("Letter") answering Your Honor's questions, and further explaining its bases for its refusal to produce Source Code underlying its: ▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Source Code is undoubtedly the ground truth in how any model (or in this case a model's filters) function.  . This evidence is best adduced from the Source Code itself—not through documents which merely comment on the code. Midjourney's protestations that secondhand documents are enough here is akin to asking Plaintiffs to rely solely on hearsay testimony when the percipient witness is available to testify. Plaintiffs should be permitted to inspect the Source Code, the source of truth, firsthand.

**Source Code Has Unique Information for Which Document Production Cannot Substitute.**

Source Code is well-known to be the ground truth of what a particular program, application, filter or other software does. But moreover, Source Code includes chat logs and other commentary that show what the engineering team talked about, not just what they built, that is otherwise unavailable to Plaintiffs outside Source Code. Documents alone are insufficient to show what code was ultimately deployed, a system's architecture, and how each data pipeline operates in practice in any code system. And under the Protective Order, "Source Code" includes important commentary and chat logs too. ECF No. 380 § 2.9 ("Source Code" in the Protective Order includes "computer code **and all associated comments and revision histories**, formulas, engineering specifications or schematics…"). So Midjourney's refusal to produce Source Code implicates more than just the executable code here. It prevents inspection of explanations, histories and key commentary associated with the Source Code.

There is no technical burden here for Midjourney. Midjourney's refusal to produce this Source Code is based on its supposed highly sensitive nature, which Midjourney implicitly argues the Protective Order's severe strictures on the handling of Source Code (ECF No. 380, § 9) cannot adequately protect. But the Protective Order provides more than adequate protection. There is no basis for Midjourney's concern.

---

[1] Midjourney since the filing of this lawsuit has removed its public encouragement to "try invoking unique artists to get a unique style" from its "tips" on prompting the Midjourney model. See Kessler Decl. Ex. 1.

2

████████████████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████████████████████████████

█████████████████████████████████████████

████████████████████████████████████

**Style Reference Model/ Style Isolation Source Code Has Unique Essential Information.**

Plaintiffs seek to inspect the Source Code for the Style Reference model, but also the experiments and test models ████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

█████████████████████████████████████████████

█████████████████████████████████████████████

███████████████████████████████████████████

█████████████████████████████████████████████

█████████████████████████████████████████████

███████████████

2



_____

[2] A CLIP embedding or vector is a numerical representation of an image data and associated text created by a CLIP (Contrastive Language-Image Pre-training) model. It converts visual and textual information into a single vector of typically 512 dimensions that combines both text and image qualities into the same vector space.

[3] Midjourney's confusing acontextual citation to a chart on page 2 of its Letter is a red herring and represents "the artists name prompts – here with a handful of testing style keywords overlaid." See Def. Ex. 1, at -036.

██████████████████████████████████████████████████████

████████

██████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████

████████████████████████████████████████████████████████

███████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████ This experimentation and the code used to do so are highly relevant. Plaintiffs should be permitted to inspect it.

████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████ █ ████████████████████████████

█████████████████████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████████████████████████

██████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████████████████████████

███████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

██████████████████████████████████████████████████

█████████████████████████████████████████████████████

███████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████

---

[4] Midjourney' overfit filter necessarily invokes a database of training images used to compare model outputs with to avoid overfit. It has produced two documents that reference the "overfit db."

5



5

Dated: May 29, 2026

Respectfully submitted,

By: */s/ Joseph R. Saveri*
Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
Alexandra Fernandez (SBN 330518)
Evan Creutz (SBN 349728)
Louis Andrew Kessler (SBN 243703)
Elissa A. Buchanan (SBN 249996)
Holden Benon (SBN 325847)
Aaron Cera (SBN 351163)
Alexander Zeng (SBN 360220)
**SAVERI LAW FIRM, LLP**
550 California Street, Suite 910
San Francisco, California 94104
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
Email: czirpoli@saverilawfirm.com
Email: cyoung@saverilawfirm.com
Email: afernandez@saverilawfirm.com
Email: ecreutz@saverilawfirm.com
Email: lkessler@saverilawfirm.com
Email: eabuchanan@saverilawfirm.com
Email: hbenon@saverilawfirm.com
Email: acera@saverilawfirm.com
Email: azeng@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email: mb@butericklaw.com

*Counsel for Individual and Representative*
*Plaintiffs and the Proposed Class*

6