[Counsel listed on signature pages]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SARAH ANDERSEN, et al., | Case No. 23-CV-00201-WHO (LJC) |
| Plaintiffs, | **STIPULATION AND ORDER EXTENDING DEADLINE TO FILE JOINT LETTER BRIEF REGARDING MIDJOURNEY'S END USE TRAINING DATA** |
| v. | |
| STABILITY AI LTD., et al., | Courtroom: G; 15th Floor |
| Defendants. | Judge: Hon. Lisa J. Cisneros |
| | Date Filed: January 13, 2023 |
| | Trial Date: June 1, 2027 |

Pursuant to Local Rules 6-2 and 7-12, Plaintiffs Sarah Andersen, Karla Ortiz, Grzegorz Rutkowski, Gregory Manchess, Gerald Brom, Jingna Zhang, Julia Kaye, and Adam Ellis ("Plaintiffs") and Defendant Midjourney Inc. ("Midjourney") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and request as follows:

WHEREAS, the Parties have been negotiating in good faith regarding identifying end-use training datasets in anticipation of producing some of them for inspection;

WHEREAS, on May 14, 2026, the Court ordered that to the extent that the Parties are unable to reach a resolution on Midjourney's production of end-use datasets, they should file a joint letter brief regarding the issue no later than Thursday, June 4, 2026. ECF No. 555.

WHEREAS, Midjourney continues to identify end-use datasets, and the Parties continue to negotiate regarding which datasets Midjourney will produce;

WHEREAS, to enable the Parties to complete their discussions, and in the hope of avoiding unnecessary motion practice, the Parties have agreed, subject to the approval of the Court and to the extent that any dispute remains, to extend the deadline to file a joint letter brief with the Court regarding Midjourney's end-use training datasets until Monday, June 15, 2026;

WHEREAS, an extension to the deadline to file a joint letter brief regarding Midjourney's end-use datasets would have no other effect on the current schedule for the case;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their undersigned counsel, subject to the approval of the Court, that the deadline to file a joint letter brief with the Court regarding Midjourney's end-use training datasets will be Monday, June 15, 2026.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 5, 2026

_____
Honorable Lisa J. Cisneros
United States Magistrate Judge

Case No. 23-cv-00201-WHO (LJC)                1
STIPULATION AND ORDER EXTENDING DEADLINE TO FILE JOINT LETTER
BRIEF REGARDING MIDJOURNEY'S END-USE TRAINING DATA