[Counsel Listed on Signature Pages]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SARAH ANDERSEN, et al., | Case No.: 3:23-cv-00201-WHO |
| *Individual and Representative Plaintiffs*, | **SECOND STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE JOINT LETTER BRIEF REGARDING STABILITY SOURCE CODE AND REQUESTS FOR PRODUCTION, SET FIVE** |
| v. | |
| STABILITY AI LTD., et al., | |
| *Defendants*. | |

Case No.: 3:23-cv-00201-WHO

SECOND STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE JOINT LETTER BRIEF REGARDING STABILITY SOURCE CODE AND RFP, SET FIVE

Plaintiffs Sarah Andersen, Karla Ortiz, Grzegorz Rutkowski, Gregory Manchess, Gerald Brom, Jingna Zhang, Julia Kaye, and Adam Ellis ("Plaintiffs") and Defendants Stability AI Ltd. and Stability AI, Inc. (collectively, "Stability AI"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on May 7, 2026, Plaintiffs and all Defendants filed a Joint Status Report stating Plaintiffs and Stability AI were meeting and conferring regarding inspection of Stability AI Source Code and Stability AI's Objections and Responses to Plaintiffs' Requests for Production, Set Five. ECF No. 543 at 5;

WHEREAS, on May 14, 2026, the Court ordered Plaintiffs and Stability to continue to meet and confer on these matters and, if resolution is not reached, to file joint letter briefs regarding these disputes by May 28, 2026. ECF No. 555;

WHEREAS, on May 28, 2026, the Parties filed a joint stipulation and proposed order seeking an extension of the Court ordered deadline based on their ongoing good faith negotiations to resolve the Source Code and RFP, Set Five disputes;

WHEREAS, on May 29, 2026, the Court signed the order setting a June 2, 2026, deadline to meet and confer, and June 5, 2026, deadline to file joint letter briefs on these matters. ECF No. 576;

WHEREAS, on May 29, 2026, following its investigation, Stability AI provided its position regarding Plaintiffs' request for Source Code;

WHEREAS, the Parties agreed to a further inspection of the Source Code on June 12, 2026, to evaluate whether the Parties are at impasse;

WHEREAS, on June 2, 2026, the Parties met and conferred regarding Requests for Production, Set Five;

WHEREAS, Stability AI committed to providing their positions on remaining Requests for Production, Set Five disputes by Friday June 5;

WHEREAS, the Parties agreed to extend the deadline to meet and confer on remaining Source Code issues to June 17, 2026, and the deadline to file a joint letter brief on remaining disputes to June 19, 2026;

SECOND STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE JOINT LETTER BRIEF REGARDING STABILITY SOURCE CODE AND RFP, SET FIVE

WHEREAS, the Parties agreed to extend the deadline to meet and confer on Requests for Production, Set Five to June 8, 2026, and the deadline to file a joint letter brief on Requests for Production, Set Five to June 11, 2026;

WHEREAS, an extension to the deadline to file a joint letter brief regarding Source Code Inspection and the Objections and Responses to Plaintiffs' Requests for Production, Set Five would have no other effect on the current schedule of the case;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their undersigned counsel, as follows:

1.  The deadline for filing a Joint Letter Brief regarding inspection of Stability AI Source Code is extended from June 5, 2026, to June 19, 2026;

2.  The Parties shall meet and confer regarding Stability AI Source Code by June 17, 2026;

3.  The deadline for filing a Joint Letter Brief on Stability AI's Objections and Responses to Plaintiffs' Requests for Production, Set Five is extended from June 5, 2026, to June 11, 2026.

4.  The Parties shall meet and confer in good faith regarding disputes on Plaintiffs' Requests for Production, Set Five by June 8, 2026.

5.  Nothing in this Stipulation shall be construed as a waiver of either Party's rights, arguments, objections, or positions regarding the scope, completeness, or sufficiency of any discovery response or production, or any other issue in this litigation.


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June ___, 2026

_____
The Honorable Lisa J. Cisneros
United States Magistrate Judge

Case No.: 3:23-cv-00201-WHO                    2

SECOND STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE JOINT LETTER BRIEF REGARDING STABILITY SOURCE CODE AND RFP, SET FIVE

Dated: June 5, 2026

By: /s/ Aditya Vijay Kamdar

Aditya Vijay Kamdar
Brittany Warren
**MORRISON & FOERSTER LLP**
2100 L Street NW, Suite 900
Washington, DC 20037
Telephone: (202) 887-1500
Email: akamdar@mofo.com
Email: bwarren@mofo.com

Joseph Charles Gratz
Tiffany Cheung
Timothy Chen Saulsbury
Jackson Lane
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, California 94105
Telephone: (415) 268-7000
Email: jgratz@mofo.com
Email: tcheung@mofo.com
Email: tsaulsbury@mofo.com
Email: jlane@mofo.com

Christopher R. Adler
**MORRISON & FOERSTER LLP**
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: (213) 892-5200
Email: cadler@mofo.com

Evan C. Gourvitz
**MORRISON & FOERSTER LLP**
250 West 55th Street
New York, NY 10019
Telephone: (212) 468-8000
Email: egourvitz@mofo.com

By: /s/ Joseph R. Saveri

Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
Alexandra Fernandez (SBN 330518)
Evan Creutz (SBN 349728)
Louis Andrew Kessler (SBN 243703)
Elissa A. Buchanan (SBN 249996)
Holden Benon (SBN 325847)
Aaron Cera (SBN 351163)
Alexander Zeng (SBN 360220)
Alaina Gilchrist (SBN 335807)
Lora Faraj (SBN 364719)
**SAVERI LAW FIRM, LLP**
550 California Street, Suite 910
San Francisco, California 94104
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
Email: czirpoli@saverilawfirm.com
Email: cyoung@saverilawfirm.com
Email: afernandez@saverilawfirm.com
Email: ecreutz@saverilawfirm.com
Email: lkessler@saverilawfirm.com
Email: eabuchanan@saverilawfirm.com
Email: hbenon@saverilawfirm.com
Email: acera@saverilawfirm.com
Email: azeng@saverilawfirm.com
Email: agichrist@saverilawfirm.com
Email: lfaraj@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email: mb@butericklaw.com

*Counsel for Individual and Representative
Plaintiffs and the Proposed Class*

Mark Alan Lemley
**LEX LUMINA PLLC**
745 Fifth Avenue, Suite 500
New York, NY 10151
Telephone: (646) 906-8657
Email: mlemley@lex-lumina.com
stability-andersen@mofo.com

*Counsel for Defendants Stability AI Ltd. And
Stability AI, Inc.*

SECOND STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE JOINT LETTER BRIEF
REGARDING STABILITY SOURCE CODE AND RFP, SET FIVE

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

I, Joseph R. Saveri, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the other signatory.


Dated: June 5, 2026                              /s/ Joseph R. Saveri
                                                         Joseph R. Saveri