[Counsel listed on signature pages]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, ET AL., | Case No. 3:23-cv-00201-WHO |
| Plaintiffs, | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE** |
| v. | |
| STABILITY AI LTD., ET AL., | |
| Defendants. | Judge:  Hon. William H. Orrick |

Pursuant to Local Rules 6-2 and 7-12 and the Court's April 21, 2026 Order ("Order") (ECF No. 499), Plaintiffs Sarah Andersen, Karla Ortiz, Grzegorz Rutkowski, Gregory Manchess, Gerald Brom, Jingna Zhang, Julia Kaye, and Adam Ellis ("Plaintiffs") and Defendants Runway AI, Inc, Midjourney, Inc., DeviantArt, Inc., and Stability AI, Ltd. and Stability AI, Inc. ("Defendants") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and request as follows:

WHEREAS, Plaintiffs filed a Motion to Modify Case Schedule ("Motion") on April 10, 2026 (Dkt. 474);

WHEREAS, on April 13, 2026, the Court scheduled the Motion hearing for April 22, 2026, at 2:00 PM via Zoom (Dkt. 477);

WHEREAS, on April 20, 2026, Defendants filed their respective Oppositions to Plaintiffs' Motion to Modify Case Schedule (Dkts. 495, 496, 497);

WHEREAS, on April 21, 2026, the Court vacated the hearing set for April 22, 2026, and issued an Order Granting in Part Plaintiffs' Motion (Dkt. 499) the ("Order");

WHEREAS, the Order extended the fact discovery cutoff until July 1, 2026, and extended the cutoff for depositions to August 15, 2026 (Dkt. 499);

WHEREAS, the Order did not include adjusted deadlines for the remaining case deadlines that must necessarily follow from the extended fact discovery cutoff;

WHEREAS, the Parties have good cause for seeking revised deadlines to ensure expert discovery is sequenced after the completion of fact discovery;

NOW, THEREFORE, IT IS HEREBY AGREED and jointly requested by and between the Parties, through their undersigned counsel, that the Court enter the following case schedule:

| EVENT | CURRENT DEADLINE | [PROPOSED] DEADLINE |
| --- | --- | --- |
| Deadline to serve all deposition notices and subpoenas | May 11, 2026 | June 10, 2026 |
| Close of Fact Discovery | July 1, 2026 | July 1, 2026 |
| Deadline for Filing Fact Discovery Motions | July 8, 2026 | July 8, 2026 |

Case No. 23-cv-00201-WHO (LJC)                    1
JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE

| EVENT | CURRENT DEADLINE | [PROPOSED] DEADLINE |
|---|---|---|
| Deadline for Completion of Fact Depositions | August 15, 2026 | August 15, 2026 |
| Deadline for Filing Fact Discovery Motions Related to Fact Depositions | | August 24, 2026 |
| Filing of Opening Expert Report(s) on which respective Parties have burden of proof | July 15, 2026 | October 9, 2026 |
| Filing of Responsive Expert Report(s) | August 18, 2026 | November 16, 2026 |
| Filing of Reply Expert Report(s) | September 17, 2026 | December 18, 2026 |
| Close of Expert Discovery | October 18, 2026 | February 5, 2027 |
| Last day to move for Class Certification, Summary Judgment, and/or *Dauberts* | November 11, 2026 | March 5, 2027 |
| Deadline to file Oppositions to Motion for Class Certification, Motion for Summary Judgment, and/or *Dauberts* | December 22, 2026 | April 16, 2027 |
| Deadline to file Replies in support of Motion for Class Certification, Motion for Summary Judgment, and/or *Dauberts* | January 29, 2027 | May 21, 2027 |
| Motion Hearing on Class Certification, Summary Judgement, and/or *Dauberts* | February 26, 2027 | June 3, 2027 |
| Pretrial Conference | April 26, 2027 | To Be Set By Court |
| Trial | June 1, 2027 | To Be Set By Court |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: _____          _____

Honorable William H. Orrick
United States District Judge

Dated: June 5, 2026

Respectfully submitted,

By: */s/ Joseph R. Saveri*

Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
Alexandra Fernandez (SBN 330518)
Evan Creutz (SBN 349728)
Louis Andrew Kessler (SBN 243703)
Elissa A. Buchanan (SBN 249996)
Holden Benon (SBN 325847)
Aaron Cera (SBN 351163)
Alexander Zeng (SBN 360220)
Alaina Gilchrist (SBN 335807)
Lora Faraj (SBN 364719)
**SAVERI LAW FIRM, LLP**
550 California Street, Suite 910
San Francisco, California 94104
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
Email: czirpoli@saverilawfirm.com
Email: cyoung@saverilawfirm.com
Email: afernandez@saverilawfirm.com
Email: ecreutz@saverilawfirm.com
Email: lkessler@saverilawfirm.com
Email: eabuchanan@saverilawfirm.com
Email: hbenon@saverilawfirm.com
Email: acera@saverilawfirm.com
Email: azeng@saverilawfirm.com
Email: agichrist@saverilawfirm.com
Email: lfaraj@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email:  mb@butterasklaw.com

*Counsel for Individual and Representative
Plaintiffs and the Proposed Class*

Dated: June 5, 2026

Respectfully submitted,

By:  /s/ Brittany Nichole Lovejoy

Brittany Nichole Lovejoy
Andrew Michael Gass
Michael H. Rubin
**LATHAM & WATKINS LLP**
550 California Street, Suite 2000
San Francisco, CA 94104
(415) 391-0600
Fax: 415-395-8095
Email: brittany.lovejoy@lw.com
Email: andrew.gass@lw.com
Email: michael.rubin@lw.com

Simeon Botwinick
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1505
Washington, DC 20004
(202) 637-2200
Email: simeon.botwinick@lw.com

Sarah F. Mitchell
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
(213) 485-1234
Email: sarah.mitchell@lw.com

*Counsel for Defendant DeviantArt, Inc.*

Dated: June 5, 2026

Respectfully submitted,

By: _/s/ Paven Malhotra_

David Jason Silbert
Bailey Wilson Heaps
Julia Leigh Greenberg
Luke P. Apfel
Paul von Autenried
Paven Malhotra
Matan Shacham
Yegina Whang
Catherina Xu
**KEKER, VAN NEST AND PETERS LLP**
633 Battery Street
San Francisco, CA 94111-1809
(415) 391-5400
Fax: (415) 397-7188
Email: dsilbert@keker.com
Email: bheaps@keker.com
Email: jgreenberg@keker.com
Email: lapfeld@keker.com
Email: pvonautenried@keker.com
Email: pmalhotra@keker.com
Email: mshacham@keker.com
Email: ywhang@keker.com
Email: cxu@keker.com

_Counsel for Defendant Runway AI, Inc._

Case No. 23-cv-00201-WHO (LJC)                5
JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE

Dated: June 5, 2026

Respectfully submitted,

By:  /s/ Angela Dunning

Angela Dunning
Sam Blankenship
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
1841 Page Mill Road
Ste 250
Palo Alto, CA 94304-1248
650-815-4131
Email: adunning@cgsh.com
Email: sblankenship@cgsh.com

Arminda B. Bepko
Charity E. Lee
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, NY 10006
212-225-2558
Email: abepko@cgsh.com
Email: charitylee@cgsh.com

*Counsel for Defendant Midjourney, Inc.*

Dated: June 5, 2026

Respectfully submitted,

By:  /s/ Aditya Vijay Kamdar

Aditya Vijay Kamdar
Brittany Warren
**MORRISON & FOERSTER LLP**
2100 L Street NW, Suite 900
Washington, DC 20037
Telephone: (202) 887-1500
Email: akamdar@mofo.com
Email: bwarren@mofo.com

Joseph Charles Gratz
Tiffany Cheung
Timothy Chen Saulsbury
Jackson Lane
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, California 94105
Telephone: (415) 268-7000
Email: jgratz@mofo.com
Email: tcheung@mofo.com
Email: tsaulsbury@mofo.com
Email: jlane@mofo.com

Christopher R. Adler
**MORRISON & FOERSTER LLP**
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: (213) 892-5200
Email: cadler@mofo.com

Evan C. Gourvitz
**MORRISON & FOERSTER LLP**
250 West 55th Street
New York, NY 10019
Telephone: (212) 468-8000
Email: egourvitz@mofo.com

Mark Alan Lemley
**LEX LUMINA PLLC**
745 Fifth Avenue, Suite 500
New York, NY 10151
Telephone: (646) 906-8657
Email: mlemley@lex-lumina.com

*Counsel for Defendants Stability AI Ltd. And Stability AI, Inc.*

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

I, Joseph R. Saveri, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the other signatory.

Dated: June 5, 2026                                    /s/ Joseph R. Saveri
                                                              Joseph R. Saveri