[Counsel listed on signature pages]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SARAH ANDERSEN, ET AL., | Case No. 3:23-cv-00201-WHO |
| *Plaintiffs,* | **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE JOINT LETTER BRIEF REGARDING DEVIANTART SOURCE CODE** |
| v. | |
| STABILITY AI LTD., ET AL., | |
| *Defendants.* | Judge:  Hon. Lisa J. Cisneros |

Case No. 23-cv-00201-WHO (LJC)

Plaintiffs Sarah Andersen, Karla Ortiz, Grzegorz Rutkowski, Gregory Manchess, Gerald Brom, Jingna Zhang, Julia Kaye, and Adam Ellis ("Plaintiffs") and Defendant DeviantArt, Inc. (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on May 14, 2026, the Court ordered Plaintiffs and DeviantArt to meet and confer regarding "additional review of DeviantArt's source code" by June 4, 2026, and to file a letter brief regarding this matter by June 11, 2026. ECF No. 555.

WHEREAS, the Parties have been engaging in productive meet-and-confer discussions concerning Plaintiffs' requests for DeviantArt's source code;

WHEREAS, the Parties have narrowed the outstanding issues to four specific items memorialized in an email exchange between Plaintiffs' counsel and DeviantArt's counsel dated June 11, 2026;

WHEREAS, the Parties require additional time to conclude their meet-and-confer discussions;

WHEREAS, to accommodate the need for additional time, the Parties agreed that by June 18, 2026, DeviantArt shall provide its final positions on the four specific issues delineated above that Plaintiffs have raised to date, and that the deadline to file a joint letter brief on remaining disputes regarding those issues shall be extended to June 25, 2026;

WHEREAS, an extension to the deadline to file a joint letter brief regarding Source Code Inspection would have no other effect on the current schedule of the case;

NOW, THEREFORE, IT IS HEREBY AGREED by and between the Parties, through their undersigned counsel, as follows:

1.  DeviantArt shall provide its final positions on the four specific issues delineated above that Plaintiffs' have raised to date by June 18, 2026;

2.  The deadline for filing a Joint Letter Brief regarding inspection of DeviantArt Source Code is extended from June 11, 2026, to June 25, 2026;

3.  Nothing in this Stipulation shall be construed as a waiver of either Party's rights, arguments, objections, or positions regarding the scope, completeness, or sufficiency of any discovery response or production, or any other issue in this litigation.

Case No. 23-cv-00201-WHO (LJC)                    1

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE
TO FILE JOINT LETTER BRIEF REGARDING DEVIANTART SOURCE CODE

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June ___, 2026

_____
The Honorable Lisa J. Cisneros
United States Magistrate Judge

Dated: June 11, 2026

By: _/s/ Joseph R. Saveri_

Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
Alexandra Fernandez (SBN 330518)
Evan Creutz (SBN 349728)
Louis Andrew Kessler (SBN 243703)
Elissa A. Buchanan (SBN 249996)
Holden Benon (SBN 325847)
Aaron Cera (SBN 351163)
Alexander Zeng (SBN 360220)
Alaina Gilchrist (SBN 335807)
Lora Faraj (SBN 364719)
**SAVERI LAW FIRM, LLP**
550 California Street, Suite 910
San Francisco, California 94104
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
Email: czirpoli@saverilawfirm.com
Email: cyoung@saverilawfirm.com
Email: afernandez@saverilawfirm.com
Email: ecreutz@saverilawfirm.com
Email: lkessler@saverilawfirm.com
Email: eabuchanan@saverilawfirm.com
Email: hbenon@saverilawfirm.com
Email: acera@saverilawfirm.com
Email: azeng@saverilawfirm.com
Email: agichrist@saverilawfirm.com
Email: lfaraj@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email: mb@butuericklaw.com


*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

Case No. 23-cv-00201-WHO (LJC)                3

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE
TO FILE JOINT LETTER BRIEF REGARDING DEVIANTART SOURCE CODE

Dated: June 11, 2026

By: */s/ Simeon Botwinick*

Sarah F. Mitchell
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
(213) 485-1234
Email: sarah.mitchell@lw.com

Andrew Michael Gass
Michael H. Rubin
Brittany Nichole Lovejoy
**LATHAM & WATKINS LLP**
550 California Street, Suite 2000
San Francisco, CA 94104
(415) 391-0600
Fax: 415-395-8095
Email: brittany.lovejoy@lw.com
Email: andrew.gass@lw.com
Email: michael.rubin@lw.com

Simeon Botwinick
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1505
Washington, DC 20004
(202) 637-2200
Email: simeon.botwinick@lw.com

*Counsel for Defendant DeviantArt, Inc.*

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

I, Joseph R. Saveri, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the other signatory.

Dated: June 11, 2026                     */s/ Joseph R. Saveri*
                                                    Joseph R. Saveri