[Counsel listed on signature pages]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SARAH ANDERSEN, ET AL., | Case No. 3:23-cv-00201-WHO |
| *Plaintiffs,* | **JOINT STIPULATION AND ORDER EXTENDING DEADLINE TO FILE JOINT LETTER BRIEF REGARDING DEVIANTART SOURCE CODE** |
| v. | |
| STABILITY AI LTD., ET AL., | |
| *Defendants.* | Judge:  Hon. Lisa J. Cisneros |

Plaintiffs Sarah Andersen, Karla Ortiz, Grzegorz Rutkowski, Gregory Manchess, Gerald Brom, Jingna Zhang, Julia Kaye, and Adam Ellis ("Plaintiffs") and Defendant DeviantArt, Inc. (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on May 14, 2026, the Court ordered Plaintiffs and DeviantArt to meet and confer regarding "additional review of DeviantArt's source code" by June 4, 2026, and to file a letter brief regarding this matter by June 11, 2026. ECF No. 555.

WHEREAS, the Parties have been engaging in productive meet-and-confer discussions concerning Plaintiffs' requests for DeviantArt's source code;

WHEREAS, the Parties have narrowed the outstanding issues to four specific items memorialized in an email exchange between Plaintiffs' counsel and DeviantArt's counsel dated June 11, 2026;

WHEREAS, the Parties require additional time to conclude their meet-and-confer discussions;

WHEREAS, to accommodate the need for additional time, the Parties agreed that by June 18, 2026, DeviantArt shall provide its final positions on the four specific issues delineated above that Plaintiffs have raised to date, and that the deadline to file a joint letter brief on remaining disputes regarding those issues shall be extended to June 25, 2026;

WHEREAS, an extension to the deadline to file a joint letter brief regarding Source Code Inspection would have no other effect on the current schedule of the case;

NOW, THEREFORE, IT IS HEREBY AGREED by and between the Parties, through their undersigned counsel, as follows:

1.  DeviantArt shall provide its final positions on the four specific issues delineated above that Plaintiffs' have raised to date by June 18, 2026;

2. The deadline for filing a Joint Letter Brief regarding inspection of DeviantArt Source Code is extended from June 11, 2026, to June 25, 2026;

3. Nothing in this Stipulation shall be construed as a waiver of either Party's rights, arguments, objections, or positions regarding the scope, completeness, or sufficiency of any discovery response or production, or any other issue in this litigation.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 15, 2026

_____

The Honorable Lisa J. Cisneros
United States Magistrate Judge