# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, et al.,<br><br>    Individual and Representative Plaintiffs,<br><br>vs.<br><br>STABILITY AI LTD., et al.,<br><br>    Defendants. | CASE NO. 3:23-cv-00201-WHO (LJC)<br><br>**ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>Judge:   Hon. Lisa J. Cisneros, U.S.M.J. |

Before this Court is Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed regarding the portions of Plaintiffs' Motion for Issuance of Letters Rogatory and the Declaration of Aaron Cera in support thereof, as well as DeviantArt's proposal for revised sealed portions of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

Having considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, DeviantArt's Declaration, and the record in this case, and finding good cause to justify sealing the below referenced material, IT IS HEREBY ORDERED THAT the Administrative Motion is GRANTED. Portions of Plaintiffs' Motion for Issuance of Letters Rogatory and the Declaration of Aaron Cera in support thereof, as filed in redacted form at ECF Nos. 473 and 473-1, and under seal at ECF Nos. 472-1 and 472-2, and by DeviantArt subsequently, shall be filed under seal as identified below.

| Sections Sought to be Sealed | Designating Party | Order |
|---|---|---|
| Highlighted portions in Exhibit 1, referencing confidential business information contained in Plaintiffs' Motion in Support of Request for Issuance of Letters Rogatory. | DeviantArt | |
| Highlighted portions at ECF No. 472-2, referencing PII contained in Exhibits A and B to the Declaration of Aaron Cera in Support of Plaintiffs' Motion in Support of Request for Issuance of Letters Rogatory. | DeviantArt | |

**IT IS SO ORDERED.**

Dated: June 15, 2026

By: _____

Honorable Lisa J. Cisneros
United States Magistrate Judge

ORDER GRANTING PLAINTIFFS'
ADMINISTRATIVE MOTION TO SEAL
CASE NO. 3:23-cv-00201-WHO (LJC)

1