[Counsel listed on signature pages]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SARAH ANDERSEN, et al., | Case No. 23-CV-00201-WHO (LJC) |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE JOINT LETTER BRIEF REGARDING MIDJOURNEY'S END-USE ART TRAINING DATASETS** |
| v. | |
| STABILITY AI LTD., et al., | |
| Defendants. | Courtroom:    G; 15th Floor<br>Judge:    Hon. Lisa J. Cisneros<br>Date Filed:    January 13, 2023<br>Trial Date:    June 1, 2027 |

Case No. 23-cv-00201-WHO (LJC)

Pursuant to Local Rules 6-2 and 7-12, Plaintiffs Sarah Andersen, Karla Ortiz, Grzegorz Rutkowski, Gregory Manchess, Gerald Brom, Jingna Zhang, Julia Kaye, and Adam Ellis ("Plaintiffs") and Defendant Midjourney Inc. ("Midjourney") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and request as follows:

WHEREAS, on May 14, 2026, the Court ordered that to the extent that the Parties are unable to reach a resolution on Midjourney's production of end-use datasets, they should file a joint letter brief regarding the issue no later than Thursday, June 4, 2026, ECF No. 555;

WHEREAS, on June 5, 2026, the Court ordered that the deadline to file a joint letter brief with the Court regarding Midjourney's end-use training datasets will be Monday, June 15, 2026, ECF No. 583, pursuant to the Parties' joint stipulation, filed June 4, ECF No. 582;

WHEREAS, the Parties have been negotiating in good faith and have come to substantial agreement regarding Midjourney identifying and producing the final versions of datasets used to train Midjourney's main model versions;

WHEREAS, Plaintiffs have also identified certain "Art" and "Artist" specific training datasets in Midjourney's documents that Plaintiffs believe were used to fine tune and train its models and auxiliary models, and have asked for the identification and production of those datasets along with other the relevant end-use training data;

WHEREAS, Midjourney disputes Plaintiffs' characterization and argues that the identification and production of such art and artist-specific datasets are outside the scope of relevant discovery in this matter, and Plaintiffs argue such datasets are relevant to rebutting "fair use";

WHEREAS, the Parties previously agreed to postpone final resolution of this issue, and to determine whether to burden the Court with another joint latter brief, until after the Court ruled on the Parties' Joint Letter Brief regarding the production of source code underlying Midjourney's "overfit" filter and its style reference model, ECF No. 531, filed May 1, 2026, for which the Parties advanced similar arguments;

WHEREAS, the resolution of ECF No. 531 continues to be forthcoming from the Court;

Case No. 23-cv-00201-WHO (LJC)                                    1

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE
JOINT LETTER BRIEF REGARDING MIDJOURNEY'S END-USE ART TRAINING DATASETS

WHEREAS, to enable the Parties to complete their discussions regarding art and artist end-use training datasets, and in the hope of avoiding unnecessary motion practice, the Parties have agreed, subject to the approval of the Court and to the extent that any dispute remains, to extend the deadline to file a joint letter brief with the Court regarding the identification and production of Midjourney's end-use art and artist training datasets until Tuesday, June 23, 2026;

WHEREAS, an extension to the deadline to file a joint letter brief regarding Midjourney's end-use art and artist-specific datasets would have no other effect on the current schedule for the case;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their undersigned counsel, subject to the approval of the Court, that the deadline to file a joint letter brief with the Court regarding Midjourney's end-use art and artist training datasets will be Tuesday, June 23, 2026.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____                    _____
                                                  Honorable Lisa J. Cisneros
                                                  United States Magistrate Judge

Case No. 23-cv-00201-WHO (LJC)                    2

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE
JOINT LETTER BRIEF REGARDING MIDJOURNEY'S END-USE ART TRAINING DATASETS

Dated: June 15, 2026

By: ____/s/ Joseph R. Saveri____

Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
Alexandra Fernandez (SBN 330518)
Evan Creutz (SBN 349728)
Louis Andrew Kessler (SBN 243703)
Elissa A. Buchanan (SBN 249996)
Holden Benon (SBN 325847)
Aaron Cera (SBN 351163)
Alexander Zeng (SBN 360220)
Alaina Gilchrist (SBN 335807)
Lora Faraj (SBN 364719)
**SAVERI LAW FIRM, LLP**
550 California Street, Suite 910
San Francisco, California 94104
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
Email: czirpoli@saverilawfirm.com
Email: cyoung@saverilawfirm.com
Email: afernandez@saverilawfirm.com
Email: ecreutz@saverilawfirm.com
Email: lkessler@saverilawfirm.com
Email: eabuchanan@saverilawfirm.com
Email: hbenon@saverilawfirm.com
Email: acera@saverilawfirm.com
Email: azeng@saverilawfirm.com
Email: agichrist@saverilawfirm.com
Email: lfaraj@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email: mb@butticklaw.com

*Counsel for Individual and Representative
Plaintiffs and the Proposed Class*

Dated: June 15, 2026

By: _/s/ Angela L. Dunning_
Angela L. Dunning

Angela L. Dunning
Sam Blankenship
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304-1248
Telephone: (650) 815-4131
Email: adunning@cgsh.com
Email: sblankenship@cgsh.com

Arminda B. Bepko
Charity E. Lee
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2517
Email: abepko@cgsh.com
Email: charitylee@cgsh.com

_Counsel for Defendant Midjourney, Inc._

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

I, Joseph R. Saveri, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the other signatory.

Dated: June 15, 2026                                    */s/ Joseph R. Saveri*
                                                              Joseph R. Saveri

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE
JOINT LETTER BRIEF REGARDING MIDJOURNEY'S END-USE ART TRAINING DATASETS