[Counsel listed on signature pages]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, et al., | Case No. 3:23-cv-00201-WHO (LJC) |
| *Plaintiffs*, | |
| v. | **JOINT STATUS REPORT OF PLAINTIFFS AND DEFENDANTS STABILITY AI, LTD. AND STABILITY AI, INC. RE 30(B)(1) WITNESSES** |
| STABILITY AI LTD., et al., | |
| *Defendants*. | Discovery Conference Date: June 18, 2026<br>Time: 3:00 PM<br>Place: via Zoom<br>Judge: Hon. Lisa J. Cisneros |

Case No. 3:23-cv-00201-WHO

## I.      Introduction

Pursuant to the Court's June 9, 2026, Order (ECF No. 592), Plaintiffs and Defendants Stability AI Ltd. and Stability AI, Inc. ("Stability AI") (collectively, the "Parties") submit this Joint Status Report advising the Court of their progress with respect to Plaintiffs' 30(b)(1) notices served June 3, 2026.

## II.     Status of Discussions

On June 10, 2026, Stability AI responded to Plaintiffs' notices, stating that it had conducted an initial investigation and, following Stability AI's reorganizations, "none of the titles or departments named in the notices currently exists," each former employee named in the notices "held a singular role," and "no current employee holds that same role."  Stability AI indicated it was investigating whether any current employees could be identified under the requested descriptions.  On June 11, 2026, the Parties met and conferred regarding the 30(b)(1) notices and Stability AI's investigation.  On June 16, 2026, reserving its objections to the propriety of the notices, Stability AI proposed two potential deponents for discussion in an effort to resolve this matter.  The two proposed deponents included the longest-tenured individual who was involved in a business development role and the longest-tenured machine learning engineer who interfaced with infrastructure/operations. The latter witness, Ms. Kate Hodesdon, was already identified and noticed by Plaintiffs for a 30(b)(1) deposition, served March 13, 2026. Plaintiffs notified Stability AI that they have additional questions regarding the matter and requested a meet-and-confer by June 19, 2026.

## III.    Conclusion

The Parties intend to proceed cooperatively and diligently to finalize their agreements regarding Stability AI's 30(b)(1) witnesses.

Dated: June 16, 2026

Respectfully submitted,

By*: /s/ Joseph R. Saveri*

Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
Alexandra Fernandez (SBN 330518)
Evan Creutz (SBN 349728)
Elissa A. Buchanan (SBN 249996)
Holden Benon (SBN 325847)
Aaron Cera (SBN 351163)
Alexander Zeng (SBN 360220)
**SAVERI LAW FIRM, LLP**
550 California Street, Suite 910
San Francisco, California 94104
Telephone: (415) 500-6800
Email: jsaveri@saverilawfirm.com
Email: czirpoli@saverilawfirm.com
Email: cyoung@saverilawfirm.com
Email: afernandez@saverilawfirm.com
Email: ecreutz@saverilawfirm.com
Email: eabuchanan@saverilawfirm.com
Email: hbenon@saverilawfirm.com
Email: acera@saverilawfirm.com
Email: azeng@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Email: mb@butancklaw.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

Case No. 3:23-cv-00201-WHO                    2

JOINT STATUS REPORT
OF PLAINTIFFS AND DEFENDANTS STABILITY AI, LTD. AND STABILITY AI, INC. RE 30(B)(1) WITNESSES

Dated: June 16, 2026

Respectfully submitted,

By: /s/ Aditya Vijay Kamdar

Aditya Vijay Kamdar (SBN 324567)
Brittany Warren (*pro hac vice*)
**MORRISON & FOERSTER LLP**
2100 L Street NW, Suite 900
Washington, DC 20037
Telephone: (202) 887-1500
Email: akamdar@mofo.com
Email: bwarren@mofo.com

Joseph Charles Gratz (SBN 240676)
Tiffany Cheung (SBN 211497)
Timothy Chen Saulsbury (SBN 281434)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, California 94105
Telephone: (415) 268-7000
Email: jgratz@mofo.com
Email: tcheung@mofo.com
Email: tsaulsbury@mofo.com

Evan Gourvitz (*pro hac vice*)
**MORRISON & FOERSTER LLP**
250 W. 55th Street
New York, New York 10019
Telephone:    212.468.8000
Facsimile:    212.468.7900
Email: egourvitz@mofo.com

Christopher R. Adler (SBN 324567)
**MORRISON & FOERSTER LLP**
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: (213) 892-5200
Email: cadler@mofo.com

Mark Alan Lemley (SBN 155830)
**LEX LUMINA PLLC**
745 Fifth Avenue, Suite 500
New York, NY 10151
Telephone: (646) 906-8657
Email: mlemley@lex-lumina.com

*Counsel for Defendants Stability AI Ltd. And Stability AI, Inc.*

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

The filer attests that the other signatories listed, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the filing's content and have authorized the filing.

Dated: June 16, 2026

/s/ *Joseph R. Saveri*
Joseph R. Saveri