[Counsel listed on signature pages]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SARAH ANDERSEN, ET AL., | Case No. 3:23-cv-00201-WHO |
| *Individual and Representative Plaintiffs*, | **JOINT STIPULATION AND ORDER REGARDING CASE SCHEDULE** |
| v. | |
| STABILITY AI LTD., ET AL., | |
| *Defendants*. | Judge:  Hon. William H. Orrick |

Pursuant to Local Rules 6-2 and 7-12 and the Court's April 21, 2026 Order ("Order") (ECF No. 499), Plaintiffs Sarah Andersen, Karla Ortiz, Grzegorz Rutkowski, Gregory Manchess, Gerald Brom, Jingna Zhang, Julia Kaye, and Adam Ellis ("Plaintiffs") and Defendants Runway AI, Inc ("Runway"), Midjourney, Inc. ("Midjourney"), DeviantArt, Inc. ("DeviantArt"), and Stability AI, Ltd. and Stability AI, Inc. ("Stability") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and request as follows:

I.      **CONTENTION INTERROGATORIES**

WHEREAS, on April 3, 2026, Stability served contention interrogatories on Plaintiffs, and on May 18, 2026, Plaintiffs served objections to those interrogatories;

WHEREAS, on April 15, 2026, Midjourney served contention interrogatories on Plaintiffs, and on May 18, 2026, Plaintiffs served objections to those interrogatories;

WHEREAS, on April 20, 2026, Runway served contention interrogatories on Plaintiffs, and on May 20, 2026, Plaintiffs served objections to those interrogatories;

WHEREAS, on June 1, 2026, DeviantArt served contention interrogatories on Plaintiffs;

WHEREAS, on June 1, 2026, Plaintiffs served contention interrogatories on Defendants;

WHEREAS, on June 9, 2026, and on June 22, 2026, the Parties met and conferred via video conference regarding the sufficiency Plaintiffs' responses and objections to Runway's contention interrogatories;

WHEREAS, the current deadline to take depositions of fact witnesses is August 15, 2026;

WHEREAS, the Parties agree that Defendants need not provide substantive responses to Plaintiffs' contention interrogatories on their due date (July 1, 2026) and further agree to a deadline of August 17, 2026, for full and final responses to all contention interrogatories served on both Plaintiffs and Defendants;

WHEREAS, the Parties agree to a deadline of August 24, 2026, to file any joint letter brief directed at the sufficiency of a Party's responses to contention interrogatories.

## II.    **ORDER AT ECF NO. 602**

WHEREAS, Magistrate Judge Lisa J. Cisneros issued an Order requiring Plaintiffs to serve discovery responsive to Defendants' Joint Request for Production No. 13 and Runway's Interrogatory No. 9 (ECF No. 602) by June 30, 2026;

WHEREAS, Plaintiffs have been diligently collecting documents that would be responsive to and inform these discovery requests;

WHEREAS, on June 30, 2026, the Parties agreed to the following:

- The Parties will stipulate to an amended Interrogatory No. 9 whereby Plaintiffs would provide income and expense information on a monthly basis where monthly records exist, on a quarterly basis where only quarterly records exist, and on an annual basis only where no more granular records exist.  Plaintiffs will also produce and cite the supporting records and identify the period covered; Plaintiffs will not oppose any reasonable requests for more deposition time if needed as a result of the productions contemplated in this stipulation and will provide dates occurring before August 15, 2026;

- If Plaintiffs' productions remain deficient after further production, Defendants may seek additional productions and supplemental interrogatory responses, including but not limited to any renewed request for tax returns, and may seek to enforce subpoenas served upon Edna Chan and/or Andrews McMeel Universal;

- Defendants will extend the deadlines for Plaintiffs to respond to Defendants' Joint Request for Production No. 13 and Runway's Interrogatory No. 9 consistent with the proposed deadlines set forth in the table below;

NOW, THEREFORE, IT IS HEREBY AGREED and jointly requested by and between the Parties, through their undersigned counsel, that the Court enter the following case schedule:

| EVENT | CURRENT DEADLINE | [PROPOSED] DEADLINE |
|---|---|---|
| Deadline for Plaintiff Sarah Andersen to serve documents responsive to Defendants' Joint Request for Production No. 13 | June 30, 2026 | July 7, 2026 |
| Deadline for Plaintiffs Gregory Manchess and Karla Ortiz to serve supplemental responses to Runway's Interrogatory No. 9 | June 30, 2026 | July 7, 2026 |
| Deadline for Plaintiffs Adam Ellis and Grzegorz Rutkwoski to serve supplemental responses to Runway's Interrogatory No. 9 | June 30, 2026 | July 9, 2026 |
| Deadline for Plaintiffs Sarah Andersen, Julia Kaye, and Jingna Zhang to serve supplemental responses to Runway's Interrogatory No. 9 | June 30, 2026 | July 14, 2026 |
| Deadline for Parties to supplement and/or respond to contention interrogatories | July 1, 2026 | August 17, 2026 |
| Deadline to file any joint letter brief directed at the sufficiency of a party's responses to contention interrogatories | July 9, 2026 | August 24, 2026 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 1, 2026

_____

Honorable Lisa J. Cisneros
United States Magistrate Judge