UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, et al.,<br><br>              Plaintiffs,<br><br>    v.<br><br>STABILITY AI LTD., et al.,<br><br>              Defendants. | Case No. 23-CV-00201-WHO (LJC)<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED REGARDING DISPUTES OVER RUNWAY'S 30(B)(1) WITNESSES<br><br>Judge:   Hon. Lisa J. Cisneros |

[PROPOSED] ORDER                                Master Case No. 23-CV-00201-WHO (LJC)

Before this Court is Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed regarding Plaintiffs' Joint Letter Brief regarding disputes over Runway's 30(b)(1) witnesses.

Having considered the parties' arguments, all papers filed herein, and good cause appearing, the Court **ORDERS** the following:

| Document | Portions Sought to be Sealed | Evidence Offered in support of Sealing | Order |
|---|---|---|---|
| Plaintiffs' Joint Letter Brief regarding disputes over Runway's 30(b)(1) witnesses | Highlighted portions on page 2 | Defendant to provide evidence, per Local Rule 79-5(f)(3) | **GRANTED** |

**IT IS SO ORDERED.**

Dated:   July 8, 2026

_____
Honorable Lisa. L. Cisneros
United States Magistrate Judge