July 8, 2026

**VIA ECF**

The Honorable Lisa J. Cisneros
United States Magistrate Judge
San Francisco Courthouse
Courtroom G - 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re: *Andersen et al. v. Stability AI Ltd., et al.,* 3:23-cv-00201-WHO (LJC)

Dear Magistrate Judge Cisneros:

In accordance with Section F(5), page five, of the Court's Civil Standing Order for Magistrate Judge Lisa Cisneros, Plaintiffs respectfully submit this letter brief regarding the appropriate number of hyperlink requests.

**Relevant Dates**

As required by the Court's Standing Order, below are the dates relevant to discovery:

- Next Joint Status Conference with Judge Cisneros: July 23, 2026
- Close of Fact Discovery: July 1, 2026
- Close of Fact Discovery Depositions: August 15, 2026
- Close of Expert Discovery: October 18, 2026

Plaintiffs and three of the defendants, Midjourney, Runway, and Stability AI, have a dispute about the number of hyperlinks each party may request of opposing parties pursuant to the ESI order, ECF No. 275. Clarity from the Court on this discrete issue is respectfully requested. These Defendants contend that while each of them can ostensibly make up to 200 requests on Plaintiffs, for a total of 800 requests among them, Plaintiffs are only allowed 200 hyperlink requests to split between all four Defendants. After meeting and conferring with defendant DeviantArt, it has backed away from this argument and agrees that Plaintiffs may make 200 hyperlink requests to it alone.

Plaintiffs requested a further round of hyperlinked documents from Defendants before the end of fact discovery. While Plaintiffs have discussed the issue with Runway and Midjourney via email, no formal meet and confer has happened due to time constraints and other more pressing issues needing resolution.

The language of Section 11 of the ESI order states: "Each Party (with Named Plaintiffs constituting a single Party, and Stability AI entities constituting a single Party) may make up to two hundred such requests."

Defendants appeal to the plain language, that each party may make up to 200 requests. Plaintiffs argue that implied in this language is the basic parity and mutuality that each party (Plaintiffs being one party together and the Stability entities being one party together) is allowed up to 200 hyperlink requests from each opposing party. The idea that Plaintiffs would get 200 requests to split between all four Defendants while the Defendants would ostensibly get 800 requests of Plaintiffs makes little sense. There also would have been no reason for the ESI order to clarify that the two Stability entities are a single party for these purposes if the 200 hyperlink requests were to be divided across all Defendants to begin with. That clause was not included because Stability might have made 400 requests of Plaintiffs otherwise. Defendants have made no hyperlink requests of Plaintiffs, as one might expect.

Plaintiffs respectfully request clarification from the Court on whether section 11 the ESI order means Plaintiffs may make up to 200 hyperlink requests of each of the four Defendants, or of the Defendants in the aggregate.

Dated: July 8, 2026

Respectfully submitted,

By: */s/ Joseph R. Saveri*

Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
Alexandra Fernandez (SBN 330518)
Evan Creutz (SBN 349728)
Louis Andrew Kessler (SBN 243703)
Elissa A. Buchanan (SBN 249996)
Holden Benon (SBN 325847)
Aaron Cera (SBN 351163)
Alexander Zeng (SBN 360220)
Alaina Gilchrist (SBN 335807)
Lora Faraj (SBN 364719)
**SAVERI LAW FIRM, LLP**
550 California Street, Suite 910
San Francisco, California 94104
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
Email: czirpoli@saverilawfirm.com
Email: cyoung@saverilawfirm.com
Email: afernandez@saverilawfirm.com
Email: ecreutz@saverilawfirm.com
Email: lkessler@saverilawfirm.com
Email: eabuchanan@saverilawfirm.com
Email: hbenon@saverilawfirm.com
Email: acera@saverilawfirm.com
Email: azeng@saverilawfirm.com
Email: agichrist@saverilawfirm.com
Email: lfaraj@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email: mb@buttericklaw.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*