# PLAINTIFFS' MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER (ECF 619) OF MAGISTRATE JUDGE

## FILED UNDER SEAL