UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SARAH ANDERSEN, et al.,

Plaintiffs,

v.

STABILITY AI LTD., et al.,

Defendants.

Case No.  23-cv-00201-WHO

**ORDER REQUIRING RESPONSE**

Re: Dkt. No. 656

Plaintiffs have filed objections to a nondispositive pretrial Order issued by Judge Cisneros. Dkt. No. 656.  Midjourney shall file a response, not to exceed five pages, on or before July 22, 2026.  Plaintiffs may file a reply, not to exceed two pages, on or before July 29, 2026.  The matter will then be taken under submission.

**IT IS SO ORDERED.**

Dated: July 15, 2026



William H. Orrick
United States District Judge

United States District Court
Northern District of California