United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SARAH ANDERSEN, et al.,

Plaintiffs,

v.

STABILITY AI LTD., et al.,

Defendants.

Case No. 23-cv-00201-WHO

**ORDER REQUIRING RESPONSE**

Re: Dkt. No. 672

Plaintiffs have filed objections to a nondispositive pretrial Order issued by Judge Cisneros. Dkt. No. 672. Midjourney shall file a response, not to exceed five pages, on or before August 4, 2026. Plaintiffs may file a reply, not to exceed two pages, on or before August 7, 2026. The matter will then be taken under submission.

**IT IS SO ORDERED.**

Dated: July 28, 2026



William H. Orrick
United States District Judge