UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SARAH ANDERSEN, et al.,
Plaintiffs,
v.

STABILITY AI LTD., et al.,
Defendants.

Case No. 23-cv-00201-WHO (LJC)

**ORDER RESOLVING SEALING MOTIONS; GRANTING MOTION FOR LEAVE TO FILE REPLY BRIEF**

ECF Nos: 464, 469, 482, 509, 517, 518, 524, 526, 528, 547

Courts apply a "good cause" standard when evaluating requests to seal portions of non-dispositive motions. *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003); *see Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006) (although "[t]hose who seek to maintain the secrecy of documents attached to dispositive motions must meet the high threshold of showing that compelling reasons support secrecy" a showing of "good cause" suffices to "keep sealed records attached to non-dispositive motions."). Having reviewed the parties' pending sealing motions requesting that certain records attached to discovery motions be kept under seal, and applying the applicable good cause standard, the undersigned rules as follows:

- Plaintiffs' motion at ECF No. 464 to consider whether DeviantArt's material should be sealed is GRANTED.
- Plaintiffs' motion at ECF No. 469 to consider whether DeviantArt's material should be sealed is GRANTED.
- DeviantArt's motion at ECF No. 509 to keep portions of its opposition to the motion for issuance of letters rogatory and portions of the declarations filed in

United States District Court
Northern District of California

United States District Court
Northern District of California

support of its opposition under seal is GRANTED.

- Plaintiffs' motion at ECF No. 518 to consider whether DeviantArt's material should be sealed is GRANTED. Per DeviantArt's declaration at ECF No. 532, Exhibit 16 shall not be kept under seal. Plaintiffs shall file Exhibit 16 on the public docket within five days of this Order. The motion erroneously filed at ECF No. 517 shall be terminated.
- DeviantArt's motion at ECF No. 524 to keep portions of its supplemental opposition brief be sealed is GRANTED.
- Plaintiffs' motion at ECF No. 526 to consider whether Stability's material should be sealed is DENIED. Stability has not shown that there is good cause to keep these generalized statements regarding copyright-related issues under seal. *See* ECF No. 536.
- Plaintiffs' motion at ECF No. 528 to consider whether Stability's material should be sealed is GRANTED.
- Plaintiffs' motion at ECF No. 547 to consider whether Midjourney's material should be sealed is GRANTED.

Additionally, DeviantArt's administrative motion at ECF No. 482 to file a two-page reply brief is GRANTED.

**IT IS SO ORDERED.**

Dated: July 29, 2026

LISA J. CISNEROS
United States Magistrate Judge