CLEARY GOTTLIEB STEEN
& HAMILTON LLP
Angela L. Dunning (212047)
adunning@cgsh.com
Sam Blankenship (339905)
sblankenship@cgsh.com
151 University Avenue
Palo Alto, CA 94301
Tel: +1 (650) 815-4100

Arminda B. Bepko (admitted *pro hac vice*)
abepko@cgsh.com
Charity E. Lee (admitted *pro hac vice*)
charitylee@cgsh.com
One Liberty Plaza
New York, NY 10006
Tel: +1 (212) 225-2000

*Attorneys for Defendant*
*Midjourney, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

SARAH ANDERSEN, et al.,

Plaintiffs,

v.

STABILITY AI LTD., a UK corporation; STABILITY AI, INC., a Delaware corporation; DEVIANTART, Inc., a Delaware corporation; MIDJOURNEY, INC., a Delaware corporation; RUNWAY AI, INC., a Delaware corporation,

Defendants.

Case No. 3:23-cv-00201-WHO-LJC

**DECLARATION OF SAM BLANKENSHIP IN SUPPORT OF MIDJOURNEY'S OPPOSITION TO PLAINTIFFS' MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER (ECF NO. 638) OF MAGISTRATE JUDGE**

I, Sam Blankenship, declare:

1. I am an associate with the law firm Cleary Gottlieb Steen & Hamilton LLP, counsel for Defendant Midjourney, Inc. ("Midjourney") in this matter. I provide this Declaration based on my personal knowledge and/or after reasonable investigation of the relevant facts. If called to testify as a witness, I could and would testify competently thereto.

2. Midjourney timely produced to Plaintiffs approximately 158 terabytes of data sourced from LAION-5B and LAION-400M via hard drive. Specifically, this production was completed on a rolling basis beginning August 8, 2025 and completed December 4, 2025.

3. On June 29, 2026, Plaintiffs informed Midjourney for the first time that they could not access the contents of one of the eleven hard drives comprising this production. Midjourney took immediate steps to identify the specific files included on that particular hard drive and to prepare a replacement hard drive. It expects to provide Plaintiffs with that hard drive soon.

4. Midjourney also timely made available to Plaintiffs records identifying all of the final, processed training images from the datasets at issue in Plaintiffs' Third Amended Complaint that it used to train the at-issue models. Specifically, Midjourney made these records available in a Google Cloud Platform repository and provided access to the repository to individuals identified by Plaintiffs on July 1, 2026.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 4th day of August, 2026 at San Francisco, California.

Samuel Blankenship

Sam Blankenship

Attorney for Defendant,
MIDJOURNEY, INC.