**SAVERI LAW FIRM, LLP**
Joseph R. Saveri (SBN 130064)
550 California Street, Suite 910
San Francisco, CA 94104
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, 406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email: mb@buttericklaw.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

[*Additional counsel listed on signature pages*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

SARAH ANDERSEN, et al.,

*Individual and Representative Plaintiffs*,

v.

STABILITY AI LTD., et al.,

*Defendants*.

CASE NO.: 3:23-CV-00201-WHO

**DECLARATION OF LOUIS A. KESSLER IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER (ECF 638) OF MAGISTRATE JUDGE**

Judge: Hon. Lisa J. Cisneros

I, Louis A. Kessler, hereby declare as follows:

1. I am an attorney duly licensed to practice in the State of California. I am an attorney at Saveri Law Firm, LLP, counsel of record for Plaintiffs in the above-captioned action. I have personal knowledge of the matters stated herein and if called to testify as a witness, I could and would testify competently thereto.

2. I submit this declaration in support of Plaintiffs' Reply in Support of Motion for Relief From Nondispositive Pretrial Order (ECF 638) of Magistrate Judge.

3. Attached as **Exhibit A** is a true and correct copy of the first page and the relevant page(s) of the document Midjourney produced with Bates number MIDJOURNEY_ 000852855.

* * *

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 7, 2026, at San Francisco, California.

/s/ *Louis A. Kessler*
Louis A. Kessler