[Counsel listed on signature pages]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

SARAH ANDERSEN, et al.,

Plaintiffs,

v.

STABILITY AI LTD., et al.,

Defendants.

Case No. 23-CV-00201-WHO (LJC)

**STIPULATION AND [PROPOSED] ORDER RE SUROVENKO AND TROFIMOV DEPOSITIONS**

Judge: Hon. William H. Orrick

Pursuant to Local Rules 6-2 and 7-12, Plaintiffs Sarah Andersen, Karla Ortiz, Grzegorz Rutkowski, Gregory Manchess, Gerald Brom, Jingna Zhang, Julia Kaye, and Adam Ellis ("Plaintiffs") and Defendant DeviantArt, Inc. ("DeviantArt") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and request as follows:

WHEREAS, on May 6, 2026, this Court granted Plaintiffs' motion for issuance of letters rogatory with respect to both Mr. Nikolay Surovenko and Mr. Georgii Trofimov ("Canadian Former Employees").

WHEREAS, on May 29, 2026, Canadian counsel for Plaintiffs filed a petition ("Petition") with the Supreme Court of British Columbia, Canada ("BC Court") to order the depositions of the Canadian Former Employees pursuant to this Court's Order resolving Plaintiffs' Letters Rogatory Motion.

WHEREAS, on July 14, 2026, the BC Court ordered the Canadian Former Employees to each attend a deposition on a mutually agreeable date and time, for the purpose of being examined under oath or affirmation in relation to the matters specified in the Letters Rogatory.

WHEREAS, on August 6, 2026, DeviantArt's counsel informed Plaintiffs that they were recently retained by Mr. Surovenko and Mr. Trofimov.

WHEREAS, the current deadline to take depositions of fact witnesses is August 15, 2026.

WHEREAS, the Parties have conferred and agree that the mutually agreeable dates and times for the depositions of the Canadian Former Employees are beyond August 15, 2026 but no later than September 23, 2026.

NOW, THEREFORE, IT IS HEREBY AGREED, and by and between the Parties, through their undersigned counsel that the Parties shall mutually agree upon dates to conduct the depositions of the Canadian Former Employees, to be conducted on separate business days, and consistent with the proposed deadlines below.

IT IS HEREBY FURTHER AGREED, and jointly requested by and between the Parties, through their undersigned counsel, that the Court enter the following case schedule:

| EVENT | CURRENT DEADLINE | [PROPOSED] DEADLINE |
|---|---|---|
| Deadline for Completion of Nikolay Surovenko's Deposition | August 15, 2026 | September 23, 2026 |
| Deadline for Completion of Georgii Trofimov's Deposition | August 15, 2026 | September 23, 2026 |
| Deadline for Plaintiffs to supplement and/or respond to DeviantArt's contention interrogatories. | August 17, 2026 | 7 days after completion of the depositions of the Canadian Former Employees |
| Deadline for DeviantArt to supplement and/or respond to Plaintiffs' contention interrogatories. | August 17, 2026 | 7 days after completion of the depositions of the Canadian Former Employees |
| Deadline to file any joint letter brief directed at the sufficiency of Plaintiffs' responses to DeviantArt's contention interrogatories or DeviantArt's responses to Plaintiffs' contention interrogatories. | August 24, 2026 | 10 days after service of Plaintiffs' responses to DeviantArt's contention interrogatories and DeviantArt's responses to Plaintiffs' contention interrogatories, respectively. |

Dated: August 14, 2026

Respectfully submitted,

By: *s/ Joseph R. Saveri*

Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
Alexandra Fernandez (SBN 330518)
Evan Creutz (SBN 349728)
Louis Andrew Kessler (SBN 243703)
Elissa A. Buchanan (SBN 249996)
Holden Benon (SBN 325847)
Aaron Cera (SBN 351163)
Alexander Zeng (SBN 360220)
Alaina Gilchrist (SBN 335807)
Lora Faraj (SBN 364719)
**SAVERI LAW FIRM, LLP**
550 California Street, Suite 910
San Francisco, California 94104
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
Email: czirpoli@saverilawfirm.com
Email: cyoung@saverilawfirm.com
Email: afernandez@saverilawfirm.com
Email: ecreutz@saverilawfirm.com
Email: lkessler@saverilawfirm.com
Email: eabuchanan@saverilawfirm.com
Email: hbenon@saverilawfirm.com
Email: acera@saverilawfirm.com
Email: azeng@saverilawfirm.com
Email: agichrist@saverilawfirm.com
Email: lfaraj@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email: mb@buttericklaw.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

Dated: August 14, 2026

Respectfully submitted,

By: _*Simeon Botwinick*

Andrew Michael Gass
Brittany Nichole Lovejoy
Michael H. Rubin
**LATHAM & WATKINS LLP**
505 California Street, Suite 2000
San Francisco, CA 94104
(415) 391-0600
Fax: 415-395-8095
Email: andrew.gass@lw.com
Email: brittany.lovejoy@lw.com
Email: michael.rubin@lw.com

Sarah F. Mitchell
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
(213) 485-1234
Email: sarah.mitchell@lw.com

Simeon Botwinick
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1505
Washington, DC 20004
(202) 637-2200
Email: simeon.botwinick@lw.com

andersenvdeviantart.lwteam@lw.com

*Counsel for Defendant DeviantArt, Inc.*

## ATTESTATION PURSUANT TO CIVIL L.R. 5-1

I, Joseph R. Saveri, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the other signatory.

Dated: August 14, 2026

*s/Joseph R. Saveri*
Joseph R. Saveri

**[PROPOSED] ORDER**

The above Stipulation of the Parties is hereby approved. It is HEREBY ORDERED that the parties shall mutually agree upon dates to conduct the depositions of the Canadian Former Employees, to be conducted on separate business days, and consistent with the deadlines below.

| EVENT | CURRENT DEADLINE | [PROPOSED] DEADLINE |
|---|---|---|
| Deadline for Completion of Nikolay Surovenko's Deposition | August 15, 2026 | September 23, 2026 |
| Deadline for Completion of Georgii Trofimov's Deposition | August 15, 2026 | September 23, 2026 |
| Deadline for Plaintiffs to supplement and/or respond to DeviantArt's contention interrogatories. | August 17, 2026 | 7 days after completion of the depositions of the Canadian Former Employees |
| Deadline for DeviantArt to supplement and/or respond to Plaintiffs' contention interrogatories. | August 17, 2026 | 7 days after completion of the depositions of the Canadian Former Employees |
| Deadline to file any joint letter brief directed at the sufficiency of Plaintiffs' responses to DeviantArt's contention interrogatories or DeviantArt's responses to Plaintiffs' contention interrogatories. | August 24, 2026 | 10 days after service of Plaintiffs' responses to DeviantArt's contention interrogatories and DeviantArt's responses to Plaintiffs' contention interrogatories, respectively. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ______________________

______________________________
Honorable William H. Orrick
United States District Court Judge