**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

SARAH ANDERSEN, et al.,

*Individual and Representative Plaintiffs*,

v.

STABILITY AI LTD., et al.,

*Defendants*.

Case No. 3:23-cv-00201-WHO-LJC

**ORDER GRANTING MIDJOURNEY INC.'S ADMINISTRATIVE MOTION TO MAINTAIN UNDER SEAL PORTIONS OF THE COURT'S JUNE 30, 2026 ORDER (ECF 619)**

Judge: Hon. Lisa J. Cisneros

Before this Court is Midjourney Inc.'s ("Midjourney") Administrative Motion to Maintain Under Seal Portions of the Court's June 30, 2026 Order Resolving Plaintiffs and Midjourney's Source Code Dispute (ECF 619) ("Motion to Seal").

Having considered the Motion to Seal, the Declaration of Angela L. Dunning in Support of the Motion to Seal, and the record in this case, and finding good cause to justify sealing the below referenced material, IT IS HEREBY ORDERED THAT the Motion to Seal is GRANTED.

The following document shall be maintained partially under seal:

| Document | Portion Sought to be Sealed | Order |
|---|---|---|
| Order Resolving Plaintiffs and Midjourney's Source Code Dispute (ECF 619) | Highlighted portions of the document | **GRANTED** |

**IT IS SO ORDERED.**

Date: August 25, 2026

HONORABLE LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE