[Counsel listed on signature pages]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

SARAH ANDERSEN, ET AL.,

*Plaintiffs,*

v.

STABILITY AI LTD., ET AL.,

*Defendants.*

Case No. 3:23-cv-00201-WHO

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING LIMITED EXTENSION OF DEADLINE FOR PLAINTIFFS AND DEVIANTART TO RESOLVE A CERTAIN DISPUTE**

Judge: Hon. William H. Orrick

Plaintiffs Sarah Andersen, Karla Ortiz, Grzegorz Rutkowski, Gregory Manchess, Gerald Brom, Jingna Zhang, Julia Kaye, and Adam Ellis ("Plaintiffs") and Defendant DeviantArt, Inc. ("DeviantArt") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, the Deadline for Filing Fact Discovery Motions Related to Fact Depositions was August 24, 2026 (see ECF No. 597) ("August 24 Deadline");

WHEREAS, on August 19, Plaintiffs sent DeviantArt a letter raising a dispute related to testimony from the August 12 and August 13 depositions of a DeviantArt witness (the "Dispute");

WHEREAS, DeviantArt responded to that letter on August 21, and the parties further conferred without resolution;

WHEREAS, on August 24, 2026, the Parties jointly stipulated to continue the Deadline for Filing Fact Discovery Motions Related to Fact Depositions from August 24, 2026 to August 25, 2026 (*see* ECF No. 704) with respect to the Dispute ("August 25 Deadline");

WHEREAS, the Parties have engaged in further discussions regarding the Dispute, including to explore whether the Parties might be able to resolve the dispute without Court intervention;

WHEREAS, the Parties agree that more time is needed to explore whether the Dispute can be resolved without Court intervention;

NOW, THEREFORE, IT IS HEREBY AGREED and jointly requested by and between the Parties, through their undersigned counsel, that the Court hold the August 25 Deadline in abeyance with respect to the Dispute until August 26, 2026 for the limited purpose of allowing the Parties additional time to explore resolution of the Dispute without Court intervention.

Dated: August 25, 2026

Respectfully submitted,

By: */s/ Sarah F. Mitchell*

Andrew Michael Gass (SBN 259694)
Brittany Nichole Lovejoy (SBN 286813)
Michael H. Rubin (SBN 214636)
**LATHAM & WATKINS LLP**
505 California Street, Suite 2000
San Francisco, CA 94104
(415) 391-0600
Fax: 415-395-8095
Email: *andrew.gass@lw.com*
Email: *brittany.lovejoy@lw.com*
Email: *michael.rubin@lw.com*

Sarah F. Mitchell (SBN 308467)
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
(213) 485-1234
Email: *sarah.mitchell@lw.com*

Simeon Botwinick (*pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1505
Washington, DC 20004
(202) 637-2200
Email: *simeon.botwinick@lw.com*

*Counsel for Defendant DeviantArt*

Dated: August 25, 2026

By: */s/ Joseph R. Saveri*

Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
Alexandra Fernandez (SBN 330518)
Evan Creutz (SBN 349728)
Louis Andrew Kessler (SBN 243703)
Elissa A. Buchanan (SBN 249996)
Holden Benon (SBN 325847)
Aaron Cera (SBN 351163)
Alexander Zeng (SBN 360220)
Alaina Gilchrist (SBN 335807)
Lora Faraj (SBN 364719)
**SAVERI LAW FIRM, LLP**
550 California Street, Suite 910
San Francisco, California 94104
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
Email: czirpoli@saverilawfirm.com
Email: cyoung@saverilawfirm.com
Email: afernandez@saverilawfirm.com
Email: ecreutz@saverilawfirm.com
Email: lkessler@saverilawfirm.com
Email: eabuchanan@saverilawfirm.com
Email: hbenon@saverilawfirm.com
Email: acera@saverilawfirm.com
Email: azeng@saverilawfirm.com
Email: agichrist@saverilawfirm.com
Email: lfaraj@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email: mb@buttericklaw.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

I, Sarah F. Mitchell, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the other signatory.

Dated: August 25, 2026

*/s/ Sarah F. Mitchell*
Sarah F. Mitchell

**[PROPOSED] ORDER**

The above Stipulation of the Parties is hereby approved. It is HEREBY ORDERED that the August 25 Deadline shall be held in abeyance until August 26, 2026 with respect to the Dispute and for the limited purpose of allowing the Parties additional time to explore resolution of the Dispute without Court intervention.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ______________________

______________________________________
Honorable William H. Orrick
United States District Court Judge