**SAVERI LAW FIRM, LLP**
Joseph R. Saveri (SBN 130064)
550 California Street, Suite 910
San Francisco, CA 94104
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, 406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email: mb@buttericklaw.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

[*Additional Counsel Listed on Signature Page*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

Sarah Andersen, et al.,

*Individual and Representative Plaintiffs*,

v.

Stability AI Ltd., et al.,

*Defendants.*

Case No. 3:23-cv-00201-WHO

**PLAINTIFFS' STATEMENT OF RECENT DECISION RE ECF NOS. 711 & 713**

**Civil L.R. 7-3(d)(2)**

Judge: Hon. Magistrate Lisa J. Cisneros

"Before the noticed hearing date, counsel may bring to the Court's attention a relevant judicial opinion published after the date the opposition or reply was filed by filing and serving a Statement of Recent Decision." Civ. L.R. 7-3(d)(2).[1] Plaintiffs bring to the Court's attention Judge Illston's decision in *Am. Fed'n of Gov't Emps., AFL-CIO v. Trump*, No. 25-cv-03698-SI, 2026 WL 2679500 (N.D. Cal. Sept. 11, 2026), filed on September 11, 2026 (the "Order"). The Order bears on issues relevant to the letter briefs at ECF Nos. 711 and 713, and the Order was filed after those letter briefs were filed here. A true and correct copy of the Order is attached hereto as **Exhibit A**.

In addition, and for the Court's convenience, Plaintiffs provide a non-argumentative citation to relevant portions of the decision below:

The Order granted relief to Plaintiffs based on the failure suspend auto-delete functions to retain Signal messages even after the Court ordered the production of relevant communications. 2026 WL 2679500, at *1. There was no dispute that the "Signal messages are now lost and cannot be recovered." *Id.* Plaintiffs sought, *inter alia*, an adverse inference "that the lost Signal messages would have been unfavorable to Defendants because they would have been further evidence of Defendants' plan, … control, and Defendants' implementing actions." *Id.* at *8 (citations omitted). The relief granted included a "presumption that the information lost was unfavorable to defendants," in addition to "fees and costs incurred in uncovering and addressing the spoliation." *Id.* at *1 & 17.

The Order involved the failure to preserve and produce documents relating to two custodians: Evans and Guy. With respect to Evans, she self-selected documents to preserve, and "set her Signal chats to auto-delete within a prescribed timeframe," even after being on notice of litigation hold obligations. *Id.* at *10-11. With respect to Guy, setting aside that he was not named as a defendant in the case, no messages were produced during fact discovery, even when "on what turned out to be Guy's last day of federal employment [and the day after the deadline for production], Guy reinstalled the Signal app on his personal phone, resulting in the deletion of his chat messages." *Id.* at *12. In ruling, the court found that "[t]he timing of the messages' deletion and officials' use of the Signal auto-delete feature are significant." *Id.* at *15.

[1] Plaintiffs' counsel met and conferred with both Runway and Stability on September 17 by videoconference, notifying their respective counsels of Plaintiffs' intent to file this Statement of Recent Decision.

The Order is relevant to the issues presented in the parties' joint letter briefs (ECF Nos. 711 & 713), including what, how, and when electronically stored information related to the conduct at issue was preserved or not.

Dated: September 17, 2026

By: */s/ Joseph R. Saveri*

Joseph R. Saveri (SBN 130064)
Christopher K.L. Young (SBN 318371)
Alexandra Fernandez (SBN 330518)
Louis Andrew Kessler (SBN 243703
Holden Benon (SBN 325847)
Aaron Cera (SBN 351163)
Elissa A. Buchanan (SBN 249996)
**SAVERI LAW FIRM, LLP**
550 California Street, Suite 910
San Francisco, California 94104
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
Email: cyoung@saverilawfirm.com
Email: afernandez@saverilawfirm.com
Email: lkessler@saverilawfirm.com
Email: hbenon@saverilawfirm.com
Email: acera@saverilawfirm.com
Email: eabuchanan@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email: mb@buttericklaw.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*