SAVERI
LAW FIRM

550 CALIFORNIA STREET
SUITE 910
SAN FRANCISCO CA 94104

TEL 415.500.6800
FAX 415.395.9940

SAN FRANCISCO
NEW YORK

September 21, 2026

**Via ECF**

Honorable Lisa J. Cisneros, United States Magistrate Judge
450 Golden Gate Avenue, Courtroom G – 15th Floor
San Francisco, CA 94102

Re: *Andersen, et al. v. Stability AI Ltd.*, No. 3:23-cv-00201-WHO (LJC) (N.D. Cal.)

Dear Judge Cisneros:

Runway's motion to strike Plaintiffs' Statement of Recent Decision (ECF No. 750) should be denied, and Plaintiffs respectfully request that the motion itself be stricken, for two independent reasons.

First, on the procedural point, although Local Rule 7-3(d)(2) addresses statements of recent decision filed in connection with motions under Local Rule 7, there is a pending, fully briefed, discovery dispute on file. ECF No. 711. *Am. Fed'n of Gov't Emps., AFL-CIO v. Trump*, No. 25-cv-03698-SI, 2026 WL 2679500 (N.D. Cal. Sept. 11, 2026) was decided by Judge Illston after the dispute's submission. That Order provides the Court with relevant authority that may assist in adjudicating the pending discovery dispute. ECF No. 749. Simply because the dispute was presented via joint letter brief rather than through noticed motion does not mean the law freezes when the letter brief is submitted. Regardless, Plaintiffs met and conferred with Runway to notify it of their intent to submit the recent decision. Runway opted to circumvent the local rules to file its response—Plaintiffs met and conferred again before filing the instant motion.

Second, Plaintiffs note that they do not solely rely on an isolated deletion event that occurred before Runway was added as a defendant. Mr. Sansavera testified that he did not stop his weekly deletion practice until 2024, after Runway was named as a defendant on November 29, 2023. He also testified he did not receive a litigation hold until years after Plaintiffs filed the First Amended Complaint. *See* ECF No. 711 at 4, 6 (citing Ex. E at 47:25-48:25); *Trump*, 2026 WL 2679500 at *10 (finding "defendants … have preservation obligations stemming from the litigation itself") (citations omitted); *see also Trump*, 2026 WL 2679500 at *11 ("Evans

should not have been deleting *any* messages related to FEMA staffing because there was a litigation hold in this case.").

Plaintiffs respectfully request the Court deny Runway's motion to strike.

Respectfully,

**SAVERI LAW FIRM, LLP**

*/s/ Joseph R. Saveri*
Joseph R. Saveri
jsaveri@saverilawfirm.com