**SAVERI LAW FIRM, LLP**
Joseph R. Saveri (SBN 130064)
550 California Street, Suite 910
San Francisco, CA 94104
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, 406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email: mb@buttericklaw.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

[*Additional counsel listed on signature pages*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SARAH ANDERSEN, et al.,<br>*Individual and Representative Plaintiffs*,<br>v.<br>STABILITY AI LTD., et al.<br>*Defendants*. | Case No. 23-cv-00201-WHO (LJC)<br>**PLAINTIFFS' REPLY IN SUPPORT MOTION FOR DISCOVERY SANCTIONS AGAINST DEVIANTART**<br>Date: October 20, 2026<br>Time: 10:30 a.m.<br>Judge: Hon. Lisa J. Cisneros<br>Courtroom: G, 5th Floor |

**FILED UNDER SEAL**