**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

Sarah Andersen, et al.,

*Individual and Representative Plaintiffs*,

v.

Stability AI Ltd., et al.,

*Defendants.*

Case No. 23-CV-00201-WHO (LJC)

**[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MOTION TO MODIFY CASE SCHEDULE PURSUANT TO LOCAL RULE 6-3**

# [PROPOSED] ORDER

Before this Court is Plaintiffs' Motion to Modify Case Schedule. Having considered the Parties' arguments and all papers filed herein, the Court hereby **GRANTS** the motion and enters Plaintiffs' proposed new schedule as follows:

| **EVENT** | **CURRENT DEADLINES** | **NEW DEADLINES** |
|---|---|---|
| Filing of Opening Expert Report(s) on which respective Parties have burden of proof | October 9, 2026 | December 8, 2026 |
| Filing of Responsive Expert Report(s) | November 16, 2026 | January 25, 2027 |
| Filing of Reply Expert Report(s) | December 18, 2026 | March 11, 2027 |
| Close of Expert Discovery | February 5, 2027 | April 12, 2027 |
| Last day to move for Class Certification and Summary Judgment | March 5, 2027 | June 17, 2027 |
| Deadline to file Oppositions to Motion for Class Certification and Motion for Summary Judgment | April 14, 2027 | July 29, 2027 |
| Deadline to file Replies in support of Motion for Class Certification and Motion for Summary Judgment | May 21, 2027 | September 3, 2027 |
| Motion Hearing on Class Certification and Summary Judgement | June 3, 2026 | **September 29, 2027** |
| Pretrial Conference | To be set by Court. | To be set by Court. |
| Trial | To be set by Court. | To be set by Court. |

The parties should meet and confer to consider adjusting any of the dates set above to better accommodate their schedules, except the date to file opening reports, replies to the motions, and the hearing date. I do not expect to grant any further continuances.

**IT IS SO ORDERED.**

Dated: September 28, 2026

Honorable William H. Orrick
United States District Judge