[Counsel listed on signature pages]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

SARAH ANDERSEN, ET AL.,

*Plaintiffs,*

v.

STABILITY AI LTD., ET AL.,

*Defendants.*

Case No. 3:23-cv-00201-WHO (LJC)

**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINES REGARDING CONTENTION INTERROGATORIES FOR PLAINTIFFS AND DEVIANTART**

Judge: Hon. William H. Orrick

Pursuant to Local Rules 6-2 and 7-12, Plaintiffs Sarah Andersen, Karla Ortiz, Grzegorz Rutkowski, Gregory Manchess, Gerald Brom, Jingna Zhang, Julia Kaye, and Adam Ellis ("Plaintiffs") and Defendant DeviantArt, Inc. ("DeviantArt") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and request as follows:

WHEREAS, on August 19, 2026, the Court entered an order ("August 19 Order") extending the deadlines for Plaintiffs to supplement and/or respond to DeviantArt's contention interrogatories to 7 days after completion of the Canadian Former Employees' depositions. ECF No. 703. The August 19 Order also extended the deadline for DeviantArt to supplement and/or respond to Plaintiffs' contention interrogatories to 7 days after completion of the Canadian Former Employees' depositions. *Id.* The August 19 Order also set a deadline of 10 days after service of the above-mentioned interrogatory responses to file any joint letter brief directed at the sufficiency of such responses. *Id.*

WHEREAS, the depositions of the Canadian Former Employees were completed on September 15, 2026 and the Parties served responses to each other's contention interrogatories on September 22, 2026.

WHEREAS, on September 29, 2026, the parties met and conferred regarding DeviantArt's responses to Plaintiffs' Interrogatory No. 24.

WHEREAS, on September 30, 2026, the parties met and conferred regarding Plaintiffs' responses to DeviantArt's Interrogatory Nos. 1, 3, 4, 8, and 10.

WHEREAS, the Parties are both engaged in discussions regarding each other's responses, including to explore whether the Parties might be able to resolve any dispute(s) without Court intervention by further supplementing the responses.

WHEREAS, the Parties agree that more time is needed to explore whether any dispute(s) regarding DeviantArt's responses to Plaintiffs' Interrogatory No. 24, and Plaintiffs' responses to DeviantArt's Interrogatory Nos. 1, 3, 4, 8, and 10, can be resolved without Court intervention by further supplementing the responses.

NOW, THEREFORE, IT IS HEREBY AGREED, by and between the Parties, through their undersigned counsel, that the Court enter the following modifications to the case schedule:

| EVENT | CURRENT DEADLINE | [PROPOSED] DEADLINE |
| --- | --- | --- |
| Deadline for Plaintiffs to serve verified responses, including any further supplemental responses, to DeviantArt's interrogatories. | n/a | October 12, 2026 |
| Deadline for DeviantArt to serve a further supplemental, verified response to Plaintiffs' Interrogatory No. 24. | n/a | October 12, 2026 |
| Deadline to file any joint letter brief directed at the sufficiency of DeviantArt's response to Plaintiffs' Interrogatory No. 24; Plaintiffs' responses to DeviantArt's Interrogatory Nos. 1, 3, 4, 8, and/or 10; or any other interrogatory response that is further supplemented after September 22, 2026. | 10 days after service of Plaintiffs' responses to DeviantArt's contention interrogatories and DeviantArt's responses to Plaintiffs' contention interrogatories, respectively (ECF No. 703) | October 22, 2026 |

Dated: October 2, 2026

By: */s/ Joseph R. Saveri*

Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
Alexandra Fernandez (SBN 330518)
Louis Andrew Kessler (SBN 243703)
Holden Benon (SBN 325847)
Aaron Cera (SBN 351163)
Elissa A. Buchanan (SBN 249996)
**SAVERI LAW FIRM, LLP**
550 California Street, Suite 910
San Francisco, California 94104
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
Email: czirpoli@saverilawfirm.com
Email: cyoung@saverilawfirm.com
Email: afernandez@saverilawfirm.com
Email: lkessler@saverilawfirm.com
Email: hbenon@saverilawfirm.com
Email: acera@saverilawfirm.com
Email: eabuchanan@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email: mb@buttericklaw.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

Dated: October 2, 2026

Respectfully submitted,

By: _/s/ Sarah F. Mitchell_________

Andrew Michael Gass
Brittany Nichole Lovejoy
Michael H. Rubin
**LATHAM & WATKINS LLP**
505 California Street, Suite 2000
San Francisco, CA 94104
(415) 391-0600
Fax: 415-395-8095
Email: andrew.gass@lw.com
Email: brittany.lovejoy@lw.com
Email: michael.rubin@lw.com

Sarah F. Mitchell
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
(213) 485-1234
Email: sarah.mitchell@lw.com

Simeon Botwinick
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1505
Washington, DC 20004
(202) 637-2200
Email: simeon.botwinick@lw.com

*Counsel for Defendant DeviantArt, Inc.*

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

I, Joseph R. Saveri, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the other signatory.

Dated: October 2, 2026

*/s/ Joseph R. Saveri*
Joseph R. Saveri

**[PROPOSED] ORDER**

The above Stipulation of the Parties is hereby approved. It is HEREBY ORDERED that the deadlines regarding Plaintiffs' and DeviantArt's responses to each other's contention interrogatories shall be extended consistent with the following:

| EVENT | CURRENT DEADLINE | [PROPOSED] DEADLINE |
|---|---|---|
| Deadline for Plaintiffs to serve verified responses, including any further supplemental responses, to DeviantArt's interrogatories. | n/a | October 12, 2026 |
| Deadline for DeviantArt to serve a further supplemental, verified response to Plaintiffs' Interrogatory No. 24. | n/a | October 12, 2026 |
| Deadline to file any joint letter brief directed at the sufficiency of DeviantArt's response to Plaintiffs' Interrogatory No. 24; Plaintiffs' responses to DeviantArt's Interrogatory Nos. 1, 3, 4, 8, and/or 10; or any other interrogatory response that is further supplemented after September 22, 2026. | 10 days after service of Plaintiffs' responses to DeviantArt's contention interrogatories and DeviantArt's responses to Plaintiffs' contention interrogatories, respectively (ECF No. 703) | October 22, 2026 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ______________________

______________________________________
Honorable William H. Orrick
United States District Court Judge