[Counsel listed on signature pages]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SARAH ANDERSEN, et al.,<br>*Plaintiffs,*<br>v.<br>STABILITY AI LTD., et al.,<br>*Defendants*. | Case No. 3:23-cv-00201-WHO (LJC)<br>**JOINT STIPULATION AND ORDER REGARDING RESOLUTION OF PLAINTIFFS' MOTION FOR DISCOVERY SANCTIONS AGAINST DEVIANTART**<br>Judge: Hon. Lisa J. Cisneros |

Pursuant to Local Rule 7-12, Plaintiffs Sarah Andersen, Karla Ortiz, Grzegorz Rutkowski, Gregory Manchess, Gerald Brom, Jingna Zhang, Julia Kaye, and Adam Ellis ("Plaintiffs") and Defendant DeviantArt, Inc. ("DeviantArt") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and request as follows:

WHEREAS, on September 1, 2026, Plaintiffs filed a Motion for Discovery Sanctions Against DeviantArt (ECF No. 730) (the "Motion"), seeking relief related to the costs Plaintiffs incurred to secure the depositions of former DeviantArt employees Nikolay Surovenko and Georgii Trofimov, including through proceedings before this Court and the Supreme Court of British Columbia, as well costs incurred coordinating with British Columbia counsel, taking the depositions of Surovenko and Trofimov, and litigating the Motion (the "Dispute");

WHEREAS, on September 15, 2026, DeviantArt filed its opposition to the Motion (ECF No. 743);

WHEREAS, on September 22, 2026, Plaintiffs filed their reply in support of the Motion (ECF No. 757);

WHEREAS, on September 29, 2026, DeviantArt filed an Administrative Motion for Leave to File a Sur-Reply Brief responding to Plaintiffs' Reply in Support of Motion for Discovery Sanctions Against DeviantArt (ECF No. 768) (the "Administrative Motion");

WHEREAS, on October 13, 2026 the Court granted the Administrative Motion (ECF No. 775);

WHEREAS, the Motion is set for hearing on October 20, 2026, at 10:30 a.m.;

WHEREAS, the Parties have resolved the Dispute;

NOW, THEREFORE, the Parties, through their undersigned counsel, hereby STIPULATE AND AGREE, and respectfully request that the Court ORDER, as follows:

1. The Parties have resolved the Dispute. Plaintiffs withdraw the Motion, and the Parties jointly and respectfully request that the Court terminate the Motion (ECF No. 730) as moot.

2. The Parties jointly and respectfully request that the Court vacate the October 20, 2026 hearing on the Motion.

**IT IS SO STIPULATED.**

Dated: October 19, 2026

By: /s/ Joseph R. Saveri

Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
Alexandra Fernandez (SBN 330518)
Louis Andrew Kessler (SBN 243703)
Holden Benon (SBN 325847)
Aaron Cera (SBN 351163)
Elissa A. Buchanan (SBN 249996)
**SAVERI LAW FIRM, LLP**
550 California Street, Suite 910
San Francisco, California 94104
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
Email: czirpoli@saverilawfirm.com
Email: cyoung@saverilawfirm.com
Email: afernandez@saverilawfirm.com
Email: lkessler@saverilawfirm.com
Email: hbenon@saverilawfirm.com
Email: acera@saverilawfirm.com
Email: eabuchanan@saverilawfirm.com
Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email: mb@buttericklaw.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

Dated: October 19, 2026

By: /s/ Brittany N. Lovejoy

Andrew Michael Gass
Brittany Nichole Lovejoy
Michael H. Rubin
**LATHAM & WATKINS LLP**
505 California Street, Suite 2000
San Francisco, CA 94104
(415) 391-0600
Fax: 415-395-8095
Email: andrew.gass@lw.com
Email: brittany.lovejoy@lw.com
Email: michael.rubin@lw.com

Sarah F. Mitchell

**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
(213) 485-1234
Email: sarah.mitchell@lw.com

Simeon Botwinick
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1505
Washington, DC 20004
(202) 637-2200
Email: simeon.botwinick@lw.com

*Counsel for Defendant DeviantArt, Inc.*

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

Pursuant to Civil Local Rule 5-1(i)(3), I, Brittany N. Lovejoy, attest that concurrence in the filing of this document has been obtained from the other signatory.

Dated: October 19, 2026

*/s/ Brittany N. Lovejoy*
Brittany N. Lovejoy

**ORDER**

Pursuant to the foregoing Stipulation, IT IS HEREBY ORDERED that:

1. Plaintiffs' Motion for Discovery Sanctions Against DeviantArt (ECF No. 730) is WITHDRAWN and TERMINATED as moot.

2. The October 20, 2026 hearing on the Motion is VACATED.

**IT IS SO ORDERED.**

Dated: October 19, 2026

HON. LISA J. CISNEROS
United States Magistrate Judge