October 19, 2026

**Via ECF**

The Honorable Lisa J. Cisneros
United States District Court
Northern District of California
San Francisco Courthouse, Courtroom G – 15th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

Re: *Andersen, et al v. Stability AI Ltd.*, Case No: 3:23-cv-00201-WHO (LJC) (N.D. Cal.)

Dear Judge Cisneros,

Pursuant to Paragraph F(5) of Your Honor's Standing Order, Plaintiffs and Defendant Midjourney, Inc. respectfully submit this joint letter brief regarding Plaintiffs' request that Midjourney produce additional source code Plaintiffs argue, and Midjourney disputes, is responsive to the Court's order at ECF No. 719. The parties met and conferred by live video conference on October 14, 2026 but were unable to resolve their dispute.

**Relevant Dates**

As required by the Court's Standing Order, below are the dates relevant to discovery:

- Deadline to brief "any outstanding issues regarding Midjourney's source code": May 1, 2026 (ECF No. 491)
- Close of Fact Discovery: July 1, 2026 (ECF No. 597)
- Deadline for Filing Fact Discovery Motions: July 8, 2026 (ECF No. 597)
- Deadline for Filing Fact Discovery Motions Related to Fact Depositions: August 24, 2026 (ECF No. 597)
- Close of Expert Discovery: April 12, 2027 (ECF No. 764)
- Date of Rule 72 Order directing Midjourney to produce style model source code: August 26, 2026 (ECF No. 719)
- Date of Order extending the discovery schedule for expert reports: September 28, 2026 (ECF No. 764)

**FILED UNDER SEAL**