**SAVERI LAW FIRM, LLP**
Joseph R. Saveri (SBN 130064)
550 California Street, Suite 910
San Francisco, CA 94104
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email: mb@buttericklaw.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

SARAH ANDERSEN, et al.,
Plaintiffs,

v.

STABILITY AI LTD., et al.,

Defendants.

Case No. 23-CV-00201-WHO (LJC)

**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED REGARDING PLAINTIFFS' UNOPPOSED MOTION TO MODIFY CASE SCHEDULE TO EXTEND EXPERT DEADLINES AND CONTESTED MOTION TO EXTEND SUMMARY JUDGMENT AND CLASS CERTIFICATION DEADLINES**

Judge: Hon. William H. Orrick

Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiffs hereby move the Court to consider whether the portions of Plaintiffs' Unopposed Motion to Modify Case Schedule to Extend Expert Deadlines and Contested Motion to Extend Summary Judgment and Class Certification Deadlines should be filed under seal. Midjourney, Inc. ("Midjourney") contends the portions sought to be filed under seal contain information designated "HIGHLY CONFIDENTIAL" under the Protective Order entered by this Court.

In the Ninth Circuit, when a party seeks to seal portions of a nondispositive motion, a "good cause" standard is applied. *Foltz v. State Farm Mut. Auto. Ins. Co.,* 331 F.3d 1122, 1135 (9th Cir. 2003). Good cause exists if a district court grants a protective order to seal documents because "it already has determined that 'good cause' exists to protect this information from being disclosed to the public by balancing the needs for discovery against the need for confidentiality." *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006) (internal cite omitted). The party seeking to seal bears the burden of showing compelling reasons apply. *See id.* at 1178.

In addition, Civil Local Rule 79-5(f) requires that when the "Filing Party seeks to seal because that document has been designated as confidential by another party, [ ] ('Designating Party')," the Filing Party must file an "Administrative Motion to Consider Whether Another Party's Material Should Be Sealed." In the motion, the Filing Party "must identify each document or portions thereof for which sealing is sought, but the Filing Party need not satisfy the showing required in subsection [79-5(f)] (c)(1)." *Id*. Within 7 days of the motion being filed, "the Designating Party must file a statement and/or declaration as described in subsection [79-5(f)] (c)(1)." *Id*.

Specifically, the material subject to this administrative motion includes the following:

| REDACTED PORTION | DESCRIPTION OF INFORMATION |
|---|---|
| Plaintiffs' Unopposed Motion to Modify Case Schedule to Extend Expert Deadlines and Contested Motion to Extend Summary Judgment and Class Certification Deadlines. | Information Midjourney contends is "HIGHLY CONFIDENTIAL" under the Protective Order. |
| Declaration of Merry McCarron | Information Midjourney contends is "HIGHLY CONFIDENTIAL" under the Protective Order. |

Plaintiffs do not believe the statements Midjourney is requiring them to file under seal meets these standards. Nonetheless, in compliance with their Protective Order obligations and the Civil Local Rules of this District, Plaintiffs submit under seal, along with this Administrative Motion, an unredacted copy of the documents referenced in the table above pursuant to Civil Local Rule 79-5(d). Plaintiffs understand that Midjourney, as the Designating Party, will submit a declaration under Civil Local Rule 79-5(f)(3) stating the reasons for keeping the identified material under seal.

Date: November 20, 2026

By: */s/ Joseph R. Saveri*
Joseph R. Saveri

Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
Alexandra Fernandez (SBN 330518)
Louis Andrew Kessler (SBN 243703)
Holden Benon (SBN 325847)
Aaron Cera (SBN 351163)
**SAVERI LAW FIRM, LLP**
550 California Street, Suite 910
San Francisco, California 94104
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
Email: czirpoli@saverilawfirm.com
Email: cyoung@saverilawfirm.com
Email: afernandez@saverilawfirm.com
Email: lkessler@saverilawfirm.com
Email: hbenon@saverilawfirm.com
Email: acera@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, 406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email: mb@buttericklaw.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*