KEKER, VAN NEST & PETERS LLP
DAVID SILBERT - # 173128
dsilbert@keker.com
PAVEN MALHOTRA - # 258429
pmalhotra@keker.com
MATAN SHACHAM - # 262348
mshacham@keker.com
BAILEY W. HEAPS - # 295870
bheaps@keker.com
DEEVA SHAH - # 319937
dshah@keker.com
JULIA L. GREENBERG - # 333864
jgreenberg@keker.com
PAUL H. VON AUTENRIED - # 335917
pvonautenried@keker.com
YEGINA WHANG - # 350287
ywhang@keker.com
CATHERINA Y. XU - # 360205
cxu@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendant
RUNWAY AI, INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ANDERSEN, et al.,<br><br>Individual and Representative Plaintiffs,<br><br>v.<br><br>STABILITY AI LTD., et al., Defendants. | Case No. 3:23-cv-00201-WHO (LJC)<br><br>**DEFENDANT RUNWAY AI, INC.'S OPPOSITION TO PLAINTIFFS' MOTION TO EXTEND SUMMARY JUDGMENT AND CLASS CERTIFICATION DEADLINES PURSUANT TO LOCAL RULE 6-3**<br><br>Dept.: 2, 17th Floor<br>Judge: Hon. William H. Orrick<br><br>Date Filed: January 13, 2023<br><br>Trial Date: September 20, 2027 |

Runway does not oppose Plaintiffs' requested extension for expert report deadlines, but opposes Plaintiffs' proposed extensions for: (1) the replies in support of any motions for class certification and summary judgment, and (2) the hearing on class certification and summary judgment. *See* Dkt. 786-1. Both dates were previously ordered by the Court, which noted that it did "not expect to grant any further continuances to those dates." Dkt. 764 at 1.

Plaintiffs do not have good cause for an extension to those dates and further delay prejudices Runway. The case schedule has already been extended four times. *See* Dkt. 409, 499, 597, 764. Since the original case schedule, the hearing for class certification and summary judgment has moved 10 months—from November 2026 to September 2027. Plaintiffs' proposal unnecessarily adds additional time and cost to this years-long case. *See Downes-Covington v. Las Vegas Metro. Police Dep't*, 2023 WL 5624037, at *5–6 (D. Nev. Aug. 29, 2023) (recognizing delay and expense as prejudice); *Wilkins v. Brandman Univ.*, 2019 WL 2648443, at *3 (D. Or. June 27, 2019) (finding further delay would increase litigation costs). Defendants' proposal accommodates Plaintiffs' need for additional time to address Defendant Midjourney's training data, which is the only basis for Plaintiffs' request, while preserving the existing merits deadlines.

As such, Runway respectfully requests that the Court adopt Defendants' proposed case schedule. *See* Dkt. 786-1 (noting Defendants' Proposed New Deadlines).

Dated: November 23, 2026

KEKER, VAN NEST & PETERS LLP

By: */s/ Matan Shacham*
DAVID SILBERT
PAVEN MALHOTRA
MATAN SHACHAM
BAILEY W. HEAPS
DEEVA SHAH
JULIA L. GREENBERG
PAUL H. VON AUTENRIED
YEGINA WHANG
CATHERINA Y. XU

Attorneys for Defendant
RUNWAY AI, INC